IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:18-cv-00950__, Case Name Sony Music Entertainment, et al. v. Cox Communications, Inc., et al.
Party Represented by Applicant: __Plaintiffs__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Matthew J. Oppenheim
Bar Identification Number 22256; 443698; 4314605    State MD; DC; NY
Firm Name Oppenheim + Zebrak, LLP
Firm Phone # 202-480-2999        Direct Dial # 202-450-3958        FAX # 866-766-1678
E-Mail Address Matt@oandzlaw.com
Office Mailing Address 5225 Wisconsin Avenue NW, Suite 503 Washington, DC 20015

Name(s) of federal court(s) in which I have been admitted  DDC; SDNY; EDNY; NDNY; DMD; NDIL; 1st Circ.; 2nd Circ.; 4th Circ.; 5th Circ.; 6th Circ.; 7th Circ.; 8th Circ.; 9th Circ.; 11th Circ.; US Supreme Court

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                          8/1/2018
Scott Zebrak                                         (Date)
(Typed or Printed Name)                              38729
                                                     (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____                    _____
(Judge's Signature)                              (Date)