# Exhibit 1

**Leiden, Diana Hughes**

**From:** Matt Oppenheim <Matt@oandzlaw.com>
**Sent:** Wednesday, August 15, 2018 7:15 AM
**To:** Elkin, Michael S.
**Cc:** Golinveaux, Jennifer A.; Buchanan, Tom; Leiden, Diana Hughes
**Subject:** Re: Sony Music Entertainment v. Cox

Michael -

In the absence of your agreeing to provide us with any documents, even the exhibits that were used in the prior BMG trial, we are not prepared to consent to an extension.

Matt

Matthew J. Oppenheim
Oppenheim + Zebrak, LLP
5225 Wisconsin Avenue, NW | Suite 503
Washington, DC 20015
202.450.3958 direct | 202.494.4910 mobile
Matt@oandzlaw.com|www.oandzlaw.com
<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=BWRe10CbmEqb9OKDR904VbRxCFrx0wayQVIdywphTOM%3D&reserved=0>

<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=1YLzHOZJe5wEaAgnewT%2Bo1q6LiRoTYua0FkPhmFEdI8%3D&reserved=0>Follow Oppenheim + Zebrak on Twitter.

____________________________________________

This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.

On 8/14/18, 1:34 PM, "Elkin, Michael S." <MElkin@winston.com> wrote:

Matt,

Any update here?

-Michael

> On Aug 10, 2018, at 12:46 PM, Matt Oppenheim <Matt@oandzlaw.com> wrote:
>
> Michael

>
> I will take the issue to my clients, but please recall that it was your clients who refused to extend the tolling agreement, thereby leaving us to file now.
>
> Matt Oppenheim
> Oppenheim + Zebrak
> 202-494-4910 (mobile)
>
>> On Aug 10, 2018, at 12:35 PM, Elkin, Michael S. <MElkin@winston.com> wrote:
>>
>> Matt,
>>
>> As indicated, we are not going to trade on this.  I'm two weeks out before trial. Just let me know whether there is any time you can give us.
>>
>> Thanks-
>>
>> Michael
>>
>>
>>> On Aug 10, 2018, at 7:04 AM, Matt Oppenheim <Matt@oandzlaw.com> wrote:
>>>
>>> Michael -
>>>
>>> Is there a set of documents produced in the BMG case that Cox would be willing to produce?  And, would Cox provide a complete set of the exhibits from the BMG trial?
>>>
>>> Matt
>>>
>>> Matthew J. Oppenheim
>>> Oppenheim + Zebrak, LLP
>>> 5225 Wisconsin Avenue, NW | Suite 503
>>> Washington, DC 20015
>>> 202.450.3958 direct | 202.494.4910 mobile
>>> Matt@oandzlaw.com|www.oandzlaw.com
<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=BWRe10CbmEqb9OKDR904VbRxCFrx0wayQVIdywphTOM%3D&reserved=0>
>>>
<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=1YLzHOZJe5wEaAgnewT%2Bo1q6LiRoTYua0FkPhmFEdI8%3D&reserved=0>Follow Oppenheim + Zebrak on Twitter.
>>>
>>> ________________________________________
>>>
>>> This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege.  If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.
>>>
>>>

>>> On 8/10/18, 8:46 AM, "Elkin, Michael S." <MElkin@winston.com> wrote:
>>>
>>> Matt,
>>>
>>> Thank you for the call on Tuesday. We aren't prepared to turn over our (collective) document production in the BMG case in return for our request for a 60 day extension. Too many issues (including relevance) that we would need to take up. Are you prepared (without our having to make extrinsic concessions) to grant any extension of time at all? If so, kindly let me know what your clients will agree to.
>>>
>>> Many thanks.
>>>
>>> Regards-Michael
>>>
>>>
>>>> On Aug 7, 2018, at 12:17 PM, Matt Oppenheim <Matt@oandzlaw.com> wrote:
>>>>
>>>> Yes. I have a 4 pm call that will run 90 minutes, but will be available after that.
>>>>
>>>> Matthew J. Oppenheim
>>>> Oppenheim + Zebrak, LLP
>>>> 5225 Wisconsin Avenue, NW | Suite 503
>>>> Washington, DC 20015
>>>> 202.450.3958 direct | 202.494.4910 mobile
>>>> Matt@oandzlaw.com|www.oandzlaw.com
<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=BWRe10CbmEqb9OKDR904VbRxCFrx0wayQVIdywphTOM%3D&reserved=0>
>>>>
<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=1YLzHOZJe5wEaAgnewT%2Bo1q6LiRoTYua0FkPhmFEdI8%3D&reserved=0>Follow Oppenheim + Zebrak on Twitter.
>>>>
>>>> ________________________________________
>>>>
>>>> This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.
>>>>
>>>>
>>>> On 8/7/18, 10:36 AM, "Elkin, Michael S." <MElkin@winston.com> wrote:
>>>>
>>>> In meetings all day. May I call you late afternoon?
>>>>
>>>> Michael
>>>>
>>>>
>>>>> On Aug 7, 2018, at 8:58 AM, Matt Oppenheim <Matt@oandzlaw.com> wrote:
>>>>>
>>>>> Michael -
>>>>>

