# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Before this Court is Defendants' Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint. After considering this motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. Defendants may answer or otherwise respond to Plaintiffs' Complaint by September 22, 2018.

ENTERED this _____ of August, 2018.


Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia

1