UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## AFFIDAVIT OF SERVICE

I, Matthew J. Oppenheim, hereby affirm and state as follows:

1. Prior to filing the Complaint, counsel for Defendants, Michael Elkin of Winston & Strawn LLP, indicated he would accept service of the Complaint.

2. On August 1, 2018, I served Defendants with a copy of the file-stamped Complaint and exhibits by emailing copies to Mr. Elkin. Mr. Elkin responded on August 2, 2018, confirming acceptance of service on behalf of Defendants.

3. On August 2, 2018, I caused copies of the executed summons and notice to be served on Defendants via email to Mr. Elkin. Mr. Elkin responded the same day confirming receipt of the summons and notice.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Matthew J. Oppenheim

Executed on this 16th day of August 2018, in Washington, DC.