IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY ENTERTAINMENT, *et al.*,      )
                                   )
                    Plaintiffs,    )
                                   )
          v.                       )      Civil Action No. 1:18cv0950 (LO/JFA)
                                   )
COX COMMUNICATIONS, INC., *et al.*,  )
                                   )
                    Defendants.    )
_____)

## ORDER

On August 16, 2018, the defendants filed a motion requesting a thirty-day extension of time to file a responsive pleading. (Docket no. 9). The defendants have waived oral argument on this motion and have requested that the court rule on the request by August 22, 2018. (*Id.*). Having reviewed the motion and the attachments to the motion, and it appearing that the plaintiffs have not consented to the relief requested by the defendants, it is

ORDERED that the plaintiffs shall file any opposition or response to the defendants' motion by no later than 5:00 p.m. on Monday, August 20, 2018. The court will then rule on defendants' motion on August 21, 2018 without any further briefing or argument.

Entered this 16th day of August, 2018.

                        _____/s/_____
                        John F. Anderson
                        United States Magistrate Judge
                        John F. Anderson
                        United States Magistrate Judge

Alexandria, Virginia

_____ /s/
John F. Anderson
United States Magistrate Judge