UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiffs hereby submit their Affidavit of Service of the Complaint and Summons. The submission is attached hereto.

Dated: August 17, 2018

Respectfully submitted,

*/s/ Scott A. Zebrak*
Matthew J. Oppenheim
Scott A. Zebrak (38729)
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel: 202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I certify that on August 17, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

      */s/ Scott A. Zebrak*
Scott A. Zebrak (38729)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel: 202-480-2999
scott@oandzlaw.com

*Attorney for Plaintiffs*

2