**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>   Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**CERTIFICATE OF SERVICE**

   I certify that on August 16, 2018, a copy of Plaintiffs' Response to Defendants' Motion for an Extension of Time to Answer or Otherwise Respond to Complaint was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

       */s/ Scott A. Zebrak*
       Scott A. Zebrak (38729)
       OPPENHEIM + ZEBRAK, LLP
       5225 Wisconsin Avenue, NW, Suite 503
       Washington, DC 20015
       Tel:  202-480-2999
       scott@oandzlaw.com

       *Attorney for Plaintiffs*