IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COX COMMUNICATIONS, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:18cv0950 (LO/JFA) |

### ORDER

On August 15, 2018, defendants filed a motion for an extension of time to file an answer to the complaint (Docket no. 9), to which plaintiffs responded on August 16, 2018 (Docket no. 11). Having considered the motion and the response, and finding that plaintiffs would not be unduly prejudiced by an extension, it is hereby

ORDERED that defendants' motion for an extension of time is granted. Defendants are required to file a responsive pleading by September 22, 2018.

Entered this 21st day of August, 2018.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia