IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
)
        Plaintiffs, )
)
v. )   Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*, )
)
        Defendants. )
)

### AMENDED ORDER

The order (Docket no. 15) allowing for an extension of time, entered on August 21, 2018, is hereby amended to require that a responsive pleading be filed on or before Monday, September 24, 2018.

Entered this 24th day of August, 2018.

                                             /s/
                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia