## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### STIPULATED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS

WHEREAS Plaintiffs Sony/ATV Music Publishing LLC, EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., Colgems-EMI Music Inc., EMI Consortium Music Publishing Inc. d/b/a Full Keel Music, EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI Unart Catalog Inc., EMI U Catalog Inc., Jobete Music Co. Inc., Stone Agate Music, Screen Gems-EMI Music Inc., and Stone Diamond Music Corp. (collectively, "Sony/ATV and EMI Plaintiffs") filed their Complaint (ECF No. 1) on July 31, 2018 alleging certain claims against Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox").

WHEREAS except for the Sony/ATV and EMI Plaintiffs identified above, no other plaintiff in the Complaint is a subsidiary or affiliated music publisher of Sony/ATV Music Publishing LLC or EMI Entertainment World Inc.

WHEREAS Cox contends that Sony/ATV and EMI Plaintiffs' claims of infringement that accrued from February 2013 through July 31, 2013 are untimely.

WHEREAS the Sony/ATV and EMI Plaintiffs' have informed Cox that they are not pursuing against Cox any claims of infringement that accrued from February 2013 through July 31,

2013.

IT IS HEREBY STIPULATED AND AGREED by and between the Sony/ATV and EMI Plaintiffs and Cox that, to the extent that the Complaint includes any claims of infringement of Sony/ATV and EMI Plaintiffs' works that accrued from February 2013 through July 31, 2013, those claims are hereby dismissed with prejudice, with each side to bear their attorneys' fees, costs, and expenses.  The Sony/ATV and EMI Plaintiffs and Cox further agree that nothing in this Stipulated Order shall enlarge, reduce or otherwise affect the Sony/ATV and EMI Plaintiffs' claims for any other period of time.

Dated:  September 24, 2018

Respectfully submitted,

  /s/ Jeffrey M. Gould
Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (VSB No. 38729)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel: 202-480-2999

*Attorneys for Plaintiffs*

  /s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787

*Attorney for Defendants*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice* application pending)
Thomas Patrick Lane (*pro hac vice* application pending)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice* application pending)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice* application forthcoming)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email:  dhleiden@winston.com

## ORDER GRANTING STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIM

IT IS HEREBY ORDERED that, to the extent that the Complaint includes any claims of infringement of Plaintiffs Sony/ATV Music Publishing LLC, EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., Colgems-EMI Music Inc., EMI Consortium Music Publishing Inc. d/b/a Full Keel Music, EMI Consortium Songs, Inc., EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI Unart Catalog Inc., EMI U Catalog Inc., Jobete Music Co. Inc., Stone Agate Music, Screen Gems-EMI Music Inc., and Stone Diamond Music Corp. (collectively, "Sony/ATV and EMI Plaintiffs") works that accrued from February 2013 through July 31, 2013, those claims are hereby dismissed with prejudice without costs to any party.

Nothing in this Stipulated Order shall enlarge, reduce or otherwise affect the Sony/ATV and EMI Plaintiffs' claims for any other period of time.

ENTERED this _____ day of September, 2018

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia

## CERTIFICATE OF SERVICE

I certify that on September 24, 2018, a copy of the foregoing STIPULATED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS' CLAIMS was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

<u>/s/ Thomas M. Buchanan</u>
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*