## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, *Plaintiffs*, v. COX COMMUNICATIONS, INC., *et al.*, *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404

Before this Court is Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404. After considering this Motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED.  This action shall be transferred to the Northern District of Georgia, Atlanta Division.

ENTERED this _____ of _____, 2018.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia

1