-1-

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## **REQUEST FOR JUDICIAL NOTICE**

Defendants Cox Communications, Inc. and CoxCom, LLC respectfully move this Court pursuant to Federal Rules of Evidence 201 to take judicial notice of the Judicial Caseload Profile of the Eastern District of Virginia and the Northern District of Georgia. Defendants state the specific grounds for their request in their accompanying memorandum.

Dated: September 24, 2018               Respectfully submitted,

                                        /s/ Thomas M. Buchanan
                                        Thomas M. Buchanan (VSB No. 21530)
                                        Winston & Strawn LLP
                                        1700 K Street, NW
                                        Washington, DC 20006-3817
                                        Tel: (202) 282-5787
                                        Fax: (202) 282-5100
                                        Email: tbuchana@winston.com

                                        *Attorney for Cox Communications, Inc.
                                        and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice* application pending)
Thomas Patrick Lane (*pro hac vice* application pending)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice* application pending)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice* application forthcoming)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email:  dhleiden@winston.com

## **CERTIFICATE OF SERVICE**

I certify that on September 24 2018, a copy of the foregoing REQUEST FOR JUDICIAL NOTICE was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*