**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

SONY MUSIC ENTERTAINMENT, *et al.*,
        *Plaintiffs*,

    v.                         Civil No. 1:18-cv-00950 (LO/JFA)

COX COMMUNICATIONS, INC, *et al.*,

        *Defendants*.

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**<u>REQUEST FOR JUDICIAL NOTICE</u>**

**INTRODUCTION**

Pursuant to Federal Rule of Evidence 201, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox" or "Defendants") respectfully request that the Court take judicial notice of the Judicial Caseload Profile of the Eastern District of Virginia and Northern District of Georgia, attached hereto as Exhibit 1.

**I.      ARGUMENT**

**A.      Legal Standard**

Federal Rule of Evidence 201 provides that a fact is subject to judicial notice if it is one not subject to reasonable dispute because it "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Further, the court may take judicial notice of documents that are a matter of public record. *See Hall v. Virginia*, 385 F.3d 421, 424 n.3 (4th Cir. 2004). Rule 201 also instructs that, "at any stage of the proceeding," a court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c), (d).

**B.      Judicial Notice of the Judicial Caseload Profile Is Proper at This Stage.**

Here, the Judicial Caseload Profile can and should be judicially noticed because it is "not subject to reasonable dispute" and its "accuracy cannot reasonably be questioned."  The document, attached hereto as Exhibit 1, contains publicly available government data that is accessible through the United States Court website.[1]  Thus, it is data that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Indeed, courts regularly take judicial notice of such government records.  *See, e.g.*, *Texas & Pac. Ry. Co. v. Pottorff*, 291 U.S. 245, 254 n.4 (1933), amended on other grounds, 291 U.S. 649 (1934) (taking judicial notice of official reports put forth by the Comptroller of the Currency); *Del Puerto Water Dist. v. United States Bureau of Reclamation*, 271 F. Supp. 2d 1224, 1234 (E.D. Cal. 2003) (taking judicial notice of public documents, including Senate and House Reports).

Furthermore, the data in the Judicial Caseload Profile is directly relevant to the Court's consideration of Defendants' Motion to Transfer Venue, as it shows that this case would likely proceed expediently in Northern District of Georgia.  For the foregoing reasons, Cox respectfully requests that the Court grant its Request for Judicial Notice.

**II.      CONCLUSION**

For the foregoing reasons, Cox respectfully requests that the Court take judicial notice of the Judicial Caseload Profile of the Eastern District of Virginia and Northern District of Georgia, attached hereto as Exhibit 1.

---

[1] *See* Federal Court Management Statistics, June 2018, UNITED STATES COURTS, http://www.uscourts.gov/statistics-reports/federal-court-management-statistics-june-2018 (last visited Sep 24, 2018).  Exhibit 1 contains statistics only for the Eastern District of Virginia and the Northern District of Georgia from the June 2018 Report.  Statistics in the June 2018 Report for other districts were removed.

Dated: September 24, 2018

Respectfully submitted,

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc.
and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice* application pending)
Thomas Patrick Lane (*pro hac vice* application pending)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice* application pending)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice* application forthcoming)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email:  dhleiden@winston.com

-4-

## CERTIFICATE OF SERVICE

I certify that on September 24 2018, a copy of the foregoing MEMORANDUM OF LAW

IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE was filed electronically

with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*