# Exhibit 1

## U.S. District Court — Judicial Caseload Profile

**VIRGINIA EASTERN**

| | | | Jun 30 2013 | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 5,113 | 5,039 | 4,915 | 5,085 | 4,776 | 4,799 | | |
| | | Terminations | 4,931 | 4,923 | 4,570 | 4,803 | 4,752 | 4,706 | | |
| | | Pending | 3,410 | 3,392 | 3,230 | 3,486 | 3,543 | 3,631 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -6.1 | -4.8 | -2.4 | -5.6 | 0.5 | | 56 | 5 |
| | | Number of Judgeships | 11 | 11 | 11 | 11 | 11 | 11 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 2.5 | 0.0 | 0.0 | 0.0 | 9.9 | | |
| **Actions per Judgeship** | Filings | Total | 465 | 458 | 447 | 462 | 434 | 436 | 63 | 8 |
| | | Civil | 308 | 311 | 318 | 335 | 311 | 305 | 48 | 5 |
| | | Criminal Felony | 109 | 104 | 85 | 84 | 81 | 87 | 44 | 6 |
| | | Supervised Release Hearings | 48 | 43 | 44 | 43 | 42 | 44 | 37 | 6 |
| | Pending Cases [2] | | 310 | 308 | 294 | 317 | 322 | 330 | 73 | 8 |
| | Weighted Filings [2] | | 452 | 425 | 426 | 399 | 392 | 406 | 53 | 5 |
| | Terminations | | 448 | 448 | 415 | 437 | 432 | 428 | 61 | 8 |
| | Trials Completed | | 23 | 26 | 22 | 21 | 21 | 23 | 19 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 4.9 | 5.0 | 5.3 | 5.5 | 5.9 | 5.4 | 8 | 1 |
| | | Civil [2] | 5.2 | 5.6 | 5.3 | 5.2 | 5.3 | 5.2 | 4 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 10.8 | 11.3 | 10.7 | 11.1 | 10.0 | 12.8 | 1 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 24 / 1.2 | 32 / 1.5 | 62 / 2.6 | 91 / 3.5 | 348 / 13.5 | 431 / 16.3 | 81 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 58.8 | 50.5 | 52.5 | 34.3 | 50.2 | 52.0 | | |
| | | Percent Not Selected or Challenged | 49.9 | 39.5 | 39.9 | 41.0 | 39.3 | 36.4 | | |

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,354 | 87 | 29 | 1,067 | 10 | 87 | 184 | 332 | 280 | 209 | 537 | 28 | 504 |
| Criminal [1] | 958 | 5 | 258 | 179 | 146 | 169 | 46 | 76 | 2 | 14 | 16 | 23 | 24 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**GEORGIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Jun 30 2013 | Jun 30 2014 | Jun 30 2015 | Jun 30 2016 | Jun 30 2017 | Jun 30 2018 | U.S. | Circuit |
| Overall Caseload Statistics | Filings [1] | | 6,152 | 6,063 | 6,204 | 6,441 | 6,573 | 8,045 | | |
| | Terminations | | 5,983 | 6,001 | 5,990 | 6,025 | 6,702 | 6,983 | | |
| | Pending | | 5,002 | 5,024 | 5,220 | 5,628 | 5,484 | 6,547 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 30.8 | 32.7 | 29.7 | 24.9 | 22.4 | | 10 | 2 |
| | Number of Judgeships | | 11 | 11 | 11 | 11 | 11 | 11 | | |
| | Vacant Judgeship Months [2] | | 28.9 | 36.0 | 14.5 | 12.0 | 15.0 | 24.0 | | |
| Actions per Judgeship | Filings | Total | 559 | 551 | 564 | 586 | 598 | 731 | 14 | 2 |
| | | Civil | 480 | 465 | 487 | 504 | 528 | 647 | 8 | 2 |
| | | Criminal Felony | 62 | 67 | 60 | 64 | 53 | 67 | 66 | 9 |
| | | Supervised Release Hearings | 17 | 19 | 18 | 18 | 17 | 17 | 77 | 9 |
| | Pending Cases [2] | | 455 | 457 | 475 | 512 | 499 | 595 | 27 | 2 |
| | Weighted Filings [2] | | 504 | 488 | 506 | 534 | 534 | 632 | 12 | 3 |
| | Terminations | | 544 | 546 | 545 | 548 | 609 | 635 | 13 | 3 |
| | Trials Completed | | 19 | 21 | 21 | 20 | 23 | 19 | 35 | 5 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 10.4 | 10.1 | 9.2 | 10.2 | 9.7 | 10.7 | 59 | 9 |
| | | Civil [2] | 6.7 | 6.5 | 6.7 | 6.3 | 5.8 | 6.6 | 14 | 3 |
| | From Filing to Trial [2] (Civil Only) | | 32.1 | 29.8 | 29.8 | 29.9 | 30.3 | 24.8 | 24 | 4 |
| | Number (and %) of Civil Cases Over 3 Years Old [2] | | 93 / 2.4 | 95 / 2.4 | 137 / 3.3 | 250 / 5.5 | 437 / 10.0 | 83 / 1.6 | 2 | 1 |
| Other | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.4 | 1.4 | 1.6 | 1.4 | 1.5 | | |
| | Jurors | Avg. Present for Jury Selection | 40.6 | 40.1 | 34.9 | 37.0 | 38.9 | 34.1 | | |
| | | Percent Not Selected or Challenged | 31.4 | 37.2 | 28.7 | 31.9 | 30.7 | 26.7 | | |

### 2018 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,122 | 305 | 1,243 | 930 | 38 | 659 | 422 | 874 | 519 | 142 | 955 | 7 | 1,028 |
| Criminal [1] | 733 | 42 | 203 | 86 | 130 | 128 | 37 | 36 | 7 | 18 | 9 | 8 | 29 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."