Reset Form      Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:18-cv-00950____, Case Name Sony Music Entm't, et al., v. Cox Commc'ns
Party Represented by Applicant: Cox Communications, Inc. and CoxCom, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Diana Hughes Leiden
Bar Identification Number 267606_____ State CA____
Firm Name Winston & Strawn LLP
Firm Phone # (213) 615-1700_____ Direct Dial # (213) 615-1924_____ FAX # (213) 615-1750_____
E-Mail Address DHLeiden@winston.com
Office **Mailing** Address 333 S. Grand Ave., Los Angeles, CA 90071

Name(s) of federal court(s) in which I have been admitted CA Northern Dist., CA Central Dist., CA Eastern Dist., USCA 9th Cir.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

s/ Thomas M. Buchanan                            9/26/2018
(Signature)                                       (Date)
Thomas M. Buchanan                                21530
(Typed or Printed Name)                           (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____              _____
(Judge's Signature)                      (Date)