# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

Before this Court is Plaintiffs' Motion to Dismiss Defendants' Counterclaims. After considering this Motion and the related filings, the Court is of the opinion that the Motion should be, and hereby is, GRANTED. Defendants' Counterclaims, ECF No. 21, are dismissed.

ENTERED this \_\_\_\_\_ of _____, 2018

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia