UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF COX'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**

I, Jennifer A. Golinveaux, hereby declare:

1. I am a partner at the law firm Winston & Strawn LLP, counsel to Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox").

2. I currently represent Cox in this action, and previously represented Cox in *BMG Rights Management LLC, et al. v. Cox Communications, Inc., et al.* (*BMG v. Cox*), Case No. 1:14-cv-01611-LO-JFA, before this Court.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from the December 2015 trial transcript of *BMG v. Cox*.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from the July 28, 2015 deposition of Roger Vredenberg in *BMG v. Cox*, filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 15, 2018               /s/ *Jennifer A. Golinveaux*
                                        Jennifer A. Golinveaux

1