# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER

UPON CONSIDERATION of Defendants' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5, for an order to file one sealed exhibit (Dkt. 34-3), which constitutes or discusses confidential business information belonging to Cox, and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal until further order of the Court.

ENTERED this ____ day of October 2018.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge