UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**DEFENDANTS' MOTION TO SEAL**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5, Defendants ("Cox") move the Court to enter an order allowing Cox to file one sealed exhibit (Dkt. 34-3), because it constitutes or discusses confidential business information belonging to Defendants that Defendants had designated as "Highly Confidential" during discovery in *BMG Rights Management LLC, et al. v. Cox Communications, Inc., et al.* (*BMG v. Cox*), Case No. 1:14-cv-01611-LO-JFA.

1. As explained below, the procedural prerequisites for sealing have been met.

2. Under the local rules, a party may file a motion to seal together with the sealed filings. E.D. VA. CIV. R. 5(D). Thereafter, the Court will determine whether the sealing is proper. Cox follows that practice in this motion.

3. Under current Fourth Circuit law, the district court must do the following prior to sealing any court records:

> (1) give public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives.

*Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000). Each procedural requirement has been met here by Cox's sealing motion.

4. To satisfy the first requirement, the Court must provide notice of a request for sealing in the court record and provide interested persons with "an opportunity to object." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). Individual notice is not required, and the Court may give adequate notice either by "notifying the persons present in the courtroom of the request to seal" at the time of the hearing, or by "docketing [the sealing request] in advance of deciding the issue." *Id*. In accordance with Local Civil Rule 5 procedure, this sealing motion was publicly docketed in advance of the hearing, satisfying the first requirement.

5. To meet the second requirement, the Court must consider using redactions or limited sealing (either in scope or duration) in lieu of permanent, blanket sealing. To satisfy the second requirement, Cox used limited sealing measures—viz., sealing an exhibit, but not the entire filing.

6. To meet the third requirement, the Court must make specific findings, supported by the record, that justify sealing under the applicable standard. Cox has sealed portions of a transcript designated as Highly Confidential pursuant to the parties' protective order in *BMG v. Cox*. Cox also meets the third requirement because the transcript contains confidential proprietary information.

Based on the foregoing, the motion to seal should be granted. A proposed order is submitted herewith.

Dated: October 15, 2018

          Respectfully submitted,

          /s/ Thomas M. Buchanan
          Thomas M. Buchanan (VSB No. 21530)
          WINSTON & STRAWN LLP
          1700 K Street, NW
          Washington, DC 20006-3817
          Tel: (202) 282-5787
          Fax: (202) 282-5100
          Email: tbuchana@winston.com

          *Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email:  dhleiden@winston.com

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*