# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

_____

BMG RIGHTS MANAGEMENT          :

(US) LLC, and ROUND HILL       :

MUSIC LP,                      :

                               :

          Plaintiffs,          : Case No.

vs.                            : 1:14-cv-1611

                               : (LOG/JFA)

COX ENTERPRISES, INC.,         :

COX COMMUNICATIONS, INC.,      :

COXCOM, LLC,                   :

                               :

          Defendants.          :

_____:

*** HIGHLY CONFIDENTIAL ***


VIDEOTAPED DEPOSITION OF ROGER VREDENBURG

Tuesday, July 28, 2015

Virginia Beach, Virginia

9:25 a.m.

Reported by:  Susan Ashe, RMR, CRR


----------------------------------------------------

DIGITAL EVIDENCE GROUP

1726 M Street NW, Suite 1010

Washington, DC  20036

(202) 232-0646

Page 42

1   Atlanta in the security group?

2              MR. BUCKLEY:  Objection.  Requires

3   him to speculate.

4       A.   No.

5       Q.   Do you know who Randy reports to?

6       A.   No.

7       Q.   Do you know the location of the person

8   that Randy reports to?

9       A.   I would assume he's in the same building,

10  Hampton Roads.

11      Q.   Does your group in Hampton Roads -- when

12  you say "Hampton Roads," we're talking about the

13  same place?

14      A.   Correct.

15      Q.   The place where you work?

16      A.   Correct.

17      Q.   Do they report to the Atlanta -- the

18  security group in Atlanta?

19             MR. BUCKLEY:  Object to the form.

20      A.   The four of us report to Atlanta.

21      Q.   When you say "the four of us," the four

22  reps?

Page  43

1      A.    Correct.

2      Q.    You report to Atlanta through Kim Brown

3  and Randy Bogart?

4            Is that what you mean?

5      A.    Yes.

6            Kim is our immediate supervisor.

7            But we don't have to actually go through

8  her all the time when we're working with Atlanta.

9            We can do it via e-mail, phone, or

10  anything of that nature if we have issues.

11      Q.    And who in Atlanta would you contact if

12  you had issues?

13            MR. BUCKLEY:  Object to the form.

14  Lacks foundation.  Vague and ambiguous.

15      A.    Jason Zabek, Joe Sikes.  Those are two

16  that we actually report to.

17            There's others --

18            I'm sorry, go ahead.

19      Q.    I didn't want to cut you off.

20      A.    I was going to say:  There's others that

21  work there, but those are the two prime ones that we

22  actually try to work through.

Page  217

1   equals reactivate.

2          Do you see that?

3      A.   Yes.

4      Q.   And then he writes a short while later --

5   a minute later:  You can make him wait a day or so

6   if you want.  Smiley face.

7          Do you see that?

8      A.   Yes.

9      Q.   And then you wrote back:  Wish we could

10  send this to every customer.  And you attach a link

11  to a website.

12         Do you see that?

13     A.   Yes.

14     Q.   Do you remember what this website was?

15     A.   No.  It looks like some kind of a news

16  story to me.

17     Q.   Is Jason Zabek instructing you to

18  reactivate this subscriber?

19              MR. BUCKLEY:  Objection.  It requires

20  him to speculate.

21     A.   I would assume that's what he's saying.

22  Yes.

## DEPOSITION ERRATA SHEET

| | | |
|---|---|---|
| Deposition of: | Roger Vredenburg | Date of Deposition: July 28, 2015 |
| Case Name: | *BMG Rights Management, et al. v. Cox Enterprises, et al.* | |
| Case Number: | 1:14-cv-1611-LOG/JFA | |
| Reporter: | Susan Ashe | |

Please make all corrections, changes or clarifications to your testimony, showing page and line numbers. If there are no changes, write "none" across this page. Sign and date on the lines provided.

| Page No. | Line No. | Change From | Change To | Reason |
|---|---|---|---|---|
| 11 | 12 | to | two | NUMBER |
| 13 | 18 | buyers | viruses | WRONG WORD |
| 13 | 19 | D-BBS | DDoS | WRONG WORD |
| 14 | 11 | intake | take | WRONG WORD |
| 97 | 14 | .5 | 2.5 | WRONG NUMBER |
| 101 | 5 | PORT | UNKNOWN AS TO WHAT THIS IS | |
| 154 | 18 | work done | worked on | WRONG WORDS |
| 203 | 5 | views | Vuze | WRONG WORD |
| 215 | 21 | submit | suppose | WRONG WORD |
| 22 | 8 | PACP | DHCP | WRONG WORD |

Signature: _[signature]_    Date: 8/17/15
Roger Vredenburg

| Page No. | Line No. | Change From | Change To | Reason |
|---|---|---|---|---|
| 269 | 11 | OPENERS | ANSWERS | WRONG word |
| 281 | 5 | IR | IT | WRONG word |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Signature: _____ Date: 8/17/15
Roger Vredenburg