IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY ENTERTAINMENT, *et al.*,  )
                                        )
          Plaintiffs,     )
                                        )
v.                                  )  Civil Action No. 1:18cv0950 (LO/JFA)
                                        )
COX COMMUNICATIONS, INC., *et al.*,  )
                                        )
          Defendants.   )
                                        )

## ORDER

It appearing that Exhibit B to the declaration of Jennifer Golinveaux accompanying the reply in support of the motion to transfer venue (Docket no. 34-3) has now been filed in the public record along with a request that the motion to seal be withdrawn (Docket nos. 40, 41), it is

ORDERED that the defendant's motion to seal (Docket no. 35) is denied as moot.

Entered this 18th day of October, 2018.

                                                      /s/
                                       John F. Anderson
                                       John F. Anderson
                                       United States Magistrate Judge

Alexandria, Virginia