# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## NOTICE OF SUBMISSION

Defendants ("Cox"), through counsel, hereby resubmit for public filing the attached Exhibit B to the Declaration of Jennifer A. Golinveaux (ECF No. 34-3), filed with this Court on October 15, 2018.

Dated: October 19, 2018

                                                                                               Respectfully submitted,

                                                                                              /s/ Thomas M. Buchanan
                                                                                              Thomas M. Buchanan (VSB No. 21530)
                                                                                              WINSTON & STRAWN LLP
                                                                                              1700 K Street, NW
                                                                                              Washington, DC 20006-3817
                                                                                              Tel: (202) 282-5787
                                                                                              Fax: (202) 282-5100
                                                                                              Email: tbuchana@winston.com

                                                                                              *Attorney for Cox Communications, Inc.*
                                                                                              *and CoxCom, LLC*

-1-

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email:  dhleiden@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2018, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*