# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **SONY MUSIC ENTERTAINMENT, et al.,** | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **COX COMMUNICATIONS, INC.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 10:23 a.m. |
| Proceeding Held: October 26, 2018 | Hearing Ended: | 10:44 a.m. |
| | | |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, |

[22] Defendant's Motion to Change Venue

10:26 a.m. – Mr. Elkin presents argument.
10:34 a.m. – Mr. Oppenheim presents argument.
10:42 a.m. – Mr. Elkin responds.

- Court takes matter under advisement.
- Court moves motion hearing date from the 9th to the 16th of November.