IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> COX COMMUNICATIONS, INC., ET AL., <br><br> *Defendants.* | Case No. 1:18-cv-950 |

## ORDER

This matter comes before the Court on Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404. Dkt. 22. The matter is fully briefed and the Court heard oral argument on October 26, 2018. Based on the parties' arguments and for good cause shown, Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, Dkt. 22, is **DENIED**. A Memorandum Opinion will follow.

It is **SO ORDERED.**

October 26, 2018
Alexandria, Virginia

Liam O'Grady
United States District Judge