UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

# [PROPOSED] PRETRIAL ORDER

Before the Court is the parties' consent motion for issuance of a pretrial order setting dates for an initial pretrial conference, discovery cutoff and final pretrial conference. Based on the parties' joint submission, the Court finds that the motion should be granted. For the reasons stated in the parties' joint motion, and for good cause shown, it is hereby

ORDERED that discovery shall be completed no later than June 14, 2019 and the final pretrial conference is scheduled for June 21, 2018 at 10 a.m. It is further ORDERED that a Fed. R. Civ. P. 16(b) conference is set for December 5, 2018 at 11 a.m.

ENTERED this _____ day of _____, 2018

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia