# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

Having considered Plaintiffs' Motion to Compel, filed on December 14, 2018, it is hereby ORDERED that the Motion is GRANTED. Accordingly, Defendants are hereby ordered to produce:

(1) Public trial exhibits, deposition transcripts (including thereto) of Cox's fact witnesses and four experts (Barbara Frederiksen-Cross, William Lehr, Terrence McGarty, Richard Sullivan), and Cox's sworn interrogatory answers from *BMG Rights Management v. Cox Communications, Inc. et al.*, 1:14-cv-1611.

(2) Copyright infringement notices, including those sent by non-parties, received by Cox from 2010 to 2014.

It is so ORDERED this _____ day of _____, _____.

_____
United States Magistrate Judge