IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv0950 (LO/JFA) |
| ) | |
| COX COMMUNICATIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It appears that the only issue in dispute in the proposed joint discovery plan filed by the parties on December 12, 2018 (Docket no. 53) has now become the subject of a motion to compel that has been filed and noticed for a hearing on Friday, December 21, 2018 (Docket nos. 54, 56). Given that the issue of whether the defendants will be required to provide the plaintiffs with a copy of the trial exhibits from the *BMG Rights Management* case will be briefed and argued by the parties and decided on December 21, 2018, counsel for the parties shall confer and inform the court by noon on Tuesday, December 18, 2018 as to whether they wish to have a conference with the undersigned on Wednesday, December 19, 2018 at 11:00 a.m. or whether they would like the court to adopt parts I-IV of the proposed joint discovery plan without the need for a conference.

Entered this 17th day of December, 2018.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge