Date: 12/21/2018         Judge: JOHN F. ANDERSON
                         Reporter: FTR

Start: 10:46am
Finish: 11:19am

Civil Action Number: 1:18-cv-950-LO-JFA

<u>Sony Music Entertainment et al.</u>

vs.

<u>Cox Communications, Inc. et al.</u>

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

<u>[54] PLAINTIFFS' MOTION TO COMPEL</u>

Argued &
( ) Granted  ( ) Denied  (X) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to _____

_____
_____
_____
_____
_____

( ) Report and Recommendation to Follow
(X) Order(s) to Follow