UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**

Having considered Plaintiffs' Motion to Compel, filed on January 18, 2019, it is hereby ORDERED that the Motion is GRANTED.  Accordingly, Defendants are hereby ordered to state the number of subscribers whose internet service it terminated each month from 2010 through 2014 for (i) violation of its Acceptable Use Policy, broken out by the provision of the Acceptable Use Policy violated, and (ii) failure to pay for service.

It is so ORDERED this _____ day of _____, _____.

_____
United States Magistrate Judge