## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

### ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Motion to Compel ("Motion"). After considering this Motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders Plaintiffs to produce Cox's requested discovery as follows:

1. Financial information regarding Plaintiffs' revenue and profits related to the works-in-suit in response to Cox's First Set of Requests for Production ("RFP") Nos. 27-29, 36, 41, 43-44, Cox Communication, Inc.'s First Set of Interrogatories, Interrogatory Nos. 2-3, and as set forth in more detail in the concurrently-filed Defendants' Memorandum of Law in Support of their Motion to Compel ("Memorandum").

2. Documents concerning the ownership and validity of Plaintiffs' copyrights, including ownership agreements, challenges to ownership or validity, and work-for-hire agreements in response to Cox's RFP Nos. 10, 13-16, 21-22 and as set forth in more detail in the concurrently-filed Memorandum.

3. Documents concerning Cox and documents concerning Plaintiffs' attempts to contact Cox's subscribers concerning allegations of Copyright Infringement in response to

1

Cox's RFP Nos. 64-65, 128-129, 134-135 and as set forth in more detail in the concurrently-filed Memorandum.

4.   Documents concerning the Copyright Alert System and the actions of other ISPs in response to Plaintiffs' RFP Nos. 118, 126-127, 130-131, 165-174, Interrogatory No. 8, and as set forth in more detail in the concurrently-filed Memorandum.

5.   Documents concerning MarkMonitor and communications with MarkMonitor in response to Cox's RFP Nos. 136, 139, 141, 144-148, 156, 162-163 and as set forth in more detail in the concurrently-filed Memorandum.

6.   Documents concerning the RIAA in response to Cox's RFP Nos. 153-155, 158, 162 and as set forth in more detail in the concurrently-filed Memorandum.

7.   Documents concerning the effect on Plaintiffs from the use of peer-to-peer networks, including from copyright infringement and legitimate uses, in response to Cox's RFP Nos. 50-58 and as set forth in more detail in the concurrently-filed Memorandum.

ENTERED this _____ of _____, 2019.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge