# Exhibit 14

http://www.copyrightinformation.org/statement/statement-on-the-copyright-alert-s  Go    JAN **FEB** APR

20 captures
30 Jan 2017 - 3 Jan 2019

◀ **02** ▶

2016 **2017** 2018

About this capture

- The Copyright Alert System
- A Better Way to Find Movies, TV & Music
- About CCI
- News
- Resources & FAQ

# STATEMENT ON THE COPYRIGHT ALERT SYSTEM

Statement | JANUARY 27, 2017

*WASHINGTON, D.C. – The below statement was released today by the members of the Center for Copyright Information on its program, the Copyright Alert System:*

> "After four years of extensive consumer education and engagement, the Copyright Alert System will conclude its work. The program demonstrated that real progress is possible when content creators, Internet innovators and consumer advocates come together in a collaborative and consensus-driven process. CAS succeeded in educating many people about the availability of legal content, as well as about issues associated with online infringement. We want to thank everyone who put in the hard work to develop this program and make it a success, including past and present members of our Advisory Board. While this particular program is ending, the parties remain committed to voluntary and cooperative efforts to address these issues."

« Back to News

## CATEGORIES

- Blog Post
- Latest News
- Press Release
- Statement


For Press Inquiries please contact us at press@copyrightinformation.org



| http://www.copyrightinformation.org/statement/statement-on-the-copyright-alert-s | Go | JAN **FEB** APR |
|---|---|---|

**20 captures**
30 Jan 2017 - 3 Jan 2019

◀ **02** ▶
2016 **2017** 2018

▼ About this capture



 Center4CopyrightInfo

© 2017 Center for Copyright Information

- Privacy Policy
- Contact Us