# Exhibit 21

| | |
|---|---|
| **From:** | Jeff Gould |
| **To:** | Anderson, Sean R. |
| **Cc:** | Golinveaux, Jennifer A.; Kerry Mustico; Matt Oppenheim; Scott Zebrak |
| **Subject:** | Re: Sony v. Cox - discovery correspondence |
| **Date:** | Thursday, January 17, 2019 1:56:06 PM |

Sean/Jennifer – We are in receipt of your January 15 letter and are considering the issues raised.  We will respond in due course, notwithstanding your arbitrary deadline to response to certain issues by a unilaterally set time today.

Regards,
Jeff

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
202.851.4526 (direct)
jeff@oandzlaw.com