UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BMG RIGHTS MANAGEMENT (US) LLC, and ROUND HILL MUSIC LP,<br><br>                Plaintiff,<br><br>v.<br><br>COX ENTERPRISES, INC., COX COMMUNICATIONS, INC., and COXCOM, LLC,<br><br>                Defendants. | Case No. 1:14-cv-1611 (LOG/JFA)<br><br>HIGHLY CONFIDENTIAL –<br>ATTORNEYS' EYES ONLY –<br>SUBJECT TO PROTECTIVE ORDER |

**DEFENDANT COX COMMUNICATIONS, INC.'S
FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST
SET OF INTERROGATORIES**

PROPOUNDING PARTY:   PLAINTIFFS BMG RIGHTS MANAGEMENT (US) LLC AND ROUND HILL MUSIC LP

RESPONDING PARTY:   DEFENDANT COX COMMUNICATIONS, INC.

SET NUMBER:   ONE (NOS. 1-11)



1