0_10695

📁 **Zabek, Jason (Vol. 01) - 06/02/2015**      **1 CLIP (RUNNING 00:58:37.214)**

🎬 For Trial



**CONFIDENTIAL**      page 1