**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**NOTICE OF SUBMISSION**

Plaintiffs submit this Exhibit A to Plaintiffs' Motion for Temporary Sealing (Docket No. 76), filed January 18, 2019.

                                                      Respectfully Submitted,

Dated January 22, 2019                           /s/ Scott A. Zebrak
                                                            Scott A. Zebrak (38729)
                                                             Matthew J. Oppenheim (*pro hac vice*)
                                                             Jeffrey M. Gould (*pro hac vice*)
                                                              OPPENHEIM + ZEBRAK, LLP
                                                             4530 Wisconsin Avenue, NW, 5th Floor
                                                             Washington, DC 20016
                                                             Tel:  202-480-2999
                                                             scott@oandzlaw.com
                                                             matt@oandzlaw.com
                                                             jeff@oandzlaw.com

                                                             *Attorneys for Plaintiffs*