# Gould

# Exhibit D

Case 1:18-cv-00950-PTG-JFA Document 82-4 Filed 01/23/19 Page 2 of 13 PageID# 1874
Case 1:14-cv-01611-LO-JFA Document 113 Filed 06/29/15 Page 1 of 58 PageID# 2099

1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                          Alexandria Division


---------------------------------:
                                 :
                                 :
BMG RIGHTS MANAGEMENT (US) LLC,  :
et al.,                          :
              Plaintiffs,        :
                                 : Case No. 1:14-cv-1611
      vs.                        :
                                 :
                                 :
COX ENTERPRISES, INC., et al.,   :
              Defendants.        :
---------------------------------:
```

HEARING ON MOTIONS

June 26, 2015

Before:  John F. Anderson, Mag. Judge

APPEARANCES:

John M. Caracappa, Paul Gennari, and Walter D. Kelley, Jr.,
Counsel for the Plaintiffs

Brian D. Buckley and Craig C. Reilly,
Counsel for the Defendants

**Pgs. 25-34**

Case 1:18-cv-00950-PTG-JFA Document 83-4 Filed 01/23/19 Page 4 of 13 PageID# 1876
Case 1:14-cv-01611-LO-JFA Document 113-4 Filed 06/25/15 Page 25 of 58 PageID# 2063

25

1  your lost profit analysis.
2           MR. BUCKLEY:  So two responses to that, Your Honor.
3  One is, I think the first point you made is more of a causation
4  issue.  Even if you could figure out what component of a
5  particular work, what value of that is related to downloads,
6  how do you then connect the dots and say because Brian Buckley
7  illegally downloaded this, I lost this dollar amount.  That's a
8  causation issue.
9           In terms of specifically how do each of these things
10 relate to a calculation of actual damages, honestly, my expert
11 is going to tell me that.  I can't do it.  But our expert is
12 saying, I can't get to an actual damages number, whether it
13 ends up being relevant or not, unless I have more information.
14          THE COURT:  Okay.
15          MR. BUCKLEY:  And, Your Honor, I don't think the case
16 law is --
17          THE COURT:  What's the time period that you're
18 looking for for that information?
19          MR. BUCKLEY:  Three years prior to the lawsuit being
20 filed.  So it was November of 2014.  So we would go back three
21 years from that date.
22          THE COURT:  All right.  Let me hear from the
23 plaintiffs.
24          I know that's why you chose statutory damages,
25 because you didn't want to have to go through and do all the

26

1 stuff trying to calculate actual damages, but --

2 　　　　　MR. CARACAPPA: And because, as Your Honor noted,
3 based on the financials alone, no one is sure how they are
4 going to do it. Because once you illegally download or upload
5 or make available for download or upload a piece of music, it
6 affects every area of distribution. Because you don't just
7 have the people that are uploading and downloading it, but it
8 expands, and they make it available. And you could lose not
9 only Internet sales, but you could lose streaming and record
10 sales.

11 　　　　　So there isn't any way for anybody to take these
12 financials and come up with an actual damages number.

13 　　　　　I do have, to the extent the Court is interested,
14 what we have produced to Cox. Does the Court want to take a
15 look at those?

16 　　　　　THE COURT: Well, just explain it to me so that I
17 know what it is.

18 　　　　　MR. CARACAPPA: Okay. So what did is we have the
19 song, we have the year, and we have the income generated from
20 that song. It's my understanding it's for every copyrighted
21 issue. If it's not, then we can go back and provide that
22 information for every copyright at issue.

23 　　　　　THE COURT: For both BMG and Round Hill? I mean,
24 he's indicated that for Round Hill it's not broken down by
25 year.

Case 1:18-cv-00950-PTG-JFA Document 83-4 Filed 01/23/19 Page 6 of 13 PageID# 1878
Case 1:14-cv-01611-LO-JFA Document 113-4 Filed 06/25/15 Page 27 of 58 PageID# 2065

27

1       MR. CARACAPPA:  That's correct, for Round Hill it is
2  not broke down by year, and we can go back and do that.
3       THE COURT:  But it's only revenue, not -- it only
4  shows the revenue per work?
5       MR. CARACAPPA:  That's correct.  It's not broken down
6  by channel, for example.
7       THE COURT:  Well, why is revenue -- I mean, obviously
8  profit is going to be less than revenue.
9       MR. CARACAPPA:  Yes.
10       THE COURT:  Why aren't they entitled to get some
11  sense as to what has been the profit for each copyrighted work
12  as opposed to merely just the revenue?
13       MR. CARACAPPA:  It's my understanding that the client
14  doesn't do that by song.  The client doesn't -- the client is a
15  business, it has profits and it has losses.  The revenue
16  generated by the songs go to its bottom line.  But by song, it
17  doesn't know how much profit or loss it has.  Obviously, the
18  songs that generate more income are more profitable for them.
19       And our issue was that the way the request is drafted
20  and what they're asking for in the motion is far broader than
