UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**REPLY DECLARATION OF JENNIFER A. GOLINVEAUX IN FURTHER SUPPORT OF COX'S MOTION TO COMPEL**

I, Jennifer A. Golinveaux, hereby declare:

1. I am a partner with the firm of Winston & Strawn LLP, attorneys of record for Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the transcript of the trial proceedings in *BMG Rights Management (US) LLC v. Cox Communications, Inc.*, 1:14-cv-01611 (LO) (JFA).[1]

3. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the transcript of the November 20, 2015 hearing in *BMG Rights Management (US) LLC v. Cox Communications, Inc.*, 1:14-cv-01611 (LO) (JFA).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] For ease of reference, the exhibit numbering is continued from my January 18, 2019 Declaration in Support of Cox's Motion to Compel (ECF 75-1).

-2-

Executed this 24th day of January, 2019 in New York, New York.

                                                    */s/ /Jennifer A. Golinveaux/*
                                                    Jennifer A. Golinveaux