Date: 01/25/2019          Judge: JOHN F. ANDERSON
                                   Reporter: FTR

Start: 10:00am
Finish: 12:04pm

Civil Action Number: 1:18-cv-950-LO-JFA

Sony Music Entertainment et al.

vs.

Cox Communications, Inc. et al.

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:
[70] MOTION TO COMPEL THE NUMBER OF SUBSCRIBERS COX TERMINATED FOR VIOLATING ITS ACCEPTABLE USE POLICY AND PAYMENT TERMS

[72] DEFENDANTS' MOTION TO COMPEL

Argued &
( ) Granted ( ) Denied (X) Granted in part/Denied in part [70]
( ) Taken Under Advisement ( ) Continued to _____
[72] granted in part/denied in part

( ) Report and Recommendation to Follow
(X) Order to Follow