IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
)
        Plaintiffs, )
)
v. ) Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*, )
)
        Defendants. )
)

## ORDER

On Friday, January 25, 2019, counsel for the parties appeared before the court to present argument on plaintiffs' motion to compel. (Docket no. 70). Upon consideration of the motion, memorandum in support (Docket no. 79), opposition (Docket no. 81), and reply (Docket no. 85), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part and denied in part.

Entered this 25th day of January, 2019.

                                            /s/
                                    John F. Anderson
                                    United States Magistrate Judge

Alexandria, Virginia