**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>         Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**

Having considered Plaintiffs' Motion to Compel, filed on February 1, 2019, it is hereby ORDERED that the Motion is GRANTED.  Accordingly, Defendants are hereby ordered to produce:

(1) For the period of 2011 to the present, documents sufficient to identify, on a subscriber-by-subscriber basis, by quarter and year, revenue attributable to the specific Cox subscribers who were the subject of Plaintiffs' copyright infringement notices;

(2) For the period 2010 through 2014, emails and communications concerning Cox's responses to, handling of, and attitude towards infringement notices; and

(3) For the period of 2011 through 2014, records regarding third-party copyright infringement notices involving the same Cox subscribers who were the subject of Plaintiffs' copyright infringement notices.

It is so ORDERED this ____ day of _____, _____.

_____
United States Magistrate Judge