# EXHIBIT G

# PX 1340

# (REDACTED, SUBJECT TO MOTION TO SEAL)