EXHIBIT H

PX 1354

(REDACTED, SUBJECT TO MOTION TO SEAL)