# EXHIBIT I

# PX 1358

# (REDACTED, SUBJECT TO MOTION TO SEAL)