# EXHIBIT J

# PX 1378

# (REDACTED, SUBJECT TO MOTION TO SEAL)