# EXHIBIT K

# PX 1381

# (REDACTED, SUBJECT TO MOTION TO SEAL)