# EXHIBIT L

# PX 1446

# (REDACTED, SUBJECT TO MOTION TO SEAL)