# EXHIBIT M

# PX 1453

# (REDACTED, SUBJECT TO MOTION TO SEAL)