# EXHIBIT N

# PX 1984

# (REDACTED, SUBJECT TO MOTION TO SEAL)