# EXHIBIT O

# PX 2068

# (REDACTED, SUBJECT TO MOTION TO SEAL)