## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## CONSENT MOTION TO CONTINUE HEARING AND SET A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO COMPEL (ECF NO. 94)

PURSUANT to the Federal Rules of Civil Procedure and Local Civil Rule 7(F)(1), the parties jointly move for entry of an order to continue the hearing and to set a briefing schedule on Plaintiffs' motion to compel (ECF No. 94) based on the following grounds:

1.      Plaintiffs' motion to compel (ECF No. 94) is currently noticed for hearing on February 8, 2019 at 10:00 am (ECF No. 97).

2.      Counsel for Defendants has a conflict on February 8, 2019 at 10:00 am and is thus unavailable to appear at the noticed hearing.

3.      As a professional courtesy, Plaintiffs have agreed to re-notice their motion for February 15, 2019 at 10:00 am.

4.      The parties have met and conferred, and jointly propose the following briefing schedule for Plaintiffs' motion to compel, which will be re-noticed for hearing on February 15, 2019 at 10:00 am:

| | |
|---|---|
| ***Brief in Opposition*** | February 6, 2019 filed by 11:59 pm EST |
| ***Reply Brief*** | February 8, 2019 filed by 5:00 pm EST |

**Hearing**                          February 15, 2019 at 10:00 am EST

WHEREFORE, the parties respectfully request that this motion be granted and that the proposed order attached hereto be entered.

Dated: February 6, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox*
*Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on February 6, 2019, a copy of the foregoing CONSENT MOTION TO

CONTINUE HEARING AND SET A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION

TO COMPEL (ECF NO. 94) was filed electronically with the Clerk of Court using the ECF

system, which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc.*
*and CoxCom, LLC*