UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiff,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## ORDER

This matter is before the Court on the parties' consent motion for entry of an order to continue the hearing and to set a briefing schedule on Plaintiffs' motion to compel (ECF No. 94). Upon consideration whereof, it is hereby

**ORDERED** that the motion is **GRANTED**, and the following schedule shall apply to Plaintiffs' motion to compel (ECF No. 94):

| | |
|---|---|
| *Brief in Opposition* | February 6, 2019 filed by 11:59 pm EST |
| *Reply Brief* | February 8, 2019 filed by 5:00 pm EST |
| *Hearing* | February 15, 2019 at 10:00 am EST |

ENTERED this 6TH day of February 2019.

Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge