UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Temporary Sealing (ECF No. 99) and Cox's Memorandum in Support thereof, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, for an order to file under seal Exhibits G through O to Plaintiffs' February 1, 2019 Motion to Compel which constitute or discuss confidential business information belonging to Cox, and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this ____ day of February, 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge