# EXHIBIT B

# PX 1330

# (REDACTED, SUBJECT TO MOTION TO SEAL)