# EXHIBIT C

# PX 1456

# (REDACTED, SUBJECT TO MOTION TO SEAL)