# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF SEALED FILINGS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and E.D.Va. Local Civil Rule 5(C), Plaintiffs have filed under seal a portion of their Reply Memorandum in Support of Plaintiffs' Motion to Compel (ECF No. 105), and two accompanying exhibits, PX 1330 and PX 1456.

**NOTICE OF RIGHT TO RESPOND**: Pursuant to Local Civil Rule 5(C), parties and nonparties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

///

///

///

| | |
|---|---|
| Dated February 8, 2019 | Respectfully Submitted,<br>/s/ Scott A. Zebrak<br>Scott A. Zebrak (38729)<br>Matthew J. Oppenheim (*pro hac vice*)<br>Jeffrey M. Gould (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20015<br>Tel: 202-480-2999<br>scott@oandzlaw.com<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br><br>*Attorneys for Plaintiffs* |