Date: 02/15/2019         Judge: JOHN F. ANDERSON
                         Reporter: FTR

Start: 10:04 AM
Finish: 11:11 AM

Civil Action Number: 1:18-cv-950-LO-JFA

Sony Music Entertainment et al.

vs.

Cox Communications, Inc. et al.
Appearances of Counsel for (X) Pltf ( X ) Deft
(  ) Matter is uncontested
Motion to/for:

[94] PLAINTIFFS' MOTION TO COMPEL

Argued &
(  ) Granted  (  ) Denied  (X) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to _____
_____
_____
_____

(  ) Report and Recommendation to Follow
(X) Order to Follow