IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
)
      Plaintiffs, )
)
v. )   Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*, )
)
      Defendants. )
)

## ORDER

On Friday, February 15, 2019, counsel for the parties appeared before the court to present argument on plaintiffs' motion to compel. (Docket no. 94). Upon consideration of the motion, memorandum in support (Docket no. 96), opposition (Docket no. 103), and reply (Docket no. 105), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' motion to compel is granted in part and denied in part. The issue regarding emails and communications concerning Cox's responses to, handling of, and attitude towards infringement notices for the period 2010 through 2014 is taken under advisement.

Entered this 15th day of February, 2019.

                                                           /s/
                                            John F. Anderson
                                            United States Magistrate Judge
                                            John F. Anderson
                                            United States Magistrate Judge

Alexandria, Virginia