UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER GRANTING COX'S OBJECTIONS TO MAGISTRATE JUDGE'S NON-DISPOSITIVE RULING

UPON CONSIDERATION of Cox's Objections to Magistrate John F. Anderson's Non-Dispositive Ruling (Dkt. 116) and the Memorandum in support thereof (Dkt. 117), pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, Local Civil Rule 72, and 28 U.S.C.A. § 636, which seeks an order allowing Cox to maintain under seal two documents in their entirety and aselect portion of one document, which have been designated by Cox as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal as set forth below until further order of the Court.

- PX 1330 in its entirety;
- PX 1456 in its entirety; and
- The bottom of Page 2 and Page 3 of PX 1340 (highlighted version submitted under seal).

ENTERED this ____ day of March, 2019.

Alexandria, Virginia

_____

The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia