# Exhibit C

**Subject:** Cox production
**Date:** Monday, March 4, 2019 at 8:05:40 PM Eastern Standard Time
**From:** Jeff Gould
**To:** Anderson, Sean R., Golinveaux, Jennifer A.
**CC:** Kerry Mustico

Sean – We've identified a few issues and questions about Cox's recent productions that I'm hoping you can resolve.

1. COX_SONY_00515532 has a native slipsheet but no native.
2. What does COX_SONY_00515533 (5. subscriber churn) purport to show?
3. What is COX_SONY_00515540 (riaa_subjects_to_accounts.txt)?
4. When will Cox produce revenue data ordered by the Court on February 15, 2019?
5. Has Cox produced AUP violation information as ordered on January 25, 2019? If so, what is the bates number?
6. Has Cox produced the emails from the 2 BMG issue codes we've discussed? If not, when will you produce them.

Thanks,
Jeff

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW | Suite 500
Washington, DC 20016
202.851.4526 direct | 202.480.2999 main
jeff@oandzlaw.com | www.oandzlaw.com

Follow Oppenheim + Zebrak on Twitter:  https://twitter.com/OandZLaw