# Exhibit G

**Subject:** Re: Do you have 5 minutes to chat?
**Date:** Friday, March 29, 2019 at 3:04:15 PM Eastern Daylight Time
**From:** Matt Oppenheim
**To:** Golinveaux, Jennifer A.
**CC:** Lane, Thomas Patrick, Jeff Gould

We do not have the data so we don't know.  But even assuming the data is not complex, our expert has to work with it and think about it.  You guys are massively overdue on this.  Either agree to push the expert deadline for a week or we file.  This is not something we should have to take to Anderson but we are about to file if you cannot compromise.

Matt Oppenheim
Oppenheim + Zebrak
202-494-4910 (mobile)

On Mar 29, 2019, at 2:57 PM, Golinveaux, Jennifer A. <JGolinveaux@winston.com> wrote:
Matt,
This is a report showing revenue by accused customer. It is not complex data to analyze. The time for creating the report involved writing the code to do so and bringing data up from back up tapes. That is an entirely different issue. Why would your experts need more than a week to analyze it?
Jennifer
Jennifer Golinveaux
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com
-----Original Message-----
From: Matt Oppenheim <Matt@oandzlaw.com>
Sent: Friday, March 29, 2019 11:54 AM
To: Golinveaux, Jennifer A. <JGolinveaux@winston.com>
Cc: Lane, Thomas Patrick <TLane@winston.com>; Jeff Gould <Jeff@oandzlaw.com>
Subject: Re: Do you have 5 minutes to chat?
Seriously?  We have to analyze the data.  We have no idea what it will look like, and you want us to have to do that in one week when it is taking you 7 weeks to produce.  If that is where you are on this issue, we should just file our motion.  But seriously, that is not realistic.
Matthew J. Oppenheim
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW | Suite 500
Washington, DC 20016
202.450.3958 direct | 202.494.4910 mobile
Matt@oandzlaw.com|www.oandzlaw.com <https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658414350&amp;sdata=yXVoVB%2FxseUET89lvXVUFMQzmAaiPJKskfLw%2B1d68rQ%3D&amp;reserved=0>
<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658414350&amp;sdata=Gqyv8QLWwK7izp%2FYDiaOzYW%2FCJeQpQNdCAvDv060Eys%3D&amp;reserved=0>Follow Oppenheim + Zebrak on Twitter.

_____
This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege.  If you are not the intended recipient, please delete it without copying, reviewing

or distributing any portion and notify sender.
On 3/29/19, 2:52 PM, "Golinveaux, Jennifer A." <JGolinveaux@winston.com> wrote:
   If the deposition is scheduled for April 5, why do you need to move the expert deadline?
   Jennifer Golinveaux
   Winston & Strawn LLP
   D: +1 415-591-1506
   M: +1 415-699-1802
   winston.com
   -----Original Message-----
   From: Matt Oppenheim <Matt@oandzlaw.com>
   Sent: Friday, March 29, 2019 11:50 AM
   To: Golinveaux, Jennifer A. <JGolinveaux@winston.com>
   Cc: Lane, Thomas Patrick <TLane@winston.com>; Jeff Gould <Jeff@oandzlaw.com>
   Subject: Re: Do you have 5 minutes to chat?
   I get it, but this is resolvable.  Commit to moving our expert deadline by one week, and if you do not get us the data 72 hrs before the deposition, we move the deposition.
   Matthew J. Oppenheim
   Oppenheim + Zebrak, LLP
   4530 Wisconsin Avenue, NW | Suite 500
   Washington, DC 20016
   202.450.3958 direct | 202.494.4910 mobile
   Matt@oandzlaw.com|www.oandzlaw.com <https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658414350&amp;sdata=yXVoVB%2FxseUET89lvXVUFMQzmAaiPJKskfLw%2B1d68rQ%3D&amp;reserved=0>
    <https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658414350&amp;sdata=Gqyv8QLWwK7izp%2FYDiaOzYW%2FCJeQpQNdCAvDv060Eys%3D&amp;reserved=0>Follow Oppenheim + Zebrak on Twitter.

   _____
   This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege.  If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.
   On 3/29/19, 2:47 PM, "Golinveaux, Jennifer A." <JGolinveaux@winston.com> wrote:
      Matt,
      The client is working to nail down a more precise date but thinks that it can produce the report at least 72 hours before the deposition. The issue is that given the age of the data, certain of the date is having to be retrieved from back up tapes, which as you know is an involved process. They are working on confirmation of how long it will take to complete. I'll report back within the next hour.
      Regards,
      Jennifer
      Jennifer Golinveaux
      Winston & Strawn LLP
      D: +1 415-591-1506
      M: +1 415-699-1802
      winston.com
      -----Original Message-----
      From: Golinveaux, Jennifer A. <JGolinveaux@winston.com>
      Sent: Friday, March 29, 2019 9:07 AM
      To: Matt Oppenheim <Matt@oandzlaw.com>
      Cc: Lane, Thomas Patrick <TLane@winston.com>; Jeff Gould <Jeff@oandzlaw.com>
      Subject: Re: Do you have 5 minutes to chat?
      We are discussing this proposal with our client and will be back to you asap.

