# Exhibit B

**From:** "Benjamin, Rachel" <RBenjamin@winston.com>
**Date:** Wednesday, April 3, 2019 at 4:16 PM
**To:** Jeff Gould <Jeff@oandzlaw.com>
**Cc:** "Kearney, Thomas" <TKearney@winston.com>, "Golinveaux, Jennifer A."
<JGolinveaux@winston.com>, "Buchanan, Tom" <TBuchana@winston.com>
**Subject:** Sony Music Entm't, et al., v. Cox Communications, Inc. - FTP link to document
production

Dear Mr. Gould:

   The link below will grant you to access to Cox Communications, Inc. and CoxCom LLC's
production of documents Bates numbered COX_SONY_00973760 - COX_SONY_00973767. The password
to access the download and the password to open the ZIP file will be sent to you in a separate email.

Link: https://mft.winston.com/?ShareToken=3A09EAB68EB459F561CD25158118892CC656086B

-Rachel Benjamin

**Rachel Benjamin**
**Paralegal**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-2625
F: +1 212-294-4700

| VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.