# Exhibit C

**From:** "Golinveaux, Jennifer A." <JGolinveaux@winston.com>
**Date:** Wednesday, April 3, 2019 at 6:30 PM
**To:** Jeff Gould <Jeff@oandzlaw.com>
**Cc:** "Elkin, Michael S." <MElkin@winston.com>, "Buchanan, Tom" <TBuchana@winston.com>, "Kearney, Thomas" <TKearney@winston.com>
**Subject:** Sony/Cox

Jeff,

As you know, we produced the ICOMS customer billing report earlier today. In light of the detailed column headings on the report, Cox will designate and make Paul Jarchow available to testify about the report on Friday when you are done with Mr. Mencher as he is more knowledgeable about the report. Mr. Mencher will remain designated on the remaining financial topics I identified in our earlier correspondence. Mr. Jarchow is in California and will be available by video. Please confirm you will make the necessary arrangements with the Court reporter.

Since Plaintiffs have the report a week before their expert deadline, and a Cox witness will testify on it this Friday, there is no basis for your pending motion regarding the ICOMS report. Please confirm that this resolves the motion and that Plaintiffs will withdraw it.

Thank you,

Jennifer


**Jennifer A. Golinveaux**
**Partner**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840

D: +1 415-591-1506

F: +1 415-591-1400

Bio | VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.