Date: 04/05/2019                      Judge: JOHN F. ANDERSON
                                                                                 Reporter: FTR

Start: 10:36am
Finish: 10:53am

Civil Action Number: 1:18-cv-950-LO_JFA

Sony Music Entertainment, et al.

vs.

Cox Communications, Inc., et al.

Appearances of Counsel for (X) Pltf ( X ) Deft
(  ) Matter is uncontested
Motion to/for:

[120] PLAINTIFF'S MOTION FOR SANCTIONS

Argued &
(  ) Granted (   ) Denied ( X ) Granted in part
(  ) Taken Under Advisement (   ) Continued to _____

_____
_____
_____
_____
_____
_____

(  ) Report and Recommendation to Follow
( X ) Order(s) to Follow