IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*,  )
)
          Plaintiffs,  )
)
v.  )   Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*,  )
)
          Defendants.  )

## ORDER

On Friday, April 5, 2019, counsel for the parties appeared before the court to present argument on plaintiffs' motion for sanctions. (Docket no. 120). Upon consideration of the motion, memorandum in support (Docket no. 121), opposition (Docket no. 125), and reply (Docket no. 126), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiffs' motion for sanctions is granted in part. Defendants must produce Mr. Jarchow for a deposition no later than Wednesday, April 10, 2019. Plaintiffs shall serve their damages expert report no later than Friday, April 19, 2019. Defendants' expert report responding to plaintiffs' damages expert report shall remain due no later than Wednesday, May 8, 2019.

Entered this 5th day of April, 2019.

                                                    /s/
                                          John F. Anderson
                                          United States Magistrate Judge
                                          John F. Anderson
                                          United States Magistrate Judge

Alexandria, Virginia