UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, May 3, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will present oral argument in support of their Motion to Amend the Complaint (ECF No. 130).

                                                                                Respectfully Submitted,

Dated April 8, 2019                                    /s/ Scott A. Zebrak
                                                                                Scott A. Zebrak (38729)
                                                                                Matthew J. Oppenheim (*pro hac vice*)
                                                                                Jeffrey M. Gould (*pro hac vice*)
                                                                                OPPENHEIM + ZEBRAK, LLP
                                                                                4530 Wisconsin Avenue, NW, 5th Floor
                                                                                Washington, DC 20015
                                                                                Tel:  202-480-2999
                                                                                scott@oandzlaw.com
                                                                                matt@oandzlaw.com
                                                                                jeff@oandzlaw.com

                                                                                *Attorneys for Plaintiffs*