IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, et al., )
)
      Plaintiffs, )
) Civil Action No. 1:18cv0950 (LO/JFA)
v. )
)
COX COMMUNICATIONS, INC., et al., )
)
      Defendants. )
)

## ORDER

This matter is before the court on plaintiffs' motion to amend the complaint. (Docket no. 130). Plaintiffs filed the motion and a memorandum in support (Docket no. 131) on April 8, 2019, and they noticed the hearing on the motion for Friday, May 3, 2019 (Docket no. 132). On April 22, 2019, defendants filed a response to the motion, indicating that they do not oppose the motion and will not file an opposition. (Docket no. 134). Having reviewed the motion, memorandum in support, and response, it is hereby

ORDERED that plaintiffs' motion to amend the complaint is granted. Plaintiffs shall file the amended complaint as a separate docket entry. No dates are modified by this order. The hearing currently scheduled for Friday, May 3, 2019 is cancelled.

Entered this 23rd day of April, 2019.

                                                  /s/
                                         John F. Anderson
                                  United States Magistrate Judge

Alexandria, Virginia