UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**ORDER GRANTING CONSENT MOTION TO MODIFY THE RULE 16(B) JOINT DISCOVERY PLAN**

Before this Court is the Parties' Consent Motion to Modify the Discovery Schedule. After considering this Motion, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that the Discovery Plan shall be modified as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Deadline to amend exhibits to Plaintiffs' Amended Complaint | May 8, 2019 | May 15, 2019 |
| Responsive expert reports | May 8, 2019 | May 15, 2019 |
| Reply expert reports | May 30, 2019 | June 13, 2019 |
| Final pre-trial conference | June 21, 2019 | June 21, 2019 |
| Expert depositions | June 14, 2019 | July 2, 2019 |
| Close of fact discovery | June 14, 2019 | July 2, 2019 |
| Exhibits, designations, and stipulations | June 21, 2019 | July 16, 2019 |
| Objections to exhibits, designations, and stipulations | July 1, 2019 | July 26, 2019 |
| Motions for summary judgment | July 26, 2019 | August 9, 2019 |

2

ENTERED this _____ of _____, 2019.

Alexandria, Virginia

_____
The Honorable John Anderson
United States Magistrate Judge