# Exhibit 2

| | |
|---|---|
| **From:** | Ann Rubin |
| **To:** | Leiden, Diana Hughes |
| **Subject:** | RE: Sony/Cox - Subpoena to Harbor Labs |
| **Date:** | Friday, March 8, 2019 11:06:07 |
| **Attachments:** | image003.png@01D4D4DA.9521B400 |
| | image004.jpg@01D4D4DA.9521B400 |
| | image005.jpg@01D4D4DA.9521B400 |
| | image006.jpg@01D4D4DA.9521B400 |
| | image001.jpg@01D4D4DA.C69E9E30 |
| | image025.jpg@01D4D4DA.C69E9E30 |
| | image026.jpg@01D4D4DA.C69E9E30 |
| | image027.jpg@01D4D4DA.C69E9E30 |
| | image028.jpg@01D4D4DA.C69E9E30 |
| | image029.jpg@01D4D4DA.C69E9E30 |
| | image030.jpg@01D4D4DA.C69E9E30 |
| | image031.jpg@01D4D4DA.C69E9E30 |
| | image032.jpg@01D4D4DA.C69E9E30 |
| | image033.jpg@01D4D4DA.C69E9E30 |
| | 1_4 |
| | 1_5 |
| | 1_6 |
| | 1_7 |

Yes, you are correct that those are the individuals who prepared the report.

**Ann Rubin**

*General Counsel*

P: +01 410 701 0245

E: ann@harborlabs.com

W: www.harborlabs.com





IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save resources: think before you print. Thank You.

From: Leiden, Diana Hughes <dhleiden@winston.com>
Reply: Leiden, Diana Hughes <dhleiden@winston.com>
Date: March 7, 2019 at 2:42:13 PM
To: Ann Rubin <ann@harborlabs.com>
Cc: Anderson, Sean R. <sranderson@winston.com>
Subject:  RE: Sony/Cox - Subpoena to Harbor Labs

Ann,

Thank you for your email.  In light of your representation that no one currently at Harbor Labs was involved in the report, and that Harbor Labs has not located any documents other than the CCI-Harbor Labs agreement and the report, we will not move forward with the deposition.

The RIAA produced a copy of the report this week.

Can you confirm that the individuals who were involved with the report were Seth Nielson and Chris Monson?

Diana

**Diana Hughes Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

winston.com



---

**From:** Ann Rubin <ann@harborlabs.com>
**Sent:** Wednesday, March 06, 2019 5:33 PM
**To:** Leiden, Diana Hughes <DHLeiden@winston.com>
**Subject:** RE: Sony/Cox - Subpoena to Harbor Labs

Diana,

Sorry for taking so long to get back to you.  I needed to work on a matter with a deadline of this Friday.

With respect to Request 10 for all Communications with MarkMonitor, my response needs clarification.  Harbor Labs does not have any materials, such as documents or electronically stored information, responsive to this Request.

With respect to Request 9 for all Documents and Communications concerning MarkMontior, Harbor Labs further responds that it does not have any materials, such as documents or electronically stored information responsive, to this Request.

Please advise if and when you receive a copy of Harbor Labs' report from another party.

Thank you,

Ann

**Ann Rubin**
*General Counsel*

P: +01 410 701 0245

E: ann@harborlabs.com

W: www.harborlabs.com





IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save resources: think before you print. Thank You.

From: Leiden, Diana Hughes <dhleiden@winston.com>
Reply: Leiden, Diana Hughes <dhleiden@winston.com>
Date: March 5, 2019 at 12:07:44 PM
To: Ann Rubin <ann@harborlabs.com>
Subject:  RE: Sony/Cox - Subpoena to Harbor Labs

OK.  And no other communications regarding MarkMonitor?

**Diana Hughes Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

winston.com



**From:** Ann Rubin <ann@harborlabs.com>
**Sent:** Tuesday, March 05, 2019 8:02 AM
**To:** Leiden, Diana Hughes <DHLeiden@winston.com>

**Subject:** RE: Sony/Cox - Subpoena to Harbor Labs

Diana,

As I indicated in our Response, in connection with your case, there is no agreement with Sony. Hence, there is no correspondence with Sony concerning an agreement.  Nor was there correspondence with Sony in connection with the report.

With respect to correspondence with CCI, Harbor Labs has provided to you all of the documentation that it has in its possession.

I hope this answers your questions.

Ann

**Ann Rubin**
*General Counsel*

P: +01 410 701 0245

E: ann@harborlabs.com

W: www.harborlabs.com



IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save resources: think before you print. Thank You.

