# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO TAKE ADDITIONAL THIRD-PARTY DEPOSITIONS

UPON CONSIDERATION of Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Motion for Leave to Take Additional Third-Party Depositions and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that Defendants are granted leave to conduct three additional non-party, non-expert, depositions in this case.

ENTERED this ____ day of May 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge