UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

**ORDER GRANTING DEFENDANTS' MOTION TO SEAL**

UPON CONSIDERATION of Defendants' Motion to Seal (Dkt. 144), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal portions of Defendants' Memorandum of Law in Support of their Motion for Leave to take Additional Third-Party Depositions (ECF No.   ) ("Memorandum"), the supporting Declaration of Jennifer A. Golinveaux, and the supporting Declaration of Diana Hughes Leiden to the extent they quote from or otherwise disclose the contents of those exhibits detailed below, which have been designated by Plaintiffs and/or Defendants as either "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

The exhibits which shall remain under seal are as follows:

- Exhibit 3 to the Golinveaux Declaration is designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

- Exhibit 5 to the Golinveaux Declaration is designated by Defendants as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

- Exhibits 3-5 to the Leiden Declaration are each designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

ENTERED this ____ day of May 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge