**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| |
|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, |
| *Plaintiffs*, |
| v. |
| COX COMMUNICATIONS, INC., *et al.*, |
| *Defendants*. |

Case No. 1:18-cv-00950-LO-JFA

**<u>NOTICE OF SEALED FILINGS</u>**

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5(C), Defendants ("Cox") have filed under seal A PORTION OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR LEAVE TO TAKE ADDITIONAL THIRD-PARTY DEPOSITIONS (ECF NO. 141) ("MEMORANDUM"), 2 EXHIBITS TO THE SUPPORTING DECLARATION OF JENNIFER A. GOLINVEAUX (EXS. 3 AND 5) AND THOSE PORTIONS OF THE DECLARATION CITING THESE EXHIBITS (ECF NOS. 141-1; 141-2; 141-3), AND 3 EXHIBITS TO THE SUPPORTING DECLARATION OF DIANA HUGHES LEIDEN (EXS. 3-5) AND THOSE PORTIONS OF THE DECLARATION CITING THESE EXHIBITS (ECF NOS. 141-4; 141-5; 141-6; 141-7),

***NOTICE OF RIGHT TO RESPOND:*** Pursuant to Local Civil Rule 5(C), parties and non-parties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

///

///

*///*

Dated: May 13, 2019

Respectfully submitted,

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc.
and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email:  dhleiden@winston.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 13, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

<u>/s/ Thomas M. Buchanan</u>
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*