IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., ET AL., <br><br> Defendants. | Case No. 1:18-cv-950 |

## ORDER

This matter comes before the Court on Defendants' Objections to Magistrate Judge's Non-Dispositive Ruling. Dkt. 116. The Court has reviewed the pleadings, the exhibits at issue, and the underlying Order issued by Magistrate Judge Anderson. The Court finds Defendants have not pointed to any clear error made by Judge Anderson in his Order, nor have they demonstrated that Judge Anderson's ruling was contrary to law. Therefore, Defendants' Objections to Magistrate Judge's Non-Dispositive Ruling, Dkt. 116, is **DENIED**.

It is **SO ORDERED**.

May 13, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge