# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

UPON CONSIDERATION of Defendants' Motion to Seal (Dkt. 152), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Reply Memorandum in Support of their Motion for Leave to take Additional Third-Party Depositions (ECF No. 153) ("Reply) and Exhibit 3 to the supporting Supplemental Declaration of Diana Hughes Leiden (ECF No. 153-2), and those portions of the Declaration that quote from the exhibit (ECF No. 153-1), which has been designated by Defendants as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this \_\_\_\_ day of May 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge