Date: 05/17/2019                                    Judge: JOHN F. ANDERSON
                                                    Reporter: FTR

Start: 10:01 am
Finish: 10:23 am

Civil Action Number: 1:18-cv-950-LO-JFA

Sony Music Entertainment et al.

vs.

Cox Communications, Inc, et al.

Appearances of Counsel for (X) Pltf (X) Deft
( ) Matter is uncontested
Motion to/for:

[142] COX'S MOTION FOR LEAVE TO TAKE ADDITIONAL THIRD-PARTY DEPOSITIONS

Argued &
( ) Granted ( ) Denied (X) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to _____

_____
_____
_____
_____

( ) Report and Recommendation to Follow
(X) Order(s) to Follow