IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*, )
)
Defendants. )
)

### ORDER

On Friday, May 17, 2019, counsel for the parties appeared before the court to present argument on defendants' motion for leave to take additional third-party depositions. (Docket no. 142). Upon consideration of the motion, opposition (Docket no. 147), and reply (Docket no. 151), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion for leave to take additional third-party depositions is granted in part and denied in part.

Entered this 17th day of May, 2019.

_____/s/_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia