**From:** Carothers, Matt (CCI-Atlanta) <Matt.Carothers@cox.com>
**Sent:** Wednesday, February 19, 2014 4:34 PM
**To:** Zabek, Jason (CCI-Atlanta); Sikes, Joseph (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?

Sorry to be Paranoid Panda here, but please stop sending out emails saying F the law or F some company. If we get sued, those emails are discoverable and would not look good in court.

--
Matt Carothers
Cox Communications
(404) 933-1125

-----Original Message-----
**From:** Sikes, Joseph (CCI-Atlanta) [Joseph.Sikes@cox.com]
**Received:** Wednesday, 19 Feb 2014, 1:28PM
**To:** Carothers, Matt (CCI-Atlanta) [Matt.Carothers@cox.com]; Zabek, Jason (CCI-Atlanta) [Jason.Zabek@cox.com]; Sara.Roper@CenturyLink.com [Sara.Roper@CenturyLink.com]; David.Dee@CenturyLink.com [David.Dee@CenturyLink.com]; Beck, Brent (CCI-Atlanta) [Brent.Beck@cox.com]
**Subject:** RE: DMCA complaint spike?

So, we actually do not accept ANY complaints from dmca@digitalrightscorp.com and have blacklisted them from sending to abuse@cox.net . Our Legal Dept deemed their "blackmail-styled" complaints as "not being in the spirit of the DMCA". And because of this, they no longer send to us. So, yeah, F the DRC!

COX
---

Joseph Sikes, Senior Lead Engineer
Customer Safety / Security Assurance & Intelligence
404-847-6486 tel 404-964-6006 cell
6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328

**From:** Carothers, Matt (CCI-Atlanta)
**Sent:** Wednesday, February 19, 2014 4:13 PM
**To:** Zabek, Jason (CCI-Atlanta); Sara.Roper@CenturyLink.com; Sikes, Joseph (CCI-Atlanta); David.Dee@CenturyLink.com; Beck, Brent (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?

IIRC complainants get one auto response after they cross the limit and then all subsequent mail during the next 24 hour rolling window is silently deleted. Brent is that accurate?

--
Matt Carothers
Cox Communications
(404) 933-1125

-----Original Message-----

**EXHIBIT**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        COX_BMG00207509

**From:** Dee, David [David.Dee@CenturyLink.com]
**Received:** Wednesday, 19 Feb 2014, 12:08PM
**To:** Zabek, Jason (CCI-Atlanta) [Jason.Zabek@cox.com]; Roper, Sara [Sara.Roper@CenturyLink.com]; Sikes, Joseph (CCI-Atlanta) [Joseph.Sikes@cox.com]
**CC:** Carothers, Matt (CCI-Atlanta) [Matt.Carothers@cox.com]
**Subject:** RE: DMCA complaint spike?

Nice! I will defer the political response to Sara!

Thanks!

---

**From:** Zabek, Jason (CCI-Atlanta) [mailto:Jason.Zabek@cox.com]
**Sent:** Wednesday, February 19, 2014 13:05
**To:** Dee, David; Roper, Sara; Sikes, Joseph (CCI-Atlanta)
**Cc:** Carothers, Matt (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?

F the dmca!!! Ya, we told each copyright holder to limit them or give us money to hire people. ☺

**COX**

Jason Zabek
Manager, Customer Safety
404-269-8129 tel
6305-B Peachtree Dunwoody Road
Atlanta GA 30328
*(Insert benign saying here)*

---

**From:** Dee, David [mailto:David.Dee@CenturyLink.com]
**Sent:** Wednesday, February 19, 2014 2:48 PM
**To:** Roper, Sara; Sikes, Joseph (CCI-Atlanta)
**Cc:** Carothers, Matt (CCI-Atlanta); Zabek, Jason (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?

WOW, you're limiting each complainant email address to 200/day? Can we do that, Sara!?!? Can you imagine what I could do with the freed-up computing and storage resources!?

Joe, can I ask what you do with the complaints above 200-per-complainant that come in each day? Do you SMTP Reject them somehow, or route to /dev/null, or capture-but-not-process??

Our #'s from Digital RightsCorp for the past few days are (as of 1945Z today):

```
        dtg          |        complainant         | count
---------------------+----------------------------+-------
2014-02-14 00:00:00  | dmca@digitalrightscorp.com | 27037
2014-02-15 00:00:00  | dmca@digitalrightscorp.com | 17035
2014-02-16 00:00:00  | dmca@digitalrightscorp.com | 14485
2014-02-17 00:00:00  | dmca@digitalrightscorp.com |  6893
2014-02-18 00:00:00  | dmca@digitalrightscorp.com | 50670
2014-02-19 00:00:00  | dmca@digitalrightscorp.com | 38326 (82% of the day so far)
(6 rows)
```

-_David

---

**From:** Roper, Sara
**Sent:** Wednesday, February 19, 2014 12:41

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00207510

**To:** Sikes, Joseph (CCI-Atlanta)
**Cc:** Carothers, Matt (CCI-Atlanta); Zabek, Jason (CCI-Atlanta); Dee, David
**Subject:** Re: DMCA complaint spike?

David, can you answer Joe's question?

Sent from my phone. Please excuse errors and brevity.

On Feb 19, 2014, at 11:23 AM, "Sikes, Joseph (CCI-Atlanta)" <Joseph.Sikes@cox.com> wrote:

> Hey Sarah,
>
> What email address are they sending them from?
>
> We are limiting each DMCA complainant by email address to 200/day.
>
> - Joe Sikes
>   via mobile
> 404-964-6006
>
> On Feb 19, 2014, at 2:11 PM, "Carothers, Matt (CCI-Atlanta)" <Matt.Carothers@cox.com> wrote:
>
>> Hey guys, Sara was wondering if we've seen a complaint spike from a DMCA monitor called Digital Rights Corp (Sara, is that correct?) and if so, what we've done with the complaints. Can you share our current rate limits with her?
>>
>> - Matt

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    COX_BMG00207511