| | |
|---|---|
| **From:** | Vredenburg, Roger (CCI-Virginia) [Roger.Vredenburg@cox.com] on behalf of HRD-TOC (CCI-Hampton Roads) [HRD-.TOC@cox.com] |
| **Sent:** | Thursday, March 27, 2014 5:12 PM |
| **To:** | Sikes, Joseph (CCI-Atlanta); HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate |
| **Subject:** | RE: Request for Termination - CATS Ticket 18640545 |

On each suspension and reactivation notes are put in so that we can see what was previously covered with the customer.

Ticket # 17279725 shows we had spoken to him about file sharing programs and how to find them (notes indicated he even asked)

Ticket # 17613991 stated he knew he had an open router and would secure it

Ticket 18198022 he advised me the router was now secured

It is my normal procedure to cover with the customer the program being used (torrents, ARES, etc) and the basics of how they work/what they do and where to look to remove ...and I put that info into my notes

In this case with the sequence of the information provided to him then no I probably did not cover all that material again.

---

**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Thursday, March 27, 2014 4:49 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

That was back in October 2013.

We can't expect our Customers to know and remember as much as we do about this stuff, especially if the account holder is not the one using BitTorrent.

Roger,

On this Customer's last suspension (Ticket # 18198022), at the beginning of this month (March 5th), did you also explain that they should still check all of the computers in their household for BitTorrent clients and to speak to other members of their household (particularly their children, roommates, etc) about running/installing BitTorrent and downloading/sharing files? You only mentioned their wireless network in your work log notes.

On final suspensions, we need to be as detailed as possible on the work log notes, show that we have covered EVERYTHING with the Customer. On 404 suspensions for DMCA, this is our last ditch effort to save the Customer. Obviously, if they don't care and don't want to help us help them, there's not much more we can do, but this should also be noted in the work log notes.

Sorry for all my questions and rants! Welcome to "Termination Review!" ;)

COX
-----------------------------------------------------------------

DEPOSITION EXHIBIT Sks 19

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                           COX_BMG00181863

Joseph Sikes, Senior Lead Engineer
Customer Safety / Security Assurance & Intelligence
404-847-6486 tel 404-964-6006 cell
6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328

---

**From:** Mathews, Martin (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Thursday, March 27, 2014 4:35 PM
**To:** Sikes, Joseph (CCI-Atlanta); HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

Looks like PTP programs were discussed back on ticket 15711339 (Which also was a final suspension as well).

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

---

**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Thursday, March 27, 2014 4:24 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

Per Roger's last conversation, it looks like the Customer suspected that their wireless network was the culprit.

I assume you also covered the likely possibility that it could also be a BitTorrent client running on one of their computers?

If this was not covered thoroughly on the last call with them, please advise them that securing their wireless network obviously did not work. So, the BitTorrent client is running on one of their computers (their child's, etc) and they need to uninstall it.

This Customer pays us over $400/month and if we terminate their internet service, they will likely cancel the rest of their services.

Every terminated Customer becomes lost revenue and a potential Detractor to our Net Promoter Score. We should make absolutely certain that we have covered each and every possibility with them ("to the bitter end") before we terminate them.

If all of this has been covered in detail, then please go ahead and terminate their internet service for this complaint.

Thanks, y'all! ☺

COX

---

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00181864

Joseph Sikes, Senior Lead Engineer
Customer Safety / Security Assurance & Intelligence
404-847-6486 tel 404-964-6006 cell
6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328

---

**From:** Mathews, Martin (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Thursday, March 27, 2014 4:10 PM
**To:** CCI - Abuse Corporate
**Cc:** HRD-TOC (CCI-Hampton Roads)
**Subject:** Request for Termination - CATS Ticket 18640545

Last ticket (18198022) customer was warned that further complaints would result in termination. We have received an additional complaint.

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00181865