**Conversation with joesikesatl at Fri 27 Jan 2012 05:54:13 PM EST on G Chaos L2 (aim)**

(05:54:32 PM) **G Chaos L2:** when a customer is terminated, does someone manually suspend them to force a call in ?
(05:54:44 PM) **G Chaos L2:** or do they direct-call the customer ?
(05:55:13 PM) **joesikesatl:** no, the Customer discovers that their internet svc has been disabled and they call in to learn that they have been terminated
(05:55:33 PM) **joesikesatl:** unless it's CB. CB we send a letter prior to termination
(05:55:39 PM) **joesikesatl:** via mail
(05:55:51 PM) **joesikesatl:** certified
(05:56:45 PM) **G Chaos L2:** so resi customers are terminated first and don't know anything about it until they call in due to total lack of service ?
(05:58:02 PM) **joesikesatl:** as far as I know, yes. However, they might be sent to the walled garden and see the termination notes.
(05:58:41 PM) **G Chaos L2:** we have no termination type templates in walled garden
(05:59:29 PM) **joesikesatl:** well, I suspect they are suspended for the repeated Abuse Type, but the acct notes say TERMINATED, vs SUSPENDED
(06:00:08 PM) **joesikesatl:** lemme ask Andrea Dameri about her process of termination (we rarely terminate, these days)
(06:00:16 PM) **G Chaos L2:** you will for bandwidth ;)
(06:00:36 PM) **G Chaos L2:** they're working on more aggressive policies
(06:00:56 PM) **joesikesatl:** oh, good, so there will be a set number of suspensions before permanent terminations
(06:00:56 PM) **joesikesatl:** ?
(06:01:10 PM) **G Chaos L2:** for "excessive" abuse
(06:01:17 PM) **G Chaos L2:** excessive bandwidth that is
(06:01:22 PM) **joesikesatl:** did I miss a meeting on this or something? because I have not heard anything definite about this yet.
(06:01:23 PM) **joesikesatl:** gotcha
(06:01:31 PM) **G Chaos L2:** CR24
(06:01:45 PM) **joesikesatl:** CR24 que es esto?
(06:01:52 PM) **G Chaos L2:** is proposing changes to DUAE bandwidth (and CBB bandwidth)
(06:01:58 PM) **joesikesatl:** ah
(06:02:07 PM) **G Chaos L2:** still being discussed
(06:02:11 PM) **G Chaos L2:** hence my questions on term
(06:02:23 PM) **G Chaos L2:** i don't think they fully understand what that process looks like
(06:02:33 PM) **G Chaos L2:** beyond me telling them it is manual
(06:02:50 PM) **joesikesatl:** ok, let me get some definite details
(06:03:03 PM) **G Chaos L2:** i think jason was looking at that too
(06:03:11 PM) **G Chaos L2:** not sure if he is now actively or not
(06:03:22 PM) **G Chaos L2:** don't want u to waste time if he is
(06:04:11 PM) **joesikesatl:** ok cool. Yeah, I've become somewhat disconnected w/the Termination part of the Resi side
(06:04:35 PM) **joesikesatl:** we have been "soft terminating" for DMCA because we didn't want to loose the revenue.
(06:05:13 PM) **joesikesatl:** but if the gross bandwidth abusers are costing us way more than we are making from them, it makes sense to terminate
(06:05:43 PM) **G Chaos L2:** that's "supposed" to be the driver, that they cost more than we make from them
(06:20:17 PM) **G Chaos L2:** opening an email with you guys and andrea, so we are all in the same



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                    COX_BMG00006383

conversation :)
(06:20:32 PM) **joesikesatl:** im talking to roger now
(06:20:36 PM) **joesikesatl:** he knows a bit more about this
(06:20:39 PM) **G Chaos L2:** ok
(06:20:48 PM) **G Chaos L2:** feel free to add him to email if u think that is the way to go
(06:22:58 PM) **joesikesatl:** So, here's the gist of what the TOC does for "HARD TERMINATIONS" (permanent term.)
(06:23:00 PM) **joesikesatl:** HARD Termination:

Take the D 1 out of ICOMS & De-provision the modem

Pull all 3 service codes, remove the modem from the acct

The modem will get a Self-Reg config

(06:23:14 PM) **G Chaos L2:** what is a D 1 ?
(06:23:20 PM) **G Chaos L2:** (i don't use icoms)
(06:23:35 PM) **joesikesatl:** really, they remove the '1' next to the D
(06:23:46 PM) **G Chaos L2:** ok
(06:23:49 PM) **G Chaos L2:** i guess that's irrelevant to me though :)
(06:23:55 PM) **G Chaos L2:** so
(06:24:04 PM) **G Chaos L2:** hard term is basically remove modem and hsi related service codes
(06:24:11 PM) **G Chaos L2:** is that communicated to the customer though
(06:24:16 PM) **G Chaos L2:** if so, before or after doing it

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00006384