**From:** Vredenburg, Roger (CCI-Hampton Roads)
**Sent:** Saturday, April 10, 2010 7:03 AM
**To:** Moy, Michael (CCI-Hampton Roads)
**Subject:** FW: DMCA Terminations

**Importance:** High

---

**From:** Vredenburg, Roger (CCI-Hampton Roads) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Wednesday, August 12, 2009 2:34 PM
**To:** Vredenburg, Roger (CCI-Hampton Roads)
**Subject:** FW: DMCA Terminations
**Importance:** High

---

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Wednesday, August 12, 2009 2:21 PM
**To:** CCI – Abuse Toc
**Subject:** DMCA Terminations
**Importance:** High

**Proprietary info!  This is not to be shared about outside of Cox or abuse reps.
It is not to be passed to Tier 1 or 2.  This info stays with <u>Tier 2.5 only</u>.**

As we move forward in this challenging time we want to hold on to every subscriber we can.

With this in mind if a customer is terminated for DMCA, you are able to reactivate them after you give them a stern warning about violating our AUP and the DMCA.
We still must terminate in order for us to be in compliance with safe harbor but once the termination is complete, we have fulfilled our obligation.

After you reactivate them the DMCA 'counter' restarts; The procedure restarts with the sending of warning letters, just like a first offense.

This is to be an unwritten semi-policy… We do not talk about it or give the subscriber any indication that reactivating them is normal.  Use your best judgment and remember to do what is right for our company and subscribers.

Please remember that when you talk to a customer, check for a Cox.net email address.  If they do not have one, encourage them to create one.  They can always forward this address to any other email address such as Gmail or a work address if necessary.

This only pertains to DMCA violations.  It does not pertain to spammers, hackers, etc.

Jason Zabek
Senior Abuse Engineer
Cox Communications
404-269-8129
Http://www.coxbusiness.com
Http://support.coxbusiness.com
(*Insert benign saying here*)

