> # Merged Email - Non-Responsive Material

From: Zabek, Jason (CCI-Atlanta)
Sent: Sunday, January 17, 2010 11:25 AM
To: Dameri, Andrea (CCI-Hampton Roads); CCI - Abuse Corporate
Subject: RE: Account [Redacted for Confidentiality]

This is fine. If asked, I would have allowed them back on.
We have been turning customers back on who have been terminated for DMCA complaints. As long as our process of warnings, suspendtion, then termination is followed, we can turn the customer back on and start the DMCA count over.

[Redacted for Privilege]

During this time, as we try to keep customers and gain more RGU's it is important to try and balance the needs of the company with the protection of the network. DMCA does not hurt the network like DOS attack, spam or hacking.
It is not something we advertise however.

Jason Zabek
Senior Abuse Engineer
Cox Communications
(404) 269-8129
http://www.coxbusiness.com/ <http://www.coxbusiness.com/>
http://support.coxbusiness.com/ <http://support.coxbusiness.com/>
(Insert benign saying here)

---

From: Dameri, Andrea (CCI-Hampton Roads)
Sent: Saturday, January 16, 2010 10:52 PM
To: CCI - Abuse Corporate
Subject: Account [Redacted for Confidentiality]



EXHIBIT 14
DEP. Litsen
DATE _____ RPTR. _____
VERBATIM REPORTING, LLC

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00209134

Good Evening,

Please review during normal business hours.

Customer had several email warnings, followed by suspensions up to TOC and was terminated December 8th. Voicemail call back on January 7th shows I explained to the account holder [Redacted for Confidentiality] they could request review in 6 months for possible reactivation. ICOMS notes shows [Redacted for Confidentiality] called about the bill January 11th and got reinstated. We already have a DMCA complaint on ticket 4642223

| Date | Note | User |
|---|---|---|
| 2010-01-11 | DISPOSITION: PHONE/ACCOUNT SERVICES/BILL | JESJACKS |
| 2010-01-11 | :GENERAL/BAL/DUE DATE INQUIRY  ACTION: | JESJACKS |
| 2010-01-11 | CUSTOMER EDUCATION  AU: [Redacted for Confidentiality] | JESJACKS |
| 2010-01-11 | [Redacted for Confidentiality] AM: SSN/ JESJACKS/ JESJACKS | JESJACKS |
| 2010-01-11 | CLLD TO INQ ABT WHEN HSI WAS | JESJACKS |
| 2010-01-11 | DISCONNECETD// | JESJACKS |
| 2010-01-11 | EDU CUST HSI WAS DISCO 12/8 | JESJACKS |
| 2010-01-11 | CUST SAID THAT SHE ALREADY IS SCHEDULED | JESJACKS |
| 2010-01-11 | TO GET HSI WITH ANOTHER CARRIER EDU | JESJACKS |
| 2010-01-11 | CUST WE DO NOT WANNA LOSE HER AS A CUST | JESJACKS |
| 2010-01-11 | AND WE CAN GET HSI BACK FOR HER SO SHE | JESJACKS |
| 2010-01-11 | CAN GET BUNDLE DISOUNT// | JESJACKS |
| 2010-01-11 | XRFD LEADGEN | JESJACKS |
| 2010-01-11 | SENT OUT KEYSTONE TO REINSTATE MAX// | JESJACKS |
| 2010-01-07 | AU: [Redacted for Confidentiality] AM: SSN/ | VNDLIARE |
| 2010-01-07 | VNDLIARE/ [Redacted for Confidentiality] HAS NO HSI WITH US | VNDLIARE |

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 2010-01-07 | [Redacted for Confidentiality] CLD TO INQ STATUS OF HSI. ADV | | MARIWEBB |
| 2010-01-07 | HSI SHOWS DISCO 12/8. ADV DISCO DUE TO | | MARIWEBB |
| 2010-01-07 | ABUSE. REFER TO ABUSE AND GAVE REF NUM | | MARIWEBB |
| 2010-01-07 | AU: [Redacted for Confidentiality] AM: SSN/ | | MARIWEBB |

Thank you,

Andrea Dameri
CHSI Tier 2.5
Technical Operation Center Analyst
Cox Network Security Team
866-269-8627, option 2
Supervisor: Christopher Burns
Wed - Saturday 1pm - 12am Eastern

How am I doing?  Click on the link below to fill out the survey.
http://teams.atl.cox.com/toc/Lists/TOC_Feedback/NewForm.aspx

**Merged Email - Non-Responsive Material**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                    COX_BMG00209136