**From:** Sikes, Joseph (CCI-Atlanta) [Joseph.Sikes@cox.com]
**Sent:** Thursday, March 27, 2014 4:24 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

Per Roger's last conversation, it looks like the Customer suspected that their wireless network was the culprit.

I assume you also covered the likely possibility that it could also be a BitTorrent client running on one of their computers?

If this was not covered thoroughly on the last call with them, please advise them that securing their wireless network obviously did not work. So, the BitTorrent client is running on one of their computers (their child's, etc) and they need to uninstall it.

This Customer pays us over $400/month and if we terminate their internet service, they will likely cancel the rest of their services.

Every terminated Customer becomes lost revenue and a potential Detractor to our Net Promoter Score. We should make absolutely certain that we have covered each and every possibility with them ("to the bitter end") before we terminate them.

If all of this has been covered in detail, then please go ahead and terminate their internet service for this complaint.

Thanks, y'all! ☺

COX

---
Joseph Sikes, Senior Lead Engineer
Customer Safety / Security Assurance & Intelligence
404-847-6486 tel 404-964-6006 cell
6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328


**From:** Mathews, Martin (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Thursday, March 27, 2014 4:10 PM
**To:** CCI - Abuse Corporate
**Cc:** HRD-TOC (CCI-Hampton Roads)
**Subject:** Request for Termination - CATS Ticket 18640545

Last ticket (18198022) customer was warned that further complaints would result in termination. We have received an additional complaint.

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172

1


Sedenburg 3
EXHIBIT
DATE: 7/28/15
SUSAN ASHE

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY       COX_BMG00181871

Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00181872