**From:** Thompson, Andrew (CCI-Atlanta)
**Sent:** Thursday, June 12, 2014 7:40 AM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Termination Review - 19029047

I believe you mean be ticket 20356017 but you appeared to update that ticket and previous ticket of 19029047 with the final suspension you just did on 06/11/14

This customer will likely fail again, but let's give him one more change. he pays 317.63 a month.

Please tell the customer we are giving them one more chance and be sure to cover all bases to help the customer prevent further complaints, as you always do.

We will terminate on the next complaint


Thank you

COX
------------------------------------------------------------------------
Andrew Thompson
Senior Engineer, Customer Safety and Abuse Operations
404-269-8414 tel
6305-B Peachtree Dunwoody Rd, Atlanta GA 30328
CTECH B07-159C


---

From: Mathews, Martin (CCI-Virginia) On Behalf Of HRD-TOC (CCI-Hampton Roads)
Sent: Wednesday, June 11, 2014 9:10 PM
To: HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
Subject: RE: Termination Review - 19029047


Wrong ticket number should be 20236129

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern



1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        COX_BMG00181440

From: Mathews, Martin (CCI-Virginia) On Behalf Of HRD-TOC (CCI-Hampton Roads)
Sent: Wednesday, June 11, 2014 9:09 PM
To: CCI - Abuse Corporate
Cc: HRD-TOC (CCI-Hampton Roads)
Subject: Termination Review - 19029047

3rd suspension to 404 number, has been advised to remove all PTP programs.

Thank you,

Martin Mathews
Hampton Roads Network Security
866-269-8627, option 2
757-224-0172
Supervisor: Kimberly Brown
Monday - Thursday 1:00 pm – Midnight Eastern

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00181441