| | |
|---|---|
| **From:** | Zabek, Jason (CCI-Atlanta) |
| **Sent:** | Saturday, March 05, 2011 6:58 PM |
| **To:** | HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate |
| **Cc:** | CCI - TOC |
| **Subject:** | RE: CATS 7442149 |

It is fine.  We need the customers.

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Vredenburg, Roger (CCI-Virginia) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Saturday, March 05, 2011 9:29 AM
**To:** CCI - Abuse Corporate
**Cc:** CCI - TOC
**Subject:** CATS 7442149

Hello

7442149

Here is another example of a customer that I consider an habitual abuser.

In a year was terminated twice and turned back on.

I suspended him again since no e-mail address and according to procedure he start over in the process.

Thanks

**Roger Vredenburg**
**Hampton Roads Technical Operation Center (TOC)**
**TOC (866)269-8627 Opt.2**
**Supervisor: Chris Burns**
**Wed-Sat 5:30 AM - 4:00 PM**
roger.vredenburg@cox.com

How am I doing?  Click on the link below to fill out the survey.
http://teams.atl.cox.com/toc/lists/toc_feedback/newform.aspx

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                    COX_BMG00164035