| | |
|---|---|
| From: | Zabek, Jason (CCI-Atlanta) [Jason.Zabek@cox.com] |
| Sent: | Wednesday, August 11, 2010 4:06 PM |
| To: | HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate |
| Subject: | RE: Customers Terminated for DMCA.. |

Hey all... Internal info only.  Do not forward.

After termination of DMCA, if you do suspend someone for another DMCA violation, you are not wrong.  However, if the customer has a cox.net email we would like to start the warning cycle over, hold for more, etc.  A clean slate if you will.  This way, we can collect a few extra weeks of payments for their account. ;-)

Once the customer has been terminated for DMCA, we have fulfilled the obligation of the DMCA safe harbor and can start over.

But again, no real right or wrong.  We have some leeway here.  But know that once a termination happens, we have fulfilled 'safe harbor'

These are not in our procedures as we do not make this information publicly known.

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Fraysier, Casey (CCI-Hampton Roads) **On Behalf Of** HRD-TOC (CCI-Hampton Roads)
**Sent:** Wednesday, August 11, 2010 3:59 PM
**To:** CCI - Abuse Corporate
**Subject:** Customers Terminated for DMCA..


There seems to be some confusion.. so I want to make sure we're all on the same page.

If you have a customer who has been terminated for DMCA, and we have subsequently reactivated their CHSI service, the next complaint for DMCA that they receive is to be treated as a brand new complaint.  Once terminated the customer is given a clean slate, so that next complaint after termination should be a "hold for more complaints"

The next one after that would start their warnings 1-6, then the suspensions..

I hope this clears up some confusion amongst the group.. if you have any questions feel free to ask me or The ATL group directly.


# Casey Fraysier
Technical Operation Center (CHSI – Tier 2.5)
Hampton Roads Office
1-866-269-8627, option 2
Supervisor: Christopher Burns
Sun - Wed,  5am - 4pm Eastern

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                              COX_BMG00189484

How am I doing? Click on the link below to fill out the survey.
http://teams.atl.cox.com/toc/Lists/TOC_Feedback/NewForm.aspx

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    COX_BMG00189485