[ Ticket Overview | Kansas | Documentation | Refresh | Previous | Next ]

Ticket # 24063247 | Copyright Infringement - Notice ID # 222103162783

| | | | |
|---|---|---|---|
| IP Address, Src Port | 72.209.139.19 : 54504 Residential | 1 of 1 Complaints Shown | |
| Cable MAC | DC:45:17:A1:14:46 A D | Modem Status Query | |
| ICOMS ID | 580000624304 A (Active) A W | ICOMS Query | WHOIS Query |
| Abuse Date (GMT) | 2015-02-23 10:36:16 | DHCP Query | Wi-Fi Query |
| Abuse Type | COPY OTHER | CC Notes | CMTS Lookup |
| System | Kansas | Netflow Data | Add to Netflow |
| System Contact | cci-abusekansas@cox.com | Ping | Port Scan |
| Ticket Status | Open not escalated | Open Relay Check | Blacklist Check |
| Node | WI254 | MTA Logs | DNS Query |

Correlated Tickets

There are 3 other tickets matching the IP address **72.209.139.19**

There are 30 other tickets matching the CM MAC address **DC:45:17:A1:14:46**

There are 50 other tickets matching the icoms id **580000624304**

There are 720 other tickets matching the node **WI254**

Other Ticket History For 580000624304 (dates are in Eastern time)

| | | | | |
|---|---|---|---|---|
| 11192999 | 2012-07-31 10:01:55 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 11274987 | 2012-08-13 09:08:29 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 11508069 | 2012-09-18 12:38:10 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 11913273 | 2012-11-18 09:04:30 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 12078347 | 2012-12-12 20:16:22 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 12763587 | 2013-04-04 13:28:23 | andrea.dameri@cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 12794781 | 2013-04-07 17:47:42 | luis.conklin@cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 12904843 | 2013-04-16 18:17:08 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 13046413 | 2013-04-28 09:23:40 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification A (DUL 1.2) (auto-only)' | BANDWIDTH |
| 13442977 | 2013-05-24 19:22:05 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 13562789 | 2013-06-02 11:01:52 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification A (DUL 1.2) (auto-only)' | BANDWIDTH |
| 13976791 | 2013-06-30 09:30:53 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.2) (auto-only)' | BANDWIDTH |
| 14385657 | 2013-07-24 11:40:35 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 14602393 | 2013-08-07 10:49:55 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.2) (auto-only)' | BANDWIDTH |
| 14651939 | 2013-08-09 18:44:12 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 15019343 | 2013-08-30 10:14:48 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.2) (auto-only)' | BANDWIDTH |
| 15119657 | 2013-09-04 20:50:28 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 15140771 | 2013-09-06 09:35:39 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 15216809 | 2013-09-10 10:41:06 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 15910495 | 2013-10-24 09:17:14 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification A (DUL 1.3) (auto-only)' | BANDWIDTH |
| 16563933 | 2013-12-03 09:51:56 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification A (DUL 1.3) (auto-only)' | BANDWIDTH |
| 16945523 | 2013-12-26 09:54:16 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 17378619 | 2014-01-20 17:40:25 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 17464009 | 2014-01-25 17:48:14 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 17603141 | 2014-02-02 09:44:19 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 18111825 | 2014-02-28 09:34:45 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 18193657 | 2014-03-04 10:29:55 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 18245553 | 2014-03-07 09:35:59 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 18509679 | 2014-03-21 09:38:54 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 18712347 | 2014-03-30 13:53:26 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 18946011 | 2014-04-10 09:57:19 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 19222363 | 2014-04-23 09:13:20 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 19230355 | 2014-04-23 09:55:11 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 19382293 | 2014-04-30 10:00:49 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 19481721 | 2014-05-04 22:24:26 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 19528453 | 2014-05-07 09:14:24 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 19558881 | 2014-05-08 09:31:11 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 19656887 | 2014-05-12 10:30:23 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 20148671 | 2014-05-31 21:53:06 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 20395805 | 2014-06-10 15:05:20 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |
| 20480095 | 2014-06-13 12:19:22 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 20876507 | 2014-06-29 10:10:59 | cats@abuse.corp.cox.com | Sent Warning 'Bandwidth Usage Notification B (DUL 1.3) (auto-only)' | BANDWIDTH |

