# Exhibit 5

| | |
|---|---|
| **From:** | Victoria Sheckler <VSheckler@riaa.com> |
| **Sent:** | Thursday, April 18, 2013 11:00 AM |
| **To:** | Cadenhead, Randy (CCI-Atlanta-LD) |
| **Cc:** | Beck, Brent (CCI-Atlanta) |
| **Subject:** | RE: notice limit |

Thanks.

**From:** Cadenhead, Randy (CCI-Atlanta-LD) [mailto:Randy.Cadenhead@cox.com]
**Sent:** Thursday, April 18, 2013 10:58 AM
**To:** Victoria Sheckler
**Cc:** Beck, Brent (CCI-Atlanta)
**Subject:** RE: notice limit

I've checked with our technical team.  We do want to be as helpful as we can, but we have to be mindful of the call volume that notices generate.  They think that we can try accepting 600 per week day, subject to unexpected call concerns that might arise.
Does that sound OK?

*Randy Cadenhead*



Privacy Counsel
Cox Communications
404 269 7671
Randy.Cadenhead@Cox.com

**From:** Victoria Sheckler [mailto:VSheckler@riaa.com]
**Sent:** Tuesday, April 16, 2013 9:33 PM
**To:** Cadenhead, Randy (CCI-Atlanta-LD)
**Subject:** RE: notice limit

How about 500 or 600 / weekday?

**From:** Cadenhead, Randy (CCI-Atlanta-LD) [mailto:Randy.Cadenhead@cox.com]
**Sent:** Tuesday, April 16, 2013 8:56 AM
**To:** Victoria Sheckler
**Subject:** RE: notice limit

Vicky,
Good to hear from you again.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                                                                    COX_SONY_00519017
                                                                                                                                                                                       CTRL_BMG00042790

We have a fairly hard limit on the number of calls from customers that our team can handle in a day, but within those parameters, we would be happy to discuss the number of notices that we accept from you. Can you give me some sense of what you are thinking?

*Randy Cadenhead*



Privacy Counsel
Cox Communications
404 269 7671
Randy.Cadenhead@Cox.com

---

**From:** Victoria Sheckler [mailto:VSheckler@riaa.com]
**Sent:** Friday, April 12, 2013 4:39 PM
**To:** Cadenhead, Randy (CCI-Atlanta-LD)
**Cc:** Mark McDevitt
**Subject:** notice limit

Randy – I hope you're well. We'd like to increase the number of p2p notices we send to Cox. I think currently the Cox limit is at about 400/day, and we'd like to increase it. We look forward to hearing from you. - Vicky

vicky sheckler | senior vice president, deputy general counsel | recording industry association of america | 1025 F street, NW 10th floor | washington, dc 20004 |  202.775.0101 (m) |  202.857.9603 (d) |  703-533-3714 (c)

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_SONY_00519018
CTRL_BMG00042790