UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO
PLAINTIFFS' MOTION TO AMEND THE COMPLAINT**

Based upon Plaintiffs' representation that "Amending Exhibits A and B as proposed will not add any new parties, works, or claims to the suit," (ECF No. 149 at 3), Defendants Cox Communications, Inc. and CoxCom, LLC do not oppose Plaintiffs' Motion to File Amended Versions of the Exhibits to the First Amended Complaint (ECF No. 148) and will therefore not file an Opposition thereto.

Dated: May 29, 2019

                                                        Respectfully submitted,

                                                        */s/ Thomas M. Buchanan*
                                                        Thomas M. Buchanan (VSB No. 21530)
                                                        WINSTON & STRAWN LLP
                                                        1700 K Street, NW
                                                        Washington, DC 20006-3817
                                                        Tel: (202) 282-5787
                                                        Fax: (202) 282-5100
                                                        Email: tbuchana@winston.com

                                                        *Attorney for Cox Communications, Inc.
                                                        and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email:  dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on May 29, 2019, a copy of the foregoing **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND THE COMPLAINT** was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*