IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
                                           )
            Plaintiffs,             )
                                           ) Civil Action No. 1:18cv0950 (LO/JFA)
v.                                         )
                                           )
COX COMMUNICATIONS, INC., *et al.*, )
                                           )
            Defendants.         )
                                           )

## ORDER

This matter is before the court on plaintiffs' motion for leave to file amended versions of the exhibits to the first amended complaint. (Docket no. 148). Having reviewed the motion, the memorandum in support (Docket no. 149), and defendants' statement of non-opposition (Docket no. 169), it is hereby

ORDERED that the motion is granted, and the hearing scheduled for this motion on Friday, June 7, 2019, at 10:00 a.m. is cancelled.

Entered this 30th day of May, 2019.

                                                             /s/
                                                         John F. Anderson
                                                         United States Magistrate Judge
                                                         John F. Anderson
Alexandria, Virginia                                   United States Magistrate Judge