IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, et al., )
)
        Plaintiffs, )
)
   v. )   Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., et al., )
)
        Defendants. )
)

## ORDER

This matter is before the court on John Doe's objection to defendant disclosing its subscriber information to plaintiffs pursuant to court's May 6, 2019 order, that has been docketed as a motion for a protective order. (Docket no. 159). No response has been filed to this motion and the fourteen-day period for doing so has expired. Having reviewed the motion and supporting declaration, and there being no opposition, it is hereby

ORDERED that the motion is granted, and defendant shall not be required to disclose John Doe's subscriber information to the plaintiffs.

Entered this 10th day of June, 2019.

                              /s/
                           John F. Anderson
                           United States Magistrate Judge
                           John F. Anderson
Alexandria, Virginia          United States Magistrate Judge