# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **FINAL PRETRIAL CONFERENCE** |
| COX COMMUNICATIONS, INC., et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| | | |
|---|---|---|
| HONORABLE LIAM O'GRADY presiding | Court Reporter: | |
| Deputy Clerk: Amanda | Hearing Began: | 1:33 p.m. |
| Proceeding Held: June 21, 2019 | Hearing Ended: | 1:51 p.m. |

**Appearances:**

**- Parties enter their appearances**

- Counsel states that discovery ends on July 2.
- Jury trial scheduled for December 2, 2019 @ 10:00 a.m.
- Court and counsel discuss scheduling and extending summary judgment deadline.
- Parties state that they have not participated and/or scheduled mediation.
- Counsel are directed to contact Judge Anderson's chambers to schedule mediation; this should be done before dispositive motions.