# Exhibit 20

```
                                                                  1
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF VIRGINIA
                            Alexandria Division




    ---------------------------------:
                                     :
    BMG RIGHTS MANAGEMENT (US) LLC,  :
    et al.,                          :
                 Plaintiffs,         :
                                     : Case No. 1:14-cv-1611
         vs.                         :
                                     :
                                     :
    COX ENTERPRISES, INC., et al.,   :
                 Defendants.         :
    ---------------------------------:




                           HEARING ON MOTIONS

                           November 20, 2015

                   Before:  Liam O'Grady, USDC Judge
```

APPEARANCES:

Walter D. Kelley, Jr., John M. Caracappa, Jeremy D. Engle, Jeffrey M. Theodore, William G. Pecau, and Michael J. Allan, Counsel for the Plaintiffs

Andrew P. Bridges, Brian D. Buckley, Jed Wakefield, and Craig C. Reilly, Counsel for the Defendants

6

1 met safe harbor, so most of that is out.

2 THE COURT: Right.

3 MR. ENGLE: The problem with most of the rest of Mr.
4 Rosenblatt's opinion is he lacks specialized knowledge to make
5 those opinions. He is not an industry expert. He has never
6 worked for an ISP. Cox labels him as a technologist, so his
7 testimony should be limited to technology.

8 We haven't moved to exclude his technical overview of
9 BitTorrent or his opinions about how Rightscorp's code works.
10 That's what he purports to have expertise in, and that's what
11 his opinion should be limited to.

12 In our brief we gave a couple examples of the
13 opinions where he has no specialized knowledge. That, for
14 example, is what other ISPs do with infringement notices. He
15 doesn't have any inside knowledge about that, no specialized
16 knowledge. He only knows what they publicly state. And as
17 we've seen in this case, what an ISP publicly claims to do can
18 be far different from what they actually do.

19 Another example is MarkMonitor. That is a company
20 that detects infringement and sends notice. Mr. Rosenblatt
21 claims to know everything he needs to know about MarkMonitor's
22 code based on a redacted 13-page summary and because some
23 employees of MarkMonitor have been on panels he's hosted.

24 That's an ironic position by Cox. They have been
25 very upset about not reviewing every single piece of source

Case 1:18-cv-00950-PTG-JFA Document 177-21 Filed 06/21/19 Page 4 of 4 PageID# 4995
Case 1:14-cv-01611-LO-JFA Document 676 Filed 11/29/15 Page 7 of 113 PageID# 17865

7

1  code from Rightscorp over the last three-and-a-half years, yet
2  they claim that based on his 13-page redacted summary and
3  because some employees have been on panels, that Mr. Rosenblatt
4  is able to fully analyze MarkMonitor's system for detecting
5  infringement.
6          Our bottom line with Mr. Rosenblatt, he should be
7  limited to offering opinions within his purported area of
8  specialized knowledge, that is overview of the BitTorrent, and
9  opinions on the technical aspects of the Rightscorp source
10 code.
11         Thank you, Your Honor.
12         THE COURT:  All right, thank you.
13         Why don't we do one -- go ahead and respond to that.
14         MR. BRIDGES:  Thank you, Your Honor.
15         I am pleased at least we have some overlap with the
16 other side as to certain things that Mr. Rosenblatt can offer.
17 I would point primarily to the things that he had issued in
18 rebuttal to the plaintiff's case.  There is the technical
19 tutorial, no debate about that.
20         Analysis of Rightscorp's code and how it was
21 unreliable.  But beyond that, also Rightscorp's failure to
22 confirm infringements, failure to detect infringements.  It's
23 failure to count infringements is very, very important.
24         He also is able as a technologist who is active where
25 technology and business processes work against a backdrop of a