UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**DECLARATION OF BRENT BECK IN SUPPORT OF**

**COX'S OPPOSITION TO PLAINTIFFS' JUNE 21, 2019 MOTION TO COMPEL**

I, Brent Beck, hereby declare:

1. I am presently employed at Cox Communications, Inc. as a Software Engineer II. My primary role is to support any software and hardware problems in CATS. I have worked for Cox since 2001, and I have been involved with Cox's Cox Abuse Tracking System ("CATS") since 2007. I submit this declaration in support of Cox's opposition to Plaintiffs' June 21, 2019 Motion to Compel. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. I understand that Plaintiffs are requesting that Cox produce work log notes from the CATS database for the approximately 2,800 Cox Business subscribers who were the subject of copyright complaints sent by Plaintiffs' agents to Cox between February 2013 and November 2014.

3. A CATS ticket work log consists of a large, "free text" field within a CATS ticket. A work log is one of a number of different types of fields that CATS tickets contain. Work log notes, which are text notes that are stored in the work log field, contain textual information about

-2-

the ticket.

4. Work logs and work log notes are maintained at the ticket level, not at the subscriber level.

5. Thus, if there are multiple tickets associated with a particular subscriber, there would also be multiple work logs, each of which could contain multiple work log notes.

6. Assuming that Plaintiffs' request covers work logs for all COPY OTHER tickets associated with the identified Cox business account numbers for the period 2012 through 2014, the number of work logs will correspond to the number of tickets, and as noted above, each ticket could contain multiple work log notes.

7. Because CATS work log notes are stored in a "free text" field, they can contain a wide variety of textual content, which could include not only plain ASCII text, but also virtually anything that can be typed, cut-and-pasted, or otherwise inserted into the field. CATS work logs may also contain virtually any kind of subject matter, potentially including private information about an individual. Such information could include, for example, the name, home or work address, personal or work telephone number, personal or work email address, or other private information, for a business customer's designated contact. Based on my review of a sample of work log notes, I expect that the work logs for many of the tickets in question will contain non-public information for individuals.

8. In order to be certain that any given CATS work log does not contain subject matter that would implicate an individual's private information, each such text field would have to be reviewed individually. Since I am not aware of any automated process that could effectively locate or redact this type of information, it is my opinion that any such review would have to be done

-3-

manually, and any necessary redactions would also have to be done manually.

9. Based on my understanding of the process by which work log notes are entered, I am confident that the majority of notes in the work logs will reflect basically the same information that I understand has already been provided to the plaintiffs in other forms. For example, as a rule CATS will automatically insert a note in a ticket's work log notes field when it takes certain automated customer-facing actions, such as forwarding a complaint or automatically suspending a subscriber. In general, a customer service representative who is working a ticket will usually log certain customer-facing actions such as forwarding a complaint, sending a form notification letter, or suspending a subscriber. This is the same type of information that is reflected in the 2012-2014 ticket-action report I prepared for use in this litigation, covering Cox subscribers who were the subject of copyright infringement complaints from RIAA between February, 2013 and November, 2014. I understand that this ticket-action report was previously provided to the plaintiffs.

10. In my view, the absence of a note in the work log is not a reliable indication that a customer service representative did not take a particular action, since there may be many reasons why a customer service representative would not enter a note. Determining what actions might have been taken, but not logged, would require examining the specific ticket and reviewing the circumstances under which it was processed. Because the tickets in question are between five and seven years old, it will be difficult, and maybe impossible, to analyze them now.

11. I have never written a script to extract the free text field from the work log notes in CATS, and cannot predict what unexpected complications might arise.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2019 in Atlanta, GA [location].

/s/ *[signature]*
Brent Beck