UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**ORDER GRANTING DEFENDANTS' MOTION TO SEAL**

UPON CONSIDERATION of Defendants' Motion to Seal (Dkt. 183), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal Exhibits A and B to Defendants' Opposition to Plaintiffs' June 21, 2019 Motion to Compel (ECF No. 182) as they contain material designated by Defendants "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

The exhibits which shall remain under seal are as follows:

- Exhibit A to the Opposition is designated by Defendants as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

- Exhibit B to the Opposition is designated by Defendants as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order.

ENTERED this _____ day of June 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge