UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(c), for an order to file under temporary seal Exhibit 3 of their Reply in Support of Plaintiffs' Motion to Compel (ECF No. 185-4), it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under temporary seal until further order of the Court.

ENTERED this ___ day of June 2019.

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Liam O'Grady
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　Eastern District of Virginia