Date: 06/28/2019                     Judge: JOHN F. ANDERSON
                                     Reporter: FTR

Start: 10:40am
Finish: 12:12pm

Civil Action Number: 1:18-cv-950-LO-JFA

Sony Music Entertainment et al.

vs.

Cox Communications Inc. et al.

Appearances of Counsel for (X) Pltf (X) Deft
(  ) Matter is uncontested
Motion to/for:

[176] PLAINTIFF'S MOTION TO COMPEL

Argued &
(  ) Granted (  ) Denied (X) Granted in part/Denied in part
(  ) Taken Under Advisement (  ) Continued to _____

_____
_____
_____
_____
_____
_____

(  ) Report and Recommendation to Follow
(X) Order(s) to Follow