# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## DEFENDANTS' SECOND MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37 and E.D. Va. Local Rule 37, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox") respectfully move this Court to compel Plaintiffs Sony/ATV and EMI to produce information relating to the works-in-suit from their termination database including any related valuations, in response to Cox's requested discovery. Plaintiffs further move the Court to compel Plaintiffs to search for and produce any similar information maintained by the other plaintiff groups.

Cox states the specific grounds for their Second Motion Compel in the accompanying Memorandum and the Declaration of Thomas M. Buchanan and the exhibits attached thereto.

## LOCAL RULE 37(E) MEET AND CONFER STATEMENT

The parties exchanged emails on June 19, June 20, June 21, and June 27, 2019 concerning this specific discovery request and its responsiveness to Cox's outstanding discovery requests.

On June 27, 2019, the parties conducted a meet-and-confer call during which the parties discussed their respective emails and the issues covered in this Motion.

Despite these extensive good-faith efforts, the parties were not able to come to resolution on Cox's outstanding requests that are the subject of the Motion.

Dated: June 28, 2019                                    Respectfully submitted,

/s/ Thomas M. Buchanan /
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on June 28, 2019, a copy of the foregoing DEFENDANTS' SECOND MOTION TO COMPEL was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*