# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER GRANTING DEFENDANTS' SECOND MOTION TO COMPEL

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Motion to Compel ("Motion"). After considering this Motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders Plaintiffs Sony/ATV and EMI to produce information related to the works-in-suit from their termination database including any related valuations and further compels Plaintiffs to search for and produce any similar information maintained by the other plaintiff groups.

ENTERED this _____ of _____, 2019.


Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge