# Exhibit 5

**From:**          Anderson, Sean R.
**Sent:**          Thursday, June 27, 2019 5:33 PM
**To:**            Kerry Mustico; Golinveaux, Jennifer A.
**Cc:**            Kearney, Thomas; Buchanan, Tom; Jeff Gould; Lane, Thomas Patrick
**Subject:**       RE: Sony v. Cox discovery


Kerry and Jeff,

This is to confirm our understanding of today's meet and confer call. As indicated, we are considering moving on each of these issues tomorrow so we require your response and/or status by 12:00 pm EST tomorrow.

- We provided clarification of RFP 188 and you agreed to look at what you have collected to determine whether there are any responsive, non-privileged documents that have not yet been produced.  Have you located responsive documents and will you produce them?

- You stated that producing information from the Sony ATV/EMI database of 17 U.S.C. §§ 203, 304 termination notices would be burdensome. However, it did not appear that you have actually made that inquiry. How can this database be searched? If it can be searched by title or registration number, then Plaintiffs' burden argument seems unfounded given that this information is readily available. You also agreed to check with the other plaintiff groups about whether such a document or database exists.

- We narrowed our request relating to *Grande* deposition transcripts and sealed declarations to only those transcripts and sealed declarations from the *Grande* witnesses who have, or will be, deposed in *Sony*. You said that you would check with your clients on this to determine whether they could be produced.

Regards,

Sean R. Anderson
Associate Attorney
Winston & Strawn LLP
D: +1 212-294-5388
F: +1 212-294-4700
http://www.winston.com

-----Original Message-----
From: Kerry Mustico <Kerry@oandzlaw.com>
Sent: Tuesday, June 25, 2019 4:10 PM
To: Anderson, Sean R. <SRanderson@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>
Cc: Kearney, Thomas <TKearney@winston.com>; Buchanan, Tom <TBuchana@winston.com>; Jeff Gould <Jeff@oandzlaw.com>; Lane, Thomas Patrick <TLane@winston.com>
Subject: Re: Sony v. Cox discovery

Sean,

I can speak on Thursday morning Pacific time.

Kerry

Kerry M. Mustico
Oppenheim + Zebrak, LLP
202.480.2174 (direct)
kerry@oandzlaw.com
_____

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.


On 6/25/19, 3:14 PM, "Anderson, Sean R." <SRanderson@winston.com> wrote:

   Jeff and Kerry,

   I am following up on this. Please confirm whether you are available to meet and confer tomorrow morning between 9 am and 11 am EST, as previous requested.

   Thanks,
   Sean

   Sean R. Anderson

   Associate Attorney

   Winston & Strawn LLP
   200 Park Avenue<x-apple-data-detectors://0/1>
   New York, NY 10166-4193<x-apple-data-detectors://0/1>

   D: +1 212-294-5388<tel:+1%20212-294-5388>

   F: +1 212-294-4700<tel:+1%20212-294-4700>

   Bio<http://www.winston.com/en/who-we-are/attorneys/anderson-sean-r.html> | VCard<http://www.winston.com/vcards/23127.vcf> | Email<mailto:sranderson@winston.com> | winston.com<http://www.winston.com/>

   [Winston & Strawn LLP]

   On Jun 24, 2019, at 2:33 PM, Anderson, Sean R. <SRanderson@winston.com<mailto:SRanderson@winston.com>> wrote:

   Jeff and Kerry,

   We need to meet and confer on Plaintiffs' objections to Cox's most recent discovery requests. We are available Wednesday morning from 9 am EST to 11 am EST. Please let us know if there is a brief window during that time period that works for you.

   Thanks,
   Sean

Sean R. Anderson

Associate Attorney

Winston & Strawn LLP

D: +1 212-294-5388

F: +1 212-294-4700

VCard<http://www.winston.com/vcards/23127.vcf> | Email<mailto:sranderson@winston.com> |
winston.com<http://www.winston.com>

<image003.jpg>
From: Kerry Mustico <Kerry@oandzlaw.com<mailto:Kerry@oandzlaw.com>>
Sent: Monday, June 17, 2019 11:57 PM
To: Golinveaux, Jennifer A. <JGolinveaux@winston.com<mailto:JGolinveaux@winston.com>>; Anderson, Sean R.
<SRanderson@winston.com<mailto:SRanderson@winston.com>>
Cc: Kearney, Thomas <TKearney@winston.com<mailto:TKearney@winston.com>>; Buchanan, Tom
<TBuchana@winston.com<mailto:TBuchana@winston.com>>; Jeff Gould
<Jeff@oandzlaw.com<mailto:Jeff@oandzlaw.com>>
Subject: Sony v. Cox discovery

Attached are Plaintiffs' objections to Cox's most recent discovery requests.


Kerry M. Mustico
Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW | 5th Floor
Washington, DC 20016
202.480.2174 (direct) | 202.480.2999 (main)
kerry@oandzlaw.com<mailto:kerry@oandzlaw.com> |
https://nam01.safelinks.protection.outlook.com/?url=www.oandzlaw.com&amp;data=02%7C01%7Csranderson%40win
ston.com%7C9d086bb83919404a61d008d6f9c23ec6%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C6369710
10006987020&amp;sdata=U6Gyf27mHBZyH1O3MY%2FacrTZYi3yp4ZGU4w2HriKZUI%3D&amp;reserved=0<https://nam
01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.oandzlaw.com&amp;data=02%7C01%7Csranderson%4
0winston.com%7C9d086bb83919404a61d008d6f9c23ec6%7C12a8aae45e2f4ad8adab9375a84aa3e5%7C0%7C0%7C636
971010006987020&amp;sdata=exmf3hHZuD1xezpqbnK8z26DU3OSXM2MbpUuoQn8HvM%3D&amp;reserved=0>

Follow Oppenheim + Zebrak on Twitter:
https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&amp;data=02%7C01
%7Csranderson%40winston.com%7C9d086bb83919404a61d008d6f9c23ec6%7C12a8aae45e2f4ad8adab9375a84aa3e5
%7C0%7C0%7C636971010006987020&amp;sdata=M3309cTZRiRt4RwzyvCQYlrskZrgCULA0MekcjpO1Rc%3D&amp;reser
ved=0<https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Ftwitter.com%2FOandZLaw&amp;data=0
2%7C01%7Csranderson%40winston.com%7C9d086bb83919404a61d008d6f9c23ec6%7C12a8aae45e2f4ad8adab9375a8
4aa3e5%7C0%7C0%7C636971010006987020&amp;sdata=M3309cTZRiRt4RwzyvCQYlrskZrgCULA0MekcjpO1Rc%3D&am
p;reserved=0>

_____

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client
or other privilege.  If you are not the intended recipient, please delete it from your system without copying, reviewing or
distributing any portion and notify sender by reply e-mail.

_____
   The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.