## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### ORDER GRANTING DEFENDANTS' MOTION TO SEAL

UPON CONSIDERATION of Defendants' Motion to Seal (Dkt. 195), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Memorandum of Law in Support of their Motion to Compel (ECF No. 193) ("Memorandum"), portions of the supporting Declaration of Thomas M. Buchanan (ECF No. 193-1), and Exhibits 6 and 7 to the Buchanan Declaration (ECF Nos. 193-2, 193-3) to the extent it quotes from or otherwise discloses the contents of those exhibits, which have been designated by Plaintiffs as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this _____ day of July, 2019.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia