UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Protective Order filed on June 30, 2019, it is hereby ORDERED that a protective order is issued prohibiting the depositions of Dennis Kooker, Jeff Walker, Audrey Ashby, and Andy Swan by Defendants Cox Communications, Inc. and CoxCom, LLC.

It is so ORDERED this _____ day of July 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge