↺ Reply all | ⌄    🗑 Delete    Junk | ⌄    …

# Sony v. Cox - Deposition scheduling

KM  **Kerry Mustico**                                                                       ↺ Reply all | ⌄
    Thu 5/30, 6:15 PM
    Anderson, Sean R.;  Leiden, Diana Hughes <DHLeiden@winston.com>;  Jeff Gould   ⌄

Sean and Diana:

Here are dates for the depositions of Plaintiffs' remaining 30(b)(6) designees and Jill Lesser:

June 18 (NY) – Anish Patel, SATV/EMI Plaintiffs – Topics 2-4
June 21 (DC) – Jill Lesser (available 9:00 am – 2:00 pm, though may be able to start at 8:00 am, if necessary)
July 2 (NY) – Dong Jang, Sony Music Plaintiffs – Topics 17-22

Please note that I'm waiting for final confirmation from SATV/EMI on Mr. Patel's deposition date.  SATV's intended designee for Topics 2-4 is not available due to her son's health issues, so Mr. Patel has only recently been designated.

Kerry


Kerry M. Mustico
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW l 5th Floor
Washington, DC 20016
202.480.2174 (direct) l 202.480.2999 (main)
kerry@oandzlaw.com l www.oandzlaw.com

Follow Oppenheim + Zebrak on Twitter:  https://twitter.com/OandZLaw
_____

This e-mail and any attachments may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you are not the intended recipient, please delete it from your system without copying, reviewing or distributing any portion and notify sender by reply e-mail.