# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION OF JEFF WALKER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") will take the deposition of Jeff Walker of Sony Music Entertainment (as identified in Plaintiffs' Rule 26(a)(1) Disclosures).

The deposition will commence on June 27, 2019 at 9:00 AM at the office of Winston & Strawn, LLP, 200 Park Avenue, New York, New York, 10166, or at some other mutually agreeable time and location. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by both stenographic and/or videographic means. Provisions for real-time monitoring via LiveNote$^{TM}$ or similar facility may also be used. Said deposition shall continue from day to day, weekends and holidays excepted, until completed.

Dated: June 19, 2019    By: *s/ Thomas M. Buchanan*
                                                  Thomas M. Buchanan (VSB No. 21530)
                                                  WINSTON & STRAWN LLP
                                                  1700 K Street, NW
                                                  Washington, DC 20006-3817
                                                  Tel: (202) 282-5787

2

Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorneys for Cox Communications, Inc. and CoxCom, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2019, I served via electronic mail the foregoing **DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION OF JEFF WALKER** upon the following:

Jeffrey Gould
Oppenheim + Zebrak, LLP
4530 Wisconsin Ave., NW, 5th Fl.
Washington, DC 20015
Email: jeff@oandzlaw.com

*Attorneys for Plaintiff Sony Music Entertainment*

                                              *s/ Sean R. Anderson*
                                              Sean R. Anderson
                                              WINSTON & STRAWN LLP
                                              200 Park Avenue
                                              New York, NY 10166-4193
                                              Tel: (212) 294-6700
                                              Fax: (212) 294-4700
                                              SRAnderson@winston.com

                                              *Attorneys for Cox Communications, Inc. and CoxCom, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION OF DENNIS KOOKER

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") will take the deposition of Dennis Kooker of Sony Music Entertainment (as identified in Plaintiffs' Rule 26(a)(1) Disclosures).

The deposition will commence on June 28, 2019 at 9:00 AM at the office of Winston & Strawn, LLP, 200 Park Avenue, New York, New York, 10166, or at some other mutually agreeable time and location. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by both stenographic and/or videographic means. Provisions for real-time monitoring via LiveNote™ or similar facility may also be used. Said deposition shall continue from day to day, weekends and holidays excepted, until completed.

Dated:  June 19, 2019　　　　　　　By:  *s/ Thomas M. Buchanan*
　　　　　　　　　　　　　　　　　　　Thomas M. Buchanan (VSB No. 21530)
　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　1700 K Street, NW
　　　　　　　　　　　　　　　　　　　Washington, DC 20006-3817
　　　　　　　　　　　　　　　　　　　Tel: (202) 282-5787

Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorneys for Cox Communications, Inc. and CoxCom, LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2019, I served via electronic mail the foregoing **DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION TO DENNIS KOOKER** upon the following:

Jeffrey Gould
Oppenheim + Zebrak, LLP
4530 Wisconsin Ave., NW, 5th Fl.
Washington, DC 20015
Email: jeff@oandzlaw.com

*Attorneys for Plaintiff Sony Music Entertainment*

        *s/ Sean R. Anderson*
        Sean R. Anderson
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, NY 10166-4193
        Tel: (212) 294-6700
        Fax: (212) 294-4700
        SRAnderson@winston.com

        *Attorneys for Cox Communications, Inc. and CoxCom, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION OF AUDREY ASHBY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") will take the deposition of Audrey Ashby of Sony/ATV Music Publishing LLC, (as identified in Plaintiffs' Rule 26(a)(1) Disclosures).

The deposition will commence on July 1, 2019 at 9:00 AM at the office of Winston & Strawn, LLP, 200 Park Avenue, New York, New York, 10166, or at some other mutually agreeable time and location. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by both stenographic and/or videographic means. Provisions for real-time monitoring via LiveNote$^{TM}$ or similar facility may also be used. Said deposition shall continue from day to day, weekends and holidays excepted, until completed.

