IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COX COMMUNICATIONS, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:18cv0950 (LO/JFA) |

## ORDER

This matter is before the court on plaintiffs' motion for a protective order. (Docket no. 198). Upon consideration of the motion and memorandum in support (Docket no. 199), and taking into consideration the need to resolve this motion promptly given the discovery cutoff date, it is hereby

ORDERED that plaintiffs' motion for a protective order is granted as to Mr. Walker and Mr. Kooker, given that the notices of depositions failed to comply with requirement of 11 days advance notice under the Local Rules. The motion is also granted as to Mr. Swan since the deposition notice would require a resident of California to be deposed in New York. As to Ms. Ashby, the defendants shall file a response to the motion for a protective order concerning her deposition by 5:00 p.m. on Tuesday, July 2, 2019 and the court will decide the motion without any further argument or briefing.

Entered this 1st day of July, 2019.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia