# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### CONSENT MOTION TO SET A BRIEFING
### SCHEDULE ON DEFENDANTS' MOTION TO COMPEL (ECF 191)

Pursuant to the Federal Rules of Civil Procedure and Local Civil Rule 7(F)(1), the parties jointly move for entry of an order to set a briefing schedule on Defendants' motion to compel (ECF No. 191) based on the following grounds:

1. Defendants' motion to compel (ECF No. 191) is currently noticed for hearing on July 12, 2019 at 10:00 am (ECF No. 194).

2. The parties have met and conferred, and jointly propose the following briefing schedule for Defendants' motion to compel:

| | |
|---|---|
| ***Brief in Opposition*** | July 8, 2019 |
| ***Reply Brief*** | July 11, 2019 |

Based on the foregoing, the parties request that the Court grant this motion and enter the proposed order attached hereto.

Dated July 1, 2019                                    Respectfully Submitted,

*/s/ Scott A. Zebrak*
Scott A. Zebrak (38729)

        Matthew J. Oppenheim (*pro hac vice*)
        Jeffrey M. Gould (*pro hac vice*)
        OPPENHEIM + ZEBRAK, LLP
        4530 Wisconsin Avenue, NW, 5th Floor
        Washington, DC 20015
        Tel:  202-480-2999
        scott@oandzlaw.com
        matt@oandzlaw.com
        jeff@oandzlaw.com

        *Attorneys for Plaintiffs*

        */s/ Thomas M. Buchanan*
        Thomas M. Buchanan (VSB No. 21530)
        WINSTON & STRAWN LLP
        1700 K Street, NW
        Washington, DC 20006-3817
        Tel: (202) 282-5787

        *Attorney for Defendants*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: dhleiden@winston.com