**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, *et al.*,

     Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

     Defendants.

Case No. 1:18-cv-00950-LO-JFA

**[PROPOSED] ORDER**

Having considered the parties' consent motion for entry of an order to set a briefing

schedule on Defendants' motion to compel (ECF No. 191), it is hereby

**ORDERED** that the motion is **GRANTED**, and the following schedule shall apply to

Defendants' Motion to Compel (ECF No. 191):

| | |
|---|---|
| ***Brief in Opposition*** | July 8, 2019 |
| ***Reply Brief*** | July 11, 2019 |

It is so ORDERED this _____ day of July, 2019.

_____
United States Magistrate Judge