UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., et al.,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

[~~PROPOSED~~] ORDER

Having considered the parties' consent motion for entry of an order to set a briefing schedule on Defendants' motion to compel (ECF No. 191), it is hereby

**ORDERED** that the motion is **GRANTED**, and the following schedule shall apply to Defendants' Motion to Compel (ECF No. 191):

    *Brief in Opposition*    July 8, 2019 BY 5:00 P.M.

    *Reply Brief*    July 11, 2019 BY 12:00 NOON

It is so ORDERED this 2ND day of July, 2019.

/s/ JFA
John F. Anderson
United States Magistrate Judge