IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, et al., )
)
        Plaintiffs, )
)
v. ) Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., et al., )
)
        Defendants. )
)

## ORDER

This matter is before the court on one remaining issue involving plaintiffs' motion for a protective order. (Docket no. 198). On July 1, 2019, the court entered an order granting a portion of plaintiffs' motion for a protective order and requiring the defendants to file a response to the motion for a protective order concerning the Ashby deposition by 5:00 p.m. on Tuesday, July 2, 2019. (Docket no. 201). No opposition has been filed and the time for doing so has expired. For the reasons set forth in plaintiffs' memorandum in support of this motion and there being no opposition, it is hereby

ORDERED that the motion for a protective order as to the Ashby deposition is granted. This motion may now be terminated by the Clerk's office.

Entered this 3rd day of July, 2019.

                                                      /s/
                                                John F. Anderson
                                                John F. Anderson
                                                United States Magistrate Judge

Alexandria, Virginia