UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(c), for an order to file under temporary seal Exhibits 6 and 7 of their Motion to Compel (ECF Nos. 193-2, 193-3), and references thereto contained in Cox's Memorandum in Support of its Motion to Compel (ECF No. 193, the "Memorandum") and the supporting Declaration of Thomas M. Buchanan (ECF No. 193-1, the "Buchanan Declaration"), it is hereby

ORDERED that the motion is GRANTED, and the following materials shall remain under seal until further order of the Court:

(1)  Exhibit 6: an excerpt of the deposition transcript of Mr. Anish Patel. *See* Exhibit 6 (ECF 193-2, Patel Dep. Tr. at 56:19 – 57:8).

(2)  Exhibit 7: an excerpt of the deposition transcript of Mr. Michael Abitbol. *See* Exhibit 7 (ECF 193-3, Abitbol Dep. Tr. at 145:14-24, 153:16-154:15).

(3)     Portions of the Memorandum (ECF No. 193-1) and Buchanan Declaration (ECF No. 193-2) that discuss the Plaintiffs' confidential, competitively sensitive, and/or proprietary information.

ENTERED this ___ day of July 2019.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge