Document Removed
Per Order