UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(c), for an order to file under seal portions of certain materials accompanying Plaintiffs' Opposition to Defendants' Motion to Compel (ECF No. 206, the "Opposition"), and references thereto contained in the Opposition, it is hereby

ORDERED that the motion is GRANTED, and the redacted portions of the following materials, and references thereto contained in the Opposition, shall remain under seal until further order of the Court:

(1) Declaration of Kerry M. Mustico on behalf of the Plaintiffs in Opposition to Defendants' Motion to Compel

(2) Excerpt of the June 18, 2019 Deposition Transcript of Mr. Anish Patel (Mustico Ex. 2)

(3) Declaration of Anish Patel on behalf of the SATV/EMI Plaintiffs in Opposition to Defendants' Motion to Compel

(4) Declaration of David Jacoby on behalf of the Sony Music Plaintiffs in Opposition to Defendants' Motion to Compel

(5) Declaration of Chiara Genovese on behalf of the UMG Plaintiffs in Opposition to Defendants' Motion to Compel

(6) Declaration of Julie Chen-Burton on behalf of the UMPG Plaintiffs in Opposition to Defendants' Motion to Compel

(7) Declaration of Melissa Battino on behalf of the Warner Music Plaintiffs in Opposition to Defendants' Motion to Compel

(8) Declaration of Jeremy Blietz on behalf of the Warner/Chappell Plaintiffs in Opposition to Defendants' Motion to Compel

ENTERED this ___ day of July 2019.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge