**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, *et al.*,

      Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

      Defendants.

Case No. 1:18-cv-00950-LO-JFA

<u>**NOTICE OF SEALED FILINGS**</u>

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and E.D.Va. Local Civil Rule 5(C), Plaintiffs have filed under seal certain portions of the following materials accompanying their Memorandum in Opposition to Defendants' Motion to Compel (ECF No. 206, the "Opposition"), as well as citations thereto contained in Plaintiffs' Opposition.

(1) Declaration of Kerry M. Mustico on behalf of the Plaintiffs in Opposition to Defendants' Motion to Compel

(2) Excerpt of the June 18, 2019 Deposition Transcript of Mr. Anish Patel (Mustico Ex. 2)

(3) Declaration of Anish Patel on behalf of the SATV/EMI Plaintiffs in Opposition to Defendants' Motion to Compel

(4) Declaration of David Jacoby on behalf of the Sony Music Plaintiffs in Opposition to Defendants' Motion to Compel

(5) Declaration of Chiara Genovese on behalf of the UMG Plaintiffs in Opposition to Defendants' Motion to Compel

(6) Declaration of Julie Chen-Burton on behalf of the UMPG Plaintiffs in Opposition to Defendants' Motion to Compel

(7) Declaration of Melissa Battino on behalf of the Warner Music Plaintiffs in Opposition to Defendants' Motion to Compel

(8) Declaration of Jeremy Blietz on behalf of the Warner/Chappell Plaintiffs in Opposition to Defendants' Motion to Compel

**NOTICE OF RIGHT TO RESPOND**: Pursuant to Local Civil Rule 5(C), parties and nonparties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

Respectfully Submitted,

Dated July 8, 2019

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*