# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## PLAINTIFFS' MOTION TO REMOVE ECF NOS. 206 AND 208 FROM THE DOCKET

Plaintiffs respectfully submit this Motion to Remove ECF Nos. 206 (redacted version) and 208 (sealed version) from the public docket.  Both documents were filed as part of Plaintiffs' Opposition to Defendants' Second Motion to Compel (ECF No. 191).  Plaintiffs' memorandum of law and supporting papers were filed on the docket yesterday.  This morning, Plaintiffs discovered that a sentence that should have been removed from the memorandum was inadvertently left in the final draft during the editing process.  The redacted and sealed versions of the Amended Memorandum were filed on the docket this afternoon.[1]  Plaintiffs respectfully request that the Court grant this Motion and order that the clerk remove ECF Nos. 206 and 208 from the public docket.

---

[1] Plaintiffs' proposed correction does not affect any of the redacted portions of the memorandum.

Dated:  July 9, 2019                                    Respectfully submitted,

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry M. Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*