UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Remove ECF Nos. 206 (redacted version) and 208 (sealed version) from the public docket, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the Clerk of Court is ordered to remove the documents filed at ECF Nos. 206 and 208 from the public docket.

SO ORDERED this ___ day of July, 2019.

_____
The Honorable John F. Anderson
United States Magistrate Judge