# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

     Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

     Defendants.

Case No. 1:18-cv-00950-LO-JFA

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Remove ECF Nos. 206 (redacted version) and 208 (sealed version) from the public docket, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the Clerk of Court is ordered to remove the documents filed at ECF Nos. 206 and 208 from the public docket.

SO ORDERED this 9th day of July, 2019.

/s/ JFA

John F. Anderson
United States Magistrate Judge

The Honorable John F. Anderson
United States Magistrate Judge