UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

In light of the sworn representations by each of the Sony/ATV and EMI, Sony Music Entertainment, Warner Music Group, and Universal Music Group Plaintiff Groups that there exist ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████ ████,[1] and separate sworn representations by each of the Warner-Chappell and Universal Music Publishing Group Plaintiff Groups that it would be unduly burdensome to ████████████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████, Defendants, through counsel, hereby withdraw their Second Motion to Compel (ECF No. 191) and accompanying papers (ECF Nos. 192-194), filed with this Court on June 28, 2019.

Dated: July 11, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW

---

[1] The claim periods in this action are February 1, 2013 to November 26, 2014 for all Plaintiff Groups but for Sony/ATV and EMI, which is August 1, 2013 to November 26, 2014.

Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email:  dhleiden@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*