IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
)
        Plaintiffs, )
) Civil Action No. 1:18cv0950 (LO/JFA)
v. )
)
COX COMMUNICATIONS, INC., *et al.*, )
)
        Defendants. )
_____)

## ORDER

The defendants have filed a notice of withdrawal of the second motion to compel (Docket no. 217). Given that the court will not need to consider any of the pleadings filed in support of that motion or in opposition to that motion, the motions to seal relating to the second motion to compel (Docket nos. 195, 209) are hereby granted and the unredacted version of the notice of withdrawal (Docket no. 218) will remain under seal.

The hearing scheduled for Friday, July 12, 2019 on defendants' second motion to compel is hereby cancelled.

Entered this 11th day of July, 2019.

                                                      /s/
                                       John F. Anderson
                                       United States Magistrate Judge

Alexandria, Virginia
                                       John F. Anderson
                                       United States Magistrate Judge