UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## ORDER MODIFYING THE PRETRIAL SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Rule 16 of the Local Civil Rules, and for good cause shown, the Court modifies and extends the pretrial dates previously set (ECF Nos. 52, 53, 60, 138) as follows:

### A.    Pretrial Filings

| *EVENT* | *Date* |
| --- | --- |
| File Rule 26(a)(3)(A)(i) witness disclosures | July 16, 2019 |
| File objections to the other side's Rule 26(a)(3)(A)(i) witness disclosures | July 23, 2019 |
| File Rule 26(a)(3)(A)(iii) exhibit list disclosures | August 13, 2019 |
| Serve (but do not file) proposed written stipulations of uncontested facts | August 15, 2019 |
| File written stipulations of uncontested facts | August 22, 2019 |
| File objections to the other side's Rule 26(a)(3)(A)(iii) exhibit list disclosures | August 29, 2019 |
| File deposition designations under Rules 26(a)(3)(A)(ii), 32(a)(3) & (4), and Local Civil Rule 30(F) | September 18, 2019 |

1

| | |
|---|---|
| File objections to the other side's deposition designations and counter-designations | October 7, 2019 |
| File objections to the other side's counter-designations and any fairness designations | October 22, 2019 |

B. **Summary Judgment and *Daubert* Motions**

| EVENT | Date |
|---|---|
| File Summary Judgment Motions and Briefs, and *Daubert* Motions and Briefs | August 30, 2019 |
| File Summary Judgment Oppositions and *Daubert* Oppositions | September 24, 2019 |
| File Summary Judgment Replies and *Daubert* Replies | October 11, 2015 |
| Summary Judgment and *Daubert* Hearing | October 18, 2019 |

C. **Motions *In Limine***

| EVENT | Date |
|---|---|
| File Motions *in limine* and Briefs | October 21, 2019 |
| File Motions *in limine* Oppositions | November 4, 2019 |
| File Motions *in limine* Replies | November 11, 2019 |
| Motions *in limine* Hearing | November 15, 2019 |

Except as modified and extended herein, all prior orders regarding pretrial matters remain in full force and effect.

ENTERED this 22nd day of July, 2019.

Alexandria, Virginia

Liam O'Grady
United States District Judge