IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COX COMMUNICATIONS, INC., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:18cv0950 (LO/JFA) |

## ORDER

This matter is before the court on plaintiffs' motion for temporary sealing filed on June 27, 2019. (Docket no. 187). Plaintiffs filed this motion pursuant to Local Civil Rule 5(C) indicating that the motion was being filed because the defendants had designated certain material as confidential. (*Id.*). Under Local Civil Rule 5(C), defendants were required to file a memorandum in support of the motion to seal setting forth the reasons why the material should remain under seal. No supporting memorandum has been filed and the time for doing so has expired.

This motion to seal involves the deposition testimony of Mr. Carothers concerning the CATS system. Having reviewed the two pages of Carothers' testimony attached as Exhibit 3 to plaintiffs' reply, the sentence redacted on page 10 of the reply, and the redaction in paragraph 8 of the Gould declaration the court finds that none of that information satisfies the requirements for filing under seal. Accordingly, it is hereby

ORDERED that this motion to seal is denied and plaintiffs shall file an unredacted version of the reply, the declaration of Jeffrey Gould, and Exhibit 3 in the public record.

Entered this 23rd day of July, 2019.

                                                                                                                            /s/

                                                          John F. Anderson
                                                          United States Magistrate Judge

Alexandria, Virginia                                    John F. Anderson
                                                          United States Magistrate Judge