UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

[~~PROPOSED~~] ORDER (Docket No. 179)

UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5, for an order to file fourteen (14) sealed exhibits to Plaintiffs' Memorandum in Support of their Motion to Compel (ECF No. 177), which constitute or discuss confidential business information, and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal until further order of the Court.

ENTERED this 23RD day of July 2019.        /s/ JFA
John F. Anderson
United States Magistrate Judge

United States Magistrate Judge