# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF SUBMISSION

Plaintiffs submit the attached unredacted Reply in support of Plaintiffs' Motion to Compel, Gould Declaration, and Exhibit 3 (originally filed at ECF No. 185), in accordance with the Court's July 23, 2019 Order Denying Motion to Seal (ECF No. 224).

Dated: July 23, 2019

Respectfully submitted,

*/s/ Scott A. Zebrak*
Matthew J. Oppenheim
Scott A. Zebrak (38729)
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel: 202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on July 23, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

*/s/ Scott A. Zebrak*
Scott A. Zebrak (38729)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com

*Attorney for Plaintiffs*