UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3)(A)(i)
WITNESS DISCLOSURES**

Pursuant to the Order modifying the pretrial schedule (ECF No. 223), Cox Communications, Inc. and CoxCom, LLC ("Cox") hereby files its objections to Plaintiffs' Rule 26(a)(3)(A)(i) witness disclosures.

Cox objects to Plaintiffs' identification of the following witnesses and intends to move on or before August 30, 2019 to exclude these witnesses' testimony pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and any other applicable authority ("Cox's *Daubert* motions").

Should the Court decide to exclude less than the entirety of any of these witnesses' testimony pursuant to Cox's *Daubert* motions, Cox reserves the right to move on or before October 21, 2019 *in limine* to preclude, in whole or in part, these witnesses from testifying at trial.

These objections in no way limit Cox's ability to challenge the admissibility of these or any other witness's testimony at or before trial.

1. Barbara Frederiksen-Cross
2. Dr. William Lehr
3. Dr. George McCabe

4. Dr. Terrence McGarty

Dated: July 23, 2019

Respectfully submitted,

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com
*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email:  dhleiden@winston.com

-3-

## CERTIFICATE OF SERVICE

I certify that on July 23, 2019, a copy of the foregoing DEFENDANTS' OBJECTIONS TO PLAINTIFFS' RULE 26(a)(3)(A)(i) WITNESS DISCLOSURES was filed electronically with the Clerk of Court using the ECF system which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com
*Attorney for Cox Communications, Inc.*
*and CoxCom, LLC*