**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**REQUEST FOR ENTRY OF AN ORDER ALLOWING PLAINTIFFS TO FILE ELECTRONIC COPIES OF THEIR EXHIBITS TO THEIR MOTION FOR SUMMARY JUDGMENT ON A FLASH DRIVE OR HARD-DRIVE RATHER THAN ECF**

Plaintiffs respectfully move this Court for an order to permit them to file the exhibits to their summary judgment motion on a flash drive or hard-drive, rather than through the Court's Electronic Court Filing system ("ECF").  In support, Plaintiffs state as follows:

1) Plaintiffs have asserted claims against Defendants for vicarious and contributory infringement, involving over 10,000 copyrighted works.

2) Plaintiffs intend to file a motion for summary judgment on or before August 30, 2019,

3) As exhibits to their summary judgment motion, Plaintiffs intend to include thousands of copyright registrations, as well as hundreds of other supporting documents.

4) Because of the number of exhibits, and because certain exhibits exceed the file size that can be uploaded via ECF, it is more practical to file the exhibits with the Court on a flash drive or hard-drive, rather than through the ECF system.

5) Defendants consent to Plaintiffs' request made herein.

For the reasons stated above, Plaintiffs ask this Court for entry of the attached order.

Dated August 14, 2019                                          Respectfully Submitted,

                                                                            /s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed a true and correct copy of the foregoing using the Court's CM/ECF system, which then sent a notification of such filing (NEF) to all counsel of record.

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com