UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to File Electronic Copies of their Exhibits to their Motion for Summary Judgment on Portable Storage Media, filed August 14, 2019, it is hereby ORDERED that the motion is GRANTED. Plaintiffs are permitted to file the exhibits to their summary judgment motion on a flash drive or hard-drive, rather than through the Court's Electronic Court Filing system ("ECF").

It is so ORDERED this _____ day of August 2019.

_____
United States Magistrate Judge