**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**ORDER GRANTING DEFENDANTS'**
**MOTION TO PRECLUDE PLAINTIFFS' USE OF CERTAIN EVIDENCE**

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Motion to Preclude Plaintiffs' Use of Certain Evidence ("Motion"). After considering this Motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that Plaintiffs and Plaintiffs' experts cannot rely on the spreadsheets bearing the Bates Nos. MM000236, Plaintiffs_00286431, and any derivative documents, for any purpose.

ENTERED this _____ of _____, 2019.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge

1