UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 243), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Memorandum of Law in Support of their Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence (ECF No. 239) ("Memorandum"), certain exhibits to the supporting Declaration of Diana Hughes Leiden ("Leiden Declaration") (noted below), and those portions of the Declaration citing these exhibits. (ECF Nos. 239-1 through 239-20), it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

- Exhibits B, E, F, G, W, X, Y, and Z to the Leiden Declaration, designated by Plaintiffs as Highly Confidential – Attorneys' Eyes Only.

- Exhibits I, J, K, M, and S to the Leiden Declaration, designated by third party MarkMonitor as Highly Confidential – Attorneys' Eyes Only.

- Exhibits O, P, and Q to the Leiden Declaration, designated by third party Audible Magic as Highly Confidential – Attorneys' Eyes Only.

- Exhibits T and U to the Leiden Declaration, designated by the RIAA as Highly Confidential – Attorneys' Eyes Only.

- Exhibit V to the Leiden Declaration, designated by Cox as Highly Confidential – Attorneys' Eyes Only.

        ENTERED this _____ day of August, 2019.

Alexandria, Virginia

                                                       _____
                                                       The Honorable John F. Anderson
                                                       United States Magistrate Judge
                                                       Eastern District of Virginia