# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### NOTICE OF FILING OF SEALING MOTION
### PURSUANT TO LOCAL CIVIL RULE 5(C)

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5(C), Defendants ("Cox") have filed a Motion to Seal a portion of Cox's Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence and the supporting Declaration of Diana Hughes Leiden. (ECF No. 243).

***NOTICE OF RIGHT TO RESPOND:*** Pursuant to Local Civil Rule 5(C), "the party designating the material as confidential must file a response to the motion" within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

Dated: August 14, 2019

    Respectfully submitted,

    */s/ Thomas M. Buchanan*
    Thomas M. Buchanan (VSB No. 21530)
    WINSTON & STRAWN LLP
    1700 K Street, NW
    Washington, DC 20006-3817
    Tel: (202) 282-5787
    Fax: (202) 282-5100
    Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email:  dhleiden@winston.com

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*