UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## [PROPOSED] ORDER

For the reasons stated in Plaintiffs' Motion To Reset Hearing Date And Set A Briefing Schedule On Defendants' Motion For Discovery Sanctions (ECF No. 241), it is hereby ORDERED that the motion is GRANTED and the following schedule shall apply on Defendants' Motion (ECF No. 241):

- Plaintiffs' opposition – Friday, Sept. 13
- Cox reply – Friday, Sept. 20
- Hearing – Friday, Sept. 27 at 10 a.m. EST

It is so ORDERED this _____ day of August 2019.

_____
United State Magistrate Judge