UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE ON THE PARTIES' MOTIONS <u>*IN LIMINE*</u>**

PURSUANT to Local Civil Rule 7(F)(1), Plaintiffs Sony Music Entertainment, et al. (collectively, "Plaintiffs") and Cox Communications, Inc. and CoxCom, LLC (collectively, "Defendants") move for entry of an order modifying the briefing schedule for the parties' Motions *in limine* set forth in the Court's Pretrial Scheduling Order, (ECF No. 223). The parties are only requesting a modification of the Motion *in limine* briefing schedule and are not seeking to modify any other portion of the Court's scheduling order.

The parties are requesting this modification because the previous hearing date for the Motions *in limine* conflicts with a personal commitment of counsel for the Defendants, which he neglected to consider when the date for argument was negotiated. Said counsel apologizes for the oversight.

The Court has agreed to reset the hearing on Motions *in limine* for 9:00 a.m. on November 12 for two hours. Accordingly, the parties have met and conferred, and jointly propose the following schedule for Motions *in limine*:

| Event | Original Date[1] | Requested Date |
|---|---|---|
| Motions *in limine* | October 21, 2019 | October 19, 2019 |
| Motions *in limine* oppositions | November 4, 2019 | October 30, 2019 |
| Motions *in limine* replies | November 11, 2019 | November 6, 2019 |
| Motions *in limine* hearing | November 15, 2019 | November 12, 2019 |

Dated: August 16, 2019

Respectfully submitted,

*/s/ Scott A. Zebrak*
Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (VSB No. 38729)
Jeffrey M. Gould (*pro hac vice*)
Kerry Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: 202-480-2999

*Attorneys for Plaintiffs*

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

---

[1] From the Court's Pretrial Schedule Order. ECF No. 223.

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com