UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

    *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., et al.,

    *Defendants.*

Case No. 1:18-cv-00950-LO-JFA

## ORDER GRANTING CONSENT MOTION TO MODIFY THE BRIEFING SCHEDULE ON THE PARTIES' MOTIONS IN LIMINE

Before this Court is the Parties' Consent Motion to Modify the Motion *in limine* briefing schedule. After considering this Motion, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that the schedule for Motions *in limine* shall be modified as follows:

| Event | Original Date[1] | Requested Date |
|---|---|---|
| Motions *in limine* | October 21, 2019 | October 19, 2019 |
| Motions *in limine* oppositions | November 4, 2019 | October 30, 2019 |
| Motions *in limine* replies | November 11, 2019 | November 6, 2019 |
| Motions *in limine* hearing | November 15, 2019 | November 12, 2019 |

ENTERED this __16__ of __August__, 2019.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge

---

[1] From the Court's Pretrial Schedule Order. ECF No. 223.