IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
)
        Plaintiffs, )
)
v. ) Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*, )
)
        Defendants. )
)

## ORDER

This matter is before the court on plaintiffs' motion to reset hearing and set a briefing schedule on defendants' motion for discovery sanctions. (Docket no. 248). Having reviewed the memorandum in support of the motion, the defendants' opposition (Docket no. 249), and having briefly reviewed the defendants' motion for discovery sanctions, the court finds that the issues raised are significant enough to warrant additional time for briefing and consideration by the court. Accordingly, it is hereby

ORDERED that plaintiffs' motion is granted and plaintiffs' opposition to the motion shall be filed by 5:00 p.m. on Friday, September 13, 2019, defendants' reply shall be filed by 5:00 p.m. on Friday, September 20, 2019, and the hearing will be held on Friday, September 27, 2019 at 10 a.m.

Entered this 16th day of August, 2019.

                                                /s/
                                        John F. Anderson
                                        United States Magistrate Judge

                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia