**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, )<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**NONPARTY MARKMONITOR, INC.'S MOTION TO EXTEND TIME TO FILE ITS**
**RESPONSE TO DEFENDANTS' MOTION TO SEAL**

Nonparty MarkMonitor, Inc. ("MarkMonitor"), through counsel, and pursuant to L. R. Civ.

7(I), moves the Court to extend the time for it to file its response to Defendants' Motion to Seal

(Dkt. 243), and in support states as follows:

1.      On August 14, 2019, Defendants filed their Motion for Discovery Sanctions and to

Preclude Plaintiffs' Use of MarkMonitor Evidence.  Dkt. 237.  The Motion appended five exhibits

which were previously designated by MarkMonitor as Highly Confidential – Attorneys' Eyes

Only.  *See* Dkt. 239-6, 239-7, 239-8, 239-9, 239-13.

2.      On August 14, 2019, Defendants filed a Motion to Seal several exhibits including

those designated by MarkMonitor as Highly Confidential -  Attorneys' Eyes Only.  Dkt. 243.

3.      MarkMonitor did not learn that it must file a response to Defendants' Motion to

Seal until August 21, 2019; shortly before the filing of this motion.

4.      So that MarkMonitor may have time to file a response to Defendants' Motion to

Seal, MarkMonitor moves the Court to extend the deadline by two days, allowing MarkMonitor

to file its response on or before Friday, August 23, 2019.

5.      This motion is not being filed to cause delay.

6.      MarkMonitor does not believe any party will be prejudiced by the extension because L. R. Civ. 5(C) provides that the Court may require further argument why certain material should remain under seal after the seven-day time period for filing a response, indicating that the Court may consider the matter beyond seven days after the motion to seal is filed.

For the foregoing reasons, Nonparty MarkMonitor, Inc. respectfully requests that this Court grant its motion and extend the deadline for it to file its response to Defendants' Motion to Seal.

Dated: August 21, 2019                         Respectfully submitted,


                                                _/s/ Julia K. Whitelock_____
                                                Julia K. Whitelock, Esq. (VSB #79328)
                                                Gordon Rees Scully Mansukhani, LLP
                                                1101 King Street, Suite 520
                                                Alexandria, VA 22314
                                                202.399.1009
                                                202.800.2999 (Facsimile)
                                                jwhitelock@grsm.com

                                                *Counsel for Nonparty MarkMonitor, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Julia K. Whitelock*
Julia K. Whitelock, Esq. (VSB #79328)
Gordon Rees Scully Mansukhani, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
202.399.1009
202.800.2999 (Facsimile)
jwhitelock@grsm.com

*Counsel for Nonparty MarkMonitor, Inc.*