# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COX COMMUNICATIONS, INC., *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:18-cv-00950-LO-JFA |

# **ORDER**

Upon consideration of Nonparty MarkMonitor, Inc.'s Motion to Extend Time to File Its Response to Defendants' Motion to Seal, it is hereby,

ORDERED that the motion is GRANTED; and it is further

ORDERED that Nonparty MarkMonitor, Inc. shall file its Response to Defendants' Motion to Seal on or before Friday, August 21, 2019.


ENTERED this __ day of August, 2019.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge

1180517/47016982v.1