**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**COX'S RESPONSE IN SUPPORT OF NONPARTY MARKMONITOR, INC.'S
MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO
DEFENDANTS' MOTION TO SEAL**

Cox files this response in support of MarkMonitor, Inc.'s Motion to Extend Time to File its Response to Defendants' Motion to Seal (ECF No. 254). Cox prepared, but inadvertently did not send, email messages notifying counsel for non-parties MarkMonitor, Inc., and Audible Magic, that certain exhibits that they had designated under the Stipulated Protective Order were filed in support of Cox's Motion for Discovery Sanctions (ECF No. 241) and were the subject of a Motion to Seal (ECF No. 243). Cox understands that MarkMonitor is now aware of the Motion to Seal, and has also now informed Audible Magic's counsel of the Motion to Seal. Cox therefore joins MarkMonitor's request to extend the deadline to file a response to Cox's Motion to Seal, and further requests that the deadline also be extended for Audible Magic to file such a response. Cox further requests that the deadline be extended until August 28, 2019 such that MarkMonitor and Audible Magic have seven days to file their responses as contemplated by Local Rule 5(C).

Dated: August 21, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan /*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on August 21, 2019, a copy of the foregoing COX'S RESPONSE IN SUPPORT OF NONPARTY MARKMONITOR, INC.'S MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO DEFENDANTS' MOTION TO SEAL was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*