UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

_____ )
                                )
SONY MUSIC ENTERTAINMENT, *et al.*, )
                                )
            Plaintiffs,         )
                                )
        v.                      )       Case No. 1:18-cv-00950-LO-JFA
                                )
COX COMMUNICATIONS, INC., *et al.*  )
                                )
            Defendants.         )
_____ )

## ORDER

Upon consideration of Nonparty MarkMonitor, Inc.'s Motion to Extend Time to File Its

Response to Defendants' Motion to Seal, it is hereby,

ORDERED that the motion is GRANTED; and it is further

ORDERED that Nonparty MarkMonitor, Inc. shall file its Response to Defendants' Motion

to Seal on or before Friday, August 23, 2019.


ENTERED this 22nd day of August, 2019.

Alexandria, Virginia

                                    _____/s/_____
                                    John F. Anderson
                                    United States Magistrate Judge
                                    _____
                                    The Honorable John F. Anderson
                                    United States Magistrate Judge