UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

    *Defendants.*

Case No. 1:18-cv-00950-LO-JFA

**COX'S REQUEST TO EXTEND NONPARTY AUDIBLE MAGIC'S TIME TO
FILE ITS RESPONSE TO COX'S MOTION TO SEAL**

1. On August 21, 2019, nonparty MarkMonitor, Inc. filed a Motion to Extend Time to File its Response to Defendants' Motion to Seal to August 23, 2019 (ECF No. 254). On the same day, Cox filed a response in support of MarkMonitor's request. (ECF No. 256).

2. On August 22, 2019, the Court granted MarkMonitor's request. (ECF No. 257).

3. On August 14, 2019, Cox prepared, but inadvertently did not send, an email message notifying counsel for nonparty Audible Magic that certain exhibits that Audible Magic had designated under the Stipulated Protective Order were filed in support of Cox's Motion for Discovery Sanctions (ECF No. 241) and were the subject of a Motion to Seal (ECF No. 243).

4. Cox informed Audible Magic's counsel of the Motion to Seal on August 21, 2019. On August 22, 2019, Audible Magic's counsel confirmed that Audible Magic plans to file a response in support of the Motion to Seal.

5. Cox therefore requests that the Court extend Audible Magic's deadline to file a response to Cox's Motion to Seal until August 28, 2019 so that Audible Magic has seven days to file its response as contemplated by Local Rule 5(C).

Dated: August 22, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan /*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on August 22, 2019, a copy of the foregoing COX'S REQUEST TO EXTEND NONPARTY AUDIBLE MAGIC'S TIME TO FILE ITS RESPONSE TO COX'S MOTION TO SEAL was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*
