UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

    *Defendants.*

Case No. 1:18-cv-00950-LO-JFA

## ORDER GRANTING COX'S REQUEST TO EXTEND NONPARTY AUDIBLE MAGIC'S TIME TO FILE ITS RESPONSE TO COX'S MOTION TO SEAL

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Request to Extend Nonparty Audible Magic's Time to File its Response to Cox's Motion to Seal. After considering this Request, the Court is of the opinion that the Request should be, and it hereby is, GRANTED. The Court hereby orders that nonparty Audible Magic shall have until August 28, 2019 to file a response to Cox's Motion to Seal.

ENTERED this 23RD of August, 2019.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge
The Honorable John F. Anderson
United States Magistrate Judge