# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

       Plaintiffs,

       v.

COX COMMUNICATIONS, INC., *et al.*

       Defendants.

Case No. 1:18-cv-00950-LO-JFA

## <u>ORDER</u>

Upon consideration of Defendants' Motion to Seal (ECF No. 243), pursuant to Fed. R. Civ. P. 26 and L. R. Civ. 5, and Nonparty MarkMonitor, Inc.'s Response, it is hereby,

ORDERED that the motion is GRANTED, and the following materials shall remain under seal: Exhibits B, E, F, G, I, J, K, M, O, P, Q, S, T, U, W, X, Y, and Z to the Leiden Declaration (ECF Nos. 239-2, 239-3, 239-4, 239-5, 239-6, 239-7, 239-8, 239-9, 239-10, 239-11, 239-12, 239-13, 239-14, 239-15, 239-17, 239-18, 239-19, 239-20), which have been designated Highly Confidential – Attorneys' Eyes Only, and portions of the Leiden Declaration that cite to Exhibits B, E, F, G, I, J, K, M, O, P, Q, S, T, U, W, X, Y, and Z.

ENTERED this __ day of August, 2019.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge

1180517/47037171v.1