UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA<br><br>(Hearing and Oral Argument Waived) |

**[PROPOSED] ORDER**

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Emergency Motion to Exceed Page Limit for its Memorandum in Support of Motion for Summary Judgment ("Motion"). After considering the Motion and the related filings, and good cause appearing, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED.  The Court hereby orders that Cox is permitted to file a brief in support of its motion for summary judgment not to exceed forty (40) pages.

IT IS SO ORDERED.

ENTERED this _____ of _____, 2019.


Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge