UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**PLAINTIFFS' RESPONSE AND CROSS-MOTION TO COX'S EMERGENCY MOTION TO EXCEED PAGE LIMIT FOR ITS MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**Hearing Waived**

Pursuant to Local Rule 7(F)(3), Plaintiffs respectfully request that this Court allow them, for good cause shown, to exceed the thirty (30) page limit set forth in the Local Rules for Plaintiffs' Memorandum in Support of Motion for Summary Judgment. Plaintiffs request a limited extension to file a Memorandum in Support of Motion for Summary Judgment of up to forty (40) pages, Plaintiffs' bases for seeking such relief are set forth in the accompanying Memorandum, and a Proposed Order is also attached hereto.

Dated August 26, 2019                           Respectfully submitted,

/s/ Scott. A Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*
