**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Cross-Motion for a Limited Extension of Page Limit for Plaintiffs' Memorandum in Support of Summary Judgment (the "Motion"), it is hereby ORDERED that the Motion is GRANTED.  Accordingly, Plaintiffs are permitted to file a brief in support of their motion for summary judgment not to exceed 40 pages.

It is so ORDERED this ____ day of _____, _____.

_____
United States Magistrate Judge