UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA <br><br> (Hearing and Oral Argument Waived) |

### [PROPOSED] ORDER

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Emergency Motion to Exceed Page Limit for its Memorandum in Support (Docket No. 263) of Motion for Summary Judgment ("Motion"). After considering the Motion and the related filings, and good cause appearing, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that Cox is permitted to file a brief in support of its motion for summary judgment not to exceed forty (40) pages.

IT IS SO ORDERED.

ENTERED this 26th of August, 2019.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge