UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., et al.,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

[~~PROPOSED~~] ORDER

Having considered Plaintiffs' Cross-Motion for a Limited Extension of Page Limit for (Docket no. 265) Plaintiffs' Memorandum in Support of Summary Judgment (the "Motion"), it is hereby ORDERED that the Motion is GRANTED. Accordingly, Plaintiffs are permitted to file a brief in support of their motion for summary judgment not to exceed 40 pages.

It is so ORDERED this 26th day of August, 2019.

/s/ JFA
John F. Anderson
United States Magistrate Judge