## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:18-cv-00950-LO-JFA |
| COX COMMUNICATIONS, INC., *et al.*, | (Hearing and Oral Argument Waived) |
| *Defendants.* | |

## REQUEST FOR AN ENTRY OF AN ORDER ALLOWING DEFENDANTS TO FILE ELECTRONIC COPIES OF THE EXHIBITS TO THEIR MOTION FOR SUMMARY JUDGMENT ON A HARD DRIVE RATHER THAN BY ECF

### Hearing Waived

Defendants Cox Communications, Inc. and CoxCom, LLC ("Cox"), respectfully move this Court for an order to permit them to file the exhibits to their summary judgment motion on a hard drive, rather than by ECF. In support, Cox states as follows:

1.	Plaintiffs have asserted claims for vicarious and contributory infringement involving over 10,000 works.

2.	Cox intends to file a motion for summary judgment on or before August 30, 2019.

3.	As exhibits to their summary judgment motion, Cox intends to include hundreds of copyright registrations, as well as many other supporting documents.

4.	Because of the number of exhibits, and because certain exhibits exceed the file size that can be uploaded by ECF, it is more practical to file the exhibits with the Court on a hard drive, rather than through the ECF system.

5.	Plaintiffs consent to Cox's request made herein.

For the reasons stated above, Cox asks this Court for entry of the attached order.

Dated: August 27, 2019

Respectfully submitted,

*s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox
Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice* pending)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on August 27, 2019, a copy of the foregoing REQUEST FOR AN ENTRY OF AN ORDER ALLOWING DEFENDANTS TO FILE ELECTRONIC COPIES OF THE EXHIBITS TO THEIR MOTION FOR SUMMARY JUDGMENT ON A HARD DRIVE RATHER THAN BY ECF was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc.*
*and CoxCom, LLC*

3