# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>COX COMMUNICATIONS, INC., *et al.*, <br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## **[PROPOSED] ORDER**

Having considered Defendants' Request for an Entry of an Order Allowing Defendants to File Electronic Copies of the Exhibits to their Motion for Summary Judgment on a Hard Drive Rather Than by ECF, it is hereby ORDERED that the motion is GRANTED. Defendants are permitted to file the exhibits to their summary judgment motion on a hard drive, rather than through the Court's Electronic Court Filing system ("ECF").

It is so ORDERED this _____ day of August 2019.

_____
John F. Anderson, U.S.M.J.