UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## [PROPOSED] ORDER

Having considered Defendants' Request for an Entry of an Order Allowing Defendants to File Electronic Copies of the Exhibits to their Motion for Summary Judgment on a Hard Drive (Docket No. 270) Rather Than by ECF, it is hereby ORDERED that the motion is GRANTED. Defendants are permitted to file the exhibits to their summary judgment motion on a hard drive, rather than through the Court's Electronic Court Filing system ("ECF").

It is so ORDERED this 28th day of August 2019.

_____/s/_____
John F. Anderson
United States Magistrate Judge
John F. Anderson, U.S.M.J.