UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**CONSENT MOTION TO CORRECT NAMES OF THREE PARTY PLAINTIFFS**

**Hearing Waived**

　　Plaintiffs move, with Defendants' consent, for entry of an order changing the names of three plaintiffs on the docket and in the case caption, and state as follows:

1. After filing this action, three of the plaintiffs changed their corporate names.

    a. Plaintiff Warner Bros. Records Inc. is now "Warner Records Inc."

    b. Plaintiff Warner/Chappell Music, Inc. is now "Warner Chappell Music, Inc."

    c. Plaintiff W.B.M. Music Corp. is now "W.C.M. Music Corp."

2. Plaintiffs' motion merely addresses an administrative matter and does not seek substantive relief. A motion to amend the caption is not, and does not require, a motion for leave to amend the complaint. *Woodard v. Tate & Kirlin Asso*c., 2008 WL 11470999, *3 fn. 1 (N.D. Ga. April 22, 2008); *Armstead v. Best Buy Stores, L.P.*, 2006 WL 1455651, *2 fn. 1 (E.D. Wash. May 22, 2006).

3. Accordingly, Plaintiffs respectfully request entry of an order directing the clerk to change the docket and case caption to reflect these new corporate names as follows:

    a. Warner Records Inc. (f/k/a Warner Bros. Records Inc.)

      b.   Warner Chappell Music, Inc. (f/k/a Warner/Chappell Music, Inc.)

      c.   W.C.M. Music Corp. (f/k/a W.B.M. Music Corp.)

4. Defendants Cox Communications, Inc. and CoxCom, LLC consent to the relief requested in this motion.

Respectfully submitted,

Dated August 28, 2019

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*