## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

     Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

     Defendants.

Case No. 1:18-cv-00950-LO-JFA

## [PROPOSED] ORDER

THIS COURT, having reviewed and considered Plaintiffs' Consent Motion To Correct Names Of Three Party Plaintiffs finds good cause to GRANT the Motion and HEREBY ORDERS as follows:

The caption in the above-captioned matter shall, hereafter, be amended as follows:

- Warner Bros. Records Inc. shall be replaced with "Warner Records Inc. (f/k/a Warner Bros. Records Inc.)"

- Warner/Chappell Music, Inc. shall be replaced with "Warner Chappell Music, Inc. (f/k/a Warner/Chappell Music, Inc.)"

- W.B.M. Music Corp. shall be replaced with "W.C.M. Music Corp. (f/k/a W.B.M. Music Corp.)"

All pleadings filed by the Parties hereafter shall reflect this change.

It is so ORDERED this _____ day of August 2019.

_____

United State Magistrate Judge