AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Sony Music Entertainment, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:18-cv-00950-LO-JFA |
| Cox Communications, Inc. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Audible Magic Corporation   .

Date:   08/28/2019

/s/ Michael H. Jacobs
*Attorney's signature*

Michael H. Jacobs (VA Bar No. 41006)
*Printed name and bar number*

Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC  20004
*Address*

mjacobs@crowell.com
*E-mail address*

(202) 624-2568
*Telephone number*

(202) 628-5116
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

 /s/ Michael H. Jacobs
Michael H. Jacobs (Va. Bar No. 41006)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
(202) 628-5116 (fax)
mjacobs@crowell.com

*Attorney for Nonparty Audible Magic Corp.*