UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

[~~PROPOSED~~] ORDER

THIS COURT, having reviewed and considered Plaintiffs' Consent Motion To Correct (Docket no. 272) Names Of Three Party Plaintiffs finds good cause to GRANT the Motion and HEREBY ORDERS as follows:

The caption in the above-captioned matter shall, hereafter, be amended as follows:

- Warner Bros. Records Inc. shall be replaced with "Warner Records Inc. (f/k/a Warner Bros. Records Inc.)"

- Warner/Chappell Music, Inc. shall be replaced with "Warner Chappell Music, Inc. (f/k/a Warner/Chappell Music, Inc.)"

- W.B.M. Music Corp. shall be replaced with "W.C.M. Music Corp. (f/k/a W.B.M. Music Corp.)"

All pleadings filed by the Parties hereafter shall reflect this change.

It is so ORDERED this 29th day of August 2019.

                          /s/
                        John F. Anderson
                        United States Magistrate Judge
                        United State Magistrate Judge