# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

    *Defendants*.

Case No. 1:18-cv-00950-LO-JFA

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox") hereby submits, pursuant to the Court's Order Modifying the Pretrial Schedule (ECF No. 223), its objections to the trial exhibits of Plaintiffs.

## GENERAL OBJECTIONS

1. Certain of Plaintiffs' Exhibits are and/or will be the subject of Cox's motion for summary judgment, motions *in limine*, *Daubert* motions, and/or any other pre-trial or trial motions, which may be dispositive of the objections below. Cox reserves the right to file such motions.

2. Cox objects to all documents and things identified as Exhibits by Plaintiffs and intended to be used as Exhibits that include documents or information not previously produced to Cox.

3. Cox objects to all documents and things identified as Exhibits by Plaintiffs and intended to be used as Exhibits that are inconsistent with the terms of the scheduling order, the rules of the Court, the protective order in this case, or any agreement of the parties.

4. Cox reserves the right to supplement or modify its objections to any Exhibits based on pretrial rulings, rulings during the course of trial, or depending upon how Plaintiffs use the Exhibit at trial.

5. Cox reserves the right to object to any exhibit not identified on this Exhibit List or not provided to Cox prior to the filing of these objections.

6. Cox reserves the right to seek a limiting instruction for the use of any of Plaintiffs' Exhibits at trial.

Cox's Specific Objections to Plaintiffs' Exhibits are attached hereto as **Exhibit A**.

The following chart sets forth Cox's abbreviations for its Specific Objections:

| Abbreviation | Objection |
| --- | --- |
| A | Authentication |
| AC | Attorney-client privilege / work product |
| C | Composite / not a single document |
| CD | Corrupt document; document altered by counsel; integrity of document lost |
| CM | Cumulative; duplicative of other exhibit(s) on exhibit list |
| DNP | Not produced during discovery |
| DH | Double hearsay |
| E | Improper expert opinion |
| F | Foundation |
| H | Hearsay |
| ID | Exhibit list contains insufficient identification for the use of this exhibit at trial |
| IE | Improper exhibit |
| INC | Incomplete document |
| IO | Incompetent, incomplete, irrelevant, or improper legal opinion |
| IQ | Illegible / poor quality |
| O | Improper opinion |
| OR | Objection reserved |
| P | Prejudicial |
| PSO | See prior stated objections in the exhibit |
| R | Relevance |
| U | Untimely produced |

| | |
|---|---|
| Dated: August 29, 2019 | Respectfully submitted,<br><br>*/s/ Thomas M. Buchanan /*<br>Thomas M. Buchanan (VSB No. 21530)<br>WINSTON & STRAWN LLP<br>1700 K Street, NW<br>Washington, DC 20006-3817<br>Tel: (202) 282-5787<br>Fax: (202) 282-5100<br>Email: tbuchana@winston.com<br><br>*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC* |

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice* pending)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on August 29, 2019, a copy of the foregoing DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*