UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Request for Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence seeking to have the court take judicial notice of copyright registration information set forth in the United States Copyright Office's Public Copyright Database, it is hereby

ORDERED that the request is GRANTED, and the Court takes judicial notice of the aforementioned Copyright Database information.

ENTERED this ___ day of August 2019.

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia