UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Kevin C. Almeroth (the "Motion"), it is hereby ORDERED that the Motion is GRANTED.

Accordingly, Dr. Kevin C. Almeroth is precluded from offering opinions on "reasonableness," including the Copyright Alert System, the actions of other ISPs, and the net neutrality law.

It is so ORDERED this _____ day of _____, 2019

_____
United States District Judge