UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**DECLARATION OF JEFFREY M. GOULD
IN SUPPORT OF PLAINTIFFS' MOTION TO PRECLUDE CERTAIN EXPERT
TESTIMONY BY DR. KEVIN C. ALMEROTH**

I, Jeffrey M. Gould, hereby declare:

1. I am Senior Counsel Oppenheim + Zebrak, LLP, and am admitted to practice law in the District of Columbia, among other jurisdictions. I am counsel for Plaintiffs in the above-captioned case. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion to Preclude Certain Expert Testimony By Dr. Kevin C. Almeroth filed contemporaneously herewith.

3. Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description |
|---|---|
| 1 | Excerpts from the Rebuttal Expert Report of Kevin C. Almeroth, Ph.D., May 15, 2019 |
| 2 | Order, *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, No. 1:14-cv-1611, ECF No. 691 (E.D. Va. Nov. 25, 2015) (granting, *inter alia*, Plaintiffs' Motion to Exclude Portions of the Expert Report and Limit the Trial Testimony of Cox's Expert William Rosenblatt). |

| 3 | Excerpts from Plaintiffs' Memorandum in Support of its Motion to Exclude Portions of the Expert Report and Limit the Trial Testimony of Cox's Expert William Rosenblatt, *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, No. 1:14-cv-1611, ECF No. 450 (E.D. Va. Oct. 23, 2015). |
|---|---|
| 4 | Excerpts from Cox's Opposition to Plaintiffs' Motion to Exclude Portions of the Expert Report and Limit the Trial Testimony of Cox's Expert William Rosenblatt, *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, No. 1:14-cv-1611, ECF No. 597 (E.D. Va. Nov. 10, 2015). |
| 5 | Excerpts from Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion to Exclude Portions of the Expert Report and Limit the Trial Testimony of Cox's Expert William Rosenblatt, *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, No. 1:14-cv-1611, ECF No. 646 (E.D. Va. Nov. 17, 2015). |
| 6 | Excerpts from the Deposition Transcript of Dr. Kevin C. Almeroth, May 31, 2019. |
| 7 | Memorandum of Understanding (Plaintiffs_00286200 – 00286250) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2019 in Washington, District of Columbia.

_____
Jeffrey M. Gould
Counsel for Plaintiffs