UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Preclude Certain Expert Testimony by Christian Tregillis (the "Motion"), it is hereby ORDERED that the Motion is GRANTED. Accordingly, Christian Tregillis is precluded from:

1. Testifying to his lost licensing fee analysis that Plaintiffs' total actual damages are $672,650;
2. Offering legal analysis and conclusions; and
3. Testifying to the efficacy of Cox's anti-piracy procedures.

It is so ORDERED this _____ day of _____, _____.

_____
United States District Judge