# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## **[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Preclude Certain Expert Testimony by W. Christopher Bakewell (the "Motion"), it is hereby ORDERED that the Motion is GRANTED. Accordingly, W. Christopher Bakewell is precluded from testifying to how the jury should determine statutory damages.

It is so ORDERED this _____ day of _____, _____.

_____
United States District Judge