UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY BY DR. LYNNE WEBER

Plaintiffs respectfully move the Court to preclude certain expert testimony by Dr. Lynn Weber.  For the reasons set forth in the accompanying Memorandum in Support, Plaintiffs respectfully request the Court to grant this Motion and issue an order precluding Dr. Lynn Weber from offering certain expert testimony at trial.

Dated:  August 30, 2019

Respectfully submitted,

*/s/ Scott A. Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*