UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Lynn Weber (the "Motion"), it is hereby ORDERED that the Motion is GRANTED. Accordingly, Dr. Lynn Weber is precluded from testifying to the "effectiveness" of Cox's response to receiving notices of copyright infringement.

It is so ORDERED this ____ day of _____, _____.

_____
United States District Judge