# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>　　　　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## [PROPOSED] ORDER

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Motion to Exclude the Testimony of Putative Expert George P. McCabe, Ph.D. After considering this Motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED.

ENTERED this _____ of _____, 2019.


Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Liam O'Grady
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge