UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. AND COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA<br><br>**DECLARATION OF THOMAS M. BUCHANAN IN SUPPORT OF COX'S MOTION TO EXCLUDE THE TESTIMONY OF PUTATIVE EXPERT DR. TERRENCE P. MCGARTY** |

I, Thomas M. Buchanan, hereby declare:

1. I am a partner at the law firm Winston & Strawn LLP, counsel to Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox") and represent Cox in the above-captioned matter. I submit this Declaration in support of Cox's Motion to Exclude the Testimony of Putative Expert Dr. Terrence P. McGarty. I have personal knowledge of all facts stated in this declaration and if called upon as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Dr. Terrence P. McGarty, dated April 10, 2019.

3. Attached as **Exhibit B** is a true and correct copy of the Expert Supplemental and Reply Report of Dr. Terrence P. McGarty, dated June 13, 2019.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of the transcript of the videotaped deposition of Terrence P. McGarty, Ph.D., dated July 2, 2019.

5. Attached as **Exhibit D** is a true and correct copy of the Rebuttal Expert Report of Lynne J. Weber, Ph.D., dated May 15, 2019.

1

6. Attached as **Exhibit E** is a true and correct copy of the Rebuttal Expert Report of Kevin C. Almeroth, Ph.D., dated May 15, 2019.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of the transcript of a hearing on motions in *BMG Rights Management (US) LLC, et al. v. Cox Communications, Inc., et al.*, 1:14-cv-01611-LO-FJA, dated November 20, 2015.

8. Attached as **Exhibit G** is a true and correct copy of Plaintiffs' Responses to Defendants' Second Set of Requests for Admission, dated July 1, 2019.

9. Attached as **Exhibit H** is a true and correct copy of the Report of George P. McCabe, Ph.D., dated April 10, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of August, 2019 in Washington D.C.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)