UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC. and COXCOM, LLC. <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**COX'S MOTION TO EXCLUDE THE TESTIMONY OF
<u>PUTATIVE EXPERT WILLIAM H. LEHR, Ph.D.</u>**

Pursuant to Federal Rules of Evidence 702, 402, and 403, Cox Communications, Inc. and CoxCom, LLC ("Cox") respectfully requests that the Court exclude all of the opinions and testimony of Plaintiffs' putative expert William H. Lehr, Ph.D., except for those related to his attempts to calculate Cox's profits from the provision of high-speed Internet during the years 2013 and 2014, which should be admitted only to the extent those calculations are separately deemed relevant to statutory damages.

Cox states the specific grounds for their Motion to Exclude in the Memorandum of Law submitted with this Motion, the Declaration of Thomas M. Buchanan, and all exhibits annexed thereto. A Proposed Order granting this motion is attached.

Dated: August 30, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787

1

Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice* pending)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jgolinveaux@winston.com
Email:  tkearney@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email:  dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on August 30, 2019, a copy of the foregoing Cox's Motion to Exclude the Testimony of Putative Expert William H. Lehr, Ph.D., was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc.
and CoxCom, LLC*
