# Exhibit L

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## PLAINTIFFS' WITNESS LIST

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs hereby submit their list of witnesses for trial in the above-captioned matter.

Plaintiffs reserve the right to call anyone appearing on Communications, Inc. and CoxCom, LLC's ("Cox") witness list and reserve the right to call additional witnesses in rebuttal to those witnesses called by Cox. Plaintiffs also reserve their right to offer additional testimony by deposition or trial transcript and to amend or supplement this list.

    **A.**    **Witnesses Plaintiffs Expect to Present at Trial**

1. Michael Abitbol
2. Audrey Ashby
3. Sam Bahun
4. Chris Bell
5. David Benjamin
6. Jeremy Blietz
7. Barbara Frederiksen-Cross
8. Matt Flott
9. Dong Jang

10. David Kokakis

11. Paul Kahn

12. Dennis Kooker

13. Wade Leak

14. Dr. William Lehr

15. Dr. George McCabe

16. Dr. Terrence McGarty

17. Alasdair McMullan

18. Steve Poltorak

19. Andy Swan

20. Brent Beck*

21. Matt Carothers*

22. Sanford Mencher*

23. Sidd Negretti*

24. Joseph Sikes*

25. Jason Zabek*

B. **Witnesses Plaintiffs May Call to Testify at Trial**

26. Neil Carfora

27. William Basquin*

28. Randall Cadenhead*

29. Tom Foley

30. Jorge Fuenzalida*

31. Jason Gallien

32. Jon Glass

33. Vance Ikezoye*

2

34. Paul Jarchow*

35. Steve Marks

36. Anish Patel

37. Clint Summers*

38. Brian Stifel*

39. Linda Trickey*

40. Roger Vredenburg*

41. Jeff Walker

42. Any witness listed on Cox's witness list or Rule 26(a)(1) disclosures.

*By live testimony, by deposition or both (deposition designations will be filed before trial)

Dated July 16, 2019

Respectfully Submitted,

/s/ *Scott A. Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry M. Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: 202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

3