# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br><br>            Plaintiffs,<br><br>    v.<br><br>COX COMMUNICATIONS, INC. and<br>COXCOM, LLC.<br><br><br>            Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## [PROPOSED] ORDER

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Motion to Exclude the Testimony of Putative Expert Barbara Frederiksen-Cross. After considering this Motion and the related filings, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED.

ENTERED this _____ of _____, 2019.


Alexandria, Virginia

_____
Honorable Liam O'Grady
United States District Judge