# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>  Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion for Summary Judgment (the "Motion"), it is hereby ORDERED that the Motion is GRANTED.  Accordingly, it is established as a matter of law that:

- Plaintiffs own, or have an exclusive license to, the rights under the Copyright Act to reproduce and distribute each of the copyrighted works identified in the Appendices to their respective declarations submitted in support of the Motion ("Plaintiffs' Works");

-  Cox users directly infringed Plaintiffs' Works;

- Cox is liable for contributory infringement of Plaintiffs' Works; and

- Cox is liable for vicarious infringement of Plaintiffs' Works.

It is so ORDERED this ____ day of _____, _____.

_____
United States District Judge