**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>       Defendants. | Case No. 1:18-cv-00950-LO-JFA |

      Pursuant to Court Order (ECF No. 246), exhibits to the foregoing will be filed on a hard drive.