## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

     Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

     Defendants.

Case No. 1:18-cv-00950-LO-JFA

## <u>DECLARATION OF GEORGE P. MCCABE</u>

I, George P. McCabe, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

### Introduction

1.     I am a professor of Statistics at Purdue University, where I have been a faculty member since 1970. I am an applied statistician with decades of experience designing studies, analyzing data, and interpreting the results of statistical analyses. I have personal knowledge of the facts set forth herein and, if necessary, I would and could competently testify thereto if called as a witness in this matter. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment.

2.     From 1970 until 2006, I was the Director of the Statistical Consulting Service at Purdue where I advised thousands of university clients on the appropriate use of statistical methods. I have coauthored statistics texts that are widely used, with translations in Dutch, Chinese, Portuguese, Vietnamese, and Japanese. I am an elected Fellow of the American Statistical Association (ASA) and the American Association for the Advancement of Science

(AAAS). I have also served on several Institute of Medicine (IOM) committees and was elected Chair of the Statistical Consulting Section of the ASA. I received a B.S. in Mathematics from Providence College in 1966 and a Ph.D. in Mathematical Statistics from Columbia University in 1970. For further information on my background, my curriculum vitae is attached as Appendix 1.

3.      I have been retained on behalf of Plaintiffs in this case. For my assignment, I was asked to analyze a number of related data sources pertaining to copyright infringement notices sent to Cox Communications, Inc. ("Cox") to confirm that all of the works in suit were the subject of infringing activity reported in notices sent concerning specific Cox subscribers already cited in at least two prior notices.

4.      I am being compensated in this matter at the rate of $450 per hour for my time. My compensation is not contingent on my findings, testimony rendered, or the outcome of this litigation. Analysis Group provided support in this matter, at my direction.

### Summary of Findings[1]

5.      In connection with my work on this matter, I reviewed a variety of documents, data sets, declarations, and testimony. The key data sources I analyzed include those described in Appendix 2 attached hereto. The methodology I employed is described in Appendix 3 attached hereto. The data sources and methodology are sufficient to reproduce my findings.

6.      By way of background to my findings, upon receipt of Plaintiffs' infringement notices from MarkMonitor, as well as infringement notices from other rightsholders, Cox's Abuse Tracking System ("CATS") automatically ████████████████████████

████████████████████████████████████████████████████

---

[1] I understand the background facts described in paragraphs 6 from Cox documents and deposition testimony provided to me in this case.



7.      The data I have reviewed reflect that all of the 7,031 sound recordings and 3,402 musical compositions in this case were the subject of Plaintiffs' infringement notices to Cox during the claim period concerning specific Cox subscribers already identified to Cox in at least two prior infringement notices.

8.      The data I have reviewed reflect that of the 57,600[2] unique Cox subscribers that were the subject of tickets as a result of Plaintiffs' infringement notices between February 1, 2013 and November 26, 2014 (inclusive of those beginning and ending dates, the "Claim Period"):

- ██████████ are residential subscribers and ██████████ are business subscribers.

- ██████████████████ have at least one ticket before the beginning of the Claim Period.[3]

- At least ██████████████████ received at least one ticket on behalf of an entity other than the Plaintiffs during the Claim Period.

---

[2] Excluded from this analysis are 79 additional Cox subscribers identified from Plaintiffs' notices for whom Cox did not provide corresponding ticket data.

[3] Cox did not provide ticket data for dates preceding January 1, 2012.  As a result, the percentage of Cox subscribers who have at least one ticket before the beginning of the Claim period only considers tickets dating back to January 1, 2012.

9.      The data I have reviewed reflect that of the Cox subscribers that were the subject of Plaintiffs' infringement notices during the Claim Period:

- █████   Cox subscribers were the subject of 3 or more copyright abuse tickets

- ██████   Cox subscribers were the subject of 6 or more copyright abuse tickets

- █████   Cox subscribers were the subject of 10 or more copyright abuse tickets

- █████   Cox subscribers were the subject of 13 or more copyright abuse tickets

- █████   Cox subscribers were the subject of 14 or more copyright abuse tickets

**Comparison to Cox's Findings**

10.     Mr. Christian Tregillis prepared reports on behalf of Cox containing opinions on the extent to which notices regarding infringement by Cox subscribers pertain to the works in suit. His initial report is dated April 10, 2019.  His supplemental/rebuttal report is dated May 15, 2019. His reply report is dated June 13, 2019.  I have reviewed Mr. Tregillis's work, as described in his reports and deposition in this case, related to matching of the works in suit to Plaintiffs' infringement notices to Cox.

11.     Mr. Tregillis and I are in agreement that the Plaintiffs' notices support the overwhelming majority of the works in suit.  I was able to match all of the works in suit to infringement notices.  Mr. Tregillis found a match for over 95% of the works in suit and I understand he was continuing his analysis for the rest.

12.     It appears the reason that Mr. Tregillis failed to find infringement notices supporting some works in suit is principally, if not entirely, because he cast aside thousands of notices from his analysis.  Specifically, he excluded (a) notices from other rights owners; (b) notices prior to the claim period; and (c) notices not involving any of the works in suit.  He excluded those notices even though they pertained to the same subscribers that were the subject of

Plaintiffs' notices. I included those notices in my analysis because Cox's receipt of notices reporting infringement by its subscribers was not limited to the Plaintiffs' notices, the Claim Period, or the works in suit. By considering the notices that Mr. Tregillis excluded, I identified repeat infringers earlier in time and in greater numbers, providing a more complete analysis of the works in suit infringed by those subscribers.

George P. McCabe, Ph.D.
August 26, 2019

## APPENDIX 1 – CURRICULUM VITAE

03/2019

**George Paul McCabe**
**mccabe@purdue.edu**
**(765) 494-1729**

**Mathematical Sciences Building**
**150 N University Street**
**West Lafayette, IN 47907-2067**

**Education**

| | | |
|---|---|---|
| B.S. | Providence College (Mathematics) | 1966 |
| Ph.D. | Columbia University (Mathematical Statistics) | 1970 |

**Accreditation**
ACCREDITED PROFESSIONAL STATISTICIAN™ (PSTAT®) 2011

**Professional Experience**
Assistant Professor of Statistics, Purdue University 1970-1975
Associate Professor of Statistics, Purdue University 1975-1983
Professor of Statistics, Purdue University 1983-present
Director of Statistical Consulting, Purdue University 1970-2004
Associate Dean for Academic Affairs, College of Science, Purdue University 2004- 2018
Purdue Representative to the Design and Biostatistics Program, Indiana Clinical and
Translational Research Institute, Purdue University 2008- present
Adjunct Professor, Clinical Research Facility, National University of Ireland,
         Galway, Ireland 2009-present

**Visiting and Temporary Positions**
Summer Student Program, Jackson Laboratory, Bar Harbor, Maine, Summer 1964
Summer Student Program, Worcester Foundation for Experimental Biology, Worcester,
         Massachusetts, Summer 1966
Programmer, Brookhaven National Laboratory, Upton, New York, Summer 1966
Programmer, Texas Gulf Sulphur Company, New York, New York, Summer 1967
Statistician, TRW Aerospace, Redondo Beach, California, Summer 1968
Visiting Associate Professor of Statistics, Princeton University, 1976-1977
Visiting Researcher and Consultant, Commonwealth Scientific and Industrial Research
         Organization (CSIRO), Melbourne, Australia, Jan-Feb, 1985
Visiting Professor of Statistics, University of Berne, Berne, Switzerland, Apr-May, 1985
Guest Researcher, Statistical Engineering Division of the Computing and Applied
         Mathematics Laboratory, National Institute of Standards and Technology,
         Boulder, Colorado, Jan-June, 1993
Visitor, Mathematics Department, National University of Ireland – Galway, Galway,
         Ireland, Aug-Dec 2002

**Professional Activities**

Mentor - Purdue AIM Summer Research Program for Undergraduate Minority Students - 1988

Statistical Design Consultant, *Augmentative and Alternative Communication* - 1987-1993

Associate Editor, *Technometrics* - 1978-1986

Associate Editor, *Computational Statistics and Data Analysis* - 1982-2004

Chairman, Statistical Education Section Contributed Paper Awards - 1978 Program Chair, Statistical Education Section of ASA for 1982 Annual Meeting

School of Veterinary Medicine Research Advisory Board - 1990- 1994

Management Committee, *Journal of Educational and Behavioral Statistics* - 1996-1998, Chair, 1999-2000

External appraiser, Health and Welfare Canada, Health and Social Programs Branch – 1994-1995

External Review Committee for the University of Texas at Dallas Mathematical Sciences Program - January 1997

Section on Statistical Consulting, American Statistical Association - Chair-elect 1997, Chair 1998

Committee Member, Institute of Medicine's Committee on International Nutrition – September 1996 - June 1997

External Review Committee for Iowa State University Department of Statistics – October 1998

Data Monitoring Board for National Health Survey of Gulf War Veterans and their families, Phase III - 1998-2001

External Review Committee for the University of Michigan Center for Statistical Consultation and Research (CSCAR) - January 2001

Workshop on "Malnutrition and the Global Burden of Disease", Johns Hopkins University - July 2000

International Vitamin A Consultative Group (IVACG) XX Meeting, Hanoi, Vietnam (participant and results of joint work were presented) - February 2001

International Nutritional Anemia Consultative Group (INACG) Symposium, Hanoi, Vietnam (participant and results of joint work were presented) - February 2001

Committee Member, Institute of Medicine, Committee on the Use of Dietary Reference Intakes in Nutrition Labeling - 2001-2003

Data Monitoring Board for Veterans Administration Study CSP # 468 "A Comparison of Best Medical Therapy and Deep Brain Stimulation of Subthalamic Nucleus and Globus Pallidus for the Treatment of Parkinson's Disease" - 2002-2007

External Review Committee for Statistics at Arizona State University - 2003

Data Monitoring Board for Veterans Administration Study Ä Randomized, Double-Blind, Placebo Controlled Trial of Intravenous Zoledronic Acid to Prevent Osteoporosis in Men Undergoing Androgen Deprivation Therapy in the VA Population" - 2004-2007

Member, Deming Lectureship Committee of the American Statistical Association – 2007-2010

Review of proposed MS program in statistics at South Dakota State University for the South Dakota Board of Regents - 2007

Committee Member, Institute of Medicine, Committee on Nutrition Standards for National School Lunch and Breakfast Programs - 2008-2010

Advisory Member, Committee on Student Pro Bono Statistics of the American Statistical
     Association – 2009
Committee Member, American Statistical Association Business and Economics Section Student
Travel Award Committee – 2009-2010
Data Monitoring Board for Veterans Administration Study CSP # 468F "Long term study of
     deep brain stimulation for the treatment of Parkinson's disease" - 2009-2013
Regents Review Committee for the Department of Mathematics and Statistics, Utah State
     University, Logan, UT, March 2010
External resource person for the WHO Nutrition Guidance Expert Advisory Group (NUGAG)
     Monitoring and Evaluation Subgroup Meeting on Guidelines for the Assessment of
     Vitamin A and Iron Status in Populations, PAHO, Panama City, Panama, 15-17
     September 2010

**Professional Societies and Honors**
American Statistical Association, Fellow, 1993
American Association for the Advancement of Science, Fellow 2009
Institute of Mathematical Statistics
American Society for Quality, Senior Member 2006
Sigma Xi
New York Academy of Sciences
Biometric Society
International Association for Statistical Computing
Mu Sigma Rho: The National Statistics Honorary Society, President 2011-2013
ASA San Antonio Chapter 2012 Don Owen Award for Outstanding Contributions to Statistical
Research, Applications, and Teaching
Purdue College of Science Graduate Student Mentoring Award, 2016

**Research Interests**
Applied Statistics
Biostatistics
Statistical Computing
Statistics and the Law

**Books**
Moore, David S. and McCabe, George P., *Introduction to the Practice of Statistics*, W. H.
Freeman (1989); second edition (1993); third edition (1999); fourth edition (2003), fifth edition
(2006).
Moore, David S., McCabe, George P., and Craig, Bruce *Introduction to the Practice of Statistics*,
W. H. Freeman, sixth edition (2008), seventh edition (2012), eighth edition (2014), ninth edition
(2017).
Moore, David S., McCabe, George P., and Craig, Bruce *Exploring the Practice of Statistics*, W.
H. Freeman, (2014).
Moore, David S., McCabe, George P., Duckworth, William M. and Sclove, Stanley L.,
     *The Practice of Business Statistics*, W. H. Freeman (2003).
Moore, David S., McCabe, George P., Duckworth, William M. and Alwan, Layth C., *The
     Practice of Business Statistics*, W. H. Freeman, second edition (2008).

