UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**DECLARATION OF JEREMY BLIETZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# [Declaration filed under seal]