# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**DECLARATION OF ALASDAIR MCMULLAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# [Filed under seal]