UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER

UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5 to file under seal or temporary seal documents and information, which constitute or discuss confidential business information that has been designated as Highly Confidential or Confidential under the Stipulated Protective Order (ECF No. 60), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED. The following materials shall remain under seal until further order of the Court.

- Exhibits 1-8, 12, 14-43, 45, 47, 49-66, and 68-71 of the Declaration of Jeffrey Gould in Support of Plaintiffs' Motion for Summary Judgment, and portions of the declaration and memorandum that cite to, discuss, or disclose Plaintiffs' confidential information contained therein;

- Declarations of Jeremy Blietz, David Kokakis, Wade Leak, Alasdair McMullan, Anish Patel, and Steven Poltorak (attached to ECF No. 325), including exhibits, filed in support of Plaintiffs' Motion for Summary Judgment;

- Certain portions of the Declarations of Sam Bahun, Barbara Frederiksen-Cross, William H. Lehr, and George P. McCabe (attached to ECF No. 325) in Support of Plaintiffs' Motion for Summary Judgment, which constitute or disclose Plaintiffs' or MarkMonitor's or Audible

Magic's highly-confidential or confidential information, and portions of the memorandum that disclose or discuss Plaintiffs' confidential information contained therein;

*Daubert Filings*

- Exhibits 1 and 6 to the Declaration of Jeffrey Gould filed in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Kevin C. Almeroth (ECF No. 295), and portions of the memorandum that cite to information designated by Cox under the protective order;

- Exhibit 1 to the Declaration of Jeffrey Gould filed in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by W. Christopher Bakewell (ECF No. 296), and portions of the memorandum that cite to information designated by Cox under the protective order;

- Exhibits 1-6 to the Declaration of Jeffrey Gould filed in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Nick Feamster (ECF No. 297), and portions of the declaration and memorandum that cite to, discuss, or disclose Plaintiffs' confidential information contained therein;

- Exhibits 1-4 to the Declaration of Jeffrey Gould filed in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Christian Tregillis (ECF No. 287), and portions of the declaration and memorandum that cite to, discuss, or disclose Plaintiffs' confidential information contained therein;

- Exhibits 1 and 6 to the Declaration of Jeffrey Gould filed in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Lynne Weber (ECF No. 299), and portions of the memorandum that cite to information designated by Cox under the protective order.

ENTERED this ___ day of August 2019.

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia