IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number  1:18-cv-00950     , Case Name  Sony Music Entm't, et al., v. Cox Commc'ns, Inc., et al.
Party Represented by Applicant: Cox Communications, Inc. and CoxCom, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FILED
AUG 3 0 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FULL NAME (no initials, please)  Thomas Kearney
Bar Identification Number  267087          State  CA
Firm Name  Winston & Strawn LLP
Firm Phone #  (415) 591-1000          Direct Dial #  (415) 591-6894          FAX #  (415) 591-1400
E-Mail Address  TKearney@winston.com
Office Mailing Address  101 California St., 35th Fl., San Francisco, CA 94111

Name(s) of federal court(s) in which I have been admitted  CA Northern Dist., CA Southern Dist., CA Central Dist., USCA 4th Cir.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission
privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a
member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court
and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of
Evidence is current.

I am ____  am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant
personally; that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have
examined the applicant's personal statement.  I affirm that his/her personal and professional character and standing are good, and
petition the court to admit the applicant *pro hac vice*.

s/ Thomas M. Buchanan                              8/27/2019
(Signature)                                        (Date)
Thomas M. Buchanan                                 21530
(Typed or Printed Name)                            (VA Bar Number)

Court Use Only:

Clerk's Fee Paid  ✓    *or* Exemption Granted _____

The motion for admission is GRANTED  ✓   *or* DENIED _____

/s/
(Judge's Signature)
Liam O'Grady
United States District Judge

8/30/19
(Date)