# Exhibit 8



# ABOUT ENGINE

# Engine supports the growth of technology entrepreneurship through economic research, policy analysis, and advocacy on local and national issues.

Founded in 2011 to harness the political power of the startup and tech communities, Engine is a policy, advocacy, and research organization supporting startups as an engine for economic growth.

Engine Research Foundation is a 501(c)(3) and Engine Advocacy is a 501(c)(4).

## Issues

We conduct research and advocate on the issues that matter to startups.

Take a look at where we stand.





(/issues) (/issues) (/issues)

TALENT (/ISSUES)    DATA & SECURITY (/ISSUES)    INFRASTRUCTURE (/ISSUES)





(/issues) (/issues) (/issues)

CAPITAL ACCESS (/ISSUES)    OPEN INTERNET (/ISSUES)    IP (/ISSUES)





(/issues) (/issues)

TECH DIVERSITY (/ISSUES)    INTERMEDIARY LIABILITY    STARTUP CITIES (/ISSUES)





Research            Community            Advocate

Engine seeks to provide thought leadership on policies based on data and careful analysis.

Our Tech Starts report highlights the geographical diversity of startups and their importance to the economy.

See the research (http://engine.is/research/)

Engine works with a diverse group of entrepreneurial high-growth businesses, pioneers, innovators, investors, and technologists committed to taking action on policy issues in Washington and nationwide.

See what our members are up to (/community)

Engine Advocacy has been an integral partner in developing technology policy since 2011. Engine has met with hundreds of policymakers across the country to talk about the laws that impact their business.

Get involved (http://engine.is/get-involved/)

# Staff


Director
(/evan-engstrom)


Director
(/rachel-wolbers)


Manager
(/kate-tummarello)


Evangelist
(/graham-klemme)


Communications Manager
(/edward-graham)

Board of Directors (/board-of-directors-1)

Advisory Board (/board-of-advisors)


(/index)

Your privacy is important to us. To better protect your privacy we provide this notice (/privacy-policy) explaining our online information practices and the choices you can make about the way your information is collected and used.

Careers (/careers)

CONTACT US

700 Pennsylvania Ave. SE
Washington, DC 20003
info@engine.is (mailto:info@engine.is)

44 Tehama St.
San Francisco, CA 94105
comms@engine.is (mailto:comms@engine.is)

(t (mai (htt