

**Oppenheim + Zebrak, LLP**

Jeffrey Gould
4530 Wisconsin Street, NW
Fifth Floor
Washington, DC 20016
202.851.4526
Jeff@oandzlaw.com

August 30, 2019

**Via Courier**

Office of the Clerk
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:    **Sony Music Entm't, et al., v. Cox Commc'ns, Inc., et al.,
             1:18-cv-00650-LO-JFA**

Dear Clerk of Court:

We represent Plaintiffs in the above-captioned matter.

On August 15, 2019, the Court granted Plaintiffs' Motion to File Electronic Copies of their Exhibits to their Motion for Summary Judgment on Portable Storage Media. (Dkt. 246).

Pursuant to that order, Plaintiffs hereby enclose two external hard drives for filing in support of their Motion for Summary Judgment that is being filed today. The drive labeled "**Public Version**" can be filed publicly. The drive labeled "**File Under Seal**" contains confidential information subject to Plaintiffs' motion to seal, which is being filed today.

A courtesy copy of each drive is also enclosed for Judge O'Grady.

The drives contain exhibits to the following documents being filed today:

1. Declaration of Wade Leak in Support of Plaintiffs' Motion for Summary Judgment;
2. Declaration of Anish Patel in Support of Plaintiffs' Motion for Summary Judgment;

3. Declaration of Jeremy Bleitz in Support of Plaintiffs' Motion for Summary Judgment;

4. Declaration of David Kokakis in Support of Plaintiffs' Motion for Summary Judgment;

5. Declaration of Steven Poltorak in Support of Plaintiffs' Motion for Summary Judgment;

6. Declaration of Alasdair McMullan in Support of Plaintiffs' Motion for Summary Judgment; and

7. Declaration of Jeffrey M. Gould in Support of Plaintiffs' Motion for Summary Judgment.

Thank you for your assistance with this matter. Should you have any questions, I can be reached at the contact information noted above.

Sincerely,

*[signature]*

Enclosures

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### [PROPOSED] ORDER

Having considered Plaintiffs' Motion to File Electronic Copies of their Exhibits to their (Docket No. 235) Motion for Summary Judgment on Portable Storage Media, filed August 14, 2019, it is hereby ORDERED that the motion is GRANTED. Plaintiffs are permitted to file the exhibits to their summary judgment motion on a flash drive or hard-drive, rather than through the Court's Electronic Court Filing system ("ECF").

It is so ORDERED this 15th day of August 2019.

_____/s/_____ JFA
John F. Anderson
~~United States Magistrate Judge~~
United States Magistrate Judge