UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, pursuant to the Court's previous order setting hearings on Summary Judgment and Daubert Motions (ECF No. 223), Plaintiffs will present oral argument in support of their Motion for Summary Judgment (ECF No. 312) and Motions to Exclude Certain Expert Testimony (ECF Nos. 285, 287, 289, 291, 293) on Friday, October 18, 2019, at 10:00 a.m.

Plaintiffs will also present oral argument in support of their Motion for Judicial Notice (ECF No. 283) on Friday, October 18, 2019, at 10:00 a.m.

Dated September 3, 2019

Respectfully Submitted,

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: 202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
*Attorneys for Plaintiffs*