**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, *et al.*,

        Plaintiffs,

  v.

COX COMMUNICATIONS, INC. and
COXCOM, LLC.

        Defendants.

Case No. 1:18-cv-00950-LO-JFA

**[PROPOSED] ORDER**

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's

(collectively, "Cox") Consent Motion to File Voluminous Exhibits on Hard-Drive. The Court is

of the opinion that the Motion should be, and it hereby is, GRANTED.


ENTERED this _____ of _____, 2019.



Alexandria, Virginia                   _____

                                    Honorable Liam O'Grady
                                    United States District Judge