UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER

Before this Court is Defendants Cox Communications, Inc.'s and CoxCom, LLC's (collectively, "Cox") Consent Motion to File Voluminous Exhibits on Hard-Drive. The Court is of the opinion that the Motion should be, and it hereby is, GRANTED.

ENTERED this 5th of September, 2019.

Alexandria, Virginia

_____
Honorable Liam O'Grady
United States District Judge