UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**<u>ORDER</u>**

Having reviewed the consent motion of the parties and non-parties MarkMonitor, Audible Magic and the Recording Industry Association of America, good cause having been shown, it is hereby

ORDERED that the parties shall have until October 18, 2019 to each file a single memorandum in support of any other party's sealing motions in connection the parties' summary judgment and Daubert motions and Cox's sanctions motion (the "Motions").

It is further ORDERED that non-parties MarkMonitor, Audible Magic and the Recording Industry Association of America shall have until October 25, 2019 to each file a single memorandum in support of any party's sealing motions in connection the Motions.

If it further ORDERED that the information that is the subject of the parties' sealing motions in connection with the Motions be maintained under seal pending resolution of the respective sealing motions.

ENTERED this ____ day of _____, 2019

                                                                   _____
                                                                   Judge for the Eastern District of Virginia