UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## ORDER

UPON CONSIDERATION of Defendants' Omnibus Motion to Seal (ECF No. 331), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Memorandum of Law in Support of their Motion for Summary Judgment (ECF No. 330) ("Summary Judgment Motion"); portions of the Declaration of Thomas Kearney in Support of Defendants' Motion for Summary Judgment (ECF No. 330-1) ("Summary Judgment Declaration"); exhibits to the Summary Judgment Declaration; portions of Cox's Motion to Exclude the Testimony of Expert William H. Lehr, Ph.D. (ECF No. 308) ("Lehr Motion"); exhibits to the Declaration of Thomas M. Buchanan in Support of the Lehr Motion (ECF No. 308-1) ("Lehr Motion Declaration Exhibits"), portions of Cox's Motion to Exclude the Testimony of Expert George P. McCabe, Ph.D. (ECF No. 302) ("McCabe Motion"), exhibits to the Declaration of Thomas M. Buchanan in Support of the McCabe Motion (ECF No. 302-1) ("McCabe Motion Declaration Exhibits"), portions of Cox's Motion to Exclude the Testimony of Expert Terrence P. McGarty (ECF No. 305) ("McGarty Motion"), exhibits to the Declaration of Thomas M. Buchanan in Support of the McGarty Motion (ECF No. 305-1) ("McGarty Motion Declaration Exhibits"), portions of Cox's Motion to Exclude

the Testimony of Expert Barbara Frederiksen-Cross (ECF No. 311) ("Frederiksen-Cross Motion"), portions of the Declaration of Cesie C. Alvarez in Support of the Frederiksen-Cross Motion (ECF No. 311-1) ("Frederiksen-Cross Motion Declaration"), and exhibits to the Frederiksen-Cross Motion Declaration ("Frederiksen-Cross Declaration Exhibits), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, in accordance with the chart below:

| Document | Designated by | Location | Motion Granted |
| --- | --- | --- | --- |
| The deposition transcript of Alasdair McMullan | Plaintiffs | Cox's Summary Judgment Motion, Exhibit 6 | Yes  /  No |
| The deposition transcript of Steven Poltorak | Plaintiffs | Cox's Summary Judgment Motion, Exhibit 8 | Yes  /  No |
| The deposition transcript of William H. Lehr, Ph.D. | Plaintiffs | Lehr Motion Declaration, Exhibit D | Yes  /  No |
| The Expert Report of Plaintiffs' Expert William Lehr | Plaintiffs | Summary Judgment Motion, Exhibit 15; Lehr Motion Declaration, Exhibit A | Yes  /  No |
| The Expert Rebuttal Report of Plaintiffs' Expert William Lehr | Plaintiffs | Lehr Motion Declaration, Exhibit B | Yes  /  No |
| The Expert Reply Report of Plaintiffs' Expert William Lehr | Plaintiffs | Lehr Motion Declaration, Exhibit C | Yes  /  No |
| The deposition transcript of Plaintiffs' Expert Barbara Frederiksen-Cross | Plaintiffs | Summary Judgment Motion, Exhibit 2; Frederiksen-Cross Motion Declaration, Exhibit F | Yes  /  No |
| The Expert Report of Barbara Frederiksen-Cross | Plaintiffs | Summary Judgment Motion, Exhibit 13; McCabe Motion Declaration, Exhibit H; Frederiksen-Cross Motion Declaration, Exhibit D | Yes  /  No |
| The Supplemental and Reply Report of Plaintiffs' | Plaintiffs | Summary Judgment Motion, Exhibit 14; McCabe Motion | Yes  /  No |

2

| | | | |
|---|---|---|---|
| Expert Barbara Frederiksen-Cross | | Declaration, Exhibit K; Frederiksen-Cross Motion Declaration, Exhibit E | |
| The deposition transcript of expert George P. McCabe | Plaintiffs | Summary Judgment Motion, Exhibit 5; McCabe Motion Declaration, Exhibit D | Yes  /  No |
| The Expert Report of George P. McCabe | Plaintiffs | Summary Judgment Motion, Exhibit 16; McCabe Motion Declaration, Exhibit B; McGarty Motion Declaration, Exhibit H | Yes  /  No |
| The Expert Supplemental and Reply Report of George P. McCabe, Ph.D | Plaintiffs | McCabe Motion Declaration, Exhibit C | Yes  /  No |
| The Deposition Transcript of Terrence P. McGarty, Ph.D. | Plaintiffs | McGarty Motion Declaration, Exhibit C | Yes  /  No |
| The Expert Report of Plaintiffs' Expert Terrence P. McGarty | Plaintiffs | Summary Judgment Motion, Exhibit 17; McGarty Motion Declaration, Exhibit A | Yes  /  No |
| The Expert Supplemental and Reply Report of Plaintiffs' Expert Terrence P. McGarty | Plaintiffs | McGarty Motion Declaration, Exhibit B | Yes  /  No |
| Plaintiffs_00286430 | Plaintiffs | Summary Judgment Motion, Exhibit 26, 26A, 27, 28 | Yes  /  No |
| Plaintiffs_00104130, Plaintiffs_00112675, Plaintiffs_00148396, Plaintiffs_00148541, and Plaintiffs_00200764 | Plaintiffs | Summary Judgment Motion, Exhibit 29 | Yes  /  No |
| Plaintiffs_00113142 | Plaintiffs | Summary Judgment Motion, Exhibit 30 | Yes  /  No |

| | | | |
|---|---|---|---|
| Plaintiffs_00175863 | Plaintiffs | Summary Judgment Motion, Exhibit 31 | Yes  /  No |
| Plaintiffs_00137124 | Plaintiffs | Summary Judgment Motion, Exhibit 32 | Yes  /  No |
| Plaintiffs_00286431 | Plaintiffs | Summary Judgment Motion, Exhibit 39 Frederiksen-Cross Motion Declaration, Exhibit A, B | Yes  /  No |
| The deposition transcript of Steven Marks | RIAA | Summary Judgment Motion, Exhibit 4 | Yes  /  No |
| RIAA_00000003 | RIAA | Summary Judgment Motion, Exhibit 22 | Yes  /  No |
| RIAA_00000017 | RIAA | Summary Judgment Motion, Exhibit 23 | Yes  /  No |
| RIAA_00000030 | RIAA | Summary Judgment Motion, Exhibit 24A | Yes  /  No |
| RIAA_00000045 | RIAA | Summary Judgment Motion, Exhibit 24B | Yes  /  No |
| RIAA_00127769 | RIAA | Summary Judgment Motion, Exhibit 25; McCabe Motion Declaration, Exhibit F | Yes  /  No |

ENTERED this ___ day of September 2019.

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia