UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COX COMMUNICATIONS, INC.,<br><br>　　　　　Movant,<br><br>　　v.<br><br>MARKMONITOR, INC.,<br><br>　　　　　Respondent. | Case No. 19-mc-80050-SK<br><br>**ORDER SHORTENING TIME FOR BRIEFING ON MOTION TO QUASH**<br><br>Regarding Docket Nos. 26, 27 |

　　　　The parties before this Court have each moved for an order shortening the briefing schedule on Respondent MarkMonitor, Inc.'s ("MarkMonitor") recently filed motion to quash a deposition subpoena served on it by Movant Cox Communications, Inc. ("Cox"). (Dkt. 24.) Cox filed its administrative motion to shorten time on April 23, 2019, proposing that Cox's opposition to the motion to quash be due April 25, 2019; that MarkMonitor's reply be due April 29, 2019; and that a hearing be set for May 2, 2019. (Dkt. 26.) The Court directs Cox's attention to Civil Local Rule 6-3(b), which requires that the Court allow four full days for an opposition regarding an administrative motion to shorten time. The Court is therefore unable to rule on proposed deadlines that fall within that four-day window, like those Cox proposes here, before an opposition. On April 24, 2019, MarkMonitor filed its opposition to Cox's administrative motion. (Dkt. 27.) Accordingly, the administrative motions are now ripe for this Court's review. In its opposition, MarkMonitor proposes a competing expedited briefing schedule. It does not propose a due date for Cox's opposition to the motion to quash, but proposes that its reply be due May 2, 2019, and a hearing be held May 6, 2019.

　　　　The Court recognizes that the parties feel pressed for time in this matter due to the speed at which the underlying action in the Eastern District of Virginia is progressing. The Court therefore SHORTENS the briefing schedule on the motion to quash, as follows:

1. Cox's opposition to the motion to quash shall be due April 29, 2019.
2. MarkMonitor's reply shall be due May 6, 2019.
3. The Court will decide the motion on the papers, unless it deems oral argument a necessity. In that event, the Court will issue a second order setting a date for oral argument.

In closing, the Court notes that it has reviewed the correspondence between the parties and finds much of it needlessly hostile. In particular, Ms. Hughes Leiden's email to Mr. Castricone on April 24, 2019, at 11:07 a.m. meets this description. Though the Court takes no action at this time, it ADMONISHES the parties to practice civilly. Additionally, if the parties find that this expedited briefing schedule still impinges too closely on the upcoming deadlines in the underlying action, the Court suggests that the parties move the Eastern District of Virginia for relief from its scheduling order.

**IT IS SO ORDERED**.

Dated: April 25, 2019

_____
SALLIE KIM
United States Magistrate Judge