UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## NOTICE OF SEALED FILINGS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and E.D. Va. Local Civil Rule 5, Plaintiffs have filed under seal a portion of Plaintiffs' Opposition to Cox's Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence (ECF No. 352) ("Memorandum"), a portion of the Declaration of Jeffrey Gould in support of the Memorandum ("Gould Declaration") (ECF No. 352-4), certain exhibits attached to the Gould Declaration (ECF Nos. 352-5 through 352-11), and portions of third-party declarations submitted by MarkMonitor, Audible Magic, and the Recording Industry Association of America (ECF Nos. 352-1 through 352-3).  The specific exhibits and information are identified below.

- Certain portions of the Declaration of Sam Bahun, in support of Plaintiffs' Opposition to Cox's Motion for Sanctions;

- Certain portions of the Declaration of Steven Marks, in support of Plaintiffs' Opposition to Cox's Motion for Sanctions;

- Certain portions of the Declaration of Vance Ikeyoze, in support of Plaintiffs' Opposition to Cox's Motion for Sanctions;

- Certain portions of the May 6, 2019 deposition transcript of Vance Ikezoye, Audible Magic's 30(b)(6) corporate designee;

- Certain portions of the May 23, 2019 deposition transcript of Alasdair McMullan, Senior Vice President of Business & Legal Affairs at UMG Recordings, Inc;

- Certain portions of the June 13, 2019 deposition transcript of Sam Bahun, MarkMonitor's 30(b)(6) corporate designee;

- Certain portions of the August 30, 2019 Declaration of Barbara Frederiksen-Cross, Plaintiffs' technical expert;

- Certain portions of the May 29, 2019 Deposition Transcript of Dr. Nick Feamster, which Defendants ("Cox") have designated as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

**NOTICE OF RIGHT TO RESPOND**: Pursuant to Local Civil Rule 5(C), parties and nonparties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

Dated September 13, 2019

Respectfully Submitted,

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*