UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## ORDER

UPON CONSIDERATION of Plaintiffs' and Nonparty RIAA's motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5 to file under seal or temporary seal documents and information, which constitute or discuss confidential business information that has been designated as Highly Confidential or Confidential under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby ORDERED that the motion is GRANTED. The following materials shall remain under seal until further order of the Court.

- Certain portions of the Declaration of Sam Bahun, in support of Plaintiffs' Opposition to Cox's Motion for Sanctions;

- Certain portions of the Declaration of Steven Marks, in support of Plaintiffs' Opposition to Cox's Motion for Sanctions;

- Certain portions of the Declaration of Vance Ikeyoze, in support of Plaintiffs' Opposition to Cox's Motion for Sanctions;

- Certain portions of the May 6, 2019 deposition transcript of Vance Ikezoye, Audible Magic's 30(b)(6) corporate designee;

- Certain portions of the May 23, 2019 deposition transcript of Alasdair McMullan, Senior Vice President of Business & Legal Affairs at UMG Recordings, Inc;

- Certain portions of the June 13, 2019 deposition transcript of Sam Bahun, MarkMonitor's 30(b)(6) corporate designee;

- Certain portions of the August 30, 2019 Declaration of Barbara Frederiksen-Cross, Plaintiffs' technical expert;

- Certain portions of the May 29, 2019 Deposition Transcript of Dr. Nick Feamster, which Defendants ("Cox") have designated as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

ENTERED this 13 day of September 2019.

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia