# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　　*Defendants.* | Case No. 1:18-cv-00950-LO-JFA |

## CONSENT MOTION TO EXCEED PAGE LIMIT FOR RESPONSE MEMORANDA IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

### Hearing Waived

PURSUANT to Local Rule 7(F)(3), the parties jointly respectfully request that this Court allow them, for good cause shown, to exceed the thirty (30) page limit set forth in the Local Rules for their response memoranda in opposition to the parties' motions for summary judgment. Parties request a limited extension to file opposition briefs of up to forty (40) pages. Parties' bases for seeking such relief are set forth in the accompanying Memorandum, and a Proposed Order is also attached hereto.

Dated: September 19, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan /*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on September 19, 2019, a copy of the foregoing CONSENT MOTION TO EXCEED PAGE LIMIT FOR RESPONSE MEMORANDA IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*