UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Before this Court is the Consent Motion to Exceed Page Limit for Response Memoranda in Opposition to Motions for Summary Judgment. After considering the Motion and the related filings, a good cause appearing, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that the parties are permitted to file briefs in opposition to the parties' motions for summary judgment not to exceed forty (40) pages.

IT IS SO ORDERED.

ENTERED this _____ of _____, 2019.

Alexandria, Virginia

_____
Honorable John F. Anderson
United States Magistrate Judge