UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants.* | Case No. 1:18-cv-00950-LO-JFA |

**MEMORANDUM IN SUPPORT OF THE PARTIES' CONSENT MOTION TO EXCEED PAGE LIMIT FOR MEMORANDA IN OPPOSITION TO <u>MOTIONS FOR SUMMARY JUDGMENT</u>**

<u>**Hearing Waived**</u>

Pursuant to Local Rule 7(F)(3), the parties jointly respectfully request that this Court allow them to exceed the thirty (30) page limit set forth in the Local Rules for their response memoranda in opposition to the parties' motions for summary judgment. As explained herein, good cause exists for granting the parties' request. The parties waive oral argument on the parties' joint motion.

**ARGUMENT**

On August 26, 2019, this Court issued orders granting the parties' motions to file forty (40) page briefs in support of their respective motions for summary judgment (ECF Nos. 267 and 268). Defendants and Plaintiffs have conferred and agreed that an additional 10 pages is necessary to adequately respond to the parties' respective arguments in support of their motions for summary judgment. A limited expansion of the page limit for the parties' response memoranda will facilitate the Court's review of these motions, and is necessary in order for the parties to adequately respond to the arguments set forth in their 40-page opening memoranda.

Dated: September 19, 2019

Respectfully submitted,

/s/ *Thomas M. Buchanan /*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on September 19, 2019, a copy of the foregoing CONSENT MOTION TO EXCEED PAGE LIMIT FOR RESPONSE MEMORANDA IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*