Case 1:18-cv-00950-PTG-JFA   Document 364-4   Filed 09/20/19   Page 1 of 1 PageID# 12841

# Exhibit C

# FILED UNDER SEAL