UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 366), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Reply Memorandum of Law in Support of Their Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence (ECF No. 364), Exhibits A-D to the supporting Declaration of Thomas Kearney (ECF Nos. 364-2 to 364-5), Exhibit A to the supporting Declaration of Michael L. Brody (ECF No. 364-7), Exhibit B to the supporting Declaration of Lynne J. Weber, Ph.D. (ECF No. 364-10), those portions of the Declarations citing these exhibits (ECF Nos. 364-1, 364-6, and 364-8), and portions of the supporting Declaration of Dr. Nick Feamster (ECF No. 364-11), it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this _____ day of September, 2019.

Alexandria, Virginia

_____
The Honorable John F. Anderson
United States Magistrate Judge
Eastern District of Virginia