UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Response to Plaintiffs' Motion to Seal (ECF No. 369), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal Exhibit 5 to the Declaration of Jeffrey Gould in Support of Plaintiffs' Opposition to Defendants' Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence and those portions of the Motion to the extent they disclose information from Exhibit 5, for good cause shown, the Motion is hereby granted.

ENTERED this \_\_\_\_ day of September, 2019.

Alexandria, Virginia

_____
Magistrate Judge John F. Anderson
Eastern District of Virginia

1