# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### DECLARATION OF THOMAS PATRICK LANE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY BY CHRISTIAN TREGILLIS

I, Thomas Patrick Lane, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.   I am a partner with the firm of Winston & Strawn LLP, attorneys of record for Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox") in this matter. I am a member of the bar of the Commonwealth of Massachusetts and the State of New York, and am admitted to practice before this Court *pro hac vice*. I have personal knowledge of all facts stated in this declaration, except where facts are stated on information and belief, and as to such facts I believe them to be true. If called upon as a witness, I could and would testify competently thereto.

2.   **Exhibit 1** is a true and correct copy of the Report of Christian Tregillis, CPA, ABV, CFF, CLP, dated April 10, 2019.

3.   **Exhibit 2** is a true and correct copy of the Supplemental/Rebuttal Report of Chrisitan Tregillis, CPA, ABV, CFF, CLP, dated May 15, 2019.

4.   **Exhibit 3** is a true and correct copy of excerpts from the transcript of the June 24, 2019 deposition of Mr. Tregillis.

5. **Exhibit 4** is a true and correct copy of excerpts from the trial transcript in *BMG Rights Mgmt. (US) LLC, et al. v. Cox Commc'ns, Inc., et al.*, 1:14-cv-01611-LO-JFA.

6. **Exhibit 5** is a true and correct copy of the excerpts from the June 25, 2019 hearing before Judge Anderson.

7. **Exhibits 6-9** are Plaintiffs' "Disclosure of Information Relating to Digital Download Revenue," served on January 23, 2019.

8. **Exhibit 10** is a true and correct copy of excerpts from the transcript of the May 2, 2019 deposition of Sony/ATV and EMI Plaintiffs' 30(b)(6) witness Thomas Foley.

9. **Exhibit 11** is a true and correct copy of excerpts from the transcript of the May 14, 2019 deposition of SME Plaintiffs' 30(b)(6) witness Wade Leak.

10. **Exhibit 12** is a true and correct copy of excerpts from the transcript of the May 21, 2019 deposition of UMG Plaintiffs' 30(b)(6) witness Jason Gallien.

11. **Exhibit 13** is a true and correct copy of excerpts from the transcript of the May 7, 2019 deposition of Warner/Chappelle Plaintiffs' 30(b)(6) witness Paul Kahn.

12. **Exhibit 14** is a true and correct copy of the Expert Report of William H. Lehr, Ph.D., dated April 19, 2019.

13. **Exhibit 15** is a true and correct copy of Expert Reply Report of William H. Lehr, Ph.D., dated June 13, 2019.

14. **Exhibit 16** is a true and correct copy of excerpts from the transcript of the June 25, 2019 deposition of Plaintiffs' expert William H. Lehr, Ph.D.

15. **Exhibit 17** is a true and correct copy of Reply Report of Christian Tregillis, CPA, ABV, CFF, CLP.

16. **Exhibit 18** is a true and correct copy of excerpts from Defendants Cox Communications, Inc.'s and CoxCom, LLC's First Set of Requests for Production, dated November 19, 2018.

17. **Exhibit 19** is a true and correct copy of excerpts from Cox's subpoena *duces tecum* to MarkMonitor.

18. **Exhibit 20** is a true and correct copy of excerpts from Cox's subpoena *duces tecum* to the Recording Industry Association of America.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September, 2019 in Washington, D.C.

*s/ Thomas Patrick Lane*
Thomas Patrick Lane
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
tlane@winston.com