# Exhibit 3

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, ET AL.,

    Plaintiffs,

                                No. 1:18-cv-00950-LO-JFA

vs.

COX COMMUNICATIONS, INC. AND COXCOM, LLC,

    Defendants.

_____/

-- HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY --

VIDEO-RECORDED FEDERAL RULE 30(b)(6) DEPOSITION OF

AUDIBLE MAGIC BY VANCE IKEZOYE

San Francisco, California

Monday, May 6, 2019

REPORTED BY:
LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 6

DEPOSITION EXHIBITS

SHUOYEN JACK LIN, PH.D.

| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| Defendants' Exhibit 1 | Subpoena To Testify At A Deposition In A Civil Action, 4.16.19 | 17 |
| Defendants' Exhibit 2 | First Amended Complaint And Jury Demand, 4.8.19 | 23 |
| Defendants' Exhibit 3 | Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action, 4.12.19 | 27 |
| Defendants' Exhibit 4 | AUDIBLE-MAGIC 0001497 - 1503 | 40 |
| Defendants' Exhibit 5 | AUDIBLE-MAGIC 0007333 - 338 | 47 |
| Defendants' Exhibit 6 | AUDIBLE-MAGIC 0000003 - 130 | 67 |
| Defendants' Exhibit 7 | AUDIBLE-MAGIC0000131 | 87 |
| Defendants' Exhibit 8 | AUDIBLE-MAGIC0000134 - 135 | 93 |
| Defendants' Exhibit 9 | Statement of Work, 5.22.12 | 128 |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 7

| | | | |
|---|---|---|---|
| 1 | Defendants' | RIAA_00128232 - 234 | 145 |
| 2 | Exhibit 10 | | |
| 3 | Defendants' | Email string from Julea Casel | 153 |
| 4 | Exhibit 11 | to Linas Jurkauskas, et al., | |
| 5 | | 4.16.13 | |
| 6 | Defendants' | RIAA_00128230 - 231 | 161 |
| 7 | Exhibit 12 | | |
| 8 | Defendants' | AUDIBLE-MAGIC 0001407 - 1412 | 166 |
| 9 | Exhibit 13 | | |
| 10 | Plaintiffs' | AUDIBLE-MAGIC0007212 -217 | 184 |
| 11 | Exhibit 1 | | |

PREVIOUSLY MARKED EXHIBITS REFERENCED:

| EXHIBIT NUMBER | PAGE |
|---|---|
| Exhibit Defendants' Monson 4 | 94 |