# Exhibit 1

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
---------------------------------:
                                 :
                                 :
BMG RIGHTS MANAGEMENT (US) LLC,  :
et al.,                          :
          Plaintiffs,            :
                                 : Case No. 1:14-cv-1611
     vs.                         :
                                 :
                                 :
COX ENTERPRISES, INC., et al.,   :
          Defendants.            :
---------------------------------:
```

MOTIONS HEARING

December 1, 2015

Before:  Liam O'Grady, USDC Judge

Norman B. Linnell   OCR-USDC/EDVA   (703)549-4626

63

1   as proof of infringement.  It's notice of our belief that you
2   are infringing.  Okay.
3           So the notices are going to come in as they are.  We
4   don't need to reflect on that.
5           I precluded Dr. Lehr from testifying about anything
6   but the profits.  He did reference the survey and the number of
7   infringing customers that Cox had from Nowlis' survey.  And I
8   said he couldn't talk about the economics.  And what I meant by
9   that was that I didn't want him opining about how copyright
10  laws are good or they are bad or, you know, they're the way
11  that the music industry survives or not.
12          But I think if his testimony is going to be offered
13  for the financial incentive on vicarious liability, then I did
14  not intend to exclude that testimony.  And I think that
15  Sullivan is prepared to testify about all of that in Cox's
16  case, and you can argue about whether it is or is not
17  profitable to -- well, profitability generally or file shares
18  use more bandwidth or costs of enforcing the notice
19  requirements.  I think that is fair game for Lehr's testimony.
20          So that's all I had.  And anybody else got anything?
21  So you understand the jury selection process?
22          Mr. Buckley.
23          MR. BUCKLEY:  Sorry, one point on Dr. Lehr.
24  Depending upon how far that economic incentive argument is
25  allowed to go --