# Exhibit 4

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

1                  UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF VIRGINIA

3

4    SONY MUSIC ENTERTAINMENT, ET

     AL.,

5

                    Plaintiffs,

6                                No. 1:18-cv-00950-LO-JFA

          vs.

7

     COX COMMUNICATIONS, INC. AND

8    COXCOM, LLC,

9                    Defendants.

     _____/

10

11

          -- HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY --

12

13     VIDEO-RECORDED FEDERAL RULE 30(b)(6) DEPOSITION OF

14              AUDIBLE MAGIC BY VANCE IKEZOYE

15                 San Francisco, California

16                  Monday, May 6, 2019

17

18

19

20

21

22

23    REPORTED BY:

24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

25

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
                                                  Page 6

 1                    DEPOSITION EXHIBITS

 2                  SHUOYEN JACK LIN, PH.D.

 3    NUMBER           DESCRIPTION                 IDENTIFIED

 4    Defendants'      Subpoena To Testify At A         17

 5    Exhibit 1        Deposition In A Civil Action,

 6                     4.16.19

 7    Defendants'      First Amended Complaint And      23

 8    Exhibit 2        Jury Demand, 4.8.19

 9    Defendants'      Subpoena To Produce              27

10    Exhibit 3        Documents, Information, Or

11                     Objects Or To Permit

12                     Inspection Of Premises In A

13                     Civil Action, 4.12.19

14    Defendants'      AUDIBLE-MAGIC 0001497 - 1503     40

15    Exhibit 4

16    Defendants'      AUDIBLE-MAGIC 0007333 - 338      47

17    Exhibit 5

18    Defendants'      AUDIBLE-MAGIC 0000003 - 130      67

19    Exhibit 6

20    Defendants'      AUDIBLE-MAGIC0000131             87

21    Exhibit 7

22    Defendants'      AUDIBLE-MAGIC0000134 - 135       93

23    Exhibit 8

24    Defendants'      Statement of Work, 5.22.12      128

25    Exhibit 9
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 7

```
 1    Defendants'     RIAA_00128232 - 234              145
 2    Exhibit 10
 3    Defendants'     Email string from Julea Casel    153
 4    Exhibit 11      to Linas Jurkauskas, et al.,
 5                    4.16.13
 6    Defendants'     RIAA_00128230 - 231              161
 7    Exhibit 12
 8    Defendants'     AUDIBLE-MAGIC 0001407 - 1412     166
 9    Exhibit 13
10    Plaintiffs'     AUDIBLE-MAGIC0007212 -217        184
11    Exhibit 1
12
13            PREVIOUSLY MARKED EXHIBITS REFERENCED:
14
15    EXHIBIT NUMBER                               PAGE
16    Exhibit Defendants' Monson 4                  94
17
18
19
20
21
22
23
24
25
```