# Exhibit 13

1361

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---------------------------------:
                                 :
BMG RIGHTS MANAGEMENT (US) LLC,  :
et al.,                          :
            Plaintiffs,          :
                                 : Case No. 1:14-cv-1611
      vs.                        :
                                 :
                                 :
COX ENTERPRISES, INC., et al.,   :
            Defendants.          :
---------------------------------:

VOLUME  7  (A.M. portion)

TRIAL TRANSCRIPT

December 10, 2015

Before:  Liam O'Grady, USDC Judge

And a Jury

R.J. Cadenhead - Direct

1382

1  Q.   Can you please explain what each column here represents.
2  A.   Yes, yes, I can.  Each column shows the number of notices
3  we received per customer.  So that the first column, which has
4  51,000 in it, are customers that received one notice and only
5  one notice.
6       And the second column, which says 17,000, shows those
7  customers in the group that received two notices.  So that was
8  about 17,000 in the time frame that we were dealing with.
9       And so on, it goes on.
10 Q.   Now, the numbers in the middle column are 2 and 3, is that
11 because two notices meant that the customer had received one
12 notice after the first was held?
13 A.   I'm not sure I am answering your question.
14 Q.   I'm sorry.  That's the second step.
15 A.   Okay.
16 Q.   I shouldn't be asking questions that way anyway.  Can you
17 please explain what the numbers are in the second column.
18 A.   Okay.  The second column -- the first -- the first column
19 is 50,000, and it goes down over time.
20      And then the second column are numbers of notices
21 received.
22      And then we broke that down into percentages of the
23 customers that it stopped at at that level.
24 Q.   And what is the language below, what does that mean
25 according to your understanding?

Case 1:18-cv-00950-PTG-JFA Document 386-14 Filed 09/24/19 Page 4 of 8 PageID# 14692
Case 1:14-cv-01611-LO-JFA Document 727 Filed 12/10/15 Page 29 of 127 PageID# 20597
R.J. Cadenhead - Direct

1383

1  A.  Well, it was a summary of the findings from our review of
2  the block that we pulled.  And what we found was really pretty
3  interesting.  That particular line says 96 percent of the
4  customers that received notices never got more than five.
5            And so, that would have been in the step in our
6  process about where they were receiving these walled garden
7  notices.
8  Q.  Can we turn to the next page of the presentation.
9  A.  Sure, yes.
10 Q.  Can you please explain that page.
11 A.  Yes.  This is the same material as on the previous page in
12 terms of the chart, but the language that I used for this page,
13 and you will see there, and it's to highlight the fact that
14 over half the customers never got more than one notice.  And
15 that meant that we had never actually even contacted many of
16 those customers -- most of those customers about the issue at
17 all at that point.
18           You can draw some conclusions from that.  It may be
19 that if the notices were valid, the customer might have been
20 experimenting.  It could have also been mistakes in the
21 computer programs that were being used by the copyright holders
22 to send us notices.
23 Q.  What are some of the different causes that you understand
24 exist for persons to make complaints against -- copyright
25 complaints against users?

1974

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

----------------------------------:
                                  :
BMG RIGHTS MANAGEMENT (US) LLC,   :
et al.,                           :
            Plaintiffs,           :
                                  : Case No. 1:14-cv-1611
     vs.                          :
                                  :
                                  :
COX ENTERPRISES, INC., et al.,    :
            Defendants.           :
----------------------------------:

VOLUME  9 (P.M. portion)

TRIAL TRANSCRIPT

December 15, 2015

Before:  Liam O'Grady, USDC Judge

And a Jury

Case 1:18-cv-00950-PTG-JFA Document 386-14 Filed 09/24/19 Page 6 of 8 PageID# 14694
Case 1:14-cv-01611-LO-JFA Document 750 Filed 12/10/15 Page 46 of 143 PageID# 21252
T. McGarty - Direct
2019

