UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**DECLARATION OF JEFFREY M. GOULD IN SUPPORT OF PLAINTIFFS' MOTION
TO STRIKE PORTIONS OF THE DECLARATION OF THOMAS KEARNEY**

I, Jeffrey M. Gould, hereby declare:

1. I am Senior Counsel Oppenheim + Zebrak, LLP, and am admitted to practice law in the District of Columbia, among other jurisdictions. I am counsel for Plaintiffs in the above-captioned case. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion to Strike Portions of the Declaration of Thomas Kearney filed contemporaneously herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts from the May 6, 2019 deposition transcript of Vance Ikezoye, Audible Magic's 30(b)(6) corporate designee. The Audible Magic Spreadsheet (REV00003444) was not identified during any questions or answers during Mr. Ikezoye's deposition, and it was not entered as an exhibit. Cox did not authenticate the Audible Magic Spreadsheet during that deposition.

4. Audible Magic produced nearly ■■■■ documents on April 26 and May 1, 2019, collectively.

5.  Attached hereto as Exhibit 2 is a true and correct copy of a screenshot of a keyword search of the Copyright Office Catalog for the keywords "rowland motivation." The work with title "Motivation" and Copyright Number SR0000677261 is the first hit.

6.  Attached hereto as Exhibit 3 is a true and correct copy of a printout from the Copyright Office Catalog for the registration of the sound recording of the song "Motivation" by the artist Kelly Rowland with registration number SR0000677261, registered on May 9, 2011.

7.  Attached hereto as Exhibit 4 is a true and correct copy of the copyright registration certificate for the sound recording of the song "Motivation" by the artist Kelly Rowland with registration number SR 677-261, registered on May 9, 2011, that Plaintiffs produced in this case under Bates No. UMG_00000005.

8.  I have reviewed the spreadsheet MarkMonitor produced with Bates No. MM000236 (the "236 Spreadsheet") to check whether the chart in Paragraph 44 of the Kearney Declaration is correct. I found numerous errors or misrepresentations in Mr. Kearney's testimony. I filtered ████████████████████████████████████████ the following:

- ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 24, 2019 in Washington, District of Columbia.

_____
Jeffrey M. Gould
Counsel for Plaintiffs