UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### NOTICE OF SUBMISSION

Plaintiffs submit the attached Exhibits in support of Plaintiffs' Motion to Strike Portions of the Declaration of Thomas Kearney (ECF No. 388) filed September 24, 2019.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated September 24, 2019 | /s/ *Scott A. Zebrak*<br>Scott A. Zebrak (38729)<br>Matthew J. Oppenheim (*pro hac vice*)<br>Jeffrey M. Gould (*pro hac vice*)<br>Kerry Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20015<br>Tel:  202-480-2999<br>scott@oandzlaw.com<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br>kerry@oandzlaw.com<br><br>*Attorneys for Plaintiffs* |