# Exhibit 1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF VIRGINIA
 3
 4   SONY MUSIC ENTERTAINMENT, ET AL.,
 5
                 Plaintiffs,
 6                                    No. 1:18-cv-00950-LO-JFA
         vs.
 7
     COX COMMUNICATIONS, INC. AND
 8   COXCOM, LLC,
 9               Defendants.
     _____/
10
11
        -- HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY --
12
13   VIDEO-RECORDED FEDERAL RULE 30(b)(6) DEPOSITION OF
14              AUDIBLE MAGIC BY VANCE IKEZOYE
15              San Francisco, California
16                 Monday, May 6, 2019
17
18
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

Page 6

DEPOSITION EXHIBITS

SHUOYEN JACK LIN, PH.D.

| NUMBER | DESCRIPTION | IDENTIFIED |
|---|---|---|
| Defendants' Exhibit 1 | Subpoena To Testify At A Deposition In A Civil Action, 4.16.19 | 17 |
| Defendants' Exhibit 2 | First Amended Complaint And Jury Demand, 4.8.19 | 23 |
| Defendants' Exhibit 3 | Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action, 4.12.19 | 27 |
| Defendants' Exhibit 4 | AUDIBLE-MAGIC 0001497 - 1503 | 40 |
| Defendants' Exhibit 5 | AUDIBLE-MAGIC 0007333 - 338 | 47 |
| Defendants' Exhibit 6 | AUDIBLE-MAGIC 0000003 - 130 | 67 |
| Defendants' Exhibit 7 | AUDIBLE-MAGIC0000131 | 87 |
| Defendants' Exhibit 8 | AUDIBLE-MAGIC0000134 - 135 | 93 |
| Defendants' Exhibit 9 | Statement of Work, 5.22.12 | 128 |

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
                                                              Page 7
 1    Defendants'     RIAA_00128232 - 234                         145
 2    Exhibit 10
 3    Defendants'     Email string from Julea Casel               153
 4    Exhibit 11      to Linas Jurkauskas, et al.,
 5                    4.16.13
 6    Defendants'     RIAA_00128230 - 231                         161
 7    Exhibit 12
 8    Defendants'     AUDIBLE-MAGIC 0001407 - 1412                166
 9    Exhibit 13
10    Plaintiffs'     AUDIBLE-MAGIC0007212 -217                   184
11    Exhibit 1
12
13            PREVIOUSLY MARKED EXHIBITS REFERENCED:
14
15    EXHIBIT NUMBER                                             PAGE
16    Exhibit Defendants' Monson 4                                 94
17
18
19
20
21
22
23
24
25
```