# Exhibit 2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = rowland motivation
Search Results: Displaying 1 through 25 of 10000 entries.

 1 26 51 76 101 126 ... 9976

*Your search retrieved more records than can be displayed. Only the first 10,000 will be shown.*

Resort results by: Relevance     Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] |  | Motivation. | SR0000677261 | 2011 |
| [ 2 ] | | Motivation. | PA0001763331 | 2011 |
| [ 3 ] | | Behavior management strategies for teachers : achieving instructional effectiveness, student success, and student motivation-every teacher and any student can! / by Joan C. Harlan and Sidney T. Rowland. | TX0005609475 | 2002 |
| [ 4 ] | | Motivation analysis test. | V1777P375 | 1980 |
| [ 5 ] | | Fundamentals of learning and motivation / By Frank A. Logan & William C. Gordon. 3d ed. | V1777P029 | 1980 |
| [ 6 ] | | Syncopated lady & 1 other title; musical compositions / Author: Betty Rowland. | V1760P027 | 1979 |
| [ 7 ] | | Tangent; painting & serigraph / Created by Mark Rowland. | V1737P019 | 1979 |
| [ 8 ] | | Tangent; painting & serigraph / Created by Mark Rowland. | V1737P017 | 1979 |
| [ 9 ] | | Whim; painting & serigraph / Created by Mark Rowland. | V1737P015 | 1979 |
| [ 10 ] | | Whim; painting & serigraph / Created by Mark Rowland. | V1737P013 | 1979 |
| [ 11 ] | | Onset; painting & serigraph / Created by Mark Rowland. | V1737P011 | 1979 |
| [ 12 ] | | Onset; painting & serigraph / Created by Mark Rowland. | V1737P009 | 1979 |
| [ 13 ] | | Gunns of Bournville. | V1728P464 | 1979 |
| [ 14 ] | | Motivation of human and animal behavior: an ethological view / A446580 (1973) | V1705P087 | 1978 |
| [ 15 ] | | New kind of lovin'; musical composition / Composers: Betty Rowland & Dinah Utah. PAu 26-693. | V1700P266 | 1978 |
| [ 16 ] | | Motivation of human and animal behavior, an ethological view; book / A446580 (1973) | V1691P394 | 1978 |
| [ 17 ] | | Motivation for analysis / By Jim Bolan & Don Goodman. EU307568 (1972) | V1665P410 | 1978 |
| [ 18 ] | | Born again battle hymn & 8 other titles; musical compositions / Composer of music and lyrics, Kyla Rowland. | V1654P155 | 1978 |
| [ 19 ] | | Motivation and measurement of performance. | V1653P097 | 1978 |
| [ 20 ] | | Love, part 1 & 1 other title / By Kevin Rowland. | V1811P415 | 1980 |
| [ 21 ] | | Dance stance : a.k.a. Burn it down / By Kevin Rowland. | V1811P413 | 1980 |
| [ 22 ] | | Geno / By Kevin Rowland & Kevin Archer. | V1811P411 | 1980 |
| [ 23 ] | | There there, my dear / By Kevin Rowland & Kevin Archer. | V1811P410 | 1980 |
| [ 24 ] | | Thankfully, not living in Yorkshire it doesn't apply; musical composition / By Kevin Rowland & Peter Saunders. | V1809P104 | 1980 |
| [ 25 ] | | I'm just looking; musical composition / By Kevin Rowland, Jeffery Blyth & Peter Saunders. | V1809P102 | 1980 |

**Resort results by:** Relevance                                             Set Search Limits

Clear Selected | Retain Selected

previous  1 26 51 76 101 126 ... 9976  next

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| **Records** | Select Format: Full Record | Format for Print/Save |
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: | Email |

**Search for:** rowland motivation   **Search by:** Keyword   **Item type:** None

25 records per page    Submit | Reset

Help  |  Search  |  History  |  **Titles**  |  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page