# Exhibit 3



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = motivation kelly rowland
Search Results: Displaying 1 of 10000 entries



*Motivation.*

| | |
|---|---|
| **Relevance:** | ▮▮▮▮▮ |
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000677261 / 2011-05-09 |
| **Application Title:** | Motivation, Artist: Kelly Rowland, 00602527707174 (eRelease) |
| **Title:** | Motivation. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Universal Motown Records, A Div. of UMG Recordings, Inc. Address: 2220 Colorado Ave., Santa Monica, CA, 90404. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-04-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Universal Motown Records, A Div. of UMG Recordings, Inc., employer for hire; Domicile: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Universal Music Group |
| **Names:** | UMG Recordings, Inc. |
| | Universal Motown Records |





Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page