# Exhibit 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 677-261**

**Effective date of registration:**

May 9, 2011

## Title

**Title of Work:** Motivation, Artist: Kelly Rowland, 00602527707174 (eRelease)

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 12, 2011   **Nation of 1st Publication:** United States

## Author

- **Author:** Universal Motown Records, A Div. of UMG Recordings, Inc.
  **Author Created:** sound recording
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Universal Motown Records, A Div of UMG Recordings, Inc.
2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz
**Date:** May 9, 2011

Page 1 of 1

UMG_00000005