# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, *Plaintiffs*, v. COX COMMUNICATIONS, INC., *et al.*, *Defendants.* | Case No. 1:18-cv-00950-LO-JFA |

**DEFENDANTS' MEMORANDUM IN OPPOSITION
TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**FILED UNDER SEAL**