# Exhibit F-1

# Exhibit K2

# Exhibit K3

# Exhibit K4

# Exhibit K5

# Exhibit K6

# Exhibit K7

# Exhibit K8

# Exhibit K9

# Exhibit K10

# Exhibit K11

# Exhibit K12

# Exhibit K13

# Exhibit K14

# Exhibit K15

# Exhibit K16

# Exhibit K17

# Exhibit K18

# Exhibit K19

# Exhibit K20

# Exhibit K21

# Exhibit K22

# Exhibit K23

# Exhibit K24

# Exhibit K25

# Exhibit K26

# Exhibit K27

# Exhibit K28

# Exhibit K29

# Exhibit K30

# Exhibit K31

# Exhibit K32

# Exhibit K33

# Exhibit K34

# Exhibit K35

# Exhibit K36

# Exhibit K37

# Exhibit K38

# Exhibit K39

# Exhibit K40

# Exhibit K41

# Exhibit K42

# Exhibit K43

# Exhibit K44

# Exhibit K45

# Exhibit K46

# Exhibit K47

# Exhibit K48

# Exhibit K49

# Exhibit K50

F-1 - Plaintiffs_00023875 - BitTorrent

From antipiracy2@riaa.com  Thu Mar 15 15:46:21 2012
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
        by outpost.dtecnet.com (Postfix) with ESMTP id B51B82C186F
        for <abuse@cox.net>; Thu, 15 Mar 2012 15:46:21 -0500 (CDT)
MIME-Version: 1.0
Date: Thu, 15 Mar 2012 15:46:10 -0500
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22249205290
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
        charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-aaf9dd01-9a5f-8549-78b6-253c54614843@US-NOTICE1.us-reportsite.dtecnet.
com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

03-15-2012
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

F-1 - Plaintiffs_00023875 - BitTorrent

arly illegal.  You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer.  Learn how at the "=
About Music Copyright Notices" section of www.riaa.com.  That section al=
so contains practical information about:=20

   - How you were identified and why illegal downloading is not anonymous
   - What next steps to take
   - Where to get legal music online

We encourage Internet subscribers to visit the website www.musicunited.o=
rg, which contains valuable information about what is legal and what is =
not when it comes to copying music.  It also links to some of the more p=
opular online music services where fans can go to listen to and/or purch=
ase their favorite songs.

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared.  We assert that th=
e information in this notice is accurate, based upon the data available =
to us.  We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law.  Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet.  This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

Thank you in advance for your cooperation.  If you have any questions, p=
lease visit the "About Music Copyright Notices" section of www.riaa.com.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004
Email: ispnoticefaq@riaa.com
Ph: 1-800-838-9775

List of infringing content
- ------------------------------
DRAKE I'M ON ONE

- ------------------------------
INFRINGEMENT DETAIL =20
- ------------------------------
Infringing Work : I'M ON ONE

Page 2

```
              F-1 - Plaintiffs_00023875 - BitTorrent
Filename : Dj Khaled Ft Lil Wayne, Drake, Rick Ross-Im On One (Cdq-Dirty=
)Djleak.Com.mp3=20
First found (UTC): 2012-03-14T04:26:53.83Z
Last found (UTC): 2012-03-14T04:27:49.96Z
Filesize  : 7400675 bytes=20
IP Address: 70.178.9.243
IP Port: 64816
Network: BitTorrent
Protocol: BitTorrent    =20
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/v1.2/ACNS2v1_2.x=
sd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xsi=3D"http://www.w3.org/20=
01/XMLSchema-instance">          <Case>
                <ID>22249205290</ID>=20
                <Status>OPEN</Status>=20
                <Severity>Normal</Severity>=20
        </Case>
        <Complainant>
                <Entity>Recording Industry Association of America Inc</Entity>=20
                <Contact>Jeremy Landis</Contact>=20
                <Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
                <Phone>1-800-838-9775</Phone>=20
                <Email>antipiracy2@riaa.com</Email>=20
        </Complainant>
        <Service_Provider>
                <Entity>Cox Communications</Entity>=20
                <Contact></Contact>=20
                <Address>Cox Communications Inc.   1400 Lake Hearn Drive   Atlanta
 G=
A  30313   US   </Address>=20
                <Phone></Phone>
                <Email>abuse@cox.net</Email>=20
        </Service_Provider>
        <Source>
                <TimeStamp>2012-03-14T04:27:49.96Z</TimeStamp>=20
                <IP_Address>70.178.9.243</IP_Address>=20
                <Port>64816</Port>=20
                <Type>P2P</Type>=20
                <SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
                <UserName></UserName>=20
                <Number_Files>1</Number_Files>=20
        </Source>
        <Content>
                <Item>
                        <TimeStamp>2012-03-14T04:27:49.96Z</TimeStamp>=20
                        <Title>I&#39;M ON ONE</Title>=20
                        <Artist>DRAKE</Artist>
                              Page 3
```

```
                    F-1 - Plaintiffs_00023875 - BitTorrent
                      <FileName>Dj Khaled Ft Lil Wayne, Drake, Rick Ross-Im On
One (Cdq-Dir=
ty)Djleak.Com.mp3</FileName>=20
                      <FileSize>7400675</FileSize>=20
                      <Type>Music</Type>=20
                      <Hash
Type=3D"SHA1">16876356A184EE4FB23F1A263C245A48F28CC1F2</Hash>
                  </Item>
        </Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAk9iVRIACgkQSq2vEtdJiDMDnQCeOyaAgcf9lqMxdUqTcZ1TCKnS
jiEAoKkp7RDT1H1zL0QDrIroBgqJtDNJ
=3DaX+3
-----END PGP SIGNATURE-----
```