# Exhibit F-2

F-2 - Plaintiffs_00053141 - Ares

From antipiracy2@riaa.com Wed Jul 18 13:50:46 2012
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
        by outpost.dtecnet.com (Postfix) with ESMTP id 09D952C1239
        for <abuse@cox.net>; Wed, 18 Jul 2012 13:50:46 -0500 (CDT)
MIME-Version: 1.0
Date: Wed, 18 Jul 2012 13:50:44 -0500
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22256455922
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-54deb5df-20b9-4b84-d4cd-75cdedba950e@US-NOTICE1.us-reportsite.dtecnet.
com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

07-18-2012
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal. You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer. Learn how at the "=
About Music Copyright Notices" section of www.riaa.com. That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website www.musicunited.o=
rg, which contains valuable information about what is legal and what is =
not when it comes to copying music. It also links to some of the more p=
opular online music services where fans can go to listen to and/or purch=
ase their favorite songs.

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared. We assert that th=
e information in this notice is accurate, based upon the data available =
to us. We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law. Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet. This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks. If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back. If you are =
able to identify and resolve the problem yourself, please send us a resp=
onse indicating the actions you have taken. Please reference the above =
noted Notice ID 22256455922 in all correspondence, which should be direc=
ted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

F-2 - Plaintiffs_00053141 - Ares

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004
Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- ------------------------------
DR. DRE I NEED A DOCTOR

- ------------------------------
INFRINGEMENT DETAIL =20
- ------------------------------
Infringing Work : I NEED A DOCTOR
Filename : 01-dr_dre_ft _eminem_and_skylar_grey-i_need_a_doctor.mp3=20
First found (UTC): 2012-07-16T17:47:48.86Z
Last found (UTC): 2012-07-16T17:50:28.89Z
Filesize : 5089254 bytes=20
IP Address: 24.56.16.45
IP Port: 24997
Network: Ares
Protocol: Ares =20

=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/v1.2/ACNS2v1_2.x=
sd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xsi=3D"http://www.w3.org/20=
01/XMLSchema-instance"> <Case>
<ID>22256455922</ID>=20
<Status>OPEN</Status>=20
<Severity>Normal</Severity>=20
</Case>
<Complainant>
<Entity>Recording Industry Association of America Inc</Entity>=20
<Contact>Jeremy Landis</Contact>=20
<Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
<Phone>1-888-868-2124</Phone>=20
<Email>riaa.antipiracy@dtecnet.com</Email>=20
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>=20
<Contact></Contact>=20
<Address>Cox Communications Inc. 1400 Lake Hearn Drive Atlanta
G=
A 30313 US </Address>=20
<Phone></Phone>
<Email>abuse@cox.net</Email>=20

</Service_Provider>
<Source>
<TimeStamp>2012-07-16T17:50:28.89Z</TimeStamp>=20
<IP_Address>24.56.16.45</IP_Address>=20
<Port>24997</Port>=20
<Type>P2P</Type>=20
<SubType BaseType=3D"P2P" Protocol=3D"ARES" />
<UserName></UserName>=20
<Number_Files>1</Number_Files>=20
</Source>
<Content>
<Item>
<TimeStamp>2012-07-16T17:50:28.89Z</TimeStamp>=20
<Title>I NEED A DOCTOR</Title>=20
<Artist>DR. DRE</Artist>
<FileName>01-dr_dre_ft
_eminem_and_skylar_grey-i_need_a_doctor.mp3</F=
ileName>=20
<FileSize>5089254</FileSize>=20
<Type>Music</Type>=20
<Hash
Type=3D"SHA1">583BD64F85DECD4567468D0BB18B0575521FC6B1</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAlAHBYQACgkQSq2vEtdJiDMiegCeP7OQpL5yhNUl1NmOoHm1ddyW
MFgAoJqj0Gn0EyMLg+uKeK7eyPOg/j1s
=3DLG5R
-----END PGP SIGNATURE-----