# Exhibit F-3

F-3 - Plaintiffs_00008847 - Gnutella

```
From antipiracy2@riaa.com  Tue Jan 24 15:16:49 2012
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com
(184.173.220.183-static.reverse.softlayer.com [184.173.220.183])
        by outpost.dtecnet.com (Postfix) with ESMTP id 25C732C4AF7;
        Tue, 24 Jan 2012 15:16:49 -0600 (CST)
MIME-Version: 1.0
Date: Tue, 24 Jan 2012 15:16:49 -0600
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22245760225
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-a1cb894b-e249-35b8-c778-8fb423b896ca@US-NOTICE1.us-reportsite.dtecnet.
com>
```

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

01-24-2012
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=

oading copyrighted works without the copyright owner's permission is cle=
arly illegal. You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer. Learn how at the "=
About Music Copyright Notices" section of www.riaa.com. That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website www.musicunited.o=
rg, which contains valuable information about what is legal and what is =
not when it comes to copying music. It also links to some of the more p=
opular online music services where fans can go to listen to and/or purch=
ase their favorite songs.

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared. We assert that th=
e information in this notice is accurate, based upon the data available =
to us. We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law. Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet. This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

Thank you in advance for your cooperation. If you have any questions, p=
lease visit the "About Music Copyright Notices" section of www.riaa.com.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004
Email: ispnoticefaq@riaa.com
Ph: 1-800-838-9775

List of infringing content
- -----------------------------
Kelly Clarkson Never Again

- -----------------------------
INFRINGEMENT DETAIL =20
- -----------------------------

F-3 - Plaintiffs_00008847 - Gnutella

Infringing Work : Never Again
Filename : Kelly Clarkson - Never Again(1).mp3=20
First found (UTC): 2012-01-22T20:59:40.62Z
Last found (UTC): 2012-01-22T21:01:30.80Z
Filesize : 3478770 bytes=20
IP Address: 68.107.93.183
IP Port: 48506
Network: Gnutella
Protocol: Gnutella =20

```
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/v1.2/ACNS2v1_2.x=
sd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xsi=3D"http://www.w3.org/20=
01/XMLSchema-instance">         <Case>
                <ID>22245760225</ID>=20
                <Status>OPEN</Status>=20
                <Severity>Normal</Severity>=20
        </Case>
        <Complainant>
                <Entity>Recording Industry Association of America Inc</Entity>=20
                <Contact>Jeremy Landis</Contact>=20
                <Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
                <Phone>1-800-838-9775</Phone>=20
                <Email>antipiracy2@riaa.com</Email>=20
        </Complainant>
        <Service_Provider>
                <Entity>Cox Communications</Entity>=20
                <Contact></Contact>=20
                <Address>Cox Communications Inc.   1400 Lake Hearn Drive   Atlanta
 G=
A   30313   US   </Address>=20
                <Phone></Phone>
                <Email>abuse@cox.net</Email>=20
        </Service_Provider>
        <Source>
                <TimeStamp>2012-01-22T21:01:30.80Z</TimeStamp>=20
                <IP_Address>68.107.93.183</IP_Address>=20
                <Port>48506</Port>=20
                <Type>P2P</Type>=20
                <SubType BaseType=3D"P2P" Protocol=3D"GNUTELLA" />
                <UserName></UserName>=20
                <Number_Files>1</Number_Files>=20
        </Source>
        <Content>
                <Item>
                        <TimeStamp>2012-01-22T21:01:30.80Z</TimeStamp>=20
                        <Title>Never Again</Title>=20
                        <Artist>Kelly Clarkson</Artist>
```

F-3 - Plaintiffs_00008847 - Gnutella

<FileName>Kelly Clarkson - Never Again(1).mp3</FileName>=20
<FileSize>3478770</FileSize>=20
<Type>Music</Type>=20
<Hash Type=3D"SHA1">FGYEFSAIIEY5SHYOMDLLRHRORFDHD4SE</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAk8fH8EACgkQSq2vEtdJiDN4VwCggHKWagd5QN+8d54e6ZgiMaiA
7T8AnAvSJ5aNbX507tJRZ5gKiwiov+ER
=3D0E8U
-----END PGP SIGNATURE-----