# Exhibit L1 - L6

# FILED UNDER SEAL