# Exhibit L7

# Discogs

[Search] Explore | Marketplace | Community | Log In | Register



## Ledisi – Pieces Of Me

| | |
|---|---|
| Label: | Verve Forecast – B0015557-02 |
| Format: | CD, Album |
| Country: | US |
| Released: | 2011 |
| Genre: | Jazz, Funk / Soul |
| Style: | Soul-Jazz, Neo Soul, RnB/Swing |

**Release** [r3672607]

Edit Release
All Versions of this Release
Review Changes

[Add to Collection] [Add to Wantlist]

**Marketplace** — 11 For Sale from $4.38

[Buy CD] [Sell CD]

### Tracklist                                                    Hide Credits

| 1  | Pieces Of Me        | 3:23 |
| 2  | So Into You         | 3:47 |
| 3  | Bravo               | 3:29 |
| 4  | Stay Together       | 3:56 |
|    | Featuring – Jaheim  |      |
| 5  | Coffee              | 3:21 |
| 6  | Hate Me             | 4:01 |
| 7  | Shut Up             | 3:22 |
| 8  | Shine               | 3:49 |
| 9  | I Miss You Now      | 4:10 |
| 10 | BGTY                | 3:31 |
| 11 | Raise Up            | 4:04 |
| 12 | I Gotta Get To You  | 4:50 |

### Companies, etc.

Phonographic Copyright (p) – The Verve Music Group
Copyright (c) – The Verve Music Group

### Barcode and Other Identifiers

Barcode: 602527684475
ASIN: B004UJBP38
Matrix / Runout: DIDX-757502 1

### Other Versions (1 of 1)   View All

| Title (Format) | Label | Cat# | Country | Year |
|---|---|---|---|---|
| Pieces Of Me (CD, Album) | Verve Forecast | 0602527684475 | Europe | 2011 |

### Recommendations

### Reviews

[Add Review]

☐ Share

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 48 | Last Sold: | 15 Aug 19 |
| Want: | 14 | Lowest: | $2.00 |
| Avg Rating: | 3.2 / 5 | Median: | $5.24 |
| Ratings: | 5 | Highest: | $8.01 |

**Videos**   Edit

Add a Video

**Lists**

Add to List

**Contributors**

PaulBennett, NeoSoulGroove, liamscillitoe, SampleKween

| Discogs | Help Is Here | Join In | Follow Us | More Databases |
|---|---|---|---|---|
| About Us | Help & Support | Get Started | Facebook | Record Shops |
| Blog | Forum | Sign Up | Twitter | Music Gear |
| Shop | Keyboard Shortcuts | Contribute | Instagram | Books |
| App | Database Guidelines | Add Release | Mixcloud | Films |
| Careers | Discogs Shipping | Contributor List | Soundcloud | Comics |
| API | Discogs Payments | Help Translate | Pinterest | Posters |
| Change Log | | Discogs Events | | |
| | | Advertise With Us | | |

© 2019 Discogs®    Terms of Service    Privacy Policy    Cookie Policy    Change Cookie Settings    English