# Exhibit L8

# Discogs

[Search] | Explore | Marketplace | Community | Log In | Register



More Images

## Kanye West – Graduation

| | |
|---|---|
| Label: | Roc-A-Fella Records – B0009541-02 |
| Format: | CD, Album |
| Country: | US |
| Released: | 11 Sep 2007 |
| Genre: | Hip Hop |
| Style: | Pop Rap |

**Release** [r11805272]

Edit Release
All Versions of this Release
New Submission

[Add to Collection]  [Add to Wantlist]

**Marketplace** — **1 For Sale** from **$4.00**

[Buy CD]  [Sell CD]

### Tracklist — Hide Credits

**1  Good Morning  3:15**
- Keyboards – Andy Chatterley
- Producer – Kanye West
- Recorded By – Andrew Dawson
- Recorded By, Mixed By – Anthony Kilhoffer
- Vocals [Additional] – Connie Mitchell, Jay-Z, Tony "Penafire" Williams*

**2  Champion  2:47**
- Producer – Brian "All Day" Miller, Kanye West
- Recorded By – Anthony Kilhoffer
- Recorded By, Mixed By – Andrew Dawson
- Vocals [Additional] – Connie Mitchell, Tony "Penafire" Williams*

**3  Stronger  5:12**
- Keyboards – Andy Chatterley, La Mar 'Mars' Edwards*
- Keyboards, Guitar – Mike Dean
- Mixed By – Manny Marroquin
- Producer – Kanye West
- Programmed By [Additional Programming] – Timbaland
- Recorded By – Andrew Dawson, Anthony Kilhoffer, Seiji Sekine

**4  I Wonder  4:03**
- Keyboards – Jon Brion
- Producer – Kanye West
- Recorded By – Anthony Kilhoffer, Greg Koller
- Recorded By, Mixed By – Andrew Dawson

**5  Good Life  3:27**
- Backing Vocals – John Legend, Ne-Yo
- Drum Programming [Additional Drum Programming] – Timbaland
- Featuring – T-Pain
- Mixed By – Mike Dean
- Producer – Toomp*, Kanye West
- Recorded By – Anthony Kilhoffer, Paul Sheehy
- Recorded By, Mixed By – Andrew Dawson

**6  Can't Tell Me Nothing  4:31**
- Mixed By – Mike Dean
- Producer – Toomp*, Kanye West
- Recorded By – Anthony Kilhoffer, Tony Rey
- Recorded By, Mixed By – Andrew Dawson
- Vocals [Additional] – Connie Mitchell, Young Jeezy

**7  Barry Bonds  3:24**
- Co-producer – Kanye West
- Featuring – Lil Wayne
- Mixed By, Keyboards – Mike Dean
- Producer – Nottz
- Recorded By – Andrew Dawson, D. Sloan*, Nottz Raw*

**8  Drunk And Hot Girls  5:13**
- Featuring – Mos Def
- Mixed By – Mike Dean
- Producer – Kanye West

Share

### Statistics

| | | | |
|---|---|---|---|
| Have: | 111 | Last Sold: | 27 Jun 19 |
| Want: | 89 | Lowest: | $4.00 |
| Avg Rating: | 4.3 / 5 | Median: | $5.09 |
| Ratings: | 10 | Highest: | $6.04 |

**Videos (5)**  Edit



**Lists**

Add to List

**Contributors**

la-trading, antmassam55

|   |   |   |
|---|---|---|
|   | Producer [Additional] – Jon Brion |   |
|   | Recorded By – Andrew Dawson, Greg Koller |   |
| 9 | Flashing Lights | 3:57 |
|   | Featuring – Dwele |   |
|   | Producer – Eric Hudson, Kanye West |   |
|   | Recorded By – Anthony Kilhoffer |   |
|   | Recorded By, Mixed By – Andrew Dawson |   |
| 10 | Everything I Am | 3:47 |
|   | Featuring – DJ Premier |   |
|   | Mixed By – Mike Dean |   |
|   | Producer – Kanye West |   |
|   | Recorded By – Andrew Dawson, Anthony Kilhoffer |   |
|   | Vocals [Additional] – Tony "Penafire" Williams* |   |
| 11 | The Glory | 3:32 |
|   | Co-producer – Gee Roberson, Patrick 'Plain Pat' Reynolds* |   |
|   | Producer – Kanye West |   |
|   | Recorded By – Andrew Dawson |   |
|   | Recorded By, Mixed By – Anthony Kilhoffer |   |
| 12 | Homecoming | 3:23 |
|   | Mixed By – Mike Dean |   |
|   | Producer – Kanye West, Warren "Baby Dubb" Campbell* |   |
|   | Recorded By – Anthony Kilhoffer, Bruce Buechner, Greg Koller |   |
|   | Recorded By, Mixed By – Andrew Dawson |   |
|   | Vocals [Additional] – Chris Martin |   |
| 13 | Big Brother | 4:47 |
|   | Producer – Toomp* |   |
|   | Recorded By – Paul Sheehy |   |
|   | Recorded By, Mixed By – Andrew Dawson |   |

