# Exhibit L9



**Discogs**

[Search] Explore  Marketplace  Community  Log In  Register



More Images

## Lana Del Rey – Born To Die

| | |
|---|---|
| Label: | Polydor – B0016454-02, Interscope Records – B0016454-02 |
| Format: | CD, Album, Deluxe Edition, *Target Edition* |
| Country: | US |
| Released: | 31 Jan 2012 |
| Genre: | Hip Hop, Rock, Pop |
| Style: | Soft Rock, Ballad |

### Tracklist                                                                 Hide Credits

| # | Title | Length |
|---|---|---|
| 1 | Born To Die | 4:46 |
| 2 | Off To The Races | 5:00 |
|   | Producer – Patrik Berger | |
| 3 | Blue Jeans | 3:29 |
| 4 | Video Games | 4:42 |
|   | Producer – Robopop (4) | |
| 5 | Diet Mountain Dew | 3:43 |
|   | Co-producer – Jeff Bhasker | |
| 6 | National Anthem | 3:51 |
| 7 | Dark Paradise | 4:03 |
|   | Co-producer – Rick Nowels | |
| 8 | Radio | 3:35 |
| 9 | Carmen | 4:09 |
| 10 | Million Dollar Man | 3:52 |
|   | Producer – Chris Braide | |
| 11 | Summertime Sadness | 4:25 |
|   | Co-producer – Rick Nowels | |
| 12 | This Is What Makes Us Girls | 3:58 |
|   | Producer – Al Shux* | |
|   | **Bonus Tracks** | |
| 13 | Without You | 3:49 |
| 14 | Lolita | 3:42 |

### Companies, etc.

- Exclusive Retailer – Target (11)
- Phonographic Copyright (p) – Lana Del Rey
- Copyright (c) – Lana Del Rey
- Licensed To – Polydor (UK)
- Licensed To – Interscope Records

### Credits

- Producer – Emile Haynie (tracks: 1 to 3, 5 to 12)
- Producer [Additional] – Jeff Bhasker (tracks: 6, 8, 9)

### Notes

U.S. Target stores deluxe edition initial pressing includes two exclusive additional tracks: "Without You" and "Lolita"

### Barcode and Other Identifiers

- Barcode: 6 02527 91427 5
- Matrix / Runout: (551945) B001645402 01 0001
- Mastering SID Code: IFPI L779

---

**Release**                                                [r3379091]

- Edit Release
- All Versions of this Release
- Review Changes

[Add to Collection]  [Add to Wantlist]

**Marketplace**                              4 For Sale from $7.99

[Buy CD]  [Sell CD]

Share

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 182 | Last Sold: | 11 Feb 19 |
| Want: | 149 | Lowest: | $2.00 |
| Avg Rating: | 4.37 / 5 | Median: | $6.95 |
| Ratings: | 27 | Highest: | $13.00 |

**Videos (7)**  Edit



**Lists**

Add to List

**Contributors**

DJzFannzNFreakz, gatogato, SirFennUSA,

Mould SID Code: IFPI KKDN

austinyang, rayzor34, CrateAndNeedle, promosexual, amoebasinger

**Other Versions (5 of 88)**   View All

| Title (Format) | Label | Cat# | Country | Year |
|---|---|---|---|---|
| Born To Die (LP, Album) | Interscope Records, Polydor | B0016425-01 | US | 2012 |
| Born To Die (CD, Album) | Polydor, Interscope Records | 2787091 | Indonesia | 2012 |
| Born To Die (CD, Album, S/Edition) | Polydor, Interscope Records | 2796404 | Greece | 2012 |
| Born To Die (LP, Album, RE) | Vertigo, Universal Music Group | 06025 2793106 7 | Europe | Unknown |
| Born To Die (CD, Album, Dlx) | Polydor, Interscope Records | 2793087 | Philippines | 2012 |

**Recommendations**

**Reviews**

Add Review

---

**Discogs**
- About Us
- Blog
- Shop
- App
- Careers
- API
- Change Log

**Help Is Here**
- Help & Support
- Forum
- Keyboard Shortcuts
- Database Guidelines
- Discogs Shipping
- Discogs Payments

**Join In**
- Get Started
- Sign Up
- Contribute
- Add Release
- Contributor List
- Help Translate
- Discogs Events
- Advertise With Us

**Follow Us**
- Facebook
- Twitter
- Instagram
- Mixcloud
- Soundcloud
- Pinterest

**More Databases**
- Record Shops
- Music Gear
- Books
- Films
- Comics
- Posters

© 2019 Discogs®   Terms of Service   Privacy Policy   Cookie Policy   Change Cookie Settings   English