# Exhibit L10

Apple Music  Preview



9 Songs, 36 Minutes                    Preview

Paradise
Lana Del Rey
Alternative · 2012

| | TITLE | TIME |
|---|---|---|
| 1 | Ride | 4:49 |
| 2 | American | 4:08 |
| 3 | Cola | 4:20 |
| 4 | Body Electric | 3:53 |
| 5 | Blue Velvet | 2:38 |
| 6 | Gods & Monsters | 3:57 |
| 7 | Yayo | 5:21 |
| 8 | Bel Air | 3:57 |
| 9 | Burning Desire | 3:51 |

Released: Nov 12, 2012

℗ 2012 Lana Del Rey, under exclusive licence to Polydor Ltd. (UK). Under exclusive licence to Interscope Records in the USA

Also Available in iTunes

**More By Lana Del Rey**


Born to Die
2012


Born to Die (Deluxe Version)
2012


Honeymoon
2015


Lust for Life
2017


Norman F*****g Rockwell!
2019


Ultraviolence
2014

* New subscribers only. Plan automatically renews after trial.

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2019 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map     🇺🇸 Choose your country or region