# Exhibit L11



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001933663

Search Results: Displaying 1 of 1 entries



*Straight Man Gay Porn.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001933663 / 2015-03-02 |
| **Application Title:** | Straight Man Gay Porn. |
| **Title:** | Straight Man Gay Porn. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | MG Cyprus Ltd, Transfer: By written agreement. Address: 178 Athalassas Avenue, Irene Tower, Nicosia, 2025, Cyprus. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-02-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Reimsberg Developments Inc., employer for hire; Domicile: Canada; Citizenship: Canada. Authorship: entire motion picture. |
| **Rights and Permissions:** | MG Cyprus Ltd, Irene Tower, 3rd Floor, 178 Athalassa Avenue, Cyprus, 2025, Cyprus |
| **Names:** | Reimsberg Developments Inc. |
| | MG Cyprus Ltd |



| | | |
|---|---|---|
| **Save, Print and Email (Help Page)** | | |
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005702