# Exhibit L12 - L14

# FILED UNDER SEAL