# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**SR 636-832**

**Effective date of registration:**

March 31, 2008

## Title

**Title of Work:** TITLE: BACK TO BLACK BONUS CD ARTIST: AMY WINEHOSE 00602517494343 (COMPACT DISC)

**Contents Titles:** VALERIE; CUPID (DELUXE VERSION); MONKEY MAN; SOME UNHOLY WAR (DOWN TEMPO); HEY LITTLE RICH GIRL; YOU'RE WONDERING NOW; TO KNOW HIM IS TO LOVE HIM (NAPSTER LIVE); LOVE IS A LOSING GAME (DEMO)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 13, 2007     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** UNIVERSAL ISLAND RECORDS LTD.
  **Author Created:** SOUND RECORDINGS
  **Work made for hire:** Yes
  **Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** UNIVERSAL ISLAND RECORDS LTD.
c/o UNIVERSAL RECORDS, A DIV. OF UMG RECORDING, INC., 2220 COLORADO AVE., SANTA MONICA, CA, 90404

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** TEGAN KOSSOWICZ
**Date:** February 11, 2008

UMG_00000442