# Exhibit K3 - K6

# FILED UNDER SEAL