# Exhibit K7

Document Produced In Native Format

Plaintiffs_00038697

From antipiracy2@riaa.com  Tue May 15 13:40:18 2012
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
        by outpost.dtecnet.com (Postfix) with ESMTP id A891B2C1600
        for <abuse@cox.net>; Tue, 15 May 2012 13:40:18 -0500 (CDT)
MIME-Version: 1.0
Date: Tue, 15 May 2012 13:40:26 -0500
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22252674513
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-dd89334b-628c-8a17-a695-1d8d1086f67e@US-NOTICE1.us-reportsite.dtecnet.
com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

05-15-2012
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal. You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer. Learn how at the "=
About Music Copyright Notices" section of www.riaa.com. That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website www.musicunited.o=
rg, which contains valuable information about what is legal and what is =
not when it comes to copying music. It also links to some of the more p=
opular online music services where fans can go to listen to and/or purch=
ase their favorite songs.

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared. We assert that th=
e information in this notice is accurate, based upon the data available =
to us. We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law. Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet. This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks. If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back. If you are =
able to identify and resolve the problem yourself, please send us a resp=
onse indicating the actions you have taken. Please reference the above =
noted Notice ID 22252674513 in all correspondence, which should be direc=
ted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004
Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- -----------------------------
Eminem RECOVERY

- -----------------------------
INFRINGEMENT DETAIL =20
- -----------------------------
Infringing Work : RECOVERY
Filename : Eminem-Recovery-(Retail)-2010-[NoFS]=20
First found (UTC): 2012-05-14T02:56:49.79Z
Last found (UTC): 2012-05-14T02:57:52.93Z
Filesize : 185797303 bytes=20
IP Address: 24.251.79.246
IP Port: 15108
Network: BitTorrent
Protocol: BitTorrent =20
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/v1.2/ACNS2v1_2.x=
sd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xsi=3D"http://www.w3.org/20=
01/XMLSchema-instance"> <Case>
<ID>22252674513</ID>=20
<Status>OPEN</Status>=20
<Severity>Normal</Severity>=20
</Case>
<Complainant>
<Entity>Recording Industry Association of America Inc</Entity>=20
<Contact>Jeremy Landis</Contact>=20
<Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
<Phone>1-888-868-2124</Phone>=20
<Email>riaa.antipiracy@dtecnet.com</Email>=20
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>=20
<Contact></Contact>=20
<Address>Cox Communications Inc. 1400 Lake Hearn Drive Atlanta
G=
A 30313 US </Address>=20
<Phone></Phone>
<Email>abuse@cox.net</Email>=20

```
        </Service_Provider>
        <Source>
                <TimeStamp>2012-05-14T02:57:52.93Z</TimeStamp>=20
                <IP_Address>24.251.79.246</IP_Address>=20
                <Port>15108</Port>=20
                <Type>P2P</Type>=20
                <SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
                <UserName></UserName>=20
                <Number_Files>1</Number_Files>=20
        </Source>
        <Content>
                <Item>
                        <TimeStamp>2012-05-14T02:57:52.93Z</TimeStamp>=20
                        <Title>RECOVERY</Title>=20
                        <Artist>Eminem</Artist>

<FileName>Eminem-Recovery-(Retail)-2010-[NoFS]</FileName>=20
                        <FileSize>185797303</FileSize>=20
                        <Type>Music</Type>=20
                        <Hash
Type=3D"SHA1">42F2D111B2B16DB49D3AADEB8489FA22A2D99EC3</Hash>
                </Item>
        </Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAk+yoxoACgkQSq2vEtdJiDMcbgCgtSnjhYYR46CsihlUXDkF/lGf
aLAAoMFcjJ/7vvxOeofIpXGANO0S7nW3
=3DGfQ1
-----END PGP SIGNATURE-----
```