# Exhibit K9

# FILED UNDER SEAL