# Exhibit K10

Document Produced In Native Format

Plaintiffs_00104130

From antipiracy2@riaa.com  Thu Feb 21 13:30:51 2013
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
        by outpost.dtecnet.com (Postfix) with ESMTP id 9828E2C05BA
        for <abuse@cox.net>; Thu, 21 Feb 2013 13:30:51 -0600 (CST)
MIME-Version: 1.0
Date: Thu, 21 Feb 2013 13:30:38 -0600
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22271313571
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-f5097c97-34b6-edea-a9dd-b174c0c3c3c0@US-NOTICE1.us-reportsite.dtecnet.
com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

02-21-2013
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal.  You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer.  Learn how at the "=
About Music Copyright Notices" section of www.riaa.com.  That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website www.musicunited.o=
rg, which contains valuable information about what is legal and what is =
not when it comes to copying music.  It also links to some of the more p=
opular online music services where fans can go to listen to and/or purch=
ase their favorite songs.

We encourage Internet subscribers to visit the website http://www.whymus=
icmatters.com/ which contains a guide to several authorized music sites =
where fans can go to listen to and/or purchase their favorite songs.

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared.  We assert that th=
e information in this notice is accurate, based upon the data available =
to us.  We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law.  Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet.  This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks.   If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back.  If you are =
able to identify and resolve the problem yourself, please send us a resp=
onse indicating the actions you have taken.  Please reference the above =
noted Notice ID 22271313571 in all correspondence, which should be direc=
ted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004
Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- ------------------------------
AIR SUPPLY ALL OUT OF LOVE

- ------------------------------
INFRINGEMENT DETAIL =20
- ------------------------------
Infringing Work : ALL OUT OF LOVE
Filename : Air Supply - Platinum & Gold Collection (2004) vtwin88cub=
e=20
First found (UTC): 2013-02-20T07:08:14.89Z
Last found (UTC): 2013-02-20T07:08:55.76Z
Filesize : 141730131 bytes=20
IP Address: 68.104.4.188
IP Port: 63723
Network: BitTorrent
Protocol: BitTorrent =20
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/ACNS http://www.=
acns.net/v1.2/ACNS2v1_2.xsd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xs=
i=3D"http://www.w3.org/2001/XMLSchema-instance"> <Case>
<ID>22271313571</ID>=20
<Status>OPEN</Status>=20
<Severity>Normal</Severity>=20
<Ref_URL></Ref_URL>
</Case>
<Complainant>
<Entity>Recording Industry Association of America Inc</Entity>=20
<Contact>Jeremy Landis</Contact>=20
<Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
<Phone>1-888-868-2124</Phone>=20
<Email>riaa.antipiracy@dtecnet.com</Email>=20
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>=20
<Contact>DMCA Agent</Contact>=20
<Address>Cox Communications Inc. 1400 Lake Hearn Drive Atlanta
G=

A 30313 US </Address>=20
<Phone></Phone>
<Email>abuse@cox.net</Email>=20
</Service_Provider>
<Source>
<TimeStamp>2013-02-20T07:08:55.76Z</TimeStamp>=20
<IP_Address>68.104.4.188</IP_Address>=20
<Port>63723</Port>=20
<DNS_Name>ip68-104-4-188.lv.lv.cox.net</DNS_Name>
<Type>P2P</Type>=20
<SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
<Number_Files>1</Number_Files>=20
<IsSource>false</IsSource>
</Source>
<Content>
<Item>
<TimeStamp>2013-02-20T07:08:55.76Z</TimeStamp>=20
<Title>ALL OUT OF LOVE</Title>=20
<Artist>AIR SUPPLY</Artist>
<FileName>Air Supply - Platinum & Gold Collection
(2004) vtwin88c=
ube</FileName>=20
<FileSize>141730131</FileSize>=20
<Type>Music</Type>=20
<Hash
Type=3D"SHA1">9FABF1ED974A0617483BFBE256C024F239E64B7A</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAlEmdd4ACgkQSq2vEtdJiDNRygCfebZPLjpN7/g2CrGDqCoY96ri
9woAoKpCUSmVU/59NYgqVD4enWq0Qbof
=3Dq2OK
-----END PGP SIGNATURE-----

