# Exhibit K11 - K12

# FILED UNDER SEAL