# Exhibit K14 - K35

# FILED UNDER SEAL