# Exhibit K36

```
 1         IN THE UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF VIRGINIA

 3

 4   SONY MUSIC ENTERTAINMENT, et al.,

 5         Plaintiffs,
                              CASE NO:
 6   vs.                      1:19-cv-00950-LO-JFA

 7   COX COMMUNICATIONS, et al.,

 8         Defendants.

 9

10

11

12    HIGHLY CONFIDENTIAL ATTORNEY'S EYES ONLY

13

14     *    *    *    *    *    *    *    *

15            The videotaped deposition of

16   CLINT SUMMERS was taken before Greta H.

17   Duckett, Certified Court Reporter,

18   Registered Professional Reporter, and

19   Certified Realtime Reporter, as

20   Commissioner, on Wednesday, May 8, 2019,

21   commencing at approximately 1:03 p.m., at

22   the Le Meridien Atlanta Perimeter,

23   111 Perimeter Center West, Atlanta, Georgia.

24

25
```



CLINT SUMMERS  Highly Confidential-Attorneys Eyes Only  May 08, 2019
SONY MUSIC vs COX COMMUNICATIONS  33

```
 1                MS. GOLINVEAUX:  Object to
 2         the form.
 3                A. Peer-to-peer from a volume
 4  perspective --
 5                Q. Yes, sir.
 6                A. -- is not a
 7  bandwidth-intensive application.
 8                Q. What applications use more
 9  bandwidth than peer-to-peer activity?
10                A. Video.
11                Q. Anything else besides video
12  that you can think of?
13                MS. GOLINVEAUX:  I would just
14         ask the witness to let counsel
15         fully finish his question so we
16         have a clear record.
17                THE WITNESS:  Okay.
18  BY MR. ZEBRAK:
19                Q. I'll ask it again.  Apart from
20  downloading or streaming video, can you name
21  an online activity that uses more data
22  besides video?
23                MS. GOLINVEAUX:  Object to
24         the form.
25                A. Possibly gaming.
```



800.211.DEPO (3376)
*EsquireSolutions.com*

CLINT SUMMERS  Highly Confidential-Attorneys Eyes Only                May 08, 2019
SONY MUSIC vs COX COMMUNICATIONS                                              34

```
 1            Q. Okay.  What about -- what
 2    about in terms of the volume of upstream
 3    activity?  Could you break down the top one
 4    or two most data-intensive activities in
 5    that category?
 6            A. On the upstream, video.  TCP
 7    acknowledgements are -- represent a
 8    significant volume.  And I think that file
 9    sharing uploads are probably still on the
10    upstream -- they represent a significant
11    amount.
12            Q. And let me focus you on the
13    2012 to 2014 time frame.  Would your answer
14    to that question be any different in that
15    period versus now?
16                MS. GOLINVEAUX:  Object to
17            the form.
18    BY MR. ZEBRAK:
19            Q. Let me ask the question a
20    little easier.  In the 2012 to 2014 time
21    frame, what were the top couple most
22    data-intensive activities from an upstream
23    perspective on Cox's network?
24                MS. GOLINVEAUX:  Object to
25            the form.
```



CLINT SUMMERS  Highly Confidential-Attorneys Eyes Only                May 08, 2019
SONY MUSIC vs COX COMMUNICATIONS                                            188

```
 1  meant in the LiveView tool when the Procera
 2  tool applies to a given market that the
 3  subscriber falls within, Cox can see the
 4  traffic type for the user's activities,
 5  correct?
 6            A. Correct.
 7            Q. And by traffic type, one
 8  traffic type, for example, is peer-to-peer
 9  file sharing, correct?
10            A. Correct.
11            Q. So in that instance, Cox could
12  look to see whether a subscriber already
13  identified in infringement notices was
14  continuing to engage in peer-to-peer file
15  sharing, correct?
16                 MS. GOLINVEAUX:  Object to
17         the form.
18            A. So it gets into -- BitTorrent
19  is used for other things, right?  So if you
20  identify a subscriber and -- simply by
21  opening up LiveView and saying he's doing
22  BitTorrent, therefore, that BitTorrent must
23  be illegal file sharing, that would be
24  incorrect.
25            Q. But can we at least agree
```



800.211.DEPO (3376)
*EsquireSolutions.com*