# Exhibit K37 - K38

# FILED UNDER SEAL