# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 405), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Motion in Opposition to Plaintiffs' Motion for Summary Judgment (ECF No. 394) ("Summary Judgment Opposition"); portions of the Declaration of Thomas Kearney in Support of Defendants' Summary Judgment Opposition ("Kearney Declaration"); certain exhibits to the Kearney Declaration; the Declaration of Thomas Patrick Lane in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on the Issue of Copyright Validity and Ownership ("Lane Declaration") in its entirety; all exhibits to the Lane Declaration; portions of Cox's Opposition to Plaintiffs' Motion to Preclude Expert Testimony by Dr. Nick Feamster (ECF No. 385); portions of the Declaration of Cesie C. Alvarez in Support of Cox's Opposition to Plaintiffs' Motion to Preclude Expert Testimony by Dr. Nick Feamster ("Alvarez Declaration"); certain exhibits to the Alvarez Declaration; portions of Cox's Opposition to Plaintiffs' Motion to Preclude Certain Expert Testimony by Christian Tregillis (ECF No. 371); portions of the Declaration of Thomas P. Lane in Support of Cox's Opposition to Plaintiffs' Plaintiffs' Motion to Preclude Certain Expert Testimony by Christian Tregillis ("Lane Tregillis Declaration"); certain exhibits to the Lane Tregillis Declaration; portions of Cox's Opposition to Plaintiffs' Motion to Preclude

Certain Expert Testimony by Dr. Kevin C. Almeroth (ECF No. 380); the Declaration of Diana Hughes Leiden in Support of Cox's Opposition to Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Kevin C. Almeroth ("Leiden Declaration"); certain exhibits to the Leiden Declaration; portions of Cox's Opposition to Plaintiffs' Motion to Preclude Certain Expert Testimony by W. Christopher Bakewell (ECF No. 383); portions of the Declaration of Thomas M. Buchanan in Support of Cox's Opposition to Plaintiffs' Motion to Preclude Certain Expert Testimony by W. Christopher Bakewell ("Buchanan Bakewell Declaration"); and certain exhibits to the Buchanan Bakewell Declaration; portions of Cox's Opposition to Plaintiffs' Motion to Preclude Certain Expert Testimony by Lynne J. Weber (ECF No. 387); portions of the Declaration of Thomas M. Buchanan in Support of Cox's Opposition to Plaintiffs' Motion to Preclude Certain Expert Testimony by Lynne J. Weber ("Buchanan Weber Declaration"); and certain exhibits to the Buchanan Weber Declaration, the Motion is Hereby granted, and the exhibits shall remain under seal.

ENTERED this _____ day of September, 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge