IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SONY MUSIC ENTERTAINMENT, *et al.*, )
)
        Plaintiffs, )
)
v. ) Civil Action No. 1:18cv0950 (LO/JFA)
)
COX COMMUNICATIONS, INC., *et al.*, )
)
        Defendants. )
)

## ORDER

Given the number of cases scheduled to be heard by the court on September 27, 2019, and to avoid counsel having to wait to be heard, it is hereby

ORDERED that defendants' motion for sanctions will be heard at **1:00 p.m. on Friday, September 27, 2019,** instead of 10:00 a.m.

Entered this 25th day of September, 2019.

                                                         /s/
                                               John F. Anderson
                                             United States Magistrate Judge
                                             John F. Anderson
                                             United States Magistrate Judge

Alexandria, Virginia