IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | CIVIL ACTION 1;18cv950 |
| ) | |
| COX COMMUNICATIONS, et al ) | |
| ) | |
| Defendants. ) | |

## O R D E R

This matter is currently on the Court's calendar on October 18, 2019 for argument on pending motions in limine. The court is unfortunately not available on that date, but offers either October 21, 22, 23, or 24, 2019 at 2:00 pm as alternatives. Counsel should confer and advise the Court of a date that is agreeable to all parties.

It is so **ORDERED**.

_____
Liam O'Grady
United States District Judge

Alexandria Virginia
September 25, 2019