# Exhibit 1

# CORRECTED

# FILED UNDER SEAL