# Exhibit 6

# CORRECTED

# FILED UNDER SEAL