# Exhibit 14

# CORRECTED

# FILED UNDER SEAL