UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF SEALED FILINGS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and E.D. Va. Local Civil Rule 5, Plaintiffs have filed under seal portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert Barbara Frederiksen-Cross (ECF No. 374, "Frederiksen-Cross Daubert Opp."); portions of two exhibits to the Declaration of Jeffrey Gould filed in support of the Frederiksen-Cross Daubert Opp. (374-2, 374-3); portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert William H. Lehr, Ph.D. (ECF No. 376); portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert George P. McCabe, Ph.D. (ECF No. 378, "McCabe Daubert Opp."); portions of two exhibits to the Declarations of Jeffrey Gould filed in support of the McCabe Daubert Opp. (ECF Nos. 378-2, 378-3); portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert Terrence P. McGarty (ECF No. 381, "McGarty Daubert Opp."); one exhibit to the Declaration of Jeffrey Gould in support of the McGarty Daubert Opp. (ECF No. 381-2); portions of the Memorandum of Law in Support of Plaintiffs' Motion to Strike Portions of the Declaration of Thomas Kearney (ECF No. 391, "Motion to Strike"); portions of the Declaration of Jeffrey Gould in Support of Plaintiffs' Motion to Strike

(ECF No. 391-1); portions of Plaintiffs' Memorandum of Law in Opposition to Cox's Motion for Summary Judgment (ECF No. 392, "SJ Opp."); portions of the Declaration of Barbara Frederiksen-Cross in Support of Plaintiffs' SJ Opp. (392-7); and certain exhibits to the Declaration of Jeffrey Gould in Support of Plaintiffs' SJ Opp. or portions thereof (ECF Nos. 392-9 through 392-65).

**NOTICE OF RIGHT TO RESPOND**: Pursuant to the Court's Order entered on September 9, 2019 (ECF No. 349), which modifies the requirements of E.D. Va. Local Civil Rule 5(C), the parties shall have until October 18, 2019 to file a memorandum in support of this motion. Additionally, nonparties MarkMonitor, Audible Magic, and the Recording Industry Association of America shall have until October 25, 2019 to file a memorandum in support of this sealing motion.

Respectfully Submitted,

Dated: September 25, 2019

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*