UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Seal (ECF No. ) pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Plaintiffs to maintain under seal portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert Barbara Frederiksen-Cross (ECF No. 374, "Frederiksen-Cross Daubert Opp."); portions of two exhibits to the Declaration of Jeffrey Gould filed in support of the Frederiksen-Cross Opp. (ECF Nos. 374-2, 374-3); portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert William H. Lehr, Ph.D. (ECF No. 376, "Lehr Daubert Opp."); portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert George P. McCabe, Ph.D. (ECF No. 378, "McCabe Daubert Opp."); portions of two exhibits to the Declarations of Jeffrey Gould filed in support of the McCabe Daubert Opp. (ECF Nos. 378-2, 378-3); portions of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Expert Terrence P. McGarty (ECF No. 381, "McGarty Daubert Opp."); an exhibit to the Declaration of Jeffrey Gould in support of the McGarty Daubert Opp. (ECF No. 381-2); portions of the Memorandum of Law in support of Plaintiffs' Motion to Strike Portions of the Declaration of Thomas Kearney (ECF No. 391, "Motion to Strike"); portions of the Declaration of Jeffrey Gould

in Support of Plaintiffs' Motion to Strike (ECF No. 391-1); portions of Plaintiffs' Memorandum of Law in Opposition to Cox's Motion for Summary Judgment (ECF No. 392, "SJ Opp."); portions of the Declaration of Barbara Frederiksen-Cross filed in support of Plaintiffs' SJ Opp. (392-7); and certain exhibits to the Declaration of Jeffrey Gould in Support of Plaintiffs' SJ Opp. or portions thereof (ECF Nos. 392-9 through 392-65), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, in accordance with the below chart:

| Document | Docket Number | Motion Granted |
|---|---|---|
| Portions of Pls.' Frederiksen-Cross Daubert Opp. | ECF No. 374 | Yes / No |
| Portions of the Decl. of Samuel Bahun (Gould Decl. Ex. 1) | ECF No. 374-2 | Yes / No |
| Portions of the Decl. of Vance Ikezoye (Gould Decl. Ex. 2) | ECF Nos. 374-3, 378-3 | Yes / No |
| Portions of Pls.' Lehr Daubert Opp. | ECF No. 376 | Yes / No |
| Portions of Pls.' McCabe Daubert Opp. | ECF No. 378 | Yes / No |
| Portions of the Decl. of Samuel Bahun (Gould Decl. Ex. 1) | ECF No. 378-2 | Yes / No |
| Portions of Pls.' McGarty Daubert Opp. | ECF No. 381 | Yes / No |
| Excerpts from July 2, 2019 McGarty deposition | ECF No. 381-2 | Yes / No |
| Portions of Pls.' Motion to Strike | ECF No. 391 | Yes / No |
| Portions of the Decl. of Jeffrey Gould filed in support of Pls.' Motion to Strike | ECF No. 391-1 | Yes / No |
| Portions of Pls.' SJ Opp. | ECF No. 392 | Yes / No |
| Portions of the Frederiksen-Cross Decl. filed in support of Pls.' SJ Opp. | ECF No. 392-7 | Yes / No |

2

| Document | Docket Number | Motion Granted |
|---|---|---|
| Exhibits 1 through 55 of the Gould Decl. filed in support of Pls.' SJ Opp. (or redacted portions thereof) | ECF Nos. 392-9 – 392-63 | Yes / No |

ENTERED this ___ day of _____ 2019

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia