Date: 09/27/2019                                            Judge: JOHN F. ANDERSON
                                                            Reporter: FTR

Start: 2:00 p.m.
Finish: 3:52 p.m.

Civil Action Number: 1:18-cv-950-LO-JFA

Sony Music Entertainment et al.

vs.

Cox Communications, Inc. et al.

Appearances of Counsel for (X) Pltf (X) Deft
Motion to/for:

[241] DEFENDANTS' MOTION FOR DISCOVERY SANCTIONS AND TO PRECLUDE PLAINTIFFS' USE OF MARKMONITOR EVIDENCE

Argued &


 (X) Denied
 (X) Order to Follow