IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COX COMMUNICATIONS, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:18cv0950 (LO/JFA) |

## ORDER

On Friday September 27, 2019, counsel for the parties appeared before the court and presented argument on defendants' motion for discovery sanctions. (Docket no. 241). Upon consideration of the motion, memorandum in support (docket no. 238), opposition (docket no. 352), and reply (docket no. 364), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' motion is denied. This order does not preclude defendants' from moving to exclude the Markmonitor evidence on another basis other than discovery sanctions.

Entered this 27th day of September, 2019.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia