# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

     Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

     Defendants.

Case No. 1:18-cv-00950-LO-JFA

## MOTION TO STRIKE THE DECLARATION OF THOMAS PATRICK LANE AND PORTIONS OF THE DECLARATION OF THOMAS KEARNEY

Plaintiffs respectfully move the Court to strike the Declaration of Thomas Patrick Lane in Support of Defendants' Motion for Summary Judgment ("Lane Declaration), ECF No. 397, and portions of the Declaration of Thomas Kearney in Support of Defendants' Motion for Summary Judgment ("Kearney Declaration), ECF No. 400.  For the reasons set forth in the accompanying Memorandum in Support, Plaintiffs respectfully request the Court grant this Motion, issue an order striking the Lane Declaration and portions of the Kearney Declaration from the summary judgment record, and give no consideration to the stricken portions of the Lane and Kearney Declarations in deciding the parties' summary judgment motions.

Dated:  October 3, 2019

Respectfully submitted,

*/s/ Scott A. Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com

matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*