# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-744-956**

Effective date of registration:

June 6, 2011

## Title

| | |
|---|---|
| **Title of Work:** | I Can Transform Ya |
| **Title of Larger Work:** | Graffiti (ARTIST:Chris Brown; LABEL: J Records) |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | December 8, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Dwayne Carter | | |
| **Pseudonym:** | Lil Wayne | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Pseudonymous:** | Yes | | |
| ■ **Author:** | Kasseem Dean | | |
| **Pseudonym:** | Swizz Beatz | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Pseudonymous:** | Yes | | |
| ■ **Author:** | Joseph Bereal | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

Page 1 of 2

WCP_00000597

| | |
|---|---|
| Copyright Claimant: | Young Money Publishing, Inc. & Warner-Tamerlane Publishing Corp. |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Swizz Beatz & Universal Music Corp. |
| | nk, nk |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Culture Beyond Your Experience |
| | nk, nk |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Universal Music Corp. |
| | nk, nk |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Unknown Publisher |
| | nk, nk |
| Transfer Statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Warner Chappell Music |
| Name: | Michael J Katz |
| Email: | michael.katz@warnerchappell.com |
| Telephone: | 310-441-8629 |
| Address: | 10585 Santa Monica Blvd. |
| | Los Angeles, CA 90025  United States |

## Certification

| | |
|---|---|
| Name: | Michael Katz |
| Date: | June 1, 2011 |

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding author information: author variance in deposit; application correct. |

8978479