# Exhibit 2

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-087-583**



EFFECTIVE DATE OF REGISTRATION

6 / 12 / 02
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK –**
"U Know What's Up" 420351. (Donnell Jones "Where I Wanna Be" #26060)

**PREVIOUS OR ALTERNATIVE TITLES –**
"You Know What's Up"

**NATURE OF THIS WORK** – See instructions
Words and Music

---

**NAME OF AUTHOR –**
Darren F. Lighty

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words and Music

---

**NAME OF AUTHOR –**
Clifton Lighty

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words and Music

---

**NAME OF AUTHOR –**
Anthony C. Hamilton

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▸ _____
Domiciled in ▸ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words and Music

---

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
1999 Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month: October  Day: 12  Year: 1999
Nation: USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
WB Music Corp. & Do What I Gotta Productions & Anthony C. Hamilton Publishing; 10585 Santa Monica Blvd; Los Angeles, CA 90025 & Balewa Music & Polygram Music Publishing Co., Inc. &

APPLICATION RECEIVED
JUN 12 2002
ONE DEPOSIT RECEIVED
JUN 12 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –
By Assignment

See instructions before completing this space.

---

**MORE ON BACK** ▸ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

This form was electronically produced by Elite Federal Forms, Inc.

WCP_00000711

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)  If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number—    Year of Registration—

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name—**                                                                 **Account Number—**

Warner Bros. Music                                                        DA 063649

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP—
David Tough
Warner Chappell Music - Copyright Department
10585 Santa Monica Blvd.
Los Angeles, CA 90025

Area code and daytime telephone number  ( 310 )441-8629    Fax Number  ( 310 )470-7101
Email   david.tough@warnerchappell.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one  {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    WB Music Corp.
           Name of author or other copyright claimant, or owner of exclusive right(s) •
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** — If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Tough                                Date  5-10-2002

Handwritten signature (X)
X _[signature]_

Certificate will be mailed in window envelope to this address:
Name — Warner Chappell Music - Copyright Department
Number/Street/Apt — 10585 Santa Monica Blvd.
City/State/ZIP — Los Angeles, CA 90025

YOU MUST:
· Complete all necessary spaces
· Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit Material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM __PA__ /CON



PA 1-087-583

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

6 / 12 / 02
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
JUN 12 2002

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

"U Know What's Up"   (Donnell Jones "Where I Wanna Be" #26060)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

WB Music Corp.; 10585 Santa Monica Blvd.; Los Angeles, CA 90025

## B — Continuation of Space 2

**NAME OF AUTHOR** • 

**d** Balewa Muhammad

**DATES OF BIRTH AND DEATH**
Year Born •   Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
    { Domiciled in ___USA___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed.•

Words And Music

**NAME OF AUTHOR** •

**e** Veronica McKenzie

**DATES OF BIRTH AND DEATH**
Year Born •   Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
    { Domiciled in ___USA___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. •

Words And Music

**NAME OF AUTHOR** •

**f** Edward F. Ferrell III

**DATES OF BIRTH AND DEATH**
Year Born •   Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of _____
    { Domiciled in ___USA___

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. •

Words And Music

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

This form was electronically produced by Elite Federal Forms, Inc.

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

Rassmysteria Music & Eddie F. Music

**C**
Continuation of other Spaces

| Certificate will be mailed in window envelope to this address: | Name • Warner Chappell Music - Copyright Department<br>Number/Street/Apt • 10585 Santa Monica Boulevard<br>City/State/ZIP • Los Angeles, CA 90025 | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application<br>SEND ALL ELEMENTS IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable fee in check or money order payable to *Register of Copyrights*<br>MAIL TO:<br>Library of Congress, Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | **D**<br>Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information. |