# Exhibit 3



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001368818
Search Results: Displaying 1 of 1 entries



*Sexyback.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001368818 / 2007-03-02 |
| **Title:** | Sexyback. |
| **Copyright Claimant:** | Virginia Beach Music, W.B.M. Music Corporation, Danjahandz Muzik, Tennman Tunes |
| **Date of Creation:** | 2006 |
| **Date of Publication:** | 2006-08-29 |
| **Authorship on Application:** | words & music: Tim Mosley (p.k.a. Timbaland, pseud.), Nate Hills (p.k.a. Danjahandz, pseud.), Justin Timberlake. |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Mosley, Tim |
| | Timbaland, pseud. |
| | Hills, Nate |
| | Danjahandz, pseud. |
| | Timberlake, Justin |
| | Virginia Beach Music |
| | W.B.M. Music Corporation |
| | Danjahandz Muzik |
| | Tennman Tunes |



**Save, Print and Email (Help Page)**
Select Download Format Full Record   Format for Print/Save
Enter your email address:
Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00002073