# Exhibit 4

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001080612
Search Results: Displaying 1 of 1 entries

### *Big pimpin'.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001080612 / 2002-04-25 |
| **Title:** | Big pimpin'. |
| **Appears in:** | Vol. 3, Life and times of S. Carter. Roc-A-Fella 314 546 822-2, c1999. Compact disc |
| **Publisher Number:** | Roc-A-Fella 314 546 822-2 |
| **Performer:** | Performed by Jay-Z. |
| **Copyright Claimant:** | Virginia Beach Music, I Love KJ Music, Zomba Enterprises, Inc., Lil Lu Lu Publishing, EMI Blackwood Music, Inc. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-12-28 |
| **Authorship on Application:** | words & music: Timothy Z. Mosley, Shawn Carter (p.k.a. Jay-Z), Kyambo Joshua. |
| **Other Title:** | Life and times of S. Carter |
| **Names:** | Mosley, Timothy Z. |
|  | Carter, Shawn |
|  | Joshua, Kyambo |
|  | Jay-Z |
|  | Virginia Beach Music |
|  | I Love KJ Music |
|  | Zomba Enterprises, Inc. |
|  | Lil Lu Lu Publishing |
|  | EMI Blackwood Music, Inc. |

Plaintiffs_00001188

Enter your email address:

[Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00001189