# Exhibit 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 746-675**

Effective date of registration:

April 16, 2014

---

## Title

| | |
|---|---|
| **Title of Work:** | Acapella / by Karmin (#G010002995863Y) |
| **Title of Larger Work:** | Pulses |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2013 | | |
| **Date of 1st Publication:** | July 9, 2013 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■   **Author:** | Sony Music Entertainment |
| **Author Created:** | sound recording |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Sony Music Entertainment |
| | 550 Madison Avenue, New York, NY 10022 |

## Certification

| | |
|---|---|
| **Name:** | Perry Guzzi |
| **Date:** | April 10, 2014 |
| **Applicant's Tracking Number:** | SM60.S1 |

SME_00004082

**Registration #:** SR0000746675

**Service Request #:** 1-1351459558



Perry Guzzi
c/o Sony Music Entertainment
550 Madison Avenue
New York, NY 10022

SME_00004083