UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(C) to file under seal portions of their Memorandum in Support of Plaintiffs' Motion to Strike the Declaration of Thomas Patrick Lane and Portions of the Declaration of Thomas Kearney (ECF No. 422), which cite to information Cox has designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED, and these materials shall remain under seal until further order of the Court.

ENTERED this ___ day of _____ 2019.

Alexandria, Virginia

 

_____
Judge for the Eastern District of Virginia