# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants.* | Case No. 1:18-cv-00950-LO-JFA |

## CONSENT MOTION TO EXCEED PAGE LIMIT FOR REPLY MEMORANDA IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

### Hearing Waived

PURSUANT to Local Rule 7(F)(3), the parties jointly respectfully request that this Court allow them, for good cause shown, to exceed the twenty (20) page limit set forth in the Local Rules for their reply memoranda in support of the parties' motions for summary judgment. The Parties request a limited extension to file reply briefs of up to thirty (30) pages. The Parties' bases for seeking such relief are set forth in the accompanying Memorandum, and a Proposed Order is also attached hereto.

Dated: October 8, 2019      Respectfully submitted,

*/s/ Scott A. Zebrak*
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel: 202-480-2999

*Attorneys for Plaintiffs*