UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

    *Defendants*.

Case No. 1:18-cv-00950-LO-JFA

**MEMORANDUM IN SUPPORT OF THE PARTIES' CONSENT MOTION TO EXCEED PAGE LIMIT FOR REPLY MEMORANDA IN SUPPORT OF <u>MOTIONS FOR SUMMARY JUDGMENT</u>**

**<u>Hearing Waived</u>**

Pursuant to Local Rule 7(F)(3), the parties jointly respectfully request that this Court allow them to exceed the twenty (20) page limit set forth in the Local Rules for their response memoranda in opposition to the parties' motions for summary judgment, and to each file a thirty (30) page reply brief. As explained herein, good cause exists for granting the parties' request. The parties waive oral argument on the parties' joint motion.

**ARGUMENT**

On August 26 and September 20, 2019, this Court issued orders granting the parties' motions to file forty (40) page briefs in support of and opposition to their respective motions for summary judgment (ECF Nos. 267, 268, 320). Defendants and Plaintiffs have conferred and agreed that an additional 10 pages is necessary to adequately reply to the parties' respective opposition arguments in further support of their motions for summary judgment. A limited expansion of the page limit for the parties' response memoranda will facilitate the Court's review

of these motions, and is necessary in order for the parties to adequately respond to the arguments set forth in their 40-page opposition memoranda.

| | |
|---|---|
| Dated:  October 8, 2019 | Respectfully submitted,<br><br>*/s/ Scott A. Zebrak*<br>Scott A. Zebrak (VSB No. 38729)<br>Matthew J. Oppenheim (*pro hac vice*)<br>Jeffrey M. Gould (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>5225 Wisconsin Avenue, NW, Suite 503<br>Washington, DC 20015<br>Tel: 202-480-2999<br><br>*Attorneys for Plaintiffs* |