UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

    *Defendants*.

Case No. 1:18-cv-00950-LO-JFA

## ORDER

Before this Court is the Consent Motion to Exceed Page Limit for Reply Memoranda in Support of Motions for Summary Judgment. After considering the Motion and the related filings, a good cause appearing, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that the parties are permitted to file reply briefs in further support the parties' motions for summary judgment not to exceed thirty (30) pages.

IT IS SO ORDERED.

ENTERED this 9th of October, 2019.

Alexandria, Virginia

_____
Honorable Liam O'Grady
United States District Judge