# Exhibit F

**SONY MUSIC ENTERTAINMENT, ET AL V. COX COMMUNICATIONS, INC. AND COXCOM LLC**
**US DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**CASE NO. 1:18-CV-00590-LO-JFS**

**FREDERIKSEN-CROSS EXHIBIT B**

Expert Report of Barbara Frederiksen-Cross Exhibit B
**SONY MUSIC ENTERTAINMENT, ET AL V. COX COMMUNICATIONS INC. , ET AL;
CASE NO. 1:18-CV-00950-LO-JFA**

1. MATERIALS RECEIVED OR REVIEWED

1.1   Documents

| |
|---|
| 2018.07.31 Complaint.pdf |
| 2018.11.19 Plaintiffs' First RFPs to Cox |
| 2018.11.19 Plaintiffs' First Interrogatories to Cox |
| 2018.12.04 Cox Objections to Plaintiffs' First RFPs (1-66) |
| 2018.12.04 Cox Objections to Plaintiffs' First Interrogatories (1-12) |
| 2018.12.12 Cox's Rule 26 Initial Disclosures |
| 2018.12.19 Cox's Responses to Plaintiffs' First Interrogatories (1-12) |
| 2018.12.21 Plaintiffs' Second RFPs to Cox |
| 2018.12.21 Plaintiffs' Second Interrogatories to Cox |
| 2019.01.07 Cox's Objections to Plaintiffs' Second RFPs (67-76) |
| 2019.01.07 Cox's Objections to Plaintiffs' Second Interrogatories (13-16) |
| 2019.01.17 Cox's Supplemental Response to Plaintiffs' First RFPs (1-66) |
| 2019.01.22 Cox's Objections and Responses to Plaintiffs' Second RFPs (67-76) |
| 2019.01.22 Cox's Objections and Responses to Plaintiffs' Second Interrogatories (13-16) |
| 2019.03.08 Cox's First Supplemental Responses to Plaintiffs' First Set of Interrogatories (1-12) |
| 2019.03.29 Cox's Second Supplemental Responses to Plaintiffs' First Set of Interrogatories (1-12) |
| FC_00001 (Audible Magic OEM Application Programming Guide and Customer Support Information) |
| Kulbak, Yoram and Bickson, Danny, The eMule Protocol Specification, available at https://pdfs.semanticscholar.org/d811/4f7c3ad252c81302cab85b8954c0ae958620.pdf |
| Kademlia:  A Design Specification, available at http://xlattice.sourceforge.net/components/protocol/kademlia/specs.html |
| The Gnutella Protocol Specification v0.4 Document Revision 1.2, available at https://courses.cs.washington.edu/courses/cse522/05au/gnutella_protocol_0.4.pdf |
| BitTorrent Protocol Specification, available at http://bittorrent.org/beps/bep_0003.html |
| COX_SONY_00000464 |
| COX_SONY_00000581 |
| COX_SONY_00000583 |
| COX_SONY_00001605 |
| COX_SONY_00003837 |
| COX_SONY_00003854 |
| COX_SONY_00003858 |
| COX_SONY_00003863 |
| COX_SONY_00003682 |
| COX_SONY_00003867 – COX_SONY_00004772 (L. Trickey Annotated Deposition Tr. with Exhibits) |
| COX_SONY_00005212 |
| COX_SONY_00005278 |
| COX_SONY_00005514 |
| COX_SONY_00005515 |

Expert Report of Barbara Frederiksen-Cross Exhibit B
**SONY MUSIC ENTERTAINMENT, ET AL V. COX COMMUNICATIONS INC. , ET AL;**
**CASE NO. 1:18-CV-00950-LO-JFA**

| |
|---|
| COX_SONY_00005528 |
| COX_SONY_00005530 |
| COX_SONY_00005569 |
| COX_SONY_00006035 |
| COX_SONY_00006066 |
| COX_SONY_00006101 |
| COX_SONY_00006148 |
| COX_SONY_00006159 |
| COX_SONY_00006776 |
| COX_SONY_00007852 – COX_SONY_00009021 (R. Vredenburg Deposition Tr. with Exhibits) |
| COX_SONY_00030874 |
| COX_SONY_00031210 |
| COX_SONY_00045258 |
| COX_SONY_00078757 |
| COX_SONY_00086742 |
| COX_SONY_00090897 |
| COX_SONY_00106079 |
| COX_SONY_00117236 |
| COX_SONY_00125534 |
| COX_SONY_00151634 |
| COX_SONY_00160880 |
| COX_SONY_00166364 |
| COX_SONY_00178781 |
| COX_SONY_00317212 |
| COX_SONY_00341641 |
| COX_SONY_00373507 |
| COX_SONY_00374509 |
| COX_SONY_00376468 |
| COX_SONY_00377944 |
| COX_SONY_00379438 |
| COX_SONY_00380296 |
| COX_SONY_00380476 |
| COX_SONY_00381316 |
| COX_SONY_00381583 |
| COX_SONY_00382555 |
| COX_SONY_00383323 |
| COX_SONY_00406492 |
| COX_SONY_00410038 |
| COX_SONY_00414721 |
| COX_SONY_00423589 |
| COX_SONY_00426121 |
| COX_SONY_00451198 |
| COX_SONY_00452809 |

