# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. AND COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA<br><br>**REPLY DECLARATION OF THOMAS M. BUCHANAN IN FURTHER SUPPORT OF COX'S MOTION TO EXCLUDE THE TESTIMONY OF PUTATIVE EXPERT GEORGE P. MCCABE, Ph.D.** |

I, Thomas M. Buchanan, hereby declare:

1. I am a partner at the law firm Winston & Strawn LLP, counsel to Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox") and represent Cox in the above-captioned matter. I submit this Declaration in further support of Cox's Motion to Exclude the Testimony of Putative Expert George P. McCabe, Ph.D. Except as otherwise stated, I have personal knowledge of all facts stated in this declaration and if called upon as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of the Supplemental/Rebuttal Report of Christian Tregillis, CPA, ABV, CFF, CLP, dated May 15, 2019.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of the transcript of the hearing on a motion held before U.S. Mag. Judge John F. Anderson in this case, dated September 27, 2019.

4. Attached as **Exhibit C** is a true and correct copy of further excerpts of the transcript

2

of the videotaped deposition of George P. McCabe, Ph.D., dated June 20, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of October, 2019 in Washington D.C.

<em><u>/s/ Thomas M. Buchanan</u></em><br>
Thomas M. Buchanan (VSB No. 21530)