# Exhibit 2

**Copyright** — United States Copyright Office

[ Help | Search | History | Titles | Start Over ]

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001080612
Search Results: Displaying 1 of 1 entries

[ previous | next ]

[ Labeled View ]

### *Big pimpin'.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001080612 / 2002-04-25 |
| **Title:** | Big pimpin'. |
| **Appears in:** | Vol. 3, Life and times of S. Carter. Roc-A-Fella 314 546 822-2, c1999. Compact disc |
| **Publisher Number:** | Roc-A-Fella 314 546 822-2 |
| **Performer:** | Performed by Jay-Z. |
| **Copyright Claimant:** | Virginia Beach Music, I Love KJ Music, Zomba Enterprises, Inc., Lil Lu Lu Publishing, EMI Blackwood Music, Inc. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 1999-12-28 |
| **Authorship on Application:** | words & music: Timothy Z. Mosley, Shawn Carter (p.k.a. Jay-Z), Kyambo Joshua. |
| **Other Title:** | Life and times of S. Carter |
| **Names:** | Mosley, Timothy Z. |
| | Carter, Shawn |
| | Joshua, Kyambo |
| | Jay-Z |
| | Virginia Beach Music |
| | I Love KJ Music |
| | Zomba Enterprises, Inc. |
| | Lil Lu Lu Publishing |
| | EMI Blackwood Music, Inc. |

[ previous | next ]

**Save, Print and Email (Help Page)**

Select Download Format [ Full Record ▼ ]   [ Format for Print/Save ]

Plaintiffs_00001188

Enter your email address: [          ]

[Email]

**Help**  **Search**  **History**  **Titles**  **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00001189



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001368818
Search Results: Displaying 1 of 1 entries



### *Sexyback.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001368818 / 2007-03-02 |
| **Title:** | Sexyback. |
| **Copyright Claimant:** | Virginia Beach Music, W.B.M. Music Corporation, Danjahandz Muzik, Tennman Tunes |
| **Date of Creation:** | 2006 |
| **Date of Publication:** | 2006-08-29 |
| **Authorship on Application:** | words & music: Tim Mosley (p.k.a. Timbaland, pseud.), Nate Hills (p.k.a. Danjahandz, pseud.), Justin Timberlake. |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Mosley, Tim |
| | Timbaland, pseud. |
| | Hills, Nate |
| | Danjahandz, pseud. |
| | Timberlake, Justin |
| | Virginia Beach Music |
| | W.B.M. Music Corporation |
| | Danjahandz Muzik |
| | Tennman Tunes |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:
Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00002073

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 746-675**

**Effective date of registration:**

April 16, 2014

---

## Title
- **Title of Work:** Acapella / by Karmin (#G010002995863Y)
- **Title of Larger Work:** Pulses

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** July 9, 2013
- **Nation of 1st Publication:** United States

## Author
- **Author:** Sony Music Entertainment
- **Author Created:** sound recording
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Sony Music Entertainment
  550 Madison Avenue, New York, NY 10022

## Certification
- **Name:** Perry Guzzi
- **Date:** April 10, 2014
- **Applicant's Tracking Number:** SM60.S1

Page 1 of 1

**Registration #:** SR0000746675

**Service Request #:** 1-1351459558



Perry Guzzi
c/o Sony Music Entertainment
550 Madison Avenue
New York, NY 10022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-744-956**

Effective date of registration:

June 6, 2011

## Title
- **Title of Work:** I Can Transform Ya
- **Title of Larger Work:** Graffiti (ARTIST:Chris Brown; LABEL: J Records)

## Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** December 8, 2009
- **Nation of 1st Publication:** United States

## Author

- **Author:** Dwayne Carter
- **Pseudonym:** Lil Wayne
- **Author Created:** music, lyrics
- **Work made for hire:** No
- **Citizen of:** United States     **Domiciled in:** United States
- **Pseudonymous:** Yes

- **Author:** Kasseem Dean
- **Pseudonym:** Swizz Beatz
- **Author Created:** music, lyrics
- **Work made for hire:** No
- **Citizen of:** United States     **Domiciled in:** United States
- **Pseudonymous:** Yes

- **Author:** Joseph Bereal
- **Author Created:** music, lyrics
- **Work made for hire:** No
- **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

