# Exhibit 3



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000859624
Search Results: Displaying 1 of 1 entries



**Labeled View**

### *Ballad of Big Nothing.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000859624 / 1997-09-22 |
| **Application Title:** | Ballad of a big nothing. |
| **Title:** | Ballad of Big Nothing. |
| **Appears in:** | Either/or. Kill Rock Stars KRS 269, c1997. Compact disc |
| **Publisher Number:** | Kill Rock Stars KRS 269 |
| **Performer:** | Performed by Elliott Smith. |
| **Copyright Claimant:** | Careers-BMG Music Publishing, Inc. & Spent Bullets Music |
| **Date of Creation:** | 1997 |
| **Date of Publication:** | 1997-02-25 |
| **Authorship on Application:** | words & music: Elliott Smith. |
| **Names:** | Smith, Elliott |
| | Careers-BMG Music Publishing, Inc. |
| | Spent Bullets Music |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record  ▾ | Format for Print/Save |
| Enter your email address: | |
| Email | |

Plaintiffs_00000580

Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00000581



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000859625
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

### *Between the bars.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000859625 / 1997-09-22 |
| **Title:** | Between the bars. |
| **Appears in:** | Either/or. Kill Rock Stars KRS 269, c1997. Compact disc |
| **Publisher Number:** | Kill Rock Stars KRS 269 |
| **Performer:** | Performed by Elliott Smith. |
| **Copyright Claimant:** | Careers-BMG Music Publishing, Inc. & Spent Bullets Music |
| **Date of Creation:** | 1997 |
| **Date of Publication:** | 1997-02-25 |
| **Authorship on Application:** | words & music: Elliott Smith. |
| **Names:** | Smith, Elliott |
| | Careers-BMG Music Publishing, Inc. |
| | Spent Bullets Music |



---

| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [                    ]  [Email] |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00000583



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0000954078
Search Results: Displaying 1 of 1 entries



**Labeled View**

### *Dangerously in love.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000954078 / 2001-07-11 |
| **Title:** | Dangerously in love. |
| **Appears in:** | Survivor. Columbia CK 61063, c2001. Compact disc |
| **Publisher Number:** | Columbia CK 61063 |
| **Performer:** | Performed by Destiny's Child. |
| **Copyright Claimant:** | Foray Music, EWM Publishing & Sony Music Publishing |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-05-01 |
| **Authorship on Application:** | words & music: Errol McCalla & Beyonce Knowles. |
| **Names:** | McCalla, Errol |
| | Knowles, Beyonce |
| | Destiny's Child |
| | Foray Music |
| | EWM Publishing |
| | Sony Music Publishing |



| | |
|---|---|
| **Save, Print and Email (Help Page)** | |
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | |
| Email | |

Plaintiffs_00000767

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00000768



Help   Search   History   Titles   Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0000981360
Search Results: Displaying 1 of 1 entries



**Labeled View**

### *Yellow.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000981360 / 2001-02-05 |
| **Title:** | Yellow. |
| **Appears in:** | <u>Parachutes. Parlophone/Nettwerk America 30162, c2000.</u> |
| **Publisher Number:** | Parlophone/Nettwerk America 30162 |
| **Description:** | Computer sound file. |
| **Notes:** | Electronic registration. |
| **Performer:** | Performed by Coldplay. |
| **Copyright Claimant:** | BMG Music Publishing, Ltd. |
| **Date of Creation:** | 1999 |
| **Date of Publication:** | 2000-11-07 |
| **Authorship on Application:** | music & words: Guy Berryman, Jon Buckland, Will Champion & Chris Martin. |
| **Rights and Permissions:** | Rights and permissions info. on CORDS appl. in CO. |
| **Names:** | <u>Berryman, Guy</u> |
| | <u>Buckland, Jon</u> |
| | <u>Champion, Will</u> |
| | <u>Martin, Chris</u> |
| | <u>Coldplay</u> |
| | <u>BMG Music Publishing, Ltd.</u> |



| Save, Print and Email (<u>Help Page</u>) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                    ] |
| [Email] |

Help   Search   History   Titles   Start Over

Plaintiffs_00000830



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001588614
Search Results: Displaying 1 of 1 entries



