# Exhibit 4

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM CORDS 

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-159-079**

EFFECTIVE DATE OF REGISTRATION

April 16, 2004

| | |
|---|---|
| Application received: | 16Apr04 |
| Fee received: | 16Apr04 |
| Deposit received: | 16Apr04 |

**TITLE OF WORK:**
BURN as contained in "CONFESSIONS" |ARISTA RECORDS #82876 52141-2

**NATURE OF WORK:**
WORDS AND MUSIC

| | |
|---|---|
| Name of Author: | USHER RAYMOND |
| "Work made for hire"? | No |
| Anonymous contribution? | No |
| Pseudonymous contribution? | No |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS AND MUSIC |
| Name of Author: | JERMAINE DUPRI |
| "Work made for hire"? | No |
| Anonymous contribution? | No |
| Pseudonymous contribution? | No |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS AND MUSIC |
| Name of Author: | BRYAN MICHAEL PAUL COX |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS AND MUSIC |

**YEAR OF CREATION:**
2004

**PUBLICATION:**

| | |
|---|---|
| Date: | March 23, 2004 |
| Nation: | UNITED STATES |

**COPYRIGHT CLAIMANT(S):**

Claimant #1:
EMI APRIL MUSIC INC
810 7TH AVENUE, 36TH FLOOR,
NEW YORK, NY 10019

Claimant #2:
UR-IV MUSIC
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

SATV-EMI_00000285

**Copyright Office Annotations:**                                    Examined by:    db
                                                                     Correspondence:  No

---

**COPYRIGHT CLAIMANTS, continued:**

   **Claimant #3:**
      SHANIAH CYMONE MUSIC
      810 7TH AVENUE, 36TH FLOOR
      NEW YORK, NY 10019

   **Claimant #4:**
      BABY BOYS LITTLE PUB. CO.

---

**TRANSFER:**
      BY VIRTUE OF WRITTEN AGREEMENT

**PREVIOUS REGISTRATION:** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
                     No.

---

**DEPOSIT ACCOUNT:** The fee for this registration has been charged to the following account:
      Name:            EMI MUSIC PUBLISHING
      Account Number:   090557

**CORRESPONDENCE:** Correspondence about this application may be addressed to:
      EMI MUSIC PUBLISHING
      Attn: RICHARD AURIGEMA
      810 7TH AVENUE, 36TH FLOOR
      NEW YORK, NY 10019

Daytime phone number:      212-830-5107
Evening phone number:
FAX number:                212-830-5198
Email address:             raurigema@emimusicpub.com

---

**PERSON TO CONTACT FOR RIGHTS AND PERMISSIONS:**
      EMI MUSIC PUBLISHING
      Attn: RICHARD AURIGEMA
      810 7TH AVENUE, 36TH FLOOR
      NEW YORK, NY 10019

Daytime phone number:      212-830-5107
FAX number:                212-830-5198
Email address:             raurigema@emimusicpub.com

---

I, the undersigned, hereby certify that I have the authority to submit this application and that the statements made herein are correct to the best of my knowledge.
      /C=US/ST=NY/O=EMI MUSIC PUBLISHING/OU=COPYRIGHT DEPARTMENT/CN=RICHARD
      AURIGEMA/

                     The digital signature of the applicant is on file.

---

*End of Copyright Registration Data*

SATV-EMI_00000286

*This space is intentionally left blank.*

SATV-EMI_00000287

*This space is intentionally left blank.*

**MAIL CERTIFICATE TO:**
EMI MUSIC PUBLISHING
Attn: RICHARD AURIGEMA
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

SATV-EMI_00000288

Certificate of Registration

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 1-227-181**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

| 6 | 3 | 2004 |
|---|---|---|
| Month | Day | Year |

SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK –
"Confessions Part II" , "Burn" , "Do It To Me"   (Usher, "Confessions", #52141)

PREVIOUS OR ALTERNATIVE TITLES –

NATURE OF THIS WORK – See Instructions

Words and Music

**2**
**a** NAME OF AUTHOR –
Bryan Michael Cox

DATES OF BIRTH AND DEATH
Year Born– Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     { Domiciled in          USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed.
Words and Music

