# Exhibit 5-1



## Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = EU0000541382
Search Results: Displaying 3 of 3 entries



Labeled View

*Walkin' the blues. w & m Johnny Cash (John R. Cash)*

|                              |                                                              |
| ---------------------------: | ------------------------------------------------------------ |
|             **Type of Work:** | Music                                                        |
| **Registration Number / Date:** | RE0000283023 / 1986-01-13                                 |
|                              | Renewal registration for: EU0000541382 / 1958-09-12          |
|                   **Title:** | Walkin' the blues. w & m Johnny Cash (John R. Cash)          |
|     **Copyright Claimant:**  | John R. Cash (A)                                             |
|           **Variant title:** | Walkin' the blues                                           |
|                   **Names:** | Cash, John R.                                               |



| Save, Print and Email (**Help Page**) |
|:---:|
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address: [_____]  Email |

---

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = Eu0000187089
Search Results: Displaying 1 of 1 entries



Labeled View

### *Never can say goodbye.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000772428 / 1998-01-02 |
| | Renewal registration for: EU0000187089 / 1970-06-10 |
| **Title:** | Never can say goodbye. |
| **Notes:** | Words & music. |
| **Copyright Claimant:** | Clifton Davis (A) |
| **Names:** | Davis, Clifton |



| | Save, Print and Email (Help Page) | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
Eu0000545553
Search Results: Displaying 1 of 1 entries



Labeled View

### *Frankie's man Johnny. w & m arr. Johnny Cash (John R. Cash)*

**Type of Work:** Music

**Registration Number / Date:** RE0000283029 / 1986-01-13

Renewal registration for: EU0000545553 / 1958-10-13

**Title:** Frankie's man Johnny. w & m arr. Johnny Cash (John R. Cash)

**Copyright Claimant:** John R. Cash (A)

**Variant title:** Frankie's man Johnny

**Names:** Cash, John R.



| Save, Print and Email (Help Page) |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | |
| Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
Eu0000548552
Search Results: Displaying 1 of 1 entries



**Labeled View**

***Don't take your guns to town. w & m Johnny Cash (John R. Cash)***

**Type of Work:** Music

**Registration Number / Date:** RE0000283032 / 1986-01-13

Renewal registration for: EU0000548552 / 1958-11-03

**Title:** Don't take your guns to town. w & m Johnny Cash (John R. Cash)

**Copyright Claimant:** John R. Cash (A)

**Variant title:** Don't take your guns to town

**Names:** Cash, John R.



| Save, Print and Email (Help Page) |
|---|

Select Download Format  Full Record ▾   Format for Print/Save

Enter your email address: [_____]

Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00000024



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = Eu0000548553
Search Results: Displaying 1 of 1 entries



---

*Labeled View*

### *Pickin' time. w & m Johnny Cash.*

**Type of Work:** Music

**Registration Number / Date:** RE0000276205 / 1986-01-02

Renewal registration for: EU0000548553 / 1958-11-03

**Title:** Pickin' time. w & m Johnny Cash.

**Copyright Claimant:** Johnny Cash (A)

**Variant title:** Pickin' time

**Names:** Cash, Johnny



---

| Save, Print and Email (Help Page) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:  [_____] |
| Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
Eu0000571483
Search Results: Displaying 1 of 1 entries





### *Five feet high and rising. w & m Johnny Cash (John R. Cash)*

**Type of Work:** Music
**Registration Number / Date:** RE0000320846 / 1987-01-05
Renewal registration for: EU0000571483 / 1959-04-13
**Title:** Five feet high and rising. w & m Johnny Cash (John R. Cash)
**Copyright Claimant:** John R. Cash (A)
**Variant title:** Five feet high and rising
**Names:** Cash, John R.

---

### Save, Print and Email (Help Page)

| Select Download Format | Full Record ▼ | Format for Print/Save |

Enter your email address: [                    ]

Email

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00000027



| Help | Search | History | Titles | Start Over |

# Public Catalog

 Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = Eu0000655755

Search Results: Displaying 1 of 1 entries



Labeled View

### *Achilles last stand.*

**Type of Work:** Music

**Registration Number / Date:** RE0000895725 / 2004-01-06

Renewal registration for: EU0000655755 / 1976-01-30

**Title:** Achilles last stand.

**Notes:** Words & music.

**Copyright Claimant:** James Patrick Page & Robert Plant (A)

**Names:** Page, James Patrick
Plant, Robert



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                    ] |
| [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
Eu0000805018
Search Results: Displaying 1 of 1 entries



*Understand your man. w & m Johnny Cash.*

**Type of Work:** Music
**Registration Number / Date:** RE0000568246 / 1992-01-02
Renewal registration for: EU0000805018 / 1964-01-06
**Title:** Understand your man. w & m Johnny Cash.
**Copyright Claimant:** Johnny Cash (A)
**Variant title:** Understand your man
**Names:** Cash, Johnny



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
Eu0000893033
Search Results: Displaying 1 of 1 entries



**Sweet Betsy from Pike. w & m adapted & arr. by Johnny Cash (John R. Cash)**

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000609795 / 1993-01-04 |
| | Renewal registration for: EU0000893033 / 1965-07-19 |
| **Title:** | Sweet Betsy from Pike. w & m adapted & arr. by Johnny Cash (John R. Cash) |
| **Copyright Claimant:** | John R. Cash (A) |
| **Basis of Claim:** | New Matter: adaptation & arr. |
| **Variant title:** | Sweet Betsy from Pike. |
| **Names:** | Cash, Johnny |
| | Cash, John R. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: [_____]  Email |

