# Exhibit 5-2



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000519119
Search Results: Displaying 1 of 1 entries



*The Legend of John Henry's hammer. Adaptation, new w & m June Carter &...*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000519119 / 1991-01-22 |
| | Renewal registration for: EU0000753362 / 1963-01-10 |
| **Title:** | The Legend of John Henry's hammer. Adaptation, new w & m June Carter & Johnny R. Cash. |
| **Copyright Claimant:** | June Carter & Johnny R. Cash (A) |
| **Basis of Claim:** | New Matter: adaptation, new words & music. |
| **Variant title:** | The Legend of John Henry's hammer. |
| **Names:** | Carter, June |
| | Cash, Johnny R. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00289090



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000515038
Search Results: Displaying 1 of 1 entries



### *Casy Jones. Adaptation & arr. Johnny Cash.*

        **Type of Work:** Music
**Registration Number / Date:** RE0000515038 / 1991-01-02
                Renewal registration for: EU0000753361 / 1963-01-10
           **Title:** Casy Jones. Adaptation & arr. Johnny Cash.
  **Copyright Claimant:** Johnny Cash (A)
      **Basis of Claim:** New Matter: adaptation & arr.
        **Variant title:** Casy Jones
            **Names:** Cash, Johnny





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00289091



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = Eu0000541378
Search Results: Displaying 2 of 2 entries



*I still miss someone. w & m Johnny Cash (John R. Cash) & Roy Cash, Jr.*

**Type of Work:** Music
**Registration Number / Date:** RE0000283020 / 1986-01-13
Renewal registration for: EU0000541378 / 1958-09-12
**Title:** I still miss someone. w & m Johnny Cash (John R. Cash) & Roy Cash, Jr.
**Copyright Claimant:** John R. Cash (A)
**Variant title:** I still miss someone
**Names:** Cash, Roy, Jr.
Cash, John R.





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00289384



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000017054
Search Results: Displaying 1 of 1 entries



*Always late (with your kisses) Words & music: Lefty Frizzell & Blackie...*

| | |
|---:|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000017054 / 1979-01-03 |
| | Renewal registration for: EP0000056342 / 1951-07-27 |
| **Title:** | Always late (with your kisses) Words & music: Lefty Frizzell & Blackie Crawford. |
| **Copyright Claimant:** | Alice C. Frizzell (W) & Blackie Crawford (A) |
| **Variant title:** | Always late (with your kisses) |
| **Names:** | Frizzell, Lefty |
| | Frizzell, Alice C. |
| | Crawford, Blackie |





---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Certificate
## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

FORM E
CLASS: E
REGISTRATION NO.: Ep. 203959
DO NOT WRITE HERE

**1. Copyright Claimant(s) and Address(es):**

Name: JOBETE MUSIC CO., INC.
Address: 2648 West Grand Boulevard

Name: 
Address: 

**2. Title:** "AIN'T THAT PECULIAR"
(Title of the musical composition)

**3. Authors:**

Name: WILLIAM ROBINSON
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____ (Name of country)
(Check if U.S. citizen)
Domiciled in U.S.A. Yes X  No ____  Address: 2648 W. Gd. Blvd.
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name: WARREN MOORE
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____ (Name of country)
Domiciled in U.S.A. Yes X  No ____  Address: 2648 W. Gd. Blvd.
Author of: WORDS & MUSIC

Name: MARV TARPLIN, ROBERT ROGERS
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X  Other _____ (Name of country)
Domiciled in U.S.A. Yes X  No ____  Address: 2648 W. Gd. Blvd.
Author of: WORDS & MUSIC

**4. (a) Date of Publication:**

JUNE 15, 1965
(Month) (Day) (Year)

**(b) Place of Publication:**

U.S.A.
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ____ No ____ Date of registration _____ Registration number _____
Was work previously published? Yes ____ No ____ Date of publication _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes ____ No ____ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

EXAMINER: 7-11

*Complete all applicable spaces on next page*

6. Deposit account:

JOBETE MUSIC CO., INC.

7. Send correspondence to:

Name JOBETE MUSIC CO., INC.   Address 2648 W. Gd. blvd.

