# Exhibit 5-3

Page 3

# Certificate

## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

This Is To Certify that the statements set forth in this certificate have been made
a part of the records of the Copyright Office. In witness whereof the seal of the
Copyright Office is hereto affixed.

*L. Kaminstein*

Register of Copyrights
United States of America

**FORM E**

CLASS **E**

REGISTRATION NO. **Ep 234188**

DO NOT WRITE HERE



### 1. Copyright Claimant(s) and Address(es):

Name ...JOBETE MUSIC COMPANY, INC.

Address ...2648 WEST GRAND BOULEVARD

Name .........

Address .........

### 2. Title: ..."AIN'T NOTHING LIKE THE REAL THING"
(Title of the musical composition)

### 3. Authors:

Name ...NICKOLAS ASHFORD
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ...X... Other .........
(Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes ..X.. No .... Address .2648 W. GRAND BOULEVARD Author of WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name ...VALERIE SIMPSON
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ...X... Other .........
(Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes ..X.. No .... Address .2648 W. GRAND BOULEVARD Author of WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name .........
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ...... Other .........
(Check if U.S. citizen) (Name of country)

Domiciled in U.S.A. Yes .... No .... Address ......... Author of .........
(State which: words, music, arrangement, etc.)

### 4. (a) Date of Publication:

7.    15    67
(Month)   (Day)   (Year)

(b) Place of Publication:

U.S.A.
(Name of country)

### 5. Previous Registration or Publication:

Was work previously registered? Yes ...... No ...... Date of registration ................... Registration number ...................

Was work previously published? Yes ...... No ...... Date of publication ................... Registration number ...................

Is there any substantial **NEW MATTER** in this version? Yes ...... No ...... If your answer is "Yes," give a brief general
statement of the nature of the **NEW MATTER** in this version.

EXAMINER

*Complete all applicable spaces on next page*

SATV-EMI 00000051

6. Deposit account:

___JOBETE MUSIC COMPANY, INC.___

7. Send correspondence to:

Name ___JOBETE MUSIC COMPANY, INC.___   Address ___2648 WEST GRAND BOULEVARD___

8. Send certificate to:

(Type or print name and address)   Name ___JOBETE MUSIC COMPANY, INC.___

Address ___2648 WEST GRAND BOULEVARD___
(Number and street)

___DETROIT___   ___MICHIGAN___   ___48208___
(City)         (State)         (ZIP code)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*—Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*—Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*

1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1966.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JUL 31 1967 | |
| One copy received | |
| Two copies received<br><br>JUL 31 1967 | |
| Fee received<br><br>Deposit Account *6B00 | |

SATV-EMI_00000052

# CERTIFICATE OF REGISTRATION

**FORM R**

UNITED STATES COPYRIGHT OFFIC



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

OFFICIAL SEAL



REGISTRATION NUMBER

RE 697-423

EFFECTIVE DATE OF RENEWAL REGISTRATION

MAR 01 1995
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1   Name ...... **Nickolas Ashford** c/o JOBETE MUSIC CO., INC.
   Address ...... 6255 Sunset Blvd., Los Angeles, CA 90028
   Claiming as ... Author of Words & Music
   (Use appropriate statement from instructions)

2   Name ...... **Valerie Simpson**
   Address ...... (same as above)
   Claiming as ... Author of Words & Music
   (Use appropriate statement from instructions)

3   Name ......
   Address ......
   Claiming as ......
   (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AIN'T NOTHING LIKE THE REAL THING

**RENEWABLE MATTER:**

WORDS & MUSIC

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ......

If a periodical or other serial, give: Vol. ...... No. ...... Issue Date ......

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NICKOLAS ASHFORD
VALERIE SIMPSON

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
EP 234188

**ORIGINAL COPYRIGHT CLAIMANT:**
Jobete Music Company, Inc.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: July 15, 1967
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished fo give:
DATE OF REGISTRATION ...... (Month)   (Day)

SATV-EMI_00000053

| | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: |
|---|---|---|
| | CHECKED BY: | MAR 0 1 1995 |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: |

**DO NOT WRITE ABOVE THIS LINE**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**1**
Title of Contribution: ...............................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .......
Date of Publication: ..................................... Registration Number ...................
(Month)        (Day)        (Year)

**2**
Title of Contribution: ...............................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .......
Date of Publication: ..................................... Registration Number ...................
(Month)        (Day)        (Year)

**3**
Title of Contribution: ...............................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .......
Date of Publication: ..................................... Registration Number ...................
(Month)        (Day)        (Year)

