# Exhibit 5-4

Page 3

# Certificate
## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

FORM E
CLASS: E
REGISTRATION NO.: Eu 789133
DO NOT WRITE HERE

**1. Copyright Claimant(s) and Address(es):**

Name: JOBETE MUSIC CO., INC.
Address: 2648 WEST GRAND BLVD.

Name: 
Address: 

**2. Title:** CAN I GET A WITNESS
(Title of the musical composition)

**3. Authors:**

Name: EDDIE HOLLAND
(Legal name followed by pseudonym if latter appears on the copies)
Domiciled in U.S.A.: Yes ☒ No ☐   Address: 2648 WEST GRAND BLVD.
Citizenship: U.S.A.
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name: BRIAN HOLLAND
(Legal name followed by pseudonym if latter appears on the copies)
Domiciled in U.S.A.: Yes ☒ No ☐   Address: 2648 WEST GRAND BLVD.
Citizenship: U.S.A.
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

Name: LAMONT DOZIER
(Legal name followed by pseudonym if latter appears on the copies)
Domiciled in U.S.A.: Yes ☒ No ☐   Address: 2648 WEST GRAND
Citizenship: U.S.A.
Author of: WORDS & MUSIC
(State which: words, music, arrangement, etc.)

**4. (a) Date of Publication:**

**(b) Place of Publication:**

(Name of country)

**5. (a) Previous Registration or Publication:**

☐ Previous registration          ☐ Previous publication

**(b) New Matter in This Version:**

*Complete all applicable spaces on next page*

6. Deposit account:
JOBETE MUSIC COMPANY, INC.

7. Send correspondence to:
Name: JOBETE MUSIC COMPANY, INC.    Address: 2648 WEST GRAND BLVD.

8. Send certificate to:
(Type or print name and address)

JOBETE MUSIC COMPANY, INC.
2648 WEST GRAND BLVD.
(Number and street)
DETROIT     8     MICHIGAN
(City)    (Zone)    (State)

## Information concerning copyright in musical compositions

*When To Use Form E.* Form E is appropriate for unpublished and published musical compositions by authors who are U. S. citizens or domiciliaries, and for musical compositions first published in the United States.

*What Is a "Musical Composition"?* The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

—*Song Lyrics Alone.* The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

—*Sound Recordings.* Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical composition should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

*How To Register a Claim.* To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $4. Manuscripts are not returned, so do not send your only copy.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

*How To Secure Copyright in a Published Musical Composition:*
1. *Produce copies with copyright notice,* by printing or other means of reproduction.
2. *Publish the work.*
3. *Register the copyright claim,* following the instructions on page 1 of this form.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:
1. *The word "Copyright," the abbreviation "Copr.," or the symbol ©.* Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. *The year date of publication.* This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. *The name of the copyright owner (or owners).* Example: © John Doe 1962.

NOTE: If copies are published without the required notice the right to secure copyright is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>SEP 11 1963 | |
| One copy received<br>AUG 21 1963 | |
| Two copies received | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—635850    (July 1962—250,000)    Page 4

SATV-EMI_00000090

# Certificate
## Registration of a Claim to Copyright

In a musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America

**FORM E**
CLASS: E
REGISTRATION NO.: Eu 968140
DO NOT WRITE HERE

This is To Certify that the statements set forth in this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*[signature]*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name: Jobete Music Company, Inc.
Address: 2648 W. Grand Blvd., Detroit, Michigan 48208

Name: _____
Address: _____

**2. Title:** UN VERRE DE WHISKY (Can I Get A Witness)
(Title of the musical composition)

**3. Authors:**

Name: Jobete Music Co., Inc. Employer for hire of Monty Bulottin
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. X Other _____ (Name of country)
Domiciled in U.S.A: Yes X No ___ Address: 2648 W. Grand Blvd.
Author of: French translation
(State which: words, music, arrangement, etc.)

