Exhibit 6



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001844126
Search Results: Displaying 1 of 1 entries

◄ previous    next ►



***Welcome To My Hood.***

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001844126 / 2013-05-13 |
| **Application Title:** | Welcome To My Hood. |
| **Title:** | Welcome To My Hood. |
| **Appears in:** | ARTIST: DJ Khaled ALBUM: We The Best Forever LABEL: Cash Money Records |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Young Money Publishing, Inc., Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
| | Warner-Tamerlane Publishing Corp., Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-06-28 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Lil Wayne, pseud. of Dwayne Carter (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Khaled Khaled; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | William Roberts; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Algernod Washington; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Faheem Najm; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Johnny Mollings; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Leonardo Mollings; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Bryan Johnson; Domicile: United States; Citizenship: United States. |

Authorship: music, lyrics.

Mevin Riviere; Domicile: United States; Citizenship: United States.

Authorship: music, lyrics.

**Rights and Permissions:** Michael J Katz, Warner Chappell Music, 10585 Santa Monica Blvd., Los Angeles, CA, 90025, United States, (310) 441-8629, michael.katz@warnerchappell.com

**Copyright Note:** C.O. correspondence.

**Names:** Carter, Dwayne

Lil Wayne, pseud.

Khaled, Khaled

Roberts, William

Washington, Algernod

Najm, Faheem

Mollings, Johnny

Mollings, Leonardo

Johnson, Bryan

Riviere, Mevin

Warner-Tamerlane Publishing Corp.

Young Money Publishing, Inc.



---

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▾]  [Format for Print/Save]

Enter your email address: [_____]

[Email]

---

Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00004806



**Help**    **Search**    **History**    **Titles**    **Start Over**

# Public Catalog

L

Search Request: Left Anchored Copyright Number =
PA0001856245
Search Results: Displaying 1 of 1 entries

◀ **previous**    **next** ▶

**Labeled View**

### *Passion, Pain & Pleasure recorded by Trey Songz on Atlantic.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001856245 / 2013-06-10 |
| **Application Title:** | Passion, Pain & Pleasure recorded by Trey Songz on Atlantic. |
| **Title:** | Passion, Pain & Pleasure recorded by Trey Songz on Atlantic. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Warner Tamerlane Publishing Corp, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
|  | April's Boy Music LLC, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
|  | Marsky Music, Transfer: By written agreement. |
|  | No Quincydence Music Publishing, Transfer: By written agreement. |
|  | Ryuichi Sakamoto, Transfer: By written agreement. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-09-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Tremaine Neverson; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Claude Forbes; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Troy Taylor; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Mario Winans; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Pre-existing Material:** | CONTAINS SAMPLES OF, "BIBO NO AOZORA" BY RYUICHI SAKAMOTO. |
| **Basis of Claim:** | music, lyrics. |
| **Contents:** | Can't Be Friends. |
| **Names:** | Neverson, Tremaine |

<u>Forbes, Claude</u>
<u>Taylor, Troy</u>

<u>Winans, Mario</u>

<u>Warner Tamerlane Publishing Corp</u>

<u>April's Boy Music LLC</u>

<u>Marsky Music</u>

<u>No Quincydence Music Publishing</u>

<u>Ryuichi Sakamoto</u>



| | |
|---|---|
| **Save, Print and Email (<u>Help Page</u>)** | |
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: [                    ] | |
| Email | |

---

<u>Help</u>   <u>Search</u>   <u>History</u>   <u>Titles</u>   <u>Start Over</u>

---

<u>Contact Us</u>  |  <u>Request Copies</u>  |  <u>Get a Search Estimate</u>  |  <u>Frequently Asked Questions (FAQs) about Copyright</u>  |  <u>Copyright Office Home Page</u>  |  <u>Library of Congress Home Page</u>

Plaintiffs_00005003



United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001856248
Search Results: Displaying 1 of 1 entries

