Exhibit 7



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0000354501
Search Results: Displaying 1 of 1 entries



---

Labeled View

*Dancing on glass / words by Nikki Sixx ; music by Nikki Sixx and Mick Mars.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000354501 / 1987-10-19 |
| **Title:** | Dancing on glass / words by Nikki Sixx ; music by Nikki Sixx and Mick Mars. |
| **Appears in:** | Girls, girls, girls, p. 17-21 |
| **Copyright Claimant:** | Motley Crue Music, Sikki Nixx Music & Mick Mars Music |
| **Date of Creation:** | 1987 |
| **Date of Publication:** | 1987-09-29 |
| **Authorship on Application:** | arr.: Warner Brothers Publications, Inc., as employer for hire of John Curtin. |
| **Basis of Claim:** | New Matter: "arrangement for piano/vocal with guitar chords." |
| **Other Title:** | Girls, girls, girls |
| **Names:** | Sixx, Nikki |
|  | Mars, Mick |
|  | Curtin, John |
|  | Motley Crue Music |
|  | Sikki Nixx Music |
|  | Mick Mars Music |
|  | Warner Brothers Publications, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: [                    ] |
| Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00000214



**Help** | **Search** | **History** | **Titles** | **Start Over**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
PA0001697247
Search Results: Displaying 1 of 1 entries

◁ previous | next ▷

Labeled View

### *"Criminal", et al.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001697247 / 2008-12-05 |
| **Application Title:** | "Criminal", "Torn", "Facade", "Divide". |
| **Title:** | "Criminal", et al. |
| **Appears in:** | Disturbed, "Indestructible", #12886 |
| **Publisher Number:** | 12886 Reprise Records |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Mother Culture Publishing, Transfer: By Written Agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025. |
| | WB Music Corp., Transfer: By Written Agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025. |
| **Date of Creation:** | 2007 |
| **Date of Publication:** | 2008-06-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | David Draiman pka Disturbed (author of pseudonymous work); Domicile: United States. Authorship: Words And Music. |
| | Dan Donegan pka Disturbed (author of pseudonymous work); Domicile: United States. Authorship: Words And Music. |
| | Mike Wengren pka Disturbed (author of pseudonymous work); Domicile: United States. Authorship: Words And Music. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Disturbed |
| | Donegan, Dan |
| | Wengren, Mike |
| | Draiman, David |
| | Mother Culture Publishing |
| | WB Music Corp. |

◁ previous | next ▷

**Save, Print and Email (Help Page)**

Select Download Format | Full Record ▾ | Format for Print/Save

Enter your email address: [                    ]

[ Email ]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00002957



| Help | Search | History | Titles | Start Over |

# Public Catalog

L

Search Request: Left Anchored Copyright Number = SR0000153061
Search Results: Displaying 1 of 1 entries



**Labeled View**

***Get a grip / Aerosmith.***

|  |  |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000153061 / 1993-05-04 |
| **Title:** | Get a grip / Aerosmith. |
| **Imprint:** | c1993. |
| **Publisher Number:** | Geffen GEFD 24455 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | © ℗ Geffen Records, Inc. (employer for hire) |
| **Date of Creation:** | 1993 |
| **Date of Publication:** | 1993-04-20 |
| **Previous Registration:** | 1 recording preexisting. |
| **Basis of Claim:** | New Matter: all other recordings; pictorial matter. |
| **Contents:** | Intro -- Eat the rich -- Get a grip -- Fever -- Livin' on the edge -- Flesh -- Walk on down -- Shut up and dance -- Cryin' -- Gotta love it -- Crazy -- Line up -- Amazing -- Boogie Man. |
| **Names:** | Aerosmith. |
|  | Geffen Records, Inc. |



| **Save, Print and Email (Help Page)** |
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | [            ] |
| Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00006623



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
SR0000295185
Search Results: Displaying 1 of 1 entries



