# Exhibit 8

HIGHLY CONFIDENTIAL

Page 4

| | | |
|---|---|---|
| WITNESS | EXAMINATION | PAGE |
| ALASDAIR McMULLAN | BY MR. ANDERSON | 8 |

INDEX

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiffs' Rule 26(a)(1) Disclosures (11 pgs) | 11 |
| Exhibit 2 | Defendants Cox Communications, Inc.'s And CoxCom, LLC's Notice Of Deposition To UMG Recordings, Inc. And Capitol Records, LLC Pursuant To Federal Rule Of Civil Procedure 30(b)(6) (14 pgs) and Defendants Cox Communications, Inc.'s And CoxCom, LLC's Notice Of Deposition To Universal Music Corp., et al., Pursuant To Federal Rule Of Civil Procedure 30(b)(6) (16 pgs) | 16 |
| Exhibit 3 | UMG Records, Inc. Company Profile UMG 00001567 - 00001599 | 25 |
| Exhibit 4 | Capitol Records, LLC Company Profile UMG 00001600 - 00001606 | 25 |
| Exhibit 5 | Exhibit A to Plaintiff's First Amended Complaint (109 pgs) | 53 |
| Exhibit 6 | Certificate Of Registration Form SR UMG 00000633 - 00000634 | 53 |
| Exhibit 7 | Business Entity Information Sheet re Aftermath JV UMG 00004679 - 00004684 | 55 |
| Exhibit 8 | Certificate Of Registration Form SR UMG 00000404 | 56 |

HIGHLY CONFIDENTIAL

Page 5

| | | | |
|---|---|---|---|
| 1 | Exhibit 9 | Certificate Of Registration Form SR UMG 00000670 - 00000671 | 58 |
| | Exhibit 10 | Certificate Of Registration Form SR UMG 00000601 - 00000602 | 58 |
| | Exhibit 11 | Certificate Of Registration Form SR UMG 00000183 - 00000184 | 61 |
| | Exhibit 12 | Certificate Of Registration Form SR UMG 00000185 - 00000186 | 61 |
| | Exhibit 13 | Master Agreement between DtecNet and RIAA RIAA 00000003 - 00000016 | 93 |
| | Exhibit 14 | SOW RIAA Commercial ISP Program RIAA 00000017 - 00000029 | 101 |
| | Exhibit 15 | MarkMonitor Statement of Work ("SOW") RIAA 00000030 - 00000044 | 116 |
| | Exhibit 16 | MarkMonitor Statement of Work ("SOW") RIAA 00000045 - 00000058 | 117 |
| | Exhibit 17 | Independent Expert Assessment of MarkMonitor AntiPiracy Methodologies by Stroz Friedberg RIAA 00127791 - 00127805 | 142 |
| | Exhibit 18 | Harbor Labs Evaluation of the MarkMonitor AntiPiracy System RIAA 00127758 - 00127768 | 145 |
| | Exhibit 19 | Memorandum Of Understanding Plaintiffs 00286200 - 00286250 | 148 |
| | Exhibit 20 | The Copyright Alert System Phase One And Beyond dated May 28, 2014 (16 pgs) | 174 |
| | Exhibit 21 | Enders/Analysis, "Recorded music 2012: edging to a new dawn" UMG 00011594 - 0011635 | 179 |