# Exhibit 9

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 736-307**

**Effective date of registration:**

November 15, 2013

## Title
**Title of Work:** Come Walk With Me, Artist: M.I.A., 00602537505166 (eRelease)

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** September 3, 2013    **Nation of 1st Publication:** United States

## Author
**Author:** Maya Arulpragasam
**Author Created:** sound recording
**Work made for hire:** No

## Copyright claimant
**Copyright Claimant:** Maya Arulpragasam
c/o Interscope Records, A Div. of UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions
**Organization Name:** Universal Music Group

## Certification
**Name:** Tegan Kossowicz
**Date:** November 14, 2013

Page 1 of 1

UMG_00000074

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 698-452**

**Effective date of registration:**

April 25, 2012

## Title
**Title of Work:** Bad Girls, Artist. M I.A., 00602527950983 (eRelease)

## Completion/Publication
**Year of Completion:** 2012
**Date of 1st Publication:** January 31, 2012     **Nation of 1st Publication:** United States

## Author
- **Author:** Maya Arulpragasam
  **Author Created:** sound recording
  **Work made for hire:** No
  **Citizen of:** not known

## Copyright claimant
**Copyright Claimant:** Maya Arulpragasam
c/o Interscope Records, A Div. of UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions
**Organization Name:** Universal Music Group

## Certification
**Name:** Tegan Kossowicz
**Date:** April 25, 2012

Page 1 of 1

UMG_00000075

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 736-309**

**Effective date of registration:**

November 15, 2013

---

## Title

**Title of Work:** Y.A.L.A., Artist: M.I.A., 00602537609147 (eRelease)

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** October 22, 2013    **Nation of 1st Publication:** United States

## Author

- **Author:** Maya Arulpragasam
  **Author Created:** sound recording
  **Work made for hire:** No

## Copyright claimant

**Copyright Claimant:** Maya Arulpragasam
c/o Interscope Records, A Div. of UMG Recordings, Inc., 2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz
**Date:** November 14, 2013

UMG_00000076

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**SR 636-840**

**Effective date of registration:**

March 31, 2008

## Title

**Title of Work:** TITLE: "IF I HAD EYES" ARTIST: JACK JOHNSON 00602517570108 (E-RELEASE)

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** December 11, 2007

## Author

- **Author:** JACK JOHNSON
  **Author Created:** SOUND RECORDING
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1975
  **Anonymous:** No       **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** JACK JOHNSON
c/o UNIVERSAL RECORDS, A DIV. OF UMG RECORDINGS, INC., 2220 COLORADO AVE., SANTA MONICA, CA, 90404

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** TEGAN KOSSOWICZ
**Date:** December 17, 2007

UMG_00000318