# Exhibit 10-1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## SR 712-017

**Effective date of
registration:**

November 21, 2012

---

## Title

**Title of Work:** Think Like A Man - Music From & Inspired By The Film / by Various Artists (#88691-93953-2)

**Contents Titles:** Think Like A Man / by Jennifer Hudson & Ne-Yo (feat. Rick Ross)

Tonight (Best You Ever Had) / by John Legend (feat. Ludacris)

Need A Reason / by Kelly Rowland (feat. Future & Bei Maejor)

Wont Make A Fool Out Of You / by Marcus Canty

Baby Be Mine / by Quadron

That's The Way Of The World / by Earth, Wind & Fire

Freedom Ride / by Keri Hilson

Shake That Jelly / by Billy Wes

Same Ol BS / by Ravaughn

Fire / by Brandon Hines

Motion Picture / by Future

Never Too Much / by Luther Vandross

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 10, 2012       **Nation of 1st Publication:** United States

## Author

■ **Author:** Sony Music Entertainment

**Author Created:** sound recording, sounds on tracks 1-3, 5, & 8-11; the compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sony Music Entertainment

550 Madison Avenue, New York, NY, 10022, United States

SME_00003904

## Limitation of copyright claim

**Material excluded from this claim:** sound recording, sound recordings on tracks 4 and 7; pre-existing sound recordings and artwork from various sources; some sampled sounds

**New material included in claim:** sound recording, sounds on tracks 1-3, 5, & 8-11; and the compilation

## Certification

**Name:** Robert Elliott

**Date:** November 21, 2012

**Applicant's Tracking Number:** PG336

SME_00003905



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

L

Search Request: Left Anchored Copyright Number = SR0000198941

Search Results: Displaying 1 of 1 entries



---

Labeled View

***Dear Mama ; Thug life's bury me a G ; Old school / 2Pac.***

**Type of Work:** Sound Recording

**Registration Number / Date:** SR0000198941 / 1995-04-27

**Title:** Dear Mama ; Thug life's bury me a G ; Old school / 2Pac.

**Imprint:** c1995.

**Publisher Number:** Interscope 95774-2

**Description:** Compact disc.

**Notes:** 4 versions of 1st selection.

Photography by Reisig & Taylor.

**Copyright Claimant:** © ℗ Interscope Records (employer for hire)

**Date of Creation:** 1995

**Date of Publication:** 1995-02-09

**Previous Registration:** Some sounds prev. reg.

**Basis of Claim:** New Matter: additional sounds; photography.

**Variant title:** Dear Mama

**Other Title:** Thug life's bury me a G

Old school

**Names:** 2Pac

Reisig & Taylor

Interscope Records



---

| Save, Print and Email (Help Page) |
|---|

Select Download Format  Full Record ▾   Format for Print/Save

Enter your email address: _____

Email

Plaintiffs_00006688

Plaintiffs_00006689



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
SR0000322448
Search Results: Displaying 1 of 1 entries

◁ previous    next ▷



### '03 Bonnie & Clyde / Jay-Z.

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000322448 / 2003-01-14 |
| **Title:** | '03 Bonnie & Clyde / Jay-Z. |
| **Imprint:** | c2002. |
| **Publisher Number:** | Roc-A-Fella Records 440 063 843-1 |
| **Description:** | Sound disc : 33 1/3 rpm ; 12 in. |
| **Notes:** | 4 versions. |
|  | Parental advisory/explicit content. |
| **Copyright Claimant:** | ℗ Roc-A-Fella Records, LLC (employer for hire) |
| **Date of Creation:** | 2002 |
| **Date of Publication:** | 2002-11-12 |
| **Previous Registration:** | Prev. reg. 2002. |
| **Basis of Claim:** | New Matter: remixing. |
| **Names:** | Jay-Z |
|  | Roc-A-Fella Records, LLC |

◁ previous    next ▷

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address: _____ |
| Email |

Plaintiffs_00007098

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00007099



| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number =
SR0000348508
Search Results: Displaying 1 of 1 entries

