# Exhibit 11



## Public Catalog

 Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001833663
Search Results: Displaying 1 of 1 entries



Labeled View

### *PARTY AIN'T OVER.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001833663 / 2013-02-19 |
| **Application Title:** | PARTY AIN'T OVER. |
| **Title:** | PARTY AIN'T OVER. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | EMI BLACKWOOD MUSIC INC., Transfer: By written agreement. Address: C/O SONY/ATV, 550 MADISON AVENUE, NEW YORK, NY, 10022. |
| | DJ BUDDHA MUSIC PUBLISHING, Transfer: By written agreement. Address: C/O SONY/ATV, 550 MADISON AVENUE, NEW YORK, NY, 10022. |
| | EMI APRIL MUSIC INC., Transfer: By written agreement. Address: C/O SONY/ATV, 550 MADISON AVENUE, NEW YORK, NY, 10022. |
| | UR-IV MUSIC, Transfer: By written agreement. Address: C/O SONY/ATV, 550 MADISON AVENUE, NEW YORK, NY, 10022. |
| | PUBLISHING DESIGNEE OF JAMAL JONES. Address: N/A, N/A. |
| | PUBLISHING DESIGNEE OF NICK VAN DE WALL. Address: N/A, N/A. |
| | PUBLISHING DESIGNEE OF ARMANDO PEREZ. Address: N/A, N/A. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-11-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | URALES VARGAS; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | USHER RAYMOND; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | JAMAL JONES; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | NICK VAN DE WALL; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| | ARMANDO PEREZ; Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Names:** | VARGAS, URALES |
| | RAYMOND, USHER |

JONES, JAMAL

VAN DE WALL, NICK

PEREZ, ARMANDO

EMI BLACKWOOD MUSIC INC.

DJ BUDDHA MUSIC PUBLISHING

EMI APRIL MUSIC INC.

UR-IV MUSIC



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

---

**Help**   **Search**   **History**   **Titles**   **Start Over**

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR                              29-150

SR          SRU

EFFECTIVE DATE OF REGISTRATION

**8 SEP 1981**

(Month)          (Day)          (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM SR/CON)

**①** **Title**

TITLE OF THIS WORK: recorded by The Rolling Stones
"TATTOO YOU"

Catalog number of sound recording, if any   ROLLING STONES COC 16052

PREVIOUS OR ALTERNATIVE TITLES:

NATURE OF MATERIAL RECORDED:
(Check Which)

☒ Musical      ☐ Musical-Dramatic
☐ Dramatic     ☐ Literary
☐ Other:

---

**②** **Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

NAME OF AUTHOR:   PROMOTONE B.V.

1   Was this author's contribution to the work a "work made for hire"?   Yes X   No

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of NETHERLANDS   or   Domiciled in NETHERLANDS
(Name of Country)              (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)
SOUND RECORDING

DATES OF BIRTH AND DEATH:
Born _____ Died _____
(Year)       (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes __   No __
Pseudonymous?   Yes __   No __
If the answer to either of these questions is "Yes," see detailed instructions attached.

NAME OF AUTHOR:

2   Was this author's contribution to the work a "work made for hire"?   Yes   No

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____   or   Domiciled in _____
(Name of Country)              (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born _____ Died _____
(Year)       (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes __   No __
Pseudonymous?   Yes __   No __
If the answer to either of these questions is "Yes," see detailed instructions attached.

NAME OF AUTHOR:

3   Was this author's contribution to the work a "work made for hire"?   Yes   No

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____   or   Domiciled in _____
(Name of Country)              (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

DATES OF BIRTH AND DEATH:
Born _____ Died _____
(Year)       (Year)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes __   No __
Pseudonymous?   Yes __   No __
If the answer to either of these questions is "Yes," see detailed instructions attached.

