# Exhibit 13

Case 1:18-cv-00059-PTG-JFA Document 455-19 Filed 10/11/19 Page 2 of 4 PageID# 20030
Case 1:18-cv-00950-LO-JFA Document 455-1 Filed 10/08/19 Page 12 of 78 PageID# 18804

11

1 download that.  So then they would need to match that with the
2 Audible Magic database.
3          So they pull out -- they pull out metadata.  They
4 don't download the whole -- the metadata.
5          THE COURT:  Right.
6          MR. BUCHANAN:  So then according to the Audible Magic
7 witnesses and the MarkMonitor witnesses, what happens is they
8 have a duration for the downloaded song.  They have a duration
9 for the referenced or known file.  So the Born to Run, that's
10 on the Audible Magic database.  And they run it against there
11 for whatever, a minute, two minutes, and at least they want at
12 least 20 seconds of a match.
13          And once they get that, that's when they get this ID,
14 this driver's license ID information, which is not in the '431
15 spreadsheet.  And that's what, according to Ikezoye, the
16 witness from Audible Magic, says is -- allows you to drive the
17 car to get to artist, album, and track.
18          So that's the information that's been sanitized, some
19 of it, the match duration, the track duration, the match
20 percentage, and the ID.  And they've populated the '431 and the
21 '236 spreadsheets with a column we know -- it supposedly says:
22 Real.  We have no idea what the Real is based on.
23          THE COURT:  Well, the match could have been done in
24 2005, right?  I mean, and maybe I'm misunderstanding, and
25 that's why I'm trying to ask these sort of basic questions.

Case 1:18-cv-00950-PTG-JFA   Document 455-19   Filed 10/11/19   Page 3 of 4 PageID# 20021
Case 1:18-cv-00950-LO-JFA   Document 455-1   Filed 10/08/19   Page 12 of 78 PageID# 18005

12

1            You have the Born to Run work that you've mentioned.
2    Audible Magic, through its expertise, then finds that, you
3    know, this file with this hash valve is actually the Born to
4    Run song.
5            MR. BUCHANAN:  Right.
6            THE COURT:  So whenever that hash value, a file with
7    that hash value is recognized, why -- why would they -- if the
8    hash value never changes, and you verify that that hash value
9    is what is being distributed, why do you have to go back and
10   reverify the hash, that actual file?
11           MR. BUCHANAN:  So --
12           THE COURT:  If the hash value has already been
13   verified.
14           MR. BUCHANAN:  So I think what, actually what happens
15   is the content is pulled off the downloaded file, it is
16   digitized, it is then verified by the Audible Magic database.
17   Then the hash is created, also an Audible Magic ID number.
18           But the point is, we're getting down the road to
19   matching a hash versus some file in Cox.  What we're talking
20   about is, is the match itself credible.
21           So we have a '431 spreadsheet that has removed
22   information as to at least 2 percent of the files on that
23   spreadsheet and sanitized.  Okay.
24           So we have a '236 spreadsheet that is created on
25   December 7, 2018, at the same time the '431 spreadsheet is.

13

1   Okay. We get the '431 spreadsheet, initially has no metadata,
2   so we don't know when it was created. It turns out it was
3   created in 2018 and changed and verified. And then altered or
4   whatever and then produced.
5           So you have these two spreadsheets. So let's start
6   off, why does the '236 spreadsheet have on it these files for 2
7   percent of the -- of the files on there? The columns or the
8   fields for 2 percent. And so, that -- why was that sanitized
9   if it's superfluous and means nothing?
10          And then we know we have the Audible Magic, the Rev
11  344, which, according to our expert, and their expert agrees,
12  when you look at that and examine that, it only shows a match
13  for 25 percent of the works in suit.
14          THE COURT: Tell me what you mean by "a match."
15          MR. BUCHANAN: So the match is, the way it works, as
16  I understand it from reading everything in this case, is once
17  MarkMonitor downloads, say Born to Run, and they create a file,
18  and then they run it against, remotely against the Audible
19  Magic database. They run it for a certain period of time, an
20  unknown file against a known file.
21          At some point in time there is a match, and that's
22  the Match Offset column which has been removed from the '431
23  spreadsheet.
24          The Match Duration is how long the match takes place.
25  It is supposed to be 20 seconds. So it is like Shazam, I don't