UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## ORDER

UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5 to file under seal or temporary seal documents and information, which constitute or discuss confidential business information that has been designated as Highly Confidential or Confidential under the Stipulated Protective Order (ECF No. 60), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED. The following materials shall remain under seal until further order of the Court.

*Summary Judgment Filings*

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion for Summary Judgment ("Reply") (ECF No. 456); and
- Exhibits 1(a) and 1(b) to the Gould Declaration in their entirety (ECF Nos. 456-1, 456-2).

*Daubert Filings*

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Nick Feamster (ECF No. 444);

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Christian Tregillis (ECF No. 446); and

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Lynne Weber and Exhibit B thereto (ECF Nos. 450, 450-1).

ENTERED this ___ day of October 2019.

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia