**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, *et al.*,

     Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

     Defendants.

Case No. 1:18-cv-00950-LO-JFA

**NOTICE OF SEALED FILINGS**

     Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and E.D. Va. Local Civil Rule 5(C), Plaintiffs have filed under seal documents and information in support of their motion for summary judgment and their motions to preclude certain expert testimony by Dr. Nick Feamster, Christian Tregillis, and Dr. Lynn Weber (ECF Nos. 444, 446, 450, 450-1, 456, 456-1, 456-2). The specific documents are identified below.

*Summary Judgment Filings*

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion for Summary Judgment ("Reply") (ECF No. 456); and

- Exhibits 1(a) and 1(b) to the Gould Declaration in their entirety, which contain a Cox presentation on the alleged effectiveness of its graduated response program and related deposition testimony. (ECF Nos. 456-1, 456-2).

*Daubert Filings*

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Nick Feamster (ECF No. 444);

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Christian Tregillis (ECF No. 446); and

- Certain portions of the Reply Memorandum in support of Plaintiffs' Motion to Preclude Certain Expert Testimony by Dr. Lynne Weber and Exhibit B thereto (ECF Nos. 450, 450-1).

**NOTICE OF RIGHT TO RESPOND**: Pursuant to Local Civil Rule 5(C), parties and nonparties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

Dated October 11, 2019

Respectfully Submitted,

*/s/ Scott A. Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*