UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

### NOTICE OF SEALED FILINGS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5(C), Defendants ("Cox") have filed a Motion to Seal a portion of Defendants' Memorandum of Law in Further Support of its Motion for Summary Judgment (ECF No. 454) ("Summary Judgment Reply Memorandum"); certain exhibits to the Reply Declaration of Thomas Kearney in Further Support of Defendants' Motion for Summary Judgment ("Kearney Reply Decl.") (ECF No. 454-2-3); portions of the Declaration of Nick Feamster in Support of Cox's Reply in Support of its Motion for Summary Judgment ("Feamster Reply Decl.") (ECF No. 454-1); portions of Cox's Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert William H. Lehr, Ph.D. ("Lehr Reply Memorandum") (ECF No. 452); certain exhibits to the Reply Declaration of Thomas M. Buchanan in Further Support of Cox's Motion to Exclude the Testimony of Putative Expert William H. Lehr, Ph.D. ("Buchanan Lehr Reply Decl.") (ECF No. 452-1); portions of Cox's Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert George P. McCabe, Ph.D. ("McCabe Reply Memorandum") (ECF No. 449); certain exhibits to the Reply Declaration of Thomas M. Buchanan in Further Support of Cox's Motion to Exclude the Testimony of Putative Expert George P. McCabe, Ph.D. (Buchanan McCabe Reply Decl.") (ECF No. 449-1-3); portions of Cox's

Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert Terrence P. McGarty ("McGarty Reply Memorandum") (ECF No. 438); portions of Cox's Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert Barbara Frederiksen-Cross ("Frederiksen-Cross Reply Memorandum") (ECF No. 440); and certain exhibits to the Reply Declaration of Cesie C. Alvarez in Further Support of its Motion to Exclude the Testimony of Putative Expert Barbara Frederiksen-Cross (ECF No. 440-1-3) (Alvarez Frederiksen-Cross Reply Decl.").

*NOTICE OF RIGHT TO RESPOND:* Pursuant to the Court's order, ECF 349, the parties shall have until October 18, 2019 to each file a single memorandum in support of any other party's sealing motions in connection with the parties' summary judgment and *Daubert* motions. Non-parties MarkMonitor, Audible Magic and the Recording Industry Association of America shall have until October 25, 2019 to each file a single memorandum in support of any other party's sealing motions in connection with the parties' summary judgment and *Daubert* motions.

Dated: October 11, 2019               Respectfully submitted,

                                      */s/ Thomas M. Buchanan*
                                      Thomas M. Buchanan (VSB No. 21530)
                                      WINSTON & STRAWN LLP
                                      1700 K Street, NW
                                      Washington, DC 20006-3817
                                      Tel: (202) 282-5787
                                      Fax: (202) 282-5100
                                      Email: tbuchana@winston.com

                                      *Attorney for Cox Communications, Inc.
                                      and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email:  jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email:  dhleiden@winston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*