## In the Matter Of:

SONY MUSIC vs COX COMMUNICATIONS

1:18-cv-00950-LO-JFA

# RANDALL J. CADENHEAD, ESQUIRE

*June 04, 2019*

*Highly Confidential*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                   ***HIGHLY CONFIDENTIAL***

 2
           IN THE UNITED STATES DISTRICT COURT
 3              EASTERN DISTRICT OF VIRGINIA

 4


 5
     SONY MUSIC ENTERTAINMENT, et al.)
 6                                   )   Case No.
                 Plaintiffs,         )
 7                                   ) 1:18-cv-00950-
                                     ) LO-JFA
 8                                   )
     vs.                             )
 9                                   )
     COX COMMUNICATIONS, INC., et al.)
10                                   )
                 Defendants.         )
11                                   )
     - - - - - - - - - - - - - - - - )

12

13              VIDEOTAPE DEPOSITION OF

14          RANDALL J. CADENHEAD, ESQUIRE

15

16

17       Tuesday, June 4, 2019, 9:08 a.m.

18

19

20

21              Hawkins & Parnell
            303 Peachtree Street, N.E.
22             4000 SunTrust Plaza
             Atlanta, Georgia  30308
23   ------------------------------------------------

24     WANDA L. ROBINSON, CRR, CCR, No. B-1973
      Certified Shorthand Reporter/Notary Public
25
```



```
 1                  APPEARANCES OF COUNSEL

 2

 3   Appearing on Behalf of the Plaintiffs:

 4       MATTHEW OPPENHEIM, ESQUIRE
         ANDREW GUERRA, ESQUIRE
 5       Oppenheim & Zebrak, LLP
         4530 Wisconsin Avenue, N.E., Fifth Floor
 6       Washington, D.C. 20016
         T:  202.480.2999
 7       E-mail:  matt@oandzlaw.com
                  andrew@oandzlaw.com
 8

 9   Appearing on Behalf of the Defendants:

10
         MICHAEL S. ELKIN, ESQUIRE
11       Winston & Strawn, LLP
         200 Park Avenue
12       New York, New York  10166
         T:  212.294.6729   F:  212.294.4700
13       E-mail:  melkin@winston.com
                  - and -
14       JASON C. HAMILTON, ESQUIRE
         Winston & Strawn, LLP
15       333 S. Grand Avenue, 38th Floor
         Los Angeles, California  90071
16       T:  213.615.1749   F:  213.615.1750
         E-mail:  jhamilton@winston.com
17

18   Appearing on Behalf of the Witness:

19       CHRISTINE L. MAST, ESQUIRE
         Hawkins, Parnell & Young, LLOP
20       303 Peachtree Street, N.E.
         4000 SunTrust Plaza
21       Atlanta, Georgia  30308
         T:  404.614.7542   F:  404.932.2014
22       E-mail:  cmast@hpylaw.com

23

24   ALSO PRESENT:

25       TODD PARKER, Videographer
```



```
 1        A    No, I don't.  Let's go on.
 2        Q    Okay.  And did you create the slides, at
 3   least 8 to 22?
 4        A    Yeah, I think I did pretty much.  Yeah.
 5        Q    And did you present this to the, to the
 6   participants, or those who were involved in the CAS
 7   discussions?
 8        A    Yeah.  If this is the same one, then, yes,
 9   I did present it, yes.
10        Q    Well, do these look like slides you
11   presented?
12        A    It does.  I mean once we get to 8, and --
13   I don't know.  I'm looking at 22 and that sort of
14   looks like it got cut off before some closing slide.
15             But let's go ahead because you probably
16   just got specific questions and I'd love to answer
17   them.
18        Q    Why did you give this presentation, do you
19   recall?
20        A    I do.  I volunteered in conversations with
21   all the folks that were pulling the group together,
22   because I felt like we had a pretty good example of
23   one way that, that ISPs could respond fairly, and
24   what we felt was effectively, to a problem that
25   needed addressing and that would go at least a long
```

```
 1  way towards helping the people in the content
 2  industry.
 3       Q    And in this presentation you described
 4  that -- Cox's graduated steps on Page 12; is that
 5  correct?
 6       A    Right.
 7       Q    And you described that there were 12 plus
 8  steps prior to a potential termination.  Is that
 9  correct?
10       A    Well, no.  Actually, what it does say --
11  it has two versions, with email and without.  And
12  what it says is that at the 12 plus, termination,
13  which it then says subject to abuse, which is that
14  Abuse Safety Group, override.
15            So that's the footnote that's on the page.
16  So that's what it says.
17       Q    So what you presented to the group was
18  that Cox had a system where it wouldn't consider
19  terminating a repeat infringer until at least the
20  twelfth step, correct?  Twelfth infringement notice,
21  correct?
22       A    You know, that was the policy.
23            I never understood Cox to, to say that it
24  wouldn't terminate somebody short of that, if
25  circumstances called for it.
```

