UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:18-cv-00950-LO-JFA |
| COX COMMUNICATIONS, INC., *et al.*, | |
| *Defendants*. | |

## STIPULATED ORDER

IT IS HEREBY ORDERED that in connection with Plaintiffs' Motions to Strike (ECF Nos. 388, 420) (collectively, the "Strike Motions") filed in connection with the parties' Summary Judgment Motions, the following briefing schedule shall apply:

1. Cox shall file by 5 pm EST on Monday, October 14, 2019 one consolidated brief in opposition to the Strike Motions.

2. Plaintiffs shall file by 5 pm EST on Monday, October 21, 2019 one consolidated reply brief in response to Cox's opposition to the Strike Motions.

The Court will hear argument, if any, on the Strike Motions on October 24, 2019 at 2 pm EST, as previously scheduled.

ENTERED this 11th day of Oct., 2019

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia