UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motions to Seal (ECF 417 & 464), and Cox's Response thereto (ECF 468), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal the following material, the Motion is Hereby granted, and the material shall remain under seal.

- Exhibit 1(a) and 1(b) to the Gould Declaration (ECF 456-1 and 456-2).

- The bottom two bullet-points on pages 2-3 of Plaintiffs' Memorandum in Support of Plaintiffs' Opposition to Cox's Motion to Exclude the Testimony of Putative Expert William H. Lehr, PhD. (ECF 376)

- Exhibits 1-5, 7, 9, 13, 15, 19, 21-36, 38-55 to Gould Decl. in Opp. to Cox's Mot. for Summary Judgment (ECF 392), to the extent those same exhibits for which Cox supported sealing on September 13, 2019 are re-attached to Plaintiffs' Opposition to Cox's Motion for Summary Judgment.

ENTERED this _____ day of October, 2019.

Alexandria, Virginia

                                                       _____
                                                       John F. Anderson
                                                       United States Magistrate Judge