UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>     Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Cox's Motions to Seal (ECF Nos. 366, 405, 413, 459, 464) in connection with its briefing on summary judgment (ECF Nos. 385, 454), Daubert motions (ECF Nos. 371, 380, 385, 387, 438, 440, 449, 452), and discovery sanctions motion (ECF No. 365), as well as Plaintiffs' Memorandum in Support (ECF No. 469), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED with respect to the information belonging to Plaintiffs and the Recording Industry Association of America, in accordance with the below chart:

| Document | Motion Granted |
|---|---|
| The Expert Report of Plaintiffs' Expert William Lehr<br>     *Exhibit 14 to the Lane Tregillis Decl.*<br>     *Exhibit K21 to the Kearney Opposition Decl.* | Yes / No |
| Excerpts from the deposition transcript of Steven Poltorak<br>     *Exhibit K23 to the Kearney Opposition Decl.* | Yes / No |

| Document | Motion Granted |
|---|---|
| Disclosure of Information Relating to Digital Download Revenue<br>*Exhibits 6-9 to the Lane Tregillis Decl* | Yes / No |
| Excerpts from the deposition transcript of Thomas Foley<br>*Exhibit 10 to the Lane Tregillis Decl.* | Yes / No |
| Excerpts from the deposition transcript of Wade Leak<br>*Exhibit 11 to the Lane Tregillis Decl.* | Yes / No |
| Excerpts from the deposition transcript of Jason Gallien<br>*Exhibit 12 to the Lane Tregillis Decl.* | Yes / No |
| Excerpts from the deposition transcript of Paul Kahn<br>*Exhibit 13 to the Lane Tregillis Decl.* | Yes / No |
| The Expert Reply Report of Plaintiffs' Expert William Lehr<br>*Exhibit 15 to the Lane Tregillis Decl.* | Yes / No |
| The Lane Opposition Declaration and Exhibits L1-L14<br>*ECF No. 399* | Yes / No |
| Kearney Opposition Declaration Exs. K13_A, K13_B<br>*ECF No. 412* | Yes / No |
| Portions of the Feamster Reply Decl.<br>*ECF No. 454-1* | Yes / No |
| Excerpts from the deposition transcript of Plaintiffs' Expert Barbara Frederiksen-Cross<br>*Exhibit E to the Alvarez Frederiksen-Cross Decl.*<br>*Exhibit K14 to the Kearney Opposition Decl.*<br>*Exhibit 10 to the Alvarez Feamster Decl.*<br>*Exhibit D to the Kearney Sanctions Reply Decl.* | Yes / No |
| The Expert Report of Barbara Frederiksen-Cross<br>*Exhibit K15 to the Kearney Opposition Decl.*<br>*Exhibit 3 to the Alvarez Feamster Decl.*<br>*Exhibit 2 to the Leiden Almeroth Decl.* | Yes / No |

| Document | Motion Granted |
|---|---|
| The Supplemental and Reply Report of Barbara Frederiksen- Cross<br>*Exhibit 11 to the Alvarez Feamster Decl.* | Yes / No |
| The Expert Report of George P. McCabe, Ph.D.<br>*Exhibit K16 to the Kearney Opposition Decl.*<br>*Exhibit 5 to the Buchanan Weber Decl.* | Yes / No |
| The Expert Rebuttal Report of George P. McCabe, Ph.D<br>*Exhibit 11 to the Buchanan Weber Decl.* | Yes / No |
| Excerpts from the deposition transcript of Samuel Bahun<br>*Exhibit K17 to the Kearney Opposition Decl.*<br>*Exhibit A to the Kearney Sanctions Reply Decl.* | Yes / No |
| Excerpts from the deposition transcript of Slawomir Paszkowski<br>*Exhibit K18 to the Kearney Opposition Decl.*<br>*Exhibit 52 to the Kearney Reply Decl.*<br>*Exhibit A to the Alvarez Frederiksen-Cross Decl.*<br>*Exhibit 5 to the Alvarez Feamster Decl.* | Yes / No |
| Excerpts from the deposition transcript of Vance Ikezoye<br>*Exhibit K19 to the Kearney Opposition Decl.*<br>*Exhibit 6 to the Alvarez Feamster Decl.* | Yes / No |
| RIAA_00000017<br>*Exhibit K12 to the Kearney Opposition Decl.*<br>*Exhibit 7 to the Alvarez Feamster Decl* | Yes / No |
| RIAA_00128042 - RIAA_00128044<br>*Exhibit K12 to the Kearney Opposition Decl.* | Yes / No |
| MM_000189<br>*Exhibit 9 to the Alvarez Feamster Decl.* | Yes / No |
| The Expert Rebuttal Report of Dr. Nick Feamster<br>*Exhibit 2 to the Alvarez Feamster Decl.* | Yes / No |

| Document | Motion Granted |
|---|---|
| Portions of the Feamster Sanctions Reply Decl.<br>    *ECF No. 365-11* | Yes / No |
| Excerpts from the deposition transcript of Wade Leak<br>    *Exhibit B to the Kearney Sanctions Reply Decl.* | Yes / No |
| Excerpts from the deposition transcript of Alasdair McMullan<br>    *Exhibit C to the Kearney Sanctions Reply Decl.* | Yes / No |
| Excerpts from MM_000236<br>    *Exhibit A to the Brody Sanctions Reply Decl.* | Yes / No |
| Mapping of Files in the '431 Spreadsheet to the '432 Spreadsheet<br>    *Exhibit B to the Weber Sanctions Reply Decl.* | Yes / No |

ENTERED this ___ day of _____ 2019

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia