UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion *in limine* to exclude certain evidence and arguments, it is hereby ORDERED that the motion is GRANTED.  Cox is precluded from offering evidence or argument at trial concerning the following:

1. Any evidence or argument inconsistent with this Court's factual findings in its summary judgment decision concerning Cox's DMCA defense in *BMG v. Cox*, Case No. 14-CV-1611 (E.D. Va.);

2. Any evidence or argument concerning Cox's misleading and unsupported contention that "96% Stop by 5 Notices";

3. Any evidence or argument relating to the policies or practices of other ISPs (including the Copyright Alert System);

4. Any argument that Cox is not liable for infringement over its network by users other than named account holders;

5. Any evidence or argument concerning the MarkMonitor '236 spreadsheet (DX 98 – DX 100);

6. The REV0003444 spreadsheet (DX 158) and any related testimony or argument;

7. Emails Cox received from customers purporting to respond to Plaintiffs' infringement notices (DX 363 – DX 2200);

8. Any evidence or argument concerning Plaintiffs' track-level revenues from the works in suit;

9. Affirmative deposition testimony from witnesses Cox controls and could bring to trial to testify in person;

10. Live testimony from four key witnesses it refuses to make available for live examination in Plaintiffs' case in chief; and

11. Testimony from Victoria Sheckler.

ENTERED this ___ day of October 2019.
Alexandria, Virginia

_____

Judge for the Eastern District of Virginia