# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## [PROPOSED] ORDER

Having considered Cox's Motion *In Limine* No. 1 to Preclude Evidence and Testimony Relating to the *BMG* Litigation, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs shall be precluded from using all evidence and testimony relating to the *BMG* litigation, including findings of fact, judgments, orders, opinions, documents, and deposition testimony (including, for the avoidance of doubt, all Plaintiffs' designations of depositions taken in that case, as set forth in Exhibit A of their Deposition Designations (ECF 358).

It is so ORDERED this _____ day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge