# Exhibit 9

| | |
|---|---|
| **Subject:** | RE: Sony v. Cox - discovery follow-up |
| **Date:** | Thursday, July 25, 2019 at 6:31:22 PM Eastern Daylight Time |
| **From:** | Kearney, Thomas |
| **To:** | Jeff Gould |
| **CC:** | Andrew Guerra, Golinveaux, Jennifer A. |
| **Attachments:** | image001.jpg |

Jeff –

As you acknowledge, Cox has already produced a copy of the underlying data Plaintiffs sought. *See* ECF 181 at 7. COX_SONY_00974461 contains the entire email chain. With respect to your other questions, and reserving all rights, after a diligent search Cox has located no additional documents of the type you describe.

Best,
-Tom

**Thomas J. Kearney**
**Of Counsel**
W nston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-6894
w nston.com



**From:** Jeff Gould <Jeff@oandzlaw.com>
**Sent:** Thursday, July 11, 2019 12:03 PM
**To:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Kearney, Thomas <TKearney@winston.com>
**Cc:** Andrew Guerra <Andrew@oandzlaw.com>
**Subject:** Sony v. Cox - discovery follow-up

Jennifer/Tom,

On July 2, Cox produced a document with bates COX_SONY_00974461 that appears to relate Cox's claim that ████████████████████████████████████.

First, the first subject line that appears in that document begins with "Re:". Please confirm that COX_SONY_00974461 contains the full email chain and that no information was removed or redacted. If additional information appears earlier in the chain but was not produced, please let us know and produce it promptly.

Second, the contents of the email chain indicate there was prior communication between Mr. Cadenhead and Mr. Beck in which Mr. Cadenhead requested information. We have not identified any such communication in Cox's production. If you believe that has been produced, please identify it by bates number. If it has not been produced, please do so promptly and also confirm that you have searched for all such communications and have or will produce it.

Third, Mr. Beck indicates that he ████████████████████████████████████

Page 1 of 2

██████████████████████████████████████████████████ Please confirm that you have reviewed Mr. Beck's files, including computer and shared drives, for documents and data that support these purportedly final stats, and will produce any such documents.

Thanks,
Jeff

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW | Suite 500
Washington, DC 20016
202.851.4526 direct | 202.480.2999 main
jeff@oandzlaw.com |www.oandzlaw.com

Follow Oppenheim + Zebrak on Twitter:  https://twitter.com/OandZLaw

The contents of this message may be privileged and confidential  f this message has been received in error  please delete it without reading it  Your receipt of this message is not intended to waive any applicable privilege  Please do not disseminate this message without the permission of the author  Any tax advice contained in this email was not intended to be used  and cannot be used  by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations