# Exhibit 20

HIGHLY CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

- - - - - - - - - - - - - - -x
SONY MUSIC                      :
ENTERTAINMENT, et al.,          :
                                :
    Plaintiffs,                 :
                                :   Case No.
    v.                          :   1:18-cv-00950-LO-JFA
                                :
COX COMMUNICATIONS,             :
INC., and COXCOM, LLC,          :
                                :
    Defendants.                 :
- - - - - - - - - - - - - - -x

                                    Friday, June 21, 2019
                                    Washington, D.C.

        HIGHLY CONFIDENTIAL

        VIDEOTAPED DEPOSITION OF JILL LESSER,
called for oral examination by counsel for the
Defendants, pursuant to notice, at the law offices of
Winston & Strawn, LLP, 1700 K Street, Northwest,
Washington, D.C. 20006-3817, before Christina S.
Hotsko, RPR, CRR, of Veritext Legal Solutions, a
Notary Public in and for the District of Columbia,
beginning at 9:03 a.m., when were present on behalf
of the respective parties:

HIGHLY CONFIDENTIAL

Page 111

1  because there were some ISPs that sent a couple
2  additional alerts, as I recall, and there was
3  flexibility to do that in the MOU.
4      But once a user had gotten six alerts and
5  had been mitigated, they were, you know, kind of
6  out of the system, i.e., either the system worked
7  or didn't work.  And so if they got another
8  notice, they would, you know, essentially be in a
9  regular pool of users who were eligible, you know,
10 to have legal action taken against them, or the
11 ISP, whether it was -- you know, whatever action
12 the ISP was going to take or the content owner was
13 going to take, so sort of as if the program didn't
14 exist.
15 BY MR. HAMILTON:
16     Q.  So termination wasn't a part of these
17 steps?
18         MS. MUSTICO:  Objection.  Form.
19 Foundation.
20         THE WITNESS:  Termination was not part of
21 the educational system of the Copyright Alert
22 System.

HIGHLY CONFIDENTIAL

Page 112

1  BY MR. HAMILTON:
2      Q.  Was it part of the Copyright Alert System
3  in any form?
4          MS. MUSTICO:  Objection.  Form.
5  Foundation.
6          THE WITNESS:  Well, the whole system was
7  an educational system.  So it wasn't -- it wasn't
8  addressed.
9  BY MR. HAMILTON:
10     Q.  So under CAS, termination wasn't a step
11 or a part --
12     A.  Correct.
13     Q.  -- of the process?
14         MS. MUSTICO:  Jason, we've been going for
15 another hour.  Is it time -- whenever you can take
16 a break.
17         MR. HAMILTON:  If you need a break.  If
18 not, because I know we have limited time, I'd like
19 to keep going for a little bit further.  It's
20 really up to you guys.  I'm not going to say no
21 breaks.
22         MS. MUSTICO:  Can we take five-minute