# Exhibit 31

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants.* | Case No. 1:18-cv-00950-LO-JFA |

### DEFENDANTS' WITNESS LIST/RULE 26(a)(3) DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Defendants" or "Cox") hereby submit their witness list.

Defendants submit this witness list without waiving any of their rights, including the right to amend or supplement this list. Defendants also reserve the right to call any rebuttal witnesses.

A. Defendants expect to present testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses (deposition designations will be filed before trial):

1. Brent Beck (L)
2. Christian Tregillis (L)
3. Christopher Bakewell (L)
4. Kevin Almeroth (L)
5. Linda Trickey (L)

-1-

      6.     Lynne Weber (L)

      7.     Matt Carothers (L)

      8.     Nick Feamster (L)

      9.     Sandy Mencher (L)

     10.    Christopher Monson (L or D)

     11.    Sam Bahun (L or D)

     12.    Sidd Negretti (L)

     13.    Slawomir Paszkowski (L or D)

     14.    Steven Marks (L)

     15.    Vance Ikezoye (D)

     16.    Victoria Sheckler (L)

     17.    Any witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures and/or offered at trial.

B.  If the need arises, Defendants may present the testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses (deposition designations will be filed before trial):

     12.    Barbara Frederiksen-Cross (L or D)

     13.    Brian Stifel (L or D)

     14.    Clint Summers (L or D)

     15.    George McCabe (L or D)

     16.    Jason Zabek (L or D)

     17.    Joseph Sikes (L or D)

     18.    Paul Jarchow (L or D)

     19.    Randy Cadenhead (L or D)

20. Terrance McGarty (L or D)

21. William Lehr (L or D)

22. Alasdair McMullan (L or D)

23. Anish Patel (L or D)

24. Christopher Bell (L or D)

25. David Benjamin (L or D)

26. David Kokakis (L or D)

27. Dong Jang (L or D)

28. Jason Gallien (L or D)

29. Jeremy Blietz (L or D)

30. Jon Glass (L or D)

31. Matt Flott (L or D)

32. Michael Abitbol (L or D)

33. Neil Carfora (L or D)

34. Paul Kahn (L or D)

35. Stephen Poltoak (L or D)

36. Tom Foley (L or D)

37. Wade Leak (L or D)

38. Jill Lesser (L or D)

39. Jorge Fuenzalida (D)

40. Samuel Rubin (D)

41. Seth Nielson (L or D)

42. William Basquin (D)

43. Any witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures and/or offered at trial.

Respectfully submitted,

Dated: July 16, 2019

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

-4-

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: jgolinveaux@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*