# Exhibit 36

| | |
|---|---|
| **Subject:** | Re: Sony v. Cox - trial witnesses |
| **Date:** | Monday, August 12, 2019 at 7:22:27 PM Eastern Daylight Time |
| **From:** | Jeff Gould |
| **To:** | Anderson, Sean R., Buchanan, Tom |
| **CC:** | Elkin, Michael S., Matt Oppenheim |
| **Attachments:** | image001.jpg |

Tom/Sean - We write on behalf of Plaintiffs, RIAA and Victoria Sheckler to object to Cox's trial subpoena to Ms. Sheckler. Consistent with Judge Anderson's prior ruling, testimony from Ms. Sheckler would be duplicative and cumulative of testimony from the RIAA, including Steve Marks, and presents an undue burden on Ms. Sheckler under the circumstances.

Regards,
Jeff

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
202.851.4526 (direct)
jeff@oandzlaw.com

---

**From:** "Anderson, Sean R." <SRanderson@winston.com>
**Date:** Monday, July 29, 2019 at 7:10 PM
**To:** Jeff Gould <Jeff@oandzlaw.com>, "Buchanan, Tom" <TBuchana@winston.com>
**Cc:** "Elkin, Michael S." <MElkin@winston.com>, Matt Oppenheim <Matt@oandzlaw.com>
**Subject:** RE: Sony v. Cox - trial witnesses

Jeff,

Please see attached the referenced trial subpoenas.

Regards,

**Sean R. Anderson**
**Associate Attorney**
Winston & Strawn LLP
D: +1 212-294-5388
F: +1 212-294-4700

VCard | Email | winston.com

