**Subject:** Re: Sony v. Cox - trial witnesses
**Date:** Monday, September 16, 2019 at 6:35:08 PM Eastern Daylight Time
**From:** Jeff Gould
**To:** Buchanan, Tom
**CC:** Matt Oppenheim, Elkin, Michael S., Golinveaux, Jennifer A., Anderson, Sean R.

Tom – we have not heard back from you on the below issue. Will you respond?

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
202.851.4526 (direct)
jeff@oandzlaw.com

---

**From:** Jeff Gould <Jeff@oandzlaw.com>
**Date:** Monday, August 19, 2019 at 1:33 PM
**To:** "Buchanan, Tom" <TBuchana@winston.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>, "Elkin, Michael S." <MElkin@winston.com>, "Golinveaux, Jennifer A." <JGolinveaux@winston.com>, "Anderson, Sean R." <sranderson@winston.com>
**Subject:** Re: Sony v. Cox - trial witnesses

Tom – We agree that witnesses should appear live just once. To that end, we can agree that for any Cox witness that we examine live in Plaintiffs' case in chief, Cox may cross examine them outside the scope of Plaintiffs' direct, in lieu of calling the same witness twice. This eliminates the need for witnesses to take two trips to Virginia and levels the playing field on both sides' ability to present live testimony.

Cox said in its witness list that it expects to call Carothers, Beck, Mencher and Negretti live and may call Zabek and Sikes live or by deposition. We object to Cox calling Zabek or Sikes affirmatively by deposition given that Cox controls them and could bring them to trial if it wants to, and we intend to move in limine accordingly. Mr. Zabek already confirmed in his deposition that he would testify at trial if asked. We are now asking. Please confirm that you will make the request pursuant to Cox's agreement with him and also ask Mr. Sikes the same. We would ask that they be available during Plaintiffs' case in chief.
We will also want Carothers and Beck live in Plaintiffs' case in chief. Please let us know if you will consent to this.

If Cox refuses to make these 4 witnesses (Carothers, Beck, Zabek, Sikes) available live in Plaintiffs' case in chief, we will move to preclude Cox from calling them live in its case.
For other witnesses that Cox calls live, will Cox agree that Plaintiffs can cross examine outside the scope of Cox's direct?

Regards,
Jeff

Jeffrey M. Gould

Oppenheim + Zebrak, LLP
202.851.4526 (direct)
jeff@oandzlaw.com

On 8/1/19, 2:12 PM, "Buchanan, Tom" <TBuchana@winston.com> wrote:

   Not sure if we will call all of those witnesses, but those we do call we will bring for our case in chief, not earlier. If this were a three day trial, then things would be different. But we cannot force these people to come to Va. twice in a 3 week time period.

   Thomas M. Buchanan
   Winston & Strawn LLP
   1700 K Street, N.W.
   Washington, DC 20006-3817
   D: +1 202-282-5787
   M: +1 202-468-5787
   F: +1 202-282-5100
   http://www.winston.com


   -----Original Message-----
   From: Jeff Gould <Jeff@oandzlaw.com>
   Sent: Wednesday, July 31, 2019 5:34 PM
   To: Buchanan, Tom <TBuchana@winston.com>
   Cc: Anderson, Sean R. <SRanderson@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Matt Oppenheim <Matt@oandzlaw.com>
   Subject: Re: Sony v. Cox - trial witnesses

   Tom - We have not heard back from you on my question below about witnesses.  Please let us know when we can expect a response.

   Thanks,
   Jeff

   Jeffrey M. Gould
   Oppenheim + Zebrak, LLP
   202.851.4526 (direct)
   jeff@oandzlaw.com


   On 7/26/19, 6:49 PM, "Buchanan, Tom" <TBuchana@winston.com> wrote:

      Thanks. Will do.

      On Jul 26, 2019, at 5:16 PM, Jeff Gould <Jeff@oandzlaw.com<mailto:Jeff@oandzlaw.com>> wrote:

      Tom - We agree to accept service of subpoenas to Steve Marks and Victoria Sheckler.

On a related point, Plaintiffs expect to present at trial a number of witnesses whom Cox controls but who appear to be outside the Court's subpoena power.  This includes Brent Beck, Matt Carothers, Sandy Mencher, Sidd Negretti, Joseph Sikes, and Jason Zabek.  Please let us know whether Cox will agree to make these witnesses available live in Plaintiffs' case-in-chief?

