UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Cox's Motion *In Limine* No. 2 to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are precluded from using at trial such evidence, including but not limited to the following exhibits: PX 34, PX 35, PX 36, PX 38, PX 279, PX 285, PX 299, PX 300 (Rightscorp Spreadsheet and related exhibits), PX 19-22 (Ticket Action data and related exhibits).

It is so ORDERED this _____ day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge