UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### **[PROPOSED] ORDER**

Having considered Cox's Motion *In Limine* No. 3 to Preclude Evidence and Testimony Relating to Emails and Communications With No Connection to Alleged Infringement of Plaintiffs' Works, it is hereby ORDERED that the Motion is GRANTED.  Plaintiffs shall be precluded from using at trial as evidence the internal Cox communications listed in Exhibit 1 to Cox's Motion, including exhibits containing similar content that Plaintiffs may seek to admit at trial.

It is so ORDERED this _____day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge