# Exhibit 1

Exhibit 1 to Cox's MIL No. 3

| PX NO. | DESCRIPTION | BATES BEGIN | BATES END |
| --- | --- | --- | --- |
| 245 | Email from J. Zabek to A. Dameri and CCI - Abuse Corporate RE: Account [Redacted for Confidentiality] | COX_SONY_00005517 | COX_SONY_00005519 |
| 253 | Email from R. Vredenburg to M. Moy, FW: DMCA Terminations | COX_SONY_00005514 | COX_SONY_00005514 |
| 254 | Email from R. Vredenburg to M. Moy, FW: DMCA Terminations | COX_SONY_00515383 | COX_SONY_00515383 |
| 262 | Email from C. Fraysier to J. Sikes, HRD-TOC (CCI-Hampton Roads, J. Zabek, and CCI - Abuse Corporate, cc: CCI - Abuse Toc, RE: Termination clarification | COX_SONY_00005520 | COX_SONY_00005520 |
| 263 | Conversation with cbsatljz on G Chaos L2 (aim) | COX_BMG00006352 | COX_BMG00006352 |
| 265 | Email from J. Zabek to HRD-TOC (CCI-Hampton Roads) and CCI - Abuse Corporate, RE: Customers Terminated for DMCA.. | COX_BMG00189484 | COX_BMG00189485 |
| 277 | Email from J. Zabek to HRD-TOC (CCI Hampton Roads) and CCI - Abuse Corporate, cc: CCI - TOC RE: CATS 7442149 | COX_SONY_00511210 | COX_SONY_00511210 |
| 278 | Email from J. Zabek to J. Barnhardt, cc: CCI - Abuse Corporate, RE: CATS ticket info on cust acct | COX_SONY_00005540 | COX_SONY_00005541 |
| 279 | Email from J. Zabek to ipe@policycircle.com, subject: [ipe] digitalrightscorp.com | COX_BMG00199746 | COX_BMG00199748 |
| 283 | Emaiil from R. Vredenburg to J. Zabek, J. Sikes, HRD-TOC (CCI-Hampton Roads), and CCI - Abuse Corporate, cc: CCI - Abuse Toc, RE: 7803013 | COX_BMG00133585 | COX_BMG00133586 |
| 284 | Email from J. Sikes to HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate, cc: CCI - Abuse Toc, Re: 7803013 | COX_BMG00200935 | COX_BMG00200935 |
| 287 | Email from J. Zabek to J. Sikes, HRD-TOC (CCI-Hampton Roads), and CCI - Abuse Corporate, cc: CCI - Abuse Toc, RE: 7803013 | COX_SONY_00005532 | COX_SONY_00005533 |
| 293 | Email from J. Sikes to J. Zabek, B. Beck, and CCI - Abuse Corporate, cc: CCI ATL - Data Ops - CATS, RE: CATS Suspend vs Terminate | COX_BMG00180262 | COX_BMG00180263 |

**Exhibit 1 to Cox's MIL No. 3**

| PX NO. | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|
| 294 | Email from J. Sikes to B. Beck, cc: J. Zabek, CCI - Abuse Corporate, and CCI - ATL - Data Ops - CATS, RE: CATS Suspend vs Terminate | COX_BMG00175286 | COX_BMG00175287 |
| 303 | Conversation with joesikesatl on G Chaos L2 (aim) | COX_SONY_00003736 | COX_SONY_00003738 |
| 304 | Coversation with joesikesatl on G Chaos L2 (aim) | COX_SONY_00003743 | COX_SONY_00003744 |
| 305 | Conversation with joesikesatl on G Chaos L2 (aim) | COX_SONY_00512421 | COX_SONY_00512422 |
| 306 | Email from D. Simmons to J. Sikes, A. Dameri, and CCI - Abuse Corporate, RE: DMCA Clarification | COX_BMG00149800 | COX_BMG00149801 |
| 307 | Email from A. Dameri to CCI - Abuse Corporate, cc: D. Simmons, Subject: DMCA Clarification | COX_BMG00187228 | COX_BMG00187228 |
| 308 | Email from J. Sikes to A. Dameri and CCI - Abuse Corporate, cc: D. Simmons, RE: DMCA Clarification | COX_SONY_00512197 | COX_SONY_00512197 |
| 321 | Email from J. Sikes to A. Dameri, RE: Termination review CATS ticket 12056367 | COX_SONY_00005534 | COX_SONY_00005535 |
| 322 | Email from J. Sikes to A. Dameri, RE: Termination review CATS ticket 12056367 | COX_SONY_00513220 | COX_SONY_00513221 |
| 335 | Email from B. Beck to J. Sikes, cc: M. Carothers, J. Zabek, S. Roper, and D. Dee, RE: DMCA complaint spike? | COX_SONY_00000586 | COX_SONY_00000589 |
| 336 | Email from M. Carothers to J. Zabek and J. Sikes, RE: DMCA complaint spike? | COX_SONY_00001605 | COX_SONY_00001607 |
| 337 | Email from B. Beck to J. Sikes, cc: M. Carothers, J. Zabek, S. Roper, and D. Dee, RE: DMCA complaint spike? | COX_SONY_00005545 | COX_SONY_00005548 |
| 340 | Email from R. Vredenburg to J. Sikes, HRD-TOC (CCI-Hampton Roads), and CCI - Abuse Corporate, RE: Request for Termination - CATS Ticket 18640545 | COX_SONY_00003733 | COX_SONY_005003735 |
| 341 | Email from J. Sikes to HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate RE: Request for Termination - CATS Ticket 18640545 | COX_SONY_00008296 | COX_SONY_00008297 |
| 342 | Email from M. Mathews to J. Sikes, HRD-TOC (CCI-Hampton Roads), and CCI - Abuse Corporate, RE: Request for Termination - CATS Ticket 18640545 | COX_SONY_00512138 | COX_SONY_00512141 |

**Exhibit 1 to Cox's MIL No. 3**

| PX NO. | DESCRIPTION | BATES BEGIN | BATES END |
|---|---|---|---|
| 345 | Email from J. Sikes to HRD-TOC (CCI-Hampton Roads) and CCI - Abuse Corporate, RE: Termination Review - 19991279 | COX_BMG00181434 | COX_BMG00181434 |
| 346 | Email from J. Sikes to HRD-TOC (CCI-Hampton Roads) and CCI - Abuse Corporate, RE: Termination Review - 19751123 | COX_SONY_00511291 | COX_SONY_00511291 |
| 347 | Email from A. Thompson to HRD-TOC (CCI-Hampton Roads) and CCI - Abuse Corporate, RE: Termination Review - 19029047 | COX_SONY_00008318 | COX_SONY_00008319 |