UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>                    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Cox's Motion *In Limine* No. 4 to Preclude Evidence and Testimony of Infringement and Harm Other Than That Allegedly Represented by the RIAA Notices, it is hereby ORDERED that the Motion is GRANTED.  Plaintiffs shall be precluded from introducing evidence regarding the following at trial:

- Cox's purported financial benefit from retaining subscribers who received only one notice;

- Cox's profits and/or revenue that is based, at least in part, on subscribers who received notices outside of the Claim Period;

- Cox's profits and/or revenue from outside the Claim Period and from anything other than high-speed Internet;

- The general harm or effects of piracy, which is not specific to that harm allegedly caused by Cox to Plaintiffs at issue in this case; and

- Observations of alleged infringement by Cox's subscribers beyond those allegedly represented by the RIAA Notices that were produced in this case.

It is so ORDERED this _____ day of _____, 2019.

 

_____
Hon. Liam O'Grady
United States District Judge