UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF SEALED FILINGS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and E.D.Va. Local Civil Rule 5(C), Plaintiffs have filed under seal certain documents or portions documents that cite to, discuss, or disclose information that has been designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), specifically identified below.

- Portions of Plaintiffs' Memorandum in Support of Their Omnibus Motion *in Limine* (the "Motion")
- Portions of the Declaration of Jeffrey Gould in Support of the Motion ("Gould Declaration") and Gould Declaration Exhibits 2-5, 8-12, 17-19, and 21-28
- Portions of the Declaration of Samuel Bahun in Support of the Motion
- Portions of the Declaration of Vance Ikezoye in Support of the Motion (previously submitted in opposition to Cox's sanction motion)

**NOTICE OF RIGHT TO RESPOND**: Pursuant to Local Civil Rule 5(C), parties and nonparties may submit memoranda in support of or in opposition to the motion within seven (7)

days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

Respectfully Submitted,

Dated: October 19, 2019

*/s/ Scott A. Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*