# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Seal (ECF No. 484), which seeks the Court's leave to file under seal portions of Plaintiffs' Memorandum in Support of Their Omnibus Motion *in Limine* (the "Motion"), portions of the Declaration of Jeffrey Gould in Support of the Motion ("Gould Declaration") (ECF No. 476-3), Gould Declaration Exhibits 2-5, 8-12, 17-19, and 21-28, portions of the Declaration of Samuel Bahun in Support of the Motion (ECF No. 476-1), and portions of the Declaration of Vance Ikezoye in Support of the Motion (ECF No.476-2), which contain information designated as "Highly-Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED and these documents shall remain under seal until further order of the Court.

ENTERED this ___ day of _____ 2019

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia