UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### **[PROPOSED] ORDER**

Having considered Cox's Motion *In Limine* No. 5 to Exclude Plaintiffs' Exhibit Number 39, it is hereby ORDERED that the Motion is GRANTED.

It is so ORDERED this _____day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge