UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Cox's Motion *in Limine* No. 6 to Exclude Certain MarkMonitor Evidence, it is hereby ORDERED that the Motion is GRANTED.  Plaintiffs are precluded from relying on Plaintiffs' Trial Exhibit 11 and those expert opinions and testimony that rely on it.

It is so ORDERED this _____ day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge