# Exhibit 12

# FILED UNDER SEAL

# native spreadsheet to be filed on hard drive