# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC. and COXCOM, LLC. <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## **[PROPOSED] ORDER**

Having considered Cox's Motion *in Limine* No. 7 to Preclude Plaintiffs from Relying on Copyright Notices as Proof of Direct Infringement, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs cannot rely on the copyright notices as proof of direct infringement.

It is so ORDERED this _____ day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge