UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC. and COXCOM, LLC. <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**COX'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE CERTAIN EVIDENCE RELATING TO PEER-TO-PEER TRAFFIC ON COX'S NETWORK**

Defendants Cox Communications, Inc. and CoxCom, LLC ("Cox") respectfully move this Court to exclude certain evidence relating to peer-to-peer traffic on Cox's network. Cox states the specific grounds for this motion in its accompanying Memorandum of Law in Support of Its Motion *in Limine* No. 8 to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network.

Dated: October 19, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas M. Buchanan*
　　　　　　　　　　　　　　　　　　　　　　　Thomas M. Buchanan (VSB No. 21530)
　　　　　　　　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　　　　　　　　1700 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006-3817
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 282-5787
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 282-5100
　　　　　　　　　　　　　　　　　　　　　　　Email: tbuchana@winston.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400
Email:  jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750
Email:  dhleiden@winston.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2019, a copy of the foregoing was served by email to Jeffrey Gould at jeff@oandzlaw.com, by party agreement, due to technical issues with the ECF system.

      *s/ Sean R. Anderson*
Sean R. Anderson
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: sranderson@winston.com