# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

        Plaintiffs,

    v.

COX COMMUNICATIONS, INC. and
COXCOM, LLC.

        Defendants.

Case No. 1:18-cv-00950-LO-JFA

## [PROPOSED] ORDER

Having considered Cox's Motion *in Limine* No. 8 to Exclude Certain Evidence Relating to Peer-To-Peer Traffic on Cox's Network, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are precluded from presenting evidence at trial that Cox has the ability to (1) determine the content of any files uploaded or downloaded on peer-to-peer traffic on its network, or (2) block, shape, or otherwise manipulate peer-to-peer traffic, or evidence of Cox's general knowledge of the volume of peer-to-peer traffic on its network.

It is so ORDERED this _____day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge