UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC. and COXCOM, LLC. <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## [PROPOSED] ORDER

Having considered Cox's Motion *In Limine* No. 9 to Preclude Evidence Relating to Terminations for Non-Payment, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are precluded from introducing at trial any evidence relating to the number of subscribers Cox terminated for non-payment, as it is neither relevant to Cox's liability nor the jury's determination of statutory damages.

It is so ORDERED this _____ day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge