# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC.<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## **[PROPOSED] ORDER**

Having considered Cox's Motion *in Limine* No. 10 to Exclude Cox Performance Evaluations and Evidence Relating to Former Employees' Separation from Cox, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are precluded from introducing:

- Plaintiffs' Trial Exhibits 371-428 (performance evaluations and self-evaluations);

- Plaintiffs' Trial Exhibit 429 (Letter Separation Agreement to J. Zabek); and

- Plaintiffs' Trial Exhibit 430 (Letter Separation Agreement to J. Sikes); and

- Trial testimony relating to the circumstances of Mr. Sikes and Mr. Zabek's separation from Cox.

It is so ORDERED this _____ day of _____, 2019.

_____
Hon. Liam O'Grady
United States District Judge