# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Seal (ECF No. 508), which seeks the Court's leave to file under seal portions of their Consolidated Reply Memorandum In Support Of Plaintiffs' Motion To Strike Portions Of The Declaration Of Thomas Kearney And Plaintiffs' Motion To Strike The Declaration Of Thomas Patrick Lane And Portions Of The Declaration Of Thomas Kearney (ECF No. 506), which cite to, discuss, or disclose information that Cox has designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED and these documents shall remain under seal until further order of the Court.

ENTERED this ___ day of _____2019

Alexandria, Virginia

_____

Judge for the Eastern District of Virginia