UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

*Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

*Defendants*.

Case No. 1:18-cv-00950-LO-JFA

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 509), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Cox's Memorandum in Support of its Motion *in Limine* No. 2 to Preclude Evidence and Testimony Relating to Third-Party Infringement Notices (ECF No. 477); Exhibit 1 to Cox's Motion *in Limine* No. 2 (ECF No. 477-1); Exhibit 2 to Cox's Motion *in Limine* No. 3 (ECF No. 481); Portions of Cox's Memorandum in Support of its Motion *in Limine* No. 4 to Preclude Evidence and Testimony of Infringement and Harm Other than that Allegedly Represented by the RIAA Notices (ECF No. 486), Exhibits 1-4, 6-14 to Cox's Motion *in Limine* No. 4 (ECF Nos. 486-1-4, 6-14); Portions of Cox's Memorandum in Support of Its Motion *in Limine* No. 5 to Exclude Plaintiffs' Exhibit Number 39 (ECF No. 489); Exhibits 1-4 to Cox's Motion *in Limine* No. 5 (ECF No. 489-1-4); Portions of the Declaration of Thomas Kearney in Support of Cox's Motion *in Limine* No. 5 (ECF No. 489-5); Portions of Cox's Memorandum in Support of Its Motion *in Limine* No. 6 to Exclude Certain MarkMonitor Evidence (ECF No. 492); Exhibits 2-6, 7-13, 18 to Cox's Motion *in Limine* No. 6. (ECF No. 492-2-5, 7-13, 18); Portions of Cox's Memorandum in Support of its Motion *in Limine* No. 8 to Exclude Certain Evidence Relating to Peer-to-Peer Traffic on Cox's Network (ECF No. 498), Exhibits 1-3, 6-7 of Cox's *Motion in Limine* No. 8 (ECF No. 498-1-3, 6-7), and Portions of Cox's

Memorandum in Support of its Motion *in Limine* No. 9 to Preclude Evidence Relating to Terminations for Non-Payment (ECF No. 501), the Court Orders grants Cox's Motion and all documents shall remain under seal.

              ENTERED this ____ day of October, 2019.

Alexandria, Virginia

              _____
              John F. Anderson
              United States Magistrate Judge