UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC. and COXCOM, LLC,<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## COX'S FAIRNESS DESIGNATIONS AND OBJECTIONS TO PLAINTIFFS' COUNTER DEPOSITION DESIGNATIONS

Pursuant to the Court's Order Modifying the Pretrial Schedule entered on July 22, 2019 (ECF 223), Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") provide the attached objections and fairness designations to Plaintiffs' Counter-Designations to Defendants' Deposition Designations (ECF 428).

Cox's fairness designations reflect deposition testimony which Cox may offer into evidence at trial to the extent Plaintiffs are permitted to offer their counter-designated testimony into evidence at trial. Cox reserves the right to challenge and object on any appropriate grounds to Plaintiffs' use of any counter-designated testimony at trial, including but not limited to any objections as to relevance and admissibility. Cox's specific fairness designations are not intended to waive Cox's right to counter other testimony that Plaintiffs designated or may designate. Certain of Cox's fairness designations apply to multiple counter-designations by Plaintiffs, and an assertion of a fairness designation as to a specific counter-designation by Plaintiffs is not exclusive or exhaustive.

Cox reserves the right to designate portions of the deposition testimony of witnesses

1

identified on Plaintiffs' trial witness list as "will call" or "may call" witnesses in the event that Plaintiffs do not offer live testimony from any such witnesses. Cox further reserves the right to supplement or amend these fairness designations in light of any testimony inadvertently omitted from the current designations or which comes to Cox's attention after this filing, and for which reasonable notice is given to Plaintiffs. Cox further reserves the right to use deposition testimony without previously designating it for impeachment and to use any deposition testimony that Plaintiffs designate. Cox reserves the right to challenge and object to Plaintiffs' use of any testimony in Cox's fairness designations on any appropriate grounds, and by including testimony in its fairness designations Cox does not waive any objections to the admissibility of any testimony.

Additionally, Cox includes in its current designations testimony that may be subject to: (1) the Court's ruling on Cox's pending motions *in limine*; (2) the Court's rulings on Plaintiffs' and Cox's pending summary judgment and *Daubert* motions; and (3) any further rulings, instructions, or actions by the Court relating to those orders and the underlying motions. Cox therefore reserves the right to amend its counter-designations and objections if appropriate in light of any of the Court's forthcoming rulings.

Cox objects to Plaintiffs' Counter Deposition Designations subject to the following objection codes:

| Code | Objection | Rule |
|---|---|---|
| ARG | Argumentative | |
| ASF | Assumes Facts Not in Evidence | |
| ATT | Attorney Argument; Not Evidence | Fed. R. Evid. 103(c), 602 |
| BEV | Best Evidence | Fed. R. Evid. 1002 |

| Code | Objection | Rule |
|------|-----------|------|
| CP | Compound | |
| HSY | Hearsay | Fed. R. Evid. 802 |
| HYPO | Incomplete Hypothetical | |
| INC | Incomplete Document | Fed. R. Evid. 106 |
| IOT | Improper opinion testimony by a lay witness | Fed. R. Evid. 701 |
| LEG | Calls for Legal Conclusion | |
| LFN | Lacks Foundation | Fed. R. Evid. 602 |
| LPK | Lack of Personal Knowledge | Fed. R. Evid. 602 |
| MIL | Subject to exclusion based on Cox's anticipated motions *in limine* | |
| MSC | Mischaracterizes Prior Testimony or Exhibit | |
| NR | Nonresponsive | |
| PRJ | Probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, needlessly presenting cumulative evidence | Fed. R. Evid. 403 |
| PRV | Attorney-client privilege, work product, limits on waiver | Fed. R. Evid. 502 |
| REL | Relevance | Fed. R. Evid. 401,402 |
| SCP | Beyond the scope of the witnesses' testimony as a 30(b)(6) designee | |
| SP | Calls for Speculation | |
| VA | Vague, Ambiguous, Overbroad, Confusing, Unclear as to time | |

Dated: October 22, 2019                    Respectfully submitted,

                                                                           */s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400
Email:  jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone:  (312) 558-5600
Facsimile:   (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email:  dhleiden@winston.com

**CERTIFICATE OF SERVICE**

  I certify that on October 22, 2019, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

                 <u>*/s/ Thomas M. Buchanan*</u>
                 Thomas M. Buchanan (VSB No. 21530)
                 1700 K Street, NW
                 Washington, DC 20006-3817
                 Tel: (202) 282-5787
                 Fax: (202) 282-5100
                 Email: tbuchana@winston.com

                 *Attorney for Cox Communications, Inc.*
                 *and CoxCom, LLC*