UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

[PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Seal (ECF No. 327) and Defendants' Response to Plaintiffs' Motion to Seal (ECF No. 351), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal Exhibits 1, 5, 12, 19, 20, 21, 23, 26, 27, 28, 31, 32, 34, 36-40, 43, 45, 47, 49-53, 58, 59, 66, 68, 69 to the Declaration of Jeffrey Gould in Support of Plaintiffs' Motion for Summary Judgment and portions of the Declaration and Motion to the extent they disclose information from the specified exhibits; Exhibit 1 to the Declaration of Jeffrey Gould in Support of Plaintiffs' Motion Seeking to Exclude Certain Expert Testimony by W. Christopher Bakewell and portions of the Declaration and Motion to the extent they disclose information from Exhibit 1; Exhibit 1 to the Declaration of Jeffrey Gould in Support of Plaintiffs' Motion Seeking to Exclude Certain Expert Testimony by Dr. Kevin C. Almeroth and portions of the Declaration and Motion to the extent they disclose information from Exhibit 1; and Exhibits 1 and 2 to the Declaration of Jeffrey Gould in Support of Plaintiffs' Motion Seeking to Exclude Certain Expert Testimony by Dr. Lynn Weber and portions of the Declaration and Motion to the extent they disclose information from Exhibits 1 and 2 is hereby granted.

ENTERED this 23rd day of ~~September~~, 2019.

Alexandria, Virginia

_____/s/_____
John F. Anderson
United States Magistrate Judge

Magistrate Judge John F. Anderson
Eastern District of Virginia

**By granting this motion to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to this motion may remain under seal and will not be disclosed to the public during the trial before the District Judge.**