## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

        *Plaintiffs*,

        v.

COX COMMUNICATIONS, INC., *et al.*,

        *Defendants*.

Case No. 1:18-cv-00950-LO-JFA

### ~~[PROPOSED]~~ ORDER
UNOPPOSED

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 331), pursuant to

Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order

allowing Cox to maintain under seal a portion of Defendants' Memorandum of Law in Support of

their Motion for Summary Judgment (ECF No. 330) ("Summary Judgment Motion"); portions of the

Declaration of Thomas Kearney in Support of Defendants' Motion for Summary Judgment (ECF No.

330-1) ("Summary Judgment Declaration"); exhibits to the Summary Judgment Declaration; portions

of Cox's Motion to Exclude the Testimony of Putative Expert William H. Lehr, Ph.D. (ECF No. 308)

("Lehr Motion"); exhibits to the Declaration of Thomas M. Buchanan in Support of the Lehr Motion

(ECF No. 308-1) ("Lehr Motion Declaration Exhibits"), portions of Cox's Motion to Exclude the

Testimony of Putative Expert George P. McCabe, Ph.D. (ECF No. 302) ("McCabe Motion"), exhibits

to the Declaration of Thomas M. Buchanan in Support of the McCabe Motion (ECF No. 302-1)

("McCabe Motion Declaration Exhibits"), portions of Cox's Motion to Exclude the Testimony of

Putative Expert Terrence P. McGarty (ECF No. 305) ("McGarty Motion"), exhibits to the Declaration

of Thomas M. Buchanan in Support of the McGarty Motion (ECF No. 305-1) ("McGarty Motion

Declaration Exhibits"), portions of Cox's Motion to Exclude the Testimony of Putative Expert Barbara

Frederiksen-Cross (ECF No. 311) ("Frederiksen-Cross Motion"), portions of the Declaration of Cesie

1

C. Alvarez in Support of the Frederiksen-Cross Motion (ECF No. 311-1) ("Frederiksen-Cross Motion

Declaration"), and exhibits to the Frederiksen-Cross Motion Declaration ("Frederiksen-Cross Motion

Declaration Exhibits"), the Motion is Hereby granted, in accordance with the chart below:

| Bates Number or Title | Designating Party | Where used | Granted |
|---|---|---|---|
| The deposition transcript of Alasdair McMullan | Plaintiffs | Summary Judgment Motion, Exhibit 6 | Y N |
| The deposition transcript of Steven Poltorak | Plaintiffs | Summary Judgment Motion, Exhibit 8 | Y N |
| The deposition transcript of Plaintiffs' Expert Barbara Frederiksen-Cross | Plaintiffs | Summary Judgment Motion, Exhibit 2; Frederiksen-Cross Motion Declaration, Exhibit F | Y N |
| The Expert Report of Plaintiffs' Expert Barbara Frederiksen-Cross | Plaintiffs | Summary Judgment Motion, Exhibit 13; McCabe Motion Declaration, Exhibit H; Frederiksen-Cross Motion Declaration, Exhibit D | Y N |
| The Supplemental and Reply Report of Plaintiffs' Expert Barbara Frederiksen-Cross | Plaintiffs | Summary Judgment Motion, Exhibit 14; McCabe Motion Declaration, Exhibit K; Frederiksen-Cross Motion Declaration, Exhibit E | Y N |
| The deposition transcript of William H. Lehr, Ph.D | Plaintiffs | Lehr Motion Declaration, Exhibit D | Y N |
| The Expert Report of Plaintiffs' Expert William Lehr | Plaintiffs | Summary Judgment Motion, Exhibit 15; Lehr Motion Declaration, Exhibit A | Y N |
| The Expert Rebuttal Report of Plaintiffs' Expert William Lehr | Plaintiffs | Lehr Motion Declaration, Exhibit B | Y N |
| The Expert Reply Report of Plaintiffs' Expert William Lehr | Plaintiffs | Lehr Motion Declaration, Exhibit C | Y N |
| The deposition transcript of expert George McCabe | Plaintiffs | Summary Judgment Motion, Exhibit 5; McCabe Motion Declaration, Exhibit D | Y N |
| The Expert Report of George P. McCabe | Plaintiffs | Summary Judgment Motion, Exhibit 16; McCabe Motion Declaration, Exhibit B; | Y N |

| Bates Number or Title | Designating Party | Where used | Granted |
|---|---|---|---|
| | | McGarty Motion Declaration, Exhibit H | |
| The Expert Supplemental and Reply Report of George P. McCabe, Ph.D. | Plaintiffs | McCabe Motion Declaration, Exhibit C | Y / N |
| The deposition transcript of Terrence P. McGarty, Ph.D. | Plaintiffs | McGarty Motion Declaration, Exhibit C | Y / N |
| The Expert Report of Plaintiffs' Expert Terrence P. McGarty | Plaintiffs | Summary Judgment Motion, Exhibit 17; McGarty Motion Declaration, Exhibit A | Y / N |
| The Expert Supplemental and Reply Report of Plaintiffs' Expert Terrence P. McGarty | Plaintiffs | McGarty Motion Declaration, Exhibit B | Y / N |
| Plaintiffs_00286430 | Plaintiffs | Summary Judgment Motion, Exhibit 26, 26A, 27, 28; | Y / N |
| Plaintiffs_00104130 | Plaintiffs | Summary Judgment Motion, Exhibit 29 | Y / N |
| Plaintiffs_00112675 | Plaintiffs | Summary Judgment Motion, Exhibit 29 | Y / N |
| Plaintiffs_00148396 | Plaintiffs | Summary Judgment Motion, Exhibit 29 | Y / N |
| Plaintiffs_00148541 | Plaintiffs | Summary Judgment Motion, Exhibit 29 | Y / N |
| Plaintiffs_00200764 | Plaintiffs | Summary Judgment Motion, Exhibit 29 | Y / N |
| Plaintiffs_00113142 | Plaintiffs | Summary Judgment Motion, Exhibit 30 | Y / N |
| Plaintiffs_00175863 | Plaintiffs | Summary Judgment Motion, Exhibit 31 | Y / N |
| Plaintiffs_00137124 | Plaintiffs | Summary Judgment Motion, Exhibit 32 | Y / N |
| Plaintiffs_00286431 | Plaintiffs | Summary Judgment Motion, Exhibit 39 | Y / N |
| The deposition transcript of Steven Marks | The Recording Industry Association of America ("RIAA") | Summary Judgment Motion, Exhibit 4 | Y / N |
| RIAA_00000003 | RIAA | Summary Judgment Motion, Exhibit 22 Frederiksen-Cross Motion Declaration, Exhibit K | Y / N |
| RIAA_00000017 | RIAA | Summary Judgment | Y / N |

