UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

### ORDER GRANTING DEFENDANTS' MOTION TO SEAL

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 366), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Reply Memorandum of Law in Support of Their Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence (ECF No. 364), Exhibits A-D to the supporting Declaration of Thomas Kearney (ECF Nos. 364-2 to 364-5), Exhibit A to the supporting Declaration of Michael L. Brody (ECF No. 364-7), Exhibit B to the supporting Declaration of Lynne J. Weber, Ph.D. (ECF No. 364-10), those portions of the Declarations citing these exhibits (ECF Nos. 364-1, 364-6, and 364-8), and portions of the supporting Declaration of Dr. Nick Feamster (ECF No. 364-11), *Plaintiffs' Memorandum in Support (Docket No. 465) and no opposition having been filed,* it is hereby

ORDERED that the motion is GRANTED,* and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this 23rd day of October, 2019.

Alexandria, Virginia

/s/ JFA
~~John F. Anderson~~
~~United States Magistrate Judge~~
The Honorable John F. Anderson
United States Magistrate Judge
Eastern District of Virginia

* By granting this motion to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to this motion may remain under seal and will not be disclosed to the public during the trial before the District Judge.