UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Supplemental Motion to Seal (ECF No. 525), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal Exhibit 7 Cox's Motion *in Limine* No. 8 (ECF No. 498-7) and portions of the Memorandum in Support of its Motion *in Limine* No. 8 to Exclude Certain Evidence Relating to Peer-to-Peer Traffic on Cox's Network (ECF No. 498) to the extent it relies on information from Exhibit 7, the Court Orders grants Cox's Motion and these documents shall remain under seal.

ENTERED this _____ day of October, 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge

1