UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

Defendants.

Case No. 1:18-cv-00950-LO-JFA

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 464), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to file under seal a portion of Defendants' Memorandum in Support of its Consolidated Opposition to Plaintiffs' Motion to Strike Portions of the Declaration of Thomas Kearney (ECF 388) and Motion to Strike the Declaration of Thomas Patrick Lane and Portions of the Declaration of Thomas Kearney (ECF 420) ("Consolidated Opposition Memorandum") and certain exhibits attached thereto ("Confidential Exhibits") (collectively, "Confidential Materials"), *as set forth in plaintiffs' memorandum (Docket No. 469).* The Confidential Materials reference, quote from, or comprise information that has been designated under the Stipulated Protective Order in this case (ECF No. 58) (the "Protective Order") by Plaintiffs and/or third parties as Highly Confidential – Attorneys' Eyes Only. It is hereby

ORDERED that the *unopposed* motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this 24th day of October, 2019.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge

The Honorable John F. Anderson
United States Magistrate Judge
Eastern District of Virginia

* By granting this motion to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to this motion may remain under seal and will not be disclosed to the public during the trial before the District Judge.