UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 459), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal a portion of Defendants' Memorandum of Law in Further Support of its Motion for Summary Judgment (ECF No. 454) ("Summary Judgment Reply Memorandum"); certain exhibits to the Reply Declaration of Thomas Kearney in Further Support of Defendants' Motion for Summary Judgment ("Kearney Reply Decl.") (ECF No. 454-2-3); portions of the Declaration of Nick Feamster in Support of Cox's Reply in Support of its Motion for Summary Judgment ("Feamster Reply Decl.") (ECF No. 454-1); portions of Cox's Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert William H. Lehr, Ph.D. ("Lehr Reply Memorandum") (ECF No. 452); certain exhibits to the Reply Declaration of Thomas M. Buchanan in Further Support of Cox's Motion to Exclude the Testimony of Putative Expert William H. Lehr, Ph.D. ("Buchanan Lehr Reply Decl.") (ECF No. 452-1); portions of Cox's Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert George P. McCabe, Ph.D. ("McCabe Reply Memorandum") (ECF No. 449); certain exhibits to the Reply Declaration of Thomas M. Buchanan in Further Support of Cox's Motion to Exclude the Testimony of Putative Expert George P. McCabe, Ph.D. (Buchanan McCabe Reply Decl.") (ECF No. 449-1-3); portions of Cox's

Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert Terrence P. McGarty ("McGarty Reply Memorandum") (ECF No. 438); portions of Cox's Memorandum of Law in Further Support of its Motion to Exclude the Testimony of Putative Expert Barbara Frederiksen-Cross ("Frederiksen-Cross Reply Memorandum") (ECF No. 440); and certain exhibits to the Reply Declaration of Cesie C. Alvarez in Further Support of its Motion to Exclude the Testimony of Putative Expert Barbara Frederiksen-Cross (ECF No. 440-1-3) (Alvarez Frederiksen-Cross Reply Decl."), AND TAKING INTO CONSIDERATION plaintiffs' MEMORANDUM (Docket No. 469) AND NO opposition BEING FILED, the Court Orders as follows:

| Title | Designating Party | Where Used | Granted |
|---|---|---|---|
| The deposition transcript of Barbara Frederiksen-Cross, taken on June 28, 2019 | Plaintiffs | Exhibit E to the Alvarez Frederiksen-Cross Reply Decl. | **Yes** / No |
| Exhibit B to the Expert Report of Barbara Frederiksen-Cross | Plaintiffs | Exhibit F to the Alvarez Frederiksen-Cross Reply Decl. | **Yes** / No |
| The deposition transcript of George P. McCabe, Ph.D., taken on June 20, 2019 | Plaintiffs | Exhibit C to the Buchanan McCabe Reply Decl. | **Yes** / No |
| The September 27, 2019 hearing transcript before Mag. Judge Anderson | Party confidentiality designations pending | Exhibit G to the Alvarez Frederiksen-Cross Reply<br><br>Exhibit 59 to the Kearney Reply Decl.<br><br>Exhibit B to the Buchanan McCabe Reply Decl. | **Yes** / No |
| The deposition transcript of Slawomir Paszkowski, taken on July 2, 2019 | MarkMonitor | Exhibit A to the Alvarez Frederiksen-Cross Reply Decl. | **Yes** / No |

2

| | | Exhibit 55 to the Kearney Reply Decl. | |
|---|---|---|---|
| Supplemental/Rebuttal Report of Christian Tregillis, CPA, ABV, CFF, CLP, dated May 15, 2019 | Cox | Exhibit A to the Buchanan McCabe Reply Decl. | Yes / No |
| Deposition transcript of Sidd Negretti, taken on June 14, 2019 | Cox | Exhibit A to the Buchanan McCabe Reply Decl. | Yes / No |

ENTERED this 24th day of October, 2019.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

By granting this motion to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to this motion may remain under seal and will not be disclosed to the public during the trial before the District Judge.

3