UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

~~[PROPOSED]~~ ORDER (DOCKET NO. 425)

UPON CONSIDERATION of Plaintiffs' motion, pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(C) to file under seal portions of their Memorandum in Support of Plaintiffs' Motion to Strike the Declaration of Thomas Patrick Lane and Portions of the Declaration of Thomas Kearney (ECF No. 422), which cite to information Cox has designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, no opposition having been filed, that sealing is warranted, and no alternative will suffice, it is hereby *

ORDERED that the motion is GRANTED, and these materials shall remain under seal until further order of the Court.

ENTERED this 24th day of October, 2019.

Alexandria, Virginia

/s/ JFA
John F. Anderson
United States Magistrate Judge

Judge for the Eastern District of Virginia

\* By granting this motion to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to this motion may remain under seal and will not be disclosed to the public during the trial before the District Judge.