# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **SONY MUSIC ENTERTAINMENT, et al.,** | | |
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **COX COMMUNICATIONS, INC., et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| | | | |
|---|---|---|---|
| HONORABLE LIAM O'GRADY presiding | | Court Reporter: | N. Linnell |
| Deputy Clerk: Amanda | | Hearing Began: | 2:01 – 3:43 |
| Proceeding Held: October 24, 2019 | | Hearing Ended: | 4:00 – 5:37 |
| | | | |

**Appearances:**

| | |
|---|---|
| **Plaintiff(s):** | Matthew Oppenheim, Scott Zebrak, Andrew Guerra, Jeffrey Gould |
| | |
| **Defendant(s):** | Thomas Buchanan, Jennifer Golinveaux, Michael Elkin, Diane Hughes Leiden |

[287] Plaintiff's Motion to Exclude Expert Testimony by Christian Tregillis
[291] Plaintiff's Motion to Exclude Expert Testimony by Dr. Nick Feamster
[306] Defendant's Motion to Exclude the Testimony of William H. Lehr, Ph. D.
[312] Plaintiff's Motion for Summary Judgment
[328] Defendant's Motion for Summary Judgment

2:06 p.m. – Mr. Zebrak presents argument on [291].
2:21 p.m. – Mr. Buchanan responds and presents argument.
2:35 p.m. – Mr. Zebrak replies.

2:41 p.m. – Mr. Zebrak presents argument on [287].
2:50 p.m. – Mr. Buchanan responds and presents argument.
3:01 p.m. – Mr. Zebrak replies.

3:07 p.m. – Mr. Buchanan presents argument on [306].
3:16 p.m. – Mr. Gould responds and presents argument.
3:39 p.m. – Mr. Buchanan replies.
3:43 p.m. – Mr. Oppenheim addresses the court.
3:43 p.m. – Court recesses.

4:00 p.m. – Court resumes. Mr. Oppenheim presents argument on [312].
4:28 p.m. – Mr. Zebrak continues to present argument on [312].

4:32 p.m. – Mr. Elkin responds and presents argument on [328].
5:08 p.m. – Mr. Oppenheim presents argument.
5:21 p.m. – Mr. Zebrak continues presenting argument.
5:31 p.m. – Mr. Elkin replies.

- Court takes matters under advisement.