**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

### [~~PROPOSED~~] ORDER

Having reviewed the consent motion of the parties and non-parties MarkMonitor, Audible Magic and the Recording Industry Association of America (ECF No. 533), good cause having been shown, it is hereby

ORDERED that the parties shall have until November 13, 2019 to each file a single memorandum in support of any other party's sealing motions in connection with Plaintiffs' Omnibus Motion in Limine (ECF No. 470) and Cox's Motions in Limine Nos. 1 through 10 (ECF Nos. 471, 474, 478, 482, 487, 490, 493, 496, 499, 502)

It is further ORDERED that non-parties MarkMonitor, Audible Magic and the Recording Industry Association of America shall have until November 20, 2019 to each file a single memorandum in support of any party's sealing motions in connection with Plaintiffs' Omnibus Motion in Limine (ECF No. 470) and Cox's Motions in Limine Nos. 1 through 10 (ECF Nos. 471, 474, 478, 482, 487, 490, 493, 496, 499, 502).

ENTERED this 25th day of October, 2019



                                      /s/
                        John F. Anderson
                        United States Magistrate Judge
Judge for the Eastern District of Virginia