**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants.* | Case No. 1:18-cv-00950-LO-JFA |

**CONSENT MOTION TO RESPOND TO COX'S TEN MOTIONS
IN LIMINE IN A SINGLE OMNIBUS OPPOSITION BRIEF OF FORTY PAGES
AND MEMORANDUM IN SUPPORT**

**Hearing Waived**

Plaintiffs respectfully request, with Cox's consent, that the Court allow them, for good cause shown, to respond to Cox's Motions in Limine Nos. 1 through 10 (ECF Nos. 471, 474, 478, 482, 487, 490, 493, 496, 499, 502) (collectively, the "Motions") in a single omnibus opposition brief of forty (40) pages.

On October 21, 2019, Cox filed the ten Motions. Plaintiffs' oppositions are due Wednesday, October 30 under the Court's scheduling order. ECF No. 252. Cox's memoranda in support of the Motions span approximately 85 pages of substantive briefing. Pursuant to Local Rule 7(F)(3), opposition briefs are limited to 30 pages absent leave of Court. Accordingly, if Plaintiffs respond to each of Cox's Motions separately, they could do so in 300 pages of briefing without leave of Court. Plaintiffs, of course, have no desire to burden the Court with so many pages of briefing. Accordingly, for the Court's convenience and efficiency, Plaintiffs intend to a file a single omnibus memorandum in opposition to all of the Motions.

In order to adequately respond to Cox's ten Motions, however, Plaintiffs require a modest enlargement beyond the default 30-page limit for individual oppositions. A limited expansion to 40 pages will facilitate the Court's review of these motions, and is necessary in order for Plaintiffs to adequately respond to the arguments set forth in Cox's 85 pages of opening memoranda.

Cox has consented to this request. A Proposed Order is attached hereto.

Dated: October 29, 2019                Respectfully submitted,

/s/ Scott A. Zebrak
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel: 202-480-2999

*Attorneys for Plaintiffs*