UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER

Before this Court is Plaintiffs' Consent Motion To Respond To Cox's Ten Motions In Limine In A Single Omnibus Opposition Brief Of Forty Pages. After considering the Motion and the related filings, good cause appearing, the Court is of the opinion that the Motion should be, and it hereby is, GRANTED. The Court hereby orders that Plaintiffs may file a single omnibus memorandum of up to forty (40) pages in opposition to Cox's ten motions in limine.

IT IS SO ORDERED.

ENTERED this 29th of October, 2019.

Alexandria, Virginia

_____
Honorable Liam O'Grady
United States District Judge