UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF SEALED FILINGS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and E.D.Va. Local Civil Rule 5(C), Plaintiffs have filed under seal portions of Plaintiffs' Omnibus Memorandum in Opposition to Cox's Motions in Limine Nos. 1-10 (the "Opposition") (ECF No. 538); Exhibits 1, 2, and 7 through 16 of the Gould Declaration (ECF Nos. 538-3 through 538-14); portions of the Declaration of Vance Ikezoye in Support of the Opposition ("Ikezoye Declaration") (ECF No. 538-2); and portions of the Declaration of Samuel Bahun in Support of the Opposition ("Bahun Declaration") (ECF No. 538-1), which cite to, discuss, or disclose information that has been designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58),

**NOTICE OF RIGHT TO RESPOND**: Pursuant to Local Civil Rule 5(C), parties and nonparties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: October 30, 2019 | */s/ Scott A. Zebrak*<br>Scott A. Zebrak (38729)<br>Matthew J. Oppenheim (*pro hac vice*)<br>Jeffrey M. Gould (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20015<br>Tel:  202-480-2999<br>scott@oandzlaw.com<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br><br>*Attorneys for Plaintiffs* |