UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Seal (ECF No. 541), which seeks the Court's leave to file under seal portions of Plaintiffs' Omnibus Memorandum in Opposition to Cox's Motions in Limine Nos. 1-10 (the "Opposition") (ECF No. 538); Exhibits 1, 2, and 7 through 16 of the Gould Declaration (ECF Nos. 538-3 through 538-14); portions of the Declaration of Vance Ikezoye in Support of the Opposition ("Ikezoye Declaration") (ECF No. 538-2); and portions of the Declaration of Samuel Bahun in Support of the Opposition ("Bahun Declaration") (ECF No. 538-1), which cite to, discuss, or disclose information that has been designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED and these documents shall remain under seal until further order of the Court.

ENTERED this ___ day of _____ 2019
Alexandria, Virginia

                                                                                         _____
                                                                                        Judge for the Eastern District of Virginia