UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 546), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal Exhibits B and D to Cox's Opposition to Plaintiffs' Motion *in Limine,* the Court Orders grants Cox's Motion and Exhibits B and D shall remain under seal.

ENTERED this _____ day of November, 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge