# Exhibit 2

# PX 34 - native file to be submitted on hard drive