# Exhibit 5

# PX 38

## Sound Recordings and Musical Compositions

| Works In Suit | |
|---|---:|
| Sound Recordings | 7,031 |
| Musical Compositions | 3,402 |
| Total Works | 10,433 |
| **Intersection of Works In Suit** | |
| Works Claimed Only As Sound Recordings | 4,475 |
| Works Claimed Only As Musical Compositions | 882 |
| Works Claimed With Corresponding Sound Recordings and Musical Compositions | 2,556 |

Source: PX 1, PX 2