# Exhibit 7

# PX 285

| | |
|---|---|
| **From:** | Zabek, Jason (CCI-Atlanta) |
| **Sent:** | Wednesday, April 20, 2011 4:01 PM |
| **To:** | Cadenhead, Randy (CCI-Atlanta-LD); Trickey, Linda (CCI-Atlanta-LD); P'Simer, Leah (CCI-Atlanta) |
| **Cc:** | CCI - Abuse Corporate |
| **Subject:** | RE: Copyright enforcement group / Digital Rights Corp |

Roger that. I tell you, I kind of hope they do.

This is a fight I want.

Thank you, as always, for your support.

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*

---

**From:** Cadenhead, Randy (CCI-Atlanta-LD)
**Sent:** Wednesday, April 20, 2011 4:00 PM
**To:** Zabek, Jason (CCI-Atlanta); Trickey, Linda (CCI-Atlanta-LD); P'Simer, Leah (CCI-Atlanta)
**Cc:** CCI - Abuse Corporate
**Subject:** RE: Copyright enforcement group / Digital Rights Corp

I recommend that you do. Eventually, they may get a lawyer involved and contact Linda or me.

*Randy Cadenhead*
Privacy Counsel
Cox Communications, Inc.
(404) 269-7671
Fax (404) 269-1476
randy.cadenhead@cox.com

---

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Wednesday, April 20, 2011 3:58 PM
**To:** Cadenhead, Randy (CCI-Atlanta-LD); Trickey, Linda (CCI-Atlanta-LD); P'Simer, Leah (CCI-Atlanta)
**Cc:** CCI - Abuse Corporate
**Subject:** RE: Copyright enforcement group / Digital Rights Corp

Keeping you in the loop.

Should I keep ignoring them? I have no problem with that.


Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
*(Insert benign saying here)*


DEPOSITION EXHIBIT Cadenhead 16

1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                      COX_BMG00207705

**From:** Zabek, Jason (CCI-Atlanta)
**Sent:** Monday, April 18, 2011 10:12 AM
**To:** Cadenhead, Randy (CCI-Atlanta-LD); Trickey, Linda (CCI-Atlanta-LD); P'Simer, Leah (CCI-Atlanta)
**Cc:** CCI - Abuse Corporate
**Subject:** Copyright enforcement group / Digital Rights Corp

Kind of an FYI

These companies are the same. They are the pay us or we sue you people.

As instructed, I am not contacting them nor is the team.

I am ready to speak with them anytime with the full weight of our legal department behind me and tell them to take a leap on the settlement offers and say we accept DMCA notices as long as they are valid. They have been told this multiple times.
I volunteer this as they have my contact info and I have had fun playing this game and once they get yours, they will not give up as you can tell. ☺

On a side note, if they attack Cox or try to sue, it would be outstanding press for Cox to fight against this obvious blackmail towards our customers.

COX

Jason Zabek
Manager, Customer Safety
404-269-8129 tel
1400 Lake Hearn Dr, Atlanta GA 30319

Visit the MyAxis page: TechOps
*(Insert benign saying here)*

**From:** Unity Messaging System - CATL0MS50
**Sent:** Friday, April 15, 2011 3:39 PM
**To:** Zabek, Jason (CCI-Atlanta)
**Subject:** Message from an unidentified caller ()

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                              COX_BMG00207706