# Exhibit 8

# PX 299

| | |
|---|---|
| **From:** | Zabek, Jason (CCI-Atlanta) [Jason.Zabek@cox.com] |
| **Sent:** | Tuesday, November 01, 2011 5:26 PM |
| **To:** | Edwards, Linda (CCI-Atlanta); Serikstad, Kevin (CCI-Atlanta); CCI ATL - Data Ops - Email |
| **Cc:** | Cadenhead, Randy (CCI-Atlanta-LD); Marinkovic, Alex (CCI-Atlanta); CCI ATL - Data Ops - CATS; CCI - Abuse Corporate |
| **Subject:** | RE: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers |

You have made the world a better place. ;-)

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
(Insert benign saying here)

-----Original Message-----
From: Edwards, Linda (CCI-Atlanta)
Sent: Tuesday, November 01, 2011 5:21 PM
To: Serikstad, Kevin (CCI-Atlanta); CCI ATL - Data Ops - Email
Cc: Cadenhead, Randy (CCI-Atlanta-LD); Marinkovic, Alex (CCI-Atlanta); CCI ATL - Data Ops - CATS; CCI - Abuse Corporate; Zabek, Jason (CCI-Atlanta)
Subject: RE: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers

We have blocked the domain via config.db


Linda Edwards
HSI Messaging Operations
Cox Communications, Inc.


-----Original Message-----
From: Serikstad, Kevin (CCI-Atlanta)
Sent: Tuesday, November 01, 2011 4:49 PM
To: CCI ATL - Data Ops - Email
Cc: Cadenhead, Randy (CCI-Atlanta-LD); Marinkovic, Alex (CCI-Atlanta); CCI ATL - Data Ops - CATS; CCI - Abuse Corporate; Zabek, Jason (CCI-Atlanta)
Subject: RE: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers

Would someone on the messaging team make the below happen at your first opportunity? We do not need a change ticket for this.

-----Original Message-----
From: Zabek, Jason (CCI-Atlanta)
Sent: Tuesday, November 01, 2011 1:08 PM
To: Serikstad, Kevin (CCI-Atlanta)
Cc: Cadenhead, Randy (CCI-Atlanta-LD); Marinkovic, Alex (CCI-Atlanta); CCI ATL - Data Ops - CATS; CCI - Abuse Corporate
Subject: RE: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers

Thank you Randy....

Kevin, when you have a sec block the domain DigitalRightsCorp.com from our mail servers.
Any email sent to your servers from this domain, just drop it. Period.. Make sense?

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129



1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00207428

(Insert benign saying here)

-----Original Message-----
From: Cadenhead, Randy (CCI-Atlanta-LD)
Sent: Tuesday, November 01, 2011 9:37 AM
To: Zabek, Jason (CCI-Atlanta)
Subject: RE: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers

Sure

Randy Cadenhead
Privacy Counsel
Cox Communications, Inc.
(404) 269-7671
Fax (404) 269-1476
randy.cadenhead@cox.com

-----Original Message-----
From: Zabek, Jason (CCI-Atlanta)
Sent: Monday, October 31, 2011 7:01 PM
To: Cadenhead, Randy (CCI-Atlanta-LD)
Subject: FW: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers
Importance: High

Randy,
I want to go forward with blocking the domain name from our servers.
OK??

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
(Insert benign saying here)

-----Original Message-----
From: Serikstad, Kevin (CCI-Atlanta)
Sent: Monday, October 31, 2011 1:52 PM
To: Zabek, Jason (CCI-Atlanta); Marinkovic, Alex (CCI-Atlanta)
Cc: CCI ATL - Data Ops - CATS
Subject: RE: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers

We can block this on our inbound res mail servers if they are impacting our processes.

Kevin

-----Original Message-----
From: Zabek, Jason (CCI-Atlanta)
Sent: Monday, October 31, 2011 1:44 PM
To: Marinkovic, Alex (CCI-Atlanta); Serikstad, Kevin (CCI-Atlanta)
Cc: CCI ATL - Data Ops - CATS
Subject: Advice needed --- FW: DMCA@DigitalRightsCorp.com settlement offers

I am spamming both of you....

This company keeps trying to flood us with BS DMCA complaints. Once they get into the abuse@cox.net box, CATS just deletes them since they are not valid.

We want to just not accept anything from @DigitalRightsCorp.com. The challenge is that they use several different IP's so I do not think that blocking the IP would be the best route.

Cox.net web interface (I was checking the virus report one) has a section where you can set up a filter to delete them once they come

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00207429

in.
Would this work? Or would it even be the best way to do it?

They sent us 24,000 complaints in one day. Not cool!!!

So until they get their act together, we do not even want to see them or allow these complaints into the abuse@cox.net box. So many tickets really slows down the processing that CATS does after it receives the email.

Does that makes sense?

Legal is behind this.

