# Exhibit 10

# FILED UNDER SEAL

# PX 19 - native file to be submitted on hard drive