# Exhibit 14

95

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
---------------------------------:
                                 :
BMG RIGHTS MANAGEMENT (US) LLC,  :
et al.,                          :
            Plaintiffs,          :
                                 : Case No. 1:14-cv-1611
     vs.                         :
                                 :
                                 :
COX ENTERPRISES, INC., et al.,   :
            Defendants.          :
---------------------------------:
```

VOLUME 1 (p.m. portion)

TRIAL TRANSCRIPT

December 2, 2015

Before:  Liam O'Grady, USDC Judge

And a Jury

Case 1:18-cv-00950-PTG-JFA Document 551-12 Filed 11/06/19 Page 3 of 3 PageID# 24721
Case 1:14-cv-01611-LO-JFA Document 705 Filed 12/03/15 Page 141 of 150 PageID# 19241

235

1   tables that are created with the data that's collected.  These
2   notices say, here's what that evidence is.  That is hearsay.
3   The notice itself is not proof of what the notice talks about.
4   Your Honor already ruled that.
5              So all we're asking for -- and this is what Rule 105
6   says -- is if they're going to wave the notices around, which
7   they've already been doing, and they said in their opening the
8   DMCA is shorthand for infringement.  They've already had their
9   expert on the stand referring to infringements, which she
10  shouldn't be doing.  Those are legal conclusions.  If they're
11  going to use them in that way, we're entitled to an instruction
12  under Rule 105 that says the notice itself isn't evidence of
13  anything.  It's not proof of an infringement.  If they want to
14  go and prove that up, they should do that.
15             THE COURT:  Well, they certainly are relevant in
16  their totality to the decision a jury will be making, and they
17  should come in in their complete form so the jury understands
18  what the Rightscorp system does.  And at the end of her
19  testimony, she -- well, in her direct she clearly is going to
20  testify that the system works and is accurate, and as a result
21  her opinion is, as she's already given, that these copyrighted
22  materials were all downloaded through the Cox system and are
23  infringing.
24             MR. BUCKLEY:  Your Honor, she shouldn't be able to
25  say that.  She can talk about facts.  She can talk about what