# Exhibit 1

1699

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---------------------------------:
                                 :
BMG RIGHTS MANAGEMENT (US) LLC,  :
et al.,                          :
            Plaintiffs,          :
                                 : Case No. 1:14-cv-1611
     vs.                         :
                                 :
                                 :
COX ENTERPRISES, INC., et al.,   :
            Defendants.          :
---------------------------------:

VOLUME 8   (P.M. portion)

TRIAL TRANSCRIPT

December 11, 2015

Before:  Liam O'Grady, USDC Judge

And a Jury

Case 1:18-cv-00950-PTG-JFA Document 563-1 Filed 11/06/19 Page 3 of 5 PageID# 24875
Case 1:14-cv-01611-LO-JFA Document 733 Filed 12/14/15 Page 105 of 135 PageID# 20831
S. Mencher - Direct
1803

1  BY MR. WAKEFIELD: (Continuing)
2  Q.  Yeah.  Are you aware of any discussions at the management
3  level within the company of promoting or tolerating copyright
4  infringement at Cox?
5  A.  No.
6  Q.  Are you aware of any discussions -- have you encountered
7  any discussions about gaining revenue from infringement?
8  A.  No.
9         MR. THEODORE:  Objection, Your Honor, that's leading.
10         THE COURT:  Overruled.
11 A.  No.
12 BY MR. WAKEFIELD: (Continuing)
13 Q.  And are you aware of any discussions about trying to
14 retain customers despite infringement to hold on to revenue?
15 A.  No.
16 Q.  All right.  Approximately how many customers a year does
17 Cox disconnect?
18         MR. WARIN:  Your Honor, may we approach?
19         THE COURT:  Yes.
20         NOTE:  A side-bar discussion is had between the Court
21 and counsel out of the hearing of the jury as follows:
22 AT SIDE BAR
23         THE COURT:  All right.
24         MR. WARIN:  I'm not sure of the relevance of how many
25 they disconnect in general.  The issue is, if he knows, and I

Case 1:18-cv-00950-PTG-JFA Document 563-1 Filed 11/06/19 Page 4 of 5 PageID# 24876
Case 1:14-cv-01611-LO-JFA Document 733 Filed 12/14/15 Page 106 of 135 PageID# 20832
S. Mencher - Direct

1804

1  don't think he does, how many they disconnect for repeat
2  copyright infringement.
3           Generally disconnected because they don't pay their
4  bills or a spam attack, that's not relevant.
5           THE COURT:  This is pretty far off his plate, I would
6  assume.
7           MR. WAKEFIELD:  So, Your Honor, I think it's highly
8  relevant.  The suggestion is that the company is willfully
9  blind to infringement because of a desire to maintain revenue.
10 They terminate millions of customers a year.  Five customers,
11 ten customers, 60,000 customers, it's not a drop in the bucket.
12          And I think we should be entitled to put on that
13 evidence.
14          MR. WARIN:  Your Honor, we haven't gotten any
15 information in discovery.
16          MR. THEODORE:  And they didn't -- I mean, not only --
17 I think that the major objection is -- it's also interesting
18 that there are no documents disclosed.  They disclosed one
19 document to us last night.  This is their financial witness who
20 is their financial 30(b)(6).  They disclosed one document to us
21 last night that he would use.  But now they're going far afield
22 into topics which they didn't allow us any discovery
23 whatsoever.
24          And in fact, even on his financial topics, they've
25 gone into matters on which they -- they start talking about tax

Case 1:18-cv-00950-PTG-JFA Document 563-1 Filed 11/06/19 Page 5 of 5 PageID# 24877
Case 1:14-cv-01611-LO-JFA Document 733 Filed 12/14/15 Page 107 of 135 PageID# 20833
S. Mencher - Cross

1805

1  dollars, which they never disclosed to us.  I mean, they --
2          THE COURT:  This is so far off the beaten path that
3  the objection is sustained.  Your exception is noted.
4          The whole focus has been on -- of this case is on
5  what people in Atlanta were doing with the BitTorrent
6  infringements.  And this is another universe, and it's not
7  relevant, and it is prejudicial.  So your exception is noticed.
8          MR. WAKEFIELD:  Thank you, Your Honor.
9          THE COURT:  Thank you.
10         NOTE:  The side-bar discussion is concluded;
11 whereupon the case continues before the jury as follows:
12 BEFORE THE JURY
13 BY MR. WAKEFIELD: (Continuing)
14 Q.  I have one more question, Mr. Mencher.  In your 20 years
15 at Cox, have you ever heard of or expressed any concern about
16 terminating an infringing customer because of a concern about
17 revenue?
18 A.  Absolutely not.
19         MR. WAKEFIELD:  Thank you very much.
20         Pass the witness.
21         THE COURT:  Cross-examination, Mr. Theodore.
22    CROSS-EXAMINATION
23 BY MR. THEODORE:
24 Q.  Sir, if we could -- I am sorry. Good morning, Mr.
25 Mencher, my name is Jeffrey Theodore.  I'm an attorney with