UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 568), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal Portions of Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 4 (ECF No. xx), Exhibits 10-13 to Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 2 (ECF No. xx), portions of Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 8 (ECF No. xx), Exhibits 2-3 to Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 9 (ECF No. xx), and Portions of Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 10 (ECF No. xx)*,* the Court Orders that the memoranda and exhibits shall remain under seal.

ENTERED this _____ day of November, 2019.

Alexandria, Virginia

                                                                            _____
                                                                            John F. Anderson
                                                                            United States Magistrate Judge