# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Seal (ECF No. 570), which seeks the Court's leave to file under seal portions of Plaintiffs' Reply Memorandum in Support of their Omnibus *Motion in Limine* (the "Reply") (ECF No. 568), and Exhibits 2, 3, and 5 to the Declaration of Jeffrey Gould ("Gould Declaration") in Support of the Reply (ECF Nos. 568-1, 2, and 3), which cite to, discuss, or disclose information that Cox has designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED and these documents shall remain under seal until further order of the Court.

ENTERED this ___ day of _____ 2019

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge for the Eastern District of Virginia