UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

  *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

  *Defendants*.

Case No. 1:18-cv-00950-LO-JFA

## NOTICE OF SEALED FILINGS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(C), Defendants ("Cox") move the Court to enter an order allowing Cox to file under temporary seal unredacted versions of certain Portions of Cox's Reply Memorandum of Law in Support of its Motion *in Limine* Nos. 4 (ECF No. 555), 5 (ECF No. 557), and 6 (ECF No. 559) and Exhibits 20 and 21 to Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 6. The Reply Memoranda and Exhibits contain information that has been designated under the Stipulated Protective Order in this case (ECF No. 58) (the "Protective Order") by Plaintiffs, Cox, and/or third parties as Highly Confidential – Attorneys' Eyes Only.

Cox has also filed a motion to seal Portions of Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 4 (ECF No. 555), Exhibits 10-13 to Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 2 (ECF No. 552), portions of Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 8 (ECF No. 562), Exhibits 2-3 to Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 9 (ECF No. 564), and Portions of Cox's Reply Memorandum of Law in Support of its Motion *in Limine* No. 10 (ECF No. 566).

-2-

***NOTICE OF RIGHT TO RESPOND:*** Pursuant to Local Civil Rule 5(C), "the party designating the material as confidential must file a response to the motion" within seven (7) days after the filing of the motion to seal, and that they may designate all or part of such memoranda as confidential.

Dated: November 6, 2019

Respectfully submitted,

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700
Email:  melkin@winston.com
Email:  tlane@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email:  jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750
Email:  dhleiden@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

/s/ *Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*