# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **SONY MUSIC ENTERTAINMENT, et al,** | | |
| | Plaintiff(s), | |
| v. | | |
| | | **MOTION HEARING** |
| **COX COMMUNICATIONS, INC, et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| | | | |
|---|---|---|---|
| HONORABLE LIAM O'GRADY presiding | | Court Reporter: | N. Linnell |
| Deputy Clerk: Amanda | | Court Time: | 10:06 – 11:45 |
| Proceeding Held: November 12, 2019 | | | 12:00 – 12:21 |
| | | Total Time in Court: | 2 hrs. |

**Appearances:**

| | |
|---|---|
| **Plaintiff(s):** | Matthew Oppenheim, Scott Zebrak, Jeffrey Gould |
| | |
| **Defendant(s):** | Thomas Buchanan, Jennifer Golinveaux, Michael Elkin |

[470] Sony's Motions in Limine
Sony MIL 5 ('236)
Sony MIL 6 ('3444)
Sony MIL 9 (Deposition testimony)
Sony MIL 10 (Live testimony)

[482] Cox MIL 4 (Infringement/harm outside RIAA)
[493] Cox MIL 7 (Notices as proof)
[496] Cox MIL 8 (P2P traffic)
[502] Cox MIL 10 (Performance evaluations)

10:09 a.m. – Mr. Oppenheim presents arguments on Sony's MIL 5 and 6.
10:19 a.m. – Mr. Buchanan responds and presents argument.
10:33 a.m. – Mr. Oppenheim replies.

10:38 a.m. – Mr. Gould presents argument on Sony's MIL 9 and 10.
10:50 a.m. – Mr. Buchanan responds and presents argument.

10:52 a.m. – Mr. Buchanan presents argument on [482].
11:00 a.m. – Mr. Gould responds and presents argument.
11:12 a.m. – Mr. Buchanan replies.
11:16 a.m. – Ms. Golinveaux presents argument on [493]

11:18 a.m. – Mr. Oppenheim responds.
11:20 a.m. – Ms. Golinveaux replies.

11:23 a.m. – Ms. Golinveaux presents argument on [496].
11:26 a.m. – Mr. Zebrak responds.
11:36 a.m. – Ms. Golinveaux replies.

11:37 a.m. – Ms. Golinveaux presents argument on [502].
11:42 a.m. – Mr. Gould responds.
11:44 a.m. – Ms. Golinveaux replies.

11:45 a.m. – Court recesses.
12:00 p.m. – Court resumes.

12:00 p.m. – Mr. Oppenheim presents argument on Sony's MIL 2.
12:03 p.m. – Mr. Elkin responds.
12:05 p.m. – Mr. Oppenheim replies.

- Court takes all matters under advisement and will issue a ruling in short fashion.
- Court and counsel discuss why there wasn't a settlement conference.
- Court and counsel discuss further house-keeping matters.
- Trial status conference scheduled for Tuesday, November 26, 2019 @ 10:00 a.m.