UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motions to Seal (ECF 484, 541, and 570), and Cox's Response thereto (ECF 581), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal the following material, the Motion is Hereby granted, and the material shall remain under seal.

- Plaintiffs' Motion *in Limine* ("Plaintiffs' MIL") Gould Ex. 3, 4, 5, 8, 10, 11, 24, 25, 26, 27, 28; Plaintiffs' Opposition to Cox's Motion *in Limine* ("Plaintiffs' MIL Opp.") Gould Ex. 1, 2, 7, 8; and Plaintiffs' Reply in Further Support of their Motion *in Limine* ("Plaintiffs' MIL Reply") Gould Ex. 5.

- PX-19, PX-20, PX-21, PX-22, PX-254, PX-262, PX-277, PX-305, PX-342, PX-375, PX-381, PX-382, PX-392, PX-417, PX-428, PX-429, PX-430, which are part of Gould MIL Opp. Ex. 13, 14, 15, and 16.

ENTERED this _____ day of November, 2019.

Alexandria, Virginia

_____
John F. Anderson
United States Magistrate Judge