UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, *et al.*, | |
|---|---|
| Plaintiffs, | |
| v. | Case No. 1:18-cv-00950-LO-JFA |
| COX COMMUNICATIONS, INC., *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Cox's Motions to Seal (ECF Nos. 509, 546, 569), filed in connection with Cox's briefing on *motions in limine*, and Plaintiffs' Memorandum in Support (ECF No. 582), and finding that proper notices have been given, that sealing is warranted, and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED with respect to the information belonging to Plaintiffs and the Recording Industry Association of America, in accordance with the below chart:

| **Document** | **Motion Granted** |
|---|---|
| The Expert Report of Plaintiffs' Expert George P. McCabe<br><br>*Exhibit 1 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript of Sam Bahun<br><br>*Exhibit 12 to Cox's MIL No. 4*<br>*Exhibit 18 to Cox's MIL No. 6*<br>*Exhibit 21 to Cox's MIL No. 6* | Yes / No |
| The Expert Report of Plaintiffs' Expert Barbara Frederiksen-Cross<br><br>*Exhibit 1 to Cox's MIL No. 6* | Yes / No |

| | |
|---|---|
| *Exhibit 5 to Cox's MIL No. 6* | |
| RIAA_00000030 (Statement of Work between MarkMonitor and RIAA)<br><br>*Exhibit 2 to Cox's MIL No. 5* | Yes / No |
| MM000189 (P2P Enforcement Process)<br><br>*Exhibit 4 to Cox's MIL No. 6* | Yes / No |
| Rebuttal Expert Report of Cox's Expert Dr. Nick Feamster<br><br>*Exhibit 6 to Cox's MIL No. 6*<br>*Exhibit T to Cox's MIL Opposition* | Yes / No |
| Excerpts from the deposition transcript of Vance Ikezoye<br><br>*Exhibit 7 to Cox's MIL No. 6* | Yes / No |
| Excerpts from the deposition transcript of Samuel Rubin<br><br>*Exhibit M to Cox's MIL Opp.* | Yes / No |
| REV00003444<br><br>*Exhibit 8 to Cox's MIL No. 6* | Yes / No |
| Excerpts from the deposition transcript of Slawomir Paszkowski<br><br>*Exhibit 9 to Cox's MIL No. 6*<br>*Exhibit S to Cox's MIL Opp.*<br>*Exhibit 20 to Cox's Reply in support of MIL No. 6* | Yes / No |
| MM_000236<br><br>*Exhibit 10 to Cox's MIL No. 6* | Yes / No |
| 431 and 236 Spreadsheet Metadata Screenshot<br><br>*Exhibit 11 to Cox's MIL No. 6* | Yes / No |
| Plaintiffs_00286431<br><br>*Exhibit 12 to Cox's MIL No. 6* | Yes / No |
| AUDIBLE-MAGIC-00000003<br><br>*Exhibit 13 to Cox's MIL No. 6* | Yes / No |

| | |
|---|---|
| Portions of Cox's Memorandum in Support of MIL No. 4 | Yes / No |
| Portions of Cox's Memorandum in Support of MIL No. 9 | Yes / No |
| Portions of Cox's Reply in Support of MIL No. 4 | Yes / No |
| Portions of Cox's Reply in Support of MIL No. 5 | Yes / No |
| The Expert Report of Plaintiffs' Expert William H. Lehr<br><br>*Exhibit 2 to Cox's MIL No. 4* | Yes / No |
| The Reply Report of Plaintiffs' Expert William H. Lehr<br><br>*Exhibit 3 to Cox's MIL No. 4* | Yes / No |
| The Rebuttal Report of Plaintiffs' Expert William H. Lehr<br><br>*Exhibit 5 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript of Michael Abitbol<br><br>*Exhibit 6 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript deposition transcript of Neil Carfora<br><br>*Exhibit 7 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript of Jason Gallien<br><br>*Exhibit 8 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript of Paul Kahn<br><br>*Exhibit 9 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript of David Kokakis<br><br>*Exhibit 10 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript of Matthew Flott<br><br>*Exhibit 11 to Cox's MIL No. 4* | Yes / No |
| Excerpts from the deposition transcript of Plaintiffs' Expert William H. Lehr<br><br>*Exhibit 13 to Cox's MIL No. 4* | Yes / No |

4

| Excerpts from the deposition transcript of Jill Lesser  *Exhibit J to Cox's MIL Opp.* | Yes / No |
|---|---|

ENTERED this ____ day of _____ 2019

Alexandria, Virginia

                                                      _____
                                                      Judge for the Eastern District of Virginia