IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4
In Case Number 1:18-cv-00950, Case Name Sony Music Entertainment, et al., v. Cox Communications
Party Represented by Applicant: Sony Music Entertainment, et al.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Andrew Laurence Guerra
Bar Identification Number 5264684            State New York
Firm Name Oppenheim & Zebrak, LLP
Firm Phone # 202-480-2999            Direct Dial # 202-845-8403            FAX # 1-866-766-1678
E-Mail Address Andrew@oandzlaw.com
Office **Mailing** Address 4530 Wisconsin Avenue NW, Washington D.C. 20016

Name(s) of federal court(s) in which I have been admitted N/A

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __✓__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice.*

_____          11/13/2019
(Signature)                                              (Date)
Scott A. Zebrak                                      38729
(Typed or Printed Name)                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ A~~H~~or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

_____          __11/13/19__
(Judge's Signature)                               (Date)
/s/
Liam O'Grady
United States District Judge