# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Scott A. Zebrak, Matthew J. Oppenheim

Jeffrey M. Gould, Andrew L. Guerra

Geoffrey B. Israel, Scott Duval

**Electronic Device(s):** Laptop computers with associated cables, mice & peripherals

External hard drives & thumb drives, HDMI switch & cables

Flat panel LCD and cables

**Purpose and Location Of Use:** Trial evidence and demonstratives presentation: Alexandria Courtroom 1000

**Case No.:** 1:18-cv-00950-LO-JFA

**Case Name:** *Sony Music Entertainment, et al. v. Cox Communications, Inc. et al.*

**Date(s) Authorized:** (11/21/2019, Orientation), 12/2/2019 - every day thereafter until trial completes

**IT Clearance Waived:** ____(Yes) ✓(No)

NOV 18 2019

APPROVED BY:

Date: Nov 18, 2019    /s/

~~United States District Magistrate/Bankruptcy Judge~~
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____
              IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**