## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| | ) | |
| SONY MUSIC ENTERTAINMENT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-00950-LO-JFA |
| | ) | |
| COX COMMUNICATIONS, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiffs' Motions to Seal (ECF Nos. 484, 541) and Defendants'

Motions to Seal (ECF No. 509, 546, 569), pursuant to Fed. R. Civ. P. 26 and L. R. Civ. 5, and

Nonparty MarkMonitor, Inc.'s Response, it is hereby,

ORDERED that the motion is GRANTED, and the following materials shall remain under

seal:

- Plaintiffs' Omnibus Motion *in Limine* Bahun Declaration (ECF No. 476-1)
- Plaintiffs' Omnibus Motion *in Limine* Gould Declaration (ECF No. 476-3)
- Plaintiffs' Omnibus Motion *in Limine* Exhibit 17 (ECF No. 476-13)
- Plaintiffs' Omnibus Motion *in Limine* Exhibit 18 (ECF No. 476-14)
- Plaintiffs' Omnibus Motion *in Limine* Exhibit 21 (ECF No. 476-16)
- Plaintiffs' Memorandum in Support of Omnibus Motion *in Limine* (ECF No. 476)
- Defendants' Motion *in Limine* No. 6 Exhibit 4 (ECF No. 492-3)
- Defendants' Motion *in Limine* No. 6 Exhibit 9 (ECF No. 492-7)
- Defendants' Motion *in Limine* No. 6 Exhibit 10 (ECF No. 491-10)
- Defendants' Motion *in Limine* No. 6 Exhibit 11 (ECF No. 492-8)
- Defendants' Motion *in Limine* No. 6 Exhibit 18 (ECF No. 492-10)
- Defendants' Memorandum in Support of Motion *in Limine* No. 6 (ECF No. 492)
- Plaintiffs' Omnibus Opposition to Defendants' Motions *in Limine* Bahun Declaration (ECF No. 538-1)
- Plaintiffs' Omnibus Opposition to Defendants' Motion *in Limine* Exhibit 11 (ECF No. 538-9)
- Plaintiffs' Omnibus Opposition to Defendants' Motion *in Limine* Exhibit 12 (ECF No. 538-10)

- Plaintiffs' Memorandum in Opposition to Defendants' Motion *in Limine* (ECF No. 538)
- Defendants' Memorandum in Opposition to Omnibus Motion *in Limine* Exhibit T (ECF No. 545-5)
- Defendants' Memorandum in Opposition to Omnibus Motion *in Limine* (ECF No. 545)
- Defendants' Reply in Support of Motion *in Limine* No. 6 Exhibit 20 (ECF No. 559-2)
- Defendants' Reply in Support of Motion *in Limine* No. 6 Exhibit 21 (ECF No. 559-3)
- Defendants' Reply in Support of Motion *in Limine* No. 6 (ECF No. 559)

ENTERED this __ day of November, 2019.

Alexandria, Virginia

                                  _____

The Honorable John F. Anderson
United States Magistrate Judge

1180517/48610547v.1