UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    *Plaintiffs*,

v.

COX COMMUNICATIONS, INC., *et al.*,

    *Defendants*.

Case No. 1:18-cv-00950-LO-JFA

**[PROPOSED] ORDER**

Having considered Defendants' Request for an Entry of an Order Allowing Defendants to Submit on a Hard Drive Electronic Copies of Certain Trial Exhibits to the Clerk of the Court, ECF No. 597, it is hereby ORDERED that the motion is GRANTED. Defendants are permitted to submit their proposed trial exhibits DX 4, DX 23, DX 29, DX 30, DX 31, DX 46, DX 47, DX 48, DX 55, DX 56, DX 57, DX 59, DX 100, DX 122, DX 125, DX 141, DX 142, DX 143, DX 154, DX 155, DX 156, DX 157, DX 158, DX 159, DX 160, DX 161, DX 213, DX 249, DX 251, DX 333, DX 336, DX 337, DX 350, DX 351, DX 352, DX 353, DX 354, DX 355, DX 356, DX 357, DX 358, DX 359, DX 360, DX 361, DX 362, DX 3757 to the Clerk of the Court on a single hard drive, rather than in hard copy.

It is so ORDERED this _____ day of November 2019.

                                                                             _____
                                                                             Hon. Liam O'Grady
                                                                             United States District Judge