UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-CV-00950-LO-JFA |

### ORDER

Having considered Plaintiffs' request for an order allowing Plaintiffs to submit electronic copies of certain trial exhibits to the clerk of the court, it is hereby ORDERED that the motion is GRANTED. Plaintiffs are permitted to submit their proposed trial exhibits PX-011, PX-013, PX-014, PX-016 – PX-019, PX-023, PX-026, PX-032 – PX-034, PX-039 – PX-162, PX-201, PX-215, PX-247, PX-257, PX-269, PX-450, PX-459, PX-461, PX-463, PX-465 – PX-474, PX-476, PX-477, PX-482, PX-483, PX-485, PX-517, and PX-534 – PX-540 to the Clerk of the Court on a single hard drive, rather than in hard copy.

Therefore, Plaintiffs respectfully request the Court allow Plaintiffs to file the above-indicated exhibits in electronic form on a hard drive for filing with the judicial record in this matter. A proposed order permitting the relief sought is included herein.

It is so ORDERED this 25th day of November 2019

_____
Hon. Liam O'Grady
United States District Judge