# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

     Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

     Defendants.

Case No. 1:18-CV-00950-LO-JFA

## PLAINTIFFS' PROPOSED JURY INSTRUCTIONS

Plaintiffs respectfully submit their Proposed Jury Instructions pursuant to Local Civil Rule 51.  In accordance with Rule 51, Plaintiffs attach hereto one set of their Proposed Jury Instructions with citations of authority as Appendix A, and a second set without citations of authority as Appendix B.

Respectfully submitted,

Dated November 25, 2019

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiff*