# APPENDIX A

## COX'S PROPOSED PRETRIAL INSTRUCTIONS

### Cox's Proposed Pretrial Instruction No. 1

### General Instructions

This is a civil case involving alleged copyright infringement. There are 53 plaintiffs, including 16 record companies and 37 music publishers. A list of all 53 Plaintiffs is provided on a separate page for your convenience.  There are two defendants, Cox Communications, Inc. and CoxCom LLC (referred to collectively as "Cox"), who are Internet Service Providers ("ISPs").

Plaintiffs claim that subscribers to Cox's internet service infringed Plaintiffs' copyrights in musical compositions and sound recordings by trading unauthorized files on peer-to-peer file sharing networks, and seek to hold Cox liable for the alleged infringement by Cox's subscribers. Cox challenges Plaintiffs' evidence of infringement by Cox's subscribers, and also denies that Cox is liable for any infringement.

### Cox's Proposed Pretrial Instruction No. 2

### Digital Millennium Copyright Act

You may hear some testimony and see some documents that refer to the Digital Millennium Copyright Act, commonly known by its initials "DMCA." The DMCA is a federal law relating to copyrights that is not relevant here. All references to it should be disregarded.

**Authority**:  Adapted from pretrial instruction in *BMG*.  *See* Order at 5, Docket No. 998, *BMG Rights Mgmnt. (US) LLC v. Cox Enterprises*, No. 1:14-cv-1611 (August 9, 2018).

### Cox's Proposed Pretrial Instruction No. 3

### "Infringement Notices"

In this case you will hear about notices of claimed infringement that the RIAA and MarkMonitor sent to Cox on behalf of the Record Label Plaintiffs. They may sometimes be referred to as "infringement notices." Infringement, however, is one of the issues that you will resolve on the basis of the testimony and the facts and the law that I give you. You will be making the ultimate decision based upon all of the evidence.

**Authority**:  Adapted from oral instruction in *BMG*.  *See* Trial Transcript (A.M. Session) at 338:1-8, *BMG Rights Mgmnt. (US) LLC v. Cox Enterprises*, No. 1:14-cv-1611 (Dec. 3, 2015)