IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:18cv0950 (LO/JFA) |
| v. ) | |
| ) | |
| COX COMMUNICATIONS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### ORDER

This matter is before the court on plaintiffs' and RIAA's motion for sealing portions of the pleadings, declarations, and exhibits relating to plaintiffs' memorandum in support of their omnibus motion in *limine* (Docket no. 484), plaintiffs' motion for sealing portions of their consolidated reply memorandum in support of the motion to strike declarations (Docket no. 508), Cox's motion to seal several of the memoranda, declarations, and exhibits in support of various motions in *limine* (Docket no. 509), Cox's supplemental motion to seal portions of the memorandum in support of motion in *limine* no. 8 and exhibit 7 to that memorandum (Docket 525), plaintiffs' motion for sealing portions of the omnibus memorandum in opposition to Cox's motions in *limine* and portions of declarations and certain exhibits (Docket no. 541), defendants' motion to seal Cox's memorandum in opposition to plaintiffs' omnibus motion in *limine* and certain exhibits thereto (Docket no. 546), defendants' motion to seal their reply memoranda in support of several motions in *limine* (Docket no. 569), and plaintiffs' motion for sealing portions of their reply memorandum in support of their omnibus motion in *limine* along with certain portions of declarations and exhibits (Docket no. 570). In addition to various memoranda filed by the plaintiffs and the defendants in support of these motions to seal, the court has reviewed

responses from RIAA (Docket no. 582), MarkMonitor (Docket no. 592), and Audible Magic (Docket no. 593).

These motions to seal were filed with the court and notice was given to the public between October 21, 2019 and November 6, 2019. In accordance with Local Civil Rule 5, any party or nonparty having an objection to material being filed under seal must file an objection stating the reasons within seven days. There has been no objection filed concerning allowing the information identified in these motions to seal to remain under seal and the time for filing any objection has expired.

Having reviewed the information to be filed under seal, and taking into consideration the arguments presented by the parties and non-parties and there being no objection to the granting of these motions, the court finds that these motions to seal should be granted.

**By granting these motions to seal, the undersigned is not making a determination that the information that is being allowed to be filed under seal pursuant to these motions will not be disclosed to the public during the trial before the District Judge.**

Entered this 26th day of November, 2019.

_____/s/_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia