# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al., | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **STATUS CONFERENCE** |
| COX COMMUNICATIONS, INC., et al.. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Hearing Began: | 10:10 a.m. |
| Proceeding Held: November 26, 2019 | Hearing Ended: | 11:20 a.m. |
| | | |

**Appearances:**

| **Plaintiff(s):** | Matthew Oppenheim, Scott Zebrak, Jeffrey Gould |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Jennifer Golinveaux, Michael Elkin |

- Ms. Golinveaux addresses the court.
- Mr. Oppenheim responds.
- Ms. Golinveaux replies.
- Mr. Oppenheim replies.

- Mr. Buchanan addresses the court.
- Mr. Gould responds.
- Mr. Buchanan replies.
- Court quashes subpoena at this time.

- Mr. Elkin addresses the Court re: witnesses.
- Mr. Oppenheim responds.

- Mr. Buchanan addresses the court re: hand selected customer responses.
- Mr. Oppenheim responds.
- Mr. Elkin replies.
- Mr. Buchanan continues reply.
- Mr. Oppenheim responds.
- Counsel to prepare written submission for court to rule on prior to testimony.

- Mr. Oppenheim addresses court re: Tricky and Delgado witnesses.
- Mr. Buchanan responds.

- Mr. Oppenheim replies.

- Court and counsel discuss housekeeping matters re: trial.
- Counsel will get 4 strikes each.