

Matthew J. Oppenheim
4530 Wisconsin Ave., Fl. 5
Washington, DC 20016
T: (202) 450 - 3958
Jeff@oandzlaw.com | www.oandzlaw.com

November 29, 2019

**VIA HAND DELIVERY**

Judge Liam O'Grady c/o Clerk's Office
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: *Sony Music Entertainment, et al., v. Cox Communications, Inc., et al.,*
Case No. 1:18-cv-00950-LO-JFA

Dear Judge O'Grady:

Pursuant to rule 79(a), please find four sets of plaintiffs proposed trial exhibits.

Sincerely,

Matthew J. Oppenheim

Encls.