UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**PLAINTIFFS' CORRECTED EXHIBIT LIST**

　　Pursuant to the Court's request during the November 26, 2019 status conference, Plaintiffs Sony Music Entertainment, et al. ("Plaintiffs") hereby submit their corrected list of exhibits for trial in the above-captioned matter attached hereto as Exhibit A.

　　Plaintiffs submit this trial list below without waiving any of their rights. Plaintiffs state that the descriptions below are for organizational and identification purposes only and are not meant to be admissions, concessions, or waiver of privilege. Many of the exhibits listed on Plaintiffs' list are documents that are admissible when offered by Plaintiffs but are not admissible when offered by Cox Communications, Inc. or CoxCom, LLC ("Cox" or "Defendants") (e.g., admissions by a party-opponent). Thus, by listing an exhibit on this exhibit list, Plaintiffs do not concede the admissibility of any such document if offered by any other party or waive any objections to the admissibility of any exhibits. Plaintiffs reserve the right to challenge and object to Cox's use of any exhibits on this list on any grounds.

By filing this exhibit list, Plaintiffs reserve the right to (1) add or amend these disclosures as appropriate and/or necessary; (2) to present additional exhibits for rebuttal or impeachment purposes; (3) to use any pleading filed in this matter as an exhibit; (4) to supplement or amend this exhibit list in light of any exhibits used in the summary judgment briefing; (3) to correct any entries on this list that may inadvertently contain typographical errors, or fail to identify the complete bates range for the exhibit in question; (6) to introduce any exhibits identified by Cox in their exhibit list or at trial; (7) to supplement or amend this exhibit list in light of any exhibit inadvertently omitted from the current list or which comes to Plaintiffs' attention after this filing and for which reasonable notice is given to Defendants; (8) to supplement and amend the list as circumstances change due to Court rulings that may occur during the remaining pre-trial period; (9) to present any listed exhibit as a "blow up" or enlarged version of the document; or (10) to present demonstrative exhibits, excerpted exhibits, or summaries of voluminous documents.

Dated:  November 29, 2019

Respectfully submitted,

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel:  202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*