## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### PLAINTIFFS' UPDATED WITNESS LIST

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Court's request during the November 26, 2019 status conference, Plaintiffs hereby submit their updated list of witnesses for trial in the above-captioned matter.

Plaintiffs reserve the right to call anyone appearing on Communications, Inc. and CoxCom, LLC's ("Cox") witness list and reserve the right to call additional witnesses in rebuttal to those witnesses called by Cox. Plaintiffs also reserve their right to offer additional testimony by deposition or trial transcript and to amend or supplement this list.

    **A.**    **Witnesses Plaintiffs Expect to Present at Trial**

1. Michael Abitbol
2. Sam Bahun
3. David Benjamin
4. Barbara Frederiksen-Cross
5. Matt Flott
6. David Kokakis
7. Paul Kahn

8. Dennis Kooker

9. Wade Leak

10. Dr. William Lehr

11. Steve Marks

12. Dr. George McCabe

13. Dr. Terrence McGarty

14. Alasdair McMullan

15. Brent Beck

16. Matt Carothers

17. Sanford Mencher (by cross examination during Cox's case, as part of Plaintiffs' case in chief)

18. Sidd Negretti (by cross examination during Cox's case, as part of Plaintiffs' case in chief)

19. Joseph Sikes*

20. Linda Trickey

21. Roger Vredenburg

22. Jason Zabek*

B. **Witnesses Plaintiffs May Call to Testify at Trial**

1. Chris Bell

2. Neil Carfora

3. William Basquin*

4. Randall Cadenhead*

5. Tom Foley

6. Jorge Fuenzalida*

7. Jason Gallien

8. Jon Glass

9. Vance Ikezoye*

10. Dong Jang

11. Paul Jarchow*

12. Clint Summers*

13. Brian Stifel*

14. Jeff Walker

15. Any witness listed on Cox's witness list or Rule 26(a)(1) disclosures.

*By live testimony, by deposition or both.

Dated November 29, 2019

Respectfully Submitted,

/s/ *Scott A. Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry M. Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: 202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*