UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**DEFENDANTS' UPDATED WITNESS LIST/RULE 26(a)(3) DISCLOSURES**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and in response to Plaintiffs' November 29, 2019 Updated Witness List (ECF No. 614), Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Defendants" or "Cox") hereby submit their updated witness list.

Defendants submit this witness list without waiving any of their rights, including the right to amend or supplement this list. Defendants also reserve the right to call any rebuttal witnesses.

A. Defendants expect to present testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses (deposition designations will be filed before trial):

1. Brent Beck (L) (by cross-examination during Plaintiffs' case as part of Cox's case in chief)
2. Christian Tregillis (L)
3. Christopher Bakewell (L)
4. Kevin Almeroth (L)
5. Linda Trickey (L) (by cross-examination during Plaintiffs' case as part of Cox's case in chief)

6. Lynne Weber (L)

7. Matt Carothers (L) (by cross-examination during Plaintiffs' case as part of Cox's case in chief)

8. Nick Feamster (L)

9. Sandy Mencher (L)

10. Christopher Monson (L or D)

11. Sam Bahun (L or D)

12. Sidd Negretti (L)

13. Slawomir Paszkowski (L or D)

14. Steven Marks (L) (by cross-examination during Plaintiffs' case as part of Cox's case in chief)

15. Vance Ikezoye (D)

16. Victoria Sheckler (L)

17. Any witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures and/or offered at trial.

B. If the need arises, Defendants may present the testimony, either live ("L") or by deposition ("D"), or both, of the following witnesses (deposition designations will be filed before trial):

12. Barbara Frederiksen-Cross (L or D)

13. Brian Stifel (L or D)

14. Clint Summers (L or D)

15. George McCabe (L or D)

16. Jason Zabek (L or D)

17. Joseph Sikes (L or D)

18. Paul Jarchow (L or D)

19. Randy Cadenhead (L or D)

20. Terrance McGarty (L or D)

21. William Lehr (L or D)

22. Alasdair McMullan (L or D)

23. Anish Patel (L or D)

24. Christopher Bell (L or D)

25. David Benjamin (L or D)

26. David Kokakis (L or D)

27. Dong Jang (L or D)

28. Jason Gallien (L or D)

29. Jeremy Blietz (L or D)

30. Jon Glass (L or D)

31. Matt Flott (L or D)

32. Michael Abitbol (L or D)

33. Neil Carfora (L or D)

34. Paul Kahn (L or D)

35. Stephen Poltoak (L or D)

36. Tom Foley (L or D)

37. Wade Leak (L or D)

38. Jill Lesser (L or D)

39. Jorge Fuenzalida (D)

40. Samuel Rubin (D)

41. Seth Nielson (L or D)

42. William Basquin (D)

43. Any witness listed on Plaintiffs' Witness List/Rule 26(a)(3) Disclosures and/or offered at trial.

Respectfully submitted,

Dated: November 30, 2019

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

-5-

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Sean R. Anderson (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sranderson@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

-6-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2019, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*
