# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-CV-00950-LO-JFA |

## **PLAINTIFFS' PROPOSED VERDICT FORM**

We the jury, in the above-captioned action, answer the questions submitted to us as follows:

**Question 1: Contributory Infringement**

Is Cox liable for contributory infringement of Plaintiffs' copyrighted works?

**Answer**: Yes_____ No_____

*Please proceed to question 2*

**Question 2: Vicarious Liability**

Is Cox vicariously liable for infringement of Plaintiffs' copyrighted works?

**Answer**: Yes_____ No_____

*If you answered No to both questions 1 and 2, you should sign the form and return it to the clerk.*

*If you answered Yes to either question 1 or 2 (or both), you should proceed to Questions 3, 4 and 5.*

**Question 3: Number of Works Infringed**

Plaintiffs have asserted infringement claims for 10,017 works. What is the number of works you find were infringed?

_____ (up to 10,017)

**Question 4: Willfulness**

Was Cox's conduct willful?

**Answer**: Yes_____ No_____

**Question 5: Damages**

| If Not Willful | *You **must** award damages between $750 and $30,000 per work infringed* |
|---|---|
| If Willful | *You **must** award damages between $750 and $150,000 per work infringed* |

What amount of statutory damages per copyright infringed do you award to Plaintiffs?

Amount:  $ _____ per work

*Foreperson, please sign the verdict form.*    _____

## THANK YOU FOR YOUR TIME AND SERVICE.

Dated: December 1, 2019        Respectfully submitted,

*/s/ Scott A. Zebrak*
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: 202-480-2999

*Attorneys for Plaintiffs*