

**WINSTON & STRAWN LLP**

North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

SEAN R. ANDERSON
Associate
(212) 294-5388
sranderson@winston.com

November 29, 2019

Hon. Liam O'Grady
c/o Clerk of Court
Eastern District of Virginia
401 Courthouse Sq.
Alexandria, VA 22314

Re: *Sony Music Entm't, et al. v. Cox Commc'ns, et al.*, 1:18-cv-00950-LO-JFA

Dear Judge O'Grady:

Pursuant to Local Rule 79, please find 3 paper copies of Defendants' proposed trial exhibits DX 1 through DX 396, along with a hard drive containing Defendants' trial exhibits to be submitted electronically pursuant to the order at ECF 601. While DX 397 through DX 3756 are not subject to this order, Defendants will be filing an amended motion to submit voluminous exhibits electronically later today and are not delivering paper copies of these exhibits to the court at this time.

Respectfully submitted

Sean R. Anderson

Encl.