UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., et al.,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

### ORDER

Having considered Defendants' Supplemental Request for an Entry of an Order Allowing Defendants to Submit on a Hard Drive Electronic Copies of Certain Trial Exhibits to the Clerk of the Court, ECF No. 613, it is hereby ORDERED that the motion is GRANTED. Defendants are permitted to submit their proposed trial exhibits DX 347 and DX 397 through DX 3756 to the Clerk of the Court on a single hard drive, rather than in hard copy.

It is so ORDERED this 2nd day of December 2019.

_____
Hon. Liam O'Grady
United States District Judge