# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **SONY MUSIC ENTERTAINMENT, et al.** | | |
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| **COX COMMUNICATIONS, INC, et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| | | | |
|---|---|---|---|
| HONORABLE LIAM O'GRADY presiding | | Court Reporter: | N. Linnell/ A. Thomson |
| Deputy Clerk: Amanda | | Court Time: | 10:04 – 10:15 |
| Proceeding Held: December 2, 2019 | | | 10:26 – 12:14 |
| | | | 12:31 – 1:04 |
| | | | 2:05 – 3:22 |
| | | | 3:41 – 5:50 |
| | | Total Time in Court | 5 hr. 58 min. |

**Appearances:**

| | |
|---|---|
| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

**Day 1**
10:04 a.m. – Court begins.
10:07 a.m. – Court and counsel discuss preliminary matters.
10:15 a.m. – Court recesses.
10:26 a.m. – Court resumes.
10:28 a.m. – Jury roll call taken.
10:33 a.m. – Begin voir dire.
12:14 p.m. – Court recesses.
12:31 p.m. – Court resumes. Jury selection begins.
12:53 p.m. – Jury selected and sworn; remaining jurors excused.
12:58 p.m. – Court makes ruling on witnesses.
12:59 p.m. – Jury excused.
1:00 p.m. – Court and counsel discuss preliminary matters re: witness testimony and demonstrative exhibits.
1:04 p.m. – Court recesses.

2:05 p.m. – Court resumes.
2:06 p.m. – Jury returns to the courtroom.
2:07 p.m. – Court gives preliminary jury instructions.
2:24 p.m. – Mr. Oppenheim presents opening statements.
3:20 p.m. – Mr. Oppenheim concludes.
3:21 p.m. – Jury excused.
3:22 p.m. – Court recesses.
3:41 p.m. Court resumes.
3:42 p.m. – Jury returns to the courtroom.
3:42 p.m. – Mr. Elkin presents opening statements.
4:42 p.m. – Mr. Elkin concludes.
4:44 p.m. – Mr. Zebrak calls witness **Dennis Kooker**. Witness sworn. Begin direct-exam.
5:21 p.m. – Mr. Zebrak concludes.
5:22 p.m. – Mr. Elkin begins cross-exam.
5:33 p.m. – Mr. Elkin concludes. Witness excused.
5:34 p.m. – Jury excused.
5:35 p.m. – Court and counsel discuss objections.
5:50 p.m. – Court recesses.