

**WINSTON & STRAWN LLP**

North America   Europe   Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**SEAN R. ANDERSON**
Associate
(212) 294-5388
sranderson@winston.com

December 3, 2019

Hon. Liam O'Grady
c/o Clerk of Court
Eastern District of Virginia
401 Courthouse Sq.
Alexandria, VA 22314

**Re:**   *Sony Music Entm't, et al. v. Cox Commc'ns, et al.*, 1:18-cv-00950-LO-JFA

Dear Judge O'Grady:

    Pursuant to the order at ECF 620, please find a hard drive containing Defendants' voluminous proposed trial exhibits DX 347 and DX 397 through DX 3756.

Respectfully submitted,

Sean R. Anderson

*Encl.*