# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):  Geoffrey P. Eaton

Electronic Device(s):  Laptop computers, related cables, hard drives, USB drives

Purpose and Location Of Use:  Trial support, Room 1000

Case No.:  1:18-cv-00950-LO-JFA

Date(s) Authorized:  12/2/2019 - every day thereafter until trial completes

IT Clearance Waived:  _____(Yes)    _____(No)

APPROVED BY:

Date:_____    _____
                               United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                 IT Staff Member                   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**