# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| COX COMMUNICATIONS, INC, et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|---|
| Deputy Clerk: Amanda | | Court Time: | 9:15 – 10:50 |
| Proceeding Held: December 3, 2019 | | | 11:11 – 1:03 |
| | | | 2:07 – 3:36 |
| | | | 4:01 – 5:20 |
| | | | |
| | | Total Time in Court | 6 hr. 16 min. |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

**Day 2**
9:15 a.m. – Court resumes.
9:18 a.m. – Jury returns to the courtroom.
9:19 a.m. – Ms. Noyola calls witness **David Kokakis**. Witness sworn. Begin direct exam.
9:48 a.m. – Ms. Noyola concludes.
9:49 a.m. – Mr. Buchanan begins cross-exam.
10:36 a.m. – Mr. Buchanan concludes.
10:36 a.m. – Ms. Noyola begins re-direct exam.
10:38 a.m. – Ms. Noyola concludes. Witness excused.
10:39 a.m. – Jury excused.
10:40 a.m. – Court and counsel discuss objections.
10:50 a.m. – Court recesses.
11:11 a.m. – Court resumes.
11:12 a.m. – Court and counsel discuss preliminary matters.
11:15 a.m. – Jury returns to the courtroom.

11:16 a.m. – Mr. Oppenheim calls witness **Alasdair McMullan**. Witness sworn. Begin direct-exam.
11:57 a.m. – Mr. Oppenheim concludes.
11:58 a.m. – Mr. Buchanan begins cross-exam.
12:27 p.m. – Mr. Buchanan concludes. Witness excused.
12:29 p.m. – Mr. Gould calls witness **Steven (Steve) Marks.** Witness sworn. Begin direct-exam.
1:00 p.m. – Jury excused.
1:03 p.m. – Court recesses.
2:07 p.m. – Court resumes.
2:09 p.m. – Jury returns to the courtroom.
2:09 p.m. – Mr. Gould continues with direct-exam of witness.
2:42 p.m. – Mr. Gould submits PX demonstrative exhibit 5 – One day: pie chart
3:35 p.m. – Mr. Gould concludes. Jury excused.
3:36 p.m. – Court recesses.
4:00 p.m. – Court resumes.
4:01 p.m. – Jury returns to the courtroom.
4:01 p.m. – Mr. Elkin begins cross-exam.
5:09 p.m. – Mr. Elkin concludes.
5:10 p.m. – Mr. Gould begins re-direct exam.
5:17 p.m. – Mr. Gould concludes. Mr. Elkin begins re-cross exam.
5:18 p.m. – Mr. Elkin concludes. Witness excused.
5:19 p.m. – Jury excused for the day.
5:20 p.m. – Court recesses.