# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| COX COMMUNICATIONS, INC, et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:04 – 10:47 |
| Proceeding Held: December 4, 2019 | | 11:07 – 12:50 |
| | | 2:01 – 3:36 |
| | | 4:00 – 5:48 |
| | | |
| | Total Time in Court | 6 hr. 49 min. |

**Appearances:**

| Plaintiff(s): | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| Defendant(s): | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

**Day 3**
9:04 a.m. – Court resumes.
9:05 a.m. – Court and counsel discuss housekeeping matters.
9:07 a.m. – Defendant's renew their motions in limine. Motions are denied.
9:09 a.m. – Jury returns to the courtroom.
9:10 a.m. – Mr. Zebrak calls witness **Barbara Frederiksen-Cross**. Witness sworn. Begin direct-exam.
10:46 a.m. – Jury excused.
10:47 a.m. – Court recesses.
11:07 a.m. – Court resumes.
11:09 a.m. – Jury returns to the courtroom.
11:10 a.m. – Mr. Zebrak continues with direct-exam of witness.
11:48 a.m. – Mr. Zebrak concludes.
11:49 a.m. – Mr. Brody begins cross-exam.
12:48 p.m. – Jury excused.
12:50 p.m. – Court recesses.

2:01 p.m. – Court resumes.
2:01 p.m. – Counsel argue objections.
2:09 p.m. – Defendants willing to stipulate to 3 spreadsheets but objects to the hard drive coming in to evidence.
2:11 p.m. – Mr. Buchanan presents argument on pulse checks.
2:14 p.m. – Mr. Gould responds.
2:16 p.m. – Mr. Buchanan replies.
2:20 p.m. – Court is going to allow witness to testify.
2:21 p.m.- Jury returns to the courtroom.
2:22 p.m. – Mr. Brody continues with cross-exam of witness.
3:12 p.m. – Mr. Brody concludes.
3:12 p.m. – Mr. Zebrak begins re-direct exam.
3:35 p.m. – Mr. Zebrak concludes. Witness excused.
3:36 p.m. – Court recesses.
4:00 p.m. – Court resumes.
4:03 p.m. – Mr. Oppenheim calls witness **Samuel (Sam) Bahum**. Witness sworn. Begin direct-exam.
5:42 p.m. – Jury excused.
5:44 p.m. – Witness excused.
5:45 p.m. – Counsel argue objections.
5:48 p.m. – Court recesses for the day.