## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Geoffrey P. Eaton

FILED
DEC - 4 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Electronic Device(s):** Laptop computers, related cables, hard drives, USB drives

**Purpose and Location Of Use:** Trial support, Room 1000

**Case No.:** 1:18-cv-00950-LO-JFA

**Date(s) Authorized:** 12/2/2019 - every day thereafter until trial completes

**IT Clearance Waived:** ___(Yes)  ✓(No)

**APPROVED BY:**

Date: 12/4/19

/s/ _____
United States District Magistrate/Bankruptcy Judge
United States District Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____  _____
  IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**