# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **SONY MUSIC ENTERTAINMENT, et al.** | | |
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| **COX COMMUNICATIONS, INC, et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| | | | |
|---|---|---|---|
| HONORABLE LIAM O'GRADY presiding | | Court Reporter: | N. Linnell/ A. Thomson |
| Deputy Clerk: Amanda | | Court Time: | 8:54 – 9:07 |
| Proceeding Held: December 5, 2019 | | | 9:13 – 10:57 |
| | | | 11:20 – 1:02 |
| | | | 2:03 – 3:41 |
| | | | 4:00 – 5:05 |
| | | Total Time in Court | 6 hr. 22 min. |

**Appearances:**

| | |
|---|---|
| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

**Day 4**
8:54 a.m. – Court resumes.
8:55 a.m. – Mr. Oppenheim presents argument re: Mr. Carothers.
8:56 a.m. – Mr. Elkin responds.
9:04 a.m. – Mr. Oppenheim replies.
9:07 a.m. – Court recesses.
9:13 a.m. – Court resumes.
9:15 a.m. – Jury returns to the courtroom.
9:15 a.m. – Mr. Brody begins cross-exam of witness **Samuel (Sam) Bahun**. Witness previously sworn.
10:56 a.m. – Jury excused.
10:57 a.m. – Court recesses.
11:20 a.m. – Court resumes. Jury returns to the courtroom.
11:21 a.m. – Mr. Brody continues with cross-exam of witness.
11:34 a.m. – Mr. Brody concludes.
11:34 a.m. – Mr. Oppenheim begins re-direct exam.

12:09 p.m. – Mr. Oppenheim concludes. Witness excused.
12:10 p.m. – Mr. Zebrak calls witness **Dr. George McCabe**. Witness sworn. Begin direct-exam.
12:25 p.m. – Witness found to be an expert in statistics.
12:58 p.m. – Jury excused.
1:02 p.m. – Court recesses.
2:03 p.m. – Court resumes.
2:04 p.m. – Jury returns to the courtroom.
2:05 p.m. – Mr. Zebrak continues with direct-exam of witness.
2:17 p.m. – Mr. Zebrak concludes.
2:17 p.m. – Mr. Buchanan begins cross-exam.
3:26 p.m. – Mr. Buchanan concludes.
3:27 p.m. – Mr. Zebrak begins re-direct exam.
3:35 p.m. – Mr. Zebrak concludes. Witness excused.
3:36 p.m. – Jury excused.
3:41 p.m. – Court recesses.
4:00 p.m. – Court resumes.
4:02 p.m. – Mr. Oppenheim calls witness **Linda Trickey**. Witness sworn. Begin direct-exam.
5:01 p.m. – Jury excused for the day.
5:02 p.m. – Witness excused for the day.
5:03 p.m. – Demonstrative exhibits from Dr. McCabe will be labeled by Plaintiff's and admitted tomorrow morning.
5:05 p.m. – Court recesses for the day.