# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **SONY MUSIC ENTERTAINMENT, et al.** | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| **COX COMMUNICATIONS, INC, et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 11:12 – 1:04 |
| Proceeding Held: December 6, 2019 | | 2:10 – 3:29 |
| | | 3:51 – 5:24 |
| | | |
| | | |
| | Total Time in Court | 4 hr. 44 min. |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

**Day 5**

11:12 a.m. – Court resumes. Court and counsel discuss preliminary matters.
11:15 a.m. – Jury returns to the courtroom.
11:16 a.m. – Mr. Oppenheim continues with direct-exam of witness **Linda Trickey**. Witness previously sworn.
1:03 p.m. – Mr. Oppenheim concludes. Jury excused.
1:04 p.m. – Court recesses.
2:10 p.m. – Court resumes. Court and counsel discuss preliminary matters.
2:14 p.m. – Jury returns to the courtroom.
2:15 p.m. – Mr. Elkin begins direct-exam of witness (shared witness by both parties).
3:11 p.m. – Mr. Elkin concludes.
3:12 p.m. – Mr. Oppenheim begins cross-exam of witness.
3:29 p.m. – Court recesses.
3:51 p.m. – Court resumes. Jury returns to the courtroom.
3:52 p.m. – Mr. Oppenheim continues with exam of witness.

4:30 p.m. – Mr. Oppenheim concludes.
4:30 p.m. – Mr. Elkin begins cross-exam.
4:37 p.m. – Mr. Elkin concludes. Witness excused.
4:39 p.m. – Mr. Gould calls witness **Roger Vredenburg**. Witness sworn. Begin direct-exam.
5:12 p.m. – Jury excused for the day.
5:13 p.m. – Witness excused for the day.
5:14 p.m. – Court and counsel discuss housekeeping matters.
5:24 p.m. – Court recesses for the day.