# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| COX COMMUNICATIONS, INC, et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:03 – 10:57 |
| Proceeding Held: December 9, 2019 | | 11:16 – 12:59 |
| | | 2:05 – 3:45 |
| | | 4:09 – 5:46 |
| | | |
| | Total Time in Court | 6 hr. 54 min. |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

## Day 6
9:03 a.m. – Court resumes.
9:03 a.m. – Counsel present arguments re: witness.
9:16 a.m. – Witness can be called on Wednesday evening after the jury is excused for telephonic deposition.
9:17 a.m. – Jury returns to the courtroom.
9:19 a.m. – Mr. Buchanan begins direct-exam (dual witness) of witness **Roger Vredenburg**. Witness previously sworn.
9:45 a.m. – Mr. Buchanan concludes.
9:46 a.m. – Mr. Gould begins re-direct exam.
10:03 a.m. – Mr. Gould concludes.
10:04 a.m. – Mr. Buchanan begins cross-exam.
10:06 a.m. – Mr. Buchanan concludes. Witness excused.
10:08 a.m. – Ms. Noyola calls witness **Matthew (Matt) Flott**. Witness sworn. Begin direct-exam.
10:31 a.m. – Ms. Noyola concludes.

10:32 a.m. – Mr. Buchanan begins cross-exam.
10:57 a.m. – Jury excused.
10:57 a.m. – Court recesses.
11:16 a.m. – Court resumes. Counsel present arguments.
11:21 a.m. – Jury returns to the courtroom.
11:22 a.m. – Mr. Buchanan continues with cross-exam of witness.
11:30 a.m. – Mr. Buchanan concludes.
11:30 a.m. – Ms. Noyola begins re-direct exam.
11:36 a.m. – Ms. Noyola concludes. Witness excused.
11:38 a.m. – Plaintiff's call **Jason Zebak** through video deposition (shared witness). Mr. Oppenheim begins direct-exam (on video).
12:59 p.m. – Jury excused.
12:59 p.m. – Court recesses.
2:05 p.m. – Court resumes.
2:07 p.m. – Video deposition continues.
3:27 p.m. – Mr. Elkin begins cross of witness (on video deposition).
3:44 p.m. – Jury excused.
3:45 p.m. – Court recesses.
4:09 p.m. – Court resumes.
4:10 p.m. – Jury returns to the courtroom.
4:11 p.m. – Mr. Elkin's cross-exam of video deposition continues.
4:44 p.m. – Mr. Oppenheim begins re-direct exam.
4:49 p.m. – Video deposition concludes.
4:51 p.m. – Mr. Gould calls witness **Brent Beck**. Witness sworn. Begin direct-exam.
5:44 p.m. – Jury excused.
5:46 p.m. – Court recesses.