# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| COX COMMUNICATIONS, INC, et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:03 – 11:01 |
| Proceeding Held: December 10, 2019 | | 11:21 – 1:03 |
| | | 2:10 – 3:04 |
| | | 3:23 – 4:58 |
| | | 5:16 – 5:51 |
| | Total Time in Court | 6 hr. 44 min. |

**Appearances:**

| Plaintiff(s): | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| Defendant(s): | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

**Day 7**
9:03 a.m. – Court resumes. Court and counsel discuss preliminary matters.
9:05 a.m. – Jury returns to the courtroom.
9:06 a.m. – Mr. Gould continues with direct-exam of witness (shared) **Brent Beck**.
9:40 a.m. – Mr. Gould concludes.
9:41 a.m. – Ms. Golinveaux begins direct/cross-exam.
11:00 a.m. – Jury excused.
11:01 a.m. – Court recesses.
11:21 a.m. – Court resumes.
11:22 a.m. – Counsel present objections.
11:25 a.m. – Jury returns to the courtroom.
11:27 a.m. – Ms. Golinveaux continues with examination of witness.
11:50 a.m. – Ms. Golinveaux concludes.
11:50 a.m. – Mr. Gould begins re-direct/cross exam.
12:11 p.m. – Mr. Gould concludes.

12:11 p.m. – Ms. Golinveaux begins re-cross/re-direct exam.
12:13 p.m. – Ms. Golinveaux concludes. Witness excused.
12:14 p.m. – Mr. Oppenheim calls witness **Matt Carothers** (shared witness). Witness sworn. Begin direct-exam.
12:46 p.m. – Mr. Oppenheim concludes.
12:47 p.m. – Mr. Elkin begins direct/cross exam.
1:00 p.m. – Jury excused.
1:01 p.m. – Counsel argue objections.
1:03 p.m. – Court recesses.
2:10 p.m. – Court resumes. Jury returns to the courtroom.
2:11 p.m. – Mr. Elkin continues with direct/cross exam of witness.
2:36 p.m. – Mr. Elkin concludes.
2:27 p.m. – Mr. Oppenheim begins re-direct/cross exam.
3:02 p.m. – Mr. Oppenheim concludes. Witness excused.
3:03 p.m. – Jury excused.
3:04 p.m. – Court recesses.
3:23 p.m. – Court resumes.
3:23 p.m. – Counsel discuss preliminary matters.
3:26 p.m. – Jury returns to the courtroom.
3:28 p.m. – Mr. Oppenheim calls witness by video deposition **Joseph Sikes**. Designations by both sides.
4:57 p.m. – Video deposition ended. Jury excused.
4:58 p.m. – Court recesses.
5:16 p.m. – Court resumes. Jury returns to the courtroom.
5:17 p.m. – Mr. Oppenheim calls witness by video deposition **Jorge Fuenzalida**. Designations by both sides.
5:46 p.m. – Deposition video ends.
5:47 p.m. – Jury excused.
5:48 p.m. – Court and counsel discuss housekeeping matters.
5:51 p.m. – Court recesses for the day.