# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| COX COMMUNICATIONS, INC, et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Dani/Amanda | Court Time: | 9:05 – 10:48 |
| Proceeding Held: December 11, 2019 | | 11:09 – 1:02 |
| | | 2:04 – 3:39 |
| | | 4:03 – 5:32 |
| | | |
| | Total Time in Court | 6 hr. 40 min. |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden |

## Day 8

9:05 – Court resumes. Court and counsel discuss preliminary matters.
9:26 – Jury returns to the courtroom.
9:28 – Mr. Gould calls witness **William Lehr**. Witness sworn. Begin direct-exam.
10:47 a.m. – Jury excused.
10:48 a.m. – Court recesses.
11:09 a.m. – Court resumes. Jury returns to the courtroom.
11:09 a.m. – Mr. Gould continues with direct-exam of witness.
11:28 a.m. – Mr. Gould concludes.
11:29 a.m. – Mr. Buchanan begins cross-exam.
12:48 p.m. – Mr. Buchanan concludes.
12:49 p.m. – Mr. Gould begins re-direct exam.
12:56 p.m. – Mr. Gould concludes. Witness excused.
12:58 p.m. – Jury excused.
12:59 p.m. – Court and counsel argue objections.

1:02 p.m. – Court recesses.
2:04 p.m. – Court resumes.
2:04 p.m. – Counsel discuss objections to exhibits.
2:20 p.m. – Jury returns to the courtroom.
2:21 p.m. – Plaintiff's rest their case in chief.
2:22 p.m. – Mr. Elkin calls witness **Sidd Negretti**. Witness sworn. Begin direct-exam.
2:55 p.m. – Mr. Elkin concludes.
2:55 p.m. – Mr. Zebrak begins cross-exam.
3:36 p.m. – Mr. Zebrak concludes.
3:36 p.m. – Mr. Elkin begins re-direct exam.
3:38 p.m. – Mr. Elkin concludes. Witness excused. Jury excused.
3:39 p.m. – Court recesses.
4:03 p.m. – Court resumes.
4:03 p.m. – Counsel argue objections.
4:12 p.m. – Jury returns to the courtroom.
4:13 p.m. – Mr. Buchanan calls witness **Lynne Weber**. Witness sworn. Begin direct-exam.
5:29 p.m. – Mr. Buchanan concludes. Jury excused.
5:32 p.m. – Court recesses for the day.