# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| **COX COMMUNICATIONS, INC, et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:04 – 11:01 |
| Proceeding Held: December 12, 2019 | | 11:22 – 1:04 |
| | | 2:03 – 4:01 |
| | | 4:21 – 5:55 |
| | | 6:09 – 7:18 |
| | Total Time in Court | 8 hr. 20 min. |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden, Geoffrey Eaton |

**Day 9**
9:04 a.m. – Court resumes.
9:05 a.m. – Counsel argue objections.
9:09 a.m. - Court receives demonstratives.
9:11 a.m. – Jury returns to the courtroom.
9:12 a.m. – Mr. Oppenheim begins cross-exam of witness **Lynne Weber**. Witness previously sworn.
10:37 a.m. – Mr. Oppenheim concludes.
10:37 a.m. – Mr. Buchanan begins re-direct exam.
11:00 a.m. – Mr. Buchanan concludes. Witness excused. Jury excused.
11:01 a.m. – Court recesses.
11:22 a.m. – Court resumes. Court and counsel discuss preliminary matters.
11:26 a.m. – Jury returns to the courtroom.
11:28 a.m. – Mr. Elkins calls witness by video deposition **Randy Cadenhead** (shared witness).
12:33 p.m. – Deposition concluded. Mr. Elkin calls witness by video deposition **Slawomir Paszkowski** (shared witness).

1:02 p.m. – Deposition concludes.
1:03 p.m. – Jury excused.
1:04 p.m. – Court recesses.
2:03 p.m. – Court resumes.
2:03 p.m. – Counsel argue objections.
2:31 p.m. – Jury returns to the courtroom.
2:33 p.m. – Ms. Leiden calls witness **Christopher Monson**. Witness sworn. Begin direct-exam.
2:59 p.m. – Ms. Leiden concludes.
3:00 p.m. - Mr. Gould begins cross-exam.
3:08 p.m. – Mr. Gould concludes.
3:09 p.m. – Ms. Leiden begins re-direct exam.
3:10 p.m. – Ms. Leiden concludes. Witness excused.
3:15 p.m. – Mr. Brody calls witness **Nick Feamster**. Witness sworn. Begin direct-exam.
3:59 p.m. – Jury excused.
4:01 p.m. – Court recesses.
4:21 p.m. – Court resumes.
4:22 p.m. – Mr. Zebrak argues objections.
4:24 p.m. – Jury returns to the courtroom.
4:25 p.m. – Mr. Brody continues with direct-exam of witness.
5:12 p.m. – Mr. Brody concludes.
5:12 p.m. – Mr. Zebrak begins cross-exam.
5:50 p.m. – Mr. Zebrak concludes for the evening.
5:51 p.m. – Jury excused for the day.
5:55 p.m. – Court recesses.
6:09 p.m. – Court resumes.
6:10 p.m. – Court and counsel conduct jury instruction conference.
7:18 p.m. – Court recesses for the evening.