# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **SONY MUSIC ENTERTAINMENT, et al.** | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| **COX COMMUNICATIONS, INC, et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:04 – 10:40 |
| Proceeding Held: December 16, 2019 | | 11:05 – 12:54 |
| | | 2:05 – 4:01 |
| | | 4:22 – 5:33 |
| | | 5:50 – 7:42 |
| | Total Time in Court | 8 hr. 24 min. |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden, Geoffrey Eaton |

**Day 10**
9:04 a.m. – Court resumes.
9:05 a.m. – Mr. Buchanan asks to move in Dr. Weber's demonstratives. Plaintiff's object. Demonstratives not admitted. Mr. Buchanan also presents argument on witnesses and exhibits.
9:07 a.m. – Court denies Plaintiff's motion to preclude Dr. Almeroth's testimony.
9:10 a.m. – Mr. Oppenheim responds and presents argument.
9:13 a.m. – Court will rule on the admittance of registrations (DX 3758) once Plaintiffs have a chance to review them.
9:16 a.m. – Mr. Brody presents argument on proposed demonstrative and slides.
9:18 a.m. – Court allows Plaintiffs to use demonstrative.
9:19 a.m. – Jury returns to the courtroom.
9:22 a.m. – Mr. Zebrak continues with cross-exam of witness **Nick Feamster**. Witness previously sworn.
10:07 a.m. – Mr. Zebrak concludes.
10:07 a.m. – Mr. Brody begins re-direct exam.
10:22 a.m. – Mr. Brody concludes.

10:23 a.m. – Mr. Zebrak begins re-cross exam.
10:28 a.m. – Mr. Zebrak concludes.
10:29 a.m. – Mr. Brody begins redirect exam.
10:32 a.m. – Mr. Brody concludes.
10:33 a.m. – Witness excused.
10:39 a.m. – Jury excused.
10:40 a.m. – Court recesses.
11:05 a.m. – Court resumes.
11:06 a.m. – Jury returns to the courtroom.
11:07 a.m. – Mr. Buchanan calls witness **Christopher (Chris) Bakewell**. Witness sworn. Begin direct-exam.
11:48 a.m. – Mr. Buchanan concludes.
11:49 a.m. – Mr. Gould begins cross-exam.
12:48 p.m. – Mr. Gould concludes.
12:49 p.m. – Mr. Buchanan begins re-direct exam.
12:52 p.m. – Mr. Buchanan concludes. Witness excused.
12:53 p.m. – Jury excused.
12:54 p.m. – Court recesses.
2:05 p.m. – Court resumes.
2:06 p.m. – Counsel argue objections.
2:26 p.m. – Jury returns to the courtroom.
2:27 p.m. – Ms. Golinveaux calls witness **Paul Jarchow**. Witness sworn. Begin direct-exam.
2:38 p.m. – Ms. Golinveaux concludes.
2:38 p.m. – Mr. Gould begins cross-exam.
2:49 p.m. – Mr. Gould concludes. Witness excused.
2:50 p.m. – Jury excused.
2:50 p.m. – Counsel argue objections.
3:03 p.m. – Jury returns to the courtroom.
3:04 p.m. – Mr. Elkin calls witness **Samuel Rubin** via video deposition.
3:21 p.m. – Video concludes.
3:22 p.m. – Ms. Leiden calls witness **Kevin Almeroth**. Witness sworn. Begin direct-exam.
4:01 p.m. – Jury excused.
4:01 p.m. – Court recesses.
4:22 p.m. – Court resumes.
4:23 p.m. – Jury returns to the courtroom.
4:23 p.m. – Ms. Leiden continues with direct-exam of witness.
4:36 p.m. – Ms. Leiden concludes.
4:37 p.m. – Mr. Zebrak begins cross-exam.
5:06 p.m. – Mr. Zebrak concludes.
5:07 p.m. – Ms. Leiden begins re-direct exam.
5:14 p.m. – Ms. Leiden concludes. Witness excused.
5:14 p.m. – Counsel present arguments at side bar.
5:23 p.m. – Court strikes part of testimony and gives limited instruction to jury.
5:25 p.m. – Jury excused.
5:26 p.m. – Counsel present arguments.
5:33 p.m. – Court recesses.
5:50 p.m. – Court resumes.
5:50 p.m. – Court and counsel conduct second jury instruction conference.
7:42 p.m. – Court recesses for the day.