# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| COX COMMUNICATIONS, INC, et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:06 – 11:00 |
| Proceeding Held: December 17, 2019 | | 11:21 – 1:01 |
| | | 2:16 – 4:06 |
| | | 4:46 – 5:17 |
| | | |
| | Total Time in Court | 5 hr. 54 min. |

**Appearances:**

| Plaintiff(s): | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| Defendant(s): | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden, Geoffrey Eaton |

**Day 11**
9:06 a.m. – Court resumes.
9:07 a.m. – Counsel argue objections.
9:30 a.m. – Court admits registrations provisionally (PX612-8478).
9:41 a.m. – Motion to preclude exhibits is granted.
9:44 a.m. – Jury returns to the courtroom.
9:45 a.m. – Mr. Elkin calls witness **Sanford (Sandy) Mencher**. Witness sworn. Begin direct-exam.
10:17 a.m. – Mr. Elkin concludes.
10:22 a.m. – Mr. Gould begins cross-exam.
10:59 a.m. – Mr. Gould concludes. Witness excused.
10:59 a.m. – Jury excused.
11:00 a.m. – Court recesses.
11:21 a.m. – Court resumes.
11:22 a.m. – Counsel argue objections.
11:24 a.m. – Jury returns to the courtroom.

11:25 a.m. – Mr. Buchanan calls witness **Christian Tregillis**. Witness sworn. Begin direct-exam.
12:48 p.m. – Mr. Buchanan concludes.
12:49 p.m. – Mr. Zebrak begins cross-exam.
1:01 p.m. – Jury excused.
1:01 p.m. – Court recesses.
2:16 p.m. – Court resumes.
2:17 p.m. – Jury returns to the courtroom.
2:17 p.m. – Mr. Zebrak continues with cross-exam of witness.
2:34 p.m. – Mr. Zebrak concludes.
2:34 p.m. – Mr. Buchanan begins re-direct exam.
2:40 p.m. – Mr. Buchanan concludes. Witness excused.
2:49 p.m. – Court denies both parties Rule 50 motions.
2:50 p.m. – Defendant's rest.
2:51 p.m. – Mr. Zebrak calls rebuttal witness **Terrence McGarty Jr.** Witness sworn. Begin direct-exam.
3:26 p.m. – Mr. Zebrak concludes.
3:27 p.m. – Mr. Buchanan begins cross-exam.
3:34 p.m. – Mr. Buchanan concludes. Witness excused.
3:35 p.m. – Plaintiff's rest their rebuttal case.
3:36 p.m. – Jury excused.
3:36 p.m. – Court and counsel discuss jury instructions and verdict form.
3:57 p.m. – Court finds that jury should be able to deliberate on the 10,017.
3:59 p.m. – Court does not give mitigation instruction.
4:06 p.m. – Court recesses.
4:46 p.m. – Court resumes.
4:47 p.m. – Jury returns to the courtroom.
4:48 p.m. – Court charges the jury.
5:13 p.m. – Jury excused for the day.
5:14 p.m. – Court and counsel discuss jury verdict.
5:17 p.m. – Court recesses for the day.