# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| **SONY MUSIC ENTERTAINMENT, et al.** | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| **COX COMMUNICATIONS, INC, et al.** | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell/ A. Thomson |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 9:07 – 10:15 |
| Proceeding Held: December 18, 2019 | | 10:30 – 11:43 |
| | | 11:58 – 12:18 |
| | | 3:39 – 3:41 |
| | | |
| | Total Time in Court | 2 hr. 43 min. |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden, Geoffrey Eaton |

**Day 12**
9:07 a.m. – Court resumes.
9:09 a.m. – Mr. Oppenheim presents closing arguments.
10:14 a.m. – Mr. Oppenheim concludes.
10:15 a.m. – Jury excused.
10:15 a.m. – Court recesses.
10:30 a.m. – Court resumes.
10:31 a.m. – Jury returns to the courtroom.
10:31 a.m. – Mr. Elkin presents closing arguments.
11:42 a.m. – Mr. Elkin concludes.
11:42 a.m. – Jury excused.
11:43 a.m. – Court recesses.
11:58 a.m. – Court resumes.
11:59 a.m. – Jury returns to the courtroom.
11:59 a.m. – Mr. Oppenheim begins rebuttal closing arguments.

12:13 p.m. – Mr. Oppenheim concludes.
12:17 p.m. – Jury excused to begin deliberations.
12:18 p.m. – Court recesses.
3:39 p.m. – Court resumes. Court and counsel discuss jury question #1.
3:41 p.m. – Court recesses.