# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| SONY MUSIC ENTERTAINMENT, et al. | | |
|---|---|---|
| | Plaintiff(s), | |
| v. | | |
| | | **JURY TRIAL** |
| COX COMMUNICATIONS, INC, et al. | | Case No. 1:18CV950 |
| | Defendant(s). | |

| HONORABLE LIAM O'GRADY presiding | Court Reporter: | N. Linnell |
|---|---|---|
| Deputy Clerk: Amanda | Court Time: | 3:57 – 4:01 |
| Proceeding Held: December 19, 2019 | | 4:03 – 4:11 |
| | | |
| | Total Time in Court | |

**Appearances:**

| **Plaintiff(s):** | Scott Zebrak, Matthew Oppenheim, Jeffrey Gould, Lucy Noyola, Jia Rye, Andrew Guerra, Michael Druckman |
|---|---|
| | |
| **Defendant(s):** | Thomas Buchanan, Michael Elkin, Jennifer Golinveaux, Thomas Lane, Sean Anderson, Cesie Alvarez, Thomas Kearney, Michael Brody, Diana Leiden, Geoffrey Eaton |

**Day 13**
3:57 p.m. – Court resumes.
3:58 p.m. – Jury returns to the courtroom.
4:00 p.m. – Verdict returned incomplete. Court instructs jury to retire and complete the verdict form entirely.
4:00 p.m. – Jury excused.
4:01 p.m. – Court recesses.
4:03 p.m. – Court resumes.
4:04 p.m. – Jury returns to the courtroom.
4:05 p.m. – Verdict returned and read.
4:08 p.m. – Jury polled.
4:09 p.m. – Jury excused.
4:09 p.m. – Court will not enter judgment until post-trial motions are heard. Counsel are to notice those.
4:11 p.m. – Court recesses.