IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

DEC 18 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,

v.                                                                Civil Action No. **1:18CV950**

COX COMMUNICATIONS, INC, et al.,

    Defendants.

## TRIAL EXHIBIT CERTIFICATE OF REVIEW

We, the undersigned counsel have reviewed the trial exhibits as admitted by the Court and find that the exhibits in the custody of the Clerk are appropriate to go to the jury for their deliberation.

_____
Counsel for Plaintiffs

_____
Counsel for Defendants

_____12/18/2019_____
Date

Alexandria, Virginia
Cc: all counsel