IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT
DEC 19 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,
    *Plaintiffs*

v.

COX COMMUNICATIONS, et al.,
    *Defendants.*

Civil Case No. 1:18-cv-950
Hon. Liam O'Grady

### VERDICT FORM

We, the jury in the above-captioned action, answer the questions submitted to us as follows:

LIABILITY: CONTRIBUTORY AND VICARIOUS INFRINGEMENT

1. Did Plaintiffs prove by a preponderance of the evidence that Cox was contributorily liable for infringement?

    *Answer*: Yes __✓__     No _____

2. Did Plaintiffs prove by a preponderance of the evidence that Cox was vicariously liable for infringement?

    *Answer*: Yes __✓__     No _____

*If you answered "NO" to both Question 1 and Question 2, DO NOT answer any more questions.*

3. Plaintiffs have asserted infringement claims for 10,017 works. How many of the works did Cox vicariously or contributorily infringe?

    *Answer*: __10,017__ works (up to 10,017)

*If you answered "YES" to either Question 1 or Question 2, and filled in the blank in Question 3, please proceed to Question 4.*

## WILLFUL INFRINGEMENT

4. Do you find by a preponderance of the evidence that Cox's contributory or vicarious infringement was willful?

   *Answer:* Yes ✓    No ____

## AMOUNT OF DAMAGES

Answer Questions 5 and 6 only if you answered "YES" to Question 1 or 2.

| If Not Willful | You must award damages between $750 and $30,000 per work infringed |
|---|---|
| If Willful | You must award damages between $750 and $150,000 per work infringed |

5. What amount of statutory damages do you award for each work contributorily or vicariously infringed?

   *Answer:* $ 99,830.29 per work

6. What is the total amount of damages you award to Plaintiffs in this case?

   a. Calculate the total damages, if any, by multiplying the number of infringed works in your answer to Question 3 times the damages per work in Question 5.

   Number of works infringed   10,017

   X   Damages per work   $ 99,830.29

   TOTAL DAMAGES   $ 1,000,000,000

*Please sign and return the verdict form.*

Jury Foreperson [redacted]            Date 12/19/19

2