3035

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
---------------------------------:
                                 :
SONY MUSIC ENTERTAINMENT, et al.,:
           Plaintiffs,           :
                                 :
    -vs-                         :   Case No. 1:18-cv-950
                                 :
COX COMMUNICATIONS, INC., et al.,:
           Defendants.           :
                                 :
---------------------------------:
```

VOLUME   13 - (Jury Verdict)

TRIAL TRANSCRIPT

December 19, 2019

Before:  Liam O'Grady, USDC Judge

And a Jury

3036

APPEARANCES:

FOR THE PLAINTIFFS:       MATTHEW J. OPPENHEIM, ESQ.
                          SCOTT A. ZEBRAK, ESQ.
                          JEFFREY M. GOULD, ESQ.
                          MICHAEL J. DRUCKMAN, ESQ.
                          ANDREW L. GUERRA, ESQ.
                          LUCY G. NOYOLA, ESQ.
                          JIA RYU, ESQ.
                          Oppenheim + Zebrak, LLP
                          4530 Wisconsin Avenue, N.W.
                          5th Floor
                          Washington, D.C. 20015


FOR THE DEFENDANTS:       THOMAS M. BUCHANAN, ESQ.
                          GEOFFREY P. EATON, ESQ.
                          Winston & Strawn LLP
                          1700 K Street, N.W.
                          Washington, D.C. 20006-3817
                            and
                          SEAN R. ANDERSON, ESQ.
                          MICHAEL S. ELKIN, ESQ.
                          THOMAS P. LANE, ESQ.
                          CESIE C. ALVAREZ, ESQ.
                          Winston & Strawn LLP
                          200 Park Avenue
                          New York, NY 10166-4193
                            and
                          JENNIFER A. GOLINVEAUX, ESQ.
                          THOMAS J. KEARNEY, ESQ.
                          Winston & Strawn LLP
                          101 California Street, 35th Floor
                          San Francisco, CA 94111-5840
                            and
                          MICHAEL L. BRODY, ESQ.
                          Winston & Strawn LLP
                          35 West Wacker Drive
                          Chicago, IL 60601
                            and
                          DIANA HUGHES LEIDEN, ESQ.
                          Winston & Strawn LLP
                          333 South Grand Avenue
                          Suite 3800
                          Los Angeles, CA 90071

3037

```
              1              NOTE:  The December 19, 2019, portion of the case
              2    begins in the absence of the jury at 3:57 p.m. as follows:
              3    JURY OUT
              4              THE COURT:  All right, I understand we have a
              5    verdict.  Are we ready for our jury to return?
              6              MR. ELKIN:  Yes, Your Honor.
              7              MR. ZEBRAK:  Yes, Your Honor.
              8              NOTE:  At this point the jury returns to the
              9    courtroom; whereupon the case continues as follows:
16:00:04     10    JURY IN
             11              THE COURT:  All right, please have a seat.
             12              THE CLERK:  Mr. Foreperson, has the jury reached its
             13    verdict?
             14              JURY FOREPERSON:  Yes, we have.
             15              THE CLERK:  Would you please hand it to the Court
             16    Security Officer.
             17              Ladies and gentlemen, is this your unanimous verdict?
             18              NOTE:  The jurors respond affirmatively.
             19              THE COURT:  All right, ladies and gentlemen, you have
16:00:12     20    indicated the number of works in answer to number 5, but you
             21    haven't answered question number 3.  So you haven't filled in
             22    the paragraph, the answer to question number 3.
             23              So I'm going to have you go back -- and it's later
             24    filled out in number 5, but I would like you to fill it out in
             25    number 3 at this time.  Okay?
```

1          So I'm going to ask you go back in and let us know
2  when you're ready to return.
3          NOTE:  At this point, 4:01 p.m., the jury leaves the
4  courtroom; whereupon the case continues as follows:
5  JURY OUT
6          THE COURT:  That's going to take a couple minutes,
7  but it shouldn't take much more.  They have failed to fill out
8  question number 3, which is the number of works that were
9  infringed.  They later indicated it, but I want them to fill
10 out number 3.
11         I also didn't check any math.  So we'll check that.
12 But let's take a brief recess.
13         All right, we're in recess.
14         NOTE:  At this point a recess is taken; whereupon at
15 4:03 p.m. the proceedings continue in the absence of the jury
16 as follows:
17 JURY OUT
18         THE COURT:  All right, Joe, let's get our jury,
19 please.
20         NOTE:  At this point the jury returns to the
21 courtroom; whereupon the case continues as follows:
22 JURY IN
23         THE COURT:  All right, please be seated.
24         We will start over.
25         THE CLERK:  Mr. Foreperson, has the jury reached its

3039

1  verdict?

2          JURY FOREPERSON:  Yes, we have.

3          THE CLERK:  Would you please hand it to the Court
4  Security Officer.

5          Ladies and gentlemen, is this your unanimous verdict?

6          NOTE:  The jurors respond affirmatively.

7          THE CLERK:  In the matter of civil case number
8  1:18-cv-950, Sony Music Entertainment, et al. versus Cox
9  Communications, et al.

10         Verdict Form.  We, the jury in the above-captioned
11 action, answer the questions submitted to us as follows.

