UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

**STIPULATION REGARDING COX'S ANTICIPATED MOTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59**

WHEREAS, on December 19, 2019, a jury in the above-captioned matter delivered a verdict, which was filed by the Court on the same day.  ECF No. 669.

WHEREAS, following the verdict, the Court indicated its intention not to enter judgment on the verdict until post-trial motions practice was complete, and instructed the parties to agree to a schedule for such motions.

WHEREAS, the parties have since met and conferred regarding a schedule for Cox's anticipated motions pursuant to Federal Rules of Civil Procedure 50 and 59 and reached an agreement.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Cox that:

1. Cox's motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on January 31, 2020;

2. Plaintiffs' oppositions to Cox's motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on February 28, 2020;

3. Cox's replies in further support of its motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on March 13, 2020.

Dated: January 15, 2020  Respectfully submitted,

*s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com
*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

*s/ Scott A. Zebrak*
Scott A. Zebrak (VSB No. 38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue, NW, Suite 503
Washington, DC 20015
Tel: 202-480-2999
*Attorneys for Plaintiffs*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Sean R. Anderson (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sranderson@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

## CERTIFICATE OF SERVICE

I certify that on January 15, 2020, a copy of the foregoing STIPULATION REGARDING COX'S ANTICIPATED MOTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 50 AND 59 was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*