# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants.* | Case No. 1:18-cv-00950-LO-JFA |

## ORDER

IT IS HEREBY ORDERED that pursuant to the Stipulation submitted by the parties on January 15, 2020:

1. Cox's motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on January 31, 2020;

2. Plaintiffs' oppositions to Cox's motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on February 28, 2020;

3. Cox's replies in further support of its motions pursuant to Federal Rules of Civil Procedure 50 and 59 shall be filed by 5:00 p.m. Eastern time on March 13, 2020.

ENTERED this 15th day of Jan., 2020.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia