UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

    Pursuant to Local Rule 83.1(G), Local Rule 7, and Federal Rule of Civil Procedure 7, Plaintiffs respectfully request that Kerry M. Mustico be permitted to withdraw as counsel of record in this matter. The reason for the request is because Ms. Mustico has resigned her employment with Oppenheim + Zebrak, LLP. Defendants do not oppose this motion.

    No other changes are requested regarding the other attorneys acting as counsel of record for Plaintiffs. Plaintiffs desire to continue to retain the services of Covington & Burling LLP, Oppenheim + Zebrak, LLP, and Lewis Bess Williams & Weese P.C. for representation in this litigation, and will continue to be represented by the other attorneys from those firms who have entered Notices of Appearance in this matter.

    Respectfully submitted,

    Dated January 29, 2020                      */s/* Scott A. Zebrak

Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on January 29, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

Dated: January 29, 2020

*/s/ Jeffrey M. Gould*
