UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.1(G), Local Rule 7, and Federal Rule of Civil Procedure 7, Plaintiffs respectfully request that Kerry M. Mustico be permitted to withdraw as counsel of record in this matter. The reason for the request is because Ms. Mustico has resigned her employment with Oppenheim + Zebrak, LLP. Defendants do not oppose this motion.

No other changes are requested regarding the other attorneys acting as counsel of record for Plaintiffs. Plaintiffs will continue to be represented by the other attorneys of record from Oppenheim + Zebrak, LLP.

Respectfully submitted,

Dated January 30, 2020                    */s/* Scott A. Zebrak

1

          Scott A. Zebrak (38729)
          Matthew J. Oppenheim (*pro hac vice*)
          Jeffrey M. Gould (*pro hac vice*)
          OPPENHEIM + ZEBRAK, LLP
          4530 Wisconsin Avenue, NW, 5th Floor
          Washington, DC 20016
          Tel:  202-480-2999
          scott@oandzlaw.com
          matt@oandzlaw.com
          jeff@oandzlaw.com

*Attorneys for Plaintiffs*