UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs Unopposed Motion for Withdrawal of Counsel, on this ___ day of January, 2020, it is hereby

**ORDERED** that the Unopposed Motion for Withdrawal of Counsel is GRANTED; and it is

**FURTHERED ORDERED** that Kerry M. Mustico is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned case.

ENTERED this ___ day of _____ 2020

Alexandria, Virginia

_____
Judge for the Eastern District of Virginia