UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

  Plaintiffs,

v.

COX COMMUNICATIONS, INC., et al.,

  Defendants.

Case No. 1:18-cv-00950-LO-JFA

ORDER

UPON CONSIDERATION of Plaintiffs Unopposed Motion for Withdrawal of Counsel, on this 31st day of January, 2020, it is hereby

**ORDERED** that the Unopposed Motion for Withdrawal of Counsel is GRANTED; and it is

**FURTHERED ORDERED** that Kerry M. Mustico is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned case.

ENTERED this 31st day of Jan 2020

Alexandria, Virginia

/s/
Liam O'Grady
Judge for the Eastern District of Virginia
United States District Judge

1

/s/

Liam O'Grady
United States District Judge