UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SONY MUSIC ENTERTAINMENT, *et al.*,
        *Plaintiffs*,

v.

COX COMMUNICATIONS, INC, *et al.*,

        *Defendants*.

Civil No. 1:18-cv-950 (LO / JFA)

# [PROPOSED] ORDER

THIS COURT, having considered Cox's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, A New Trial Under Federal Rules of Civil Procedure 50(b) and 59(a) (ECF No. 681), HEREBY ORDERS that Cox's Motion is GRANTED and finds that Cox is entitled to Judgment as a Matter of Law on Plaintiffs' claims.

In the alternative, the Court hereby vacates the judgment and orders a new trial.

ENTERED this _____ day of _____, 2020.

Alexandria, Virginia

                                                          _____
                                                          The Honorable Liam O'Grady
                                                          United States District Judge
                                                           Eastern District of Virginia