UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC, *et al.*, <br><br> *Defendants*. | Civil No. 1:18-cv-950 (LO / JFA) |

**[PROPOSED] ORDER**

THIS COURT, having considered Cox's Motion for Remittitur, or in the Alternative, A New Trial Under Federal Rule of Civil Procedure 59(a) (ECF No. 683), HEREBY ORDERS that Cox's Motion for Remittitur is GRANTED and the damages award shall be reduced to: _____.

In the alternative, the Court hereby vacates the judgment and orders a new trial.

ENTERED this _____ day of _____, 2020.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia