# Exhibit C

# Lehr Trial Demonstrative 9



# Lehr Trial Demonstrative 10

# Cox vs. Plaintiffs (2014)

|  | COX | SONY MUSIC | Sony/ATV Music Publishing | UNIVERSAL MUSIC GROUP* | WARNER MUSIC GROUP* |
|---|---|---|---|---|---|
| **Revenue** | **$10.0 billion** | $1.1 billion | $625 million | $5.5 billion | $3.0 billion |
| **Net Profit** | **$4.3 billion** | $65 million | $174 million | $514 million | $130 million |
| Margin | 43.0% | 6.0% | 27.9% | 9.3% | 4.3% |

Average Margin: 8.6%

*Universal and Warner values represent <u>global</u> revenues and net profit

Source: PX-459, DX-250

10

# Lehr Trial Demonstrative 11

# Cox Residential Revenue and Profits (2014)



Business



| | Revenue | Net Profit | Margin |
|---|---|---|---|
| High Speed Internet | $2.8 billion | $1.7 billion | 59.8% |
| Video | $4.2 billion | $912 million | 21.5% |
| Voice | $1.1 billion | $570 million | 52.5% |
| Total | $8.2 billion | $3.2 billion | 38.9% |

Source: PX-459

11

# Lehr Trial Demonstrative 14

# Cox Value of Infringing Subscribers (Feb. 2013 – 2016)



|  | 1+ DMCA Tickets | 3+ DMCA Tickets | 5+ DMCA Tickets |
|---|---|---|---|
| Subscriber Count | 57,279 | 31,514 | 20,189 |
| Billing Charges | $307 million | $208 million | $164 million |

Sources: PX-19, PX-467-474, PX-479

14

# McCabe Trial Demonstrative 7

