# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### PLAINTIFFS' CONSENT MOTION TO FILE VOLUMINOUS EXHIBITS ON HARD-DRIVE

Plaintiffs respectfully move this Court for an order permitting them to file certain exhibits to their Oppositions to Cox's Motion for Judgment as a Matter of Law (ECF No. 681) and Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a) (ECF No. 683) on a hard-drive, rather than through the Court's Electronic Court Filing system ("ECF"). In support, Plaintiffs state as follows:

1) Plaintiffs intend to file their Oppositions to the Motions referenced above on or before February 28, 2020, including many large exhibits that exceed the file size that can be uploaded via ECF.

2) Because of the number of exhibits, and because certain exhibits are too large to file via ECF, it is more practical to file the exhibits with the Court on a hard-drive, rather than through the ECF system.

3) Defendants consent to Plaintiffs' request made herein.

For the reasons stated above, Plaintiffs ask this Court for entry of the attached order.

2

Dated February 25, 2020					Respectfully Submitted,

/s/ Scott A. Zebrak
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: 202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*