UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Consent Motion to File Voluminous Exhibits on Hard Drive, filed February __, 2020, it is hereby ORDERED that the motion is GRANTED.  Plaintiffs are permitted to file the exhibits to their Oppositions to Cox's Motion for Judgment as a Matter of Law (ECF No. 681) and Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a) (ECF No. 683) on a hard-drive, rather than through the Court's Electronic Court Filing system ("ECF").

It is so ORDERED this ____ day of February 2020.

_____
United States District Court Judge