UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., et al.,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

ORDER

Having considered Plaintiffs' Consent Motion to File Voluminous Exhibits on Hard Drive, filed February 25 2020, it is hereby ORDERED that the motion is GRANTED. Plaintiffs are permitted to file the exhibits to their Oppositions to Cox's Motion for Judgment as a Matter of Law (ECF No. 681) and Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a) (ECF No. 683) on a hard-drive, rather than through the Court's Electronic Court Filing system ("ECF").

It is so ORDERED this 26 day of February 2020.

/s/

Liam O'Grady
United States District Judge