

*Sony Music Entm't, et al., v. Cox Commc'ns, Inc. et al.,*
No. 1:18-cv-00950-LO-JFA
Exhibits Pursuant to ECF No. 696

Samsung Portable SSD

RECEIVED
FEB 28 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA