RECEIVED

2020 FEB 28  P 3:59

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

**O+Z** Oppenheim + Zebrak, LLP

Jeffrey M. Gould
4530 Wisconsin Avenue NW, 5th fl.
Washington, DC 20016
T: (202) 851-4526
Jeff@oandzlaw.com | www.oandzlaw.com

February 28, 2020

**VIA HAND DELIVERY**

Office of the Clerk
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

      Re: *Sony Music Entertainment, et al., v. Cox Communications, Inc., et al.,*
      Case No. 1:18-cv-00950-LO-JFA

Dear Clerk of Court:

    We represent Plaintiffs in the above-captioned matter.

    On February 26, 2020, the Court granted Plaintiffs' Consent Motion for Exemption from ECF Filing, and entered an Order (ECF No. 696) that Plaintiffs may file exhibits to their Oppositions to Defendants' Motion for Judgment as a Matter of Law (ECF No. 681) and Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a) (ECF No. 683) on a hard-drive, rather than through the Court's Electronic Court Filing system ("ECF").

    Pursuant to that Order, Plaintiffs hereby enclose an external hard drive containing exhibits for their Oppositions to the motions referenced above. Plaintiffs' corresponding Opposition briefs will be filed via ECF by 5 p.m. today.

    Thank you for your assistance with this matter. If you have any questions, I can be reached via the contact information above.

                             Sincerely,

                             /s/ Jeffrey M. Gould

Encls.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., et al., <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

ORDER

Having considered Plaintiffs' Consent Motion to File Voluminous Exhibits on Hard Drive, filed February 25 2020, it is hereby ORDERED that the motion is GRANTED. Plaintiffs are permitted to file the exhibits to their Oppositions to Cox's Motion for Judgment as a Matter of Law (ECF No. 681) and Motion for Remittitur or, in the Alternative, a New Trial under Federal Rule of Civil Procedure 59(a) (ECF No. 683) on a hard-drive, rather than through the Court's Electronic Court Filing system ("ECF").

It is so ORDERED this 26 day of February 2020.

/s/
Liam O'Grady
United States District Judge
United States District Court Judge