**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br>  Defendants. | Case No. 1:18-cv-00950-LO-JFA |

Pursuant to Court Order (ECF No. 696), Exhibit A to the foregoing, consisting of a compilation of trial exhibits, will be filed on a hard drive.