UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

NOTICE OF SUBMISSION

Plaintiffs hereby submit for filing a corrected version of Exhibit D to their Opposition to Defendants' Motion for New Trial (ECF No. 697-4) and Exhibit C to their Opposition to Defendants' Motion for Judgment as a Matter of Law (ECF No. 699-3). This filing supersedes and replaces the aforementioned Exhibits previously filed.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated February 28, 2020　　　　　　　　　/s/ Scott A. Zebrak
　　　　　　　　　　　　　　　　　　　　　Scott A. Zebrak (38729)
　　　　　　　　　　　　　　　　　　　　　Matthew J. Oppenheim (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Jeffrey M. Gould (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　OPPENHEIM + ZEBRAK, LLP
　　　　　　　　　　　　　　　　　　　　　4530 Wisconsin Avenue, NW, 5th Floor
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　　　　Tel: 202-480-2999
　　　　　　　　　　　　　　　　　　　　　scott@oandzlaw.com
　　　　　　　　　　　　　　　　　　　　　matt@oandzlaw.com
　　　　　　　　　　　　　　　　　　　　　jeff@oandzlaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*