# Exhibit D

# Beck Demonstrative

# Summary of DMCA Notices Sent to Cox and Cox's Responses

| | Date | Total Notices | Accepted Notices | Deleted Notices |
|---|---|---|---|---|
| **2013** | FEB | 158,332 | 71,726 | 86,606 |
| | MAR | 186,109 | 71,487 | 114,622 |
| | APR | 201,677 | 78,076 | 123,601 |
| | MAY | 230,099 | 120,111 | 109,988 |
| | JUN | 228,917 | 75,986 | 152,931 |
| | JUL | 240,363 | 94,517 | 145,846 |
| | AUG | 294,885 | 85,603 | 209,282 |
| | SEP | 238,930 | 72,568 | 166,362 |
| | OCT | 198,112 | 66,126 | 131,986 |
| | NOV | 187,374 | 65,703 | 121,671 |
| | DEC | 198,481 | 63,987 | 134,494 |
| **2014** | JAN | 276,635 | 90,238 | 186,397 |
| | FEB | 290,382 | 101,390 | 188,992 |
| | MAR | 354,991 | 119,793 | 235,198 |
| | APR | 373,770 | 109,441 | 264,329 |
| | MAY | 391,415 | 105,534 | 285,881 |
| | JUN | 389,119 | 122,549 | 266,570 |
| | JUL | 352,232 | 91,482 | 260,750 |
| | AUG | 398,265 | 112,187 | 286,078 |
| | SEP | 286,484 | 88,415 | 198,069 |
| | OCT | 113,095 | 101,738 | 11,357 |
| | NOV | 187,320 | 187,320 | 0 |
| **Total** | | **5,776,987** | **2,095,977** | **3,681,010** |
| | *Percentage of Total Notices* | | *36.28%* | *63.72%* |

PX-351, PX-353

1

# Summary of DMCA Notices Sent to Cox and Cox's Responses

| | Date | Total Notices | Accepted Notices | Deleted Notices | Warnings | Suspensions | Terminations |
|---|---|---|---|---|---|---|---|
| **2013** | FEB | 158,332 | 71,726 | 86,606 | 16,552 | 2,113 | 0 |
| | MAR | 186,109 | 71,487 | 114,622 | 17,466 | 2,329 | 0 |
| | APR | 201,677 | 78,076 | 123,601 | 19,187 | 2,741 | 0 |
| | MAY | 230,099 | 120,111 | 109,988 | 27,466 | 3,351 | 3 |
| | JUN | 228,917 | 75,986 | 152,931 | 21,119 | 3,027 | 1 |
| | JUL | 240,363 | 94,517 | 145,846 | 24,585 | 3,762 | 1 |
| | AUG | 294,885 | 85,603 | 209,282 | 23,836 | 3,674 | 0 |
| | SEP | 238,930 | 72,568 | 166,362 | 23,670 | 3,683 | 0 |
| | OCT | 198,112 | 66,126 | 131,986 | 22,071 | 3,541 | 0 |
| | NOV | 187,374 | 65,703 | 121,671 | 22,669 | 3,158 | 0 |
| | DEC | 198,481 | 63,987 | 134,494 | 22,581 | 3,188 | 0 |
| **2014** | JAN | 276,635 | 90,238 | 186,397 | 27,139 | 3,466 | 0 |
| | FEB | 290,382 | 101,390 | 188,992 | 27,382 | 3,533 | 1 |
| | MAR | 354,991 | 119,793 | 235,198 | 28,985 | 3,365 | 3 |
| | APR | 373,770 | 109,441 | 264,329 | 26,163 | 2,913 | 2 |
| | MAY | 391,415 | 105,534 | 285,881 | 26,713 | 2,914 | 0 |
| | JUN | 389,119 | 122,549 | 266,570 | 23,689 | 2,638 | 3 |
| | JUL | 352,232 | 91,482 | 260,750 | 24,404 | 2,801 | 1 |
| | AUG | 398,265 | 112,187 | 286,078 | 25,317 | 2,716 | 1 |
| | SEP | 286,484 | 88,415 | 198,069 | 23,660 | 2,650 | 1 |
| | OCT | 113,095 | 101,738 | 11,357 | 25,484 | 2,594 | 2 |
| | NOV | 187,320 | 187,320 | 0 | 41,640 | 3,734 | 1 |
| **Total** | | **5,776,987** | **2,095,977** | **3,681,010** | **541,778** | **67,891** | **20** |
| *Percentage of Total Notices* | | | *36.28%* | *63.72%* | *9.38%* | *1.18%* | *0.0003%* |

