# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### **PLAINTIFFS' MOTION TO REMOVE ECF NOS. 697-4 and 699-3 FROM THE DOCKET**

Plaintiffs respectfully submit this Motion to Remove from the docket ECF Nos. 697-4 (Exhibit D to Plaintiffs' Memorandum in Opposition to Cox's Motion for Remittitur or New Trial) and 699-3 (Exhibit C to Plaintiffs' Memorandum in Opposition to Cox's Renewed Motion for Judgment as a Matter of Law or New Trial).  Plaintiffs' memoranda and the supporting exhibits were filed on the docket Friday, February 28.  Shortly after filing, Plaintiffs discovered that the indicated exhibits inadvertently included draft demonstrative slides that were never disclosed to defendants or otherwise used at trial.  The corrected Exhibits, containing the public version of those demonstratives, were filed on the docket shortly thereafter on the same date.  *See* ECF No. 700-1 (corrected ECF No. 697-4), ECF No. 700-2 (corrected ECF No. 699-3).  Plaintiffs respectfully request that the Court grant this motion and order that the clerk remove ECF Nos. 697-4 and 699-3 from the public docket.

2

        Respectfully submitted,

Dated March 2, 2020

*/s/ Scott. A Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
scott@oandzlaw.com
matt@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs and the Recording Industry Association of America*