# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>　　Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion to Remove ECF Nos. 697-4 (Exhibit D to Plaintiffs' Memorandum in Opposition to Cox's Motion for Remittitur or New Trial) and 699-3 (Exhibit C to Plaintiffs' Memorandum in Opposition to Cox's Renewed Motion for Judgment as a Matter of Law or New Trial) from the public docket, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED and the Clerk of Court is ordered to remove the documents filed at ECF Nos. 697-4 and 699-3 from the public docket.

ENTERED this ___ day of _____ 2020

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　Judge for the Eastern District of Virginia