UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

Defendants.

Case No. 1:18-cv-00950-LO-JFA

[~~PROPOSED~~] ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Remove ECF Nos. 697-4 (Exhibit D to Plaintiffs' Memorandum in Opposition to Cox's Motion for Remittitur or New Trial) and 699-3 (Exhibit C to Plaintiffs' Memorandum in Opposition to Cox's Renewed Motion for Judgment as a Matter of Law or New Trial) from the public docket, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED and the Clerk of Court is ordered to remove the documents filed at ECF Nos. 697-4 and 699-3 from the public docket.

ENTERED this 3rd day of MARCH 2020

Alexandria, Virginia

/s/
John F. Anderson
~~United States Magistrate Judge~~
Judge for the Eastern District of Virginia