# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC. AND COXCOM, LLC. <br><br> Defendants. | Case No. 1:18-CV-950-LO-JFA <br><br> **PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs submit this Amended Corporate Disclosure Statement to provide the following information for the Plaintiffs identified below:

Plaintiffs Atlantic Recording Corporation, Elektra Entertainment Group Inc., Fueled By Ramen LLC, Nonesuch Records Inc., Roadrunner Records, Inc., Warner Bros. Records Inc., Warner Chappell Music, Inc., Warner-Tamerlane Publishing Corp., WB Music Corp., W.C.M. Music Corp., Unichappell Music Inc., Rightsong Music Inc., Cotillion Music, Inc., and Intersong U.S.A., Inc. are wholly-owned indirect subsidiaries of Warner Music Group Corp., which is a publicly traded company with more than ten percent of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

Plaintiff Bad Boy Records LLC is a joint venture in which BB Investments LLC, an indirectly wholly-owned subsidiary of Warner Music Group Corp., holds a 50% interest. Bad Boy Records, which is not a publicly traded company, holds the remaining 50% interest in Bad Boy Records LLC.

The remaining Plaintiffs disclosure remains unchanged.

2

Dated: July 1, 2020

Respectfully submitted,

*/s/ Scott Zebrak*
Scott A. Zebrak (38729)
Matthew J. Oppenheim (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th fl.
Washington, DC 20016
Tel: 202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*