UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA <br><br> (Hearing and Oral Argument Waived) |

**DEFENDANTS' MOTION TO SUBMIT EXHIBITS TO COX'S POST-TRIAL RESPONSE BRIEF REGARDING DERIVATIVE WORKS ON A HARD DRIVE RATHER THAN BY ECF**

PURSUANT to Rule 5(d)(2)(A) of the Federal Rules of Civil Procedure, Defendants Cox Communications, Inc. and CoxCom, LLC (collectively, "Cox"), respectfully move this Court for an order allowing Cox to file the exhibits to its Post-Trial Response Brief Regarding Derivative Works on a hard drive, rather than by ECF. In support, Cox states as follows:

1. This case has been designated for electronic case filing ("ECF"). Subject to "reasonable exceptions," all pleadings, motions, and papers in an ECF case must be filed by electronic means. Fed. R. Civ. P. 5(d)(3).

2. Cox intends to file its Post-Trial Response Brief Regarding Derivative Works on or before August 3, 2020 and seeks to file numerous exhibits in support thereof.

3. Because of the number of exhibits, it is more practical to file the exhibits with the Court on a hard drive, rather than through the ECF system.

4. Thus, Cox seeks leave to file the exhibits to Post-Trial Response Brief Regarding Derivative Works on a hard-drive, which will be delivered directly to the Clerk for filing.

1

5.	Under the Rules, the Clerk "must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice." Fed. R. Civ. P. 5(d)(4). Cox seeks an order allowing the Clerk to accept the hard-drive for filing with the judicial record in this case.

6.	Plaintiffs consent to Cox's request made herein.

7.	A proposed order allowing this relief is submitted herewith.

For the reasons stated above, Cox asks this Court for entry of the attached order.

Dated: July 29, 2020

Respectfully submitted,

*s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Sean R. Anderson (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sranderson@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

4

## CERTIFICATE OF SERVICE

I certify that on July 29, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notifications to ECF participants.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
1700 K Street, NW
Washington, DC 20006-3817
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*
