UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

     *Plaintiffs*,

     v.

COX COMMUNICATIONS, INC., *et al.*,

     *Defendants*.

Case No. 1:18-cv-00950-LO-JFA

### ORDER

Having considered Defendants' Motion to Submit Exhibits to Cox's Post-Trial Response Brief Regarding Derivative Works on a Hard Drive Rather Than by ECF to the Clerk of the Court, ECF No. 709, it is hereby ORDERED that the motion is GRANTED. Defendants are permitted to file the exhibits to their Post-Trial Response Brief Regarding Derivative Works on a hard drive, rather than through the Court's ECF system.

It is so ORDERED this 29 day of July 2020.

_____
Hon. Liam O'Grady
United States District Judge