# Schedule 2

| Cox Submission Ex. No. | PX-01 # | PX-02 # | Artist | Track | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Basis to Prove Not Derivaitve |
|---|---|---|---|---|---|---|---|---|---|
| ND Ex. 1 | 2639 | 194 | Santana | All I Ever Wanted | SR0000013645 | PX-1270 (RC) PX-6693 (PC) | PA0001131835 | PX-678 (RC) PX-4768 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 2 | 1543 | 1402 | Frank Sinatra & Celine Dion | All The Way | SR0000311601 | PX-1555 (RC) PX-7143 (PC) | PA0001933959 | PX-3004 (RC) PX-6490 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 3 | 3942 | 1572 | Ellie Goulding | Animal | SR0000752677 | PX-2082 (RC) PX-7971 (PC) | PA0000669752 | PX-2993 (RC) PX-4264 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001786670) |
| ND Ex. 4 | 3413 | 1583 | Lady Antebellum | Better Man | SR0000724696 | PX-1877 (RC) PX-7856 (PC) | PA0000663649 | PX-2509 (RC) PX-4254 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001864843) |
| ND Ex. 5 | 5137 | 3121 | Rick Ross | Billionaire | SR0000642144 | PX-1972 (RC) PX-7549 (PC) | PA0001740847 PA0001714525 | PX-5620 (PC) PX-961 (RC) PX-5453 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 6 | 2617 | 500 | Raphael Saadiq | Calling | SR0000619872 | PX-1658 (RC) PX-7452 (PC) | PA0001832167 | PX-6134 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 7 | 4295 | 1274 | Gotye | Easy Way Out | SR0000692982 | PX-2048 (RC) PX-7698 (PC) | PA0001015787 | PX-3213 (RC) PX-4536 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001839611) |
| ND Ex. 8 | 253 | 2610 | Jazmine Sullivan | Fear | SR0000618093 | PX-1656 (RC) PX-7442 (PC) | PA0001000622 | PX-3505 (RC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001897132) |
| ND Ex. 9 | 2067 | 897 | Lacuna Coil | Fire | SR0000700777 | PX-7731 (PC) | PA0001896434 | PX-6403 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 10 | 2604 | 2415 | R. Kelly | Genius | SR0000737850 | PX-1808 (RC) PX-7920 (PC) | PA0001204546 | PX-8196 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001933960) |
| ND Ex. 11 | 2797 | 1083 | Teddy Pendergrass | Girl You Know | SR0000019849 | PX-1276 (RC) PX-6703 (PC) | PA0001395613 | PX-3022 (RC) PX-5059 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 12 | 2344 | 2147 | Montgomery Gentry | Hell Yeah | SR0000314295 | PX-1557 (RC) PX-7148 (PC) | PA0001648815 | PX-5259 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 13 | 3741 | 1643 | Billy Currington | Hey Girl | SR0000772290 | n/a | PA0001295883 | PX-3129 (RC) PX-4961 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001884876) |
| ND Ex. 14 | 3130 | 2150 | Chris Brown | Hold Up | SR0000630132 | PX-1673 (RC) PX-7503 (PC) | PA0001741949 | PX-3848 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 15 | 1192 | 1668 | Céline Dion | Immortality | SR0000248109 | PX-1446 (RC) PX-7023 (PC) | PA0000663651 | PX-2510 (RC) PX-4255 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001013704) |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition

*Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.)