>>>>> Do you have a few minutes to talk early afternoon today?
>>>>>
>>>>> Matt
>>>>>
>>>>> Matthew J. Oppenheim
>>>>> Oppenheim + Zebrak, LLP
>>>>> 5225 Wisconsin Avenue, NW | Suite 503
>>>>> Washington, DC 20015
>>>>> 202.450.3958 direct | 202.494.4910 mobile
>>>>> Matt@oandzlaw.com|www.oandzlaw.com
<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=BWRe10CbmEqb9OKDR904VbRxCFrx0wayQVIdywphTOM%3D&reserved=0>
>>>>>
<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=1YLzHOZJe5wEaAgnewT%2Bo1q6LiRoTYua0FkPhmFEdI8%3D&reserved=0>Follow Oppenheim + Zebrak on Twitter.
>>>>>
>>>>> ________________________________________
>>>>>
>>>>> This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.
>>>>>
>>>>>
>>>>> On 8/3/18, 4:02 PM, "Elkin, Michael S." <MElkin@winston.com> wrote:
>>>>>
>>>>> Thanks Matt; enjoy the weekend.
>>>>>
>>>>> Michael
>>>>>
>>>>>
>>>>>> On Aug 3, 2018, at 8:47 PM, Matt Oppenheim <Matt@oandzlaw.com> wrote:
>>>>>>
>>>>>> Hi Michael -
>>>>>>
>>>>>> Thanks for getting back to me while on the road. Let me discuss with my clients and get back to you.
>>>>>>
>>>>>> Matt
>>>>>>
>>>>>> Matthew J. Oppenheim
>>>>>> Oppenheim + Zebrak, LLP
>>>>>> 5225 Wisconsin Avenue, NW | Suite 503
>>>>>> Washington, DC 20015
>>>>>> 202.450.3958 direct | 202.494.4910 mobile
>>>>>> Matt@oandzlaw.com|www.oandzlaw.com
<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=BWRe10CbmEqb9OKDR904VbRxCFrx0wayQVIdywphTOM%3D&reserved=0>

>>>>>>
<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=1YLzHOZJe5wEaAgnewT%2Bo1q6LiRoTYua0FkPhmFEdI8%3D&reserved=0>Follow Oppenheim + Zebrak on Twitter.

>>>>>>

>>>>>> ____________________________________________

>>>>>>

>>>>>> This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.

>>>>>>

>>>>>>

>>>>>> On 8/3/18, 12:27 PM, "Elkin, Michael S." <MElkin@winston.com> wrote:

>>>>>>

>>>>>> Matt,

>>>>>>

>>>>>> I'm traveling but we can a time to speak when convenient. I'd like to request that we fix October 1 as the date for our response. Please consider and let me know if should talk in real time.

>>>>>>

>>>>>> Thanks-Michael

>>>>>>

>>>>>>

>>>>>>> On Aug 2, 2018, at 12:15 AM, Matt Oppenheim <Matt@oandzlaw.com> wrote:

>>>>>>>

>>>>>>> Michael and Jennifer –

>>>>>>>

>>>>>>> Please find attached a copy of the Complaint we filed yesterday against Cox in the Eastern District of Virginia on behalf of a large group of record companies and music publishers. (I would have sent this earlier, but it took the Clerk a day to docket the matter.) As we previously discussed, we appreciate your agreeing to accept service on behalf of Cox, and would like to discuss with an agreed upon time for Cox to answer or otherwise move.

>>>>>>>

>>>>>>> Please let us know if you have any questions.

>>>>>>>

>>>>>>> Matt

>>>>>>>

>>>>>>> Matthew J. Oppenheim

>>>>>>> Oppenheim + Zebrak, LLP

>>>>>>> 5225 Wisconsin Avenue, NW | Suite 503

>>>>>>> Washington, DC 20015

>>>>>>> 202.450.3958 direct | 202.494.4910 mobile

>>>>>>>
Matt@oandzlaw.com|www.oandzlaw.com<https://na01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=BWRe10CbmEqb9OKDR904VbRxCFrx0wayQVIdywphTOM%3D&reserved=0>

>>>>>>>
[/Users/matthewoppenheim/Library/Containers/com.microsoft.Outlook/Data/Library/Caches/Signatures/signature_1354343276]<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&data=02%7C01%7CDHLeiden%40winston.com%7C8c39cf45b7a8415ed23e08d602b98487%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636699393155929048&sdata=1YLzHOZJe5wEaAgnewT%2Bo1q6LiRoTYua0FkPhmFEdI8%3D&reserved=0>Follow Oppenheim + Zebrak on Twitter.

>>>>>>>

>>>>>>> This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.

>>>>>>>

>>>>>>> <image001.png>

>>>>>>> <image002.png>

>>>>>>> <2018.07.31 Doc 1 Complaint.pdf>

>>>>>>> <2018.07.31 Doc 1-1 Ex A - Sound Recordings.pdf>

>>>>>>> <2018.07.31 Doc 1-2 Ex B - Musical Compositions.pdf>

>>>>>>> <2018.07.31 Doc 1-3 Civil Cover Sheet.pdf>

>>>>>>> <2018.07.31 Doc 2 Financial Disclosure form.pdf>

>>>>>>

>>>>>> ________________________________

>>>>>> The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

>>>

>>>