21  anything that they're going to need to actually prepare an
22  actual damages analysis.
23       The revenue per channel, the units underlying the
24  revenue per channel, the metrics used, again all of that
25  information we don't think they need to perform an actual

Case 1:18-cv-00950-PTG-JFA Document 83-4 Filed 01/23/19 Page 7 of 13 PageID# 1879
Case 1:14-cv-01611-LO-JFA Document 113-4 Filed 06/25/15 Page 28 of 58 PageID# 2066

28

1   damages analysis.  We think that what we provided is more than
2   enough.  And they haven't been able to explain how this
3   additional information, that level of granularity, is going to
4   inform their expert or a jury.
5           With respect to the information they ask for on
6   page 4, it's the financial data related to the overall
7   business, annual revenues, costs, expenses, incremental
8   profits, that's not even asked for in any of their document
9   requests or interrogatories.
10          THE COURT:  Let me -- 106, 107, and 108, are they in
11  the second --
12          MR. CARACAPPA:  They are Exhibit A to Cox's --
13          THE COURT:  All right, I've got it.
14          MR. CARACAPPA:  I'm sorry, they are Exhibit A to our
15  opposition.
16          THE COURT:  Well, 106, all documents evidencing your
17  loss of revenues and profits as a result of the infringements.
18          That would indicate one would have to produce
19  documents relating to revenue and profits, right?
20          MR. CARACAPPA:  The problem is:  As the result of the
21  infringements.  And that's the issue that we have with the
22  request and that's the issue that we've been talking about.
23  Which is, you can't prove a but for, but for this one download
24  we would have lost income related to the album sales, or
25  digital downloads, or streaming, or licensing.

Case 1:18-cv-00950-PTG-JFA Document 83-4 Filed 01/23/19 Page 8 of 13 PageID# 1880
Case 1:14-cv-01611-LO-JFA Document 113-4 Filed 06/25/15 Page 29 of 58 PageID# 2067

29

1      MR. BUCKLEY: Your Honor, can I make one point?
2      THE COURT: Okay. Thank you.
3      MR. BUCKLEY: That may all be true, and that's our
4 problem and our expert's problem. Plaintiffs don't have to
5 calculate any of this. When our expert does his analysis, if
6 plaintiffs think there are issues with it, or that it's flawed,
7 or that if it's not relevant, they are obviously free to argue
8 that.
9      And it is not their burden to prove actual damages.
10 They are proceeding on a statutory damages theory and are
11 entitled to do that.
12     We, however -- and I really don't think the law is
13 ambiguous on this. There are two Eastern District cases right
14 on point. We have a right to prove actual damages and to
15 introduce that as part of the statutory damages analysis.
16 There is zero question that we can't do it with what we've been
17 provided. I mean, Mr. Caracappa doesn't even dispute that. We
18 can't do it with revenue figures.
19     So we have to have some additional detail. And the
20 question is just what additional detail. And we've identified
21 pretty specifically what our expert needs. It should not be --
22 and again, I don't want to, I don't want to be glib about the
23 burden here, but this is a very significant case with
24 significant damages involved, going and collecting this
25 information and providing it in the scope of all of the

Case 1:18-cv-00950-PTG-JFA Document 83-4 Filed 01/23/19 Page 9 of 13 PageID# 1881
Case 1:14-cv-01611-LO-JFA Document 113-4 Filed 06/25/15 Page 30 of 58 PageID# 2068

30

1  discovery that's occurred in this case should not be relatively
2  that burdensome.
3        THE COURT:  I mean, I read in -- I can't remember
4  which one of the two cases that I read that you've cited, I
5  think it was the Dae Han Video Production one that I pulled up
6  and read, the older one, it talks -- and my recollection of
7  that case, and it was yesterday evening, was not that you prove
8  what actual damages are, but it has to be some overall general
9  relationship or some ballpark figure dealing with actual
10 damages.  Not that you are going to be coming in and proving
11 what actual damages are, or that you're entitled to do that, or
12 that that's necessary.
13       Am I -- did I --
14       MR. BUCKLEY:  Well, what the cases say, Your Honor,
15 is that when you're considering statutory damages, you
16 actually -- one of the two Eastern District cases actually says
17 you start with actual damages.
18       So I don't think there is any dispute about that.  So
19 then the question is just, how do you calculate actual damages?
20 And again, that's not plaintiffs' problem or Your Honor's
21 problem, we have to figure that out.  Cox has to figure it out.
22 And we have hired an expert to do that.
23       But in order to compare actual damages to statutory
24 damages, somebody has to calculate actual damages, and we're
25 going to take on the burden of doing that, but we need the data

Case 1:18-cv-00950-PTG-JFA   Document 234   Filed 01/23/19   Page 10 of 13 PageID# 1882
Case 1:14-cv-01611-LO-JFA   Document 113   Filed 06/23/15   Page 31 of 58 PageID# 2069

31