On Mar 29, 2019, at 4:02 AM, Matt Oppenheim <Matt@oandzlaw.com> wrote:
Let me add the following to the extent it was not clear from Jeff's prior comments.  We are willing to stand down on the motion if you guys agree to push the deadline for our financial expert, and we make sure we get the documents at least 72 hours before the deposition.   This seems to be a more than reasonable resolution.  Please let us know within the hour if this is acceptable.
Matt
Matthew J. Oppenheim
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW | Suite 500
Washington, DC 20016
202.450.3958 direct | 202.494.4910 mobile
Matt@oandzlaw.com|www.oandzlaw.com <https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658414350&amp;sdata=yXVoVB%2FxseUET89lvXVUFMQzmAaiPJKskfLw%2B1d68rQ%3D&amp;reserved=0> <https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658414350&amp;sdata=Gqyv8QLWwK7izp%2FYDiaOzYW%2FCJeQpQNdCAvDv060Eys%3D&amp;reserved=0>Follow Oppenheim + Zebrak on Twitter.
_____
This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege.  If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.
On 3/29/19, 7:48 AM, "Matt Oppenheim" <Matt@oandzlaw.com> wrote:

  Needless to say, this is not adequate. I called multiple members of your team yesterday to have a verbal meet and confer, but none of you were able to call me back. At this point we assume that this written exchange is sufficient meet and confer. If you can give us more concrete information including assurance that the information will be produced today, we can avoid filing a motion.
  Matt Oppenheim
  Oppenheim + Zebrak
  202-494-4910 (mobile)
  On Mar 29, 2019, at 1:33 AM, Golinveaux, Jennifer A. <JGolinveaux@winston.com> wrote:
  Matt,
  As I told Jeff yesterday, the client is working diligently to get you this report well in advance of Mr. Mencher's deposition next week. Things have progressed slower than anticipated in light of the age of the data. I have another status check with the client tomorrow and will give you an update.
  Jennifer
    On Mar 28, 2019, at 9:46 AM, Matt Oppenheim <Matt@oandzlaw.com> wrote:
    Apologies.  I called and left a message for Tom Buchanan.  Can you give me a ring?
    We need to figure out where we are on the financial data that the court ordered to be produced in early February.   I do not want to have to file a motion for sanctions tomorrow, but given the upcoming expert deadlines, we will not have a choice if we do not have a rock-solid promise that we are getting the discovery tomorrow.
    Matt
    Matthew J. Oppenheim
    Oppenheim + Zebrak, LLP
    4530 Wisconsin Avenue, NW | Suite 500 Washington, DC 20016
    202.450.3958 direct | 202.494.4910 mobile
    Matt@oandzlaw.com|www.oandzlaw.com <https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com%2F&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658414350&amp;sdata=yXVoVB%2FxseUET89lvXVUFMQzmAaiPJKskfLw%2B1d68rQ%3D&amp;reserved=0> <https://nam01.safelinks.protection.outlook.com/?

url=https%3A%2F%2Ftwitter.com%2FOandZLaw&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658424355&amp;sdata=jAm0AmgtTz6%2B%2FiumpFK5fyx8SZ8PePjE%2FqRRjpC3AB8%3D&amp;reserved=0>Follow Oppenheim + Zebrak on Twitter.
_____
This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege. If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.
On 3/28/19, 3:43 PM, "Lane, Thomas Patrick" <TLane@winston.com> wrote:
Matt:
I did not get a voicemail from you. Now on calls. Can you shoot me an email? Many thanks.
Tom
On Mar 28, 2019, at 1:51 PM, Matt Oppenheim <Matt@oandzlaw.com<mailto:Matt@oandzlaw.com>> wrote:
I left him a voicemail.
From: "Golinveaux, Jennifer A."
<JGolinveaux@winston.com<mailto:JGolinveaux@winston.com>>
Date: Thursday, March 28, 2019 at 1:44 PM
To: Matt Oppenheim <Matt@oandzlaw.com<mailto:Matt@oandzlaw.com>>
Cc: "Lane, Thomas Patrick"
<TLane@winston.com<mailto:TLane@winston.com>>
Subject: RE: Do you have 5 minutes to chat?
I am boarding a flight but you can reach Tom in his office.
Jennifer Golinveaux
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802
winston.com<http://www.winston.com>
[Winston & Strawn LLP]
From: Matt Oppenheim <Matt@oandzlaw.com<mailto:Matt@oandzlaw.com>>
Sent: Thursday, March 28, 2019 10:39 AM
To: Golinveaux, Jennifer A.
<JGolinveaux@winston.com<mailto:JGolinveaux@winston.com>>
Subject: Do you have 5 minutes to chat?
Matt
Matthew J. Oppenheim
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW | Suite 500 Washington, DC 20015
202.450.3958 direct | 202.494.4910 mobile
Matt@oandzlaw.com|<mailto:Matt@oandzlaw.com%7C>https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fnam01.safelin&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658424355&amp;sdata=TAg7HBdyJ93sj2CmErOyoFIy%2BgXYYMc9XwO%2Fb4ecAHg%3D&amp;reserved=0
ks.protection.outlook.com/?url=www.oandzlaw.com&amp;data=02%7C01%7CJ
Golinveaux%40winston.com%7C7f2a91afbea54eb2c11f08d6b44f39b1%7C12a8aa
e45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894649704881067&amp;sdata=Bs
MNhxIXFnQRqjo4iTLJ%2BmNQZ34NPbMluHDeLf6GllY%3D&amp;reserved=0<https:
//nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandz
law.com%2F&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C7f2a91afbe
a54eb2c11f08d6b44f39b1%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C
636894649704891076&amp;sdata=CZGB9P0LLtCC1UflWsUbC1VFWDI1RViJgL0PLgh
G%2BFM%3D&amp;reserved=0>
<image002.png><https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&amp;data=02%7C01%7CJGolinveaux%40winston.com%7C2cce716dfd4748c9bf7a08d6b477f551%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636894824658

[424355&amp;sdata=jAm0AmgtTz6%2B%2FiumpFK5fyx8SZ8PePjE%2FqRRjpC3AB8%3D&amp;reserved=0>Follow](#) Oppenheim + Zebrak on Twitter.

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.