From: Leiden, Diana Hughes <dhleiden@winston.com>
Reply: Leiden, Diana Hughes <dhleiden@winston.com>

Date: March 5, 2019 at 10:07:56 AM
To: Ann Rubin <ann@harborlabs.com>
Subject:  RE: Sony/Cox - Subpoena to Harbor Labs

That correspondence would be responsive to the subpoena.

**Diana Hughes Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

winston.com



---

**From:** Ann Rubin <ann@harborlabs.com>
**Sent:** Tuesday, March 05, 2019 6:44 AM
**To:** Leiden, Diana Hughes <DHLeiden@winston.com>
**Subject:** RE: Sony/Cox - Subpoena to Harbor Labs

What is this about? Why are you asking?

**Ann Rubin**

*General Counsel*

P: +01 410 701 0245

E:  ann@harborlabs.com

W: www.harborlabs.com



 

IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save resources: think before you print.

Thank You.

From: Leiden, Diana Hughes <dhleiden@winston.com>
Reply: Leiden, Diana Hughes <dhleiden@winston.com>
Date: March 5, 2019 at 12:32:27 AM
To: Ann Rubin <ann@harborlabs.com>
Subject:  RE: Sony/Cox - Subpoena to Harbor Labs

Thanks, Ann.   Do you have any correspondence with the plaintiffs or CCI related to our subpoena?

**Diana Hughes Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

winston.com



---

**From:** Ann Rubin <ann@harborlabs.com>
**Sent:** Monday, March 04, 2019 4:28 PM
**To:** Leiden, Diana Hughes <DHLeiden@winston.com>
**Subject:** RE: Sony/Cox - Subpoena to Harbor Labs

Dr. Rubin confirmed both.

**Ann Rubin**
*General Counsel*

P: +01 410 701 0245

E:  ann@harborlabs.com

W: www.harborlabs.com





IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save resources: think before you print. Thank You.

From: Leiden, Diana Hughes
<dhleiden@winston.com>
Reply: Leiden, Diana Hughes
<dhleiden@winston.com>
Date: March 4, 2019 at 7:03:17 PM
To: Ann Rubin <ann@harborlabs.com>
Subject:  RE: Sony/Cox - Subpoena to Harbor Labs

Received, thank you.

Can you please confirm the following:

1) No one currently at Harbor Labs, including Dr. Rubin, was involved in the report that is the subject of this CCI-Harbor Labs agreement and Statement of Work.

2) Harbor Labs has conducted a reasonable search and has not located any additional documents responsive to the document subpoena, with the exception of the single version of the report that we previously discussed.

Diana

**Diana Hughes Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

winston.com



---

**From:** Ann Rubin
<ann@harborlabs.com>
**Sent:** Monday, March 04, 2019 3:47 PM
**To:** Leiden, Diana Hughes
<DHLeiden@winston.com>
**Subject:** RE: Sony/Cox - Subpoena to Harbor Labs

I realized I sent with missing pages. Here they are.

**Ann Rubin**
*General Counsel*

P: +01 410 701 0245

E: ann@harborlabs.com

W: www.harborlabs.com





IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save resources: think before you print. Thank You.

From: Leiden, Diana Hughes
<dhleiden@winston.com>
Reply: Leiden, Diana Hughes
<dhleiden@winston.com>
Date: March 4, 2019 at 6:38:56 PM
To: Ann Rubin
<ann@harborlabs.com>
Subject:  RE: Sony/Cox - Subpoena
to Harbor Labs

Thanks, Ann.  This
looks like there may
be a page (or multiple
pages) missing
between the third and
fourth page.  Can you
please check?  Thank
you.

**Diana Hughes
Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

winston.com



**From:** Ann Rubin
<ann@harborlabs.com>

**Sent:** Monday, March
04, 2019 2:28 PM
**To:** Leiden, Diana
Hughes
<DHLeiden@winston.com>

**Subject:** RE: Sony/Cox
- Subpoena to Harbor
Labs

Yes, apologies for not
sending.  Here it is.

**Ann Rubin**

*General Counsel*

P: +01 410 701 0245

E: ann@harborlabs.com

W: www.harborlabs.com





IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save resources: think before you print. Thank You.