Vredenburg 14
EXHIBIT
DATE: 7/28/15
SUSAN ASHE

| | | | | |
|---|---|---|---|---|
| 21060033 | 2014-07-06 16:11:30 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 21147183 | 2014-07-10 09:29:44 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |
| 22213593 | 2014-08-29 09:56:20 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 22268877 | 2014-09-01 09:27:24 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 23315187 | 2014-12-15 23:25:14 | cats@abuse.corp.cox.com | Sent Reply 'Hard Limit for Complaints' | COPY OTHER |
| 23655947 | 2015-01-17 10:55:15 | cats@abuse.corp.cox.com | Sent Warning 'DMCA' | COPY OTHER |

Current Ticket History (dates are in Eastern time)

| | | |
|---|---|---|
| 2015-02-23 11:26:42 | cats@abuse.corp.cox.com | Ticket Created |

Work Log (dates are in Eastern time)

*** Mon Feb 23 11:26:42 2015 - cats@abuse.corp.cox.com

Infringing files:

Source: P2P
Title: JUST DANCE
Filename: SJ6E41 Just Dance Disney Party
Filesize: 4324327424
Type: Game

*** Mon Feb 23 11:26:43 2015 - cats@abuse.corp.cox.com

Valid digital signature found. Message was PGP signed Mon Feb 23 10:45:12 2015 EST by MarkMonitor Antipiracy <antipiracy@dtecnet.com> Key ID 1F80D21A

*** Mon Feb 23 11:26:43 2015 - cats@abuse.corp.cox.com

Unable to verify source of the message as trusted, despite having a valid signature. Please verify the source of the message before taking action. Note, this may indicate a new complainant and may need to be reviewed for format, etc.

**New Log Text**

Actions

| | | | |
|---|---|---|---|
| Update Ticket | Clone Ticket | Forward Ticket | Warn Customer |
| | Bounce to Customer Care | Request Suspension | Suspend Customer |
| | Bounce to Postmaster | Request Termination | Terminate Customer |
| | Modem ID Request | Email a 3rd Party | |

Follow-up to Customer

| | | |
|---|---|---|
| Virus/Trojan - Follow-up | Undeliverable Notifications | Other Follow-up to Customer |
| DMCA - Reply | DMCA - Sub Unaware | DMCA - Follow-up |

Reply To Complainant

| | | |
|---|---|---|
| Need Message Headers | Need Firewall Logs | Other Reply to Complainant |
| Spam/Phish Educational | Not Us | Mass Reply to Complainants |
| Confirmed Phishing | | |

Complaint # 29852731 [ Reply ] [ List Tickets (1) ] [ Search Sender ] [ Raw Text ] [ Abuse-O-Rize ] [ Top ]

```
Return-Path: <antipiracy@dtecnet.com>
Received: from eastrmimpil12 ([68.230.240.52]) by eastrmfepi201.cox.net
          (InterMail vM.8.01.05.15 201-2260-151-145-20131218) with ESMTP
          id <20150223154528.UZEP23486.eastrmfepi201.cox.net@eastrmimpil12>
          for <abuse@cox.net>; Mon, 23 Feb 2015 10:45:28 -0500
Received: from outpost.dtecnet.com ([50.97.85.3])
    by eastrmimpil12 with cox
    id vrlS1p0270dJvJA01rlTWp; Mon, 23 Feb 2015 10:45:28 -0500
Received: from US-Notice1-b.us-reportsite.dtecnet.com (unknown [10.41.130.245])
    by outpost.dtecnet.com (Postfix) with ESMTP id 75CE12C0691;
    Mon, 23 Feb 2015 09:45:25 -0600 (CST)
Date: Mon, 23 Feb 2015 15:45:12 +0000
From: "DtecNet ESA DMCA" <antipiracy@dtecnet.com>
Reply-To: "No-Reply@DtecNet.com" <no-reply@dtecnet.com>
To: abuse@cox.net
Subject: Copyright Infringement - Notice ID # 222103162783
```