Dated: June 19, 2019               By: *s/ Thomas M. Buchanan*
                                            Thomas M. Buchanan (VSB No. 21530)
                                            WINSTON & STRAWN LLP
                                            1700 K Street, NW
                                            Washington, DC 20006-3817
                                            Tel: (202) 282-5787

1

Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorneys for Cox Communications, Inc. and CoxCom, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on June 19, 2019, I served via electronic mail the foregoing **DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION OF AUDREY ASHBY** upon the following:

Jeffrey Gould
Oppenheim + Zebrak, LLP
4530 Wisconsin Ave., NW, 5th Fl.
Washington, DC 20015
Email: jeff@oandzlaw.com

*Attorneys for Plaintiff Sony/ATV Music Publishing LLC*

                                             <u>*s/ Sean R. Anderson*</u>
                                             Sean R. Anderson
                                             WINSTON & STRAWN LLP
                                             200 Park Avenue
                                             New York, NY 10166-4193
                                             Tel: (212) 294-6700
                                             Fax: (212) 294-4700
                                             SRAnderson@winston.com

                                             *Attorneys for Cox Communications, Inc. and CoxCom, LLC*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION OF ANDY SWAN**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") will take the deposition of Andy Swan of Universal Music Corp., Universal Music – MGB NA LLC, Universal Music Publishing Inc., Universal Music Publishing AB, Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Music – Z Tunes LLC, Universal/Island Music Limited, Universal/MCA Music Publishing Pty. Limited, Music Corporation of America, Inc. d/b/a Universal Music Corp., Polygram Publishing, Inc., and Songs of Universal, Inc., (identified in Plaintiffs' Rule 26(a)(1) Disclosures as of the "Universal Music Publishing Group").

The deposition will commence on July 2, 2019 at 9:00 AM at the office of Winston & Strawn, LLP, 200 Park Avenue, New York, New York, 10166, or at some other mutually agreeable time and location. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by both stenographic and/or videographic means. Provisions for real-time monitoring via LiveNote$^{TM}$ or similar facility may

also be used.  Said deposition shall continue from day to day, weekends and holidays excepted, until completed.

Dated:  June 19, 2019         By: *s/ Thomas M. Buchanan*
                                                        Thomas M. Buchanan (VSB No. 21530)
                                                        WINSTON & STRAWN LLP
                                                        1700 K Street, NW
                                                        Washington, DC 20006-3817
                                                        Tel: (202) 282-5787
                                                        Fax: (202) 282-5100
                                                        Email: tbuchana@winston.com

                                                        *Attorneys for Cox Communications, Inc. and CoxCom, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2019, I served via electronic mail the foregoing **DEFENDANTS COX COMMUNICATIONS, INC.'S AND COXCOM, LLC'S NOTICE OF DEPOSITION OF ANDY SWAN** upon the following:

Jeffrey Gould
Oppenheim + Zebrak, LLP
4530 Wisconsin Ave., NW, 5th Fl.
Washington, DC 20015
Email: jeff@oandzlaw.com

*Attorneys for Plaintiffs Universal Music Corp., Universal Music – MGB NA LLC, Universal Music Publishing Inc., Universal Music Publishing AB, Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Music – Z Tunes LLC, Universal/Island Music Limited, Universal/MCA Music Publishing Pty. Limited, Music Corporation of America, Inc. d/b/a Universal Music Corp., Polygram Publishing, Inc., and Songs of Universal, Inc., (the "Universal Music Publishing Group")*

                                                *s/ Sean R. Anderson*
                                                Sean R. Anderson
                                                WINSTON & STRAWN LLP
                                                200 Park Avenue
                                                New York, NY 10166-4193
                                                Tel: (212) 294-6700
                                                Fax: (212) 294-4700
                                                SRAnderson@winston.com

                                                *Attorneys for Cox Communications, Inc. and CoxCom, LLC*