Moore, David S., McCabe, George P., Alwan, Layth C., Craig, Bruce, and Duckworth, William M. *The Practice of Statistics for Business and Economics*, W. H. Freeman, third edition (2011).

Moore, David S., McCabe, George P., Alwan, Layth C., and Craig, Bruce A. *The Practice of Statistics for Business and Economics*, W. H. Freeman, fourth edition (2016).

Chinese translation of *The Practice of Business Statistics*, Haw-Tai Publishing Company (2003).

Japanese translation of *The Practice of Business Statistics*, Chapters 1-3, The English Agency (Japan) Ltd., (2005).

*Prática Da Estatística Empresarial*,(2006), Portuguese translation of *The Practice of Business Statistics*.

*Introdução à Prática Da Estatística* ,(2002), Portuguese translation of *Introduction to the Practice of Statistics*.

*Statistiek in de Praktijk* , Academic Service (1994), Dutch translation of *Introduction to the Practice of Statistics*; translation of the third edition (2001).

*Thuc Hanh Thong Ke,* (2010), Vietnamese translation of *Introduction to the Practice of Statistics.*

Yates, Dan, Moore, David S. and McCabe, George P., *The Practice of Statistics*, Freeman (1999).


**Publications**

1. McCabe, G. P. Some problems in sequential discrimination. (1970) Ph.D. Dissertation, Columbia University (Advisor: H. Robbins).
2. McCabe, G. P. Sequential estimation of a Poisson integer mean. (1972) *Annals of Mathematical Statistics.* 43:803-813.
3. McCabe, G. P. Estimation of the number of terms in a sum. (1973) *Journal of the American Statistical Association* 68:452-456.
4. McCabe, G. P. Sequential estimation of a restricted mean parameter of an exponential family. (1974). *Annals Institute of Statistical Mathematics* 26:103-115.
5. Arvesen, J. N. and McCabe, G. P. A subset selection procedure for regression variables. (1974) *Journal of Statistical Computation and Simulation* **3**:137-146.
6. McCabe, G. P. Review of *Introduction to Statistics with Fortran* by Allan Kirch. (1974) *Journal of the American Statistical Association* 69:1045.
7. Salvendy, G. and McCabe, G. P. Marijuana and human performance (1975) *Human Factors*, 17:229-35; Marijuana and human productivity (1973) *Proceedings of the 17th Annual Conference of the Human Factors Society*.
8. Arvesen, J. N. and McCabe, G. P. Subset selection problems for variances with applications to regression analysis. (1975) *Journal of the American Statistical Association* 70:166-170.
9. McCabe, G. P. Computations for variable selection in discriminant analysis. (1975). *Technometrics* 17:103-109.
10. Ross, M. A. McCabe, G. P. A stepwise algorithm for selecting regression variables using cost criteria. (1975). *Proceedings of Computer Science and Statistics: 8th Annual Symposium on the Interface*, 228-232.
11. Arvesen, J. N. and McCabe, G. P. Variable selection in regression analysis. (1975) *Proceedings of the University of Kentucky Conference on Regression with a Large Number of Predictor Variables*, 136-148.

12. Ross, M. A. and McCabe, G. P. A comment on Pohlmann's algorithm for subset selection in multiple regression analysis. (1975) *Multiple Linear Regression Viewpoints* 5:11-15.

13. Rubin, H. and McCabe, G. P. Estimates of ultimate recoverable oil and gas in the United States. (1975). Report prepared for the Federal Energy Administration, included in their interim report to Congress.

14. McCabe, G. P. Review of *Numerical Taxonomy: The Principles and Practice of Numerical Classification* by P. H. A. Sneath and R. P. Sokal. (1975) *Journal of the American Statistical Association* 70:962.

15. Anderson, V. L. and McCabe, G. P. Sex discrimination in faculty salaries: a method for detection and correction. (1976) *Proceedings of 1976 Social Statistics Section of the American Statistical Association* 589-92.

16. McCabe, G. P. Review of *Sequential statistical Procedures* by Z. Govindarajulu.  (1976) *Journal of the American Statistical Association,* 71:530.

17. Salvendy, G. and McCabe, G. P. Auditing standards by sample. (1976) *Industrial Engineering* **8**:25-29. Reprinted in *Work Measurement Principles and Practice* , R. L. Shell, ed. (1986) Institute of Industrial Engineers; 277-281.

18. McCabe, G. P. and Samuels, M. L. Random censoring and dendritic trees. (1977) *Biometrics* 33:69-84.

19. Samuels, M., Mittenthal, J., McCabe, G. P. and Coleman, P. Complexity of branching in dendritic trees: dependence on number of trees per cell and effects of branch loss during sectioning. (1977) *Journal of Anatomy* 124:701-15.

20. McCabe, G. P. Evaluation of regression coefficient estimates using alpha-acceptability. (1978) *Technometrics* 20:131-39.

21. Graham, B. W., Ziemer, P. L., Landolt, R. R., Shaw, S. M. and McCabe, G. P. The metabolism of $^{252}CfC1_3$ in the rat and the effect of in vivo DPTA chelation therapy. (1978) *Health Physics* 34:635-41.

22. McCabe, G. P. Small sample results for the 27% rule. (1978) *Proceedings of the 1978 Social Statistics Section of the American Statistical Association* 770-71.

23. McCabe, G. P. Review of *Exploratory Data Analysis* by John W. Tukey. (1979) *Journal of Quality Control* 11:103-4.

24. McCabe, G. P. Review of *Computational Probability and Simulation* by Sidney J. Yakowitz. (1979). *Mathematics of Computation* 34:651.

25. Sanders, S., Salvendy, G., Knight, J. K. and McCabe, G. P. Attitudinal, personality and age characteristics for machine-paced and self-paced operations. (1979) *Proceedings of the Human Factors Society - 23rd Annual Meeting – 1979,* 153-157.

26. Salvendy, G., McCabe, G. P., Suominen, S. and Basila, B. Non-work related movements in machine-paced and self-paced work. (1979) *Proceedings of the Human Factors Society - 23rd Annual Meeting – 1979,* 149-152.

27. McCabe, G. P. The interpretation of regression analysis results in sex and race discrimination problems (1980) *The American Statistician*, 34:212-15. (1979) *Proceedings of the 1979 Social Statistics Section of the American Statistical Association.* 27-29.

28. McCabe, G. P. Use of the 27% rule in experimental design. (1980) *Communications in Statistics* A9: 765-76.

29. McCabe, G. P. and McCabe, S. A. Estimation and testing of pocket means using multiple linear regression techniques. (1980). *Multiple Linear Regression Viewpoints* 10:1-17.

30. McDonald, C. J., Wilson, G. A. and McCabe, G. P. Physician response to computer reminders. (1980) *Journal of the American Medical Association* 244:1579-81.

31. Young, R. J. and McCabe, G. P. Examining the accuracy of perceived exertion and its relation to age, sex and physical condition. (1980) *Proceedings of the Gerontological Society Annual Scientific Meeting.*

32. Yarber, W. L. and McCabe, G. P. Teacher characteristics and inclusion of sex education topics in grades 6-8 and 9-11. (1981) *The Journal of School Health* 51:288-291.

33. McCabe, G. P. Statistical Consulting: reaction and comments. (1982) *Proceedings of the Ohio State Conference on Teaching of Statistics and Statistical Consulting.* ed. Rustagi, J. S. and Wolfe, D. A., Academic Press, 371-374.

34. Wilson M. D., G. A., McDonald, M.D., C. J. and McCabe, G. P. The effect of immediate access to a computerized medical record on physician test ordering: a controlled clinical trial in the emergency room. (1982) *American Journal of Public Health* 72:698-702.

35. Salvendy, G., McCabe, G. P., Sanders, S. G., Knight, J. L., and E. J. McCormick Impact of personality and intelligence on job satisfaction of assembly line and bench work - an industrial study. (1982) *Applied Ergonomics* 13(4):293-299.

36. McDonald, C. J., Mazzuca, S. A. and McCabe, G. P. How much of the placebo 'effect' is really statistical regression? (1983) *Statistics in Medicine* 2:417-427.

37. Bayne, C. K., Beauchamp, J. J., Kane, V. E. and McCabe, G. P. Assessment of Fisher and logistic linear and quadratic discrimination models. (1983) *Computational Statistics and Data Analysis* **1**:257-273.

38. McCabe, G. P. Improving statistical consulting services. (1983) *Proceedings of the University of Wisconsin Workshop on Statistical Consulting*, ed. B. L. Joiner.

39. McDonald, C. J., Hui, S. L., Smith, D. M., Tierney, W. M., Cohen, S. J., Weinberger, M. and McCabe, G. P. Reminders from an introspective medical record: a two-year randomized trial. (1984) *Annals of Internal Medicine* 100:130-138.

40. McCabe, G. P. Principal variables. (1984) *Technometrics* 26:137-144.

41. Campbell, P. F. and McCabe, G. P. Predicting the success of freshmen in a computer science major. (1984) *Communications of the ACM* 27:1108-1113.

42. Yarber, W. L. and McCabe, G. P. Importance of sex education topics: correlates with teacher characteristics and inclusion of topics in instruction. (1984) *Health Education* 15:36-41.

43. Lo, Y-K T. and McCabe, G. P. Statistical characterizations of Indiana soil properties. (1984) in *Probabilistic Characterization of Soil Properties: Bridge Between Theory and Practice*, ed. D. S. Bowles and H-Y Ko, American Society of Civil Engineers.

44. Salvendy, G., McCabe, G. P., Suominen, S. and Basila, B. Non-work-related movements in machine-paced and self-paced work: an industrial study.  (1984) *Journal of Applied Ergonomics* 15(1):21-27. itute

45. Tierney, W. M., McDonald, C. J. and McCabe, G. P. Serum potassium testing in diuretic-treated outpatients: a multivariate approach. (1985) *Medical Decision Making* 5(1):89-104.

46. McCabe, G., McCabe, L. and Miller, A. Analysis of taste and chemical composition of cheddar cheese 1982-83 experiments. (1985) CSIRO Division of Mathematics and Statistics Consulting Report No. VT85/86.

47. McCabe, G. P. Regression analysis as statistical evidence. (1986) *Statistical Evidence of Discrimination* , eds. D. H. Kaye and M. Aickin, Marcel Dekker.

48. Guay, R. B. and McCabe, G. P. A binomial test for hierarchical dependency. (1986) *Psychometrika* 51:467-474.

49. Zelaznik, H. N., Mone, S., McCabe, G. P. and Thaman, C. The role of temporal and spatial precision in determining the nature of the speed accuracy trade-off in aimed hand movements. (1988) *Journal of Experimental Psychology: Human Perception and Performance* 14:221-230.

50. McCabe, G. P. Data handling and analysis. (1988) Proceedings of the CRSP Policy Workshop, Cairo, Egypt.

51. Hunt, M. O., Triche, M. H., McCabe, G. P. and Hoover, W. L. Tensile properties of yellow-poplar veneer strands. (1989) *Forest Products Journal* 39:31-33.

52. Barlow, I., Lloyd, G. T., Ramshaw, E. H., Miller, A. J., McCabe, G. P. and McCabe, L. Correlations and changes in flavour and chemical parameters of cheddar cheeses during maturation. (1989) *The Australian Journal of Dairy Technology* 44:7-18.

53. Goonewardene, H. F., Pliego, G., McCabe, G. P., Howard, P. H. and Oliver, P. J. Control of arthropods on apple, *malus X domestica* (borkh.), selections for scab (ascomycetes: mycosphaerellacea) and apple maggot (diptera: tephritidae) resistance in an orchard in Indiana. (1989) *Journal of Economic Entomology*, 82(5):1426-1436.