1   is answering a different question now, and I am going to allow
2   him to answer the question.
3              THE WITNESS:  I am sorry.  Could you repeat the
4   question?
5   BY MR. ALLAN: (Continuing)
6   Q.   What is your understanding of what happened to these other
7   notices, the 92 percent of these notices?
8              THE COURT:  If you have one.
9   Q.   If you have one.
10  A.   They were ignored.
11  Q.   How was it that Cox was able to ignore so many of these
12  notices?
13  A.   Their system was configured to deliberately do that.  They
14  put enough hurdles in there that you could not get through the
15  other end with these notices, or at least that's my evaluation
16  based upon looking at the documents, the materials, and the
17  data.
18  Q.   Thank you.  You indicated you had reviewed some
19  deposition or -- sorry, some trial testimony in this case?
20  A.   Yes, I have.
21  Q.   Did you review Mr. Cadenhead's testimony?
22  A.   Yes, I did.
23  Q.   Are you aware of any testimony he gave concerning the fact
24  that he believed that his system, that this system was
25  effective?

Case 1:18-cv-00950-PTG-JFA Document 386-14 Filed 09/24/19 Page 7 of 8 PageID# 14695
Case 1:14-cv-01611-LO-JFA Document 750 Filed 12/10/15 Page 49 of 143 PageID# 21255
T. McGarty - Direct
2020

1  A.  Yes, I saw that.

2  Q.  What was your -- what do you recall of that testimony?

3  A.  I recall he said something to the amount of 96 percent

4  effective, something in that range, if I recall the number.

5  And that was in his testimony a week ago.

6  Q.  Very good.  Actually, before we go to that, Karl, if you

7  could pull these out.

8           These numbers in the far right column, Dr. McGarty,

9  are they all fairly consistent in terms of the percentages of

10 notices that Cox didn't do anything with?

11 A.  On average it looks like the number is 90, almost

12 90 percent are sort of disregarded.

13 Q.  Very good.  Could we pull up what I believe is in

14 evidence, DTX 141, please, Karl.  If we could shoot over to

15 number 14 of that, please.

16 A.  I am sorry?

17 Q.  It's number DTX 141, Dr. McGarty.

18 A.  I have that.  And page --

19 Q.  It is page number 14.

20 A.  -- 14.  Okay.  I have that.  Thank you.

21 Q.  And do you recall in your review of the testimony

22 Mr. Cadenhead talking about this slide?

23 A.  Yes, I do.

24 Q.  And what's your understanding of Mr. Cadenhead's testimony

25 on this?

Case 1:18-cv-00950-PTG-JFA Document 386-14 Filed 09/24/19 Page 8 of 8 PageID# 14696
Case 1:14-cv-01611-LO-JFA Document 750 Filed 12/10/15 Page 48 of 143 PageID# 21254
T. McGarty - Direct

2021

| | |
|---|---|
| 1 | A. My understanding is he made a statement that it's |
| 2 | 96 percent effective. But when I look at the numbers that were |
| 3 | provided to me in the Cox interrogatories, which as an |
| 4 | interrogatory I can rely upon those numbers because that was |
| 5 | the representation made by Cox, I'm getting the impression that |
| 6 | roughly 90 percent of the notices are just outright ignored. |
| 7 | So I have serious concerns as to the validity of this |
| 8 | number. |
| 9 | Q. So do you agree with Mr. Cadenhead that the system is |
| 10 | 96 percent effective at reducing infringement? |
| 11 | A. There is no basis -- it flies in the face of the numbers |
| 12 | that I have before me that were provided by Cox over and over |
| 13 | again, over a long period of time. And there is no source or |
| 14 | critical references as to where this information ever came |
| 15 | from. So it just appears. |
| 16 | Q. So are you aware of any source material in your review of |
| 17 | any of the records that support these figures? |
| 18 | A. Support Mr. Cadenhead's representation? |
| 19 | Q. Correct. |
| 20 | A. I have not been able to find any information. |
| 21 | Q. And why is it that there would be a disconnect? Why is it |
| 22 | that Mr. Cadenhead's answers or view of the effectiveness of |
| 23 | the system can't be accurate given the interrogatory answers? |
| 24 | MR. BUCKLEY: Leading. |
| 25 | THE COURT: It is leading. |