## Companies, etc.

Phonographic Copyright (p) – Roc-A-Fella Records, LLC
Copyright (c) – Roc-A-Fella Records, LLC
Copyright (c) – Takashi Murakami
Copyright (c) – Kaikai Kiki Co., Ltd.
Copyright (c) – Kanye West
Copyright (c) – Mascotte Holdings, LLC
Manufactured By – Island Def Jam Music Group
Marketed By – Island Def Jam Music Group
Distributed By – Universal Music Distribution
Pressed By – EDC, USA

## Credits

Executive-Producer – Gee Roberson, Kanye West, Kyambo "Hip Hop" Joshua*, The Carter Administration

## Notes

Track #1 contains samples from "Someone Saved My Life Tonight" by Elton John.
Track #2 contains elements of "Kid Charlemagne" by Steely Dan.
Track #3 contains a sample of "Harder, Better, Faster, Stronger" by Daft Punk.
Track #4 contains a sample of "My Song" by Labi Siffre.
Track #5 contains a sample of "P.Y.T." by Michael Jackson.
Track #7 contains a sample of "Long Red" by Mountain.
Track #8 contains elements of "Sing Swan Song" by Can.
Track #10 contains elements of "If We Can't Be Lovers" by Prince Phillip Mitchell. It also contains elements of the recording "Bring The Noise" by Public Enemy.
Track #11 contains elements of "Save The Country" by Laura Nyro. It also contains a sample of "Long Red" by Mountain.

Digisleeve includes a poster.
PA logo on front cover.

## Barcode and Other Identifiers

Barcode (Text): 6 02517 41220 0
Barcode (Scanned): 602517412200
Matrix / Runout: B00 095 4102R1 01%% S [EDC logo]
Mastering SID Code: IFPI L007
Mould SID Code (x2): IFPI 0313
Other (Inner clear ring): MADE IN USA

## Other Versions (5 of 44)   View All

| Title (Format) | Label | Cat# | Country | Year |
|---|---|---|---|---|
| Graduation (CD, Album, Enh) | Roc-A-Fella Records | 1745502 | UK | 2007 |
| Graduation (CD, Album) | Roc-A-Fella Records | 1741220 | Indonesia | 2007 |
| Graduation (2xLP, Album, Ltd, Unofficial) | Getting Out Our Dreams (2) | KANYEGRADUATION003 | Netherlands | 2013 |
| Graduation (3xLP, Album, Ltd, Collector's, Pur, Pnk & Blu Swirl/Marble) (12", Album, Ltd, S/Edition, Unofficial, Col) | Roc-A-Fella Records | B0009541-02 | US | 2007 |
| Graduation (2xLP, Album, Ltd, Unofficial, Pin) | Getting Out Our Dreams (2) | KANYEGRADUATION003 | Netherlands | 2015 |

## Recommendations

## Reviews

[Add Review]

**Discogs**
- About Us
- Blog
- Shop
- App
- Careers
- API
- Change Log

**Help Is Here**
- Help & Support
- Forum
- Keyboard Shortcuts
- Database Guidelines
- Discogs Shipping
- Discogs Payments

**Join In**
- Get Started
- Sign Up
- Contribute
- Add Release
- Contributor List
- Help Translate
- Discogs Events
- Advertise With Us

**Follow Us**
- Facebook
- Twitter
- Instagram
- Mixcloud
- Soundcloud
- Pinterest

**More Databases**
- Record Shops
- Music Gear
- Books
- Films
- Comics
- Posters

© 2019 Discogs®   Terms of Service   Privacy Policy   Cookie Policy   Change Cookie Settings   English