Document Produced In Native Format

Plaintiffs_00112675

Plaintiffs_00112675.txt

From antipiracy2@riaa.com  Tue Mar 26 13:40:49 2013
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
        by outpost.dtecnet.com (Postfix) with ESMTP id 94B362C065A
        for <abuse@cox.net>; Tue, 26 Mar 2013 13:40:49 -0500 (CDT)
MIME-Version: 1.0
Date: Tue, 26 Mar 2013 13:40:24 -0500
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22272840500
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-97c55177-2011-1aa8-775f-1fce7e23f416@US-NOTICE1.us-reportsite.dtecnet.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

03-26-2013
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal. You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer. Learn how at the "=
About Music Copyright Notices" section of www.riaa.com. That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website http://www.whymus=
icmatters.com/ which contains a guide to the many authorized music sites=
 where fans can go to listen to and/or purchase their favorite songs. =20

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared. We assert that th=
e information in this notice is accurate, based upon the data available =
to us. We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law. Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet. This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks. If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back. If you are =
able to identify and resolve the problem yourself, please send us a resp=
onse indicating the actions you have taken. Please reference the above =
noted Notice ID 22272840500 in all correspondence, which should be direc=
ted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004

Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- ------------------------------
AEROSMITH DREAM ON

- ------------------------------
INFRINGEMENT DETAIL =20
- ------------------------------
Infringing Work : DREAM ON
Filename : Aerosmith - Greatest Hits Essentials 4CDRip [Bubanee]=20
First found (UTC): 2013-03-24T17:15:54.02Z
Last found (UTC): 2013-03-24T17:17:07.58Z
Filesize : 475557095 bytes=20
IP Address: 72.220.234.220
IP Port: 30775
Network: BitTorrent
Protocol: BitTorrent =20

```
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/ACNS http://www.=
acns.net/v1.2/ACNS2v1_2.xsd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xs=
i=3D"http://www.w3.org/2001/XMLSchema-instance">        <Case>
                <ID>22272840500</ID>=20
                <Status>OPEN</Status>=20
                <Severity>Normal</Severity>=20
                <Ref_URL></Ref_URL>
        </Case>
        <Complainant>
                <Entity>Recording Industry Association of America Inc</Entity>=20
                <Contact>Jeremy Landis</Contact>=20
                <Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
                <Phone>1-888-868-2124</Phone>=20
                <Email>riaa.antipiracy@dtecnet.com</Email>=20
        </Complainant>
        <Service_Provider>
                <Entity>Cox Communications</Entity>=20
                <Contact>DMCA Agent</Contact>=20
                <Address>Cox Communications Inc.   1400 Lake Hearn Drive   Atlanta
 G=
A   30313   US   </Address>=20
                <Phone></Phone>
                <Email>abuse@cox.net</Email>=20
        </Service_Provider>
        <Source>
                <TimeStamp>2013-03-24T17:17:07.58Z</TimeStamp>=20
                <IP_Address>72.220.234.220</IP_Address>=20
```

<Port>30775</Port>=20
<DNS_Name>ip72-220-234-220.sd.sd.cox.net</DNS_Name>
<Type>P2P</Type>=20
<SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
<Number_Files>1</Number_Files>=20
<IsSource>false</IsSource>
</Source>
<Content>
<Item>
<TimeStamp>2013-03-24T17:17:07.58Z</TimeStamp>=20
<Title>DREAM ON</Title>=20
<Artist>AEROSMITH</Artist>
<FileName>Aerosmith - Greatest Hits Essentials 4CDRip
[Bubanee]</File=
Name>=20
<FileSize>475557095</FileSize>=20
<Type>Music</Type>=20
<Hash
Type=3D"SHA1">A2C0CC1C19A178DAFB210DC2D25E707F8DA7EDA9</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAlFR65gACgkQSq2vEtdJiDNCHQCgnNuqbfTevIvKCVrzRyxaDEeT
NXAAmgPHNvDZmsPyAwr5DeMohUDVlL9f
=3D3DLV
-----END PGP SIGNATURE-----

Document Produced In Native Format

Plaintiffs_00148396

From antipiracy2@riaa.com  Wed Jul 24 13:48:33 2013
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
        by outpost.dtecnet.com (Postfix) with ESMTP id 4FEDF2C0930
        for <abuse@cox.net>; Wed, 24 Jul 2013 13:48:33 -0500 (CDT)
MIME-Version: 1.0
Date: Wed, 24 Jul 2013 13:50:07 -0500
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22277713860
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-0fabb470-c7db-cdeb-4e13-2c8062490acc@US-NOTICE1.us-reportsite.dtecnet.
com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

07-24-2013
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal. You may be liable for the illegal activity occurring on y= our computer.