Expert Report of Barbara Frederiksen-Cross Exhibit B
**SONY MUSIC ENTERTAINMENT, ET AL V. COX COMMUNICATIONS INC. , ET AL;**
**CASE NO. 1:18-CV-00950-LO-JFA**

| |
|---|
| COX_SONY_00501616 |
| COX_SONY_00505106 |
| COX_SONY_00505249 |
| COX_SONY_00505480 |
| COX_SONY_00505540 |
| COX_SONY_00505913 |
| COX_SONY_00506191 |
| COX_SONY_00506742 |
| COX_SONY_00507777 |
| COX_SONY_00508016 |
| COX_SONY_00508759 |
| COX_SONY_00508994 |
| COX_SONY_00510830 |
| COX_SONY_00510853 |
| COX_SONY_00511287 |
| COX_SONY_00515539 |
| COX_SONY_00518959 |
| COX_SONY_00519017 |
| COX_SONY_00519024 |
| COX_SONY_00519023 |
| COX_SONY_00519047 |
| COX_SONY_00519076 |
| COX_SONY_00519088 |
| COX_SONY_00519319 |
| COX_SONY_00519309 |
| COX_SONY_00520018 |
| COX_SONY_00520075 |
| COX_SONY_00520135 |
| COX_SONY_00522007 |
| COX_SONY_00523529 |
| COX_SONY_00523572 |
| COX_SONY_00523857 |
| COX_SONY_00527301 |
| COX_SONY_00527332 |
| COX_SONY_00527429 |
| COX_SONY_00527474 |
| COX_SONY_00549417 |
| COX_SONY_00550378 |
| COX_SONY_00552025 |
| COX_SONY_00553264 |
| COX_SONY_00555166 |
| COX_SONY_00556095 |
| COX_SONY_00576530 |
| COX_SONY_00579114 |

Expert Report of Barbara Frederiksen-Cross Exhibit B
**SONY MUSIC ENTERTAINMENT, ET AL V. COX COMMUNICATIONS INC. , ET AL;**
**CASE NO. 1:18-CV-00950-LO-JFA**

| |
|---|
| COX_SONY_00582926 |
| COX_SONY_00590451 |
| COX_SONY_00592799 |
| COX_SONY_00615135 |
| COX_SONY_00616160 |
| COX_SONY_00674148 |
| COX_SONY_00674453 |
| COX_SONY_00685332 |
| COX_SONY_00710599 |
| COX_SONY_00717187 |
| COX_SONY_00908604 |
| Plaintiffs_00106459 |
| Plaintiffs_00106553 |
| Plaintiffs_00111222 |
| Plaintiffs_00122493 |
| Plaintiffs_00125007 |
| Plaintiffs_00246989 |
| Plaintiffs_00131594 |
| Plaintiffs_00135064 |
| Plaintiffs_00137823 |
| Plaintiffs_00146613 |
| Plaintiffs_00149593 |
| Plaintiffs_00151476 |
| Plaintiffs_00155715 |
| Plaintiffs_00201949 |
| Plaintiffs_00219947 |
| Plaintiffs_00220569 |
| Plaintiffs_00220903 |
| Plaintiffs_00221556 |
| Plaintiffs_00222048 |
| Plaintiffs_00222546 |
| Plaintiffs_00222832 |
| Plaintiffs_00222892 |
| Plaintiffs_00223172 |
| Plaintiffs_00223261 |
| Plaintiffs_00223585 |
| Plaintiffs_00223841 |
| Plaintiffs_00231564 |
| Plaintiffs_00232746 |
| Plaintiffs_00234306 |
| Plaintiffs_00237275 |
| Plaintiffs_00238095 |
| Plaintiffs_00246452 |
| Plaintiffs_00246989 |

Expert Report of Barbara Frederiksen-Cross Exhibit B
**SONY MUSIC ENTERTAINMENT, ET AL V. COX COMMUNICATIONS INC., ET AL;**
**CASE NO. 1:18-CV-00950-LO-JFA**

| |
|---|
| Plaintiffs_00286430 |
| Plaintiffs_00286431 |
| Plaintiffs_00286432 |
| RIAA_00000003 |
| RIAA_00000438 |
| RIAA_00003098 |
| RIAA_00004485 |
| RIAA_00009549 |
| RIAA_00013277 |
| RIAA_00017114 |
| RIAA_00025814 |
| RIAA_00028895 |
| RIAA_00030724 |
| RIAA_00034863 |
| RIAA_00063297 |
| RIAA_00093058 |
| RIAA_00095800 |
| RIAA_00127769 2012.10.14 Stroz Friedberg Report |
| RIAA_00127758 2013.12.05 Harbor Labs Report |
| RIAA_00127789 2014.03.03 Harbor Labs Report |
| RIAA_00127810 |
| RIAA_00127817 |
| RIAA_00127819 |
| RIAA_00127820 |
| RIAA_00127821 |
| RIAA_00127823 |
| RIAA_00127907 |
| RIAA_00127909 |
| RIAA_00127910 |
| RIAA_00128230 |
| RIAA_00128232 |
| RIAA_00128235 |
| MM000189 |
| MM000234 Harbor Labs Mark Monitor Response |
| MM000222 |
| MM000231 Stroz Friedberg Mark Monitor Response |
| Mark Monitor Case Evidence Packages (Total 175,968) Dated 1/16/2013 to 3/31/2015 |

### 1.2 Source Code/ Hardware/Other

| |
|---|
| Mark Monitor source code |
| Cox source code (requested print of code files not yet received), including that produced in *BMG Rights Management (US) LLC, v. COX Communications, Inc., and COXCOM, LLC,* 1:14-cv- |

Expert Report of Barbara Frederiksen-Cross Exhibit B
**SONY MUSIC ENTERTAINMENT, ET AL V. COX COMMUNICATIONS INC. , ET AL;**
**CASE NO. 1:18-CV-00950-LO-JFA**

01611-LOG-JFA