WCP_00000597

| | |
|---|---|
| Copyright Claimant: | Young Money Publishing, Inc. & Warner-Tamerlane Publishing Corp. |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Swizz Beatz & Universal Music Corp. |
| | nk, nk |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Culture Beyond Your Experience |
| | nk, nk |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Universal Music Corp. |
| | nk, nk |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Unknown Publisher |
| | nk, nk |
| Transfer Statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Warner Chappell Music |
| Name: | Michael J Katz |
| Email: | michael.katz@warnerchappell.com |
| Telephone: | 310-441-8629 |
| Address: | 10585 Santa Monica Blvd. |
| | Los Angeles, CA 90025  United States |

## Certification

| | |
|---|---|
| Name: | Michael Katz |
| Date: | June 1, 2011 |

| | |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding author information: author variance in deposit; application correct. |

*8978479*

0009PA0001744956020I

WCP_00000598

# CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE



**PA 1-087-583**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**EFFECTIVE DATE OF REGISTRATION**
6 / 12 / 02
Month / Day / Year

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK** –
"U Know What's Up"   420351.   (Donnell Jones "Where I Wanna Be" #26060)

**PREVIOUS OR ALTERNATIVE TITLES** –
"You Know What's Up"

**NATURE OF THIS WORK** – See instructions
Words and Music

---

**NAME OF AUTHOR** –
Darren F. Lighty

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words and Music

---

**NAME OF AUTHOR** –
Clifton Lighty

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words and Music

---

**NAME OF AUTHOR** –
Anthony C. Hamilton

**DATES OF BIRTH AND DEATH**
Year Born – Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     Domiciled in USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words and Music

---

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
1999 Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month October  Day 12  Year 1999
USA Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
WB Music Corp. & Do What I Gotta Productions & Anthony C. Hamilton Publishing; 10585 Santa Monica Blvd; Los Angeles, CA 90025 & Balewa Music & Polygram Music Publishing Co., Inc. &

**APPLICATION RECEIVED**
JUN 12 2002
**ONE DEPOSIT RECEIVED**
JUN 12 2002
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.–

By Assignment

---

**MORE ON BACK** ► • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

This form was electronically produced by Elite Federal Forms, Inc.

WCP_00000711

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)   If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:  Previous Registration Number—   Year of Registration—

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name—                                      Account Number—

Warner Bros. Music                          DA 063649

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP—
David Tough
Warner Chappell Music - Copyright Department
10585 Santa Monica Blvd.
Los Angeles, CA 90025
Area code and daytime telephone number  ( 310 )441-8629   Fax Number  ( 310 )470-7101
Email   david.tough@warnerchappell.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one  {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    WB Music Corp.
                         Name of author or other copyright claimant, or owner of exclusive right(s) •
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date — If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Tough                                 Date   5-10-2002

Handwritten signature (X)_
X _____

YOU MUST:
· Complete all necessary spaces
· Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit Material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

Certificate will be mailed in window envelope to this address:
Name —
Warner Chappell Music - Copyright Department
Number/Street/Apt —
10585 Santa Monica Blvd.
City/State/ZIP —
Los Angeles, CA 90025

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, ad VA, only. Indicate which basic form you are continuing in the space in the upper right-had corner.
- If at all possible, try to fit the information called for into the spaces provded on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

FORM **PA** /CON

PA 1-087-583

PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

6 / 12 / 02
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
JUN 12 2002

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

    "U Know What's Up"   (Donnell Jones "Where I Wanna Be" #26060)

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

    WB Music Corp.; 10585 Santa Monica Blvd.; Los Angeles, CA 90025

## B — Continuation of Space 2

**NAME OF AUTHOR** •
**d** Balewa Muhammad
DATES OF BIRTH AND DEATH
Year Born •      Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ USA _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. •
Words And Music

---

**NAME OF AUTHOR** •
**e** Veronica McKenzie
DATES OF BIRTH AND DEATH
Year Born •      Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ USA _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. •
Words And Music

---

**NAME OF AUTHOR** •
**f** Edward F. Ferrell III
DATES OF BIRTH AND DEATH
Year Born •      Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____ USA _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. •
Words And Music

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

This form was electronically produced by Elite Federal Forms, Inc.

CONTINUATION OF (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

Rassmysteria Music & Eddie F. Music

**C**
Continuation
of other
Spaces

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name •<br>Warner Chappell Music - Copyright Department<br>Number/Street/Apt •<br>10585 Santa Monica Boulevard<br>City/State/ZIP •<br>Los Angeles, CA  90025 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**
Fees are effective through June 30, 2002. After that date, check the Copyright office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.