### THESE HARD TIMES.

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001588614 / 2007-10-24 |
| **Application Title:** | THESE HARD TIMES. |
| **Title:** | THESE HARD TIMES. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | EMI APRIL MUSIC INC., Transfer: By written agreement. Address: 75 9TH AVE., 4TH FL, NEW YORK, NY, 10011, United States |
| | U RULE MUSIC, Transfer: By written agreement. Address: 75 9TH AVE, 4TH FL, NEW YORK, NY, 10011, United States |
| | LUCINDA PANIC MUSIC, Transfer: By written agreement |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | October 02, 2007 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | ROB THOMAS; Domicile: United States; Citizenship: United States Authorship: music, lyrics. |
| | PAUL DOUCETTE; Domicile: United States; Citizenship: United States Authorship: music, lyrics. |
| | KYLE COOK; Domicile: United States; Citizenship: United States Authorship: music, lyrics. |
| | BRIAN YALE; Domicile: United States; Citizenship: United States Authorship: music, lyrics. |
| **Names:** | THOMAS, ROB |
| | DOUCETTE, PAUL |
| | COOK, KYLE |
| | YALE, BRIAN |
| | EMI APRIL MUSIC INC. |
| | U RULE MUSIC |
| | LUCINDA PANIC MUSIC |



**Save, Print and Email (<u>Help Page</u>)**

Select Download Format | Full Record ▾ | Format for Print/Save

Enter your email address: _____

Email

<u>Help</u>   <u>Search</u>   <u>History</u>   <u>Titles</u>   <u>Start Over</u>

<u>Contact Us</u>  |  <u>Request Copies</u>  |  <u>Get a Search Estimate</u>  |  <u>Frequently Asked Questions (FAQs) about</u>
<u>Copyright</u>  |  <u>Copyright Office Home Page</u>  |  <u>Library of Congress Home Page</u>

Plaintiffs_00002195



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001600375
Search Results: Displaying 1 of 1 entries

[previous] [next]

---

Labeled View

### *"Everything".*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001600375 / 2007-08-13 |
| **Application Title:** | "Everything" (Michael Buble, "Call Me Irresponsible", #100313) |
| **Title:** | "Everything". |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Ihan Zhan Music, Transfer: by wirtten agreement |
|  | Almost October Songs, Transfer: by wirtten agreement |
|  | Songs of Universal, Inc., Transfer: by wirtten agreement |
|  | I'm The Last Man Standing Music, Inc., Transfer: by wirtten agreement. Address: c/o WB Music Corp. 10585 Santa Monica Blvd., Los Angeles, CA, 90025 |
| **Date of Creation:** | 2006 |
| **Date of Publication:** | 2007-05-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Buble; Domicile: United States. Authorship: Words And Music. |
|  | Alan Chang; Domicile: United States. Authorship: Words And Music. |
|  | Amy Foster-Gillies; Domicile: United States. Authorship: Words And Music. |
| **Names:** | Buble, Michael |
|  | Chang, Alan |
|  | Foster-Gillies, Amy |
|  | I'm The Last Man Standing Music, Inc. |
|  | Almost October Songs |
|  | Ihan Zhan Music |
|  | Songs of Universal, Inc. |

[previous] [next]

---

**Save, Print and Email (Help Page)**



Select Download Format Full Record ▾ Format for Print/Save
Enter your email address:

Email

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00002281



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001642898
Search Results: Displaying 1 of 1 entries



Labeled View

### *EVERYTHING IS FINE (As contained on the enclosed JOSH TURNER CD,...*

**Type of Work:** Music

**Registration Number / Date:** PA0001642898 / 2008-01-14

**Application Title:** EVERYTHING IS FINE (As contained on the enclosed JOSH TURNER CD, "EVERYTHING IS FINE")

**Title:** EVERYTHING IS FINE (As contained on the enclosed JOSH TURNER CD, "EVERYTHING IS FINE")

**Description:** Compact disk (CD)

**Copyright Claimant:** Universal Music Corp., Bream Buster Music, Transfer: by written agreement. Address: 2440 Sepulveda Blvd., Suite l00, Los Angeles, CA, 90064.

**Date of Creation:** 2007

**Date of Publication:** 2007-10-30

**Nation of First Publication:** United States

**Alternative Title on Application:** WORDS AND MUSIC

**Authorship on Application:** Joshua Turner; Domicile: United States. Authorship: author of words and music to the above composition.