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR –
Jermaine Dupri

DATES OF BIRTH AND DEATH
Year Born– Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     { Domiciled in          USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed.
Words and Music

**c** NAME OF AUTHOR –
Usher Raymond

DATES OF BIRTH AND DEATH
Year Born– Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of
     { Domiciled in          USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed.
Words and Music

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases
2004   ← Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month March Day 23 Year 2004 ← Nation USA

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.
W. B. M. Music Corp., Babyboy's Little Publishing Company, Noontime South 10585 Santa Monica Blvd. Los Angeles, CA 90025 and Shaniah Cymone Music, UR-IV Music and EMI April Music, Inc.

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

By Written Agreement

APPLICATION RECEIVED
03 2004
ONE DEPOSIT RECEIVED
03 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of **2** pages

This form was electronically produced by Elite Federal Forms, Inc.

WCP_00002823

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box).   If your answer is "no," go to space 7.
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number—**        **Year of Registration—**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

**a**

**6**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name—**                    **Account Number—**

**a**

**7**

|  |  |
|---|---|
| Warner Bros. Music | DA 063649 |

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP —

**b**

Jerry Sticker

Warner Chappell Music - Copyright Department

10585 Santa Monica Blvd.

Los Angeles, CA 90025

Area code and daytime telephone number   ( 310 )441-8629        Fax Number   ( 310 )470-7101
Email   jerry.sticker@warnerchappell.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
        ☐ author
        ☐ other copyright claimant
Check only one   ☐ owner of exclusive right(s)
        ☒ authorized agent of   Warner Chappell Music
                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** —   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jerry Sticker                Date     5-17-2004

Handwritten signature (X)

X

**Certificate
will be
mailed in
window
envelope
to this
address:**

| Name ▲ |
|---|
| Warner Chappell Music - Copyright Department |
| Number/Street/Apt ▲ |
| 10585 Santa Monica Blvd. |
| City/State/ZIP ▲ |
| Los Angeles, CA 90025 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit Material

As of July 1,
1999, the filing
fee for Form
PA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

WCP_00002824

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-760-343

**Effective date of
registration:**

November 1, 2011

## Title

**Title of Work:** PIECES OF ME

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 14, 2011   **Nation of 1st Publication:** United States

## Author

■ **Author:** CHARLES HARMON

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

■ **Author:** CLAUDE KELLY

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

■ **Author:** LEDISI YOUNG

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** CHUCK HARMONY'S HOUSE PUBLISHING

75 9TH AVENUE, 4TH FLOOR, NEW YORK, NY, 10011

**Transfer Statement:** By written agreement

**Copyright Claimant:** STRAUSS CO LLC

75 9TH AVENUE, 4TH FLOOR, NEW YORK, NY, 10011

**Transfer Statement:** By written agreement

Page 1 of 2

SATV-EMI_00001547

| | |
|---|---|
| **Copyright Claimant:** | NORMAHARRIS MUSIC PUBLISHING |
| | 75 9TH AVENUE, 4TH FLOOR, NEW YORK, NY, 10011 |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | EMI APRIL MUSIC, INC. |
| | 75 9TH AVENUE, 4TH FLOOR, NEW YORK, NY, 10011 |
| **Transfer Statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | DAVE LEE |
| **Date:** | November 1, 2011 |
| **Applicant's Tracking Number:** | 3249486 |



SATV-EMI_00001548

**Registration #:**   PA0001760343
**Service Request #:**   1-680613686



EMI MUSIC
Lee Dave
75 9TH AVENUE, 4TH FLOOR
NEW YORK, NY 10011

SATV-EMI_00001549

# Certificate of Registration

qq44 218



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
## PA 1-778-259

**Effective date of registration:**

February 17, 2012

---

## Title

| | |
|---|---|
| **Title of Work:** | Pieces Of Me, et al. |
| **Title of Larger Work:** | ARTIST: Ledisi ALBUM: Pieces Of Me LABEL: Verve Records |
| **Contents Titles:** | Pieces Of Me |
| | Shine |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | June 14, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Claude Kelly | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Ledisi Young | | |
| **Pseudonym:** | Ledisi | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Pseudonymous:** | Yes | | |
| ■ **Author:** | Chuck Harmon | | |
| **Pseudonym:** | Chuck Harmony | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Pseudonymous:** | Yes | | |