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = Eu0000893037
Search Results: Displaying 1 of 1 entries



Labeled View

### *Bury me not on the lone prairie. w & m adapted & arr. by Johnny Cash...*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000609798 / 1993-01-04 |
| | Renewal registration for: EU0000893037 / 1965-07-19 |
| **Title:** | Bury me not on the lone prairie. w & m adaptated & arr. by Johnny Cash (John R. Cash) |
| **Copyright Claimant:** | John R. Cash (A) |
| **Basis of Claim:** | New Matter: adaptation & arr. |
| **Variant title:** | Bury me not on the lone prairie. |
| **Names:** | Cash, Johnny |
| | Cash, John R. |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [                    ] |
| [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001143443
Search Results: Displaying 1 of 1 entries



***Down with the king.***

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001143443 / 2003-05-22 |
| **Title:** | Down with the king. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Reach Global, Inc., Pete Rock Publishing, Smooth Flowin Pub, Joseph Simmons, Darryl McDaniels, <mark>James Rado & Gerome Rangi</mark>, publishing designee |
| **Date of Creation:** | 1993 |
| **Date of Publication:** | 1993-03-04 |
| **Authorship on Application:** | words & music: Peter O. Phillips (Pete Rock, pseud.), Corey Brent Penn (CL Smooth, pseud.), Joseph Simmons, Darryl McDaniels, James Rado, Gerome Rangi. |
| **Names:** | Phillips, Peter O. |
| | Penn, Corey Brent |
| | Simmons, Joseph |
| | McDaniels, Darryl |
| | Rangi, Gerome |
| | Rock, Pete, pseud. |
| | Smooth, CL pseud. |
| | Rado, James |
| | Reach Global, Inc. |
| | Pete Rock Publishing |
| | Smooth Flowin Pub |





**Save, Print and Email (Help Page)**

Select Download Format | Full Record | Format for Print/Save

Enter your email address: [                    ]

Email

---

Help   Search   History   Titles   Start Over

---

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |   Copyright Office Home Page   |   Library of Congress Home Page

Plaintiffs_00001456



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001615101
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

Labeled View

### *Sandcastle Disco.*

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001615101 / 2008-09-18 |
| **Application Title:** | Sandcastle Disco. |
| **Title:** | Sandcastle Disco. |
| **Appears in:** | "Sol-Angel and the Hadley St. Dreams" as performed by Solange Knowles \| Geffen Records, no. 001178502 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Carsten Schack, Transfer: By written agreement. |
| | Solange Knowles, Transfer: By written agreement. |
| | Sean Hurley, Transfer: By written agreement. |
| | Chrysalis Music LTD, Transfer: By written agreement. Address: c/o Chrysalis Music Publishing, 8440 Wilshire Bvd., Suite #400, Beverly Hills, CA, 90211. |
| | God Given Music, Transfer: By written agreement. Address: c/o Chrysalis Music Publishing, 8440 Wilshire Bvd., Suite #400, Beverly Hills, CA, 90211. |
| | Kenneth Karlin, Transfer: By written agreement. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-08-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Thomas Decarlo Callaway; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Kenneth Karlin; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Carsten Schack; Domicile: Denmark; Citizenship: Denmark. Authorship: music, lyrics. |
| | Solange Knowles; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Sean Hurley; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Rights and Permissions:** | Rebecca Nazarian, Chrysalis Music Publishing, 8447 Wilshire Bvd., Suite |

#400, Beverly Hills, CA, 90211, (323) 658-3307,
rebeccan@chrysalismusic.com

**Copyright Note:** C.O. correspondence.

**Names:** <u>Callaway, Thomas Decarlo</u>

<u>Karlin, Kenneth</u>

<u>Schack, Carsten</u>

<u>Knowles, Solange</u>

<u>Hurley, Sean</u>

<u>Chrysalis Music LTD</u>

<u>God Given Music</u>



| | Save, Print and Email (**Help Page**) | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00002340



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001703244
Search Results: Displaying 1 of 1 entries

◀ previous   next ▶

Labeled View

*Sexy Bitch.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001703244 / 2009-12-15 |
| **Application Title:** | Sexy Bitch. |
| **Title:** | Sexy Bitch. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Giorgio Tuinfort. Address: c/o SONY/ATV MUSIC PUBLISHING, 8 MUSIC SQUARE WEST, NASHVILLE, TN 37203. |
| | David Guetta. Address: c/o WHAT A PUBLISHING LIMITED, C/O SHAPIRO BERNSTEIN & CO INC, ATTN: MICHAEL BRETTLER, 488 MADISON AVE, 12TH FLOOR, NEW YORK, NY, 10022. |
| | Jean Claude Sindres. Address: c/o WHAT A PUBLISHING LIMITED, C/O SHAPIRO BERNSTEIN & CO INC, ATTN: MICHAEL BRETTLER, 488 MADISON AVE, 12TH FLOOR, NEW YORK, NY, 10022. |
| | Aliaune Thiam. Address: c/o BYEFALL PRODUCTIONS INC, C/O SONY/ATV MUSIC PUBLISHING, % AMY CRANFORD, 8 MUSIC SQUARE WEST, NASHVILLE, TN 37203. |
| | DIPIU S.r.l., Transfer: By written agreement. Address: Via Pietro Colletta 43, 20135 MILAN, Italy. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-07-24 |
| **Nation of First Publication:** | France |
| **Alternative Title on Application:** | Sexy Chick |
| **Authorship on Application:** | Giorgio Tuinfort; Citizenship: Surinam. Authorship: music, lyrics. |
| | David Guetta; Citizenship: France. Authorship: music, lyrics. |
| | Jean Claude Sindres; Citizenship: France. Authorship: music, lyrics. |
| | Sandy Vee, pseud. of Sandy Julien Wilhelm; Domicile: France; Citizenship: France. Authorship: music, lyrics. |
| | Akon, pseud. of Aliaune Thiam; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Rights and Permissions:** | Ultra International Music Publishing LLC, 235 West 23rd Street, 6th |