8. Send certificate to:

(Type or print name and address)

Name: JOBETE MUSIC COMPANY, INC.
Address: 2648 West Grand Boulevard
(Number and street)
Detroit 8, Michigan
(City) (State) (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. The *name of the copyright owner* (or owners). Example: © John Doe 1965.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

---

**FOR COPYRIGHT OFFICE USE ONLY**

Application received
JUN 21 1965

One copy received

Two copies received
JUN 21 1965

Fee received

---

U.S. GOVERNMENT PRINTING OFFICE: 1965-O-768-084          (May 1965—200,000)          Page 4

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER: RE 618 229

EFFECTIVE DATE OF RENEWAL REGISTRATION: APR 1 1993

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1. Name: **William Robinson** C/O JOBETE MUSIC CO., INC.
   Address: 6255 Sunset Blvd., Los Angeles, CA 90028
   Claiming as: Author of WORDS & MUSIC

2. Name: **Warren Moore**
   Address: (same as above)
   Claiming as: Author of WORDS & MUSIC

3. Name: **MARV TARPLIN/ROBERT ROGERS**
   Address: (same as above)
   Claiming as: Author of WORDS & MUSIC

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AIN'T THAT PECULIAR

**RENEWABLE MATTER:**

WORDS & MUSIC

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 
If a periodical or other serial, give: Vol. ____ No. ____ Issue Date ____

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

WILLIAM ROBINSON
WARREN MOORE
MARV TARPLIN
ROBERT ROGERS

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER: EP 203959

ORIGINAL COPYRIGHT CLAIMANT: JOBETE MUSIC CO., INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: June 15, 1965

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: ____

| | | EXAMINED BY: BC | RENEWAL APPLICATION RECEIVED: APR 01 1993 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| RE | 618 229 | CHECKED BY: | | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

1. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

2. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

3. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

4. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

5. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

6. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

7. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: JOBETE MUSIC CO., INC.
Account Number: DA 021342

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: JOBETE MUSIC CO., INC.
Address: 6255 Sunset Blvd.
Los Angeles, CA 90028

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant
☒ duly authorized agent of: Robert Rogers/William Robinson/Warren Moore/Marv Tarplin
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Denise J. Maurin_
Typed or printed name: DENISE MAURIN
Date: 3/23/93

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Denise Maurin
JOBETE MUSIC CO., INC.
6255 Sunset Blvd., 18th Floor
Los Angeles, CA 90028

⑧ Address for Return of Certificate

(Certificate will be mailed in window envelope)

Page 1

# Certificate
## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*L. Kaminstein*

Register of Copyrights
United States of America

**FORM E**
CLASS: E
REGISTRATION NO: Ep 232154
DO NOT WRITE HERE

**1. Copyright Claimant(s) and Address(es):**

Name: JOBETE MUSIC COMPANY, INC.
Address: 2648 WEST GRAND BOULEVARD

Name: _____
Address: _____

**2. Title:** "YOUR PRECIOUS LOVE"
(Title of the musical composition)

**3. Authors:**

Name: VALERIE SIMPSON
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X   Other: _____
(Check if U.S. citizen)   (Name of country)
Domiciled in U.S.A. Yes X  No ___  Address: 2648 W. GRAND BOULEVARD
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name: NICKOLAS ASHFORD
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X   Other: _____
(Check if U.S. citizen)   (Name of country)
Domiciled in U.S.A. Yes X  No ___  Address: 2648 W. GRAND BOULEVARD
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name: _____
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___   Other: _____
Domiciled in U.S.A. Yes ___ No ___ Address: _____
Author of: _____

**4. (a) Date of Publication:**

5   15   67
(Month) (Day) (Year)

**(b) Place of Publication:**

U.S.A.
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ___ No ___ Date of registration ___ Registration number ___
Was work previously published? Yes ___ No ___ Date of publication ___ Registration number ___
Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

EXAMINER

Complete all applicable spaces on next page

6. Deposit Account:

JOBETE MUSIC COMPANY, INC.
Send correspondence to:

Name: JOBETE MUSIC COMPANY, INC.   Address: 2648 WEST GRAND BOULEVARD

8. Send certificate to:

(Type or print) Name and address



JOBETE MUSIC COMPANY, INC.
2648 WEST GRAND BOULEVARD
(Number and street)
DETROIT                MICHIGAN              48208
(City)                  (State)              (ZIP code)

## Information concerning copyright in musical compositions

**When To Use Form E.** Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

**What Is a "Musical Composition"?** The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

**Song Lyrics Alone.** The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

**Sound Recordings.** Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

**Duration of Copyright.** Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

**How To Register a Claim.** To obtain copyright registration, mail to: the Register of Copyrights, Library of Congress, Washington, D.C. 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

**Procedure To Follow If Work Is Later Published.** If the work is later reproduced in copies and published, it is necessary to make a second registration following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

**What Is Publication?** Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

**How To Secure Copyright in a Published Musical Composition:**
1. Produce copies with copyright notice, by printing or other means of reproduction.
2. Publish the work.
3. Register the copyright claim, following the instructions on page 1 of this form.

**The Copyright Notice.** In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. The word "Copyright," the abbreviation "Copr.," or the symbol ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. The year date of publication. This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. The name of the copyright owner (or owners). Example: © John Doe 1966.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.



FOR COPYRIGHT OFFICE USE ONLY

Application received: MAY 31 1967

One copy received:

Two copies received: MAY 31 1967

Fee received:

U.S. GOVERNMENT PRINTING OFFICE    (Dec.) 1965—250,000    Page 4

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

## FORM RE
UNITED STATES COPYRIGHT OFFICE



RE 699-742

EFFECTIVE DATE OF RENEWAL REGISTRATION
MAR 01 1995
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

### 1 Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1. Name: **Valerie Simpson** c/o JOBETE MUSIC CO., INC.
   Address: 6255 Sunset Blvd., Los Angeles, CA 90028
   Claiming as: Author of Words & Music

2. Name: * Nicholas ~~Nickolas~~ Ashford
   Address: (same as above)
   Claiming as: Author of Words & Music

3. Name:
   Address:
   Claiming as:

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Your Precious Love

**RENEWABLE MATTER:**

Words & Music

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:
If a periodical or other serial, give: Vol......... No......... Issue Date.........

### 3 Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

Valerie Simpson
* Nicholas ~~Nickolas~~ Ashford

### 4 Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:** EP 232154

**ORIGINAL COPYRIGHT CLAIMANT:** Jobete Music Company, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give:
  DATE OF PUBLICATION: May 15, 1967
  (Month) (Day) (Year)

OR

* If the original registration for this work was made in unpublished form, give:
  DATE OF REGISTRATION: .........
  (Month) (Day) (Year)

SATV-EMI_00000047

| | |
|---|---|
| * Amended by C.O. per authority of telephone conversation with Lynn McNeil from Jobete Music Co. on 5/31/95. | EXAMINED BY: /V/<br>CHECKED BY:<br>DEPOSIT ACCOUNT FUNDS USED: ☑ | RENEWAL APPLICATION RECEIVED:<br>MAR 01 1995<br>REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see Instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5) Renewal for Group of Works**

1. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

2. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

3. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

4. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

5. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

6. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

7. Title of Contribution: .....
   Title of Periodical: ..... Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: JOBETE MUSIC CO., INC.
Account Number: DA 021342

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: JOBETE MUSIC CO., INC.
Address: 6255 Sunset Blvd., Los Angeles, CA 90028

**(6) Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Valerie Simpson, Nickolas * Nicholas Ashford (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) [signature]
Typed or printed name: DENISE MAURIN
Date: 2/02/93

**(7) Certification** (Application must be signed)

MAIL CERTIFICATE TO
Denise Maurin
JOBETE MUSIC CO., INC. (Name)
6255 Sunset Blvd., 18th Floor (Number, Street and Apartment Number)
Los Angeles, CA 90028 (City) (State) (ZIP code)
(Certificate will be mailed in window envelope)

**(8) Address for Return of Certificate**

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977 O—249-639

Nov. 1977—100,000

SATV-EMI_00000048