**4**
Title of Contribution: ...............................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .......
Date of Publication: ..................................... Registration Number ...................
(Month)        (Day)        (Year)

**5**
Title of Contribution: ...............................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .......
Date of Publication: ..................................... Registration Number ...................
(Month)        (Day)        (Year)

**6**
Title of Contribution: ...............................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .......
Date of Publication: ..................................... Registration Number ...................
(Month)        (Day)        (Year)

**7**
Title of Contribution: ...............................................................
Title of Periodical: .................................... Vol. ........ No. ..... Issue Date .......
Date of Publication: ..................................... Registration Number ...................
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...... JOBETE MUSIC CO., INC. ..........
Account Number: .. DA 021342 ...............

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ..... JOBETE MUSIC CO., INC. ..........
Address: ..... 6255 Sunset Blvd, ..........
Los Angeles, CA 90028
(City)        (State)        (Zip)

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant       ☒ duly authorized agent of: **Nickolas Ashford, Valerie Simpson**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...................
Typed or printed name .. **DENISE MAURIN**

Date ..... 1/8/95

**MAIL CERTIFICATE TO**

Denise Maurin
...... JOBETE MUSIC CO., INC. ..........
(Name)
6255 Sunset Blvd., 18th Floor
(Number, Street and Apartment Number)
...... Los Angeles, ..... CA ...... 90028 ......
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

☆ U.S. GOVERNMENT PRINTING OFFICE : 1987   O—248-639

SATV-EMI_00000054

Page 3

# Certificate
## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

| FORM E | | |
|--------|---|---|
| CLASS | REGISTRATION NO. |
| **E** | Ep  281238 |
| | DO NOT WRITE HERE |

**1. Copyright Claimant(s) and Address(es):**

Name ___ JOBETE MUSIC CO.,INC _____

Address ___ 2457 Woodward Avenue _____ Detroit, Michigan   48201 ___

Name _____

Address _____

**2. Title:** ___ WHAT'S GOING ON _____
(Title of the musical composition)

**3. Authors:**

Name ___ Marvin Gaye _____ Citizenship: U.S.A. _X_ Other _____
(Legal name followed by pseudonym if latter appears on the copies)  (Check if U.S. citizen)  (Name of country)

Domiciled in U.S.A.  Yes _X_ No ___  Address ___ 2457 Woodward Avenue ___ Author of __ words & music __
(State which: words, music, arrangement, etc.)

Name ___ Renauldo Benson _____ Citizenship: U.S.A. _X_ Other _____
(Legal name followed by pseudonym if latter appears on the copies)  (Check if U.S. citizen)  (Name of country)

Domiciled in U.S.A.  Yes _X_ No ___  Address ___ 2457 Woodward Avenue ___ Author of __ words & music __
(State which: words, music, arrangement, etc.)

Name ___ Al Cleveland _____ Citizenship: U.S.A. _X_ Other _____
(Legal name followed by pseudonym if latter appears on the copies)  (Check if U.S. citizen)  (Name of country)

Domiciled in U.S.A.  Yes _X_ No ___  Address ___ 2457 Woodward Avenue ___ Author of __ words & music __
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

___ December 21, 1970 ___
(Month)   (Day)   (Year)

**(b) Place of Publication:**

___ USA ___
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered?  Yes ___  No _X_  Date of registration _____  Registration number _____

Was work previously published?  Yes ___  No _X_  Date of publication _____  Registration number _____

Is there any substantial NEW MATTER in this version?  Yes ___  No ___  If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

| EXAMINER |
|----------|
| RJ |

*Complete all applicable spaces on next page*

SATV-EMI_00000065

6. Deposit account:

7. Send correspondence to:   JOBETE MUSIC CO., INC

Name __JOBETE MUSIC CO., INC__   Address __2457 Woodward Avenue__

8. Send certificate to:

(Type or print name and address)

> Name  JOBETE MUSIC CO., INC
>
> Address  2457 Wodward Avenue
> (Number and street)
>
> Detroit, Michigan  48201
> (City)        (State)        (ZIP code)

## Information concerning copyright in musical compositions

*When to Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How to Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned so do not send your only copy.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How to Secure Copyright in a Published Musical Composition:*
1. Produce copies *with copyright notice,* by printing or other means of reproduction.
2. *Publish* the work.
3. *Register the copyright claim,* following the instructions on page 1 of this form.