Name: _____
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___ Other _____ (Name of country)
Domiciled in U.S.A. Yes ___ No ___ Address: _____
Author of: _____

Name: _____
(Legal name followed by pseudonym if latter appears on the copies)
Citizenship: U.S.A. ___ Other _____ (Name of country)
Domiciled in U.S.A. Yes ___ No ___ Address: _____
Author of: _____

**4. (a) Date of Publication:**

___ ___ ___
(Month) (Day) (Year)

**(b) Place of Publication:**

_____
(Name of country)

**5. Previous Registration or Publication:**

Was work previously registered? Yes X No ___ Date of registration 8/21/63 Registration number EU789133
Was work previously published? Yes ___ No ___ Date of publication _____ Registration number _____
Is there any substantial NEW MATTER in this version? Yes X No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version.

French translation of original English copyright.

EXAMINER

*Complete all applicable spaces on next page*

SATV-EMI_00000091

5. Deposit account:

7. Send correspondence to: Jobete Music Co., Inc. INTERNATIONAL DEPT.

Name: Jobete Music Co., Inc., Int'l Dept.   Address: 2648 W. Grand Blvd.

8. Send certificate to:



(Type or print name and address)
Name: Jobete Music Co., Inc. — International Dept.
Address: 2648 W. Grand Blvd.
(Number and street)
Detroit, Michigan 48208
(State)   (ZIP code)

## Information concerning copyright in musical compositions

**When To Use Form E.** Form E is appropriate for unpublished and published musical compositions by authors who are U.S. citizens or domiciliaries, and for musical compositions first published in the United States.

**What Is a "Musical Composition"?** The term "musical composition" includes compositions consisting of music alone, or of words and music combined. It also includes arrangements and other versions of earlier compositions, if new copyrightable work of authorship has been added.

**Song Lyrics Alone.** The term "musical composition" does not include song poems and other works consisting of words without music. Works of that type are not registrable for copyright in unpublished form.

**Sound Recordings.** Phonograph records, tape recordings, and other sound recordings are not regarded as "copies" of the musical compositions recorded on them, and are not acceptable for copyright registration. For purposes of deposit, the musical compositions should be written in some form of legible notation. If the composition contains words, they should be written above or beneath the notes to which they are sung.

**Duration of Copyright.** Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished musical compositions

**How To Register a Claim.** To obtain copyright registration, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, one complete copy of the musical composition, an application Form E, properly completed and signed, and a fee of $6. Manuscripts are not returned, so do not send your only copy.

**Procedure To Follow if Work Is Later Published.** If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published edition must contain a copyright notice in the required form and position.

### Published musical compositions

**What Is "Publication"?** Publication, generally, means the sale, placing on sale, or public distribution of copies. Limited distribution of so-called "professional" copies ordinarily would not constitute publication. However, since the dividing line between a preliminary distribution and actual publication may be difficult to determine, it is wise for the author to affix notice of copyright to copies that are to be circulated beyond his control.

**How To Secure Copyright in a Published Musical Composition:**
1. Produce copies with copyright notice, by printing or other means of reproduction,
2. Publish the work,
3. Register the copyright claim, following the instructions on page 1 of this form.

**The Copyright Notice.** In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. This notice shall appear on the title page or first page of music and must consist of three elements:

1. The word "Copyright," the abbreviation "Copr.," or the symbol ©. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.
2. The year date of publication. This is ordinarily the date when copies were first placed on sale, sold, or publicly distributed. However, if the work has been registered for copyright in unpublished form, the notice should contain the year of registration; or, if there is new copyrightable matter in the published version, it should include both dates.
3. The name of the copyright owner (or owners). Example: © John Doe 1966.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

---

FOR COPYRIGHT OFFICE USE ONLY

Application received: OCT 28 1966

One copy received: MAR 2 8 1966

Two copies received:

Fee received:

SATV-EMI_00000092

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



REGISTRATION NUMBER: RE 535 701

EFFECTIVE DATE OF RENEWAL REGISTRATION: JUN 25 1991

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## 1 — Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1. Name: **BRIAN HOLLAND**
   Address: JOBETE MUSIC CO., INC., 6255 Sunset Blvd., Los Angeles, CA 90028
   Claiming as: AUTHOR OF WORDS & MUSIC

2. Name: **EDDIE HOLLAND**
   Address: (SAME AS ABOVE)
   Claiming as: AUTHOR OF WORDS & MUSIC

3. Name: **LAMONT DOZIER**
   Address: (SAME AS ABOVE)
   Claiming as: AUTHOR OF WORDS & MUSIC

## 2

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

CAN I GET A WITNESS

**RENEWABLE MATTER:**

WORDS & MUSIC

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ........