◄ previous     next ►

Labeled View

**Passion, Pain & Pleasure recorded by Trey Songz on Atlantic.**

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001856248 / 2013-06-10 |
| **Application Title:** | Passion, Pain & Pleasure recorded by Trey Songz on Atlantic. |
| **Title:** | Passion, Pain & Pleasure recorded by Trey Songz on Atlantic. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Warner Tamerlane Publishing Corp, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States.<br>April's Boy Music LLC, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States.<br>Artist Publishng Group West, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States.<br>Harajuku Barbie Music, Transfer: By written agreement. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-09-14 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Tremaine Neverson; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.<br>Daniel Johnson; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.<br>Tony Scales; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.<br>Edrick Miles; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.<br>Nicki Minaj; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.<br>Milton James; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Contents:** | Bottoms Up. |
| **Names:** | Neverson, Tremaine |

Plaintiffs_00005004

Johnson, Daniel
Scales, Tony

Miles, Edrick

Minaj, Nicki

James, Milton

Warner Tamerlane Publishing Corp

April's Boy Music LLC

Artist Publishng Group West

Harajuku Barbie Music



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: [                    ] |
| Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005005





# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001870023
Search Results: Displaying 1 of 1 entries

previous    next

Labeled View

### *Maybe You're Right.*

**Type of Work:** Music
**Registration Number / Date:** PA0001870023 / 2013-10-24
**Application Title:** Maybe You're Right.
**Title:** Maybe You're Right.
**Appears in:** Bangerz recorded by Miley Cyrus on RCA, 10/8/2013
**Publisher Number:** 8888374525-2 RCA Records
**Description:** Compact disc (CD)
**Copyright Claimant:** Sounds From Eardrummers LLC, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States.

WB Music Corp, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States.

Pierre Ramon Slaughter, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States.

Warner Tamerlane Publishing Corp, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States.

Tondolea Lane Music Publishing, Transfer: By written agreement. Address: street not known, city not known.

One Year Yesterday Publishing, Transfer: By written agreement. Address: street not known, city not known.

Marvelous Oaks Records, Transfer: By written agreement. Address: street not known, city not known.
**Date of Creation:** 2013
**Date of Publication:** 2013-10-08
**Nation of First Publication:** United States
**Authorship on Application:** Michael Williams; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

Pierre Slaughter; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

Miley Cyrus; Citizenship: United States. Authorship: music, lyrics.

Samuel Johnson; Citizenship: United States. Authorship: music, lyrics.
Camaron Ochs; Citizenship: United States. Authorship: music, lyrics.

**Names:** Williams, Michael

Slaughter, Pierre

Cyrus, Miley

Johnson, Samuel

Ochs, Camaron

Sounds From Eardrummers LLC

WB Music Corp

Pierre Ramon Slaughter

Warner Tamerlane Publishing Corp

Tondolea Lane Music Publishing

One Year Yesterday Publishing

Marvelous Oaks Records



## Save, Print and Email (Help Page)

Select Download Format | Full Record ▾ | Format for Print/Save

Enter your email address: [                    ]