*High mileage / Alan Jackson.*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000295185 / 1998-12-14 |
| **Title:** | High mileage / Alan Jackson. |
| **Imprint:** | c1998. |
| **Publisher Number:** | Arista Records 07822-18864-2 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | © ℗ on recording, photography; Arista Records, Inc. (employer for hire) |
| **Date of Creation:** | 1998 |
| **Date of Publication:** | 1998-09-01 |
| **Copyright Note:** | C.O. correspondence. |
| **Contents:** | Right on the money -- Gone crazy -- Little man -- What a day yesterday was -- Hurtin' comes easy -- I'll go on loving you -- Another good reason -- A woman's love -- Dancin' all around it -- Amarillo. |
| **Other Title:** | A woman's love. |
| **Names:** | Jackson, Alan |
| | Arista Records, Inc. |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____ |
| Email |

Plaintiffs_00006969

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00006970

**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000617841
Search Results: Displaying 1 of 1 entries



Labeled View

### *The Fame.*

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000617841 / 2008-11-10
**Application Title:** The Fame, Artist: Lady GaGa, 00602517891388 (compact disc)
**Title:** The Fame.
**Publisher Number:** 00602517891388 Streamline
**Description:** Compact disc.
**Copyright Claimant:** Interscope Records, A Div. Of UMG Recordings, Inc.
**Date of Creation:** 2008
**Date of Publication:** 2008-10-28
**Nation of First Publication:** United States
**Authorship on Application:** Interscope Records, A Div. of UMG Recordings, Inc., employer for hire; Citizenship: United States. Authorship: artwork, photograph(s), Most Sound Recordings.
**Pre-existing Material:** Three Sound Recordings: "Just Dance" (SR 613-221), "Beautiful, Dirty, Rich" (00602517868434), "Poker Face" (00602517875326)
**Basis of Claim:** artwork, photograph(s), All Other Sound Recordings.
**Names:** Lady Gaga
UMG Recordings, Inc.
Interscope Records



| Save, Print and Email (Help Page) |
| Select Download Format  Full Record ▼   Format for Print/Save |
| Enter your email address: |
| Email |

Plaintiffs_00007562

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00007563

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 692-991**

**Effective date of registration:**

February 10, 2012

## Title

**Title of Work:** Born To Die (Target Version), Artist: Lana Del Rey, 00602527914275 (compact disc)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 31, 2012   **Nation of 1st Publication:** United States

## Author

**Author:** Lana Del Rey

**Author Created:** Sound Recordings (including 2 bonus tracks: "Without You" & "Lolita") / Pictorial Matter

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Lana Del Rey

c/o Interscope Records, A Div of UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** February 9, 2012

UMG_00000041

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 693-409

**Effective date of registration:**

February 9, 2012

## Title

**Title of Work:** Born To Die (iTunes Deluxe), Artist: Lana Del Rey, 00602527934181 (eRelease)

**Contents Titles:** Lucky Ones

Video Games (Joy Orbison Remix)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 31, 2012        **Nation of 1st Publication:** United States

## Author

■      **Author:** Lana Del Rey

**Author Created:** Sound recording, remix

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Lana Del Rey

c/o Interscope Records, A Div. of UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** February 9, 2012

**Applicant's Tracking Number:** 00602527934181

UMG_00000046

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# SR 678-487

**Effective date of
registration:**

June 21, 2011

---

## Title

**Title of Work:** Pieces Of Me (Best Buy), Artist: Ledisi, 00602527741482 (compact disc)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 14, 2011       **Nation of 1st Publication:** United States

## Author

■       **Author:** The Verve Music Group, A Div. of UMG Recordings, Inc.

**Author Created:** Most Sound Recordings / Pictorial Matter

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Verve Music Group, A Div. of UMG Recordings, Inc

2220 Colorado Ave., Santa Monica, CA, 90404

## Limitation of copyright claim

**Material excluded from this claim:** One Sound Recording: "Pieces Of Me" (00602527693712) / Sampled
Sounds

**New material included in claim:** All Other Sounds & Recordings (including 2 bonus tracks: "Simple" &
"Turn Me Loose" Unplugged) / Pictorial Matter

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** June 20, 2011

---

UMG_00000221

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 753-441

**Effective date of registration:**

September 11, 2013

---

## Title

**Title of Work:** Bad Blood (US Version), Artist: Bastille, 00602537478538 (compact disc)

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 3, 2013     **Nation of 1st Publication:** United States

## Author

■     **Author:** Virgin Records Ltd.