[◄ previous] [next ►]

---



*This love / Maroon 5.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000348508 / 2004-04-05 |
| **Title:** | This love / Maroon 5. |
| **Imprint:** | [2004] |
| **Publisher Number:** | J1PV-60947-1 |
| **Description:** | Sound disc : 33 1/3 rpm ; 12 in. |
| **Notes:** | 3 versions. |
| **Copyright Claimant:** | ℗ on recording; BMG Music (employer for hire) |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2004-03-16 |
| **Names:** | Maroon 5 |
| | BMG Music |

[◄ previous] [next ►]

---

| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]   [Format for Print/Save] |
| Enter your email address: [_____] |
| [Email] |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000377878
Search Results: Displaying 1 of 1 entries



Labeled View

### *If it's lovin' that you want / Rihanna.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000377878 / 2005-10-12 |
| **Title:** | If it's lovin' that you want / Rihanna. |
| **Notes:** | 3 versions. |
| **Copyright Claimant:** | ℗ on sound recording; Island Def Jam Music Group, a division of UMG Recordings, Inc. (employer for hire) |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-08-16 |
| **Copyright Note:** | Cataloged from appl. only. |
| **Names:** | Rihanna |
|  | Island Def Jam Music Group |
|  | UMG Recordings, Inc. Island Def Jam Music Croup |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [ ] |
| [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00007333

Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



# FORM RE
For Renewal of a Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE 919-768

EFFECTIVE DATE OF RENEWAL REGISTRATION

AUG 0 5 2005

| Month | Day | Year |

RATE CONTINUATION SHEET (RE/CON).

---

**1**   RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM –   (See Instructions)

1   Name **BMG Music**
    Address   550 Madison Avenue, New York, NY 10022-3211
    Claiming as   BMG Music, a proprietor of copyright in a work made for hire
    *(Use appropriate statement from instructions)*

2   Name
    Address
    Claiming as

3   Name
    Address
    Claiming as

---

**2**   TITLE OF WORK IN WHICH RENEWAL IS CLAIMED –

LUCKENBACH, TEXAS (BACK TO THE BASICS OF LOVE) / BELLE OF THE BALL / by WAYLON JENNINGS (PB- 10924)

RENEWABLE MATTER –

Sound recordings

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or other composite work, give information about
the collective work in which the contribution appeared.   Title of Collective Work –

If published in a periodical or serial give:   Volume –   Number –   Issue Date –

---

**3**   AUTHOR(S) OF RENEWABLE MATTER –

RCA Records

---

**4**   ORIGINAL REGISTRATION NUMBER –   ORIGINAL COPYRIGHT CLAIMANT –

N 44284                           RCA Records

ORIGINAL DATE OF COPYRIGHT
If the original registration for this work was made in published form, give:   | If the original registration for this work was made in unpublished form, give:
DATE OF PUBLICATION   (Month) **3-21-1977** (Day) (Year)   OR   DATE OF REGISTRATION   (Month) (Day) (Year)

---

MORE ON BACK   • Complete all applicable spaces (numbers 5-8) on the reverse side of this page   DO NOT WRITE HERE
              • See detailed instructions.   • Sign the form at space 7.   Page 1 of _ pages

This form was electronically produced by Elite Federal Forms, Inc.

SME_00002780

*Amended by C.O. Authority of written statement from Karen Shovlowsky dated November 14, 2005 filed with correspondence.

Case 1:05-cv-09575-NRB   Document 114-2   Filed 10/14/09   Page 11 of 27 PageID# 19922

| RENEWAL APPLICATION RECEIVED | FORM RE |
|---|---|
| **11-01-05** | |
| CORRESPONDENCE ☑ YES | FOR COPYRIGHT OFFICE USE ONLY |
| EXAMINED BY *NB* | |
| CHECKED BY | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET (RE/CON).

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual but published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form REON).