---

**③** **Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1981

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Day **August   18   1981**
(Month)   (Day)   (Year)
Nation UNITED STATES OF AMERICA
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④** **Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

PROMOTONE B.V.
P.O. Box 5514
De Lairesstratt 99
Amersterdam Z, Netherlands

TRANSFER: If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

UMG_00000185

| | | EXAMINED BY | APPLICATION RECEIVED -4. SEP. 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| SR | 29-150 | CHECKED BY | DEPOSIT RECEIVED. -4. SEP. 1981 | |
| | | CORRESPONDENCE ☐ Yes | -4. SEP. 1981 | |
| | | DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM SR/CON)**

**PREVIOUS REGISTRATION:**

• Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ... No X

• If your answer is "Yes," why is another registration being sought? (Check appropriate box)
☐ This is the first published edition of a work previously registered in unpublished form
☐ This is the first application submitted by this author as copyright claimant
☐ This is a changed version of the work, as shown by line 6 of the application.

• If your answer is "Yes," give: Previous Registration Number .......... Year of Registration ..........

⑥

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

"START ME UP"
"NO USE IN CRYING"
(previously copyrighted and released as single)

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

SIDE ONE: Band 2 "HANG FIRE", Band 3 "SLAVE" Band 4 "LITTLE T. & A"
Band 5 "BLACK LIMOUSINE" Band 6 "NEIGHBOURS" SIDE TWO: Band 1
"WORRIED ABOUT YOU" Band 2 "TOPS" Band 3 "HEAVEN" Band 5 "WAITING
ON A FRIEND"

⑤

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ATLANTIC RECORDING CORPORATION

Account Number: 050946

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Lorraine Verroche
Name ATLANTIC RECORDING CORPORATION
Address 75 Rockefeller Plaza
New York NY. 10019
(City) (State) (Zip)

⑦

**CERTIFICATION:** ☑ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive rights ☑ authorized agent of: ATLANTIC RECORDING CORPORATION
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Lorraine Verroche_

Typed or printed name LORRAINE VERROCHE Date

⑧

LORRAINE VERROCHE
ATLANTIC RECORDING CORPORATION (Name)
75 Rockefeller Plaza (Number Street and Apartment Number)
New York NY 10019 (City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

⑨

• 17 U.S.C. § 506(e): FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
☆ U.S. GOVERNMENT PRINTING OFFICE: 1979-281-421-1

Apr. 1979—300,000

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**SR 808-555**

**Effective Date of Registration:**
August 25, 2017

## Title

| | |
|---|---|
| **Title of Work:** | ICON, Artist: Toby Keith, 00602557651317 (compact disc) |
| **Content Title:** | How Do You Like Me Now?!; I Love This Bar; As Good As I Once Was; Courtesy Of The Red, White And Blue (Angry American); I Wanna Talk About Me; Beer For My Horses; A Little Less Talk And A Lot More Action; Whiskey Girl; American Soldier; Stays In Mexico; Honkytonk U |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | June 30, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Universal Music Enterprises, A Div. of UMG Recordings, Inc. |
| **Author Created:** | Compilation |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Universal Music Enterprises, A Div. of UMG Recordings, Inc. 2220 Colorado Ave., Santa Monica, CA, 90404, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Sound Recordings / Photographs |
| **New material included in claim:** | Compilation of Sound Recordings |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Universal Music Group |

## Certification

Page 1 of 2

|  |  |
|---|---|
| **Name:** | Tegan Kossowicz |
| **Date:** | August 23, 2017 |
| **Applicant's Tracking Number:** | 00602557651317 |

**Copyright Office notes:**   Basis for Registration: collective work



UMG_00000189

**Registration #:**  SR0000808555
**Service Request #:**  1-5733588122

Universal Music Group
Zach Wiles
21301 Burbank Blvd.
2nd Floor
Woodland Hills, CA 91367 United States

UMG_00000190

UMG_00000191

| | |
|---|---|
| **Registration #:** | SR0000768442 |
| **Service Request #:** | 1-2418571332 |