Regards,
Jeff

Jeffrey M. Gould
Oppenheim + Zebrak, LLP
202.851.4526 (direct)
jeff@oandzlaw.com<mailto:jeff@oandzlaw.com>


From: "Buchanan, Tom" <TBuchana@winston.com<mailto:TBuchana@winston.com>>
Date: Thursday, July 25, 2019 at 11:55 AM
To: Jeff Gould <Jeff@oandzlaw.com<mailto:Jeff@oandzlaw.com>>
Cc: "Anderson, Sean R." <sranderson@winston.com<mailto:sranderson@winston.com>>, "Elkin, Michael S." <MElkin@winston.com<mailto:MElkin@winston.com>>, Matt Oppenheim <Matt@oandzlaw.com<mailto:Matt@oandzlaw.com>>
Subject: RE: Sony v. Cox - proposed schedule

Thanks.

Thomas M. Buchanan



Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5787

M: +1 202-468-5787

F: +1 202-282-5100

Bio<http://www.winston.com/en/who-we-are/attorneys/buchanan-thomas-m.html> | VCard<http://www.winston.com/vcards/437.vcf> | Email<mailto:tbuchana@winston.com> | winston.com<http://www.winston.com>

<image001.jpg>
From: Jeff Gould <Jeff@oandzlaw.com<mailto:Jeff@oandzlaw.com>>
Sent: Thursday, July 25, 2019 11:50 AM
To: Buchanan, Tom <TBuchana@winston.com<mailto:TBuchana@winston.com>>
Cc: Anderson, Sean R. <SRanderson@winston.com<mailto:SRanderson@winston.com>>; Elkin, Michael S. <MElkin@winston.com<mailto:MElkin@winston.com>>; Matt Oppenheim

<Matt@oandzlaw.com<mailto:Matt@oandzlaw.com>>
Subject: Re: Sony v. Cox - proposed schedule

Tom – I believe we can accept service but will confirm for sure by the end of the week and get back to you.

Regards,
Jeff

Jeffrey M. Gould
Oppenheim + Zebrak, LLP
202.851.4526 (direct)
jeff@oandzlaw.com<mailto:jeff@oandzlaw.com>


From: "Buchanan, Tom" <TBuchana@winston.com<mailto:TBuchana@winston.com>>
Date: Thursday, July 25, 2019 at 11:43 AM
To: Jeff Gould <Jeff@oandzlaw.com<mailto:Jeff@oandzlaw.com>>
Cc: "Anderson, Sean R." <sranderson@winston.com<mailto:sranderson@winston.com>>, "Elkin, Michael S." <MElkin@winston.com<mailto:MElkin@winston.com>>
Subject: RE: Sony v. Cox - proposed schedule

If I don't hear back  from you by the end of the week, we will serve them directly. Thanks.

Thomas M. Buchanan



Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5787

M: +1 202-468-5787

F: +1 202-282-5100

Bio<http://www.winston.com/en/who-we-are/attorneys/buchanan-thomas-m.html> | VCard<http://www.winston.com/vcards/437.vcf> | Email<mailto:tbuchana@winston.com> | winston.com<http://www.winston.com>

<image002.jpg>
From: Buchanan, Tom
Sent: Wednesday, July 24, 2019 10:28 AM
To: 'Jeff Gould' <Jeff@oandzlaw.com<mailto:Jeff@oandzlaw.com>>
Cc: Anderson, Sean R. <SRanderson@winston.com<mailto:SRanderson@winston.com>>; Elkin, Michael S. <MElkin@winston.com<mailto:MElkin@winston.com>>

Subject: RE: Sony v. Cox - proposed schedule

Please let me know if you will accept service of trial subpoenas for these two witnesses. Thanks.

Thomas M. Buchanan


Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5787

M: +1 202-468-5787

F: +1 202-282-5100

Bio<http://www.winston.com/en/who-we-are/attorneys/buchanan-thomas-m.html> | VCard<http://www.winston.com/vcards/437.vcf> | Email<mailto:tbuchana@winston.com> | winston.com<http://www.winston.com>

<image003.jpg>
From: Buchanan, Tom
Sent: Tuesday, July 16, 2019 1:45 PM
To: 'Jeff Gould' <Jeff@oandzlaw.com<mailto:Jeff@oandzlaw.com>>
Subject: RE: Sony v. Cox - proposed schedule

BTW, will you accept service of trial subpoenas for Steve Marks and Victoria Scheckler. Thanks.

Thomas M. Buchanan


Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

D: +1 202-282-5787

M: +1 202-468-5787

F: +1 202-282-5100

Bio<http://www.winston.com/en/who-we-are/attorneys/buchanan-thomas-m.html> | VCard<http://www.winston.com/vcards/437.vcf> | Email<mailto:tbuchana@winston.com> | winston.com<http://www.winston.com>

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.