| Bates Number or Title | Designating Party | Where used | Granted |
|---|---|---|---|
| | | Motion, Exhibit 23 | |
| RIAA_00000030 | RIAA | Summary Judgment Motion, Exhibit 24A | Y / N |
| RIAA_00000045 | RIAA | Summary Judgment Motion, Exhibit 24B | Y / N |
| RIAA_00127769 | RIAA | Summary Judgment Motion, Exhibit 25; McCabe Motion Declaration, Exhibit F | Y / N |
| The deposition transcript of Sam Bahun | MarkMonitor, Inc. | Summary Judgment Motion, Exhibit 1 | Y N |
| The deposition transcript of Slawomir Paszkowski | MarkMonitor, Inc. | Summary Judgment Motion, Exhibit 7, 38; McCabe Motion Declaration, Exhibit E; Frederiksen-Cross Motion Declaration, Exhibit H | Y / N |
| MM000236 | MarkMonitor, Inc. | Summary Judgment Motion, Exhibit 37, 37A; McCabe Motion Declaration, Exhibit G Frederiksen-Cross Motion Declaration, Exhibit C | Y / N |
| MM000189 | MarkMonitor, Inc. | Summary Judgment Motion, Exhibit 41; Frederiksen-Cross Motion Declaration, Exhibit J | Y / N |
| The deposition transcript of Vance Ikezoye | Audible Magic Corporation | Summary Judgment Motion, Exhibit 3; McCabe Motion Declaration, Exhibit I; Frederiksen-Cross Motion Declaration, Exhibit I | Y N |
| Audible-Magic-0000003 | Audible Magic Corporation | Summary Judgment Motion, Exhibit 36; Frederiksen-Cross Motion Declaration, Exhibit M | Y / N |
| REV00003444/AUDIBLE-MAGIC-0007657 | Audible Magic Corporation | Summary Judgment Motion, Exhibit 40 | Y / N |
| The deposition transcript of Matthew Carothers | Defendants | Summary Judgment Motion, Exhibit 9 | Y / N |
| The deposition transcript of Paul Jarchow | Defendants | Summary Judgment Motion, Exhibit 10 | Y / N |
| The deposition transcript of Sanford Mencher | Defendants | Summary Judgment Motion, Exhibit 11 | Y / N |

4

| Bates Number or Title | Designating Party | Where used | Granted |
|---|---|---|---|
| The deposition transcript of Sidd Negretti | Defendants | Summary Judgment Motion, Exhibit 12; Lehr Motion Declaration, Exhibit J | Y / N |
| The deposition transcript of Linda Trickey | Defendants | Summary Judgment Motion, Exhibit 43; | Y / N |
| The Rebuttal Expert Report of Cox's Expert Dr. Nick Feamster | Defendants | Summary Judgment Motion, Exhibit 18; McCabe Motion Declaration, Exhibit J Frederiksen-Cross Motion Declaration, Exhibit G | Y / N |
| The Rebuttal Expert Report of Cox's Expert Dr. Kevin Almeroth | Defendants | Summary Judgment Motion, Exhibit 19; McGarty Motion Declaration, Exhibit E | Y / N |
| COX_SONY_00515537 | Defendants | Lehr Motion Declaration, Exhibit E | Y / N |
| The Rebuttal Expert Report of Lynne J. Weber, Ph.D. | Defendants | Lehr Motion Declaration, Exhibit G; McGarty Motion Declaration, Exhibit D | Y / N |
| Reply Report of Christian Tregillis | Defendants | Lehr Motion Declaration, Exhibit H | Y / N |
| COX_SONY_00097360 | Defendants | Summary Judgment Motion, Exhibit 44 | Y / N |
| COX_SONY_00097361 | Defendants | Summary Judgment Motion, Exhibit 45 | Y / N |
| COX_SONY_00097362 | Defendants | Summary Judgment Motion, Exhibit 46 | Y / N |
| COX_SONY_00097363 | Defendants | Summary Judgment Motion, Exhibit 47 | Y / N |
| COX_SONY_00097364 | Defendants | Summary Judgment Motion, Exhibit 48 | Y / N |
| COX_SONY_00097365 | Defendants | Summary Judgment Motion, Exhibit 49 | Y / N |
| COX_SONY_00097366 | Defendants | Summary Judgment Motion, Exhibit 50 | Y / N |
| COX_SONY_00097367 | Defendants | Summary Judgment Motion, Exhibit 51 | Y / N |

ENTERED this **23RD** **October** day of ~~September~~, 2019.

Alexandria, Virginia

/s/
_____

John F. Anderson
United States Magistrate Judge

**By granting this motion to seal, the undersigned is not making a determination that the
information that is being allowed to be filed under seal pursuant to this motion may remain
under seal and will not be disclosed to the public during the trial before the District Judge.**