COX

---

Jason Zabek
Manager, Customer Safety
404-269-8129 tel
1400 Lake Hearn Dr, Atlanta GA 30319

Visit the MyAxis page: TechOps
(Insert benign saying here)


-----Original Message-----
From: Cadenhead, Randy (CCI-Atlanta-LD)
Sent: Wednesday, October 26, 2011 9:39 AM
To: Zabek, Jason (CCI-Atlanta); Beck, Brent (CCI-Atlanta)
Cc: CCI ATL - Data Ops - CATS; CCI - Abuse Corporate
Subject: RE: DMCA@DigitalRightsCorp.com settlement offers

I'm fine with that plan until they work out with me a plan to comply with the law.

Randy Cadenhead
Privacy Counsel
Cox Communications, Inc.
(404) 269-7671
Fax (404) 269-1476
randy.cadenhead@cox.com

-----Original Message-----
From: Zabek, Jason (CCI-Atlanta)
Sent: Tuesday, October 25, 2011 9:22 PM
To: Beck, Brent (CCI-Atlanta); Cadenhead, Randy (CCI-Atlanta-LD)
Cc: CCI ATL - Data Ops - CATS; CCI - Abuse Corporate
Subject: RE: DMCA@DigitalRightsCorp.com settlement offers

Thinking that maybe we need a rule to drop the mail before it even gets into the abuse@cox.net account??
They have actually talked to Randy and I have told them several times to jump off a bridge, yet the keep sending them.

Randy, anything we can do about this? Cease and desist?

Jason Zabek
Manager - Customer Safety / Abuse Operations
Cox Communications
(404) 269-8129
(Insert benign saying here)

-----Original Message-----
From: Beck, Brent (CCI-Atlanta)
Sent: Tuesday, October 25, 2011 3:46 PM

3

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00207430

To: Zabek, Jason (CCI-Atlanta)
Cc: CCI ATL - Data Ops - CATS; CCI - Abuse Corporate
Subject: RE: DMCA@DigitalRightsCorp.com settlement offers

Just as an FYI, we received around 24,000 complaints from these guys yesterday (all auto-deleted without ticketing). Today, we've received over 18,000 more. That may be enough to be considered "hostile".

On Mon, 2011-03-14 at 13:52 -0400, Brent Beck wrote:
> blacklisted
>
> Le lundi 14 mars 2011 à 13:39 -0400, Zabek, Jason (CCI-Atlanta) a
> écrit :
> > Guys,
> >
> > I already sent them a response on 3/9/2011.
> >
> >
> > I thought I sent an email to everyone saying this and asking Brent
> > to just delete their emails.
> >
> >
> > Of course, I can not find that now so I must have dreamt the whole
> > thing!!
> >
> >
> > Anyway, Brent… Auto Delete their emails. Do not even create a
> > ticket for them.
> >
> >
> > I will do a follow up to my 3/9 email I sent them.
> >
> >
> > COX
> > ---------------------------------------------------------------------------
> >
> > Jason Zabek
> > Manager, Customer Safety
> > 404-269-8129 tel
> > 1400 Lake Hearn Dr, Atlanta GA 30319
> >
> > Visit the MyAxis page: TechOps
> > (Insert benign saying here)
> >
> >
> >
> > _____
> >
> >
> >
> > _____
> > From: Sikes, Joseph (CCI-Atlanta)
> > Sent: Friday, March 11, 2011 5:28 PM
> > To: Beck, Brent (CCI-Atlanta); CCI - Abuse Corporate
> > Cc: CCI ATL - Data Ops - CATS
> > Subject: Re: DMCA@DigitalRightsCorp.com settlement offers

4

```
> >
> >
> >
> >
> > Definitely, a no-no.
> >
> > Jason, can you respond to them with your magic form letter and let
> > Brent know if he should go ahead & blacklist them?
> >
> > Thanks, guys!
> >
> >
> > - Joe Sikes
> > (via mobile / 404-964-6006)
> >
> >
> >
> > From: Brent Beck [mailto:brent.beck@cox.com]
> > Sent: Friday, March 11, 2011 05:21 PM
> > To: CCI - Abuse Corporate
> > Cc: CCI ATL - Data Ops - CATS
> > Subject: DMCA@DigitalRightsCorp.com settlement offers
> >
> >
> >
> > Another "settlement offer" DMCA complainant...
> >
> > Excerpts...
> >
> >
> > From: DMCA@DigitalRightsCorp.com
> > [...]
> >    Your ISP service could be suspended if this matter is not resolved.
> >    You could be liable for up to $150,000 per infringement in civil penalties.
> > [...]
> >    We represent the copyright owner.
> >    This notice is an offer of settlement.
> >    If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $10.00 per infringement, you will receive a legal release from the copyright owner.
> > [...]
> > Rightscorp, Inc.
> > 3100 Donald Douglas Loop, North,
> > Santa Monica, CA 90405
> > Telephone: (424) 234-3150
> > [...]
> > ** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com
> > [...]
```

5

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

COX_BMG00207432