12         Under Liability, Contributory and Vicarious
13 Infringement, question number 1:  Did plaintiffs prove by a
14 preponderance of the evidence that Cox was contributorily
15 liable for infringement?

16         Answer:  Yes.

17         Number 2:  Did plaintiffs prove by a preponderance of
18 the evidence that Cox was vicariously liable for infringement?

19         Answer:  Yes.

20         Question number 3, plaintiffs have asserted
21 infringement claims for 10,017 works.  How many of the works
22 did Cox vicariously or contributorily infringe?

23         Answer:  10,017 works.

24         Question number 4, under Willful Infringement:  Do
25 you find by a preponderance of the evidence that Cox's

3040

1  contributory or vicarious infringement was willful?
2          Answer: Yes.
3          Number 5: What amount of -- excuse me. What amount
4  of statutory damages do you award for each work contributorily
5  or vicariously infringed?
6          Answer: $99,830.29 per work.
7          Question number 6: What is the total amount of
8  damages you award to plaintiffs in the case?
9          Total amount of damages: $1 billion.
10         Signed the foreperson, dated December 19, 2019.
11         All right, let's poll our jury, please.
12         THE CLERK: Juror number 46, Jennifer Simonds, is
13  this your true verdict?
14         JUROR SIMONDS: Yes, it is.
15         THE CLERK: Juror number 39, Fred Reger, is this your
16  true verdict?
17         JUROR REGER: Yes, it is.
18         THE COURT: Juror number 25, Diana Holbrook, is this
19  your verdict?
20         JUROR HOLBROOK: Yes, it is.
21         THE CLERK: Juror number 30, Jennifer Krempin
22  Bridgman, is this your true verdict?
23         JUROR KREMPIN BRIDGMAN: It is.
24         THE CLERK: Juror number 24, Debra Hetmanek, is this
25  your true verdict?

3041

1              JUROR HETMANEK:  Yes, it is.
2              THE CLERK:  Juror number 5, Michael Calabrese, is
3   this your true verdict?
4              JUROR CALABRESE:  Yes.
5              THE CLERK:  Juror number 23, Dana Herr, is this your
6   true verdict?
7              JUROR HERR:  Yes, it is.
8              THE COURT:  And juror number 29, Erin Krayer, is this
9   your true verdict?
10             JUROR KRAYER:  Yes, it is.
11             THE CLERK:  Thank you very much.
12             THE COURT:  All right.  Thank you, your work is
13  complete, and I'm going to excuse you now.
14             I would like to come say "thank you" if you have a
15  moment.  I'll be here with counsel for a few minutes.  And if
16  you have to leave, I'll certainly understand that, but I would
17  like to come back and say "thank you" for all your hard work.
18             So you are excused at this time.  Thank you.
19             NOTE:  At this point, 4:11 p.m., the jury is
20  discharged and leaves the courtroom; whereupon the case
21  continues as follows:
22  JURY DISCHARGED
23             THE COURT:  All right, please have a seat.
24             I'm sure there are post-trial motions anticipated.
25  So I'm not going to enter the verdict until we get our

3042

1  post-trial motions done.  I could enter the verdict, but hold
2  it in abeyance.  I usually don't formally enter the verdict
3  until we've had a chance to have post-trial motions heard.
4         And I'd like you just to work on a schedule
5  yourselves to file those post-trial motions.  And give
6  yourselves time to do it.  I think there is -- obviously, you
7  have had daily transcripts going, so that's not going to cause
8  too much of a delay.  But we've got the holiday season, and I'm
9  -- you know, there is -- do it on your own schedule.  Go home
16:10:41 10  and hopefully spend a good holiday season.
11         I thank each of you.  The case was well tried.
12  You're all terrific lawyers.  And it was a difficult case, but
13  it helps a great deal when we have very good lawyers in the
14  courtroom like each of you.
15         So I'm going to go say "thank you" to the jury, and I
16  hope you all have a good holiday season.
17         And we are in recess.
18         MR. OPPENHEIM:  Your Honor, I'm sorry, could I just
19  ask one question?  Maybe it's just my lack of understanding.
20         THE COURT:  Yes, sir.
21         MR. OPPENHEIM:  Are you saying that you're going to
22  hold the verdict or hold the -- I assume you would hold the
23  judgment, but the verdict would be entered.
24         THE COURT:  Yeah, I am going ender the verdict.  I'm
25  holding the judgment.

3043

1   MR. OPPENHEIM:  Okay.  Just checking.  Sorry, I
2 didn't understand.
3   THE COURT:  Oh, no contact with the juries -- with
4 the jurors.
5   MR. OPPENHEIM:  We understood that from Amanda.
6 Thank you, Your Honor.
7   MR. ZEBRAK:  We understand.  And I know on behalf of
8 all the parties, thank you to the entire staff.  It was very,
9 very helpful.  Thank you.
16:11:44 10   THE COURT:  There is a lot going on.  We will see you
11 in the new year.
12   We're in recess.
13   MR. ZEBRAK:  Thank you.
14   ----------------------------------------------
15
16   CERTIFICATE OF COURT REPORTERS
17
18   We certify that the foregoing is a true and
   accurate transcription of our stenographic notes.
19
20
21   /s/  Norman B. Linnell
   Norman B. Linnell, RPR, CM, VCE, FCRR
22
23   /s/  Anneliese J. Thomson
   Anneliese J. Thomson, RDR, CRR
24
25