PX-351, PX-353

2



**Customer ID:
580070866401**

**Fraternity**



Business

Source: **PX-0019**

- Number of tickets:      **67 tickets**

- Number of warnings:    **48 warnings**

- Hard limit blocks:      **9 times**

- Suspensions:            **NONE**

3

# Lehr Demonstrative

# Sony Music Entertainment, *et al.,*

## v.

# Cox Communication, Inc., *et al.*

William Lehr Direct Testimony

# Summary of Conclusions

1. **Copyright infringement causes significant harms to copyright holders** – this includes P2P piracy of Plaintiffs' works by Cox subscribers

2. **Harm to copyright holders from piracy is impossible to quantify**

3. **Cox is highly profitable** and the infringing subscribers identified in Plaintiffs' notices **contribute significantly to Cox's profitability**

4. **Cox had a strong economic incentive to tolerate infringement** in order to retain subscribers and their substantial payments

2

# Piracy Harms the Copyright Holders

- Infringing downloads and uploads **displace legitimate sales**

- Piracy **negatively impacts pricing**

- Copyright holders incur **substantial enforcement costs**

- Piracy **deters future investments** and **reduces incentives to create**

3

# Impact of Infringement is Substantial

## Quantifying Global Transfers of Copyrighted Content using BitTorrent

between August 2010 and February 2011 and a new methodology, we find that for some content types, the number of copies transferred is an order of magnitude greater than the number sold through legal channels.  For example, we estimate that 10.7 songs were transferred using BitTorrent for every song sold, 3.6 movies were transferred using BitTorrent for every legal sale or rental of a DVD or Blu-ray, and

227 movies were transferred using BitTorrent for every paid download.  We also find that the vast majority of music and video content transferred using BitTorrent is copyrighted, as demonstrated both by the swarm metadata we observed, and the fact that only 0.55% of the transfers were of files indexed by websites that specialize in content that can be transferred legally.  Thus, we conclude that BitTorrent transfers result in hundreds of millions of copyright violations worldwide per day, and that copyright holders fail to realize significant revenues as a result. Movies are the type of content most supplied and

Source: PX-521; Mateus, Peha, "Quantifying Global Transfers of Copyrighted Content using BitTorrent," Sept. 2011. TPRC 2011.

4

# Sizing the Piracy Universe

Sizing the piracy universe

David Price
Director of Piracy Ana...
September 2013

were most popular with bittorrent downloaders. Also, with pornography excluded, ==only two identified torrent files out of 12,500 torrents analyzed offered non-infringing content==. None of the most popular 10,000 torrent files were found to offer non-infringing content.

content, just 0.015%. Thus out of all non-pornographic files located, ==99.97% of content was infringing==. If

NetNames  envisional

Source: PX-439; Price, 2013. "Sizing the Piracy Universe" at p.29-30.

5

# Impossible to Quantify Harm

- **No data on the scope of infringement** through viral P2P piracy

- **No data regarding the music purchasing** behavior of P2P users

- **No data to understand impact on Plaintiffs' pricing**

6



# Industry Economics & Cox's Revenues and Profits

7

# Cox Revenue and Profit from Residential and Business Customers



|  | 2013 | 2014 | TOTAL |
|---|---|---|---|
| **Revenue** | **$9.5 billion** | **$10.0 billion** | **$19.5 billion** |
| **Net Profit** | **$4.0 billion** | **$4.3 billion** | **$8.3 billion** |

Source: PX-459, DX-250

8



# Cox vs. Plaintiffs (2014)

| | COX | SONY MUSIC | Sony/ATV MUSIC PUBLISHING | UNIVERSAL MUSIC GROUP * | WARNER MUSIC GROUP * |
|---|---|---|---|---|---|
| **Revenue** | **$10.0 billion** | $1.1 billion | $625 million | $5.5 billion | $3.0 billion |
| **Net Profit** | **$4.3 billion** | $65 million | $174 million | $514 million | $130 million |
| Margin | 43.0% | 6.0% | 27.9% | 9.3% | 4.3% |