1

| Cox Submission Ex. No. | PX-01 # | PX-02 # | Artist | Track | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Basis to Prove Not Derivaitve |
|---|---|---|---|---|---|---|---|---|---|
| ND Ex. 16 | 6648 | 2183 | My Chemical Romance | Interlude | SR0000360197 | PX-3392 (RC) PX-7257 (PC) | PA0001807226 | PX-3865 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 17 | 642 | 243 | Usher | Intro | SR0000620940 | PX-1662 (RC) PX-7466 (PC) | PA0001159659 | PX-731 (RC) PX-4860 (PC) | Certificates reference separate albums by the same artist |
| ND Ex. 18 | 2225 | 1108 | MGMT | Kids | SR0000670166 | PX-1696 (RC) PX-7624 (PC) | PA0001773582 | PX-5789 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 19 | 4578 | 1304 | Kanye West | Last Call | SR0000347391 | PX-7228 (PC) | PA0000874060 | PX-2786 (RC) PX-4406 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001223562) |
| ND Ex. 20 | 1667 | 2203 | Heatwave | Lay It On Me | SR0000000875 | PX-8410 (PC) PX-8411 (PC) | PAu002607508 PA0001114110 | PX-6610 (PC) PX-4734 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 21 | 6083 | 1463 | The Cars | Let's Go | SR0000010639 | PX-3471 (RC) PX-6683 (PC) | PA0001825022 | PX-6109 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 22 | 1004 | 721 | Brandy | Long Distance | SR0000622255 | PX-1665 (RC) PX-7474 (PC) | PA0001821287 | PX-6073 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 23 | 241 | 2233 | Hurricane Chris featuring Nicole Wray | Momma | SR0000620403 | PX-7463 (PC) | PA0001648755 | PX-4075 (RC) | |
| ND Ex. 24 | 5534 | 1126 | Christina Perri | my eyes (Bonus Track) | SR0000705202 | PX-3412 (RC) PX-7759 (PC) | PA0001915209 | PX-6454 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 25 | 5584 | 1987 | Gnarls Barkley | Necromancer | SR0000398345 | PX-3293 (RC) PX-7361 (PC) | Eu0000236563 | n/a | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001338252) |
| ND Ex. 26 | 965 | 2243 | Brad Paisley | No | SR0000639650 | PX-1677 (RC) PX-7535 (PC) | PA0001628202 | PX-4085 (RC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001644220) |
| ND Ex. 27 | 2524 | 2784 | Pearl Jam | Oceans | SR0000137787 | PX-1391 (RC) PX-6908 (PC) | PA0001858843 | PX-3782 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 28 | 5316 | 2251 | The Black Eyed Peas | Own It | SR0000670148 | PX-2011 (RC) PX-7623 (PC) | PA0001891427 | PX-3675 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 29 | 1023 | 783 | Brandy featuring Chris Brown | Put It Down | SR0000710136 | PX-1739 (RC) PX-7785 (PC) | PA0001787201 | PX-5882 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001852894) |
| ND Ex. 30 | 5084 | 807 | Papa Roach | Scars | SR0000661588 | PX-1961 (RC) PX-7596 (PC) | PA0001708950 | PX-956 (RC) PX-5447 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition

Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al., 1:18-cv-00950-LO-JFA (E.D. Va.)