```
 1  to do it.
 2          THE COURT:  By copyright you plan to do that?
 3          MR. BUCKLEY:  We will try.  And they have a financial
 4  expert who will look at what our expert does and I'm sure try
 5  to poke holes in it.  And they will claim that his methodology
 6  is flawed, and we will have an argument about that, but we're
 7  entitled under the law to give it a try.  And the case law says
 8  that when it comes time to actually consider damages, the Court
 9  needs to take actual damages into account.  So somebody has to
10  try.
11          THE COURT:  What information does the plaintiff
12  actually have that relates to the damages calculation?  On a
13  per channel basis and then about -- you know, I assume you
14  don't keep documents as to each revenue minus operating income
15  and things like that for each copyrighted work?
16          MR. CARACAPPA:  That's right, we don't.
17          THE COURT:  How is it that the records are kept or
18  the books kept for each of the two plaintiffs here?
19          MR. CARACAPPA:  Let me rephrase the question
20  slightly.
21          THE COURT:  Okay.
22          MR. CARACAPPA:  I'm not exactly sure how the records
23  --
24          THE COURT:  It was probably poorly phrased, and I
25  understand.  No, I --
```

32

1              MR. CARACAPPA:  I'm not exactly sure how the records
2     are kept, but what they can do is they can break the copyrights
3     down by channel.  So they can do physical album sales, digital
4     downloads, streaming royalties, and licensing royalties.  And
5     they can do that, it's my understanding, per copyright by year
6     for both BMG and Round Hill.
7              THE COURT:  Okay.  So that's revenue?
8              MR. CARACAPPA:  That is revenue --
9              THE COURT:  Revenue for each copyright?
10             MR. CARACAPPA:  Yes.
11             THE COURT:  Okay.  Are there -- and I take it the
12    portfolio for the overall revenue for each of these entities
13    comes from many more copyrights than just those that are
14    involved in this lawsuit?
15             MR. CARACAPPA:  Yes, Your Honor.
16             THE COURT:  But if you knew the percentage of what
17    this revenue is and the overall revenue, and you wanted to
18    ballpark something, you could just assign -- if it's 20 percent
19    here, 20 percent of the operating expenses, to come up with
20    what ballpark would be, the actual profits per -- all right.
21             Do they keep -- I take it they would have to keep
22    operating -- do an overall business level sheet of revenues,
23    operating expenses, and profit, is that right?
24             MR. CARACAPPA:  Yes, Your Honor, they do have that
25    information generally with respect to the company --

Case 1:18-cv-00950-PTG-JFA Document 334 Filed 01/23/19 Page 12 of 13 PageID# 7984
Case 1:14-cv-01611-LO-JFA Document 113 Filed 06/23/15 Page 33 of 58 PageID# 2071

33

1              THE COURT:  Company, all right.
2              MR. CARACAPPA:  -- not with respect to individual
3     copyrights.
4              THE COURT:  All right.  What I'm going to do -- you
5     know, I tell you, if I have them produce all this information
6     and you decide I'm going to just ignore it, I'm going to award
7     costs for them to do this.
8              I mean, you're asking for it.  I'm not going to have
9     them go off and do this fishing expedition to get you a bunch
10    of information and then you just sit back and laugh about it.
11             I mean, you've represented to the Court that you've
12    got an expert and that your expert is going to put in the time
13    and effort and money to coming up with an actual damages
14    calculation.  And I'm not going to have them go off and do this
15    just because you think it might be relevant, and then you get
16    it and you decide, I don't want to use it.  Okay.  If you do
17    that, you're going to pay for it.
18             MR. BUCKLEY:  I understand, Your Honor.  And I commit
19    to you that that is absolutely not what this is about.  We are
20    going to use the information.  This is not a fishing
21    expedition.  And we are certainly not going to just sit back
22    and laugh that we imposed a burden on the plaintiffs.  That's
23    not what this is about.
24             THE COURT:  All right.  Well, I'm going to have them
25    produce the information on a per channel basis and overall

Case 1:18-cv-00950-PTG-JFA   Document 83-4   Filed 01/23/19   Page 13 of 13 PageID# 1985
Case 1:14-cv-01611-LO-JFA   Document 113   Filed 06/23/15   Page 34 of 58 PageID# 2072

34

1   company profit/loss information, operating expenses.

2           So that hopefully once you get your portion of the
3   revenue from these copyrighted works during the time period,
4   you can look at the portion of the revenue from the entire
5   company and, you know, do -- your expert can come up with some
6   type of analysis as to, you know, what share of the operating
7   expenses and things and hopefully come up with some sort of a
8   ballpark as to what the profit would have been for that based
9   on the revenues per channel and overall revenue and profit from
10  the company.

11          All right.  So that will take care of that motion to
12  compel.

13          The motion to seal, let's deal with that one next.  I
14  don't really understand why any of the information that you're
15  asking to be filed under seal should be under seal.

16          You know, I went back and just -- if this case ends
17  up having a lot of material that you are going to try and file
18  under seal other than identifying information of subscribers,
19  at some point we're going to have to deal with that issue, but
20  the idea that ISP numbers are changed and information kept for
21  a certain period of time, what is commercially sensitive,
22  confidential, or whatever about that information that it
23  shouldn't be in the public record?  Or that, you know, certain
24  records aren't kept after a certain period of time?

25          I went through -- and let me just -- I am going back