From: Leiden, Diana Hughes <dhleiden@winston.com>

Reply: Leiden, Diana Hughes <dhleiden@winston.com>

Date: March 4, 2019 at 5:16:24 PM
To: Ann Rubin <ann@harborlabs.com>

Cc: Anderson, Sean R. <sranderson@winston.com>

Subject:  RE: Sony/Cox

- Subpoena to Harbor Labs

Ann, received. When we spoke earlier you said that you would be producing the CCI-Harbor Labs agreement. Is that coming under separate cover?

**Diana Hughes Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

<span style="color:red">winston.com</span>



**From:**
Ann Rubin <ann@harborlabs.com>

**Sent:**
Monday, March 04, 2019

2:12 PM

**To:**

Leiden, Diana Hughes <DHLeiden@winston.com>

**Cc:**

Anderson, Sean R. <SRanderson@winston.com>

**Subject:**

RE: Sony/Cox - Subpoena to Harbor Labs

Diana,

Attached please find Harbor Labs' Responses and Objections to your Subpoena to Produce Documents. Pursuant to our conversation of even date, you agreed not to move forward with the Subpoena to Testify at a

Deposition
and
Produce
Documents
scheduled
for March
15, 2019
until
further
notice.
You
further
agreed
that if you
decided
to move
forward
with the
Deposition,
it would
be at a
mutually
agreed
upon date
and time
at Harbor
Labs'
office in
Pikesville,
Maryland.

Thanks,

Ann

**Ann
Rubin**

*General
Counsel*

P: +01 410
701 0245

E:
ann@harborlabs.com

W: www.harborlabs.com



 


IMPORTANT - This electronic message transmission and any attachment contains information that may be confidential or privileged. The information contained herein is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient (or otherwise authorized to receive this message by the intended recipient), any review, disclosure, copying, distribution, or other use of, or taking of action in reliance upon, the contents of the information is prohibited. If you have received this electronic message transmission in error, please contact the sender by reply email and delete all copies of this message. Harbor Labs accepts no responsibility for any loss or damage resulting directly or indirectly from the use of this email or its contents. Save

resources: think
before you
print. Thank
You.

From: Ann
Rubin
<ann@harborlabs.com>

Reply: Ann
Rubin
<ann@harborlabs.com>

Date: March
1, 2019 at
4:38:16
PM
To: Leiden,
Diana
Hughes
<dhleiden@winston.com>

Cc: Anderson,
Sean R.
<sranderson@winston.com>

Subject:
RE:
Sony/Cox
-
Subpoena
to Harbor
Labs

Diana,

I
was
about
to
send
Harbor
Labs'
Response
to
Defendant's
Subpoena
to
produce
documents,
when
Harbor
Labs
was

served
with
a
Notice
to
Take
Deposition.
Please
call
me
at
your
earliest
convenience
to
discuss.


Regards,

Ann


**Ann
Rubin**

*General
Counsel*


P:
+01 410
701
0245

E:
 ann@harborlabs.com

W: www.harborlabs.com

IMPORTANT
-
This

electronic
message
transmission
and
any
attachment
contains
information
that
may
be
confidential
or
privileged.
The
information
contained
herein
is
intended
solely
for
the
recipient
and
use
by
any
other
party
is
not
authorized.
If
you
are
not
the
intended
recipient
(or
otherwise
authorized
to
receive
this
message
by
the
intended
recipient),
any
review,
disclosure,
copying,
distribution,
or
other
use
of,
or
taking
of
action
in
reliance
upon,
the
contents
of
the
information
is
prohibited.
If
you
have

received
this
electronic
message
transmission
in
error,
please
contact
the
sender
by
reply
email
and
delete
all
copies
of
this
message.
Harbor
Labs
accepts
no
responsibility
for
any
loss
or
damage
resulting
directly
or
indirectly
from
the
use
of
this
email
or
its
contents.
Save
resources:
think
before
you
print.
Thank
You.

From: Leiden,
Diana
Hughes
<dhleiden@winston.com>

Reply: Leiden,
Diana
Hughes
<dhleiden@winston.com>

Date: February
26,
2019
at
10:07:21
AM

To: Ann
Rubin
<ann@harborlabs.com>

Cc: Anderson,
Sean
R.
<sranderson@winston.com>

Subject:
RE:
Sony/Cox
-
Subpoena
to
Harbor
Labs

Ann,

Thanks
for
your
email.
As
I
mentioned
when
we
spoke,
we
subpoenaed
MarkMonitor
and
they
have
not
produced
anything,
nor
have
they
confirmed
that
they
have
a

copy
of
the
Harbor
Labs
report.
We
moved
to
compel
their
compliance
last
week,
but
our
hearing
is
not
until
later
in
March.
We
are
also
subpoenaing
Ms.
Lesser,
but
we
are
unclear
on
whether
she
is
even
in
possession
of
the
CCI
documents.
Given
that

and
our
aggressive
schedule,
we
must
move
forward
on
Harbor
Labs
as
well,
including
moving
to
compel
if
necessary.

The
March
1
extension
is
reasonable
in
light
of
these
circumstances,
particularly
given
that
it
sounds
like
you
will
be
objecting
to
the
subpoena
rather

than
providing
documents,
but
correct
me
if
I'm
wrong.

With
respect
to
the
draft
Harbor
Labs
report,
that
is
directly
responsive
to
the
subpoena
and
very
relevant.
We
cannot
rely
on
Dr.
Rubin's
judgment
about
what
is
helpful.
That
should
be
produced.
I'm

attaching
a
copy
of
our
Protective
Order
entered
in
the
case,
which
permits
third
parties
to
designate
documents
as
Confidential.

Diana

**Diana
Hughes
Leiden**

Winston &
Strawn LLP

D: +1 213-
615-1924

winston.com



**From:**
Ann
Rubin
<ann@harborlabs.com>

**Sent:**
Tuesday,
February

26,
2019
6:54
AM

**To:**
Leiden,
Diana
Hughes
<DHLeiden@winston.com>

**Cc:**
Anderson,
Sean
R.
<SRanderson@winston.com>

**Subject:**
RE:
Sony/Cox
-
Subpoena
to
Harbor
Labs

Diana,

I
understand
your
situation.
Without
getting
into
the
issue
of
proper
service
of
the
subpoena,
there
are
two
things
I

want
to
point
out
from
our
end.
First,
Avi
checked
into
whether
he
had
the
report
and
he
found
only
one
draft
in
an
old
email.
He
is
not
sure
how
final
it
is,
and
he
thinks
that
it
is
not
something
you
will
find
useful
at
all
based
on
his
understanding
of
what
you
are
looking

for.
Second,
due
to
our
contractural
obligations,
my
response
to
the
subpoena
will
be
that
we
cannot
share
this
report
with
you
without
a
release
of
our
obligations
under
our
agreements
or
an
order
from
a
judge.
You
did
not
indicate
whether
you
made
any
attempt
to
contact
MarkMonitor
and
the
outcome
of
any
attempt.

Finally, Avi is about to leave town for two weeks and will be traveling around California and Dallas on business. He is going to be very hard to reach during that time. He is testifying in two hearings and having two depositions during that time with lots of prep, and even I can't reach him when he

is
in
depo
or
depo
prep,
so
I
don't
think
he's
going
to
be
able
to
respond
very
quickly.
An
extension
via
email
from
you
yesterday
to
March
1st
is
unreasonable
especially
given
Avi's
work
schedule
and
the
fact
that
you
have
not
to
my
knowledge
made
any
attempt
to
reach
MarkMonitor
pursuant
to
our
agreement
regarding

an
extension
of
time.

Ann

**Ann
Rubin**

*General
Counsel*

P:
+01 410
701
0245

E:
ann@harborlabs.com

W: www.harborlabs.com









IMPORTANT
-
This
electronic
message
transmission
and
any
attachment
contains
information
that
may
be
confidential
or
privileged.
The
information
contained
herein

is
intended
solely
for
the
recipient
and
use
by
any
other
party
is
not
authorized.
If
you
are
not
the
intended
recipient
(or
otherwise
authorized
to
receive
this
message
by
the
intended
recipient),
any
review,
disclosure,
copying,
distribution,
or
other
use
of,
or
taking
of
action
in
reliance
upon,
the
contents
of
the
information
is
prohibited.
If
you
have
received
this
electronic
message
transmission
in
error,
please
contact
the
sender
by
reply
email
and
delete
all
copies

of
this
message.
Harbor
Labs
accepts
no
responsibility
for
any
loss
or
damage
resulting
directly
or
indirectly
from
the
use
of
this
email
or
its
contents.
Save
resources:
think
before
you
print.
Thank
You.

From: Leiden,
Diana
Hughes
<dhleiden@winston.com>

Reply: Leiden,
Diana
Hughes
<dhleiden@winston.com>

Date: February
25,
2019
at
8:04:04
PM

To: Ann
Rubin
<ann@harborlabs.com>

Cc: Anderson,
Sean
R.
<sranderson@winston.com>

Subject:
RE:
Sony/Cox
-

Subpoena to Harbor Labs

Ann,

On the service issue you flagged, I looked into this and our process server called Harbor Labs' offices, and the person who answered the phone directed the server to come to the office and serve the subpoena

there. When the process server arrived, someone from Harbor Labs' offices came to reception and accepted service. This makes service effective under FRCP 5(b)(2) and therefore there is no reason to re-serve the subpoena. Since the time to respond to the subpoena has passed,

and given that we discussed an extension of time to respond while we attempted to get ahold of Ms. Lesser, we will extend the time to respond until this Friday, March 1.

Diana

**Diana Hughes Leiden**

Winston & Strawn LLP

D: +1 213-615-1924

winston.com



**From:**
Leiden,
Diana
Hughes

**Sent:**
Monday,
February
25,
2019
11:20
AM

**To:**
'Ann
Rubin'
<ann@harborlabs.com>

**Cc:**
Anderson,
Sean
R.
<SRanderson@winston.com>

**Subject:**
RE:
Sony/Cox
-
Subpoena
to
Harbor
Labs

Ann,

As
an
update,
I

wanted
to
let
you
know
that
we
have
attempted
to
get
in
contact
with
Jill
Lesser
(formerly
at
CCI)
but
have
not
been
able
to
get
ahold
of
her.
Given
our
expedited
schedule
in
the
Sony
case
and
our
critical
need
for
documents
such
as
the

CCI-Harbor Labs documents, we will have to move forward with the subpoena to Harbor Labs. Please advise if you will accept service of the attached subpoena. Otherwise, we will re-serve formally.

I am available to discuss tomorrow at your convenience; I am

in
a
mediation
today.


Regards,

Diana


**Diana
Hughes
Leiden**

Winston &
Strawn LLP

D: +1 213-
615-1924

<span style="color:red">winston.com</span>



**From:**
Ann
Rubin
<ann@harborlabs.com>


**Sent:**
Wednesday,
February
13,
2019
5:14
PM


**To:**
Leiden,
Diana
Hughes
<DHLeiden@winston.com>


**Subject:**
Re:
Sony/Cox

-

Subpoena
to
Harbor
Labs

Hi
Diana,

Sounds
good.
Also,
pursuant
to
our
conversation,
you
agreed
to
either
withdraw
the
Subpoena
or
extend
the
time
for
Harbor
Labs
to
respond
while
you
reach
out
to
MarkMonitor
and
Jill
Lesser.

Regards,

Ann

**Ann
Rubin**

*General*
*Counsel*

P:
+01 410
701
0245

E:
ann@harborlabs.com

W: www.harborlabs.com









IMPORTANT
-
This
electronic
message
transmission
and
any
attachment
contains
information
that
may
be
confidential
or
privileged.
The
information
contained
herein
is
intended
solely
for
the
recipient
and
use
by
any
other
party
is
not
authorized.
If
you
are
not

the
intended
recipient
(or
otherwise
authorized
to
receive
this
message
by
the
intended
recipient),
any
review,
disclosure,
copying,
distribution,
or
other
use
of,
or
taking
of
action
in
reliance
upon,
the
contents
of
the
information
is
prohibited.
If
you
have
received
this
electronic
message
transmission
in
error,
please
contact
the
sender
by
reply
email
and
delete
all
copies
of
this
message.
Harbor
Labs
accepts
no
responsibility
for
any
loss
or
damage
resulting
directly
or
indirectly
from
the

use
of
this
email
or
its
contents.
Save
resources:
think
before
you
print.
Thank
You.

From: Leiden,
Diana
Hughes
<dhleiden@winston.com>

Reply: Leiden,
Diana
Hughes
<dhleiden@winston.com>

Date: February
13,
2019
at
8:08:25
PM

To: ann@harborlabs.com
<ann@harborlabs.com>

Subject:
Sony/Cox
-
Subpoena
to
Harbor
Labs

Ann,

Thanks
again
for
speaking
tonight
–
that
was
very
helpful.
I'm

attaching
the
protective
order
entered
in
the
case.
I'm
also
attaching
the
Harbor
Labs
summary
that
we
located
online.
I'll
let
you
know
ASAP
if
I'm
able
to
make
any
progress
with
MarkMonitor
and
Jill
Lesser.


Best,

Diana


**Diana Hughes Leiden**

**Partner**

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

D: +1 213-615-1924

F: +1 213-615-1750

Bio | VCard | Email | winston.com

'

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid

penalties
under
applicable
tax
laws
and
regulations.