[ Part 0 (plain text) ] [ View ]

-----BEGIN PGP SIGNED MESSAGE-----

Hash: SHA1

02-23-2015

Entertainment Software Association
575 7th Street, NW, Suite 300
Washington, DC 20004 USA

Attention: Intellectual Property Enforcement
Website: http://www.theesa.com/wp-content/uploads/2014/10/DMCA-FAQs.pdf
E-mail: dmca@theesa.com

DMCA Agent
Cox Communications
Cox Communications Inc. 1400 Lake Hearn Drive Atlanta GA 30313 US

Re: Copyright Infringement by Cox Communications Subscriber
Using IP **72.209.139.19** on 2015-02-23T10:36:16.64Z (the "Subscriber")
Reference Number 222103162783

Dear Cox Communications:

The Entertainment Software Association ("ESA") is the U.S. trade association that represents the intellectual property interests of companies that publish interactive games for video game consoles, personal computers, handheld devices, and the Internet (hereinafter collectively referred to as "ESA members"). A list of ESA members can be found at http://www.theesa.com/about/members.asp. Under penalty of perjury, we affirm that ESA is authorized to act on behalf of ESA members whose exclusive copyright rights we believe to have been infringed as described below.

ESA is providing this notice pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512, to request that you take immediate action with respect to infringement of ESA member copyrighted works by your Subscriber. Using the IP address on the date and time referenced in the subject line of this notice, the Subscriber or someone using their account employed a peer-to-peer service or software to distribute one or more infringing copies of ESA members' games, including the following title:

JUST DANCE

Courts in the United States have held consistently that the unauthorized distribution of copyrighted works using peer-to-peer or similar services constitutes copyright infringement. E.g., MGM Studios, Inc. v. Grokster, Ltd., 545 U.S. 913 (2005); BMG Music v. Gonzalez, 430 F.3d 888, 891 (7th Cir. 2005); Arista Records LLC v. Lime Group LLC, 2010 U.S. Dist. LEXIS 46638, *49 (S.D.N.Y. May 11, 2010

This Subscriber should understand clearly that there are serious consequences for infringement. The Copyright Act in the United States provides for statutory damages of up to $30,000 per work infringed, and up to $150,000 per work for willful infringement. 17 U.S.C. section 504(c).

We ask that you work with us to protect the intellectual property rights of ESA members by:

1. Providing the Subscriber with a copy of this notice of copyright infringement, and warning the Subscriber that his or her conduct was unlawful and could be subject to civil or even criminal prosecution.
2. Promptly taking steps to stop the Subscriber's infringing activity.
3. Pursuant to 17 U.S.C. section 512(i)(1)(A), as appropriate, terminating the account of the Subscriber if your records show that he or she is a repeat copyright infringer.

ESA has a good faith belief that the Subscriber's reproduction and/or distribution of these copyrighted works as set forth herein is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate. Neither ESA nor its members waive any claims or remedies, or their right to engage in other enforcement activities, and all such claims, rights and remedies are expressly reserved.

If your Subscriber has additional questions about this notice, we would encourage them to visit http://www.theesa.com/wp-content/uploads/2014/10/DMCA-FAQs.pdf to learn how to delete the infringing material and avoid receiving future notices.

Thank you for your prompt attention to this matter.

Sincerely,

Intellectual Property Enforcement
Entertainment Software Association
Website: http://www.theesa.com/wp-content/uploads/2014/10/DMCA-FAQs.pdf

List of infringing content
- ------------------------------

JUST DANCE

\- ------------------------------

INFRINGEMENT DETAIL

\- ------------------------------

Infringing Work : JUST DANCE
Filename : SJ6E41 Just Dance Disney Party
First found (UTC): 2015-02-23T10:35:52.00Z
Last found (UTC): 2015-02-23T10:36:16.64Z
Filesize : 4324327424 bytes
IP Address: **72.209.139.19**
IP Port: 54504
Network: BitTorrent
Protocol: BitTorrent

If you have some issues please reply to esa.antipiracy@dtecnet.com, reply to no-reply@dtecnet.com will be ignored.

```
- ---Start ACNS XML
<?xml version="1.0" encoding="UTF-8"?>
<Infringement xsi:schemaLocation="http://www.acns.net/ACNS http://www.acns.net/v1.2/ACNS2v1_2.xsd"
xmlns="http://www.acns.net/ACNS" xmlns:xsi="http://www.w3.org/2001/XMLSchema-instance">     <Case>
        <ID>222103162783</ID>
        <Status>OPEN</Status>
        <Severity>Normal</Severity>
        <Ref_URL></Ref_URL>
    </Case>
    <Complainant>
        <Entity>ESA</Entity>
        <Contact>Intellectual Property Enforcement</Contact>
        <Address>Entertainment Software Association 575 7th Street, NW, Suite 300 Washington, DC 20004
USA</Address>
        <Phone></Phone>
        <Email>dmca@theesa.com</Email>
    </Complainant>
    <Service_Provider>
        <Entity>Cox Communications</Entity>
        <Contact>DMCA Agent</Contact>
        <Address>Cox Communications Inc.   1400 Lake Hearn Drive   Atlanta   GA   30313   US   </Address>
        <Phone></Phone>
        <Email>abuse@cox.net</Email>
    </Service_Provider>
    <Source>
        <TimeStamp>2015-02-23T10:36:16.64Z</TimeStamp>
        <IP_Address>72.209.139.19</IP_Address>
        <Port>54504</Port>
        <DNS_Name>ip72-209-139-19.ks.ks.cox.net</DNS_Name>
        <Type>P2P</Type>
        <SubType BaseType="P2P" Protocol="BITTORRENT" />
        <Number_Files>1</Number_Files>
        <IsSource>false</IsSource>
    </Source>
    <Content>
        <Item>
            <TimeStamp>2015-02-23T10:36:16.64Z</TimeStamp>
            <AlsoSeen Start="2015-02-23T10:35:52.00Z" End="2015-02-23T10:36:16.64Z"></AlsoSeen>
            <Title>JUST DANCE</Title>
            <Artist></Artist>
            <FileName>SJ6E41 Just Dance Disney Party</FileName>
            <FileSize>4324327424</FileSize>
            <Type>Game</Type>
            <Hash Type="SHA1">6AA79F1904E7BD67FDFC24E6B6728F77D4FB7F87</Hash>
        </Item>
    </Content>
<History></History>
<Notes></Notes><Type Retraction="false">DMCA</Type>
    <Detection>
        <Asset>
            <OriginalAssetName>JUST DANCE</OriginalAssetName>
        </Asset>
        <ContentMatched Audio="false" Video="false" Text="false" Human="false"/>
        <HashMatched>true</HashMatched>
        <MetadataMatched>false</MetadataMatched>
        <VerificationID>Manual and hash verification</VerificationID>
```

</Detection>
<Verification>
<VerificationLevel Type="DT">3</VerificationLevel>
</Verification>
<TextNotice><![CDATA[02-23-2015

Entertainment Software Association
575 7th Street, NW, Suite 300
Washington, DC 20004 USA

Attention: Intellectual Property Enforcement
Website: http://www.theesa.com/wp-content/uploads/2014/10/DMCA-FAQs.pdf
E-mail: dmca@theesa.com

DMCA Agent
Cox Communications
Cox Communications Inc. 1400 Lake Hearn Drive Atlanta GA 30313 US

Re: Copyright Infringement by Cox Communications Subscriber
Using IP **72.209.139.19** on 2015-02-23T10:36:16.64Z (the "Subscriber")
Reference Number 222103162783

Dear Cox Communications:

The Entertainment Software Association ("ESA") is the U.S. trade association that represents the intellectual property interests of companies that publish interactive games for video game consoles, personal computers, handheld devices, and the Internet (hereinafter collectively referred to as "ESA members"). A list of ESA members can be found at http://www.theesa.com/about/members.asp. Under penalty of perjury, we affirm that ESA is authorized to act on behalf of ESA members whose exclusive copyright rights we believe to have been infringed as described below.

ESA is providing this notice pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. section 512, to request that you take immediate action with respect to infringement of ESA member copyrighted works by your Subscriber. Using the IP address on the date and time referenced in the subject line of this notice, the Subscriber or someone using their account employed a peer-to-peer service or software to distribute one or more infringing copies of ESA members' games, including the following title:

JUST DANCE

Courts in the United States have held consistently that the unauthorized distribution of copyrighted works using peer-to-peer or similar services constitutes copyright infringement. E.g., MGM Studios, Inc. v. Grokster, Ltd., 545 U.S. 913 (2005); BMG Music v. Gonzalez, 430 F.3d 888, 891 (7th Cir. 2005); Arista Records LLC v. Lime Group LLC, 2010 U.S. Dist. LEXIS 46638, *49 (S.D.N.Y. May 11, 2010

This Subscriber should understand clearly that there are serious consequences for infringement. The Copyright Act in the United States provides for statutory damages of up to $30,000 per work infringed, and up to $150,000 per work for willful infringement. 17 U.S.C. section 504(c).

We ask that you work with us to protect the intellectual property rights of ESA members by:

1. Providing the Subscriber with a copy of this notice of copyright infringement, and warning the Subscriber that his or her conduct was unlawful and could be subject to civil or even criminal prosecution.
2. Promptly taking steps to stop the Subscriber's infringing activity.
3. Pursuant to 17 U.S.C. section 512(i)(1)(A), as appropriate, terminating the account of the Subscriber if your records show that he or she is a repeat copyright infringer.

ESA has a good faith belief that the Subscriber's reproduction and/or distribution of these copyrighted works as set forth herein is not authorized by the copyright owners, their agents, or the law. The information in this notification is accurate. Neither ESA nor its members waive any claims or remedies, or their right to engage in other enforcement activities, and all such claims, rights and remedies are expressly reserved.

If your Subscriber has additional questions about this notice, we would encourage them to visit http://www.theesa.com/wp-content/uploads/2014/10/DMCA-FAQs.pdf to learn how to delete the infringing material and avoid receiving future notices.

Thank you for your prompt attention to this matter.

Sincerely,

Intellectual Property Enforcement
Entertainment Software Association
Website: http://www.theesa.com/wp-content/uploads/2014/10/DMCA-FAQs.pdf

```
List of infringing content
- ------------------------------
 JUST DANCE

- ------------------------------
INFRINGEMENT DETAIL
- ------------------------------
Infringing Work : JUST DANCE
Filename : SJ6E41 Just Dance Disney Party
First found (UTC): 2015-02-23T10:35:52.00Z
Last found (UTC): 2015-02-23T10:36:16.64Z
Filesize  : 4324327424 bytes
IP Address: 72.209.139.19
IP Port: 54504
Network: BitTorrent
Protocol: BitTorrent

]]></TextNotice>
</Infringement>
- ---End ACNS XML
-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)
```

iQEcBAEBAgAGBQJU60sIAAoJEHd3ZUgfqNIahlAIAIc7ALfYrvbTWlzL2MzTtRQN
S78umeJ/xlaZcYC0i3aPlrm93XCWluGH9z5MdTk7N/J2XsLLJEl3ei7IN0tTxwf2
Lm7KF9HEzzlW1xrO0ivutt4KUj4WJmePczMP3BAiekbVaPOErvVHzxFEE3FMOQJF
ZPBnFuX4CGfD/J0RHCpOFGCSrLH2+wu+D/3q1L629RQpFDGtrqCKbMQKdsqOmHmX
ISQl8wzzkDPJzckfdI7+EBuSfBlc23OHulgCgaBRq6I1DhNl3tKtlXCfSwAm+O3n
OtSo3NuU2op7RwOVt29qBiSh7Sk27fjQORFBZgFQasOmws+fXtQA0br2R+EoRLQ=
=jmVn
-----END PGP SIGNATURE-----