54. Review of *Experimental Design: A Chemometric Approach* by Stanley N. Deming and Stephen L. Morgan. (1989) *Journal of Quality Technology* 21:218.

55. Review of *Volume 12: How to Choose the Proper Sample Size* by Gary G. Brush. (1989) *Journal of Quality Technology* 21:222.

56. Elliott, G., Rebar, A., McCabe, G. P. and Alzola, C. Optimization of the under agarose assay for porcine neutrophil migration. (1990) *American Journal of Veterinary Research*, 52(2):245-248.

57. Goonewardene, H. F., Pliego, G., McCabe, G. P., P. H. Howard, P. H. and Oliver, P. J. Control of arthropods on apple selections with scab (ascomycetes: mycosphaerellacea) and European red mite (acari: tetrancychidae) resistance. (1990) *Journal of Economic Entomology*, 83(1):180-188.

58. McCullough, A., Kirksey, A., Wachs, T., McCabe, G., Bassily, N., Bishry, Z., Galal, O., Harrison, G. and Jerome, N. Vitamin B6 status of Egyptian mothers: relation to infant behavior and maternal infant interaction, (1990) *American Journal of Clinical Nutrition*, 51:1067-1074.

59. Zimmerman, N., Eberts, C. G., Salvendy, G. and McCabe, G. P. Effects of respirators on performance of cognitive, psychomotor and physical tasks. (1991) *Ergonomics* 34(3):321-334.

60. Franz, E. A., Zelaznik, H. N. and McCabe, G. P. Spatial topological constraints in a bimanual task. (1991) *Acta Pychologica*, **77**:137-151.

61. Kirksey, A., Rahmanifar, A., Wachs, T. D., McCabe, G. P., Bassily, N. S., Bishry, Z., Galal, O. M., Harrison, G. G. and Jerome, N. W. Determinants of pregnancy outcome and newborn behavior of a semi-rural Egyptian population. (1991) *American Journal of Clinical Nutrition* 54:657-667.

62. Kao, T-C. and McCabe, G. P. Optimal sample allocation for normal discrimination and logistic regression under stratified sampling. (1991) *Journal of the American Statistical Association* 86: 432-436.

63. Samuels, M. L., Casella, G. and McCabe, G. P. Interpreting blocks and random factors. (1991) *Journal of the American Statistical Association*, 86:798-808.

64. Samuels, M. L., Casella, G. and McCabe, G. P. Rejoinder (to comments on Interpreting blocks and random factors). (1992) *Journal of the American Statistical Association*, 87:594.

65. Falzone, A. M., Peck, G. E. and McCabe, G. P. Effects of changes in roller compactor parameters on granulations produced by compaction. (1992) *Drug Development and Industrial Pharmacy* 18(4):469-489.

66. Boardman, B. E., Senft, J. F., McCabe, G. P. and Ladisch, C. M. Colorimetric analysis in grading black walnut veneer. (1992) *Wood and Fiber Science* 24(1):99-107.

67. Wachs, T. D., Bishry, Z., Sobhy, A., McCabe, G. P., Galal, O. and Shaheen, F.Relation of rearing environment to adaptive behavior of Egyptian toddlers (1993) *Child Development* 64:586-604.

68. Rahmanifar, A., Kirksey, A., Wachs, T. D., McCabe, G. P. Bishry, Z., Galal, O. M., Harrison, G. G. and Jerome, N. W. Diet during lactation associated with infant behavior and caregiver-infant interaction in a semirural Egyptian village (1993) *Journal of Nutrition* 123:164-175.

69. Wachs, T., Moussa, W., Bishry, Z., Yunis, F., Sobhy, A., McCabe, G. P., Jerome, N., Galal, O., Harrison, G. and Kirksey, A. Relations between nutrition and cognitive performance in Egyptian toddlers. (1993) *Intelligence* 17:151-172.

70. Zimmerman, N. J., Schellenberg, D., McCabe, G. P. and Glickman, L. T. Precision field study and radon chamber test of a new alpha-track monitor. (1993) *Applied Occupational and Environmental Hygiene* 8(7):632-638.

71. Beaton, G. H., Martorell, R., Aronson, K. A., Edmonston, B., McCabe, G. P., Ross, A. C. and Harvey, B. Effectiveness of vitamin A supplementation in the control of young child morbidity and mortality in developing countries. (1993) ACC/SCN State-of-the-art Series, Nutrition Policy Discussion paper No. 13, World Health Organization, Geneva, Switzerland.

72. Samuels, M. L., Casella, G. and McCabe, G. P. Evaluating the efficiency of blocking without assuming compound symmetry. (1994) *Journal of Statistical Planning and Inference* 38: 237-248.

73. Lindell, K., Saeed, A. M. and McCabe, G. P. Evaluation of resistance of four strains of commercial laying hens to experimental infection with *Salmonella enteritidis* phage type 8. (1994) *Poultry Science* 73:767-772.

74. Beaton, G. H., Martorell, R., Aronson, Edmonston, B., McCabe, G. P., Ross, A. C. and Harvey, B. La suplementacíon con vitamina A y la morbilidad y mortalidad infantil en los países en desarrolo. (1994) *Boletín De La Oficina Sanitaria Panamericana* 117(6):506-517.

75. Bradtmueller, J. P., Hunt, M. O., Fridley, K. J. and McCabe, G. P. Development of the five-point bending test to determine shear moduli of wood composites. (1994) *Forest Products Journal* 44:17-26.

76. Kirksey, A., Wachs, T. D., Srinath, U., Rahmanifar, A., McCabe, G. P., Galal, O. M., Bassily, N. S., Bishry, Z., Yunis, F., Harrison, G. G. and Jerome, N. W. Relation of maternal zinc nutriture to pregnancy outcome and early infant development in an Egyptian village. (1994) *American Journal of Clinical Nutrition* 60:782-792.

77. Rohrbaugh, S. M., Ruff, D., Hillberry, B. M., McCabe, G. P., and Grandt, A. F., Jr. A probabilistic fatigue analysis of multiple site damage. (1994) *Proceedings of the FAA/NASA International Symposium on Advanced Structural Integrity Methods for Airframe Durability and Damage Tolerance*, NASA Conference Publication 3274, Part 2, 635-652.

78. Wachs, T. W., Bishry, Z., Moussa, W., Yunis, F., McCabe,G. P., Harrison, G., Sweifi, E., Kirksey, A., Galal, O., Jerome, N. and Shaheen, F. Nutritional intake and context as predictors of cognition and adaptive behavior of male and female Egyptian school age children. (1995) *International Journal of Behavioral Development*, 18(3):425-450.

79. Teegarden, D., Proulx, W. R., Martin, B. R., Zhao, J., McCabe, G. P., Lyle, R. M., Peacock, M., Slemenda, C., Johnston, C. C., Weaver, C. M.  Peak bone mass in young women. (1995) *Journal of Bone and Mineral Research* 10(5):711-715.

80. Abate, M. L., McCabe, G. P., and Lynch, M. P., Power as a function of reliability. (1995) *Proceedings of the 1995 Social Statistics Section of the American Statistical Association* 221-224.

81. Grandt, A. F., Farris, T. N., Hillberry, B. M., McCabe, G. P., Harish, G., McVeigh, P., Szolwinsky, M., Laz, P., Rohrbaugh, S., DeBartolo, E. and Ruff, D. Widespread fatigue analysis of aircraft structures. (1995) *Proceedings of the Air Force 3rd Aging Aircraft Conference,* 291-305.

82. Grandt, A. F., Hillberry, B. M., Kvam, E. P., McCabe, G. P., Scheuring, J. and Golinkin, I. Effects of corrosion on structural fatigue life. (1995) Proceedings of the Air Force 3rd Aging Aircraft Conference, 227-255.

83. Rahmanifar, A., Kirksey, A., McCabe, G. P., Galal, O. M., Harrison, G. G. and Jerome, N. W. Respiratory tract and diarrheal infections of breast-fed infants from birth to 6 months of age in household contexts of an Egyptian village. (1996) *European Journal of Clinical Nutrition* 50(10):655-662.

84. Landolt, J.L., Ahammadsahib, K.I., Hollingworth, R.M., Barr, R., Crane, F.L., Buerck, N.L., McCabe, G.P., and McLaughlin, J.L.  Determination of structure-activity relationships of annonaceous acetogenins by inhibition of oxygen uptake in rat liver mitochondria. (1996) *Chemico - Biological Interactions* 98:1-13.

85. Wachs, T. D., McCabe, G. P., Moussa, W., Yunis, F., Kirksey, A., Galal, O., Harrison, G., and Jerome, N.  Cognitive performance of Egyptian adults as a function of nutrition and sociodemographic factors. (1996) *Intelligence* 22:129-154.

86. Woodyard, L. L., Bowersock, T. L., Turek, J. J., McCabe, G. P., and DeFord, J. A comparison of the effects of several silver-treated intravenous catheters on the survival of *Staphylococci* in suspension and their adhesion to the catheter surface. (1996) *Journal of Controlled Release* 40:23-30.

87. Patronek, G. J., Glickman, L. T., Beck, A. M., McCabe, G. P. and Ecker, C.  Risk factors for relinquishment of dogs to an animal shelter. (1996) *Journal of the American Veterinary Association* 209:572-581.

88. Patronek, G. J., Glickman, L. T., Beck, A. M., McCabe, G. P. and Ecker, C.  Risk factors for relinquishment of cats to an animal shelter. (1996) *Journal of the American Veterinary Association* 209:582-588.

89. Weaver, C. M., Peacock, M., Martin, B. R., Plawecki, K. L., McCabe, G. P. Calcium retention estimated from indicators of skeletal status in adolescent girls and young women. (1996) *American Journal of Clinical Nutrition* 64:67-70.

90. Rahmanifar, A., Kirksey, A., McCabe, G. P., Galal, O. M., Harrison, G. G., and Jerome, N. W. Respiratory tract and diarrheal infections of breast-fed infants from birth to 6 months of age in household context of an Egyptian village. (1996) *European Journal of Clinical Nutrition* 50:655-662.

91. Alfonso, D., Johnson, H. A., Colman-Saizarbitoria, T., Presley, C. P., McCabe, G. P., McLaughlin, J. L., SARs of annonaceous acetogenins in rat liver mitochondria (1996) *Natural Toxins* 4:181-188.

92. Golinkin, I. A., Ruff, D. D., Kvam, E. P., McCabe, G. P., and Grandt, Jr. A. F. Application of analysis of variance (ANOVA) statistical methods to breaking load corrosion test (1997) *Journal of Testing and Evaluation* 25:565-570.

93. Weaver, C. M., Peacock, M., Martin, B. R., McCabe, G. P., Zhao, J., Smith, D. L., and Wastney, M. E. Quantification of bone biomarkers by kinetic measures of bone formation and resorption in young healthy females. (1997) *Journal of Bone and Mineral Research* 12:1714-1720.

94. Bradtmueller, J. P., Hunt, M. O., Fridley, K. J. and McCabe, G. P. Mechanical properties of OSB via five-point bending test. (1997) *Forest Products Journal* 47:70-77.

95. Jackman, L. A., Millane, S. S., Martin, B. R., Wood, O. B., McCabe, G. P., Peacock, M. and Weaver, C. M. Calcium retention in relation to calcium intake and postmenarcheal age in adolescent females. (1997) *American Journal of Clinical Nutrition* 66:327-333.

96. Breur, G. J., Lapierre, M. D., Stechuchak, K. M. and McCabe, G. P. The domain of hypertrophic chondrocytes in growth plates growing at different rates. (1997) *Calcified Tissue International* 61:418-425.

97. Axtell, C. D., McCabe, G. P., Schulte, P. A., Ward, E.M., Stern, F.B. and Glickman, L. T. Mortality in a cohort of workers exposed to aromatic amines. (1998) *American Journal of Industrial Medicine* 34(5):506-511.

98. Weaver, C. M., Peacock, M. and McCabe G.P. Calcium intake and age influence calcium retention in adolescence (1998) in *Nutritional Aspects of Osteoporosis*, Burckhardt, P., Dawson-Hughes, B., and Heaney, R. P., eds., Springer-Verlag, NY, 3-10.

99. Teegarden, D., Lyle, R. M., McCabe, G. P., McCabe, L. D., Proulx, W. R., Michon, K., Knight, A. P., Johnston, C. C., and Weaver, C. M. Dietary calcium, protein and phosphorous are related to bone mineral density and content in young women. (1998) *American Journal of Clinical Nutrition* 68:749-754.

100. Cai, Z., McCabe, G. P., Hunt, M. O., Bradtmueller, J. P., Fridley, K. J., and Rosowsky, D. V. Predicting strength of matched sets of test specimens. (1998) *Wood and Fiber Science* 30(4):396-404.

101. Wachs, T. D. and McCabe, G. P. The role of environment in human nutritional research and intervention. (1998) in *Pan-American Health Organization Scientific Monograph No. 566, Nutrition Health and Child Development* , Pan-American Health Organization: Washington, D. C., 14-31.

102. Glickman, L. T., Camara, A. O., Glickman, N. W., and McCabe, G. P. Nematode intestinal parasites of children in rural Guinea, Africa: Prevalence and relationship to geophagia. (1999) *International Journal of Epidemiology*, 28:169-174.

103. Beaton, G. H. and McCabe, G. P. Efficacy of intermittent iron supplementation in the control of iron deficiency anemia in developing countries:  an analysis of experience. (1999) report to the Micronutrient Initiative and the Canadian International Development Agency.

104. Schwingendorf, K. E., McCabe, G. P. and Kuhn, J.  A longitudinal study of the $C^4L$ calculus reform program: comparisons of $C^4L$ and traditional students. (2000) *CBMS Issues in Mathematical Education* 8:63-76.

105. Burr, D. B., Yoshikawa, T., Teegarden, D., McCabe, G., McCabe, L. D. and Weaver, C. M. Exercise and oral contraceptive use suppress the normal age-related increase in bone mass and strength of the femoral neck in women 18-31 years old. (2000) *Bone* 27(6):855-863.

106. Lin, Y-C., Lyle, R. M., McCabe, L. D., McCabe, G. P., Weaver, C. M. and Teegarden, D. Dairy calcium is related to changes in body composition during a two-year exercise

intervention in young women. (2000) *Journal of the American College of Nutrition* 19(6): 754-760.

107. Weaver, C. M., Teegarden, D., Lyle, R. M., McCabe, G. P., McCabe, L. D., Proulx, W., Kern, M., Sedlock, D., Anderson, D. D., Hillberry, B. M., Peacock, M., and Johnston, C. C. Impact of exercise on bone status in young women and contraindication of oral contraceptive use. (2001) *Medicine and Science in Sports and Exercise*, 33(6):873-880.

108. Wachs, T. D. and McCabe, G. P. Relation of maternal intelligence and schooling to offspring nutritional intake. (2001) *The International Journal of Behavioral Development* 25(5):444-449.

109. Badylak, S., Park, K., Peppas, N., McCabe, G. P. and Yoder, M. The composition of bioscaffolds affects in-vivo cell recruitment and alters the pattern of tissue repair. (2001) *Experimental Hematology* 29:1310-1318.

110. Beaton, G. H. and McCabe, G. P. Comparison of daily and weekly iron supplementation. (2001) Summary paper for the International Nutritional Anemia Consultative Group (INACG) Meeting held in Hanoi, Vietnam.

111. McNichols, W. T., Wilkins, B. E., Blevins, W. E., Snyder, P. W., McCabe, G. P., Applewhite, A. A., Laverty, P. H. and Breur, G. J. Spontaneous femoral capital physeal fractures in adult cats: 26 cases (1996-2001). (2002) *Journal of the American Veterinary Medical Association* 221(12):1731-1736.

112. Lin, Y.-C., Lyle, R. M., Weaver, C. M., McCabe, L. D., McCabe, G. P., Johnston, C. C. and Teegarden, D. Peak spine and femoral neck bone mass in young women. (2003) *Bone* 32(5):546-553.

113. Ryu, H. R., Lyle, R. M. and McCabe, G. P. Factors associated with weight concerns and unhealthy eating patterns among young Korean females. (2003) *Eating Disorders* **11**: 129-141.

114. Hunt, M. O., O'Malley, A. J. , Feist, W. C., McCabe, G. P., Evans, J. and Cassens, D. L. Weathering of painted wood construction: facade restoration. (2003) *Forest Products Journal* 53(4):51-60.

115. Cassens, D. L., Ling, Y. and McCabe, G. P. Face cheek development in veneered furniture. (2003) *Forest Products Journal* 53(10):79-86.

116. Bryant, R. J., Wastney, M. E. , Martin, B. R., Wood, O., McCabe, G. P., Morshidi, M., Smith, D. L., Peacock, M. and Weaver, C. M. Racial differences in bone turnover and calcium metabolism in adolescent females. (2003) *The Journal of Clinical Endocrinology & Metabolism* 88(3):1043-1047.

117. Thurnham, D. I., McCabe, G. P., Northrop-Clewes, C. A., and Nestel, P. A meta analysis of 15 studies to quantify the effects of sub-clinical infection on plasma retinol concentrations to assess the prevalence of vitamin A deficiency. (2003) *The Lancet* 362:2052-2058.

118. Palacios, C., Wigertz, K., Martin, B. R., Jackman, L., Pratt, J. H., Peacock, M., McCabe, G. and Weaver, C. M. Sodium retention in black and white female adolescents in response to salt intake. (2004) *Journal of Clinical Endocrinology & Metabolism* 89:1858-1863.

119. Purath, J., Miller, A. M., Wilbur, J., McCabe, G. Evaluation of a strategy to increase physical activity adoption in sedentary working women. (2004) *The Canadian Journal of Nursing Research* 36(1):76-91.

120. Raghavan, M., Glickman, N., McCabe, G., Lantz, G. and Glickman, L. Diet-related risk factors for gastric dilation-volvulus in dogs of high risk breeds (2004) *Journal of the American Animal Hospital Association* 40:192-203.

121. McCabe, L. D., Martin, B. R., McCabe, G. P., Weaver, C. M. and Peacock M. Dairy intake impacts bone density in the elderly. (2004) *American Journal of Clinical Nutrition* 80:1066-1074.

122. Ramakrishnan, U., Aburto, N., McCabe, G., Stoltzfus, R. and Martorell, R. Multi-micronutrient interventions but not vitamin A or iron interventions alone improve child growth: results of three meta-analysis. (2004) *Journal of Nutrition* 134:2592-2602.

123. Eagan, M. S., Lyle, R. M., McCabe, G. P. and Teegarden, D. A new self-reported comprehensive historical activity questionnaire for young women. (2005) *Journal of Physical Activity & Health* 2:35-50.

124. Gunther, C. W., Lyle, R. M., Legowski, P.A., James, J. M., McCabe, L.D., McCabe, G.P., Peacock, M., and Teegarden, D. Fat oxidation and its relationship to serum parathyroid hormone in young women enrolled in a 1-y dairy calcium intervention. (2005) *American Journal of Clinical Nutrition* 82:1228-1234.

125. Teegarden, D., Legowski, P., Gunther, C. W., McCabe, G. P., Peacock, M. and Lyle, R. M. Dietary calcium intake protects women consuming oral contraceptives from spine and hip bone loss. (2005) *Journal of Clinical Endocrinology and Metabolism* 90:5127-5133

126. Wigertz, K., Palacios, C., Jackman, L. A., Martin, B., McCabe, L. D., McCabe, G. P., Peacock, M., Pratt, J. H. and Weaver, C. M. Racial differences in calcium retention in response to dietary salt in adolescent girls (2005) *American Journal of Clinical Nutrition* 81:845-850.

127. Gunther, C. W., Legowski, P. A., Lyle, R. M., McCabe, G. P., Eagan, M. S. and Teegarden, D. Dairy products do not lead to alterations in body weight or fat mass in young women in a 1-y intervention. (2005) *American Journal of Clinical Nutrition* 81:751-756.

128. Gunther, C. W., Legowski, P. A., Lyle, R. M., Weaver, C. M., McCabe, L. D., McCabe, G. P., Peacock, M. and Teegarden, D. Parathyroid hormone is associated with decreased fat mass in young healthy women. (2005) *International Journal of Obesity* 30:94-99.

129. Lasrado, J. A., Santerre, C. R., and McCabe, G. Predicting toxicity equivalents in fish tissue. (2005) *Journal of Food Protection* 68:2679-2685.

130. Klocke, N. W., Synder, P. W., Widmer, W. R., Zhong, W., McCabe, G. P. and Breur, G. J. Synovial macrophages in naturally-occurring rupture of the cranial cruciate ligament in canines. (2005) *American Journal of Veterinary Research* 66:493-499.

131. Savaiano, D. A., Boushey, C.J., and McCabe, G. P. Lactose intolerance symptoms assessed by meta-analysis: a grain of truth that leads to exaggeration. (2006) *Journal of Nutrition* 136:1107-1113.

132. Newell, J., McMillan, K. and McCabe, G. Using functional data analysis to summarize and interpret lactate curves. (2006) *Computers in Biology and Medicine* 36(3):262-275.

133. Braun, M., Martin, B. R., Kern, M., McCabe, G. P., Peacock, M., Jiang, Z. and Weaver, C. M. Calcium retention in adolescent boys on a range of controlled calcium intakes. (2006) *American Journal of Clinical Nutrition* 84:414-418.

134. Ferraro, K. F., Thorpe, R. J., McCabe, G. P., Kelley-Moore, J. and Jiang, Z. The color of hospitalization over the life course. (2006) *Journal of Gerontology* 61:S229-S306.

135. Sands, L., Wang, Y., McCabe, G., Jennings, K., Eng, C., and Covinsky, K. E. Health consequences of frail elders living with unmet ADL needs. (2006) *Journal of the American Geriatric Society* 54:339-344.

136. Valentin, J.E., Badylak, J.S., McCabe, G.P., and Badylak, S.F. Extracellular matrix bioscaffolds for orthopaedic applications: a comparative histologic study. (2006) *Journal of Bone & Joint Surgery* 88:2673-2686.

137. Fauber, A. E., Wade, J. A. Lipka, A. E., McCabe, G. P., and Aper, R. L., Effect of width of disk fenestration and a ventral slot on biomechanics of the canine C5-C6 vertebral motion unit (2006) *American Journal of Veterinary Research* 67(11):1844-1848.

138. Tisdale, J.E., Kovacs, R., Mi, D., McCabe, G.P., Cariera, B.L., Sharma, N., and Rosman, H. Accuracy of uncorrected versus corrected QT interval for predicting Torsade de Pointes associated intravenous haploperidol (2007) *Pharmacoytherapy* 27:175-182.

139. Matlik, L., Savaiano, D., McCabe, G., VanLoan, M., Blue, C. L., and Boushey, C. J. Perceived milk intolerance is related to bone mineral content in 10-13 year-old adlosecent females. (2007) *Pediatrics* 120(3):e669-e677.

140. Novotny, R., Going, S., Teegarden, D., Van Loan, M., McCabe, G., McCabe, L., Daida, Y. G., Boushey, C. J., and the ACT Research Team. Hispanic and Asian adolescents have higher android/gynoid fat ratio than white adolescents in the U.S. (2007) *Obesity* 15(6):1565-1570.

141. Weaver, C. M., McCabe, L. D., McCabe, G. P., Novotny, R., Van Loan, M., Going, S., Matkovic, V., Boushey, C., Savaiano, D. A., and the ACT Research Team. Bone mineral and predictors of bone mass in white, Hispanic, and Asian early pubertal girls. (2007) *Calcified Tissue International* 81:352-363.

142. Cheong, J. M. K., Martin, B., Jackson, G. S., Elmore, D., McCabe, G. P., Nolan, J. R., Barnes, S., Peacock, M., and Weaver, C. M. Soy isoflavones do not affect bone resorption in postmenopausal women: a dose-response study using a novel approach with $^{41}$Ca. (2007) *Journal of Clinical Endocrinology & Metabolism* 92(2):577-582.

143. Weaver, C. M., Cheong, J., Jackson, G., Elmore, D., McCabe, G., and Martin, B. $^{3}$H-tetracycline as a proxy for $^{41}$Ca for measuring dietary perturbations of bone resorption. (2007) *Nuclear Instruments and Methods in Physics Research* B 259:790-795.

144. Braun, M., Palacios, C., Wigertz, K., Jackman, L. A., Bryant, R. J., McCabe, L. D., Martin, B. R., McCabe, G. P., Peacock, M., and Weaver, C. Racial differences in skeletal calcium retention in adolescent girls with varied controlled calcium intakes. (2007) *American Journal of Clinical Nutrition* 85:1657-1663.

145. Atkinson, S. A., McCabe, G. P., Weaver, C. M., Abrams, S. A., and O'Brien, K. O. Are current calcium recommendations for adolescents higher than needed to achieve optimal peak bone mass? The controversy. (2008) *Journal of Nutrition* 138:1182-1186.

146. Hill, K. M.., Braun, M., Kern, M., Martin, B.M., Navalta, J. W., Sedlock, D. A., McCabe, L., McCabe, G. P., Peacock, M., and Weaver, C. M. Predictors of calcium retention in boys. (2008) *Journal of Clinical Endocrinology & Metabolism* 93(12):4743-4748.

147. Weaver, C.M., McCabe, L. D., McCabe, G. P., Braun, M., Martin, B. M., DiMeglio, L. A., and Peacock, M. Vitamin D status and calcium metabolism in adolescent black and white girls on a range of controlled calcium intakes. (2008) *Journal of Clinical Endocrinology & Metabolism* 93(10):3907-3914.

148. Campbell, W. W., Johnson, C. A., McCabe, G. P., and Carnell, N. S. Dietary protein requirements of younger and older adults. (2008) *American Journal of Clinical Nutrition* 88:1322-1329.

149. Badylak, S. F., Valentin, J. E., Ravindra, A., McCabe, G., and Stewart-Akers, A. M., Macrophage phenotype as a determinant of biologic scaffold remodeling. (2008) *Tissue Engineering* 14(11) 1835-1842.

150. McKiernan, F., Hollis, J.H., McCabe, G., Mattes, R.D. Thirst-drinking, hunger-eating; tight coupling? (2009) Journal *of the American Dietetic Association* 109:486-490.

151. Eicher-Miller, H., Mason, A., Abbott, A. R., McCabe, G. P., and Boushey, C. J. The effect of food stamp nutrition education on the food insecurity of low-income women participants. (2009) *Journal of Nutrition Education and Behavior* 41(3):161-168.

152. Brown BN, Valentin JE, Stewart-Akers AM, McCabe GP, and Badylak SF. Macrophage phenotype and remodeling outcomes in response to biologic scaffolds with and without a cellular component. (2009) *Biomaterials* 30:1482-1491.

153. Eicher-Miller, HA, Mason, AC, Weaver, CM, McCabe, GP, and Boushey, CJ. Food insecurity is associated with iron deficiency anemia in US adolescents. (2009) *American Journal of Clinical Nutrition*, 90:1358-1371.

154. Weaver, CM, Martin, BR, Jackson, GS, McCabe, GP, Nolan, JR, McCabe, LD, Barnes, S, Reinwald, S, Boris, ME, and Peacock M. Antiresorptive effects of phytoestrogen supplements compared to estradiol or residronate in postmenopausal women using 41Ca methodology. (2009) *Journal of Clinical Endocrinology & Metabolism* 94(10):3798-3805.

155. Cheong, JMK, Gunaratna, NS, McCabe, GP, Jackson, G, and Weaver, CM. Bone seeking labels as markers for bone turnover: effect of diosing schedule on labeling various bone sites in rats (2009) *Calcified Tissue International* 85:444-450.

156. Lipka AE, McCabe GP, and Doerge RW. Associating SNPS with binary traits. (2009) *Proceedings of the Kansas State Conference in Applied Statistics in Agriculture,* Manhattan, KS, 5-19.

157. Gunaratna, N.S., De Groote, H., Nestel, P. Pixley, K.V., and McCabe, G.P. A meta-analysis of community-based studies on quality protein maize. (2010) *Food Policy* 35:202-210.

158. Sellaro, TL, Ranade A, Faulk D, McCabe GP, Dorko K, Badylak SF, and Strom, SC. Maintenance of human hepatocyte function in vitro by liver derived extracellular matrix gels. (2010) *Tissue Engineering: Part A* 16(3):1075-1082.

159. Thurnham DI, McCabe LD, Haldar S, Wieringa FT, Northrop-Clewes CA, and McCabe GP. Adjusting plasma ferritin concentrations to remove effects of subclinical inflammation in the assessment of iron deficiency: a meta-analysis. (2010) *American Journal of Clinical Nutrition* 92:546-555.

160. Wu L, Martin BR, Wastney ME, McCabe GP, McCabe LD, DiMeglio LA, Peacock M, and Weaver, CM. Calcium requirements and metabolism in Chinese American boys and girls. (2010) *Journal of Bone and Mineral Research* 25(8):1842-1849.

161. Hill KM, McCabe GP, McCabe LD, Gordon CM, Abrams SA, and Weaver CM. An inflection point of serum 25-hydroxyvitamin D for maximal suppression of parathyroid hormone is not evident from multi-site pooled data in children and adolescents. (2010) *Journal of Nutrition* 140:1983-1988.

162. Park CY, Hill KM, Elble AE, Martin BR, DiMeglio LA, Peacock M, McCabe GP, and Weaver CM. Daily supplementation with 25μg cholecalciferol does not increase calcium absorption or skeletal retention in adolescent girls with low serum 25-hydroxyvitamin D. (2010) *Journal of Nutrition* 140:2139-2144.

163. Floyd KA, Stella D, Wang CC, Om PS, Laurentz S, McCabe G, Srivastava OP, and Barnes S. Genistein and genistein-containing dietary supplements accelerate cataractogenesis in the male ICR/F rat. (2010) *Experimental Eye Research* 92:120-127.

164. Cheong JMK, Gunaratna NS, McCabe GP, Jackson G, Kempa-Steczko A, and Weaver CM. Bone seeking labels as markers for bone turnover: validation of urinary excretion in rats. (2011) *Osteoporosis International,* 22:153-157.

165. Lee, WH, McCabe, GP, Martin, BR, Weaver, CM. Validation of a simple isotope method for estimating true fractional absorption in adolescents (2011) *Osteoporosis International* 22:159-166.

166. Lee, WH, McCabe, GP, Martin, BR, Weaver, CM. Simple isotope method using oral stable or radioactive tracers for estimating true fractional absorption in adult women.  (2011) *Osteoporosis International,* 22:1829-1834.

167. Osborne DL, Weaver CM, McCabe LD, McCabe GP, Novotny R, Boushey C, and Savaiano, D.  Tanning predicts bone mass but not structure in adolescent females living in Hawaii. (2011) *American Journal of Human Biology* 23:470-478.

168. Hill KM, Braun MM, Egan KA, Martin BR, McCabe LD, Peacock M, McCabe GP, and Weaver CM.  Obesity augments calcium-induced increases in skeletal calcium retention in adolescents. (2011) *Journal of Clinical Endocrinology & Metabolism* 96(7): 2171-2177.

169. Weaver C, Martin B, Nakatsu C, Armstrong A, Clavijo A, McCabe, L, McCabe G, Duignan S, Schoterman M, and van den Heuvel, E. Galactooligosaccharides improve mineral absorption and bone properties in growing rats through gut fermentation (2011) *Journal of Agricultural and Food Chemistry,* 59:6510-6510.

170. Eicher-Miller HA, Mason, AC, Weaver CM, McCabe GP, Boushey, CJ.  Food insecurity is associated with diet and bone mass disparities in early adolescents United States males but not females. (2011) J*ournal of Nutrition,* 141:1738-1745.

171. Houchins J, Burgess J, Campbell W, Daniel J, Ferruzi M, McCabe G, and Mattes R. Beverage versus solid fruits and vegetables: long-term effects on energy intake and body weight (2012) *Obesity,* 20: 1844-1850.

172. Thurnham, DI and McCabe, GP.  Influence of infection and inflammation on biomarkers of nutritional status with an emphasis on vitamin A and iron.  *Report: Priorities in the Assessment of Vitamin A and Iron Status in Populations, Panama City, Panama, 15-17 September 2010,* World Health Organization, (2012), pp. 63-80.

173. Osborne DL, Weaver CM, McCabe LD, McCabe GM, Novotny R, Van Loan MD, Going S, Matkovic V, Boushey CJ, Savaiano DA, and the ACT research team.  Body size and pubertal development explain ethnic differences in structural geometry at the femur in Asian, Hispanic, and white early adolescent girls living in the U.S.  (2012) *Bone,* 51: 888-895.

174. Hill KM, Laing EM, Hausman DB, Acton A, Martin BR, McCabe GP, Weaver CM, Lewis RD, Peacock M. Bone turnover is not influenced by serum 25-hydroxyvitamin D in pubertal healthy black and white children.  (2012) *Bone,* 51: 795-799.

175. Hoza B, Vaughn A, Waschbusch DA, Murray-Close D, McCabe G.  Can children with ADHD be motivated to reduce bias in self-reports of competence? (2012) *Journal of Consulting & Clinical Psychology,* 80(2): 245-254.

176. Boyer LE, Laurentz S, McCabe GP, and Kranz S.  Shape of snack foods does not predict snack intake in a sample of preschoolers: a cross-over study. (2012)  *International Journal of Behavioral Nutrition and Physical Activity,* 9:94 http://www.ijbnpa.org/content/9/1/94.

177. Huber A, McCabe GP, Boruch, AV, Medberry C, Honerlaw M, and Badylak SF. Polypropylene-containing synthetic mesh devices in soft tissue repair: A meta analysis. (2012) *Journal of Biomedical Materials Research Part B,* 100B:145-154.

178. Hill KM, Martin BR, Wastney M, McCabe GP, Moe SM, Weaver CM, and Peacock M. Oral calcium carbonate affects calcium but not in stage 3-4 chronic kidney disease. (2013) *Kidney International,* 83: 959-966.

179. Conley TB, McCabe GP, Lim E, Yarasheski KE, Johnson CA, and Campbell WW. Age and sex affect protein metabolism at protein intakes that span the range of adequacy: comparison of leucine kinetics and nitrogen balance data. (2013) *Journal of Nutritional Biochemistry,* 24: 693-699.

180. Huss LR, Laurentz S, Fisher JO, McCabe GP, and Kranz S. Timing of dessert but not portion size affects young children's intake at lunchtime. (2013) *Appetite,* 68: 158-163.

181. Palacios C, Wigertz K., Braun M, Martin BR, McCabe GP, McCabe L, Pratt JH, Peacock M, and Weaver CM. Magnesium retention from metabolic studies in female adolescents: impact of race, dietary salt and calcium. (2013) *American Journal of Clinical Nutrition,* 97: 1014-1019.

182. Whisner CM, Martin BR, Schoterman MHC, Nakatsu CH, McCabe LD, McCabe GP, van den Heuvel EGHM, Weaver CM. Galacto-oligosaccharides increase calcium absorption and gut bifidobacteria in young girls: A double blind crossover trial (2013) *British Journal of Nutrition* 110:1292-1303.

183. Lewis RD, Laing EM, Gallant KMH, Hall DB, McCabe GP, Hausman DB, Martin BR, Warden, SL, Peacock M, and Weaver CM. A randomized trial of vitamin D3 supplementation in children: dose-response effects of vitamin D metabolites and calcium absorption. (2013) *Journal of Clinical Endocrinology & Metabolism* 98: 4816-4825.

184. Palacios C, Martin BR, McCabe GP, McCabe L, Peacock M, Weaver, CM. Dietary calcium requirements do not differ between Mexican American boys and girls. (2014) *Journal of Nutrition* 144:1167-1173.

185. Brauchla M, McCabe GP, Miller KB, and Kranz S. The effect of high fiber snacks on digestive function and diet quality in a sample of school-age children. (2013) *Nutrition Journal* 12:153.

186. Brauchla M, Reidenbach K, Baker S, McCabe GP, and Kranz S. The effect of introducing high-fiber snacks on school-age children's self-reported quality of life. 92014) *Health* 6(1):115-122, doi:10.4236/health.2014.61018.

187. Kranz S and McCabe GP. Examination opf the five comparable component scores of the diet quality indexes HEU-2005 and RD-DQI isomg a nationally representative sample of children 2-18 years old: NHANES 2003-2006, (2014) *Journal of Obesity* 2014 ID 376314.

188. Griggs A, Agim ZS. Mishra V, Tambe M, Director-Myska A, Turteltaub K, McCabe G, Rochet J-C. Cannon J. 2-amino-1-methyl-6-phenylimidazo[4,5-b]pyridine (PhIP) is selectively toxic to primary dopaminergic neurons in vitro. (2014) *Toxicological Sciences* 140(1): 179-189.

189. Whisner CM, Martin BR, Nakatsu CH, McCabe GP, McCabe LD, Peacock M, and Weaver CM, Soluble maize fiber affects short-term calcium absorption in adolescent boys and girls: a randomized controlled trial using dual stable isotopic tracers. (2014) *British Journal of Nutrition* 112(03):446-456.

190. Park CY, Lee WH, Fleet JC, Allen MR, McCabe GP, Walsh DM, and Weaver CM. Calcium and vitamin D intake maintained from pre-ovariectomy independently affect calcium metabolism and bone properties in Sprague Dawley rats. (2014) *Osteoporosis International* 25:1905-1915.

191. Pawlowski JW, Martin BR, McCabe GM, Ferruzzi M, Weaver CM.  Plum and Soy Extracts Superior at Increasing Bone Calcium Retention in Ovariectomized Sprague Dawley Rats (2014) *Journal of Agricultural and Food Chemistry* 62(26):6108-6117.

192. Berger PK, Laing EM, Pollock NK, Warden SJ, Hill Gallant KM, Hausman DB, Tripp RA, McCabe LD, McCabe GP, Weaver CM, Peacock M, Lewis RD.  Association of adenovirus 36 infection with adiposity and inflammatory-related markers in children. (2014) *Journal of Clinical Endocrinology & Metabolism* 99(9):3240-3246.

193. Tang M, McCabe GP, Elango R, Pencharz PB[4], Ball RO, and Campbell WW.  Assessment of protein requirement in octogenarian women using the indicator amino acid oxidation technique (2014) *American Journal of Clinical Nutrition* 99:891-898.

194. Homan E, McCabe GP, Peacock M, and Weaver CM.  Validation of urinary calcium isotope excretion from bone for screening anabolic therapies for osteoporosis. (2014)  *Osteoporosis International* 25:2471-2475.

195. McCabe GP. Translational Statistics. (2014)  *Journal of Translational Medicine and Epidemiology* 2(1):1022.

196. Anguah KO-B, Wonnell BS, Campbell WW, McCabe GP, McCrory MA.  A blended rather than whole lentil mean with or without α-galactosidase mildly increases healthy adults' appetite but not their glycemic response.  (2014) *Journal of Nutrition,* 144(12):1963-1969.

197. Hoza B, Smith AL, Shoulberg EK, Linnea KS, Dorsch TE, Blazo JA, Alerding C, and McCabe GP.  A randomized trial examining the effects of aerobic physical activity on attention-deficit/hyperactivity disorder symptoms in young children. (2015)  *Journal of Abnormal Child Psychology,* 43:655-667.

198. Weaver CM, Lawlor M, and McCabe GP.  Predicting calcium requirements in children. *Proceedings of the Ninth International Symposium on Nutritional Aspects of Osteoporosis,* 2015.

199. Pawlowski JW, Martin BR, McCabe GP, McCabe L, Jackson GS, Peacock M, Barnes S, and Weaver CM.  Impact of equol producing capacity and soy isoflavone profiles of supplements on bone calcium retention in postmenopausal women. (2015) *American Journal of Clinical Nutrition,* 102:695-703.

200. Ysselstein D, Joshi M, Mishra V, Griggs AM,, McCabe GP, Post C, and Rochet J-C.  Effects of impaired membrane interactions on alpha-synuclein aggregation and neurotoxicity.  (2015) *Neurobiology of Disease,* 79:150-163.

201. Bidassie B, Barany JW, McCabe, GP, Duffy VG, and Witz, SM.  Occupational and lifestyle risk factors for low back injury in a Midwest university.  (2016)  *Theoretical Issues in Ergonomic Science,* 17:3, 239-266.

202. Jacobi JL, Yang B, Li, X, Menze AK, Lachcik P, McCain R, Laurentz SM, Janle EM, Ferruzzi MG,  McCabeGP, Chapple C, Kirchmaier AL.  Impacts on Sirtuin Function and Bioavailability of the Dietary Factor Dihydrocoumarin.  (2016) *PLOS ONE* 11(2): e0149207.  Doi:10.1371/journal.pone.0149207.

203. Martin BR, McCabe GP, McCabe L, Jackson GS, Horcajada MN, Offord-Cavin E, Peacock M, and Weaver CM.  Effect of hesperidin with and without a calcium (Calcilock®) supplement on bone health in postmenopausal women.  (2016)  *Journal of Clinical Endocrinology & Metabolism* 101(3):923-927.

204. Ferira AJ, Laing EM, Hausman DB, Hall DB, McCabe GP, Martin BM, Hill Gallant KM, Warden SJ, Weaver CM, Peacock M, and Lewis RD. Vitamin D supplementation does not

impact insulin resistance in black and white children.  (2016) *Journal of Clinical Endocrinology & Metabolism* 101(4):1710-1718.

205. Weaver, CM, Martin BR, Jackson GS, McCabe GP, Peacock M, Wastney M.  Calcium-41 technology for monitoring changes in bone mineral. (2016) *Osteoporosis International* DOI 10.1007/s00198-016-3819-3.

206. Weaver CM, Lawlor M, and McCabe GP.  Predicting calcium requirements in children.  In C.M. Weaver et al. (eds.) *Nutritional Influences on Bone Health,* Springer *(*2016) DOI 10.1007/978-3-319-32417-3_16.

207. Jakeman SA, Henry CN, Martin BR, McCabe GP, McCabe LD, Jackson GS, Peacock M, and Weaver CM.  Soluble corn fiber increases bone calcium retention in postmenopausal women in a dose-dependent manner. (2016) *American Journal of Clinical Nutrition,* 104:837-843.

208. Macdonald-Clarke CJ, Martin RL, McCabe LD, McCabe GP, Lachcik PJ, and Weaver CM.  Bioavailability of potassium from potatoes and potassium gluconate. (2016)  *American Journal of Clinical Nutrition,* 104(2):3460353.

209. Whisner CM, Martin BM, Nakatsu CH, Story JA, MacDonald-Clark CJ, McCabe L, McCabe G, and Weaver CM.  Soluble corn fiber has a dose-dependent influence on calcium absorption associated with shifts in the gut microbiome: A randomized controlled trial in free-living pubertal girls. (2016) *Journal of Nutrition,* 146(7):1298-1396.

210. Whisner CM, Martin BM, Nakatsu CH, Story JA, MacDonald-Clark CJ, McCabe L, McCabe G, and Weaver CM.  Soluble corn fiber has a dose-dependent influence on calcium absorption associated with shifts in the gut microbiome: A randomized controlled trial in free-living pubertal girls. (2016) *Journal of Nutrition,* 146(7):1298-1396.

211. Weaver CM, Martin BR, McCabe GP, McCabe LD, Woodard M, Anderson CAM, Appel LJ.  Individual variation in urinary sodium excretion among adolescent girls on a fixed intake. (2016)  *Journal of Hypertension,* 34(7):1290-1297.

212. Ysselstein D, Dehay B, Costantino IM, McCabe GP, Frosch MP, George JM, Bezard E, and Rochet JC.  Endosulfine alpha inhibits membrane-induced alpha-synuclein aggregation and protects against alpha-synuclein neurotoxicity.  (2017)  *Acta Neuropathologica Communications* 5:3 DOI 10.1186/s49478-016-0403-7.

213. Vogel KA, Martin BR, McCabe LD, Peacock M, Warden S, McCabe GP, and Weaver.  The effect of dairy intake on bone mass and body composition in early pubertal girls and boys: a randomized controlled trial.  (2017) *American Journal of Clinical Nutrition* 105:1214-1229.

214. Pellegrini GG, Cregor M, McAndrews K, Morales CC, McCabe L, McCabe G, Peacock M, Burr D, Weaver C, and Bellido T.  Nrf2 regulates mass accrual and the antioxidant endogenous response in bone differently depending on sex and age.  (2017) *PLOS ONE* 12(2): e0171161.doi.1371/journal.pone.0171161.

215. Kindler LM, Pollock NK, Laing EM, Oshri A, Jenkins NT, Isales CM, Hamrick MW, Ding K-H, Hausman DB, McCabe GP, Martin BR, Hill Gallant KM, Warden SJ, Weaver CM, Peacock M, and Lewis RD.  Insulin resistance and the IGF-I-cortical bone relationship in children ages 9 to 13 years. (2017)  *Journal of Bone and Mineral Research* 32(7): 1537-1545.

216. Giudici KV, Kindler JM, Martin, BR, Laing EM, McCabe GP, McCabe LD, Hausman DB, Martini LA, Lewis RD, Weaver CM, Peacock M, and Gallant KMH.  Associations among osteocalcin, leptin and metabolic health in children aged 9-13 years in the United States (2017) *Nutrition & Metabolism* 14:25 DOI 10.1186s12986-017-0171-9.

217. Jacquet AR, Timmers M, Ma SY, Thieme A, McCabe GP, Vest JHC, Lila MA, and Rochet, JC.  Lumbee traditional medicine: neuroprotective activities of medicinal plants used to treat Parkinson's Disease-related symptoms. (2017)  *Journal of Ethnopharmacology* 206:408-425.

218. Ysselstein D, Dehay B, Costantino IM, McCabe GP, Frosch MP, George JM, Bezard E, and Rochet J-C. Endosulfine-alpha inhibits membrane-induced a-synuclein aggregation and protects against a-synuclein neurotoxicity. (2017) *Neuropathologica Communications* 5:3.

219. Jacquet JR, Tambe MA, Ma SY, McCabe GM, Vest JHC, and Rochet JC. Pikuni-Blackfeet traditional medicine: Neuroprotective activities of medicinal plants used to treat Parkinson's disease-related symptoms. *Journal of Ethnopharmacology* (2017) 206:393-407.

220. Bailey RL, Fulgoni VL, Taylor CL, Pfeiffer CM, Thuppal SV, McCabe GP, and Yetley EA. Correspondence of folate dietary intake and biomarker data. (2017) American Journal of Clinical Nutrition 105(6):1336-1343 doi: 10.3935/acjn.116.148775

221. Wright CS, Laing EM, Pollock NK, Hausman DB, Weaver CM, Martin BR, McCabe GP, Peacick M, Warden SJ, Hill Gallant KM, and Lewis RD. Serum 25-Hydroxyvitamin D and intact parathyroid hormone influence muscle outcomes in children and adolescents. (2018) *Journal of Bone Mineral Research* 33(11):1940-1947.

222. Lee Y, Savaiano D, McCabe G, Pottenger F, Welshimer K, Weaver C, McCabe L, Novotny R, Read M, Going S, Mason A, Van Loan M, and Boushey Carol. Behavioral intervention in adolescents improves bone mass; yet lactose maldigestion is a barrier. (2018) *Nutrients* 10,421; doi10040421.

223. Lubecka K, Flower K, Beetch M, Kurzava L, Buvala H, Gawrieh, Liangpunsakul S, Gonzalez T, McCabe G, Chalasani N, Flanagan JM, and Stefanska B. Loci-specific differences in blood DNA methylation in HBV-negative populations at risk for hepatocellular carcinoma development. (2018) *Epigenetics* doi.org/10.1080/15592294.2018.1481706.

224. Cruz-Hernandez A, Agim ZS, Montenegro PC, McCabe GP, Rochet J-C, Cannnon JR. Selective dopaminergic neurotoxicity of three heterocyclic amine subclasses in primary rat midbrain neurons. (2018) *Neurotoxicity* 65:68-84 doi 10.1016/j.neuro.2018.01.009 PMC6015749.

225. Weaver CM, Bailey RL, McCabe LD, Moshfegh AJ, Rhodes DG, Goldman JD, Lobene AJ, and McCabe GM. Mineral intake ratios are a weak but significant factor in blood pressure variance in U.S. adults. (2018) *Journal of Nutrition* 148(11):1845-1851 doi.org/10.093/jn/nxy199.

226. Lawlor MR, Weaver CM, Craig BA, Whiting SJ, Baxter-Jones ADG, Vatanparast H, and McCabe GP. Peak BMC Growth and Calcium Requirements for Children. In: Weaver C., Bischoff-Ferrari H., Daly R., Wong MS. (eds) Nutritional Influences on Bone Health. (2019) Springer Nature Switzerland. Doi.org/10.1007/978-3-319-98464-3_4.

227. Lobene AJ, McCabe LD Stone MS, Kindler JM, Bailey RL, Moshfegh AJ, Rhodes DG, Goldman JD, McCabe GP, and Weaver CM. Dietary mineral intake ratios and bone health in adults. In: Weaver C., Bischoff-Ferrari H., Daly R., Wong MS. (eds) Nutritional Influences on Bone Health. (2019) Springer Nature Switzerland. Doi.org/10.1007/978-3-319-98464-3_6.

228. Stremke ER, McCabe LD, McCabe GP, Martin BR, Moe SM, Weaver CM, Peacock M, and Hill Gallant KM. Twenty-four-hour urine phosphorus as a biomarker of dietary phosphorus intake and absorption in CKD: a secondary analysis from a diet balance study. (2018) *Journal of the American Society of Nephrology* 13(7):1002-1012 doi 10.2215/CJN.00390118, PMC6032595.

229. Kindler JM, Lobene AJ, Vogel KA, Martin BR, McCabe LD, Peacock M, Warden SJ, McCabe, GP, and Weaver CM. Adiposity, insulin resistance, and bone mass in children and adolescents. (2018) ***Journal of Clinical Endocrinology & Metabolism 104(3):892-899 doi: 10.1210/jc.2018.00353.***

**Statistical Consulting Service Reports 1971 - 2003**

**Current Research Funding**
Shekhar (PI) NIH Clinical and Translational Sciences Award. The goal of this application is to establish a statewide Institute for enhancing clinical and translational research in Indiana, proposed by Indiana University in partnership with Purdue University and several key community organizations. Role: Co-Investigator, 07/01/13-06/30/18, 5%.
Weaver, Connie (PI) Alliance for Potato Research and Education.  The effect of potatoes on potassium retention, acid base balance, and blood pressure reduction in mildly hypertensive men and women.  The goal of this research is to assess the effect of potatoes on potassium retention, acid base balance, and blood pressure reduction in mildly hypertensive men and women. Role: Co-Investigator, 11/1/15-3/31/17, 5% for two months.
Weaver, Connie (PI) NIH R01 Berries and bones.  The goal of this research is to test the hypothesis that bioactive polyphenol metabolites from blueberries work through modulation of Nrf2 activity to reduce bone loss using mouse, rat, human, and *in vitro* models of menopause-induced and age-related bone loss. Role: Co-Investigator, 09/30/2014 - 08/31/2019, 5% (years 1 & 5).
Weaver, Connie (PI) NIH A DASH-Sodium Trial in Adolescents.  The goal of this research is to investigate the effects of diet (usual versus DASH) and sodium reduction (low versus high) on the blood pressure of adolescents in a controlled randomized trial. Role: Co-Investigator, 08/01/2015 - 07/31/2021, 10%

**Consulting Experience**
Longines Symphonette Society (Capitol Records) - 1970
American United Life Insurance Company - 1970-72
Design and Manufacturing Corporation - 1973-74
Great Lake Chemical Corporation - 1973
Motorola, Inc. - 1974
Federal Energy Administration - 1975
JJJ Statistical Applications, Inc. - 1975-76
Indiana University Medical School - 1977-1982
Hobart Corporation - 1977
National Association of Insurance Commissioners - 1977
American Hospital Association - 1977
General Motors (discrimination cases) - 1977-84
Houghton-Mifflin (discrimination case) - 1979-80
APCOA and ITT (theft case) - 1978-79
Valparaiso School District (discrimination case) - 1979
Boeing (discrimination case) - 1979-80
Michigan State University (discrimination case) - 1980
Merchants National Bank (discrimination statistics) - 1980-81
Oak Ridge National Laboratories - 1980-81
Ridge Company (damage case) - 1982-84
Beech Aircraft (discrimination case) - 1982-83
Food and Drug Administration - 1982-84
Environmental Protection Agency - 1984, 1986

Best Lock Corporation - 1988, 1989
Boehringer Mannheim Corporation - 1989-91, 1994, 1996
Ross Gear (TRW) - 1989-90, 1993, 1994, 1996
GenCorp - 1990
Cablec Corp, BICC Cables - 1990-91
US Environmental Protection Agency - 1992
Deprenyl Animal Health - 1992
Kraft General Foods - 1992
Med Institute, Inc - 1993, 1995
Ameritech Services Inc. (McTurnan and Turner) - 1995-96
Indiana Bell (Locke, Reynolds, Boyd, and Weisell) - 1995-96
Eli Lilly - 1996
Micronutrient Initiative (Canada) - 1996
Hemocleanse - 1996
Biocontrol Technology - 1996
Harry Wilson (cheating issue) - 1996
Hood Law Firm (Med. Univ. of SC, discrimination case) - 1996
Stan Lubin (Allied Signal, discrimination case) - 1996
Schleier Law Offices (Honeywell, discrimination case) - 1996
Shook, Hardy, Bacon - 1998-1999
Anthem Insurance Company - 1999
Cummins Engine Company, Columbus, IN - 1999
U.S. Department of Justice, Indianapolis, IN - 1999-2000
International Life Sciences Institute (ILSI) - 1998-2001
Micronutrient Initiative (Canada) - 1998-2000
Fifth-Third Bank - 2000
U.S. Veteran's Administration - 1999-2001
University of Akron - 2000-2002
Johns Hopkins University - 2000
Ice Miller - 2000
Wurth/Service Inc. - 2000
Baker Daniels - 2000
Locke Reynolds LLP - 2001
Indiana University School of Medicine - 2001
Klapper Isaac & Parish (Locke Reynolds) - 2001
Rollins School of Public Health, Emory University - 2001
Debervoise & Plimpton, Esqs. - 2001
Hunt Suedhoff Kalamaros, LLP - 2002
United States Attorney's Office, Northern District of Indiana - 2003-2005
Emory University - 2004
Perkins Coie - 2004-2005
Hoffman Reilly Pozner & Williamson LLP - 2004
Barnes & Thronburg LLP - 2005-2006
Ice Miller, LLP - 2006
Barnes & Thornburg LLP - 2007

Kramer Levin Naftalis & Frankel LLP - 2007
Faruki Ireland & Cox PLL – 2007-2008
Texas Education Agency – 2008
Office of the Indiana Attorney General – 2008-2009
Shook Hardy & Bacon LLP – 2008-2009
Walgreens -2009
Ethicon Endo-Surgery – 2009
Herrick, Feinstein LLP – 2009-2010
Carpenter Lipps & Leland – 2010-2015
DLA Piper U.S.  LLP – 2010
Baker & Daniels LLP – 2010
Litchfield Cavo, LLP – 2011
Cherry Tree BSC – 2015
Hogan Lovells US LLP – 2013
Kramer Levin Naftalis & Frankel LLP – 2013
Litchfield Cavo LLP – 2013 - 2015
Campbell Soup Company – 2014 – 2015
Oppenheim + Zebrak, LLP – 2015
Litchfield Cavo LLP – 2016 – 2017
Decatur County Memorial Hospital – 2017
Barnes & Thornburg – 2017 – 2018
Kindred Rehabilitation Services – 2018
Oppenheim + Zebrak, LLP – 2019

**Short Courses**
BMDP Seminar (with J.N. Arvesen) - 1976 - New York, N.Y.
Multivariate Analysis for Forestry Problems - 1980 - U.S. Forest Service, Carbondale, IL
Equal Employment Opportunity Litigation Seminar sponsored by Equal Employment
Commission, Indiana University School of Law, Indiana Continuing Legal Education Forum &
Indiana State Bar Assoc. - 1982 - Indianapolis, IN.
Mexican National Institute of Public Health (INSP) Summer Program on Public Health and
Epidemiology, Introduction to Meta Analysis, August 16-20, 2010, course for graduate students
in nutrition from Latin America, Cuernavaca, Mexico.
Introductory Course on Biostatistics, June 18-22, 2012, HRB Clinical Research Facility,
National University of Ireland Galway.
Introductory Course on Biostatistics, June 4-7, 2013, HRB Clinical Research Facility, National
University of Ireland Galway.

**Talks and Addresses**
October 2015 – The power of calcium, joint presentation with Connie Weaver at Purdue
President Mitch Daniels Faculty Colloquia at Westwood
August 2014 – The impact of computing on the transition from consulting to collaboration: a
historical perspective, Joint Statistical Meetings, Boston, MA.
October 2011 - Assessment of the effectiveness of treatments designed to reduce bone loss:
design and analysis issues, New Horizons in GI and Liver Cancers Lecture Series, MD Anderson
Cancer Center, Houston, Texas.

May 2011 – Analysis of data from $^{41}$Ca experiments to assess the effectiveness of treatments designed to reduce bone loss, 31st Conference on Applied Statistics in Ireland, Galway, Ireland.

September 2010 - The effect of sub-clinical infection on serium ferritin and serum retinol: two meta-analyses, WHO Nutrition Guidance Expert Advisory Group (NUGAG) Monitoring and Evaluation Subgroup Meeting on Guidelines for the Assessment of Vitamin A and Iron Status in Populations, PAHO, Panama City, Panama.

August 2008 - Ethics and the Introductory Statistics Course, Joint Statistical Meetings, Denver, Colorado.

July 2007 - The future of pro-bono statistics, discussion, Joint Statistical Meetings, Salt Lake City, Utah.

July 2007 - The ethical use of statistics in research, Joint Statistical Meetings, Salt Lake City, Utah.

October 2007 - Meta analysis, Food & Nutrition Conference & Expo, American Dietetic Association, Philadelphia, Pennsylvania.

May 2005 - Montgomery Lecture Series Scholar, The Culver Academies, Culver, Indiana.

August 2004 - Statistical Consulting within the University, Joint Statistical Meetings, Toronto, Canada.

April 2004 - Panel Discussion of the IOM report on the Use of Dietary Reference Intakes in Nutrition Labeling, Washington DC.

February 2004 - Analysis of $^{41}$Ca data, Conference on 41-Calcium in bone research, Zurich, Switzerland.

December 2002 - Uses and abuses of statistics in litigation in the US, National University of Ireland, Limerick.

November 2002 - Uses and abuses of statistics in litigation in the US, Trinity College, Dublin.

October 2002 - Uses and abuses of statistics in litigation in the US, National University of Ireland, Galway.

October 2002 - Workshop on Meta Analysis: Statistical Methods for Combining Data from Different Studies, National University of Ireland, Galway.

March 2001 - Some statistical problems related to vitamin A deficiency and anemia in developing countries, Celebration of the Creation of the Department of Statistics, Western Michigan University, Kalamazoo, MI.

November 2000 - Vitamin A and morbidity of young children, 17th Annual Ohio Statistics Conference, The University of Akron, Akron, OH.

March 1999 - The home court advantage in Big 10 basketball, Arizona State University Statistics Week, Tempe, AZ.

November 1998 - Examples of consulting success, 13th Annual Mathematical Sciences Department Chairs Colloquium, Washington, DC.

June 1998 - Models for relating calcium intake and retention with varying numbers of observations per subject, Nutrition and Statistics Workshop, Purdue University, West Lafayette, IN.

March 1997 - Discussant for session on statistical consulting in the University, Joint Biometric Society (ENAR), IMS and ASA Meetings, Memphis, TN.

October 1996 - Statistical consulting:  soft and hard skills, 1996 Lilly Global Statistics Conference, Indianapolis, IN

August 1996 - Logistic regression: an introduction. Consultants Forum, Joint Statistical Meetings, Chicago, IL.

January 1996 - Assessing the use of technology in mathematics education: statistical issues, Joint Winter Meetings of the American Mathematical Society and the Mathematical Association of America, Orlando, FL.

October 1995 - Vitamin A and young child mortality, Chicago Chapter of the American Statistical Association, Chicago, IL.

March 1995 - A statistical analysis of the relationship between Vitamin A and young children mortality, University of Colorado at Denver, Denver, CO.

June 1995 - Residuals can appear to be more normal than normals, Multiple Decision Theory and related topics; A conference in honor of Shanti S. Gupta, Purdue University.

May 1995 - The home court advantage in Big 10 basketball, Colorado-Wyoming Chapter of the American Statistical Association, Boulder, CO.

May 1995 - Vitamin A and young child mortality, Colorado State University, Fort Collins, CO.

August 1995 - Power as a function of reliability (with Marcey L. Abate), Joint Statistical Meetings, Orlando, FL.

December 1993 - Vitamin A and young child mortality, Biostatistics Department, Indiana University School of Medicine, Indianapolis, IN.

August 1993 - The home court advantage in Big 10 basketball, Joint Statistical Meetings, San Francisco, CA.

May 1993 - Empirical Bayes and meta analysis: a case study, First Multinational Conference on Bayesian Econometrics and Statistics, Basel to Amsterdam.

January 1993 - A statistical analysis of the relationship between vitamin A and young child mortality, Purdue University, W. Lafayette, IN.

June 1992 - Selection of factors and levels in the design of experiments, First Great Lakes Symposium on Experimental Design: Industrial and Clinical, Kalamazoo, MI.

December 1991 - The home court advantage in Big Ten basketball, Calvin College, Grand Rapids, MI.

February 1991 - Design of experiments:  principles and a case study, Lafayette Section of the American Society for Quality Control.

April 1990 - Are blocks different from random factors?, Michigan State University, East Lansing, MI.

April 1990 - Design and analysis of complex experimental designs: a case study, MidMichigan Chapter of the American Statistical Association.

October 1989 - Interpretation of the analysis of complex experimental designs: a case study. American Mathematics Society Special Session on Probability and Statistics, Ball State University, Muncie, IN.

March 1989 - Statistical Consulting at Purdue, Indiana University, Bloomington, IN.

January 1989 - Assessing salary equity with regression analysis, 1989 American Statistical Association Winter Conference, San Diego, CA.

December 1988 - Selection of variables for multivariate quality control, Indianapolis Section of the American Society for Quality Control, Indianapolis, IN.

March 1988 - Analysis of the Egypt CRSP data, Nutrition Institute, Cairo, Egypt.

November 1986 - The art of designing experiments, Conference in Honor of the Retirement of Professor Virgil L. Anderson, Purdue University, W. Lafayette, IN.

August 1986 - Uses of principal variables, American Statistical Association Annual Meetings, Chicago, IL.

April 1986 - Probability and Statistics, Reliability-Based Wood Design Symposium, Purdue University, W. Lafayette, IN.

May 1985 - Analysis of a large messy data set: a case study, University of Tromso, Tromso, Norway.

May 1985 - Principal variables, University of Umea, Umea, Sweden.

May 1985 - Variable selection methods in statistics, University of Umea, Umea, Sweden.

May 1985 - Principal variables, CIBA/GEIGY, Basel, Switzerland.

April 1985 - Analysis of a large messy data set: a case study, University of Berne, Berne, Switzerland.

April 1985 - Principal variables, University of Berne, Berne, Switzerland.

April 1985 - Principal variables, National University of Singapore, Singapore.

March 1985 - Statistical procedures for Production Compliance Audits, Statistical society of Australia, Western Australia Branch, Nedlands, WA, Australia.

March 1985 - Variable selection methods in statistics, University of Western Australia, Nedlands, WA, Australia.

March 1985 - Principal Variables, University of Melbourne, Melbourne, VIC, Australia.

March 1985 - Principal variables, University of Wollongong, Wollongong, NSW, Australia.

March 1985 - Principal variables, University of Queensland, St.Lucia, QLD, Australia.

February 1985 - Analysis of a large messy data set: a case study, CSIRO and Monash University, Clayton, VIC, Australia.

August 1983 - Principal variables, University College, Cork, Ireland.

October 1982 - Analysis of a medical data set, Cincinnati ASA Chapter, Cincinnati, OH.

August 1982 - Principal variables: alternatives to principal components, Joint Statistical Meetings, Cincinnati, OH.

February 1982 - Principal variables: alternatives to principal components, ASA Chapter Meeting, Kalamazoo, MI.

February 1982 - Analysis of a medical experiment, University of Western Michigan, Kalamazoo, MI.

November 1981 - Principal variables: alternatives to principal components, Ohio State University, Columbus, Ohio.

November 1981 - Statistical analysis of a medical experiment, Cornell University.

November 1981 - Principal variables: alternatives to principal components, Cornell University, Ithaca, NY.

October 1981 - Statistical analysis of a complex data set, UWA.

October 1981 - Statistical consulting, Western Australian Institute of Technology, Perth, Western Australia.

October 1981 - Alternatives to principal components: single population variable selection, UWA.

October 1981 - Statistics in the courtroom: uses of statistics in legal settings, University of Western Australia, Perth, Western Australia.

November 1981 - Principal variables: alternatives to principal components, Cornell University, Ithaca, NY.

November 1980 - The role of statistical consulting in graduate training, Conference on Teaching of Statistics and Statistical Consulting - Ohio State University.

October 1980 - The 27% rule, Michigan State University, East Lansing, MI.

October 1979 - The 27% rule and experimental design, Purdue University, West Lafayette, Indiana.

August 1979 - The interpretation of regression analysis results in sex and race discrimination problems, Joint Statistical Meetings, Washington, D.C.

August 1978 - Variable selection in discriminant analysis with unequal covariance matrices. COMPSTAT - the Third Symposium on Computational Statistics, Leiden, The Netherlands.

August 1978 - Use of the 27% rule in experimental design. Joint Statistical Meetings, San Diego, California.

April 1978 - "Statistical Testimony in Title VII Class Action Suits", General Motors Conference on Statistical Defense of Title VII Class Action Suits, Detroit, Michigan.

March 1978 - "Use of the twenty-seven percent rule in experiment design", McGill University, Montreal, Quebec.

February 1978 - "Uses of statistics in discrimination problems," Manchester College, North Manchester, Indiana.

February 1978 - "The twenty-seven percent rule," University of Wisconsin, Madison, Wisconsin.

August 1977 - "Evaluation of regression coefficient estimates using alpha-acceptability," Joint Statistical Meetings, Chicago, Illinois.

May 1977 - "A framework for evaluating alternatives to least squares regression coefficient estimates," Pennsylvania State University, State College, Pennsylvania.

April 1977 - "Acceptance levels for regression estimates," University of Delaware, Newark, Delaware.

November 1976 - "Evaluation of Regression Coefficient Estimates," Columbia University, New York, New York.

October 1976 - "Confidence procedures in regression analysis," Princeton University, Princeton, New Jersey.

September 1976 - "A confidence set approach to variable selection problems in regression analysis," Rutgers University, New Brunswick, New Jersey.

August 1976 - "Sex discrimination in faculty salaries: a method for detection and correction," American Statistical Association Meetings, Boston, Massachusetts.

July 1975 - "Selecting variables for regression analysis," Bell Telephone Laboratories, Holmdel, New Jersey.

April 1975 - "Some problems in the selection of variables in regression analysis," University of Wisconsin.

March 1975 - "Discrete bivariate data with censoring of one variate: tests for randomness with application to dendritic trees," invited address, Central Regional Meeting, Institute of Mathematical Statistics, St. Paul, Minnesota.

February 1975 - "Selection of regression variables: methods using cost criteria," invited address, Eighth Symposium on Computer Science and Statistics, Los Angeles, California.

February 1975 - "Some problems in selecting variables for regression analysis," Purdue University.

December 1973 - "Subset selection of regression variables using cost criteria," Joint Statistical Meetings, New York, New York.

August 1972 - "Estimation of the number of terms in a sum," Joint Statistical Meetings, Montreal, Canada.

October 1971 - "Estimation of the number of terms in a sum," Purdue University.

August 1971 - "Estimating the number of terms in a sum," Clemson University Symposium on Cluster Analysis and Pattern Recognition, Clemson, South Carolina.

March 1971 - "Reliability of computer programs used in regression analysis," invited address, Central Indiana Chapter, American Statistical Association, Indiana University Medical Center, Indianapolis, Indiana.

August 1970 - "Estimation of a Poisson integer mean," Meeting of the Institute of Mathematical Statistics, Laramie, Wyoming.

May 1970 - "Some problems in sequential discrimination," Columbia University, New York, New York.

February 1970 - "Estimation of integer means for exponential families," Purdue University, West Lafayette, Indiana.

## APPENDIX 2 – DATA SOURCES

**Notice Data (Plaintiffs_00286430)**



     *File Name*: ████████████████████

     *Description*: ██████████████████████████████ (These data were also produced in an Excel file as Plaintiffs_00286280).

     *Variables*:

**Subscriber ID Data (COX_SONY_00515540)**

     *File Name*: ████████████████

     *Description*: ██████████████████████████and December 1, 2014.

     *Variables*: ████████████████████████████

**Audible Magic Data (Plaintiffs_00286431)**

     *File Name*: ██████████████████

     *Description*: ██████████████████████████ (These data were also produced in an Excel file as Plaintiffs_00286281, but without the metadata included in Plaintiffs'00286431.)

     *Variables*: ████



**<u>Download Data</u> (Plaintiffs_00286432)**

       *File Name*: █████████████████

       *Description*: ████████████████████████████

       *Variables*: ████

**<u>Ticket Action Data</u> (COX_SONY_00515539)**

       *File Name*: ████████

       *Description*: ████████████████████████████

       *Variables*: ████

**<u>Sound Recordings List</u> (Plaintiffs_00288954)**

*File Name*:    Exhibit A (2d Amendment).xlsx

*Description*:   An Excel worksheet with 7057 records for sound recordings Plaintiffs allege were infringed during the claim period by repeat copyright infringers.

*Variables*:    (Not Labeled) ID
               Artist
               Track
               Plaintiff
               Reg. No.

**<u>Compositions List</u> (Plaintiffs_00288953)**

*File Name*:    Exhibit B (2d Amendment).xlsx

*Description*:   An Excel worksheet with 3421 records for compositions Plaintiffs allege were infringed during the claim period by repeat copyright infringers.

*Variables*:    (Not Labeled) ID
               Track
               Reg No.
               Plaintiff

**<u>Cox Billing Data</u> (COX_SONY_00973764 - COX_SONY_00973767)**

*File Name*:    ████████████████

*Description*:   ████████████████████████████████

*Variables*:    ████████████████



## <u>APPENDIX 3 - METHODOLOGY</u>

1.  I conducted my analysis using SAS, a software suite for advanced analytics and data management.  Broadly speaking, I used SAS to integrate, subset, and analyze the various data sources.  Below, I present an outline of the steps I took in my analysis.

### Linking Cox Subscriber IDs to Plaintiffs' Notice Data

2.  To support Plaintiffs' claim that Cox's subscribers infringed each of the Works in Suit after Plaintiffs sent at least two notices, it is necessary to know which records in the <u>Notice Data</u>[4] apply to which subscribers.  Because Cox provided <u>Subscriber ID Data</u> corresponding to Plaintiffs' notices, the first step of my analysis was to link these two data sources.



3.

4.

5.

6.

7.

<hr />

[4] For clarity, data sets are underlined, and variables italicized.

[5] The field included is the email subject line for the notices sent by Plaintiffs.  All of the email subject lines start with "Copyright Infringement - Notice ID #" followed by Plaintiffs' Notice ID number.

8.

9.

10.

11.

12.

13.

14.

15.