To avoid legal consequences, a user should immediately delete and disabl= e access to the unauthorized music on your computer. Learn how at the "= About Music Copyright Notices" section of www.riaa.com. That section al= so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website http://www.whymus= icmatters.com/ which contains a guide to the many authorized music sites= where fans can go to listen to and/or purchase their favorite songs. =20

We have attached below the details of the illegal file-sharing, includin= g the time, date, and a sampling of the music shared. We assert that th= e information in this notice is accurate, based upon the data available = to us. We have a good faith belief that this activity is not authorized= by the copyright owner, its agent, or the law. Under penalty of perjur= y, we submit that the RIAA is authorized to act on behalf of its member = companies in matters involving the infringement of their sound recording= s, including enforcing their copyrights and common law rights on the Int= ernet. This letter does not constitute a waiver of any of our member's = rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw= orks. If you have questions about this notice or need guidance on how = to resolve this matter feel free to contact us at 1-888-868-2124 or send= an email to the address listed below and we call you back. If you are = able to identify and resolve the problem yourself, please send us a resp= onse indicating the actions you have taken. Please reference the above = noted Notice ID 22277713860 in all correspondence, which should be direc= ted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004

Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- ------------------------------
WEIRD AL YANKOVIC ANOTHER ONE RIDES THE BUS

- ------------------------------
INFRINGEMENT DETAIL =20
- ------------------------------
Infringing Work : ANOTHER ONE RIDES THE BUS
Filename : Weird Al Yankovic=20
First found (UTC): 2013-07-22T15:20:49.48Z
Last found (UTC): 2013-07-22T15:22:08.03Z
Filesize : 599678625 bytes=20
IP Address: 72.209.139.222
IP Port: 63313
Network: BitTorrent
Protocol: BitTorrent =20
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20

<Infringement xsi:schemaLocation=3D"http://www.acns.net/ACNS http://www.=
acns.net/v1.2/ACNS2v1_2.xsd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xs=
i=3D"http://www.w3.org/2001/XMLSchema-instance"> <Case>
<ID>22277713860</ID>=20
<Status>OPEN</Status>=20
<Severity>Normal</Severity>=20
<Ref_URL></Ref_URL>
</Case>
<Complainant>
<Entity>Recording Industry Association of America Inc</Entity>=20
<Contact>Jeremy Landis</Contact>=20
<Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
<Phone>1-888-868-2124</Phone>=20
<Email>riaa.antipiracy@dtecnet.com</Email>=20
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>=20
<Contact>DMCA Agent</Contact>=20
<Address>Cox Communications Inc. 1400 Lake Hearn Drive Atlanta
G=
A 30313 US </Address>=20
<Phone></Phone>
<Email>abuse@cox.net</Email>=20
</Service_Provider>
<Source>
<TimeStamp>2013-07-22T15:22:08.03Z</TimeStamp>=20
<IP_Address>72.209.139.222</IP_Address>=20

Plaintiffs_00148396.txt

<Port>63313</Port>=20
<DNS_Name>ip72-209-139-222.ks.ks.cox.net</DNS_Name>
<Type>P2P</Type>=20
<SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
<Number_Files>1</Number_Files>=20
<IsSource>false</IsSource>
</Source>
<Content>
<Item>
<TimeStamp>2013-07-22T15:22:08.03Z</TimeStamp>=20
<Title>ANOTHER ONE RIDES THE BUS</Title>=20
<Artist>WEIRD AL YANKOVIC</Artist>
<FileName>Weird Al Yankovic</FileName>=20
<FileSize>599678625</FileSize>=20
<Type>Music</Type>=20
<Hash
Type=3D"SHA1">EFF58A483DAD6FACD64BF64C0E829625AE108B10</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAlHwId8ACgkQSq2vEtdJiDMQPwCgkFAOew0aMl29Pt8Flb0G+lpr
X3oAn0X+5p38GXlbl0vyoOpSd1CiNLyp
=3D7diA
-----END PGP SIGNATURE-----

Document Produced In Native Format

Plaintiffs_00148541

Plaintiffs_00148541.txt

From antipiracy2@riaa.com Wed Jul 24 13:48:48 2013
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
by outpost.dtecnet.com (Postfix) with ESMTP id 5BCC92C0B02
for <abuse@cox.net>; Wed, 24 Jul 2013 13:48:48 -0500 (CDT)
MIME-Version: 1.0
Date: Wed, 24 Jul 2013 13:50:22 -0500
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22277714005
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-30c77b56-d12e-06a1-71d4-118d595d1af4@US-NOTICE1.us-reportsite.dtecnet.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

07-24-2013
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording. This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA. An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal.  You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer.  Learn how at the "=
About Music Copyright Notices" section of www.riaa.com.  That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website http://www.whymus=
icmatters.com/ which contains a guide to the many authorized music sites=
 where fans can go to listen to and/or purchase their favorite songs.  =20

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared.  We assert that th=
e information in this notice is accurate, based upon the data available =
to us.  We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law.  Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet.  This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks.   If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back.  If you are =
able to identify and resolve the problem yourself, please send us a resp=
onse indicating the actions you have taken.  Please reference the above =
noted Notice ID 22277714005 in all correspondence, which should be direc=
ted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004

                            Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- -----------------------------
AEROSMITH WALK THIS WAY

- -----------------------------
INFRINGEMENT DETAIL =20
- -----------------------------
Infringing Work : WALK THIS WAY
Filename : Aerosmith - Greatest Hits 2CD (2008) 320 vtwin88cube=20
First found (UTC): 2013-07-22T19:35:33.46Z
Last found (UTC): 2013-07-22T19:36:22.04Z
Filesize : 385974650 bytes=20
IP Address: 98.163.196.144
IP Port: 65472
Network: BitTorrent
Protocol: BitTorrent =20
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/ACNS http://www.=
acns.net/v1.2/ACNS2v1_2.xsd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xs=
i=3D"http://www.w3.org/2001/XMLSchema-instance"> <Case>
<ID>22277714005</ID>=20
<Status>OPEN</Status>=20
<Severity>Normal</Severity>=20
<Ref_URL></Ref_URL>
</Case>
<Complainant>
<Entity>Recording Industry Association of America Inc</Entity>=20
<Contact>Jeremy Landis</Contact>=20
<Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
<Phone>1-888-868-2124</Phone>=20
<Email>riaa.antipiracy@dtecnet.com</Email>=20
</Complainant>
<Service_Provider>
<Entity>Cox Communications</Entity>=20
<Contact>DMCA Agent</Contact>=20
<Address>Cox Communications Inc. 1400 Lake Hearn Drive Atlanta
G=
A 30313 US </Address>=20
<Phone></Phone>
<Email>abuse@cox.net</Email>=20
</Service_Provider>
<Source>
<TimeStamp>2013-07-22T19:36:22.04Z</TimeStamp>=20
<IP_Address>98.163.196.144</IP_Address>=20

<Port>65472</Port>=20
<DNS_Name>ip98-163-196-144.no.no.cox.net</DNS_Name>
<Type>P2P</Type>=20
<SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
<Number_Files>1</Number_Files>=20
<IsSource>false</IsSource>
</Source>
<Content>
<Item>
<TimeStamp>2013-07-22T19:36:22.04Z</TimeStamp>=20
<Title>WALK THIS WAY</Title>=20
<Artist>AEROSMITH</Artist>
<FileName>Aerosmith - Greatest Hits 2CD (2008) 320
vtwin88cube</FileN=
ame>=20
<FileSize>385974650</FileSize>=20
<Type>Music</Type>=20
<Hash
Type=3D"SHA1">FBFEDD42B258B9ABB5378C168761910555C150A6</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAlHwIe4ACgkQSq2vEtdJiDOSrwCeNvdSy1RXF7bDcBkvU+Twvmfd
yosAnAx/j3x60YIL3aKk1qjDdEdbVDqx
=3Do0wD
-----END PGP SIGNATURE-----

Document Produced In Native Format

Plaintiffs_00200764

Plaintiffs_00200764.txt

```
From antipiracy2@riaa.com  Fri Jan 24 13:00:47 2014
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-NOTICE1.us-reportsite.dtecnet.com (unknown [10.48.105.24])
        by outpost.dtecnet.com (Postfix) with ESMTP id 2C6A52C31C2
        for <abuse@cox.net>; Fri, 24 Jan 2014 13:00:47 +0000 (UTC)
MIME-Version: 1.0
Date: Fri, 24 Jan 2014 13:00:09 +0000
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 22285152404
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: abuse@cox.net
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-ce512463-bd06-8a91-6f53-5434ae8669a4@US-NOTICE1.us-reportsite.dtecnet.
com>
```

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

01-24-2014
Cox Communications
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal. You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer. Learn how at the "=
About Music Copyright Notices" section of www.riaa.com. That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website http://www.whymus=
icmatters.com/ which contains a guide to the many authorized music sites=
 where fans can go to listen to and/or purchase their favorite songs. =20

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared. We assert that th=
e information in this notice is accurate, based upon the data available =
to us. We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law. Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet. This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks. If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back. If you are =
able to identify and resolve the problem yourself, please send us a resp=
onse indicating the actions you have taken. Please reference the above =
noted Notice ID 22285152404 in all correspondence, which should be direc=
ted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004

Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- -----------------------------
AEROSMITH PINK

- -----------------------------
INFRINGEMENT DETAIL =20
- -----------------------------
Infringing Work : PINK
Filename : Aerosmith - Tough Love - Best Of The Ballads - [TFM]=20
First found (UTC): 2014-01-23T04:39:48.75Z
Last found (UTC): 2014-01-23T04:50:25.62Z
Filesize  : 582192042 bytes=20
IP Address: 68.6.138.132
IP Port: 12159
Network: BitTorrent
Protocol: BitTorrent    =20
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/ACNS http://www.=
acns.net/v1.2/ACNS2v1_2.xsd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xs=
i=3D"http://www.w3.org/2001/XMLSchema-instance">        <Case>
                <ID>22285152404</ID>=20
                <Status>OPEN</Status>=20
                <Severity>Normal</Severity>=20
                <Ref_URL></Ref_URL>
        </Case>
        <Complainant>
                <Entity>Recording Industry Association of America Inc</Entity>=20
                <Contact>Jeremy Landis</Contact>=20
                <Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
                <Phone>1-888-868-2124</Phone>=20
                <Email>riaa.antipiracy@dtecnet.com</Email>=20
        </Complainant>
        <Service_Provider>
                <Entity>Cox Communications</Entity>=20
                <Contact>DMCA Agent</Contact>=20
                <Address>Cox Communications Inc.   1400 Lake Hearn Drive   Atlanta
 G=
A   30313   US   </Address>=20
                <Phone></Phone>
                <Email>abuse@cox.net</Email>=20
        </Service_Provider>
        <Source>
                <TimeStamp>2014-01-23T04:50:25.62Z</TimeStamp>=20
                <IP_Address>68.6.138.132</IP_Address>=20

<Port>12159</Port>=20
<DNS_Name>ip68-6-138-132.sd.sd.cox.net</DNS_Name>
<Type>P2P</Type>=20
<SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
<Number_Files>1</Number_Files>=20
<IsSource>false</IsSource>
</Source>
<Content>
<Item>
<TimeStamp>2014-01-23T04:50:25.62Z</TimeStamp>=20
<Title>PINK</Title>=20
<Artist>AEROSMITH</Artist>
<FileName>Aerosmith - Tough Love - Best Of The Ballads - [TFM]</FileN=
ame>=20
<FileSize>582192042</FileSize>=20
<Type>Music</Type>=20
<Hash Type=3D"SHA1">B2EA2A6F23006A88101A022BF1438215BD85EFE4</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAlLiY9kACgkQSq2vEtdJiDPraQCgq+iAx+RkRJ7BPAJGgWRMr9yg
jiMAoIkdHMPYvwTdOBJ/1PZD2D2+jAF4
=3DkPYv
-----END PGP SIGNATURE-----