**Names:** Turner, Joshua



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ] |
| Email |

Help   Search   History   Titles   Start Over

Plaintiffs_00002524

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00002525



# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001915522
Search Results: Displaying 1 of 1 entries



*Shoot Me Down.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001915522 / 2013-09-12 |
| **Application Title:** | Shoot Me Down. |
| **Title:** | Shoot Me Down. |
| **Appears in:** | Tha Carter III recorded by Lil Wayne on Cash Money, 6/10/2008 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Young Money Publishing, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
| | Warner Tamerlane Publishing Corp, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
| | Music Cure, Transfer: By written agreement. Address: street not known, city not known. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-06-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Dwayne Carter; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Dreshan Smith; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Names:** | Carter, Dwayne |
| | Smith, Dreshan |
| | Young Money Publishing |
| | Warner Tamerlane Publishing Corp |
| | Music Cure |



Save, Print and Email (Help Page)

Plaintiffs_00005597

Select Download Format Full Record ▾   Format for Print/Save

Enter your email address: [                    ]

Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005598



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
SR0000347749
Search Results: Displaying 1 of 1 entries



Labeled View

**_Folklore / Nelly Furtado._**

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000347749 / 2004-01-30 |
| **Title:** | Folklore / Nelly Furtado. |
| **Imprint:** | c2003. |
| **Publisher Number:** | DreamWorks B0001007-12 |
| **Description:** | Compact disc. |
| **Notes:** | Photography by Warrick Saint & Isabel Snyder. |
| | Enhanced CD. |
| **Copyright Claimant:** | © ℗ on recording & pictorial matter; SKG Music, LLC (employer for hire) |
| **Date of Creation:** | 2003 |
| **Date of Publication:** | 2003-11-25 |
| **Contents:** | One-trick pony -- Powerless (Say what you want) -- Explode -- Try -- Fresh off the boat -- Forca -- The grass is green -- Picture perfect -- Saturdays -- Build you up -- Island of wonder -- Childhood dreams. |
| **Other Title:** | Powerless |
| | Say what you want |
| | The grass is green |
| **Names:** | Furtado, Nelly |
| | Saint, Warrick |
| | Snyder, Isabel |
| | SKG Music, LLC |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record ▾  Format for Print/Save |
| Enter your email address: [                    ] |

Plaintiffs_00007216

Email

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about
Copyright   |   Copyright Office Home Page   |   Library of Congress Home Page

Plaintiffs_00007217



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000668316
Search Results: Displaying 1 of 1 entries



---

Labeled View

**_Pretty Girl Rock._**

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000668316 / 2010-12-23 |
| **Application Title:** | Pretty Girl Rock, Artist: Keri Hilson, 00602527549125 (eRelease) |
| **Title:** | Pretty Girl Rock. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Interscope Records, A Div. of UMG Recordings, Inc. Address: 2220 Colorado Ave., Santa Monica, CA, 90404.<br>Mosley Music Group LLC. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Interscope Records, A Div. of UMG Recordings, Inc., employer for hire; Domicile: United States. Authorship: sound recording.<br>Mosley Music Group LLC, employer for hire; Domicile: United States. Authorship: sound recording. |
| **Rights and Permissions:** | Universal Music Group |
| **Names:** | Interscope Records<br>Mosley Music Group LLC<br>UMG Recordings, Inc. |



---

| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]  Format for Print/Save |
| Enter your email address: [_____] |
| [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00007895



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
SR0000717770
Search Results: Displaying 1 of 1 entries



*The 20/20 Experience (Deluxe Version) / by Justin Timberlake (#88765-47851-2)*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000717770 / 2013-04-01 |
| **Application Title:** | The 20/20 Experience (Deluxe Version) / by Justin Timberlake (#88765-47851-2) |
| **Title:** | The 20/20 Experience (Deluxe Version) / by Justin Timberlake (#88765-47851-2) |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Sony Music Entertainment. Address: 550 Madison Avenue, New York, NY, 10022, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-03-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sony Music Entertainment, employer for hire; Domicile: United States. Authorship: sound recording, artwork, and the compilation of sound recordings and artwork. |
| **Pre-existing Material:** | pre-existing sound recordings on tracks 2 & 9. |
| **Basis of Claim:** | sounds on tracks 1, 3-8 & 10-12, artwork, and the compilation of sound recordings and artwork. |
| **Contents:** | Pusher Love Girl; Suit & Tie; Don't Hold the Wall; Strawberry Bubblegum; Tunnel Vision; Spaceship Coupe; That Girl; Let the Groove Get In; Mirrors; Blue Ocean Floor; Dress On; Body Count. |
| **Names:** | Sony Music Entertainment |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address: |
| Email |

Plaintiffs_00008260

Help   Search   History   Titles   Start Over

Plaintiffs_00008261



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000763373
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷

---

Labeled View

### *Good Music Cruel Summer.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000763373 / 2012-10-14 |
| **Application Title:** | Kanye West Presents Good Music Cruel Summer, Artist: Various, 00602537118694 (compact disc) |
| **Title:** | Good Music Cruel Summer. |
| **Publisher Number:** | Compact disc |
| **Copyright Claimant:** | The Island Def Jam Music Group, A Div. of UMG Recordings, Inc., Transfer: By written agreement. Address: 2220 Colorado Ave., Santa Monica, CA, 90404. |
|  | Getting Out Our Dreams, Inc., Transfer: By written agreement. Address: street not known, city not known. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-09-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | The Island Def Jam Music Group, A Div. of UMG Recordings, Inc., employer for hire; Domicile: United States. Authorship: Most Sound Recordings / Artwork / Pictorial Matter. |
| **Pre-existing Material:** | One Sound Recording: #10 "Creepers" / Sampled Sounds. |
| **Basis of Claim:** | All Other Sounds & Recordings / Artwork / Pictorial Matter. |
| **Rights and Permissions:** | Universal Music Group |
| **Copyright Note:** | C.O. correspondence. |
|  | Basis for Registration: Unit of publication containing collective work and other component elements. |
| **Names:** | UMG Recordings, Inc. |
|  | Island Def Jam Music Group |
|  | Getting Out Our Dreams, Inc. |

◁ previous    next ▷

---

| **Save, Print and Email (Help Page)** |

Plaintiffs_00008560

Select Download Format [Full Record ▼]   [Format for Print/Save]

Enter your email address: [                    ]

[Email]

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00008561

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-251-377**



PA0001251377M

**EFFECTIVE DATE OF REGISTRATION**

12 - 13 - 04

Month    Day    Year

...PARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK –**
"Shut Up!" "Welcome To My Life" "Perfect World" "Thank You"    (Simple Plan, "Still Not Getting Any", #93407)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK – See instructions**
Words and Music

---

**2**

**a** **NAME OF AUTHOR –**
Pierre Bouvier  PKA "Simple Plan"

**DATES OF BIRTH AND DEATH**
Year Born –    Year Died –

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of | Anonymous? ☐ Yes ☒ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☒ No | Domiciled in   USA | Pseudonymous? ☒ Yes ☐ No | |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed.
Words and Music

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR –**
Charles-Andre Comeau  PKA "Simple Plan"

**DATES OF BIRTH AND DEATH**
Year Born –    Year Died –

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of | Anonymous? ☐ Yes ☒ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☒ No | Domiciled in   USA | Pseudonymous? ☒ Yes ☐ No | |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed.
Words and Music

**c** **NAME OF AUTHOR –**

**DATES OF BIRTH AND DEATH**
Year Born –    Year Died –

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☐ No | Domiciled in | Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed.

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004    Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month  October  Day  26  Year  2004
USA    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
WB Music Corp., Wet Wheelie Music, High-Maintenance Music
10585 Santa Monica Blvd., Los Angeles, CA 90025

See instructions before completing this space.

**APPLICATION RECEIVED**
DEC 13 2004
**ONE DEPOSIT RECEIVED**
DEC 13 2004
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE ABOVE THIS LINE

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By Written Agreement

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of  **2**  pages

This form was electronically produced by Elite Federal Forms, Inc.

WCP_00002534

EXAMINED BY

CHECKED BY

FORM PA

☐ CORRESPONDENCE
      Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)   If your answer is "no," go to space 7.

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:   Previous Registration Number ▸          Year of Registration ▸

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▾

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▾

**b**

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▸

Warner Bros. Music

**Account Number** ▸

DA 063649

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▸

Michelle Ringler

Warner/Chappell Music, Inc. - Copyright Dept.

10585 Santa Monica Blvd.

Los Angeles, CA 90025

Area code and daytime telephone number   ▸ ( 310 ) 441-6894          Fax Number   ▸ ( 310 ) 470-7101

Email   ▸   Michelle.Ringler@WarnerChappell.com

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Warner/Chappell Music, Inc.

Check only one ▸

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▸   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michelle Ringler          Date ▸ 12-10-2004

Handwritten signature (X) ▸

x _Michelle Ringler_

**9**

Certificate will be mailed in window envelope to this address:

**Name** ▸
Michelle Ringler
Warner/Chappell Music, Inc. - Copyright Dept.

**Number/Street/Apt** ▸
10585 Santa Monica Blvd.

**City/State/ZIP** ▸
Los Angeles, CA 90025

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

WCP_00002535