WCP_00001809

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Studio Beast Music & Warner-Tamerlane Publishing Corp. |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Chuck Harmony's House Publishing |
| | nk, nk |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Bluetoes & Bughouse |
| | nk, nk |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Warner Chappell Music |
| **Name:** | Michael J Katz |
| **Email:** | michael.katz@warnerchappell.com      **Telephone:**   310-441-8629 |
| **Address:** | 10585 Santa Monica Blvd. |
| | Los Angeles, CA 90025  United States |

## Certification

| | |
|---|---|
| **Name:** | Michael Katz |
| **Date:** | February 13, 2012 |

0000PA000177825900201

WCP_00001810

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

## FORM CORDS

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 1-159-524**

EFFECTIVE DATE OF REGISTRATION

July 20, 2004

| Application received: | 21 Jul 04 |
|---|---|
| Fee received: | 21 Jul 04 |
| Deposit received: | 20 Jul 04 |

---

**TITLE OF WORK:**
REAL HIP HOP as contained in "KISS OF DEATH |RUFF RYDERS/INTERSCOPE RECORDS #B0002746-02

**NATURE OF WORK:**
WORDS AND MUSIC

| | |
|---|---|
| Name of Author: | JASON T. PHILLIPS |
| Pseudonym: | JADAKISS |
| "Work made for hire"? | No |
| Anonymous contribution? | No |
| Pseudonymous contribution? | Yes |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS AND MUSIC |
| Name of Author: | SEAN D. JACOBS |
| Pseudonym: | SHEEK |
| "Work made for hire"? | No |
| Anonymous contribution? | No |
| Pseudonymous contribution? | Yes |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS AND MUSIC |
| Name of Author: | KASSEEM DEAN |
| Pseudonym: | SWIZZ BEATZ |
| Pseudonymous contribution? | Yes |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS AND MUSIC |

**YEAR OF CREATION:**
2004

**PUBLICATION:**

| | |
|---|---|
| Date: | June 22, 2004 |
| Nation: | UNITED STATES |

**COPYRIGHT CLAIMANT(S):**
Claimant #1:
EMI APRIL MUSIC INC
810 7TH AVENUE, 36TH FLOOR,
NEW YORK, NY 10019

SATV-EMI_00000340

Copyright Office Annotations:

Examined by:       db
Correspondence:  No

**COPYRIGHT CLAIMANTS, continued:**

Claimant #2:
JUSTIN COMBS PUBLISHING COMPANY, INC.
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

Claimant #3:
JAE'WONS PUBLISHING
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

Claimant #4:
SHEEK LOUCHION
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

Claimant #5:
SWIZZ BEATZ

Claimant #6:
MAYFIELD MUSIC

**TRANSFER:**
BY VIRTUE OF WRITTEN AGREEMENT

**PREVIOUS REGISTRATION: Has registration for this work or for an earlier version of this work already been made in the Copyright Office?**
No.

**DERIVATIVE WORK OR COMPILATION:**
Preexisting material:      CONTAINS A SAMPLE OF "DO DO WOP IS STRONG IN HERE" BY CURTIS MAYFIELD.

New material in which copyright is claimed:
COPYRIGHT CLAIMED ON ALL OTHER WORDS AND MUSIC.

**DEPOSIT ACCOUNT: The fee for this registration has been charged to the following account:**
Name:                 EMI MUSIC PUBLISHING
Account Number:   090557

**CORRESPONDENCE: Correspondence about this application may be addressed to:**
EMI MUSIC PUBLISHING
Attn: RICHARD AURIGEMA
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

Daytime phone number:    212-830-5107
Evening phone number:
FAX number:                212-830-5198
Email address:             raurigema@emimusicpub.com

SATV-EMI_00000341

REGISTRATION NUMBER

## PA 1-159-524
(Continued)

EFFECTIVE DATE OF REGISTRATION

July 20, 2004

**PERSON TO CONTACT FOR RIGHTS AND PERMISSIONS:**
EMI MUSIC PUBLISHING
Attn: RICHARD AURIGEMA
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

| | |
|---|---|
| **Daytime phone number:** | 212-830-5107 |
| **FAX number:** | 212-830-5198 |
| **Email address:** | raurigema@emimusicpub.com |

I, the undersigned, hereby certify that I have the authority to submit this application and that the statements made herein are correct to the best of my knowledge.

/C=US/ST=NY/O=EMI MUSIC PUBLISHING/OU=COPYRIGHT DEPARTMENT/CN=RICHARD AURIGEMA/

The digital signature of the applicant is on file.

*End of Copyright Registration Data*

*This space is intentionally left blank.*

SATV-EMI_00000342

*This space is intentionally left blank.*

**MAIL CERTIFICATE TO:**
  EMI MUSIC PUBLISHING
  Attn: RICHARD AURIGEMA
  810 7TH AVENUE, 36TH FLOOR
  NEW YORK, NY 10019

* 17 U.S.C. § 506(e):Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

SATV-EMI_00000343

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

PA 1-314-213



EFFECTIVE DATE OF REGISTRATION

APR 03 2006

Month        Day        Year

SEPARATE CONTINUATION SHEET.

---

**1** **TITLE OF THIS WORK –**
"Real Hip Hop"                    (Jadakiss, "Kiss Of Death", # 60 24986 2661)

**PREVIOUS OR ALTERNATIVE TITLES –**

**NATURE OF THIS WORK –** See instructions
Words And Music containing samples from pre-existing work

---

**2** **a** **NAME OF AUTHOR –**
James Phillips

**DATES OF BIRTH AND DEATH**
Year Born– Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
{ Domiciled in ___ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words And Music

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR –**
Sean Jacobs

**DATES OF BIRTH AND DEATH**
Year Born– Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
{ Domiciled in ___ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words And Music

**c** **NAME OF AUTHOR –**
Kaseem Dean

**DATES OF BIRTH AND DEATH**
Year Born– Year Died –

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ___
{ Domiciled in ___ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. –
Words And Music

---

**3** **a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
This information must be given in all cases
2004 ◄ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ► June   Day ► 22   Year ► 2004
USA ◄ Nation

---

**4** See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
Warner-Tamerlane Publishing Corp., Curtis Mayfield Publishing
10585 Santa Monica Blvd., Los Angeles, CA 90025 and
Jae Wons Publishing, Sheek Louchion Publishing, Justin Combs and

**APPLICATION RECEIVED**
APR 03 2006
**ONE DEPOSIT RECEIVED**
APR 03 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. –

by Written Agreement

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

This form was electronically produced by Elite Federal Forms, Inc.

WCP_00001188

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▾   If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▾        **Year of Registration** ▾

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

{Contains samples from "Do Do Wap Is Strong In Here" by Curtis Mayfield. Warner-Tamerlane Publishing)

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▾

ALL OTHER WORDS AND MUSIC

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▾                                                       **Account Number** ▾

WARNER BROS. MUSIC                                      DA 063649

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▾
WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD.,
LOS ANGELES, CA 90025

**b**

Area code and daytime telephone number ( 310 )441-6814    Fax Number ( 310 ) 470-7101
Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    Warner-Chappell Music
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▾   If this application gives a date of publication in space 3, do not sign and submit it before that date.

LISA MINNERLY                                     Date ▸   3-24-2006

Handwritten signature (X) ▾

X

| Certificate will be mailed in window envelope to this address: | Name ▾ | **9** |
|---|---|---|
| | WARNER-CHAPPELL MUSIC, INC., - COPYRIGHT DEPARTMENT | |
| | Number/Street/Apt ▾ | |
| | 10585 SANTA MONICA BLVD. | |
| | City/State/ZIP ▾ | |
| | LOS ANGELES, CA 90025 | |

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit Material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form PA is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

WCP_00001189

# CONTINUATION SHEET
# FOR APPLICATION FORMS

■ **FORM __ PA __ /CON**
UNITED STATES COPYRIGHT OFFICE

PA 1-314-213

[barcode]

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

**EFFECTIVE DATE OF REGISTRATION**

APR 03 2006

(Month)    (Day)    (Year)

**CONTINUATION SHEET RECEIVED**

APR 0 3 2006

Page __3__ of __4__ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-had corner.
- If at all possible, try to fit the information called for into the spaces proved on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
- Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short Forms.
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

  "Real Hip Hop"   (Jadakiss, "Kiss Of Death", #B002746-02)

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)

  Warner-Tamerlane Publishing Corp., 10585 Santa Monica Blvd., Los Angeles, CA 90025

---

## B
**Continuation of Space 2**

### d

**NAME OF AUTHOR •**

**DATES OF BIRTH AND DEATH**
Year Born •        Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. •

### e

**NAME OF AUTHOR •**

**DATES OF BIRTH AND DEATH**
Year Born •        Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. •

Words And Music

### f

**NAME OF AUTHOR •**
Ondre C. Moore

**DATES OF BIRTH AND DEATH**
Year Born •        Year Died •

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
     { Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No   If the answer to either of these questions is "Yes" see detailed instructions.
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. •

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):   ☐ Space 1   ☒ Space 4   ☐ Space 6

ADDITIONAL COPYRIGHT CLAIMANTS:

UNIVERSAL MUSIC CORP.
DEAD GAME PUBLISHING

**C**

**Continuation
of other
Spaces**

Certificate
will be
mailed in
window
envelope
to this
address:

Name •

WARNER/CHAPPELL MUSIC, INC.  - COPYRIGHT DEPARTMENT

Number/Street/Apt •
10585 SANTA MONICA BLVD.

City/State/ZIP •
LOS ANGELES, CA 90025

• Complete all necessary spaces
• Sign your application

1. Application form
2. Nonrefundable fee in check or
money order payable to *Register
of Copyrights*

Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

Fees are effective
through June 30,
2002. After that
date, check the
Copyright office
Website at
www.loc.gov/copyright or call (202)
707-3000 for current
fee information.

WCP_00001191

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## PA 1-717-909

**Effective date of registration:**

September 30, 2010

---

## Title

Title of Work: THE SHAPE I'M IN

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: October 6, 2009        Nation of 1st Publication: United States

## Author

- **Author:** RHETT AKINS

    **Author Created:** music, lyrics

    **Citizen of:** United States        **Domiciled in:** United States

- **Author:** DALLAS DAVIDSON

    **Author Created:** music, lyrics

    **Citizen of:** United States        **Domiciled in:** United States

- **Author:** BEN HAYSLIP

    **Author Created:** music, lyrics

    **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** EMI BLACKWOOD MUSIC INC.

75 9TH AVE, NEW YORK

**Transfer Statement:** by written agreement

**Copyright Claimant:** RHETTNECK MUSIC

75 9TH AVE, NEW YORK

**Transfer Statement:** by written agreement

**Copyright Claimant:** STRING STRETCHER MUSIC

75 9TH AVE, NEW YORK

**Transfer Statement:** by written agreement

SATV-EMI_00001275

# Certification

|  |  |
|---|---|
| **Name:** | DANIEL MARKS |
| **Date:** | September 30, 2010 |
| **Applicant's Tracking Number:** | 3034588 |

**Correspondence:** Yes



SATV-EMI_00001276

**Registration #:** PA0001717909

**Service Request #:** 1-495063488



EMI MUSIC PUBLISHING
SCOTT BERENSON
75 9TH AVE 4TH FLOOR
NEW YORK, NY 10011

SATV-EMI_00001277

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-741-424

**Effective date of
registration:**

May 5, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | Gimmie That Girl |
| | The Shape I'm In |
| **Title of Larger Work:** | Old Things New recorded by Joe Nichols on Universal South Records |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | October 26, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Ben Hayslip | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Rhett Akins | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| ■ **Author:** | Dallas Davidson | | |
| **Author Created:** | music, lyrics | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Melissa's Money Music Publishing, Get A Load Of This Music & WB Music Corp. |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |

WCP_00001414

**Copyright Claimant:** Rhettneck Music & String Stretcher Music

street not known, city not known

**Transfer Statement:** By written agreement

## Certification

**Name:** Philip Geronimo

**Date:** April 27, 2011



WCP_00001415