Plaintiffs_00003005

Floor, New York, NY, 10011, United States, (212) 343-2200, (212) 343-9429, info@ultrarecords.com

**Copyright Note:** C.O. correspondence.

**Names:** <u>Tuinfort, Giorgio</u>

<u>Guetta, David</u>

<u>Sindres, Jean Claude</u>

<u>Wilhelm, Sandy Julien</u>

<u>Thiam, Aliaune</u>

<u>Vee, Sandy, pseud.</u>

<u>Akon, pseud.</u>

<u>DIPIU S.r.l.</u>



| Save, Print and Email (<u>Help Page</u>) |
|---|

Select Download Format [Full Record ▼]  [Format for Print/Save]

Enter your email address: [_____]

[Email]

---

Plaintiffs_00003006



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001726662
Search Results: Displaying 1 of 1 entries

◄ previous   next ►



**Count On You.**

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001726662 / 2010-12-28 |
| **Application Title:** | Count On You. |
| **Title:** | Count On You. |
| **Appears in:** | BTR |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Carmen Michelle Music, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing,1501 Broadway, 27th Floor, New York, NY, 10036, United States. |
| | Grind Status Publishing, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 1501 Broadway, 27th Floor, New York, NY, 10036, United States. |
| | Art In The Fodder Music, Transfer: By written agreement. Address: c/o Bug Music Inc., 7750 Sunset Blvd., Los Angeles, CA, 90046, United States. |
| | Dads Dreamer, Transfer: By written agreement. Address: c/o Bug Music Inc., 7750 Sunset Blvd., Los Angeles, CA, 90046, United States. |
| | Samuel T. Gerongco, Transfer: By written agreement. Address: c/o EMI April Music, 75 9th Avenue, 4th Floor, New York, NY, 10011, United States. |
| | Samety Sam Publishing, Transfer: By written agreement. Address: c/o EMI April Music, 75 9th Avenue, 4th Floor, New York, NY, 10011, United States. |
| | Robert T. Gerongco, Transfer: By written agreement. Address: c/o EMI April Music, 75 9th Avenue, 4th Floor, New York, NY, 10011, United States. |
| | Bobby Brass Music, Transfer: By written agreement. Address: c/o EMI April Music, 75 9th Avenue, 4th Floor, New York, NY, 10011, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-12 |
| **Nation of First Publication:** | United States |

**Authorship on Application:** Carmen Michelle Key; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

RAS, pseud. of Nick Furlong (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

Kasia Livingston; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

Sammy Kuya; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

Kuya, pseud. of Bobby Kuya (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

**Names:** Key, Carmen Michelle

Furlong, Nick

RAS, pseud.

Livingston, Kasia

Kuya, Sammy

Kuya, Bobby

Kuya, pseud.

Carmen Michelle Music

Grind Status Publishing

Art In The Fodder Music

Dads Dreamer

Samuel T. Gerongco

Samety Sam Publishing

Robert T. Gerongco

Bobby Brass Music



previous     next

---

**Save, Print and Email (Help Page)**

Select Download Format  [Full Record ▼]   [Format for Print/Save]

Enter your email address:  [_____]

[Email]

---

Help    Search    History    Titles    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00003157



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001745930
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷



### *Right There (feat. 50 Cent) .*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001745930 / 2011-07-08 |
| **Application Title:** | Right There (feat. 50 Cent) . |
| **Title:** | Right There (feat. 50 Cent) . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | James Scheffer. Address: c/o EMI Music Publishing, 75 Ninth Ave, 4th Floor, New York, NY, 10011, United States. |
| | Ester Dean. Address: c/o Peer Music Publishing, 901 W. Alameda Ave., Suite 108, Burbank, CA, 91506, United States. |
| | Curtis James Jackson. Address: c/o Universal Music Publishing, 2100 Colorado Avenue, Santa Monica, CA, 90404, United States. |
| | Reach Music Publishing, Inc., Transfer: By written agreement. Address: 321 N. Pass Avenue, Suite 500, Burbank, CA, 91505, United States. |
| | Danny Morris. Address: c/o EMI Music Publishing, 75 Ninth Avenue, 4th Floor, New York, NY, 10011, United States. |
| | Jesse Jaye Music, Transfer: By written agreement. Address: c/o Reach Music Publishing, Inc., 321 N. Pass Avenue, Suite 500, Burbank, CA, 91505, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-05-17 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | Right There (Main Version) |
| | Right There (USA Version) |
| **Authorship on Application:** | Frank Romano; Domicile: United States; Citizenship: United States. Authorship: music. |
| | Jim Jonsin, pseud. of James Scheffer; Domicile: United States; Citizenship: United States. Authorship: music. |
| | Ester Dean; Domicile: United States; Citizenship: United States. Authorship: lyrics. |

Plaintiffs_00003560

Daniel Clive Morris; Domicile: United States; Citizenship: United States. Authorship: music.

50 Cent, pseud. of Curtis James Jackson; Domicile: United States; Citizenship: United States. Authorship: lyrics.

**Rights and Permissions:** Shilpa Das, Reach Music Publishing, Inc., 321 N. Pass Avenue, Suite 500, Burbank, CA, 91505, United States, shilpa@reachmusic.com

**Names:** Romano, Frank

Scheffer, James

Jim Jonsin, pseud.

Dean, Ester

Morris, Daniel Clive

Jackson, Curtis James

50 Cent, pseud.

Morris, Danny

Reach Music Publishing, Inc.

Jesse Jaye Music



---

**Save, Print and Email (Help Page)**

Select Download Format   Full Record ▾   Format for Print/Save

Enter your email address: [_____]

Email

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00003561



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001822166
Search Results: Displaying 1 of 1 entries



Labeled View

### *She Don't Like The Lights.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001822166 / 2012-12-14 |
| **Application Title:** | She Don't Like The Lights. |
| **Title:** | She Don't Like The Lights. |
| **Appears in:** | Believe |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | Justin Bieber, Transfer: By written agreement. Address: N/A, N/A. |
| | Tiyon Mack, Transfer: By written agreement. Address: N/A, N/A. |
| | Rodney Jerkins, Transfer: By written agreement. Address: N/A, N/A. |
| | Son of Bjorn Music, Transfer: By written agreement. Address: c/o IMP Smash, N/A. |
| | IMP Smash, Transfer: By written agreement. Address: c/o International Music Publishing, LLC, N/A. |
| | International Music Publishing, LLC, Transfer: By written agreement. Address: c/o Songs of Kobalt Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-06-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Justin Bieber; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Tiyon Mack; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Darkchild, pseud. of Rodney Jerkins; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Andre Lindal; Domicile: United States; Citizenship: Norway. Authorship: music, lyrics. |
| **Names:** | Bieber, Justin |
| | Mack, Tiyon |

Plaintiffs_00004582

Jerkins, Rodney
Darkchild, pseud.

Lindal, Andre

Son of Bjorn Music

IMP Smash

International Music Publishing, LLC



---

**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▾   Format for Print/Save

Enter your email address: _____

Email

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001824576
Search Results: Displaying 1 of 1 entries



◄ previous     next ►

Labeled View

*Love Somebody.*

**Type of Work:** Music
**Registration Number / Date:** PA0001824576 / 2013-01-14
**Application Title:** Love Somebody.
**Title:** Love Somebody.
**Appears in:** Overexposed
**Description:** Compact disc.
**Copyright Claimant:** Nathaniel Motte, Transfer: By written agreement.
Adam Levine, Transfer: By written agreement.
Write 2 Live Publishing, Transfer: By written agreement. Address: c/o
Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New
York, NY, 10017, United States.
Songs of Patriot Games, Transfer: By written agreement. Address: c/o
Patriot Entertainment, LLC.
Patriot Entertainment, LLC, Transfer: By written agreement. Address: c/o
Songs of Kobalt Music Publishing, 317 Madison Avenue, Suite 2310, New
York, NY, 10017, United States.
**Date of Creation:** 2011
**Date of Publication:** 2012-06-26
**Nation of First Publication:** United States
**Authorship on Application:** Ryan Tedder; Domicile: United States; Citizenship: United States.
Authorship: music, lyrics.
Nathaniel Motte. Authorship: music, lyrics.
Adam Levine. Authorship: music, lyrics.
Noel Zancanella; Domicile: United States; Citizenship: United States.
Authorship: music, lyrics.
**Names:** Tedder, Ryan
Motte, Nathaniel
Adam Levine
Zancanella, Noel
Write 2 Live Publishing

Plaintiffs_00004600

Songs of Patriot Games

Patriot Entertainment, LLC

◀ previous    next ▶

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: |
| Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00004601



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001832077
Search Results: Displaying 1 of 1 entries



***Spectrum.***

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001832077 / 2013-03-20 |
| **Application Title:** | Spectrum. |
| **Title:** | Spectrum. |
| **Appears in:** | Clarity |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Matthew Koma, Transfer: By written agreement. Address: N/A, N/A. |
| | Songs of Kobalt Music Publishing, Transfer: By written agreement. Address: 317 Madison Ave, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-10-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Zedd, pseud. of Anton Zaslavski (author of pseudonymous work); Domicile: Germany; Citizenship: Germany. Authorship: music, lyrics. |
| | Matthew Koma; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| **Names:** | Zaslavski, Anton |
| | Zedd, pseud. |
| | Koma, Matthew |
| | Songs of Kobalt Music Publishing |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

Plaintiffs_00004655

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00004656



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001832089
Search Results: Displaying 1 of 1 entries



◄ previous   next ►

Labeled View

### *Clarity.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001832089 / 2013-03-20 |
| **Application Title:** | Clarity. |
| **Title:** | Clarity. |
| **Appears in:** | Clarity |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Porter Robinson, Transfer: By written agreement. Address: N/A, N/A. |
| | Matthew Koma, Transfer: By written agreement. Address: N/A, N/A. |
| | Holly Hafermann, Transfer: By written agreement. Address: N/A, N/A. |
| | Songs of Kobalt Music Publishing, Transfer: By written agreement. Address: 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-10-02 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Porter Robinson; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Matthew Koma; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Skyler Grey, pseud. of Holly Hafermann (author of pseudonymous work); Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Zedd, pseud. of Anton Zaslavski (author of pseudonymous work); Domicile: Germany; Citizenship: Germany. Authorship: music, lyrics. |
| **Names:** | Robinson, Porter |
| | Koma, Matthew |
| | Hafermann, Holly |
| | |
| | Grey, Skyler, pseud. |
| | Zaslavski, Anton |
| | Zedd, pseud. |

Plaintiffs_00004657

Songs of Kobalt Music Publishing



**Save, Print and Email (Help Page)**

Select Download Format   Full Record ▾   Format for Print/Save

Enter your email address: [                              ]

Email

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00004658



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001832167
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷



### *Calling (Lose My Mind)*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001832167 / 2013-03-20 |
| **Application Title:** | Calling (Lose My Mind) |
| **Title:** | Calling (Lose My Mind) |
| **Appears in:** | Until Now |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Sebastian Ingrosso, Transfer: By written agreement. Address: N/A, N/A. |
| | Alessandro Linblad, Transfer: By written agreement. Address: N/A, N/A. |
| | Matthew Bair, Transfer: By written agreement. Address: N/A, N/A. |
| | Write 2 Live Publishing, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-10-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sebastian Ingrosso; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Alessandro Linblad; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Ryan Tedder; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Matthew Bair; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| **Names:** | Ingrosso, Sebastian |
| | Linblad, Alessandro |
| | Tedder, Ryan |
| | Bair, Matthew |
| | Write 2 Live Publishing |

Plaintiffs_00004659



**Save, Print and Email (Help Page)**

Select Download Format  [ Full Record ▼ ]    [ Format for Print/Save ]

Enter your email address: [                    ]

[ Email ]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00004660



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001864022

Search Results: Displaying 1 of 1 entries

◁ previous    next ▷

---

**Labeled View**

*More Than A Memory .*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001864022 / 2013-08-30 |
| **Application Title:** | More Than A Memory . |
| **Title:** | More Than A Memory . |
| **Appears in:** | Kiss |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | Carly Rae Jepsen, Transfer: By written agreement. Address: N/A, N/A. |
| | Matthew Koma, Transfer: By written agreement. Address: N/A, N/A. |
| | Yeah Baby Music, Transfer: By written agreement. Address: c/o Redfoo LLC, N/A. |
| | Redfoo LLC, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-09-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Carly Rae Jepsen; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Redfoo, pseud. of Stefan Gordy (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Matthew Koma; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| **Names:** | Jepsen, Carly Rae |
| | Gordy, Stefan |
| | Redfoo, pseud. |
| | Koma, Matthew |
| | Yeah Baby Music |
| | Redfoo LLC |

Plaintiffs_00005100



**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▾]   [Format for Print/Save]

Enter your email address: [                    ]

[Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005101



**Help** | **Search** | **History** | **Titles** | **Start Over**

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001864023

Search Results: Displaying 1 of 1 entries

◁ previous     next ▷

Labeled View

***Sweetie.***

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001864023 / 2013-08-30 |
| **Application Title:** | Sweetie. |
| **Title:** | Sweetie. |
| **Appears in:** | Kiss |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | Jack Antonoff, Transfer: By written agreement. Address: N/A, N/A. |
| | Carly Rae Jepsen, Transfer: By written agreement. Address: N/A, N/A. |
| | Sara Quin, Transfer: By written agreement. Address: N/A, N/A. |
| | Klas Ahlund Publishing AB, Transfer: By written agreement. Address: c/o Lateral Mgmt London Stockholm AB, N/A. |
| | Lateral Mgmt London Stockholm AB, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-09-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Klas Ahlund; Domicile: Sweden; Citizenship: Sweden. Authorship: music, lyrics. |
| | Jack Antonoff; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Carly Rae Jepsen; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Sara Quin; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| **Names:** | Ahlund, Klas |
| | Antonoff, Jack |
| | Jepsen, Carly Rae |
| | Quin, Sara |
| | Klas Ahlund Publishing AB |

Lateral Mgmt London Stockholm AB



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format Full Record ▾ | Format for Print/Save |
| Enter your email address: [_____] | |
| Email | |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005103



Help | Search | History | Titles | Start Over

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001864024
Search Results: Displaying 1 of 1 entries

previous   next



### *This Kiss.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001864024 / 2013-08-30 |
| **Application Title:** | This Kiss. |
| **Title:** | This Kiss. |
| **Appears in:** | Kiss |
| **Description:** | Compact disk (CD) |
| **Copyright Claimant:** | Carly Rae Jepsen, Transfer: By written agreement. Address: N/A, N/A. |
| | Matthew Koma, Transfer: By written agreement. Address: N/A, N/A. |
| | Yeah Baby Music, Transfer: By written agreement. Address: c/o Redfoo LLC, N/A. |
| | Redfoo LLC, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| | Chebra Music, Transfer: By written agreement. Address: c/o Redfoo LLC, N/A. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-09-18 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Redfoo, pseud. of Stefan Gordy (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Carly Rae Jepsen; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Matthew Koma; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Kelly Covell; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Names:** | Gordy, Stefan |
| | Redfoo, pseud. |
| | Jepsen, Carly Rae |

Plaintiffs_00005104

Koma, Matthew
Covell, Kelly

Yeah Baby Music

Redfoo LLC

Chebra Music



## Save, Print and Email (Help Page)

| Select Download Format | Full Record | Format for Print/Save |
|---|---|---|

Enter your email address: [                    ]

Email

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005105



Help | Search | History | Titles | Start Over

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001877914
Search Results: Displaying 1 of 1 entries

previous | next



*Without You.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001877914 / 2013-09-27 |
| **Application Title:** | Without You. |
| **Title:** | Without You. |
| **Appears in:** | Two Eleven |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Harmony Samuels, Transfer: By written agreement. |
| | Brandy Norwood, Transfer: By written agreement. |
| | Breyon Prescott, Transfer: By written agreement. |
| | Eric Bellinger, Transfer: By written agreement. |
| | Dylanboy Music, LLC, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2012-10-16 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Courtney Harrell; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Harmony Samuels. Authorship: music, lyrics. |
| | Brandy Norwood. Authorship: music, lyrics. |
| | Breyon Prescott. Authorship: music, lyrics. |
| | Eric Bellinger. Authorship: music, lyrics. |
| **Names:** | Harrell, Courtney |
| | Samuels, Harmony |
| | Norwood, Brandy |
| | Prescott, Breyon |
| | Bellinger, Eric |
| | Dylanboy Music, LLC |

Plaintiffs_00005271



**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▾   Format for Print/Save

Enter your email address: _____

Email

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005272



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001879169
Search Results: Displaying 1 of 1 entries

[previous] [next]



*Just For One Day.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001879169 / 2013-11-04 |
| **Application Title:** | Just For One Day. |
| **Title:** | Just For One Day. |
| **Appears in:** | Nothing To Lose |
| **Publisher Number:** | 88883 73358 2 Syco Music / Columbia |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Samuel Hollander, Transfer: By written agreement. Address: N/A. |
| | Martin Johnson, Transfer: By written agreement. Address: N/A. |
| | MXM Music AB, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY 10017. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-07-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Samuel Hollander; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Rickard Goransson; Domicile: Sweden; Citizenship: Sweden. Authorship: Music and lyrics. |
| | Martin Johnson; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| **Names:** | Hollander, Samuel |
| | Goransson, Rickard |
| | Johnson, Martin |
| | MXM Music AB |

[previous] [next]

| Save, Print and Email (Help Page) |

Select Download Format Full Record ▾   Format for Print/Save

Enter your email address: [_____]

Email

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00005289



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001879175
Search Results: Displaying 1 of 1 entries



[previous]   [next]

Labeled View

### *Spaghetti.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001879175 / 2013-11-04 |
| **Application Title:** | Spaghetti. |
| **Title:** | Spaghetti. |
| **Appears in:** | <u>Nothing To Lose</u> |
| **Publisher Number:** | 88883 73358 2 Syco Music / Columbia |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Keaton Stromberg, Transfer: By written agreement. Address: N/A. |
| | Drew Chadwick, Transfer: By written agreement. Address: N/A. |
| | Wesley Stromberg, Transfer: By written agreement. Address: N/A. |
| | Jack Antonoff, Transfer: By written agreement. Address: N/A. |
| | MXM Music AB, Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY 10017. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-07-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Keaton Stromberg; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Drew Chadwick; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Wesley Stromberg; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Jack Antonoff; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Savan Kotecha; Domicile: United States; Citizenship: United States. Authorship: Music and lyrics. |
| **Names:** | <u>Stromberg, Keaton</u> |
| | <u>Chadwick, Drew</u> |

Stromberg, Wesley
Antonoff, Jack
Kotecha, Savan
MXM Music AB



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ] |
| [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001879179
Search Results: Displaying 1 of 1 entries



| previous | next |

Labeled View

### *Compass.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001879179 / 2013-11-27 |
| **Application Title:** | Compass. |
| **Title:** | Compass. |
| **Appears in:** | <u>Golden (Deluxe Edition)</u> |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Daniel Omelio, Transfer: By written agreement. Address: N/A, N/A. |
| | Emile Haynie, Transfer: By written agreement. Address: N/A, N/A. |
| | Tor Hermansen, Transfer: By written agreement. Address: N/A, N/A. |
| | Mikkel Eriksen, Transfer: By written agreement. Address: N/A, N/A. |
| | Ross Golan, Transfer: By written agreement. Address: N/A, N/A. |
| | Maru Cha Cha, Transfer: By written agreement. Address: c/o Lotzah Balls Soup, N/A. |
| | Lotzah Balls Soup, Transfer: By written agreement. Address: c/o Where Da Kasz At?, N/A. |
| | Where Da Kasz At?, Transfer: By written agreement. Address: c/o Prescription Songs, LLC, N/A. |
| | Prescripton Songs, LLC, Transfer: By written agreement. Address: c/o Songs of Kobalt Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-11-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Daniel Omelio; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Emile Haynie; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Tor Hermansen; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |

Plaintiffs_00005292

Mikkel Eriksen; Domicile: not known; Citizenship: not known. Authorship: music, lyrics.

Ross Golan; Domicile: not known; Citizenship: not known. Authorship: music, lyrics.

Ammar Malik; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

**Names:**  Omelio, Daniel

Haynie, Emile

Hermansen, Tor

Eriksen, Mikkel

Golan, Ross

Malik, Ammar

Maru Cha Cha

Lotzah Balls Soup

Where Da Kasz At?

Prescripton Songs, LLC



| | |
|---|---|
| Save, Print and Email (Help Page) | |
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: | _____ |
| Email | |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005293



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001879186

Search Results: Displaying 1 of 1 entries

[previous]  [next]



### *XO.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001879186 / 2013-11-04 |
| **Application Title:** | XO. |
| **Title:** | XO. |
| **Appears in:** | <u>Nothing To Lose</u> |
| **Publisher Number:** | 88883 73358 2 Syco Music / Columbia |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Drew Chadwick, Transfer: By written agreement. Address: N/A. |
| | Keaton Stromberg, Transfer: By written agreement. Address: N/A. |
| | Joel Madden, Transfer: By written agreement. Address: N/A. |
| | Benji Madden, Transfer: By written agreement. Address: N/A. |
| | Louis Biancaniello, Transfer: By written agreement. Address: N/A. |
| | Wesley Stromberg, Transfer: By written agreement. Address: N/A. |
| | NMO Music Publishing Inc., Transfer: By written agreement. Address: c/o Kobalt Songs Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY 10017. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2013-07-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Drew Chadwick; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Keaton Stromberg; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Michael Biancaniello; Domicile: United States; Citizenship: United States. Authorship: Music and lyrics. |
| | Joel Madden; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Benji Madden; Domicile: not known; Citizenship: not known. Authorship: Music and lyrics. |
| | Louis Biancaniello; Domicile: not known; Citizenship: not known. |

Authorship: Music and lyrics.
Wesley Stromberg; Domicile: not known; Citizenship: not known.
Authorship: Music and lyrics.

**Names:** <u>Chadwick, Drew</u>

<u>Stromberg, Keaton</u>

<u>Biancaniello, Michael</u>

<u>Madden, Joel</u>

<u>Madden, Benji</u>

<u>Biancaniello, Louis</u>

<u>Stromberg, Wesley</u>

<u>NMO Music Publishing Inc.</u>



| Save, Print and Email (<u>Help Page</u>) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [                    ] |
| [Email] |

---

<u>Help</u>   <u>Search</u>   <u>History</u>   <u>Titles</u>   <u>Start Over</u>

---

<u>Contact Us</u>  |  <u>Request Copies</u>  |  <u>Get a Search Estimate</u>  |  <u>Frequently Asked Questions (FAQs) about Copyright</u>  |  <u>Copyright Office Home Page</u>  |  <u>Library of Congress Home Page</u>

Plaintiffs_00005297



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001896719
Search Results: Displaying 1 of 1 entries

[◀ previous]   [next ▶]



### *Gimme What I Don't Know (I Want), et al.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001896719 / 2014-02-14 |
| **Application Title:** | Gimme What I Don't Know (I Want), et al. |
| **Title:** | Gimme What I Don't Know (I Want), et al. |
| **Appears in:** | The 20/20 Experience - 2 of 2 recorded by Justin Timberlake |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Jerome Harmon Productions, Transfer: by written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA 90025. |
| | Warner Tamerlane Publishing Corp., Transfer: by written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA 90025. |
| | Virginia Beach Music, Transfer: by written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA 90025. |
| | Fauntleroy Music, Transfer: by written agreement. |
| | Tennman Tunes, Transfer: by written agreement. |
| | Chris Godbey, Transfer: by written agreement. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-09-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Jerome Harmon; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Tim Mosley; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Justin Timberlake; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | James Fauntleroy; Citizenship: United States. Authorship: music, lyrics. |
| | Chris Godbey; Citizenship: United States. Authorship: music, lyrics. |
| **Contents:** | Gimme What I Don't Know (I Want) |
| | Not a Bad Thing. |
| **Names:** | Harmon, Jerome |

Plaintiffs_00005472

Mosley, Tim
Timberlake, Justin

Fauntleroy, James

Godbey, Chris

Jerome Harmon Productions

Warner Tamerlane Publishing Corp.

Tennman Tunes

Fauntleroy Music

Virginia Beach Music



---

**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▾    Format for Print/Save

Enter your email address: 

Email

---

Help   Search   History   Titles   Start Over

---

Plaintiffs_00005473



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001903036
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷



**The Way.**

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001903036 / 2014-06-13 |
| **Application Title:** | The Way. |
| **Title:** | The Way. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Harmony Samuels, Transfer: By written agreement. |
| | Amber Streeter, Transfer: By written agreement. |
| | Malcolm McCormick, Transfer: By written agreement. |
| | Jordin Sparks, Transfer: By written agreement. |
| | Rodney Jerkins, Transfer: By written agreement. |
| | Japhe Tejeda, Transfer: By written agreement. |
| | Penmenship Music, Transfer: By written agreement. |
| | Joseph Cartagena, Transfer: By written agreement. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-03-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Al Sherrod Lambert. Authorship: music, lyrics. |
| | Harmony Samuels. Authorship: music, lyrics. |
| | Amber Streeter. Authorship: music, lyrics. |
| | Malcolm McCormick. Authorship: music, lyrics. |
| | Jordin Sparks. Authorship: music, lyrics. |
| | Rodney Jerkins. Authorship: music, lyrics. |
| | Japhe Tejeda. Authorship: music, lyrics. |
| | Joeseph Cartagena. Authorship: music, lyrics. |
| **Pre-existing Material:** | music, lyrics, Contains a sample of A Little Bit of Love, written by Brenda Russell. |
| **Basis of Claim:** | music, lyrics, All new lyrics and music. |
| **Names:** | Lambert, Al Sherrod |
| | Samuels, Harmony |

Streeter, Amber

McCormick, Malcolm

Sparks, Jordin

Jerkins, Rodney

Tejeda, Japhe

Cartagena, Joeseph

Cartagena, Joseph

Penmenship Music



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001914393

Search Results: Displaying 1 of 1 entries

◄ previous    next ►

Labeled View

### *Your Mama Should've Named You Whiskey.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001914393 / 2014-08-05 |
| **Application Title:** | Your Mama Should've Named You Whiskey. |
| **Title:** | Your Mama Should've Named You Whiskey. |
| **Appears in:** | Crash My Party |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Rhett Akins, Transfer: By written agreement. Address: N/A, N/A. |
| | Luke Laird, Transfer: By written agreement. Address: N/A, N/A. |
| | Bendito Songs, Transfer: By written agreement. Address: c/o Brave Music Company LLC, N/A. |
| | Brave Music Company LLC, Transfer: By written agreement. Address: c/o Songs of Kobalt Music Publishing, 317 Madison Avenue, Suite 2310, New York, NY, 10017, United States. |
| | Brave Bendito Songs, Transfer: By written agreement. Address: c/o Brave Music Company LLC, N/A. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2013-08-13 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Rhett Akins; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Luke Laird; Domicile: not known; Citizenship: not known. Authorship: music, lyrics. |
| | Jeremy Spillman; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Names:** | Akins, Rhett |
| | Laird, Luke |
| | Spillman, Jeremy |
| | Bendito Songs |
| | Brave Music Company LLC |
| | Brave Bendito Songs |

Plaintiffs_00005575



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00005576



**C**opyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001920253
Search Results: Displaying 1 of 1 entries

[previous] [next]

Labeled View

### *Just For One Day.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001920253 / 2014-09-11 |
| **Application Title:** | Just For One Day. |
| **Title:** | Just For One Day. |
| **Appears in:** | Nothing To Lose - By Emblem3 |
| **Publisher Number:** | 88883-73358-2 Columbia Records |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Mayday Malone, Transfer: By written agreement. Address: c/o Universal Music Corp., 2100 Colorado Ave., Santa Monica, CA 90404. |
| | Universal Music Corp., Transfer: By written agreement. Address: 2100 Colorado Ave., Santa Monica, CA 90404. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-07-30 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Sam S. Hollander; Citizenship: United States. Authorship: Music and lyrics. |
| | Rickard Bertil Goransson; Citizenship: Netherlands. Authorship: Music and lyrics. |
| | Martin Johnson; Citizenship: United States. Authorship: Music and lyrics. |
| **Rights and Permissions:** | Jason Lasar, Universal Music Publishing Group, 2100 Colorado Ave., Santa Monica, CA, 90404, (310) 235-4700, (310) 235-4700 |
| **Names:** | Hollander, Sam S. |
| | Goransson, Rickard Bertil |
| | Johnson, Martin |
| | Mayday Malone |
| | Universal Music Corp. |

[previous] [next]

Save, Print and Email (Help Page)



Select Download Format Full Record    Format for Print/Save

Enter your email address:

Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005662



## Public Catalog

L

Search Request: Left Anchored Copyright Number = RE0000328946
Search Results: Displaying 1 of 1 entries



**Labeled View**

*I got stripes. w & m Johnny Cash & Charlie Williams.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000328946 / 1987-01-27 |
|  | Renewal registration for: EU0000571481 / 1959-04-13 |
| **Title:** | I got stripes. w & m Johnny Cash & Charlie Williams. |
| **Copyright Claimant:** | Johnny Cash & Charlie Williams (A) |
| **Variant title:** | I got stripes. |
| **Names:** | Cash, Johnny |
|  | Williams, Charlie |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____ |
| Email |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00006003



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
RE0000428313
Search Results: Displaying 1 of 1 entries



**Labeled View**

### *Tennessee flat top box. w & m Johnny Cash.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000428313 / 1989-01-17 |
| | Renewal registration for: EU0000684114 / 1961-08-17 |
| **Title:** | Tennessee flat top box. w & m Johnny Cash. |
| **Copyright Claimant:** | Johnny Cash (A) |
| **Variant title:** | Tennessee flat top box |
| **Names:** | Cash, Johnny |



| | | | | |
|---|---|---|---|---|
| **Save, Print and Email (Help Page)** | | | | |
| Select Download Format | Full Record | Format for Print/Save | | |
| Enter your email address: | | | | |
| Email | | | | |

Help   Search   History   Titles   Start Over

Plaintiffs_00006004



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
RE0000678602

Search Results: Displaying 1 of 1 entries

[previous] [next]



***That's the way love is.***

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000678602 / 1994-10-13 |
| | Renewal registration for: EP0000221695 / 1966-09-01 |
| **Title:** | That's the way love is. |
| **Notes:** | Words & music. |
| **Copyright Claimant:** | Barrett Strong & Norman Whitfield (A) |
| **Names:** | Strong, Barrett |
| | Whitfield, Norman |

[previous] [next]

---

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼]  [Format for Print/Save]

Enter your email address: [                    ]

[Email]

---

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00006010



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
EP0000232619
Search Results: Displaying 1 of 1 entries



*You.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000697753 / 1995-03-01 |
| | Renewal registration for: EP0000232619 / 1967-06-15 |
| **Title:** | You. |
| **Notes:** | Words & music. |
| **Copyright Claimant:** | Ivy Hunter & Jack Goga (A) |
| **Names:** | Hunter, Ivy |
| | Goga, Jack |



| | | |
|---|---|---|
| **Save, Print and Email (Help Page)** | | |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00289004



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
EP0000323322
Search Results: Displaying 1 of 1 entries



---

**Labeled View**

***Distant lover. By Gwen Gordy Fuqua, Sandra Greene, Marvin Gaye.***

**Type of Work:** Music
**Registration Number / Date:** RE0000836350 / 2001-01-02
Renewal registration for: EP0000323322 / 1973-08-27
**Title:** Distant lover. By Gwen Gordy Fuqua, Sandra Greene, Marvin Gaye.
**Copyright Claimant:** Gwen Gordy Fuqua, Sandra Greene (A), Frankie Christian Gaye (C)
**Basis of Claim:** New Matter: some rev. & added lyrics, some melodic revision.
**Variant title:** Distant lover
**Names:** Gaye, Marvin
Fuqua, Gwen Gordy
Greene, Sandra
Gaye, Frankie Christian



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]  Format for Print/Save |
| Enter your email address: [_____] |
| Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00289036