The *Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. The word "Copyright," the abbreviation "Copr.;" or the symbol ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. The *year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example:
© John Doe 1970.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| One copy received | |
| Two copies received | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE 1970—O—409-636

Nov. 1970—500,000

Page 4

SATV-EMI_00000066

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

**RE 772-991**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**JAN 0 2 1998**

| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

## 1

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼**  (See Instructions)

**1**
Name **BENSON, RENAULDO**

Address C/O EMI MUSIC PUBLISHING, 810 7TH AVE., 36TH FLOOR, NEW YORK, NY 10019

Claiming as AUTHOR
(Use appropriate statement from instructions)

**2**
Name

Address

Claiming as

**3**
Name

Address

Claiming as

## 2

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼**

WHAT'S GOING ON?

**RENEWABLE MATTER ▼**

WORDS AND MUSIC

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼

**AUTHOR(S) OF RENEWABLE MATTER ▼**

BENSON, RENAULDO
CLEVELAND, AL
GAYE, MARVIN

## 4

**ORIGINAL REGISTRATION NUMBER ▼**          **ORIGINAL COPYRIGHT CLAIMANT ▼**

EP281238          JOBETE MUSIC CO., INC.

**ORIGINAL DATE OF COPYRIGHT**

If the original registration for this work was made in published form, give:     If the original registration for this work was made in unpublished form, give:

DATE OF PUBLICATION          DECEMBER 21, 1970          **OR**  DATE OF REGISTRATION

(Month)          (Day)          (Year)          (Month)          (Day)          (Year)

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page
• See detailed instructions          • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of 2 pages

09426753i

SATV-EMI_00000067

RENEWAL APPLICATION RECEIVED
FORM RE

JAN 0 2 1998

CORRESPONDENCE [ ] YES

EXAMINED BY

CHECKED BY

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution:

Title of Periodical: ____ Vol: ____ No: ____ Issue Date: ____

Date of Publication: ____ (Month) ____ (Day) ____ (Year) ____ Registration Number: ____

**2**
Title of Contribution:

Title of Periodical: ____ Vol: ____ No: ____ Issue Date: ____

Date of Publication: ____ (Month) ____ (Day) ____ (Year) ____ Registration Number: ____

**3**
Title of Contribution:

Title of Periodical: ____ Vol: ____ No: ____ Issue Date: ____

Date of Publication: ____ (Month) ____ (Day) ____ (Year) ____ Registration Number: ____

**4**
Title of Contribution:

Title of Periodical: ____ Vol: ____ No: ____ Issue Date: ____

Date of Publication: ____ (Month) ____ (Day) ____ (Year) ____ Registration Number: ____

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name ____ EMI MUSIC PUBLISHING

Account Number ____ DA 021342

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name ____ A. PATEL/EMI MUSIC PUBLISHING

Address ____ 810 SEVENTH AVENUE - 36TH FLOOR

NEW YORK (City) ____ NEW YORK (State) ____ 10019 (ZIP) ____ (Apt)

Area Code and Telephone Number ▶ 212-830-2000

Be sure to give your daytime phone number

**6**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
[ ] renewal claimant [X] duly authorized agent of ____ CLAIMANT OF SPACE ONE
(Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ ____ ANISH PATEL

Date ▼ ____ 09/18/97

☞ Handwritten signature (X) ▼

**7**

**MAIL CERTIFICATE TO** ▼

Name ▼ ____ EMI MUSIC PUBLISHING ____ ATTENTION: ANISH PATEL

Number/Street/Apt ▼ ____ 810 SEVENTH AVENUE - 36TH FLOOR

City/State/ZIP ▼ ____ NEW YORK, NEW YORK 10019

Certificate will be mailed in window envelope

**8**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 7

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

*17 U.S.C. § 606(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

SATV-EMI_00000068

Page 3

# Certificate
## Registration of a Claim to Copyright

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United State of America

This is To Certify that the statements set forth in this certificate have been made
a part of the records of the Copyright Office.   In witness whereof the seal of the
Copyright Office is hereto affixed.

| FORM E | |
|---|---|
| CLASS | REGISTRATION NO. |
| E | E p 291366 |
| | DO NOT WRITE HERE |

ACTING    _George D. Cary_

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name    JOBETE MUSIC CO., INC

Address    2457 Woodward Avenue                Detroit, Michigan   48201

Name

Address

**2. Title:**    DISTANT LOVER

(Title of the musical composition)

**3. Authors:**

Name    Gwen Fuqua                                Citizenship: U.S.A.   X   Other
        (Legal name followed by pseudonym if latter appears on the copies)    (Check if U.S. citizen)        (Name of country)

Domiciled in U.S.A. Yes   X   No ___ Address   2457 Woodward Avenue      Author of   words & music
                                                                          (State which: words, music, arrangement, etc.)

Name    Sandra Green                              Citizenship: U.S.A.   X   Other
        (Legal name followed by pseudonym if latter appears on the copies)    (Check if U.S. citizen)        (Name of country)

Domiciled in U.S.A. Yes   X   No ___ Address   2457 Woodward Avenue      Author of   words & music
                                                                          (State which: words, music, arrangement, etc.)

Name    Marvin Gaye                               Citizenship: U.S.A.   X   Other
        (Legal name followed by pseudonym if latter appears on the copies)    (Check if U.S. citizen)        (Name of country)

Domiciled in U.S.A. Yes   X No ___ Address   2457 Woodward Avenue      Author of   words & music
                                                                          (State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

September 25, 1971
(Month)      (Day)      (Year)

**(b) Place of Publication:**

USA
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes ___ No   X   Date of registration _____ Registration number _____
Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general
statement of the nature of the NEW MATTER in this version. _____

| EXAMINER |
|---|
| ER |

*Complete all applicable spaces on next page*

SATV-EMI_00000075

6. **Deposit account:**

JOBETE MUSIC CO., INC

7. **Send correspondence to:**

Name _Jobete Music Co., Inc_   Address _2457 Woodward Avenue_

8. **Send certificate to:**

(Type or print name and address)

Name: JOBETE MUSIC CO., INC
Address: 2457 Woodward Avenue
(Number and street)
Detroit, Michigan 48201
(City)    (State)    (ZIP code)

RECEIVED
NOV 01 1971

## Information concerning copyright in musical compositions

**When to Use Form E.** Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

**What Is a "Musical Composition"?** The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

**—Song Lyrics Alone.** The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

**—Sound Recordings.** Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

**Duration of Copyright.** Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

**How to Register a Claim.** To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned so do not send your only copy.

**Procedure to Follow if Work Is Later Published.** If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

**What Is "Publication"?** Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

**How to Secure Copyright in a Published Musical Composition:**

1. **Produce copies with copyright notice,** by printing or other means of reproduction.
2. **Publish the work.**
3. **Register the copyright claim,** following the instructions on page 1 of this form.

**The Copyright Notice.** In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. The word "Copyright," the abbreviation "Copr.," or the symbol ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. The year date of publication. This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. The name of the copyright owner (or owners). Example: © John Doe 1970.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

| Application received | |
|---|---|
| SEP 30 197 | |
| One copy received | |
| Two copies received | |
| SEP 30 197 | |
| Fee received | |

SATV-EMI_00000076

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM RE**
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

RE 794-732

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 3 1 1998
Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

## 1  RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM ▼   (See Instructions)

**1**
Name **GREENE, SANDRA**

Address C/O EMI MUSIC PUBLISHING, 810 7TH AVE., 36TH FLOOR, NEW YORK, NY. 10019

Claiming as AUForm

(Use appropriate statement from Instructions)

**2**
Name

Address

Claiming as

**3**
Name

Address

Claiming as

## 2  TITLE OF WORK IN WHICH RENEWAL IS CLAIMED ▼

DISTANT LOVER

**RENEWABLE MATTER ▼**

WORDS AND MUSIC

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or other composite work, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼

## 3  AUTHOR(S) OF RENEWABLE MATTER ▼

GREENE, SANDRA
GAYE, MARVIN
FUQUA, GWEN

## 4  ORIGINAL REGISTRATION NUMBER ▼        ORIGINAL COPYRIGHT CLAIMANT ▼

EP291366        JOBETE MUSIC CO., INC.

**ORIGINAL DATE OF COPYRIGHT**

| If the original registration for this work was made in published form, give: | | | | If the original registration for this work was made in unpublished form, give: | | |
|---|---|---|---|---|---|---|
| DATE OF PUBLICATION | SEPTEMBER 25, 1971 | | OR | DATE OF REGISTRATION: | | |
| (Month) | (Day) | (Year) | | (Month) | (Day) | (Year) |

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.     • See detailed instructions.    • Sign the form at space 7.

DO NOT WRITE HERE
Page 1 of **2** pages

SATV-EMI  00000077

| RENEWAL APPLICATION RECEIVED | FORM RE |
|---|---|
| DEC 3 1 1998 | |
| CORRESPONDENCE ☐ YES | FOR COPYRIGHT OFFICE USE ONLY |
| EXAMINED BY | |
| CHECKED BY | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5**

**1**
Title of Contribution: ..............................................................................................................
Title of Periodical: ........................................... Vol: ......... No: ......... Issue Date: ...........
Date of Publication: ........................................... Registration Number: ................................
           (Month)  (Day)  (Year)

**2**
Title of Contribution: ..............................................................................................................
Title of Periodical: ........................................... Vol: ......... No: ......... Issue Date: ...........
Date of Publication: ........................................... Registration Number: ................................
           (Month)  (Day)  (Year)

**3**
Title of Contribution: ..............................................................................................................
Title of Periodical: ........................................... Vol: ......... No: ......... Issue Date: ...........
Date of Publication: ........................................... Registration Number: ................................
           (Month)  (Day)  (Year)

**4**
Title of Contribution: ..............................................................................................................
Title of Periodical: ........................................... Vol: ......... No: ......... Issue Date: ...........
Date of Publication: ........................................... Registration Number: ................................
           (Month)  (Day)  (Year)

**6**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of account.

Name      **JOBETE MUSIC CO.**

Account Number      **DA 021342**

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name    **A. PATEL/EMI MUSIC PUBLISHING**

Address   **810 SEVENTH AVENUE - 36TH FLOOR**

| NEW YORK | NEW YORK | (Apt) 10019 |
|---|---|---|
| (City) | (State) | (ZIP) |

Area Code and Telephone Number ►   **212-830-2000**

Be sure to give your daytime phone number

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of  **CLAIMANT OF SPACE ONE**
                                 (Name of renewal claimant) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼        **ANISH PATEL**        Date ▼  **03/10/98**

Handwritten signature (X) ▼   _[signature]_

**8**

**MAIL CERTIFICATE TO**

Name ▼  **EMI MUSIC PUBLISHING**        **ATTENTION: ANISH PATEL**

Number/Street/Apt ▼  **810 SEVENTH AVENUE - 36TH FLOOR**

City/State/ZIP ▼  **NEW YORK, NEW YORK 10019**

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 7

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

SATV-EMI_00000078

**Application for Registration of a Claim to Copyright**

in a musical composition the author of which is a citizen or domiciliary of the United
States of America or which was first published in the United States of America

| CLASS | REGISTRATION N |
|---|---|
| E | Eu 1870 |

DO NOT WRITE HE
EP ___ EU ___

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 9. For published works the application should not be submitted until after the date of publication given in line 4(a), and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of rights, Library of Congress, Washington, D.C. 20540, to, with:

(a) If unpublished, one complete copy of the work ar registration fee of $6.

(b) If published, two copies of the best edition of the and the registration fee of $6.

Make your remittance payable to the Register of Copyri

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). In the ca published works the name(s) should ordinarily be the same as in the notice of copyright on the copies deposited.

Name    PORTABLE MUSIC COMPANY, INC.

Address  161 West 54th Street, New York, N.Y. 10019

Name

Address

**2. Title:**  NEVER CAN SAY GOOD-BYE

(Give the title of the musical composition as it appears on the copies)

**3. Authors:** Citizenship and domicile information must be given. Where a work is made for hire, the employer is the author. Organizations formed under U.S. Federal or State law are U.S. citizens.

Authors include composers of music, authors of words, rangers, compilers, etc. If the copyright claim is based on matter (see line 5) give information about the author of new matter.

Name    Clifton Davis          Citizenship: U.S.A. ___ X ___  Other _____
(Give legal name followed by pseudonym if latter appears on the copies)      (Check if U.S. citizen)          (Name of country)

Domiciled in U.S.A.  Yes  X   No ___  Address  10 West 66th Street      Author of  Words & Musi
New York, N.Y.      (State which: words, music, arrangement, et

Name _____      Citizenship: U.S.A. ___  Other _____
(Give legal name followed by pseudonym if latter appears on the copies)      (Check if U.S. citizen)          (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address _____      Author of _____
(State which: words, music, arrangement, etc

Name _____      Citizenship: U.S.A. ___  Other _____
(Give legal name followed by pseudonym if latter appears on the copies)      (Check if U.S. citizen)          (Name of country)

Domiciled in U.S.A.  Yes ___  No ___  Address _____      Author of _____
(State which: words, music, arrangement, etc

➤➤➤ **NOTE:** Leave all spaces of line 4 blank unless your work has been PUBLISHED. ◄◄

**4. (a) Date of Publication:** Give the date when copies of this particular version of the work were first placed on sale, sold, or publicly distributed. The date when copies were made

or printed, or the date when the work was performed shou not be confused with the date of publication. (NOTE: Tl full date (month, day, and year) must be given.)

_____
(Month)      (Day)      (Year)

**(b) Place of Publication:** Give the name of the country in which this particular version of the work was first publisher

➤➤➤ **NOTE:** Leave all spaces of line 5 blank unless the instructions below apply to your work. ◄◄

**5. Previous Registration or Publication:** If a claim to copyright in any substantial part of this work was previously registered in the U.S. Copyright Office in unpublished form,

or if a substantial part of the work was previously published anywhere, give requested information.

Was work previously registered?  Yes ___  No ___  Date of registration _____      Registration number _____

Was work previously published?  Yes ___  No ___  Date of publication _____      Registration number _____

Is there any substantial NEW MATTER in this version?  Yes ___  No ___  If your answer is "Yes," give a brief generai statement of the nature of the NEW MATTER in this version. (New matter may consist of compilation, arrangement, adapta tion, editorial revision, and the like, as well as additional words and music.)

| EXAMINER |
|---|
| RS |

*Complete all applicable spaces on next page*

**7. Name and address of person or organization to whom correspondence or refund, if any, should be sent:**

Name ........ PORTABLE MUSIC COMPANY, INC. Address .... 161 West 54th Street, N.Y.C.

**8. Send certificate to:**

(Type or print name and address)

Name ........ PORTABLE MUSIC COMPANY, INC.

Address ...... 161 West 54th Street, 503
(Number and street)

........ New York, New York 10019
(City)            (State)            (ZIP code)

**9. Certification:**
(Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

(Signature of copyright claimant or duly authorized agent)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A   Form A—Published book manufactured in the United States of America.

Class A or B
- Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).
- Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B
- Form B—Periodical manufactured in the United States of America.
- Form BB—Contribution to a periodical manufactured in the United States of America.

Class C   Form C—Lecture or similar production prepared for oral delivery.

Class D   Form D—Dramatic or dramatico-musical composition.

Class E
- Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.
- Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F   Form F—Map.

Class G   Form G—Work of art or a model or design for a work of art.

Class H   Form H—Reproduction of a work of art.

Class I   Form I—Drawing or plastic work of a scientific or technical character.

Class J   Form J—Photograph.

Class K
- Form K—Print or pictorial illustration.
- Form KK—Print or label used for an article of merchandise.

Class L or M   Form L–M—Motion picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY |
| --- |

**Application received**

JUN 10 1970

**One copy received**

JUN 10 1970

**Two copies received**

**Fee received** 106953 JUN 10 '70

**Renewal**

U.S. GOVERNMENT PRINTING OFFICE: 1964–O–320-471

Page 2

SATV-EMI_0000008

Page 3

# Certificate
## Registration of a Claim to Copyright

**FORM E**

| CLASS | REGISTRATION NO. |
|---|---|
| E | Eu 812174 |

DO NOT WRITE HERE

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name __JOBETE MUSIC CO., INC.__

Address __2648 W. GRAND BLVD.__

Name _____

Address _____

**2. Title:** __YOU'RE A WONDERFUL ONE__
(Title of the musical composition)

**3. Authors:**

Name __EDDIE HOLLAND__   Citizenship __U.S.A.__
(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)
Domiciled in U.S.A. Yes ☒ No ☐ Address __2648 W. GRAND BLVD.__   Author of __WORDS & MUSIC__
(State which: words, music, arrangement, etc.)

Name __LAMONT DOZIER__   Citizenship __U.S.A.__
(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)
Domiciled in U.S.A. Yes ☒ No ☐ Address __2648 W. GRAND BLVD.__   Author of __WORDS & MUSIC__
(State which: words, music, arrangement, etc.)

Name __BRIAN HOLLAND__   Citizenship __U.S.A.__
(Legal name followed by pseudonym if latter appears on the copies)   (Name of country)
Domiciled in U.S.A. Yes ☒ No ☐ Address __2648 W. GRAND BLVD.__   Author of __WORDS & MUSIC__
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:** _____

**(b) Place of Publication:** _____
(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration   ☐ Previous publication

**(b) New Matter in This Version:** _____

*Complete all applicable spaces on next page*

SATV-EMI_00000097

**6. Deposit account:**
JOBETE MUSIC CO., INC.

**7. Send correspondence to:**
Name    JOBETE MUSIC CO., INC.      Address    2648 W. GRAND BLVD.

**8. Send certificate to:**

(Type or print name and address)

Name    JOBETE MUSIC CO., INC.

Address    2648 W. GRAND BLVD.
(Number and street)

DETROIT 8, MICHIGAN
(City)      (Zone)      (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that

all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. *The word "Copyright," the abbreviation "Copr.," or the symbol* ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.

3. *The name of the copyright owner (or owners).* Example: © John Doe 1962.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received |
| FEB 20 1964 |
| One copy received |
| FEB 20 1964 |
| Two copies received |
| Fee received |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—654890

(July 1962—250,000)

Page 4

SATV-EMI_00000098

# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE     601 434

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 1 6 1992

(Month)     (Day)     (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

### ① Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name ........ EDDIE HOLLAND
   C/O. JOBETE MUSIC CO., INC.
   Address ...... 6255 Sunset Blvd., Los Angeles, CA. 90028
   Claiming as .. Author of WORDS & MUSIC
   (Use appropriate statement from instructions)

2  Name ........ BRIAN HOLLAND
   Address ...... (SAME AS ABOVE)
   Claiming as .. Author of WORDS & MUSIC
   (Use appropriate statement from instructions)

3  Name ........ LAMONT DOZIER
   Address ...... (SAME AS ABOVE)
   Claiming as .. AUTHOR OF WORDS & MUSIC
   (Use appropriate statement from instructions)

### ②

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

YOU'RE A WONDERFUL ONE

RENEWABLE MATTER:

WORDS & MUSIC

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: ...............

If a periodical or other serial, give: Vol. ........  No. ........  Issue Date ........

### ③ Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

EDDIE HOLLAND
BRIAN HOLLAND
LAMONT DOZIER

### ④ Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

EU 812174

ORIGINAL COPYRIGHT CLAIMANT:

JOBETE MUSIC CO., INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: ...............
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: FEBRUARY 20, 1964
(Month)  (Day)  (Year)

RE    601 434

EXAMINED BY: _HW_

CHECKED BY: ...........

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT
FUNDS USED: ✓

RENEWAL APPLICATION RECEIVED:
DEC 16 1992

REMITTANCE NUMBER AND DATE:

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

| # | Title of Contribution / Title of Periodical / Date of Publication | Vol. / No. / Issue Date / Registration Number |
|---|---|---|
| 1 | Title of Contribution: .................... <br> Title of Periodical: .................... <br> Date of Publication: (Month) (Day) (Year) | Vol. ... No. ... Issue Date <br> Registration Number: |
| 2 | Title of Contribution: .................... <br> Title of Periodical: .................... <br> Date of Publication: (Month) (Day) (Year) | Vol. ... No. ... Issue Date <br> Registration Number: |
| 3 | Title of Contribution: .................... <br> Title of Periodical: .................... <br> Date of Publication: (Month) (Day) (Year) | Vol. ... No. ... Issue Date <br> Registration Number: |
| 4 | Title of Contribution: .................... <br> Title of Periodical: .................... <br> Date of Publication: (Month) (Day) (Year) | Vol. ... No. ... Issue Date <br> Registration Number: |
| 5 | Title of Contribution: .................... <br> Title of Periodical: .................... <br> Date of Publication: (Month) (Day) (Year) | Vol. ... No. ... Issue Date <br> Registration Number: |
| 6 | Title of Contribution: .................... <br> Title of Periodical: .................... <br> Date of Publication: (Month) (Day) (Year) | Vol. ... No. ... Issue Date <br> Registration Number: |
| 7 | Title of Contribution: .................... <br> Title of Periodical: .................... <br> Date of Publication: (Month) (Day) (Year) | Vol. ... No. ... Issue Date <br> Registration Number: |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ..... JOBETE MUSIC CO., INC.

Account Number: DA021342

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: .. JOBETE MUSIC CO., INC.

Address: 6255 Sunset Blvd. (Apt)

Los Angeles, CA 90028
(City) (State) (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: EDDIE HOLLAND/BRIAN HOLLAND/LAMONT DOZIER
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Denise Maurin_

Typed or printed name: .. DENISE MAURIN

Date: .. 12/8/92

⑦ Certification (Application must be signed)

MAIL CERTIFICATE TO

JOBETE MUSIC CO., INC.
(Name)

6255 Sunset Blvd.
(Number, Street and Apartment Number)

Los Angeles, CA 90028   Attn: Denise Maurin
(City)  (State)  (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

★ October 1989—80,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/8

SATV-EMI_00000100

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-627-415

**Effective date of registration:**

February 4, 2009

---

## Title

**Title of Work:** I DID IT FOR SHO

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** December 16, 2008     **Nation of 1st Publication:** United States

## Author

■     **Author:** SALAAM REMI

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

■     **Author:** ANTHONY HAMILTON

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** EMI APRIL MUSIC INC

75 9TH AVE., 4TH FLOOR, NEW YORK

**Transfer Statement:** By written agreement

**Copyright Claimant:** SALAAM REMI MUSIC, INC

75 9TH AVE., 4TH FLOOR, NEW YORK

**Transfer Statement:** By written agreement

## Certification

---

SATV-EMI_00000855

**Name:**   SCOTT BERENSON

**Date:**   February 4, 2009

**Applicant's Tracking Number:**   3064286

SATV-EMI_00000856

IPN#:

Registration #:   PA0001627415

Service Request #:   1-157455065

EMI MUSIC
Scott Berenson
75 9TH AVE., 4TH FLOOR
NEW YORK, NY 10011

SATV-EMI_00000857

# CERTIFICATE OF COPYRIGHT REGISTRATION

DEC. — 4 1979

# FORM PA
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**Register of Copyrights**
**United States of America**

| REGISTRATION NUMBER | | |
|---|---|---|
| PA | | 49-322 |
| | PA | PAU |

EFFECTIVE DATE OF REGISTRATION

*Jan. 18, 1979*

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

**TITLE OF THIS WORK:**

"ANGEL FLYING TOO CLOSE TO THE GROUND"

**NATURE OF THIS WORK:** (See Instructions)

words & music

**PREVIOUS OR ALTERNATIVE TITLES:**

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** WILLIE NELSON

Was this author's contribution to the work a "work made for hire"?   Yes......  No......

**DATES OF BIRTH AND DEATH:**
Born 1933      Died......
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...USA............ } or { Domiciled in ...USA......
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......  No.. X..
Pseudonymous?   Yes......  No.. X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
WORDS & MUSIC

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......  No......

**DATES OF BIRTH AND DEATH:**
Born.........   Died.........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......  No......
Pseudonymous?   Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes......  No......

**DATES OF BIRTH AND DEATH:**
Born.........   Died.........
(Year)   (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ................ } or { Domiciled in ................
(Name of Country)   (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes......  No......
Pseudonymous?   Yes......  No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1977....

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date.......July 19, 1978.......
(Month)   (Day)   (Year)

Nation.......USA.......
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

WILLIE NELSON MUSIC COMPANY
59 Music Square, West
Nashville, Tennessee   37203

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Assignment from author

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• Follow detailed instructions attached.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ..X.. pages

SATV-EMI  00002261

| | EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY: | JAN 18 79 | FOR COPYRIGHT OFFICE USE ONLY |
| PA — 49-322 | CORRESPONDENCE: ☑ Yes | DEPOSIT RECEIVED: JAN 18 79   18 JAN 1979 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes .......... No ..........

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ........................ Year of Registration ..................

**⑤** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

..................................................................................................
..................................................................................................
..................................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

..................................................................................................
..................................................................................................
..................................................................................................
..................................................................................................

**⑥** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: WILLIE NELSON MUSIC COMPANY

DA 030330  (D A O 3 3 0 3 0)
Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: WILLIE NELSON MUSIC COMPANY
Address: 59 Music Square, West (Apt.)
Nashville, Tennessee  37203
(City)    (State)    (ZIP)

**⑦** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive rights(s) ☑ authorized agent of: WILLIE NELSON MUSIC COMPANY
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Betty Braden Sanford*

Typed or printed name... Betty Braden Sanford ...... Date 1/15/79

**⑧** Certification (Application must be signed)

WILLIE NELSON MUSIC COMPANY ..............
(Name)

59 Music Square, West ............
(Number, Street and Apartment Number)

Nashville, Tennessee  37203 .........
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

2 3 NOV 1978

(Certificate will be mailed in window envelope)

**⑨** Address For Return of Certificate

* 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

* U. S. GOVERNMENT PRINTING OFFICE: 1977 O – 248-639

Rev. 1977 – 1,000,000

SATV-EMI_00002262