If a periodical or other serial, give: Vol. ........ No. ........ Issue Date ........

## 3 — Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

BRIAN HOLLAND
EDDIE HOLLAND
LAMONT DOZIER

## 4 — Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:** EU 789133

**ORIGINAL COPYRIGHT CLAIMANT:** JOBETE MUSIC CO., INC.

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give:
  DATE OF PUBLICATION: ........

OR

- If the original registration for this work was made in unpublished form, give:
  DATE OF REGISTRATION: September 11, 1963

SATV-EMI_00000093

| | | |
|---|---|---|
| RE 535 701 | EXAMINED BY: HW<br>CHECKED BY: | RENEWAL APPLICATION RECEIVED:<br>JUN 25 1991 |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**⑤ Renewal for Group of Works**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

1. Title of Contribution: .................
   Title of Periodical: ................. Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number: .....

2. Title of Contribution: .................
   Title of Periodical: ................. Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number: .....

3. Title of Contribution: .................
   Title of Periodical: ................. Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number: .....

4. Title of Contribution: .................
   Title of Periodical: ................. Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number: .....

5. Title of Contribution: .................
   Title of Periodical: ................. Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number: .....

6. Title of Contribution: .................
   Title of Periodical: ................. Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number: .....

7. Title of Contribution: .................
   Title of Periodical: ................. Vol. ..... No. ..... Issue Date .....
   Date of Publication: ..... (Month) (Day) (Year) Registration Number: .....

**⑥ Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: JOBETE MUSIC CO., INC.
Account Number: DA 021342

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: JOBETE MUSIC CO., INC.
Address: 6255 Sunset Blvd.
Los Angeles, CA 90028 (Apt.)
(City) (State) (ZIP)

**⑦ Certification (Application must be signed)**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: BRIAN HOLLAND, EDDIE HOLLAND, LAMONT DOZIER
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) _Denise Maurin_
Typed or printed name: DENISE MAURIN
Date: 5/16/91

**⑧ Address for Return of Certificate**

MAIL CERTIFICATE TO
(Certificate will be mailed in window envelope)

JOBETE MUSIC CO., INC.
(Name)
6255 Sunset Blvd.
(Number, Street and Apartment Number)
Los Angeles, CA 90028   Attn: Denise Maurin
(City) (State) (ZIP code)

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-622/10    Apr. 1978—500,000

SATV-EMI_00000094

# CERTIFICATE OF REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE


OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS



REGISTRATION NUMBER
RE 678-743

EFFECTIVE DATE OF RENEWAL REGISTRATION
OCT 28 1994
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

### 1 Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1. Name: JOBETE MUSIC CO., INC.
   Address: 6255 Sunset Blvd., Los Angeles, CA 90028
   Claiming as: Proprietor of Copyright in a Work Made For Hire

2. Name: 
   Address: 
   Claiming as: 

3. Name: 
   Address: 
   Claiming as: 

### 2

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

Un Verre De Whisky (Can I Get A Witness)

RENEWABLE MATTER:

French Translation of Original English Copyright
Proprietor of Copyright in a Work For Hire

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work:
If a periodical or other serial, give: Vol........ No........ Issue Date........

AUTHOR(S) OF RENEWABLE MATTER:

Author(s): Monty Bulostin– Employee of Jobete Music Co., Inc.

### 4 Facts of Original Registration

ORIGINAL REGISTRATION NUMBER: EU 968140

ORIGINAL COPYRIGHT CLAIMANT: Jobete Music Co., Inc.

ORIGINAL DATE OF COPYRIGHT:
- If the original registration for this work was made in published form, give: DATE OF PUBLICATION: ........ (Month) (Day) (Year)
- OR
- If the original registration for this work was made in unpublished form, give: Oct. *
  DATE OF REGISTRATION: March 28, 1966 (Month) (Day) (Year)

SATV-EMI_00000095

| * Amended by Copyright Office | EXAMINED BY: ............ | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: ............ | OCT 28 1994 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☒ | REMITTANCE NUMBER AND DATE: | |

DO NOT WRITE ABOVE THIS LINE

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5) Renewal for Group of Works**

1. Title of Contribution: .........
   Title of Periodical: ......... Vol. ....... No. ....... Issue Date .........
   Date of Publication: ......... (Month) (Day) (Year) Registration Number .........

2. Title of Contribution: .........
   Title of Periodical: ......... Vol. ....... No. ....... Issue Date .........
   Date of Publication: ......... (Month) (Day) (Year) Registration Number .........

3. Title of Contribution: .........
   Title of Periodical: ......... Vol. ....... No. ....... Issue Date .........
   Date of Publication: ......... (Month) (Day) (Year) Registration Number .........

4. Title of Contribution: .........
   Title of Periodical: ......... Vol. ....... No. ....... Issue Date .........
   Date of Publication: ......... (Month) (Day) (Year) Registration Number .........

5. Title of Contribution: .........
   Title of Periodical: ......... Vol. ....... No. ....... Issue Date .........
   Date of Publication: ......... (Month) (Day) (Year) Registration Number .........

6. Title of Contribution: .........
   Title of Periodical: ......... Vol. ....... No. ....... Issue Date .........
   Date of Publication: ......... (Month) (Day) (Year) Registration Number .........

7. Title of Contribution: .........
   Title of Periodical: ......... Vol. ....... No. ....... Issue Date .........
   Date of Publication: ......... (Month) (Day) (Year) Registration Number .........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: JOBETE MUSIC CO., INC.
Account Number: DA 021342

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: JOBETE MUSIC CO., INC.
Address: 6255 Sunset Blvd.
Los Angeles, CA 90028
(City) (State) (ZIP)

**(6) Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Jobete Music Co., Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _signature_
Typed or printed name: DENISE MAURIN
Date: 10/25/94

**(7) Certification** (Application must be signed)

MAIL CERTIFICATE TO

Denise Maurin
JOBETE MUSIC CO., INC.
(Name)
6255 Sunset Blvd., 18th Floor
(Number, Street and Apartment Number)
Los Angeles, CA 90028
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**(8) Address for Return of Certificate**

☆ U.S. GOVERNMENT PRINTING OFFICE: 1977 O-240-839

Nov. 1977—100,000

SATV-EMI_00000096

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 727-505**

EFFECTIVE DATE OF REGISTRATION

7 / 26 / 94

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
"LIVIN' ON LOVE"    966256

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
WORDS AND MUSIC

**2**

**NAME OF AUTHOR ▼**
ALAN JACKSON

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1958    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
WORDS AND MUSIC

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June    Day ▶ 28    Year ▶ 1994

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Alan Jackson
c/o Loeb and Loeb, Attention: Emily C. Hay
10100 Santa Monica Blvd. St.2200, Los Angeles CA 90067

APPLICATION RECEIVED
JUL 26 1994
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 26 1994
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2

WCP_00000183

EXAMINED BY

CHECKED BY

FORM PA

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give **Previous Registration Number** ▼    **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
**Name** ▼                                         **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name Address Apt City State Zip ▼
Mr. Alan Jackson
c/o Loeb and Loeb, Attention: Emily C. Hay
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
Area Code & Telephone Number ▶ (310) 282-2077

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Alan Jackson___
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Emily C. Hay                                          date ▶ 7/11/94

Handwritten signature (X) ▼
/s/ Emily C. Hay

MAIL CERTIFICATE TO
Name ▼
Alan Jackson, c/o Loeb and Loeb, Attn: Emily C. Hay
Number Street Apartment Number ▼
10100 Santa Monica Boulevard, Suite 2200
City State ZIP ▼
Los Angeles, California 90067

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-735-849**

Effective date of registration:

February 22, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Untitled (Hidden Bonus Track) |
| **Title of Larger Work:** | "Recovery" by Eminem on Aftermath Records |

**Number** 14411   **Date on Copies** 6/22/2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 22, 2010   **Nation of 1st Publication:** United States

## Author

- **Author:** Marshall Mathers
  **Pseudonym:** Eminem
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States
  **Pseudonymous:** Yes

- **Author:** Kejuan Waliek Muchita
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States

- **Author:** Michael Crawford
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

Page 1 of 2

WCP_00000809

| | |
|---|---|
| **Copyright Claimant:** | Michael Crawford |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Unichappell Music, Inc. |
| | 10585 Santa Monica Blvd., Copyright Department, Los Angeles, CA, 90025 |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Shroom Shady Publshing |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Songs Of Universal |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Juvenile Hell |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | UNIVERSAL MUSIC-MGB SONGS |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | {Samples "You Don't Own Me" by John Madara, David White. Unichappell Music, Inc.} |
| **Previous registration and year:** | RE 525789    1991 |
| **New material included in claim:** | music, lyrics |

## Certification

| | |
|---|---|
| **Name:** | Lisa Minnerly |
| **Date:** | December 6, 2010 |

**Registration #:** PA0001735849
**Service Request #:** 1-528638482



Warner Chappell Music
Lisa Minnerly
10585 Santa Monica Blvd.
Los Angeles, CA 90025

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-924-144**

Effective date of registration:

June 9, 2014

## Title

**Title of Work:** Stupid love

**Title of Larger Work:** Talk Dirty - recorded by Jason Derulo

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** April 15, 2014  **Nation of 1st Publication:** United States

## Author

- **Author:** Novel Jannusi
  **Pseudonym:** Beatgeek
  **Author Created:** music, lyrics
  **Citizen of:** United States  **Domiciled in:** United States
  **Pseudonymous:** Yes

- **Author:** Nadir Khayat
  **Author Created:** music, lyrics
  **Citizen of:** United States  **Domiciled in:** United States

- **Author:** Aleena Gibson
  **Author Created:** music, lyrics
  **Citizen of:** United States  **Domiciled in:** United States

- **Author:** Jason Desrouleaux
  **Author Created:** music, lyrics
  **Citizen of:** United States  **Domiciled in:** United States

- **Author:** Jordan Sapp
  **Author Created:** music, lyrics
  **Citizen of:** United States  **Domiciled in:** United States

Page 1 of 2

- **Author:** Rachid Azizi
- **Author Created:** music, lyrics
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant

- **Copyright Claimant:** Warner/Chappell Music Scandinavia AB
  10585 Santa Monica Blvd, Los Angeles, CA 90025
- **Transfer Statement:** by written agreement
- **Copyright Claimant:** Nadir Khayat

- **Transfer Statement:** by written agreement
- **Copyright Claimant:** Jason Derulo Publishing

- **Transfer Statement:** by written agreement
- **Copyright Claimant:** Jordan Sapp

- **Transfer Statement:** by written agreement
- **Copyright Claimant:** Rachid Azizi

- **Transfer Statement:** by written agreement

## Certification

- **Name:** Christopher George
- **Date:** June 2, 2014

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-852-528**

**Effective date of registration:**

May 15, 2013

## Title

**Title of Work:** Super Bass

**Title of Larger Work:** Pink Friday: Deluxe Edition recorded by Nicki Minaj on Motown

**Number** 1512402  **Date on Copies** 11/22/2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 19, 2010  **Nation of 1st Publication:** United States

## Author

- **Author:** Jeremy Coleman
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States  **Domiciled in:** United States

- **Author:** Daniel Johnson
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States  **Domiciled in:** United States

- **Author:** Onika Maraj
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States  **Domiciled in:** United States

- **Author:** Ester Dean
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States  **Domiciled in:** United States

Page 1 of 2

WCP_00002169

|                     |                  |                    |               |
|---------------------|------------------|--------------------|---------------|
| Author:             | Roahn Hylton     |                    |               |
| Author Created:     | music, lyrics    |                    |               |
| Work made for hire: | No               |                    |               |
| Citizen of:         | United States    | Domiciled in:      | United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Roahn Hylton |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Jmikemusic |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Artist Publishing Group West |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Artist 101 Publishing Group |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Harajuku Barbie Music |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Dat Damn Dean Music |
| Transfer Statement: | By written agreement |

## Certification

| | |
|---|---|
| Name: | Christopher George |
| Date: | May 14, 2013 |
| Correspondence: | Yes |

Page 2 of 2

WCP_00002170