Email

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005219



**Help**  **Search**  **History**  **Titles**  **Start Over**

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0001917890

Search Results: Displaying 1 of 1 entries

**previous**  **next**

**Labeled View**

### *How Many Drinks? (featuring Kendrick Lamar)*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001917890 / 2014-10-07 |
| **Application Title:** | How Many Drinks? (featuring Kendrick Lamar) |
| **Title:** | How Many Drinks? (featuring Kendrick Lamar) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Art Dealer Chic, Transfer: by written agreement. Address: c/o Universal Music Corp., 2100 Colorado Avenue, Santa Monica, CA 90404. |
| | Irving Music, Inc., Transfer: by written agreement. Address: 2100 Colorado Avenue, Santa Monica, CA 90404. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-04-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Miguel, pseud. of Miguel Jontel Pimentel; Domicile: United States. Authorship: music, lyrics. |
| | Salaam Remi; Domicile: United States. Authorship: music, lyrics. |
| | Kendrick Lamar, pseud. of Kendrick Duckworth; Domicile: United States. Authorship: music, lyrics. |
| **Pre-existing Material:** | music, lyrics, "How Many Drinks? (featuring Kendrick Lamar)" samples the composition "We've Only Just Begun" by Roger Nichols and Paul Williams. |
| **Basis of Claim:** | music, lyrics. |
| **Rights and Permissions:** | Dylan Royal, Universal Music Publishing, 2100 Colorado Avenue, Santa Monica, CA, 90404, (310) 235-4700, dylan.royal@umusic.com |
| **Names:** | Pimentel, Miguel Jontel |
| | Remi, Salaam |
| | Duckworth, Kendrick |
| | Miguel, pseud. |
| | Lamar, Kendrick, pseud. |
| | Art Dealer Chic |
| | Irving Music, Inc. |

Plaintiffs_00005617



| | Save, Print and Email (Help Page) | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | |
| Email | | |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005618



**United States Copyright Office**

| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0002004468

Search Results: Displaying 1 of 1 entries

[previous] [next]

**Labeled View**

*Working On A Tan.*

**Type of Work:** Music

**Registration Number / Date:** PA0002004468 / 2015-11-19

**Application Title:** Working On A Tan.

**Title:** Working On A Tan.

**Appears in:** This Is Country Music

**Description:** Compact disc (CD)

**Copyright Claimant:** Didn't Have To Be Music Publishing, Transfer: By written agreement. Address: Sony/ATV Music Publishing LLC, 424 Church St. Ste. 1200, Nashville, TN, 37219, United States.

EMI April Music Inc., Transfer: By written agreement. Address: Sony/ATV Music Publishing LLC, 424 Church St. Ste. 1200, Nashville, TN, 37219, United States.

**Date of Creation:** 2011

**Date of Publication:** 2011-05-23

**Nation of First Publication:** United States

**Authorship on Application:** Kelley Lovelace; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

Ashley Gorley; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

Brad Paisley; Domicile: United States; Citizenship: United States. Authorship: music, lyrics.

**Rights and Permissions:** Cassandra Lavoro, cassandra.lavoro@sonyatv.com

**Names:** Lovelace, Kelley

Gorley, Ashley

Paisley, Brad

Didn't Have To Be Music Publishing

EMI April Music Inc.

[previous] [next]

Plaintiffs_00005929

**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▾   Format for Print/Save

Enter your email address: [                    ]

Email

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005930



---

# Public Catalog

L

Search Request: Left Anchored Copyright Number = PA0002004472
Search Results: Displaying 1 of 1 entries

[previous] [next]

---

Labeled View

### *One Of Those Lives.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0002004472 / 2015-11-19 |
| **Application Title:** | One Of Those Lives. |
| **Title:** | One Of Those Lives. |
| **Appears in:** | This Is Country Music |
| **Description:** | Compact disc (CD) |
| **Copyright Claimant:** | Didn't Have To Be Music Publishing, Transfer: By written agreement. Address: Sony/ATV Music Publishing LLC, 424 Church St. Ste. 1200, Nashville, TN, 37219, United States. |
|  | EMI April Music Inc., Transfer: By written agreement. Address: Sony/ATV Music Publishing LLC, 424 Church St. Ste. 1200, Nashville, TN, 37219, United States. |
| **Date of Creation:** | 2011 |
| **Date of Publication:** | 2011-05-23 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Kelley Lovelace; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Brad Paisley; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | Lee Miller; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Rights and Permissions:** | Cassandra Lavoro, cassandra.lavoro@sonyatv.com |
| **Names:** | Lovelace, Kelley |
|  | Paisley, Brad |
|  | Miller, Lee |
|  | Didn't Have To Be Music Publishing |
|  | EMI April Music Inc. |

[previous] [next]

---

Plaintiffs_00005931

**Save, Print and Email (Help Page)**

Select Download Format  [Full Record ▼]   [Format for Print/Save]

Enter your email address: [_____]

[Email]

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00005932

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

# FORM CORDS 

For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

## PA 1-167-815

EFFECTIVE DATE OF REGISTRATION

July 11, 2007

| | |
|---|---|
| Application received: | 12Jul07 |
| Fee received: | 12Jul07 |
| Deposit received: | 11Jul07 |

---

**TITLE OF WORK:**
I'M STILL A GUY as contained in "5TH GEAR"| ARISTA #88697-07171-2

---

**NATURE OF WORK:**
WORDS AND MUSIC

| | |
|---|---|
| Name of Author: | KELLEY LOVELACE |
| "Work made for hire"? | No |
| Anonymous contribution? | No |
| Pseudonymous contribution? | No |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS & MUSIC |

| | |
|---|---|
| Name of Author: | BRAD PAISLEY |
| "Work made for hire"? | No |
| Anonymous contribution? | No |
| Pseudonymous contribution? | No |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS & MUSIC |

| | |
|---|---|
| Name of Author: | LEE THOMAS MILLER |
| "Work made for hire"? | No |
| Anonymous contribution? | No |
| Pseudonymous contribution? | No |
| Citizen of: | UNITED STATES |
| Domiciled in: | |
| Nature of authorship: | WORDS & MUSIC |

| | |
|---|---|
| **YEAR OF CREATION:** | 2007 |

| | |
|---|---|
| **PUBLICATION:** | |
| Date: | June 19, 2007 |
| Nation: | UNITED STATES |

**COPYRIGHT CLAIMANT(S):**
Claimant #1:
EMI APRIL MUSIC INC.
810 7TH AVENUE, 36TH FLOOR
NEW YORK, NY 10019

SATV-EMI_00000620

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-590-007

**Effective date of
registration:**

November 26, 2007

## Title

**Title of Work:** GET OUT OF THIS TOWN

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 23, 2007        **Nation of 1st Publication:** United States

## Author

■        **Author:** STEVE MC EWAN

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States                **Domiciled in:** United States

■        **Author:** GORDIE SAMPSON

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States                **Domiciled in:** United States

■        **Author:** HILLARY LINDSEY

**Author Created:** music, lyrics

**Citizen of:** United States                **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** EMI BLACKWOOD MUSIC INC.

75 9TH AVE., 4TH FL, NEW YORK, NY, 10011, United States

**Transfer Statement:** By written agreement

SATV-EMI_00000667

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-590-017

**Effective date of registration:**

November 26, 2007

## Title

**Title of Work:** ALL-AMERICAN GIRL

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** October 23, 2007     **Nation of 1st Publication:** United States

## Author

- **Author:** KELLEY LOVELACE

  **Author Created:** music, lyrics

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

- **Author:** ASHLEY GORLEY

  **Author Created:** music, lyrics

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

- **Author:** CARRIE UNDERWOOD

  **Author Created:** music, lyrics

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** EMI APRIL MUSIC INC.

75 9TH AVE., 4TH FL, NEW YORK, NY, 10011, United States

**Transfer Statement:** By written agreement

SATV-EMI_00000668

| | |
|---|---|
| **Copyright Claimant:** | DIDN'T HAVE TO BE MUSIC |
| | 75 9TH AVE., 4TH FL, NEW YORK, NY, 10011, United States |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | SONGS OF COMBUSTION |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | CARRIE OKIE MUSIC |
| **Transfer Statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | RON CABILTES |
| **Date:** | November 26, 2007 |

SATV-EMI_00000669

IPN#:

Registration #:    PA0001590017

Service Request #:   1-20967734

EMI MUSIC
Ron Cabiltes
75 9TH AVE., 4TH FL
New York, NY 10011

SATV-EMI_00000670

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-743-353**

**Effective date of registration:**

June 14, 2011

---

## Title

**Title of Work:** BE THE LAKE

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 23, 2011     **Nation of 1st Publication:** United States

## Author

■     **Author:** KELLEY LOVELACE

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

■     **Author:** BRAD PAISLEY

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

■     **Author:** ASHLEY GORLEY

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** DIDN'T HAVE TO BE MUSIC PUBLISHING

street NOT KNOWN, city NOT KNOWN

**Transfer Statement:** By written agreement

**Copyright Claimant:** EMI APRIL MUSIC INC.

75 NINTH AVE., 4TH FLOOR, NEW YORK

**Transfer Statement:** By written agreement

SATV-EMI_00001438

**Copyright Claimant:** HOUSE OF SEA GAYLE (ASCAP), ADM BY BIG LOUD BUCKS

street NOT KNOWN, city NOT KNOWN

**Transfer Statement:** By written agreement

**Copyright Claimant:** COMBUSTION MUSIC

street NOT KNOWN, city NOT KNOWN

**Transfer Statement:** By written agreement

## Certification

**Name:** BRYCE P. IMBESI

**Date:** June 14, 2011

**Applicant's Tracking Number:** 3242118



SATV-EMI_00001439

SATV-EMI_00001440

**Registration #:**  PA0001743353
**Service Request #:**  1-622210828



EMI MUSIC
BRYCE IMBESI
75 NINTH AVE., 4TH FLOOR
NEW YORK, NY 10011

SATV-EMI_00001441

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-832-802

**Effective date of registration:**

February 13, 2013

## Title

**Title of Work:** HOW MANY DRINKS?

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 25, 2012        **Nation of 1st Publication:** United States

## Author

■        **Author:** SALAAM REMI

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

■        **Author:** MIGUEL PIMENTEL

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

■        **Author:** PAUL WILLIAMS

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

■        **Author:** ROGER NICHOLS

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

SATV-EMI_00001956

| | |
|---|---|
| **Copyright Claimant:** | EMI BLACKWOOD MUSIC INC. |
| | C/O SONY/ATV, 550 MADISON AVENUE, NEW YORK, NY, 10022 |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | LINDEN SPRINGFIELD |
| | C/O SONY/ATV, 550 MADISON AVENUE, NEW YORK, NY, 10022 |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | PUBLISHING DESIGNEE OF MIGUEL PIMENTEL |
| | N/A, N/A |
| **Copyright Claimant:** | PUBLISHING DESIGNEE OF PAUL WILLIAMS |
| | N/A, N/A |
| **Copyright Claimant:** | PUBLISHING DESIGNEE OF ROGER NICHOLS |
| | N/A, N/A |

## Limitation of copyright claim

**Material excluded from this claim:**   music, lyrics

**New material included in claim:**   music, lyrics

## Certification

| | |
|---|---|
| **Name:** | DAVID KINNIBURGH |
| **Date:** | February 13, 2013 |
| **Applicant's Tracking Number:** | 3461830 |

0000PA000183280202011

SATV-EMI_00001957

**Registration #:**   PA0001832802
**Service Request #:**   1-891795167



EMI MUSIC
Kinniburgh David
C/O SONY/ATV
550 MADISON AVENUE
NEW YORK, NY 10022

SATV-EMI_00001958

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## PA 1-967-419

**Effective Date of Registration:**
February 20, 2015

## Title

| | |
|---|---|
| **Title of Work:** | We Run This Town |
| **Title of Larger Work:** | Crash My Party |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | August 13, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | Dallas Davidson |
| **Author Created:** | music, lyrics |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| ● **Author:** | Kelley Lovelace |
| **Author Created:** | music, lyrics |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| ● **Author:** | Ashley Gorley |
| **Author Created:** | music, lyrics |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | EMI April Music Inc. <br> c/o Sony/ATV Music Publishing LLC, 424 Church Street, Nashville, TN, 37219, United States |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | EMI Blackwood Music Inc. <br> c/o Sony/ATV Music Publishing LLC, 424 Church Street, Nashville, TN, 37219, |

SATV-EMI_00002217

United States
**Transfer statement:** By written agreement

**Copyright Claimant:** Didn't Have to Be Music Publishing
c/o Sony/ATV Music Publishing LLC., 424 Church St., Nashville, TN, 37219, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Sony/ATV Music Publishing LLC
**Address:** 424 Church Street
Nashville, TN 37219 United States

## Certification

**Name:** Rachel Drake
**Date:** February 12, 2015



Page 2 of 2

SATV-EMI_00002218

**Registration #:**   PA0001967419
**Service Request #:**   1-2136964167

Sony/ATV Music Publishing
Rachel Drake
424 Church Street
Nashville, TN 37219 United States

SATV-EMI_00002219

*0000PA00019674190201*

SATV-EMI_00002220

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-808-178

**Effective date of registration:**

September 26, 2012

---

## Title

**Title of Work:** High

**Title of Larger Work:** ARTIST: Big Sean ALBUM: Finally Famous LABEL: Def Jam

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 28, 2011          **Nation of 1st Publication:** United States

## Author

■ **Author:** Cameron Thomaz

**Pseudonym:** Wiz Khalifa

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Pseudonymous:** Yes

■ **Author:** Sean Anderson

**Pseudonym:** Big Sean

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Pseudonymous:** Yes

■ **Author:** Noah Beresin

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

WCP_00000402

- **Author:** Chidera Anamege
  **Author Created:** music, lyrics

  **Work made for hire:** No
  **Citizen of:** United States                    **Domiciled in:** United States

- **Author:** Ellie Goulding
  **Author Created:** music, lyrics

  **Work made for hire:** No
  **Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Wiz Khalifa Publishing & Warner-Tamerlane Publishing Corp.

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** music, lyrics, THIS WORK CONTAINS A SAMPLE OF 'FIGHTER PLANE' BY    FINLAY GRAHAM DOW SMITH & ELLIE GOULDING. PUBLISHED BY WARNER/CHAPPELL MUSIC PUBLISHING LTD

**New material included in claim:** music, lyrics, musical arrangement

## Rights and Permissions

**Organization Name:** Warner Chappell Music

**Name:** Michael J Katz

**Email:** michael.katz@warnerchappell.com            **Telephone:** 310-441-8629

**Address:** 10585 Santa Monica Blvd.

Los Angeles, CA 90025  United States

## Certification

**Name:** Michael Katz

**Date:** September 24, 2012

10016666

0000PA000180817780201

WCP_00000403

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-917-492

**Effective date of registration:**

August 3, 2012

## Title

**Title of Work:** Anywhere With You

**Title of Larger Work:** Barefoot Blue Jean Night recorded by Jake Owen on RCA Records

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** August 30, 2011          **Nation of 1st Publication:** United States

## Author

■          **Author:** Ben Hayslip

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** David Murphy

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Jimmy Yeary

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Get A Load Of This Music

street not known, city not known

**Transfer Statement:** By written agreement

Page 1 of 2

**Copyright Claimant:**   WB Music Corp.

street not known, city not known

**Transfer Statement:**   By written agreement

## Certification

**Name:**   Philip Geronimo

**Date:**   August 1, 2012

**Correspondence:**   Yes



WCP_00001193

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-858-805

**Effective date of registration:**

August 9, 2013

---

## Title

**Title of Work:** Tom Ford

**Title of Larger Work:** Magna Carta Holy Grail recorded by Jay Z on Roc-A-Fella Records

**Number** 1887702     **Date on Copies** 7/9/2013

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 9, 2013     **Nation of 1st Publication:** United States

## Author

- ■ **Author:** Leslie Harmon

  **Author Created:** music, lyrics

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

- ■ **Author:** Shawn Carter

  **Author Created:** music, lyrics

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

- ■ **Author:** Tim Mosley

  **Author Created:** music, lyrics

  **Citizen of:** United States

- ■ **Author:** Garland Mosley

  **Author Created:** music, lyrics

  **Citizen of:** United States

WCP_00001379

- **Author:** Chris Godbey
- **Author Created:** music, lyrics

    **Citizen of:** United States

- **Author:** Marcos Castellon
- **Author Created:** music, lyrics

    **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Warner Tamerlane Publishing Corp

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Jerome Harmon Productions

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Carter Boys Music

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

**Copyright Claimant:** Virginia Beach Music

street not known, city not known

**Transfer Statement:** By written agreement

**Copyright Claimant:** 757 Music

street not known, city not known

**Transfer Statement:** By written agreement



## Certification

**Name:** Christopher George

**Date:** August 5, 2013

WCP_00001380

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-896-718**

**Effective date of registration:**

February 14, 2014

## Title

**Title of Work:** Take Back the Night

**Title of Larger Work:** The 20/20 Experience - 2 of 2 recorded by Justin Timberlake

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 30, 2013          **Nation of 1st Publication:** United States

## Author

■          **Author:** Jerome Harmon

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Tim Mosley

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** Justin Timberlake

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

■          **Author:** James Fauntleroy

**Author Created:** music, lyrics

**Citizen of:** United States

WCP_00001518

- **Author:** Daniel Jones
- **Author Created:** music, lyrics

  **Citizen of:** United States

- **Author:** Chris Godbey
- **Author Created:** music, lyrics

  **Citizen of:** United States

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Jerome Harmon Productions |
| | 10585 Santa Monica Blvd, Los Angeles, CA 90025 |
| **Transfer Statement:** | by written agreement |
| **Copyright Claimant:** | Warner Tamerlane Publishing Corp. |
| | 10585 Santa Monica Blvd, Los Angeles, CA 90025 |
| **Transfer Statement:** | by written agreement |
| **Copyright Claimant:** | Tennman Tunes |
| **Transfer Statement:** | by written agreement |
| **Copyright Claimant:** | Fauntleroy Music |
| **Transfer Statement:** | by written agreement |
| **Copyright Claimant:** | VB Rising Publishing |
| **Transfer Statement:** | by written agreement |
| **Copyright Claimant:** | Uncle Junior Music |
| **Transfer Statement:** | by written agreement |
| **Copyright Claimant:** | Chris Godbey |
| **Transfer Statement:** | by written agreement |



## Certification

| | |
|---|---|
| **Name:** | Christopher George |
| **Date:** | February 14, 2014 |

WCP_00001519

# Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = mosley tim
Search Results: Displaying 419 of 647 entries

WW 9800114

◀ previous    next ▶

Labeled View

### *The One I Love.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001755880 / 2011-08-18 |
| **Application Title:** | The One I Love. |
| **Title:** | The One I Love. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | OutSyder Entertainment Music Pub. dba Sony/ATV Music Publishing LLC, Transfer: By written agreement. Address: Sony/ATV Music Publishing LLC, PO Box 1273, Nashville, TN, 37202, United States. |
| **Date of Creation:** | 2009 |
| **Date of Publication:** | 2009-12-08 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Nikiesha Briscoe; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Timbaland, pseud. of Timothy Mosley (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | Jerome Harmon; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | John Maultsby; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Pre-existing Material:** | music, lyrics, This work contains a sample of "Maniac," written by D. Matkosky and M. Sembello. |
| **Basis of Claim:** | music, lyrics, All new words & music. |
| **Rights and Permissions:** | Nichole Dassance, Sony/ATV Music Publishing LLC, PO Box 1273, Nashville, TN, 37202, United States, (615) 743-1911, nichole.dassance@sonyatv.com |
| **Names:** | Briscoe, Nikiesha |
| | Mosley, Timothy |
| | Timbaland, pseud. |
| | Harmon, Jerome |

WCP_00002722

Maultsby, John

OutSyder Entertainment Music Pub. dba Sony/ATV Music Publishing LLC



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

WCP_00002723