**Author Created:** Most Sound Recordings / Pictorial Matter

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Virgin Records Ltd.

c/o UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Limitation of copyright claim

**Material excluded from this claim:** Three Sound Recordings: "Pompeii"; "Bad Blood"; "Overjoyed" (00602537456352)

**New material included in claim:** All Other Sound Recordings / Pictorial Matter

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** September 11, 2013

---

UMG_00000461

Registration #:  SR0000753441

Service Request #:  1-991340812



Universal Music Group
Larissa Caschera
6301 Owensmouth Ave.
11th Floor
Woodland Hills, CA 91367

UMG_00000462

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## SR 623-039

**Effective date of registration:**

December 18, 2007

## Title

**Title of Work:** TITLE: RHAPSODY ORIGINALS ARTIST: TIMBALAND; 00602517550933 (E-RELEASE)

**Contents Titles:** OH TIMBALAND, RELEASE, MISCOMMUNICATION, THE WAY I ARE, APOLOGIZE

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** November 20, 2007      **Nation of 1st Publication:** United States

## Author

**Author:** Blackground Records

**Author Created:** sound recordings

**Work made for hire:** Yes

**Anonymous:** No                     **Pseudonymous:** No

**Author:** Interscope Records, a Div of UMG Recordings, Inc.

**Author Created:** sound recordings

**Work made for hire:** Yes

**Anonymous:** No                     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Blackground Records

2220 Colorado Ave, Santa Monica, CA, 90404

**Copyright Claimant:** Interscope Records, a Div. of UMG Recordings

2220 Colorado Ave, Santa Monica, CA, 90404

## Limitation of copyright claim

**Previously registered:** No

Page 1 of 2

UMG_00000696

## Certification

**Name:** Tegan Kossowicz

**Date:** November 28, 2007

UMG_00000697

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 370-643**

EFFECTIVE DATE OF REGISTRATION

4 / 12 / 05
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
TITLE: LIFEHOUSE
ARTIST: LIFEHOUSE                    00602498803738  (ECD)

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

## 2

**a** NAME OF AUTHOR ▼
GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER/AUDIOVISUAL ELEMENTS

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005  ◀ Year  This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 03  Day ▶ 22  Year ▶ 05
U.S.A.  ◀ Nation

## 4

**a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS, INC.
2220 COLORADO AVE.
SANTA MONICA, CA 90404

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 12 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 12 2005

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

UMG_00013468

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 678-407

**Effective date of
registration:**

June 21, 2011

---

**Title** ————————————————————

**Title of Work:** Judas, Artist: Lady Gaga, 00602527704630 (eRelease)

## Completion/Publication ——————

**Year of Completion:** 2011

**Date of 1st Publication:** April 15, 2011        **Nation of 1st Publication:** United States

## Author ——————

■        **Author:** Interscope Records, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant ——————

**Copyright Claimant:** Interscope Records, A Div. of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions ——————

**Organization Name:** Universal Music Group

## Certification ——————

**Name:** Tegan Kossowicz

**Date:** June 20, 2011

---

UMG_00013731

**Registration #:**  SR0000678407

**Service Request #:**  1-619817692



Universal Music Group
Larissa Caschera
6301 Owensmouth Ave.
11th Floor
Woodland Hills, CA 91367

UMG_00013512

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 737-559**

**Effective date of registration:**

November 22, 2013

---

## Title

**Title of Work:** Venus, Artist: Lady Gaga, 00602537625215 (eRelease)

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 28, 2013    **Nation of 1st Publication:** United States

## Author

**■ Author:** Interscope Records, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Interscope Records, A Div. of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

## Limitation of copyright claim

**Material excluded from this claim:** Sampled Sounds

**New material included in claim:** All Other Sounds Contained In Recording

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** November 21, 2013

---

UMG_00013513

**Registration #:** SR0000737559

**Service Request #:** 1-1022205043



Universal Music Group
Larissa Caschera
6301 Owensmouth Ave.
11th Floor
Woodland Hills, CA 91367

UMG_00013514

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

SR 631-748

**Effective date of
registration:**

May 7, 2009

---

Title

**Title of Work:** Mafia Music, Artist: Rick Ross, 00602527006567 (eRelease)

Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 17, 2009        **Nation of 1st Publication:** United States

Author

■        **Author:** The Island Def Jam Music Group, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Citizen of:** United States

Copyright claimant

**Copyright Claimant:** The Island Def Jam Music Group, A Div. Of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

Rights and Permissions

**Organization Name:** Universal Music Group

Certification

**Name:** Tegan Kossowicz

**Date:** May 5, 2009

---

Page 1 of 1

UMG_00013529

**Registration #:**   SR0000631748

**Service Request #:**   1-185948250

Universal Music Group
Larissa Caschera
111 Universal Hollywood Drive
11th Floor
Universal City, CA 91608

UMG_00013530

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## SR 631-747

**Effective date of registration:**

May 7, 2009

---

## Title

**Title of Work:** Magnificent, Artist: Rick Ross, 00602527008851 (eRelease)

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 24, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** The Island Def Jam Music Group, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** The Island Def Jam Music Group, A Div. Of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** May 5, 2009

---

UMG_00013531

**Registration #:**   SR0000631747

**Service Request #:**   1-185948268

Universal Music Group
Larissa Caschera
111 Universal Hollywood Drive
11th Floor
Universal City, CA 91608

UMG_00013532

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## SR 636-814

**Effective date of registration:**
April 14, 2009

## Title

**Title of Work:** Get On Your Boots, Artist: U2, 00602517974289 (eRelease)

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 20, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** Universal-Island Records Ltd.

**Author Created:** sound recording

**Work made for hire:** Yes

**Citizen of:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Universal-Island Records Ltd.

c/o Interscope Records, A Div. Of UMG Recordings, Inc., 2220 Colorado
Ave., Santa Monica, CA, 90404

## Certification

**Name:** Tegan Kossowicz

**Date:** April 10, 2009

Page 1 of 1

UMG_00013549

**Registration #:**   SR0000636814

**Service Request #:**   1-170733312

Universal Music Group
Larissa Caschera
111 Universal Hollywood Drive
11th Floor
Universal City, CA 91608

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 347-749**

EFFECTIVE DATE OF REGISTRATION

1 - 30 - 04
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
TITLE: FOLKLORE
ARTIST: NELLY FURTADO          00600445050099   (ECD)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2** a

NAME OF AUTHOR ▼
SKG MUSIC LLC.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING/PICTORIAL MATTER

**NOTE**

Under the law, the "author" of a "work made for hire" is generally not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

c

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3** a

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year   This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 11   Day ▶ 25   Year ▶ 03
U.S.A.   ◀ Nation

---

**4** a

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

SKG MUSIC LLC.
2220 COLORADO AVE.
SANTA MONICA, CA  90404

b TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED  1-30-04
ONE DEPOSIT RECEIVED  JAN 30 2004  1-30-04
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

UMG_00013559

| EXAMINED BY | JH1 | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ◻ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

◻ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ◻ This work was previously registered in unpublished form and now has been published for the first time.

b. ◻ This is the first application submitted by this author as copyright claimant.

c. ◻ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give. Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼          Account Number ▼

a          UNIVERSAL MUSIC GROUP          DA024562

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

b          UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY, CA  91608

Area code and daytime telephone number   (818) 777-4040          Fax number  (818) 866-1604

Email

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

◻ author
◻ other copyright claimant
◻ owner of exclusive right(s)
☒ authorized agent of   SKG MUSIC LLC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

PATRICIA BLAIR          Date   12/11/03

Handwritten signature (x) ▼

X _____

**8**

| Certificate will be mailed in window envelope to this address | Name ▼ | UNIVERSAL MUSIC GROUP COPYRIGHT ADMINISTRATION |
|---|---|---|
| | Number/Street/Apt ▼ | 100 UNIVERSAL CITY PLAZA BUILDING 1320W-4 |
| | City/State/ZIP ▼ | UNIVERSAL CITY, CA  91608 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

**9**

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev  July 2003—100,000   Web Rev. July 2003   ♻ Printed on recycled paper          U.S. Government Printing Office  2003-496-605/60,0xx

UMG_00013560

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 712-860

**Effective date of registration:**

December 14, 2012

---

## Title

**Title of Work:** Where We Came From, Artist: Phillip Phillips, 00602537232116 (eRelease)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 6, 2012        **Nation of 1st Publication:** United States

## Author

■        **Author:** 19 Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** 19 Recordings, Inc.

c/o Interscope Records, A Div. of UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** December 12, 2012

---

UMG_00013567

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## SR 618-744

**Effective date of registration:**

October 17, 2007

## Title

**Title of Work:** FAMOUS HIT PACK   PUDDLE OF MUDD 00602517430136 (E-RELEASE)

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 24, 2007        **Nation of 1st Publication:** United States

## Author

■ **Author:** FLAWLESS/GEFFEN RECORDS, A DIV. OF UMG RECORDINGS INC

**Author Created:** SOME SOUND RECORDINGS: "MERRY GO ROUND" & "BLURRY" (ACOUSTIC)

**Work made for hire:** Yes

**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** FLAWLESS/GEFFEN RECORDS

A DIV. OF UMG RECORDINGS INC, 2220 COLORADO AVE, SANTA MONICA, CA, 90404

## Limitation of copyright claim

**Material excluded from this claim:** SOUND RECORDING: "FAMOUS" (REGISTRATION PENDING -- 00602517372894)

**Previously registered:** No

**New material included in claim:** ALL OTHER SOUND RECORDINGS

## Certification

**Name:** TEGAN KOSSOWICZ, authorized agent of FLAWLESS/GEFFEN RECORDS, A DIV. OF UMG RECORDINGS, INC.

**Date:** September 19, 2007

Page 1 of 2

UMG_00013572

Page 2 of 2

UMG_00013573

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 728-185

**Effective date of registration:**

August 5, 2013

---

## Title

**Title of Work:** Haunt EP, Artist: Bastille, 00602537456352 (compact disc)

**Contents Titles:** Pompeii; Overjoyed; Bad Blood; Haunt (Demo)

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 28, 2013    **Nation of 1st Publication:** United States

## Author

**Author:** Virgin Records Ltd.

**Author Created:** sound recording, Pictorial Matter

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Virgin Records Ltd.

c/o UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** August 2, 2013

---

UMG_00013574

**Registration #:**   SR0000728185
**Service Request #:**   1-970015392



Universal Music Group
Larissa Caschera
6301 Owensmouth Ave.
11th Floor
Woodland Hills, CA 91367

UMG_00013575

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 717-504

**Effective date of registration:**

April 11, 2013

---

## Title

**Title of Work:** The Time (Dirty Bit), Artist: The Black Eyed Peas, 00602527571195 (eRelease)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 9, 2010      **Nation of 1st Publication:** United States

## Author

■      **Author:** Interscope Records

**Author Created:** sound recording

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Interscope Records

c/o UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** December 15, 2010

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:**  SR0000717504

**Service Request #:**  1-531501100



Universal Music Group
Larissa Caschera
111 Universal Hollywood Drive
11th Floor
Universal City, CA 91608

UMG_00013578

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**SR 612-452**

**Effective date of
registration:**

April 22, 2008

---

## Title

**Title of Work:** Beat It, Artist: Fall Out Boy feat. John Mayer, 00602517672796 (eRelease)

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 25, 2008    **Nation of 1st Publication:** United States

## Author

■    **Author:** The Island Def Jam Music Group, a div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** The Island Def Jam Music Group, a div. of UMG Recordings, Inc.

## Certification

**Name:** Tegan Kossowicz

**Date:** April 22, 2008

---

Page 1 of 1

UMG_00013661

IPN#:   x x

Registration #:   SR0000612452

Service Request #:   1-54160977

Universal Music Group
Larissa Caschera
10 Universal City Plaza - 11th Floor
Universal City, CA 91608

UMG_00013662

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 709-280**

**Effective date of registration:**

October 14, 2012

## Title

**Title of Work:** This Kiss, Artist: Carly Rae Jepsen, 00602537165926 (eRelease)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 10, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** Interscope Records, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Domiciled in:** United States

■    **Author:** Silent Records, LLC, dba Schoolboy Records

**Author Created:** sound recording

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Interscope Records, A Div. of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

**Copyright Claimant:** Silent Records, LLC, dba Schoolboy Records

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

UMG_00013673

**Name:**   Tegan Kossowicz

**Date:**   October 11, 2012



UMG_00013674

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a published sound recording

**FORM N**

REGISTRATION NO.

**N    38974**

DO NOT WRITE HERE

**CLASS**

**N**

**This Is To Certify** that the statements set forth in this certificate have been made a part of the records of the Copyright Office of the United States of America. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*Barbara Ringer*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name

Address    WARNER BROS. RECORDS, INC.

3300 WARNER BOULEVARD

Name    BURBANK, CALIFORNIA 91510

Address

**2. Title:**    "JAMES TAYLOR'S GREATEST HITS", BS 2979
(Title of sound recording as it appears on the copies; also catalog number if one appears on the copies)

**3. (a) Description of Sound Recording Deposited:**    12 inch 33-1/3 rpm disc recording
(General type of sound recording deposited)

**(b) Nature of Material Recorded:**    Music
(General type of material recorded)

**4. Author of This Sound Recording:**

WARNER BROS. RECORDS, INC.

3300 WARNER BOULEVARD

Name    BURBANK, CALIFORNIA 91510    Citizenship    USA
(Name of country)

Domiciled in U.S.A.  Yes  X   No _____  Address

Name _____    Citizenship _____
(Name of country)

Domiciled in U.S.A.  Yes _____  No _____  Address

**5. (a) Date of Publication of This Sound Recording:**

November 18, 1976
(Month)    (Day)    (Year)

**(b) Place of Publication of This Sound Recording:**

United States

**6. New Matter in This Sound Recording:**

Side I :   1 & 2   (Bands)

Side II:   Band 6

**7. Fixation before February 15, 1972:**

EXAMINER

(General statement of nature of any substantial part of the sounds published for the first time in this recording fixed before February 15, 1972.)
*Complete all applicable spaces on next page*

WBR_00000943

**8. Deposit account:**

WARNER BROS RECORDS, INC.

3300 WARNER BOULEVARD

BURBANK, CALIFORNIA 91510

**9. Send correspondence to:**

Name _____ Address _____

**10. Send certificate to:**

```
(Type or
print
name and
address)
```

Name   WARNER BROS. RECORDS, INC.

Address   3300 WARNER BOULEVARD

BURBANK, CALIFORNIA 91510
(Number and street)

_____
(City)                    (State)                    (ZIP Code)

## Information concerning copyright in sound recordings

> NOTE: Copyright registration for sound recordings on Form N is not a substitute for registration of a claim to copyright in a musical composition, literary work, dramatic work, or any other copyrightable material recorded. Copyright registration on Form N is for "works that result from the fixation of a series of musical, spoken, or other sounds." Note also that sound recordings registrable on Form N do not include a sound track when it is an integrated part of a motion picture. Concerning registration for works other than sound recordings, write to the Copyright Office, Library of Congress, Washington, D.C. 20559, which will supply appropriate application forms and general information free on request.

*When to Use Form N.* Form N is appropriate for published sound recordings.

*What Is a "Sound Recording?"* A "sound recording" is a work that results from the fixation of a series of musical, spoken, or other sounds. Common examples of reproductions of sound recordings include phonograph discs, open-reel tapes, cartridges, cassettes, player piano rolls, and similar material objects in which sounds are fixed and from which the sounds can be perceived, reproduced, or otherwise communicated either directly or with the aid of a machine or device.

*Unpublished Works.* A sound recording cannot be registered in unpublished form. Unpublished sound recordings may be protected by the common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published sound recordings endures for 28 years from the date of first publication, and may be renewed for a second 28-year term.

*Effective Date.* The enactment providing for registration of sound recordings took effect on February 15, 1972. Under this provision, registration of claim to copyright is possible only for sound recordings fixed on or after February 15, 1972. However, the enactment specifies that the provision is not to "be construed as affecting in any way rights with respect to sound recordings fixed before that date."

*Fixation.* A series of sounds constituting a sound recording is "fixed" when that complete series is first produced on a final master recording that is later reproduced in published copies.

## How to secure statutory copyright in a sound recording

*First: Produce Copies with Copyright Notice.* Reproduce the sound recording in copies. To secure copyright, it is essential that the copies bear copyright notice in the required form and position, as explained below.

*Second: Publish the Sound Recording with Copyright Notice.* The copyright law defines the date of publication as the earliest date when copies were placed on sale, sold, or publicly distributed by the copyright owner or under his authority.

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, two complete copies of the best edition of the sound recording as first published with notice, an application on Form N, properly completed and signed, and a fee of $6.

*The Copyright Notice.* The copyright notice on a sound recording should appear on the surface of the copies thereof or on the label or container, in such manner and location as to give reasonable notice of the claim of copyright. The copyright notice for sound recordings consists of the symbol ℗, the year date of first publication of the sound recording, and the name of the copyright owner of the sound recording. Example: ℗ 1973 Doe Records, Inc.

—*Alternative Form Of Notice.* As an alternative, the notice for sound recordings may consist of the symbol ℗, the year date of first publication, and an abbreviation by which the name of the copyright owner can be recognized or a generally known alternative designation of the owner. In such instances line 1 of the application for registration should be completed by giving the abbreviation or designation as it appears in the notice on the copies deposited, followed by the appropriate statement, for example, "abbreviation of the name Doe Records, Inc." or "generally known alternative designation of Doe Records, Inc."

—*Special Provision.* If the producer of the sound recording is named on the labels or containers of the copies of the sound recording, and if no other name appears in conjunction with the notice, his name shall be considered a part of the notice.

> WARNING: It is the act of publication with copyright notice that actually secures statutory copyright protection in a sound recording. If authorized copies of the sound recording are published without the required notice described above, the right to secure statutory copyright for that sound recording is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| JUL 19 1977 | |
| Two copies received | |
| JUL 19 1977 | |
| Fee received | |

WBR_00000944

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-901-207

**Effective date of registration:**

March 13, 2014

## Title

**Title of Work:** Outside, et al.

**Title of Larger Work:** Camp recorded by Childish Gambino

**Date on Copies** 11/15/2011

**Contents Titles:** Outside

Fire Fly

All the Shine

L.E.S.

Sunrise

That Power

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 15, 2011    **Nation of 1st Publication:** United States

## Author

■    **Author:** Ludwig Goransson

**Author Created:** music, lyrics

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

■    **Author:** Donald Glover

**Author Created:** music, lyrics

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Ludwig Goransson

10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States

**Transfer Statement:** By written agreement

WCP_00000551

| Copyright Claimant: | Songs of Roc Nation Music |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Childish Industries |
| | street not known, city not known |
| Transfer Statement: | By written agreement |

## Certification

| Name: | Christopher George |
| Date: | March 11, 2014 |

| Correspondence: | Yes |



WCP_00000552

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 737-558**

**Effective date of registration:**

November 22, 2013

---

## Title
**Title of Work:** Do What U Want, Artist: Lady Gaga, 00602537623440 (eRelease)

## Completion/Publication
**Year of Completion:** 2013

**Date of 1st Publication:** October 21, 2013          **Nation of 1st Publication:** United States

## Author
 ▪ **Author:** Interscope Records, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Interscope Records, A Div. of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions
**Organization Name:** Universal Music Group

## Certification
**Name:** Tegan Kossowicz

**Date:** November 21, 2013

---

Page 1 of 1

UMG_00013509

**Registration #:**  SR0000737558

**Service Request #:**  1-1022205021



Universal Music Group
Larissa Caschera
6301 Owensmouth Ave.
11th Floor
Woodland Hills, CA 91367

UMG_00013510