**5**

**1**
Title of Contribution
Title of Periodical:        Vol:        No        Issue Date:
Date of Publication
        (Month)    (Day)    (Year)        Registration Number:

**2**
Title of Contribution
Title of Periodical        Vol        No:        Issue Date:
Date of Publication
        (Month)    (Day)    (Year)        Registration Number

**3**
Title of Contribution
Title of Periodical        Vol        No        Issue Date
Date of Publication
        (Month)    (Day)    (Year)        Registration Number

**4**
Title of Contribution
Title of Periodical        Vol        No        Issue Date:
Date of Publication.
        (Month)    (Day)    (Year)        Registration Number

---

**6**

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name                BMG Music

Account Number        DAO 92811

**CORRESPONDENCE:** Give name and address to which correspondence about this application should be sent.

Name    Attn:Karen Shovlowsky-SONY BMG MUSIC ENTERTAINMENT

Address  550 Madison Avenue - 18th Floor

New York          NY          10022-3211
(City)            (State)     (Apt) (ZIP)

Area Code and Telephone Number    (212)833-5354

Be sure to give your daytime phone number

---

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of    SONY BMG MUSIC ENTERTAINMENT
                                    (Name of renewal claimant)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name—        Karen Shovlowsky        Date — 7-22-2005

☞ Handwritten signature (X)—    *Karen Shovlowsky*

---

**8**

MAIL CERTIFICATE TO

Name —
Attn: Karen Shovlowsky - SONY BMG MUSIC ENTERTAINMENT

Number/Street/Apt —
550 Madison Avenue - 18th Floor

City/State/ZIP —
New York, NY  10022-3211

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 7

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $45 filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C.  20559

*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# CERTIFICATE OF REGISTRATION



THE UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS ·

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER



SR 185-365

2 - 23 - 94
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**
STREETS OF PHILADELPHIA/BY BRUCE SPRINGSTEEN
From PHILADELPHIA  MUSIC FROM THE MOTION PICTURE  (EK 57624)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF MATERIAL RECORDED ▼**          See Instructions
☒ Musical    ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other

---

**2**

**a**  **NAME OF AUTHOR ▼**
Bruce Springsteen

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answers to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
sound recordings

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answers to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answers to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

---

**3**

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November  Day ▶ 22  Year ▶ 1993
USA                                    ◀ Nation

---

**4**

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Bruce Springsteen  c/o John Landau Management
40 West Elm Street
Greenwich, Connecticut 06830

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB 23 1994
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
FEB 23 1994

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of 7 pages

SME_00003226

EXAMINED BY _____  FORM SR

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYR...
OFFIC...
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

all other songs

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

side one-band one

See instructions
before
completing
this space

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

Sony Music Entertainment Inc.          DAO 63061

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Sony Music Entertainment Inc./ATTENTION KAREN SHOVLOWSKY
550 Madison Avenue
New York, New York  10022-3211
24 Floor

Area Code & Telephone Number ▶ (212) 833-5354  FAX (212) 833-7218

Be sure to
give your
daytime phone
◀ number.

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Sony Music Entertainment Inc.
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

CAROL NELSON                                   date ▶ 2/22/94

Handwritten signature (X) ▼  *Carol Nelson*

**8**

MAIL
CERTIFI-
CATE TO

Name ▼
ATTENTION KAREN SHOVLOWSKY
Sony Music Entertainment Inc.
Number/Street/Apartment Number ▼
550 Madison Avenue
24 Floor
City/State/ZIP ▼
New York, New York  10022-3211

Certificate
will be
mailed in
window
envelope

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office
has the authority to
adjust fees at
intervals, based
on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995
to determine the actual
fee schedule.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced be Elite Federal Forms' Forms Manager

SME_00003227

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## SR 641-952

**Effective date of
registration:**

July 27, 2009

---

## Title

**Title of Work:** Day 'N' Nite, Artist: Kid Cudi (eRelease)

**Contents Titles:** 2 Versions: Original (00602527032252) & Crookers Remix (00602527035543)

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 20, 2009        **Nation of 1st Publication:** United States

## Author

■       **Author:** Universal Motown Records, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording, remix

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Universal Motown Records, A Div. of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** July 24, 2009

---

UMG_00000015

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
SR 627-325

**Effective date of
registration:**
February 23, 2009

---

Title ─────────────────────────────────────────────

**Title of Work:** Here I Am, Artist: Rick Ross, 00602517949539 (vinyl)
**Contents Titles:** 3 Versions: Clean; Dirty; Instrumental

Completion/ Publication ──────────────────────

**Year of Completion:** 2008

**Date of 1st Publication:** December 23, 2008      **Nation of 1st Publication:** United States

Author ──────────────────────────────────────

■      **Author:** The Island Def Jam Music Group, A Div. of UMG Recordings, Inc.

**Author Created:** Most Sound Recordings

**Work made for hire:** Yes

**Citizen of:** United States

Copyright claimant ─────────────────────────

**Copyright Claimant:** The Island Def Jam Music Group, A Div. Of UMG Recordings, Inc.

2220 Colorado Ave., Santa Monica, CA, 90404

Limitation of copyright claim ──────────────────

**Material excluded from this claim:** One Sound Recording Version: Dirty (00602517414266)

**New material included in claim:** All Other Sound Recording Versions

Certification ─────────────────────────────────

**Name:** Tegan Kossowicz
**Date:** February 19, 2009

---

UMG_00000134

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## SR 642-192

**Effective date of registration:**

March 21, 2008

---

## Title

**Title of Work:** "THE BOSS"

         ARTIST: RICK ROSS    00602517627154 (VINYL)

**Contents Titles:** VERSIONS: CLEAN, DIRTY, INSTRUMENTAL

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 26, 2008      **Nation of 1st Publication:** United States

## Author

■     **Author:** THE ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.

     **Author Created:** SOME SOUND RECORDINGS (CLEAN & INSTRUMENTAL VERSIONS)

**Work made for hire:** Yes

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS, INC.
2220 COLORADO AVE., SANTA MONICA, CA, 90404

## Limitation of copyright claim

**Material excluded from this claim:** ONE SOUND RECORDING (DIRTY VERSION) (REGISTRATION PENDING - 00602517638952)

**Previously registered:** No

**New material included in claim:** ALL OTHER SOUND RECORDINGS (CLEAN & INSTRUMENTAL VERSIONS)

## Certification

---

Page 1 of 2

UMG_00000137

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**SR 622-566**

**Effective date of registration:**

July 17, 2008

## Title

**Title of Work:** Magic, Artist: Robin Thicke, 00602517732339 (vinyl)

**Contents Titles:** 4 Versions: Radio Edit, Instrumental, Acappella, Album

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** June 24, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Interscope Records, A Div. of UMG Recordings, Inc.

**Author Created:** sound recording

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Interscope Records, A Div. Of UMG Recordings, Inc.

## Certification

**Name:** Tegan Kossowicz

**Date:** July 14, 2008

Page 1 of 1

UMG_00000158

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## SR 629-797

**Effective date of
registration:**

August 13, 2007

## Title

**Title of Work:** REGULATE...G FUNK ERA (SPECIAL EDITION) WARREN G 00602517327382 (2 COMPACT DISCS)

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 17, 2007          **Nation of 1st Publication:** United States

## Author

- **Author:** THE ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS INC
  **Author Created:** SOME SOUND RECORDINGS / COMPILATION OF SOUND RECORDINGS

  **Work made for hire:** Yes

  **Anonymous:** No                                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE ISLAND DEF JAM MUSIC GROUP, A DIV. OF UMG RECORDINGS INC.
2220 COLORADO AVE., SANTA MONICA, CA, 90404

## Limitation of copyright claim

**Material excluded from this claim:** MOST SOUND RECORDINGS (DISC ONE) / PICTORIAL MATTER

**Previously registered:** Yes

**Previous registration and year:** PENDING

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** ALL OTHER SOUND RECORDINGS (DISC TWO) / COMPILATION OF SOUND RECORDINGS

## Certification

UMG_00000204

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

SR 671-828

**Effective date of
registration:**

March 21, 2011

## Title

**Title of Work:** Lights, Artist: Ellie Goulding, 00602527631325 (compact disc)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** March 8, 2011          **Nation of 1st Publication:** United States

## Author

■ **Author:** Polydor Ltd. (UK)

**Author Created:** Most Sound Recordings / Pictorial Matter

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Polydor Ltd. (UK)

c/o Interscope Records, A Div. of UMG Recordings, Inc., 2220 Colorado
Ave., Santa Monica, CA, 90404

## Limitation of copyright claim

**Material excluded from this claim:** Two Sound Recordings: "Starry Eyed" & "Guns And Horses" (SR 664-533)

**New material included in claim:** All Other Sound Recordings / Pictorial Matter

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz

**Date:** March 18, 2011

Page 1 of 1

UMG_00000357

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17 United States Code attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights  United States of America


**Form SR**
Fo  Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 378-385**



EFFECTIVE DATE OF REGISTRATION

| 12 | 28 | 05 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**1**
TITLE OF THIS WORK ▼
TITLE  "YOU KNOW WHAT  (2 VERSIONS)
ARTIST  AVANT                                      00602498863909  (7  VINYL)

PREVIOUS  ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2**  **a**
NAME OF AUTHOR ▼
GEFFEN RECORDS  A DIVISION OF UMG RECORDINGS  INC

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Ano ymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this autho  in which copyright is claimed ▼
SOME SOUND RECORDINGS

**NOTE**
U  de  the law
the  a  thor  of
a  w  k made
fo  h  a
g  e elly the
empl y    ot
th  employee
(s  a  st  c
to  ) F  a  y
part of th  a
wo  k that was
m  de f
hire  check
Y      the
p
provided  give
the employe
(or  the
pe so  to
whom the wo k
was  p  epa ed)
A  tho  of
that part a d
lea  e the
p   l  d  t
of birth a d
de  th bla  k

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribut on to the work a work made fo  h  re ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled n ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

NATURE OF AUTHORSHIP  Bri  fly describe nature of m  terial created by this  utho  n which copyright is cla med ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

W  s this contribut on to the work a work made for h  re ?
☐ Yes
☐ No

AUTHOR S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Dom ciled n ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material cre ted by this a thor in which copyright is claimed ▼

---

**3**  **a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005
This information must be given in all cases

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this I formation ONLY if this work has been published
Month ▶  09   Day ▶  27   Yea ▶  05
U.S.A.  ◀ Nation

---

**4**  **a**
COPYRIGHT CLAIMANT(S) Name and  ddress m  st be given even  f the cl  im nt is the same as the author given  n space 2 ▼
GEFFEN RECORDS  A DIV  OF UMG RECORDINGS  INC
2220 COLORADO AVE
SANTA MONICA, CA 90404

See instructions before completing this space

APPLICATION RECEIVED
**DEC 2 8 2005**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**DEC 2 8 2005**
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**b**
TRANSFER If the claimant(s) named here  n space 4 is (are) d fferent from the author(s) named in space 2 give a brief statement of how the cl  ima  t(s) obt  ned ownership of the copyright ▼

---

MORE ON BACK ▶  Compl  te all applicable spaces (  mbers 5 9) o  the  everse  ide of this page
See detailed instructions                    Sig  the form at line 8

DO NOT WRITE HERE
Page 1 of  **2**  pages

UMG_00000423

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 382-030**



EFFECTIVE DATE OF REGISTRATION

12 - 28 - 05
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
   TITLE:  "HUSTLER'S AMBITION" (2 VERSIONS)
   ARTIST:  50 CENT                                    00602498873205  (E-RELEASE)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2**
**a**
NAME OF AUTHOR ▼
G UNIT RECORDS, INC./INTERSCOPE RECORDS, A DIVISION OF UMG RECORDINGS, INC.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005  ◀ Year
This information must be given in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 11   Year ▶ 05
U.S.A.  ◀ Nation

---

**4**
**a**
See instructions before completing this space.
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
G UNIT RECORDS, INC./INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC.
2220 COLORADO AVE.
SANTA MONICA, CA 90404

APPLICATION RECEIVED
DEC 2 8 2005
ONE DEPOSIT RECEIVED
DEC 2 8 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**b**
TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                  • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

UMG_00000425

| EXAMINED BY | OBI | FORM SR |
| CHECKED BY | | |
| CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

### DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a**   Name ▼        UNIVERSAL MUSIC GROUP       Account Number ▼      DA024582

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent:  Name / Address / Apt / City / State / ZIP ▼
**b**
UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
10 UNIVERSAL CITY PLAZA -13TH FLOOR
UNIVERSAL CITY, CA  91608

Area code and daytime telephone number  (818) 777-4040        Fax number   (818) 866-1604
Email

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ authorized agent of  G UNIT RECORDS, INC./INTERSCOPE RECORDS, A DIV. OF UMG RECORDINGS, INC.
                                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

PATRICIA BLAIR                                          Date    12/21/05

Handwritten signature (x) ▼
X _____

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼<br>UNIVERSAL MUSIC GROUP<br>COPYRIGHT ADMINISTRATION |
| | Number/Street/Apt ▼<br>10 UNIVERSAL CITY PLAZA<br>13TH FLOOR |
| | City/State/ZIP ▼<br>UNIVERSAL CITY, CA  91608 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000   Web Rev: July 2003   ♻ Printed on recycled paper                          U.S. Government Printing Office: 2003-496-605/60,021

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17 United States Code attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights  United States of America



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

SR 378–134

SRU

**EFFECTIVE DATE OF REGISTRATION**

Sep                06                2005
Month              Day               Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

TITLE    PON DE REPLAY (2 VERSIONS)
ARTIST   RIHANNA                              00602498823798    (VINYL)

**PREVIOUS  ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

---

## 2

**a**

**NAME OF AUTHOR ▼**

THE ISLAND DEF JAM MUSIC GROUP  A DIVISION OF UMG RECORDINGS  INC

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire ?
☒ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes  see detailed Instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

SOUND RECORDING

**NOTE**

Under the law the "author" of a "work made for hire is generally the employer not the employee (see instructions) For any part of this work that was "made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire"?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes  see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**

2005  ◄ Year  in all cases   This information must be given

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**

Complete this information ONLY if this work has been published

Month ▶ 05    Day ▶ 24    Year ▶ 05
USA   ◄ Nation

---

## 4

**a**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

THE ISLAND DEF JAM MUSIC GROUP  A DIV OF UMG RECORDINGS  INC
2220 COLORADO AVE
SANTA MONICA, CA  90404

See instructions before completing this space

**b**  **TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
SEP 0 6 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 0 6 2005
**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5 8) on the reverse side of this page
See detailed instructions          Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___2___ pages

UMG_00000521

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17 United States Code attests that registration has been made for the work identified below The information on this certificate has been made a part of the Copyright Office records

*Marybeth Peters*

Register of Copyrights  United States of America



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 366-950



EFFECTIVE DATE OF REGISTRATION

3      1      05
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

TITLE OF THIS WORK ▼

TITLE   DISCO INFERNO (4 VERSIONS)
ARTIST  50 CENT                        00602498800195   (12" VINYL)

PREVIOUS  ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

## 2

**a** NAME OF AUTHOR ▼
SHADY/AFTERMATH/INTERSCOPE RECORDS  A DIV OF UMG RECORDINGS INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire' ?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎨ Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) If any part of this work that was made for hire check Yes in the space provided give the employer (or other person to whom the work was prepared) as 'Author' of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire' ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎨ Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a 'work made for hire' ?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎨ Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is 'Yes,' see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004  ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 01    Day ▶ 11    Year ▶ 05
USA  ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
SHADY/AFTERMATH/INTERSCOPE RECORDS  A DIV OF UMG RECORDINGS  INC
2220 COLORADO AVE
SANTA MONICA  CA  90404

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**b**

APPLICATION RECEIVED
MAR 01 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 01 2005

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __2__ pages

<table>
<tr><td>EXAMINED BY DCH</td><td>FORM SR</td></tr>
<tr><td>CHECKED BY</td><td></td></tr>
<tr><td>CORRESPONDENCE<br>☐ Yes</td><td>FOR COPYRIGHT OFFICE USE ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**
☐ Yes ☒ No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the first time
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes give Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
a

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account **7**
Name ▼    Account Number ▼
a    UNIVERSAL MUSIC GROUP    DA024562

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    N me/Address/Apt/City/State/ZIP ▼
b    UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY  CA  91608
Area code and daytime telephone number (818) 777-4040    Fax number (818) 866-1604
Email

**CERTIFICATION** I the undersigned hereby certify that I am the **8**
Check only one ▼
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant    ☒ authorized agent of SHADY/AFTERMATH/INTERSCOPE RECORDS A DIV OF UMG RECORDINGS INC
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
PATRICIA BLAIR    Date 2/11/05
Handwritten signature (x) ▼
X _____

**Certificate will be mailed in window envelope to this address** **9**
Name ▼ UNIVERSAL MUSIC GROUP COPYRIGHT ADMINISTRATION
Number/Street/Apt ▼ 100 UNIVERSAL CITY PLAZA BUILDING 1320W-4
City/State/ZIP ▼ UNIVERSAL CITY  CA  91608

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2003—100 000  Web Rev July 2003  @ Printed on recycled paper    U S Government Printing Office 2003-496-605/60 9cr

UMG_00000600

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 369-647**



EFFECTIVE DATE OF REGISTRATION

4    22    05
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS WORK ▼
TITLE  THE CORNER (6 VERSIONS)
ARTIST  COMMON                          00602498804827  (COMPACT DISC)

PREVIOUS  ALTERNATIVE  OR CONTENTS TITLES (CIRCLE ONE) ▼

---

**2**

**a**  NAME OF AUTHOR ▼
GEFFEN RECORDS  A DIVISION OF UMG RECORDINGS  INC

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼
SOUND RECORDING/PICTORIAL MATTER

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 ◀ Year
This information must be given in all cases.

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 03    Day ▶ 01    Year ▶ 05
U.S.A. ◀ Nation

---

**4**

**a**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
GEFFEN RECORDS  A DIVISION OF UMG RECORDINGS  INC
2220 COLORADO AVE
SANTA MONICA  CA  90404

APPLICATION RECEIVED
APR 2 2 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 2 2 2005
FUNDS RECEIVED

**b**  TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

---

MORE ON BACK ▶
Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.  Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

UMG_00000617

EXAMINED BY

CHECKED BY

FORM SR

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This work was previously registered in unpublished form and now has been published for the first time.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

See instructions before completing this space.

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼    UNIVERSAL MUSIC GROUP    Account Number ▼   DA024562

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
UNIVERSAL MUSIC GROUP/COPYRIGHT ADMINISTRATION
100 UNIVERSAL CITY PLAZA
UNIVERSAL CITY  CA  91608
Area code and daytime telephone number (818) 777-4040   Fax number (818) 866-1604
Email

**8** CERTIFICATION I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   GEFFEN RECORDS, A DIVISION OF UMG RECORDINGS  INC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
PATRICIA BLAIR    Date  4/7/05

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address
Name ▼   UNIVERSAL MUSIC GROUP
COPYRIGHT ADMINISTRATION
Number/Street/Apt ▼ 100 UNIVERSAL CITY PLAZA
BUILDING 1320W-4
City/State/ZIP ▼   UNIVERSAL CITY  CA  91608

Rev July 2003— 100 000  Web Rev J  ly 2003   Printed on recycled paper

U.S. Government Printing Office 2003-496-605/60 0xx

UMG_00000618