Universal Music Group
Leanne Rollens
21301 Burbank Blvd.
2nd Floor
Woodland Hills, CA 91367 United States

UMG_00000194



UMG_00000195

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## SR 768-442

**Effective Date of Registration:**
June 01, 2015

## Title

| | |
|---|---|
| **Title of Work:** | NOW That's What I Call ACM Awards - 50 Years (QVC Deluxe Edition), Artist: Various Artists 00600753591369 (3 compact discs) |
| **Content Title:** | Disc 1: The Only Way I Know (Jason Aldean, Luke Bryan & Eric Church); I Drive Your Truck (Lee Brice); Country Girl (Shake It For Me) (Luke Bryan); Honey Bee (Blake Shelton); Mean (Taylor Swift); Need You Now (Lady Antebellum); The House That Built Me (Miranda Lambert); Start A Band (Brad Paisley & Keith Urban); Because Of You (Reba McEntire & Kelly Clarkson); Give It Away (George Strait); Jesus Take The Wheel (Carrie Underwood); Live Like You Were Dying (Tim McGraw); The Good Stuff (Kenny Chesney); I Hope You Dance (Lee Ann Womack); This Kiss (Faith Hill); Chattahoochee (Alan Jackson); Boot Scootin' Boogie (Brooks & Dunn); Disc 2: Better Man (Clint Black); There's A Tear In My Beer (Hank Williams Jr.); Forever And Ever Amen (Randy Travis); Highwayman (The Highwaymen); Why Not Me (The Judds); Islands In The Stream (Dolly Parton & Kenny Rogers); Always On My Mind (Willie Nelson); Love In The First Degree (Alabama); Elvira (Oak Ridge Boys); You're The Reason God Made Oklahoma (David Frizzell & Shelly West); He Stopped Loving Her Today (George Jones); All The Gold In California (Larry Gatlin & The Gatlin Bros.); Tulsa Time (Don Williams); Rhinestone Cowboy (Glen Campbell); Behind Closed Doors (Charlie Rich); Lead Me On (Loretta Lynn & Conway Twitty); Okie From Muskogee (Merle Haggard); Disc 3: Crazy Girl (Eli Young Band); As She's Walking Away (Zac Brown Band & Alan Jackson); You're Gonna Miss This (Trace Adkins); In Color (Jamey Johnson); I'm Movin' On (Rascal Flatts); How Do You Like Me Now?! (Toby Keith); When I Said I Do (Clint Black & Lisa Hartman Black); Amazed (Lonestar); I Still Believe In You (Vince Gill); I Love The Way You Love Me (John Michael Montgomery); You Needed Me (Anne Murray); Lucille (Kenny Rogers); Don't The Girls Get Prettier At Closing Time (Mickey Gilley); Happiest Girl In The Whole USA (Donna Fargo); For The Good Times (Ray Price); Little Green Apples (Roger Miller) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | March 31, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | UMG Recordings, Inc. |
| | **Author Created:** | Compilation / Artwork / Liner Notes |

Page 1 of 2

| | |
|---|---|
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

| | |
|---|---|
| • **Author:** | Sony Music Entertainment |
| **Author Created:** | Compilation / Artwork / Liner Notes |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | UMG Recordings, Inc.<br>2220 Colorado Ave., Santa Monica, CA, 90404, United States |
| **Copyright Claimant:** | Sony Music Entertainment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Sound Recordings / Pictorial Matter |
| **New material included in claim:** | Compilation of Sound Recordings / Compilation of Pictorial Matter / Artwork / Liner Notes |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Universal Music Group |

## Certification

| | |
|---|---|
| **Name:** | Tegan Kossowicz |
| **Date:** | May 28, 2015 |
| **Applicant's Tracking Number:** | 00600753591369 |



| | |
|---|---|
| **Copyright Office notes:** | Basis for Registration: unit of publication containing collective work(s) and other component element(s). |

UMG_00000197

**Registration #:**   SR0000765079
**Service Request #:**   1-2117591792

Universal Music Group
Leanne Rollens
21301 Burbank Blvd.
2nd Floor
Woodland Hills, CA 91367 United States

UMG_00000205



UMG_00000206

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**SR 765-079**

**Effective Date of Registration:**
February 11, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Regulate...G Funk Era (20th Anniversary Edition), Artist: Warren G 00602547056832 (compact disc) |
| **Content Title:** | Regulate; Do You See; Gangsta Sermon; Recognize; Super Soul Sis; '94 Ho Draft; So Many Ways; This D.J.; This Is The Shack; What's Next; And Ya Don't Stop; Runnin' Wit No Breaks; Regulate (Destructo & Wax Motif Remix); Regulate (Photek Remix); Regulate (Jauz Remix) |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | December 09, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Def Jam Recordings, a Div. of UMG Recordings, Inc. |
| **Author Created:** | Three Remixes & Additional Sounds |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Def Jam Recordings, a Div. of UMG Recordings, Inc. 2220 Colorado Ave., Santa Monica, CA, 90404, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Sound Recordings / Pictorial Matter |
| **Previous registration and year:** | SR 629-800, 1994 |
| **New material included in claim:** | Three Remixes & Additional Sounds: "Regulate" (Destructo & Wax Motif Remix); "Regulate" (Photek Remix); "Regulate" (Jauz Remix) |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Universal Music Group |

## Certification

Page 1 of 2

UMG_00000207

| | |
|---|---|
| **Name:** | Tegan Kossowicz |
| **Date:** | February 06, 2015 |
| **Applicant's Tracking Number:** | 00602547056832 |

**Copyright Office notes:**   Basis for Registration: Collective work



UMG_00000208

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayng Leigh Clayeth*

Acting United States Register of Copyrights and Director

**Registration Number**
## SR 801-476
**Effective Date of Registration:**
February 10, 2017

## Title
_____

**Title of Work:** Strait Out Of The Box – Part 2, Artist: George Strait, 00602557141665 (3 compact discs)

**Content Title:** Disc 1: Blue Clear Sky; Carried Away; Rockin' In The Arms Of Your Memory; I Can Still Make Cheyenne; Round About Way; Carrying Your Love With Me; One Night At A Time; Today My World Slipped Away; The Nerve; I Just Want To Dance With You; True; Maria; We Really Shouldn't Be Doing This; Meanwhile; Write This Down; The Best Day; Looking Out My Window Through The Pain; Go On; Disc 2: She'll Leave You With A Smile; Run; Living And Living Well; My Life's Been Grand; Cowboys Like Us; Desperately; Four Down And Twelve Across; I Hate Everything; The Seashores Of Old Mexico; She Let Herself Go; Give It Away; Wrapped; It Just Comes Natural; Texas Cookin'; How 'Bout Them Cowgirls; Come On Joe; Troubadour; River Of Love; I Saw God Today; Disc 3: Living For The Night; Out Of Sight Out Of Mind; Arkansas Dave; Love's Gonna Make It Alright; Drinkin' Man; Shame On Me; Here For A Good Time; House Across The Bay; Blue Marlin Blues; I'll Always Remember You; Give It All We Got Tonight; I Just Can't Go On Dying Like This; That's What Breaking Hearts Do; The Night Is Young; I Believe; Goin' Goin' Gone; Everything I See; Kicked Outta Country; You Gotta Go Through Hell

## Completion/Publication
_____

**Year of Completion:** 2016
**Date of 1st Publication:** November 18, 2016
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** MCA Nashville, A Div. of UMG Recordings, Inc.
  **Author Created:** Some Sound Recordings / Compilation
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** MCA Nashville, A Div. of UMG Recordings, Inc.

Page 1 of 2

UMG_00000305

2220 Colorado Ave., Santa Monica, CA, 90404, United States

## Limitation of copyright claim

**Material excluded from this claim:** All Other Sound Recordings / Pictorial Matter

**New material included in claim:** Some Sound Recordings: "Kicked Out Of Country" & "You Gotta Go Through Hell" on CD 3 / Artwork / Compilation of Sound Recordings / Compilation of Pictorial Matter

## Rights and Permissions

**Organization Name:** Universal Music Group

## Certification

**Name:** Tegan Kossowicz
**Date:** February 09, 2017
**Applicant's Tracking Number:** 00602557141665

**Copyright Office notes:** Basis for Registration: Unit of publication containing collective work(s) and other component element(s).



Page 2 of 2

UMG_00000306

Registration #:   SR0000801476
Service Request #:   1-4398102242

Universal Music Group
Zach Wiles
21301 Burbank Blvd.
2nd Floor
Woodland Hills, CA 91367 United States

UMG_00000307

UMG_00000308

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-882-786

**Effective date of registration:**

December 6, 2013

## Title ——————

Title of Work: Call Me Up   *PA 7797*

Title of Larger Work: Thomas Rhett - It Goes Like This

## Completion/Publication ——————

Year of Completion: 2013

Date of 1st Publication: October 29, 2013      Nation of 1st Publication: United States

## Author ——————

Author: Luke Robert Laird

Author Created: Music and lyrics

Citizen of: United States      Domiciled in: United States

Author: Shane L. McAnally

Author Created: Music and lyrics

Citizen of: United States      Domiciled in: United States

Author: Thomas Rhett Akins

Pseudonym: Thomas Rhett

Author Created: Music and lyrics

Citizen of: United States      Domiciled in: United States

Pseudonymous: Yes

## Copyright claimant ——————

Copyright Claimant: Songs Of Universal, Inc.

2100 Colorado Avenue, Santa Monica, CA 90404

Transfer Statement: By written agreement

Copyright Claimant: *Creative Nation Music*

c/o Songs Of Universal, Inc., 2100 Colorado Avenue, Santa Monica, CA 90404

Transfer Statement: By written agreement

Page 1 of 2

UMPG_00003165

| | |
|---|---|
| **Copyright Claimant:** | Twangin And Slangin Songs |
| | c/o Songs Of Universal, Inc., 2100 Colorado Avenue, Santa Monica, CA 90404 |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Universal Music Corp. |
| | 2100 Colorado Avenue, Santa Monica, CA 90404 |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Smack Ink |
| | c/o Universal Music Corp., 2100 Colorado Avenue, Santa Monica, CA 90404 |
| **Transfer Statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Universal Music Publishing Group. |
| **Telephone:** | 310-235-4700 |
| **Address:** | 2100 Colorado Ave. |
| | Santa Monica, CA 90404 |

## Certification

| | |
|---|---|
| **Name:** | Sayra Molina |
| **Date:** | November 18, 2013 |



UMPG_00003166

**Registration #:**  PA0001882786
**Service Request #:**  1-1023118001



Universal Music Publishing Group.
Sayra Molina
2100 Colorado Ave.
Santa Monica, CA 90404

UMPG_00003167

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## SR 639-323

**Effective date of registration:**
September 22, 2009

---

### Title
**Title of Work:** Simple Plan "Simple Plan" Atlantic # 384956-2

### Completion/ Publication
**Year of Completion:** 2008
**Date of 1st Publication:** January 24, 2008     **Nation of 1st Publication:** United States

### Author
- **Author:** Atlantic Recording Corporation
  **Author Created:** Sound Recordings, Artwork

  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Atlantic Recording Corporation
1290 Avenue of the Americas, New York, NY, 10104

### Limitation of copyright claim
**Previously registered:** No

### Certification
**Name:** Jayne Nozik
**Date:** March 10, 2008

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:**   SR0000639323

**Service Request #:**   1-58863933

Warner Music Group
Brian Witoszynski
619 West 54th Street 9th Fl.
New York, NY 10019

WBR_00001103