**Average Margin: 8.6%**

*Universal and Warner values represent _global_ revenues and net profit*

Source: PX-459, DX-250

10

# Cox Residential Revenue and Profits (2014)

Business  5%  **95% Residential**

**COX**

|  | Revenue | Net Profit | Margin |
|---|---|---|---|
| **High Speed Internet** | **$2.8 billion** | **$1.7 billion** | **59.8%** |
| **Video** | **$4.2 billion** | **$912 million** | **21.5%** |
| **Voice** | **$1.1 billion** | **$570 million** | **52.5%** |
| *Total* | *$8.2 billion* | *$3.2 billion* | *38.9%* |

Source: PX-459

11



# Cox Benefited from Infringement on Its Network

12

# Cox Benefited from Infringement on Its Network

1. Cox billed subscribers identified in Plaintiffs' infringement notices approximately **$307 million** from Feb. 2013 – 2016

2. Repeat infringers **paid Cox more for internet service**, on average, and likely purchased more expensive internet plans

3. Cox **saved costs by not addressing copyright infringement** on its network

4. Cox **maintained a larger subscriber base**

13

# Cox Value of Infringing Subscribers (Feb. 2013 – 2016)



| | 1+ DMCA Tickets | 3+ DMCA Tickets | 5+ DMCA Tickets |
|---|---|---|---|
| Subscriber Count | 57,279 | 31,514 | 20,189 |
| Billing Charges | $307 million | $208 million | $164 million |

Sources: PX-19, PX-467-474, PX-479

14

# Cox's Motive at Termination Review

**From:** Sikes, Joseph (CCI-Atlanta)
**Sent:** Thursday, March 27, 2014 4:24 PM
**To:** HRD-TOC (CCI-Hampton Roads); CCI - Abuse Corporate
**Subject:** RE: Request for Termination - CATS Ticket 18640545

This Customer pays us over $400/month and if we terminate their internet service, they will likely cancel the rest of their services.

PX-342

(06:52:06 PM) **G Chaos L2:** what is soft term ?
(06:52:53 PM) **joesikesatl:** basically, a suspension that is called a termination with the likelihood of reactivation
(06:53:14 PM) **joesikesatl:** for DMCA - we don't want to loose the revenue

*          *          *

(07:00:13 PM) **joesikesatl:** this is a relatively new process that we've been doing for the past year, again, to retain revenue

PX-303

15





# Cox Monthly Billing for Residential Subscriber with 101 Tickets

Total Billing (Feb. 1, 2013 – 2016):
## $8,594

**Customer ID: 580702666207**

Sources: PX-19, PX-467-474, PX-479

17





# Cox Monthly Billing for College Fraternity with 67 Tickets

Total Billing (Feb. 1, 2013 – 2016):
## $12,525

**Customer ID: 70866401**

Sources: PX-19, PX-467-474, PX-479

19



**Repeat Infringers Are Particularly Valuable to Cox**

20

# Repeat Infringers Are Particularly Valuable to Cox

- **Cox charges higher prices** for faster internet speed and more bandwidth

- **P2P consumes more bandwidth** than most activities and is primarily used for infringement

- **P2P usage was a key driver of Cox's bandwidth demand**

- **Repeat infringers paid Cox more** for internet service, on average, than other subscribers

21

# Cox High Speed Internet Data Usage Assessment

- **P2P is the most bandwidth intensive category.** P2P households (13% of all broadband households) on average use 82 GB/mo, accounting for 21% of all internet traffic.



### Monthly Household Usage Compared to Cox Service Tiers

Comparing the low, medium, and high household usage against Cox's current tier allowances shows that the low and medium tiers will continue to fall within their expected bandwidth; however the high bandwidth tier pushes the limits of accepted data usage due to high live TV and P2P activity.

Sources: PX-212

22





# Costs Saved By Not Addressing Infringement

24



**Cox Maintained A Larger Subscriber Base**

# Cox Terminations (2013-2014)

| Copyright Infringement | Non-Payment |
|:---:|:---:|

**Terminations:**
**32**

**Terminations:**
**619,711**

**Residential** 
32

 **Business**
0

**Residential** 
597,796

 **Business**
21,915

26

# Summary of Conclusions

1. **Copyright infringement causes significant harms to copyright holders**

2. **Cox is highly profitable and had a strong economic incentive to tolerate infringement**

# Marks Demonstrative