2

| Cox Submission Ex. No. | PX-01 # | PX-02 # | Artist | Track | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Basis to Prove Not Derivaitve |
|---|---|---|---|---|---|---|---|---|---|
| ND Ex. 31 | 4159 | 940 | Feist | Secret Heart | SR0000374394 | PX-2385 (RC) PX-7296 (PC) | PA0000807140 | PX-3125 (PC) PX-4355 (PC) | |
| ND Ex. 32 | 1335 | 134 | Darren Hayes of Savage Garden | So Beautiful | SR0000386428 | PX-1618 (RC) PX-7329 (PC) | PA0001624586 | PX-849 (RC) PX-5157 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 33 | 5873 | 1365 | Shinedown | Son Of Sam | SR0000673788 | PX-3456 (RC) PX-7644 (PC) | PA0001015779 | PX-3202 (RC) PX-4529 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001686770) |
| ND Ex. 34 | 6071 | 3235 | Nada Surf | The Plan | SR0000225933 | PX-7000 (PC) PX-3436 (RC) | PA0001874363 PA0001913727 | PX-1190 (RC) PX-6323 (PC) PX-6445 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 35 | 1465 | 1920 | Fabulous Thunderbirds | True Love | SR0000076616 | PX-1360 (RC) PX-6844 (PC) | PA0001817461 | PX-2992 (RC) PX-6052 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 36 | 227 | 1971 | Heather Headley | Wait A Minute | SR0000382683 | PX-7318 (PC) PX-1611 (RC) | PA0001697038 | PX-3703 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 37 | 5003 | 1777 | Meat Loaf | What About Love | SR0000407287 | PX-2180 (RC) PX-7389 (PC) | PA0000265040 | PX-4191 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001166348) |
| ND Ex. 38 | 4447 | 1782 | Jessie J | Who You Are | SR0000674861 | PX-7651 (PC) PX-2311 (RC) | PAu002141251 | PX-6606 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001781112) |
| ND Ex. 39 | 1747 | 1784 | Incubus | Wish You Were Here | PA0001065849 | PX-4621 (PC) PX-1469 (RC) | PA0001785767 | PX-5870 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001038508_1 & PA0001038508_2) |
| ND Ex. 40 | 4651 | 2991 | Keyshia Cole | Work It Out | SR0000615233 | PX-1869 (RC) PX-7423 (PC) | PA0001073475 | PX-4665 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001396034) |
| ND Ex. 41 | 6059 | 3064 | Keith Sweat | Make It Last Forever | SR0000086761 | PX-3310 (RC) PX-6860 (PC) | PA0001375846 PA0001166656 | PX-777 (RC) PX-5052 (PC) PX-8284 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 42 | 3367 | 97 | Katy Perry | Mannequin | SR0000638214 | PX-2184 (RC) PX-7531 (PC) | PA0001888782 | PX-6369 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 43 | 238 | 2048 | Hurricane Chris featuring Big Poppa of Ratchet City & Bigg Redd | Bang | SR0000620403 | PX-7463 (PC) | PA0001739089 | PX-4052 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 44 | 2536 | 2839 | Pearl Jam | Release | SR0000137787 | PX-1391 (RC) PX-6908 (PC) | PA0001761877 | PX-4019 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 45 | 2655 | 746 | Santana | Mirage | RE0000872000 | PX-1498 (RC) PX-6629 (PC) | PA0001896025 | PX-1198 (RC) PX-6393 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition

*Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.)

3

Schedule 2 - Non-Derivative Works with Unique Track Names

| Cox Submission Ex. No. | PX-01 # | PX-02 # | Artist | Track | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Basis to Prove Not Derivaitve |
|---|---|---|---|---|---|---|---|---|---|
| ND Ex. 46 | 3519 | 2140 | 2Pac | Hail Mary | SR0000628433 | PX-2127 (RC) PX-7495 (PC) | PA0001865861 | PX-4033 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 47 | 3788 | 3217 | Blue October | Let It Go | SR0000388117 | PX-2116 (RC) PX-7336 (PC) | PA0001951623 PA0001874344 | PX-6516 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 48 | 4099 | 2022 | Eminem | When I'm Gone | SR0000382840 | PX-2375 (RC) PX-7319 (PC) | PA0001644615 | PX-5234 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 49 | 4397 | 2861 | Jack Johnson | Same Girl | SR0000653690 | PX-2308 (RC) PX-7574 (PC) | PAu003411255 | PX-3958 (RC) PX-8477 (PC) | A separate musical composition registration certificate demonstrates that the sound recording in suit is not derivative of the musical composition in suit with the same title (see PA0001705832) |
| ND Ex. 50 | 5533 | 2743 | Christina Perri | mine | SR0000704080 | PX-3411 (RC) PX-7743 (PC) | PA0001918125 | PX-3594 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 51 | 5612 | 1868 | Hootie & The Blowfish | I Will Wait | SR0000246482 | PX-3425 (RC) PX-7019 (PC) | PA0001818830 | PX-2973 (RC) PX-6065 (PC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |
| ND Ex. 52 | 5670 | 2477 | Kid Rock | Amen | SR0000622796 | PX-3332 (RC) PX-7477 (PC) | PA0001842305 | PX-3907 (RC) | The date of first publication listed on the sound recording registration significantly pre-dates the date of first publication listed on the music composition certificate |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition