# Schedule 3

Schedule 3 - Derivative Works with Non-Unique Track Names

| Cox Submission Ex. No. | Track | Artist | PX-01 # | PX-02 # | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Link | Multiple Works Asserted as Part of Compilation |
|---|---|---|---|---|---|---|---|---|---|---|
| Ex. 2221 | Angel | Dave Matthews Band | 141 | 904 | SR0000300313 | PX-1541 (RC) PX-7115 (PC) | PA0001046461 | PX-4591 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2222 | Angel | Aerosmith | 3575 | 959 | SR0000085369 | PX-2216 (RC) PX-6858 (PC) | PA0000342822 | PX-2480 (PC) PX-4204 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2223 | Beautiful | Carly Rae Jepsen | 3824 | 11 | SR0000738473 | PX-2146 (RC) PX-7924 (PC) | PA0001850260 | PX-6215 (PC) | Same artist identified on both certificates | X |
| Ex. 2224 | Beautiful | Faith Hill | 6409 | 1248 | SR0000321377 | PX-3358 (RC) PX-7165 (PC) | PA0001073465 | PX-3127 (RC) PX-4664 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2225 | Blind | Trey Songz | 5912 | 3138 | SR0000671697 | PX-3298 (RC) PX-7631 (PC) | PA0001771887 PA0001728367 | PX-5492 (PC) PX-5776 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2226 | Blind | Jason Derulo | 6528 | 642 | SR0000685175 | PX-3380 (RC) PX-7683 (PC) | PA0001813213 | PX-6022 (PC) | Same artist identified on both certificates | X |
| Ex. 2227 | Breathe | Paula DeAnda | 472 | 2065 | SR0000393631 | PX-1624 (RC) PX-7347 (PC) | PA0001349255 | PX-5030 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2228 | Breathe | Faith Hill | 6412 | 965 | SR0000276629 | PX-7075 (PC) | PA0000999862 | PX-3128 (PC) PX-4509 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2229 | Burn It Down | Avenged Sevenfold | 6242 | 210 | SR0000374368 | PX-3337 (RC) PX-7293 (PC) | PA0001162008 | PX-757 (RC) PX-4934 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2230 | BURN IT DOWN | Linkin Park | 6546 | 1411 | SR0000708311 | PX-3386 (RC) PX-7770 (PC) | PA0001805742 | PX-2906 (RC) PX-5938 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2231 | Camouflage | Brad Paisley | 959 | 211 | SR0000680360 | PX-1710 (RC) PX-7669 (PC) | PA0001743344 | PX-1008 (RC) PX-5640 (PC) | Same artist identified on both certificates | X |
| Ex. 2232 | Camouflage | Brandy | 997 | 2071 | SR0000622255 | PX-1665 (RC) PX-7474 (PC) | PA0002001267 | PX-6579 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2233 | Changes | 2Pac | 3512 | 1053 | SR0000246223 | PX-2404 (RC) PX-7018 (PC) | PA0001070591 | PX-3055 (RC) PX-4631 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2234 | Changes | Common | 3871 | 316 | SR0000619987 | PX-2125 (RC) PX-7455 (PC) | PA0001731492 | PX-980 (RC) PX-5539 (PC) | Same date of first publication on both certificates | X |
| Ex. 2235 | Cold | Matchbox Twenty | 5731 | 317 | SR0000345857 | PX-7223 (PC) | PA0001104580 | PX-661 (RC) PX-4712 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2236 | Cold | Maxwell | 2205 | 366 | SR0000639738 | PX-1678 (RC) PX-7536 (PC) | PA0001707770 | PX-953 (RC) PX-5443 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2237 | Cool | Anthony Hamilton featuring David Banner | 420 | 504 | PA0001640157 | PX-1487 (RC) PX-5194 (PC) | PA0001627481 | PX-5180 (PC) | Same artist identified on both certificates |  |
| Ex. 2238 | Cool | Gwen Stefani | 4308 | 395 | SR0000364759 | PX-2341 (RC) PX-7272 (PC) | PA0001160425 | PX-738 (RC) PX-4902 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2239 | Crazy World | Boys Like Girls | 924 | 24 | SR0000731314 | PX-1793 (RC) PX-7890 (PC) | PA0001831285 | PX-1155 (RC) PX-6128 (PC) | Same date of first publication on both certificates | X |
| Ex. 2240 | Crazy World | Young Jeezy | 5421 | 505 | SR0000616586 | PX-2339 (RC) PX-7430 (PC) | PA0001640764 | PX-866 (RC) PX-5202 (PC) | Same artist identified on both certificates | X |
| Ex. 2241 | Devour | Disturbed | 6356 | 2575 | SR0000316958 | PX-3348 (RC) PX-7156 (PC) | PA0001111236 | PX-3511 (RC) PX-3558 (RC) PX-3559 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2242 | Drive | Miley Cyrus | 2263 | 3015 | SR0000735242 | PX-1803 (RC) PX-7907 (PC) | PA0001870025 | PX-3909 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2243 | Drive | Carly Rae Jepsen | 3826 | 400 | SR0000738473 | PX-2146 (RC) PX-7924 (PC) | PA0001816534 | PX-6047 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2244 | Easy | Paula DeAnda | 474 | 2109 | SR0000393631 | PX-1624 (RC) PX-7347 (PC) | PA0001349254 | PX-3965 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2245 | Easy | Fuel | 1551 | 975 | SR0000269920 | PX-1512 (RC) PX-7062 (PC) | PA0001025287 | PX-3115 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2246 | Everything | Young Jeezy | 5424 | 2601 | SR0000616586 | PX-2339 (RC) PX-7430 (PC) | PA0001640776 | PX-875 (RC) | Same artist and date of first publication on both certificates | X |
| Ex. 2247 | Everything | Michael Bublé | 6615 | 1074 | SR0000406982 | PX-3391 (RC) PX-7386 (PC) | PA0001600375 | PX-2959 (RC) PX-5118 (PC) | Same artist and album identified on both certificates |  |
| Ex. 2248 | Fall | Brandy | 1000 | 42 | SR0000622255 | PX-1665 (RC) PX-7474 (PC) | PA0001920169 | PX-6471 (PC) | Same artist and album identified on both certificates | X |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition

*Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.)

1

Schedule 3 - Derivative Works with Non-Unique Track Names

| Cox Submission Ex. No. | Track | Artist | PX-01 # | PX-02 # | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Link | Multiple Works Asserted as Part of Compilation |
|---|---|---|---|---|---|---|---|---|---|---|
| Ex. 2249 | Fall | Justin Bieber | 4519 | 2608 | SR0000710074 | PX-2204 (RC) PX-7784 (PC) | PA0001884084 | PX-6356 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2250 | Fallen | Imagine Dragons | 4362 | 1076 | SR0000706680 | PX-2053 (RC) PX-7765 (PC) | PA0001840137 | PX-2870 (RC) PX-6167 (PC) | Same artist and date of first publication on both certificates | X |
| Ex. 2251 | Fallen | Jason Derulo | 6530 | 356 | SR0000685175 | PX-3380 (RC) PX-7683 (PC) | PA0001712987 | PX-5452 (PC) | Same artist identified on both certificates | X |
| Ex. 2252 | Have Some Fun | Pitbull feat. The Wanted & Afrojack | 2582 | 1636 | SR0000714643 | PX-1745 (RC) PX-7799 (PC) | PA0001858598 | PX-3002 (RC) PX-6264 (PC) | Same artist identified on both certificates | X |
| Ex. 2253 | Have Some Fun | Avant | 3663 | 310 | SR0000339561 | PX-2110 (RC) PX-7203 (PC) | PA0001158407 | PX-698 (RC) PX-4806 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2254 | Heart Attack | Trey Songz | 5923 | 2145 | SR0000715080 | PX-3296 (RC) PX-7805 (PC) | PA0001931588 | PX-4039 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2255 | Heart Attack | Raphael Saadiq | 2621 | 981 | SR0000677734 | PX-1706 (RC) PX-7655 (PC) | PA0001752511 | PX-3006 (RC) PX-5697 (PC) | Same artist identified on both certificates | X |
| Ex. 2256 | Heaven | Los Lonely Boys | 2109 | 408 | SR0000352465 | PX-1587 (RC) PX-7238 (PC) | PA0001159600 | PX-720 (RC) PX-4849 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2257 | Heaven | Avant | 3664 | 407 | SR0000339561 | PX-2110 (RC) PX-7203 (PC) | PA0001158408 | PX-4807 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2258 | Hell | Foo Fighters | 1491 | 1092 | SR0000377762 | PX-1609 (RC) PX-7304 (PC) | PA0001731003 | PX-2836 (RC) PX-5528 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2259 | Hell | Disturbed | 6367 | 2655 | SR0000695381 | PX-3352 (RC) PX-7702 (PC) | PA0001310671 | PX-3513 (RC) | Same artist identified on both certificates | X |
| Ex. 2260 | Hello | Kelly Clarkson | 1990 | 2656 | SR0000693113 | PX-1717 (RC) PX-8462 (PC) PX-8463 (PC) | PA0001789865 | PX-5900 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2261 | Hello | Eminem | 4033 | 409 | SR0000633152 | PX-2378 (RC) PX-7513 (PC) | PA0001706431 | PX-5423 (PC) | Same date of first publication on both certificates | X |
| Ex. 2262 | Hollywood | Nickelback | 6179 | 2151 | SR0000330446 | PX-8003 (PC) | PA0001103822 | PX-3926 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2263 | Hollywood | Los Lonely Boys | 2110 | 411 | SR0000352465 | PX-1587 (RC) PX-7238 (PC) | PA0001159603 | PX-723 (RC) PX-4852 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2264 | Hollywood | The Cranberries | 5327 | 1961 | SR0000217619 | PX-2013 (RC) PX-2271 (RC) PX-6987 (PC) | PA0000791574 | PX-2530 (RC) PX-4342 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2265 | Home | Daughtry | 1341 | 1288 | SR0000399960 | PX-1636 (RC) PX-7367 (PC) | PA0001166372 | PX-3272 (RC) PX-8279 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2266 | Home | Foo Fighters | 1493 | 1095 | SR0000617325 | PX-1655 (RC) PX-7436 (PC) | PA0001625349 | PX-2837 (RC) PX-5168 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2267 | Honestly | Hot Chelle Rae | 1679 | 3212 | SR0000412466 | PX-8434 (PC) PX-8435 (PC) | PA0001856126 PA0001803614 | PX-6246 (PC) PX-5928 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2268 | Honestly | Kelly Clarkson | 1991 | 518 | SR0000693113 | PX-1717 (RC) PX-8462 (PC) PX-8463 (PC) | PA0001972855 | PX-6538 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2269 | I Want You | Faith Hill | 6423 | 1660 | SR0000374377 | PX-3359 (RC) PX-7294 (PC) | PA0001302581 | PX-3192 (RC) PX-4989 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2270 | Innocence | Avril Lavigne | 71 | 242 | SR0000609671 | PX-1648 (RC) PX-7394 (PC) | PA0001167508 | PX-785 (RC) PX-8219 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2271 | Innocence | Hootie & The Blowfish | 5613 | 77 | SR0000334892 | PX-3427 (RC) PX-7197 (PC) | PA0001194022 | PX-613 (RC) PX-8205 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2272 | Intro | Wiz Khalifa | 5967 | 888 | SR0000715951 | PX-3297 (RC) PX-7809 (PC) | PA0001874326 | PX-1183 (RC) PX-6315 (PC) | Same artist identified on both certificates | X |
| Ex. 2273 | Intro | Big Sean | 3724 | 1103 | SR0000678630 | PX-2134 (RC) PX-7661 (PC) | PA0001780742 | PX-5846 (PC) | Same artist identified on both certificates | X |
| Ex. 2274 | Judas | Cage The Elephant | 1114 | 708 | SR0000631003 | PX-1674 (RC) PX-7507 (PC) | PA0001794291 | PX-1093 (RC) PX-5914 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2275 | Judas | Lady Gaga | 4720 | 709 | SR0000678406 | PX-1887 (RC) PX-7657 (PC) | PA0001752321 | PX-1237 (RC) PX-5693 (PC) | Same artist identified on both certificates | X |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition

Schedule 3 - Derivative Works with Non-Unique Track Names

| Cox Submission Ex. No. | Track | Artist | PX-01 # | PX-02 # | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Link | Multiple Works Asserted as Part of Compilation |
|---|---|---|---|---|---|---|---|---|---|---|
| Ex. 2276 | Let It Die | Foo Fighters | 1496 | 1112 | SR0000617325 | PX-1655 (RC) PX-7436 (PC) | PA0001625293 | PX-2839 (RC) PX-5160 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2277 | Let It Die | Feist | 4151 | 1819 | SR0000374394 | PX-2385 (RC) PX-7296 (PC) | PA0001166700 | PX-3124 (RC) PX-8286 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2278 | M.I.A. | Foo Fighters | 1499 | 1680 | SR0000285034 | PX-1522 (RC) PX-7083 (PC) | PA0001693329 | PX-2849 (RC) PX-5380 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2279 | M.I.A. | Avenged Sevenfold | 6243 | 253 | SR0000374368 | PX-3337 (RC) PX-7293 (PC) | PA0001162010 | PX-759 (RC) PX-4936 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2280 | Maria | Justin Bieber | 4521 | 736 | SR0000710074 | PX-2204 (RC) PX-7784 (PC) | PA0001834767 | PX-1166 (RC) PX-6150 (PC) | Same artist identified on both certificates | X |
| Ex. 2281 | Maria | Green Day | 6500 | 2735 | SR0000306999 | PX-3369 (RC) PX-7135 (PC) | PA0001062006 | PX-4606 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2282 | Me Against The World | Simple Plan | 5890 | 2738 | SR0000375167 | PX-3458 (RC) PX-7299 (PC) | PA0001251376 | n/a | Same artist identified on both certificates | X |
| Ex. 2283 | Me Against The World | 2Pac | 3527 | 933 | SR0000198774 | PX-2107 (RC) PX-2108 (RC) PX-6964 (PC) | PA0000700333 | PX-3054 (RC) PX-4273 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2284 | Merry Go Round | Keith Sweat | 6060 | 934 | SR0000150379 | PX-3309 (RC) PX-6925 (PC) | PA0000494345 | PX-2442 (RC) PX-4228 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2285 | Merry Go Round | Puddle Of Mudd | 5114 | 2741 | SR0000618744 | PX-2354 (RC) | PA0001657844 | PX-5277 (PC) | Same artist identified on both certificates | |
| Ex. 2286 | My Fault | Eminem | 4051 | 1887 | SR0000262686 | PX-2407 (RC) PX-7047 (PC) | PA0000954429 | PX-3133 (RC) PX-4472 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2287 | My Fault | Imagine Dragons | 4365 | 1127 | SR0000695196 | PX-2054 (RC) PX-7701 (PC) | PA0001796476 | PX-2873 (RC) PX-5918 (PC) | Same artist and date of first publication on both certificates | X |
| Ex. 2288 | My Love | Ciara | 576 | 1688 | SR0000404728 | PX-1640 (RC) PX-7379 (PC) | PA0001885589 | PX-2758 (RC) PX-6359 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2289 | My Love | Justin Timberlake | 3168 | 2019 | SR0000395943 | PX-1630 (RC) PX-7356 (PC) | PA0001368886 | PX-5038 (PC) | Same artist identified on both certificates | X |
| Ex. 2290 | Nice Guys Finish Last | Cobra Starship | 6146 | 3124 | SR0000657140 | PX-3413 (RC) PX-7586 (PC) | PA0001656109 | PX-893 (RC) PX-5273 (PC) | Same date of first publication on both certificates | X |
| Ex. 2291 | Nice Guys Finish Last | Green Day | 6502 | 2767 | SR0000244558 | PX-3367 (RC) PX-7016 (PC) | PA0001059862 | PX-4601 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2292 | No Limit | Wiz Khalifa | 5971 | 3222 | SR0000715951 | PX-3297 (RC) PX-7809 (PC) | PA0001951617 PA0001874362 | PX-1189 (RC) PX-6322 (PC) PX-6513 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2293 | No Limit | Avant | 3675 | 1478 | SR0000308368 | PX-2106 (RC) PX-7137 (PC) | PA0001087668 | PX-3082 (RC) PX-4677 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2294 | No Love | Simple Plan | 5893 | 2770 | SR0000639323 | PX-3459 (RC) PX-7534 (PC) | PA0001644610 | PX-4012 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2295 | No Love | Eminem | 4056 | 2388 | SR0000653572 | PX-2087 (RC) PX-7573 (PC) | PA0001735858 | PX-3691 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2296 | One | Simple Plan | 5894 | 2787 | SR0000375167 | PX-3458 (RC) PX-7299 (PC) | PA0001251378 | PX-4013 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2297 | One | Faith Hill | 6447 | 1704 | SR0000321377 | PX-3358 (RC) PX-7165 (PC) | PA0001120335 | PX-3190 (RC) PX-4749 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2298 | Out Of My Head | Black Eyed Peas | 3770 | 1141 | SR0000633584 | PX-2128 (RC) PX-8452 (PC) PX-8453 (PC) | PA0001659074 | PX-2725 (RC) PX-5287 (PC) | Same date of first publication on both certificates | X |
| Ex. 2299 | Out Of My Head | Puddle Of Mudd | 5119 | 2797 | SR0000301465 | PX-1965 (RC) PX-2267 (RC) PX-7119 (PC) | PA0001075310 | PX-3972 (RC) PX-8372 (PC) PX-8373 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2300 | Picture Perfect | Yung Joc | 6021 | 2265 | SR0000393525 | PX-3300 (RC) PX-7346 (PC) | PA0001347992 | PX-4074 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2301 | Picture Perfect | Chamillionaire | 3845 | 1711 | SR0000381901 | PX-2114 (RC) PX-2362 (RC) PX-7316 (PC) | PA0001317548 | PX-5000 (PC) | Same artist identified on both certificates | X |

Abbreviation Key:

PC - U.S. Copyright Office Public Catalog Entry

RC - Registration Certificate

SR - Sound Recording

MC - Musical Composition

*Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.)

Schedule 3 - Derivative Works with Non-Unique Track Names

| Cox Submission Ex. No. | Track | Artist | PX-01 # | PX-02 # | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Link | Multiple Works Asserted as Part of Compilation |
|---|---|---|---|---|---|---|---|---|---|---|
| Ex. 2302 | Picture Perfect | Chris Brown | 3136 | 1143 | SR0000630132 | PX-1673 (RC) PX-7503 (PC) | PA0001395677 | PX-2753 (RC) PX-5066 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2303 | Promise | Simple Plan | 5898 | 2826 | SR0000375167 | PX-3458 (RC) PX-7299 (PC) | PA0001251378 | PX-4013 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2304 | Promise | Ciara | 577 | 449 | SR0000404728 | PX-1640 (RC) PX-7379 (PC) | PA0001166650 | PX-776 (RC) PX-8283 (PC) | Same artist identified on both certificates | X |
| Ex. 2305 | Push | Matchbox Twenty | 5758 | 324 | SR0000227755 | PX-3394 (RC) PX-7003 (PC) | PA0000844645 | PX-4367 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2306 | Push | Avril Lavigne | 765 | 265 | SR0000680182 | PX-1709 (RC) PX-7668 (PC) | PA0001761225 | PX-1047 (RC) PX-5742 (PC) | Same artist identified on both certificates | X |
| Ex. 2307 | Radio | Matchbox Twenty | 5761 | 119 | SR0000714896 | PX-3434 (RC) PX-7803 (PC) | PA0001850359 | PX-1179 (RC) PX-6221 (PC) | Same date of first publication on both certificates | X |
| Ex. 2308 | Radio | Darius Rucker | 3332 | 2831 | SR0000724693 | Px-2143 (RC) PX-7855 (PC) | PA0001939474 | PX-6497 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2309 | Radio | Beyoncé | 805 | 2281 | SR0000623449 | PX-1667 (RC) PX-7482 (PC) | PA0001630369 | PX-3549 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2310 | Radio | Hot Chelle Rae Featuring Bei Maejor | 1684 | 786 | SR0000412466 | PX-8334 (PC) PX-8335 (PC) | PA0001807090 | PX-1100 (RC) PX-5961 (PC) | Same album identified on both certificates | X |
| Ex. 2311 | Red Lipstick | Trey Songz | 5937 | 3136 | SR0000671697 | PX-3298 (RC) PX-7631 (PC) | PA0001771886 PA0001786336 | PX-5775 (PC) PX-5873 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2312 | Red Lipstick | Rihanna | 5209 | 2837 | SR0000689431 | PX-1980 (RC) PX-7695 (PC) | PA0001841921 | PX-4004 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2313 | Runaway | Avril Lavigne | 76 | 1726 | SR0000609671 | PX-1648 (RC) PX-7394 (PC) | PA0001334141 | PX-2699 (RC) PX-5020 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2314 | Runaway | Maroon 5 | 4963 | 1351 | SR0000664531 | PX-1929 (RC) PX-7606 (PC) | PA0001726283 | PX-2955 (RC) PX-5479 (PC) | Same date of first publication on both certificates | X |
| Ex. 2315 | Runaway | Linkin Park | 6581 | 1502 | SR0000288402 | PX-3382 (RC) PX-7092 (PC) | PA0001092511 | PX-4693 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2316 | Save You | Simple Plan | 5900 | 2864 | SR0000639323 | PX-3459 (RC) PX-7534 (PC) | PA0001644614 | PX-4014 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2317 | Save You | Pearl Jam | 2539 | 1728 | SR0000324204 | PX-1570 (RC) PX-7178 (PC) | PA0001134589 | PX-2585 (RC) PX-4776 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2318 | Shine | Darius Rucker | 3333 | 1731 | SR0000724693 | PX-2143 (RC) PX-7855 (PC) | PA0001864791 | PX-6284 (PC) | Same artist identified on both certificates | X |
| Ex. 2319 | Shine | Jadakiss | 4409 | 2300 | SR0000356267 | PX-2239 (RC) PX-7250 (PC) | PA0001305505 | PX-3762 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2320 | Shine | Ledisi | 4780 | 3031 | SR0000678487 | PX-2040 (RC) PX-7660 (PC) | PA0001778259 | PX-3842 (RC) PX-5826 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2321 | Show Me | Kid Ink | 2032 | 568 | SR0000742549 | PX-7937 (PC) PX-1820 (RC) | PA0001933694 | PX-6489 (PC) | Same artist and album identified on both certificates | |
| Ex. 2322 | Show Me | Usher | 2913 | 132 | SR0000731104 | PX-7889 (PC) PX-1792 (RC) | PA0001804834 | PX-5933 (PC) | Same artist identified on both certificates | |
| Ex. 2323 | Shut It Down | Luke Bryan | 3447 | 2303 | SR0000728445 | PX-1919 (RC) PX-7876 (PC) | PA0001870871 | PX-3889 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2324 | Shut It Down | Pitbull featuring Akon | 2585 | 817 | SR0000641804 | PX-1683 (RC) PX-7542 (PC) | PA0001733390 | PX-5568 (PC) | Same artist identified on both certificates | X |
| Ex. 2325 | Slow | Grouplove | 5605 | 2885 | SR0000704081 | PX-7744 (PC) PX-3418 (RC) | PA0001762863 | PX-3560 (RC) PX-8404 (PC) PX-8405 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2326 | Slow | Fuel | 1575 | 1012 | SR0000269920 | PX-1512 (RC) PX-7062 (PC) | PA0001025292 | PX-4561 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2327 | Somebody That I Used To Know | Elliott Smith | 3991 | 1364 | SR0000280584 | PX-2085 (RC) PX-7187 (PC) | PA0001015780 | PX-3203 (RC) PX-4530 (PC) | Same artist identified on both certificates | X |
| Ex. 2328 | Somebody That I Used To Know | Gotye | 4303 | 1992 | SR0000692982 | PX-7698 (PC) PX-2048 (RC) | PA0001785517 | PX-3746 (RC) PX-5867 (PC) | Same artist identified on both certificates | X |
| Ex. 2329 | Someone Like You | Adele | 708 | 1905 | SR0000673074 | PX-7641 (PC) PX-1701 (RC) | PA0001734868 | PX-2664 (RC) PX-5580 (PC) | Same artist identified on both certificates | X |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition

*Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.)
4

Schedule 3 - Derivative Works with Non-Unique Track Names

| Cox Submission Ex. No. | Track | Artist | PX-01 # | PX-02 # | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Link | Multiple Works Asserted as Part of Compilation |
|---|---|---|---|---|---|---|---|---|---|---|
| Ex. 2330 | Sometimes | Raphael Saadiq | 2629 | 1956 | SR0000619872 | PX-1658 (RC) PX-7452 (PC) | PA0001612668 | PX-5144 (PC) | Same artist identified on both certificates | X |
| Ex. 2331 | Sometimes | Britney Spears | 3119 | 1561 | SR0000260870 | PX-1460 (RC) PX-7044 (PC) | PA0000932239 | PX-4445 (PC) | Same artist identified on both certificates | X |
| Ex. 2332 | Speechless | Macy Gray | 2159 | 139 | SR0000336638 | PX-1576 (RC) PX-7200 (PC) | PA0001131696 | PX-677 (RC) PX-4767 (PC) | Same artist identified on both certificates | X |
| Ex. 2333 | Speechless | Lady Gaga | 4737 | 825 | SR0000642917 | PX-1886 (RC) PX-7552 (PC) | PA0001751979 | PX-5680 (PC) | Same artist identified on both certificates | X |
| Ex. 2334 | Stars | fun. | 6160 | 3261 | SR0000704930 | PX-3416 (RC) PX-7752 (PC) | PA0001791456 PA0001810598 | PX-5908 (PC) PX-1117 (RC) PX-6002 (PC) | Same artist identified on both certificates | X |
| Ex. 2335 | Stars | Nelly Furtado | 5033 | 828 | SR0000729667 | PX-1944 (RC) PX-7882 (PC) | PA0001753996 | PX-1037 (RC) PX-5720 (PC) | Same artist identified on both certificates | X |
| Ex. 2336 | Still | Foo Fighters | 1518 | 1164 | SR0000377762 | PX-1609 (RC) PX-7304 (PC) | PA0001730871 | PX-5509 (PC) | Same artist identified on both certificates | X |
| Ex. 2337 | Still | Macy Gray | 2160 | 141 | SR0000267460 | PX-1510 (RC) PX-7060 (PC) | PA0000986836 | PX-4505 (RC) | Same artist identified on both certificates | X |
| Ex. 2338 | Stronger | Kanye West | 4603 | 2904 | SR0000615019 | PX-2069 (RC) PX-7419 (PC) | PA0001597242 | PX-5116 (PC) | Same artist identified on both certificates | X |
| Ex. 2339 | Stronger | Faith Hill | 6452 | 1166 | SR0000321377 | PX-3358 (RC) PX-7165 (PC) | PA0001120338 | PX-2817 (RC) PX-4751 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2340 | Superstar | Usher | 354 | 361 | SR0000354784 | PX-1591 (RC) PX-7243 (PC) | PA0001159085 | PX-702 (RC) PX-4828 (PC) | Same artist identified on both certificates | X |
| Ex. 2341 | Superstar | Big Time Rush | 843 | 835 | SR0000697856 | PX-1722 (RC) PX-7715 (PC) | PA0001825039 | PX-6113 (PC) | Same date of first publication on both certificates | X |
| Ex. 2342 | Take Me Home | Darius Rucker | 3334 | 1743 | SR0000724693 | PX-2143 (RC) PX-7855 (PC) | PA0001864792 | PX-6285 (PC) | Same artist identified on both certificates | X |
| Ex. 2343 | Take Me Home | Boys Like Girls | 945 | 148 | SR0000731314 | PX-1793 (RC) PX-7890 (PC) | PA0001831437 | PX-1129 (RC) PX-6131 (PC) | Same artist identified on both certificates | X |
| Ex. 2344 | Thank You | Simple Plan | 5902 | 2921 | SR0000375167 | PX-3458 (RC) PX-7299 (PC) | PA0001251377 | PX-4009 (RC) | Same artist identified on both certificates | X |
| Ex. 2345 | Thank You | Keith Urban | 3407 | 152 | SR0000656739 | PX-2208 (RC) PX-7582 (PC) | PA0001653144 | PX-891 (RC) PX-5268 (PC) | Same artist identified on both certificates | X |
| Ex. 2346 | The Last Song | Foo Fighters | 1522 | 1176 | SR0000377762 | PX-1609 (RC) PX-7304 (PC) | PA0001731040 | PX-5530 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2347 | The Last Song | Rihanna | 5227 | 2929 | SR0000644571 | PX-1982 (RC) PX-7558 (PC) | PA0001704476 | PX-5416 (PC) | Same artist identified on both certificates | X |
| Ex. 2348 | The One That Got Away | Katy Perry | 3378 | 2933 | SR0000662268 | PX-7599 (PC) PX-2190 (RC) | PA0001753639 | PX-5707 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2349 | The One That Got Away | Jake Owen | 1789 | 471 | SR0000697851 | PX-7714 (PC) PX-1721 (RC) | PA0001818449 | PX-6053 (PC) | Same artist identified on both certificates | X |
| Ex. 2350 | Time Flies | Kenny Chesney | 2015 | 475 | SR0000722762 | PX-1768 (RC) PX-7839 (PC) | PA0001807051 | PX-5957 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2351 | Time Flies | Puddle Of Mudd | 5127 | 2950 | SR0000347741 | PX-7229 (PC) | PA0001225979 | PX-3983 (RC) PX-8020 (PC) PX-8185 (PC) | Same album identified on both certificates | X |
| Ex. 2352 | Touch Me | Flo Rida | 5571 | 862 | SR0000658178 | PX-3306 (RC) PX-7589 (PC) | PA0001807825 | PX-1105 (RC) PX-5978 (PC) | Same artist identified on both certificates | X |
| Ex. 2353 | Touch Me | Chris Brown feat. Sevyn | 1278 | 861 | SR0000711816 | PX-1742 (RC) PX-7791 (PC) | PA0001896041 | PX-1202 (RC) PX-6397 (PC) | Same artist identified on both certificates | X |
| Ex. 2354 | Turn It Up | Brandy | 5502 | 3114 | SR0000370673 | PX-3289 (RC) PX-7283 (PC) | PA0001236716 PA0001159468 | PX-3610 (RC) PX-8170 (PC) PX-711 (RC) PX-4838 (PC) | Same artist identified on both certificates | X |
| Ex. 2355 | Turn It Up | Chamillionaire | 3851 | 1770 | SR0000381901 | PX-2114 (RC) PX-2362 (RC) PX-7316 (PC) | PA0001317543 | PX-3239 (RC) PX-4995 (PC) | Same artist and album identified on both certificates | X |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition

*Sony Music Entm't, et al. v. Cox Commc'ns, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.)

5

Schedule 3 - Derivative Works with Non-Unique Track Names

| Cox Submission Ex. No. | Track | Artist | PX-01 # | PX-02 # | Reg. No. (SR) | SR Ex. No. | Reg. No. (MC) | MC Ex. No. | Link | Multiple Works Asserted as Part of Compilation |
|---|---|---|---|---|---|---|---|---|---|---|
| Ex. 2356 | Untitled | Eminem | 4095 | 3131 | SR0000653572 | PX-2087 (RC) PX-7573 (PC) | PA0001735849 | PX-3692 (RC) PX-5593 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2357 | Untitled** | Fuel 238 | 1585 | 1027 | SR0000253431 | PX-1455 (RC) PX-7035 (PC) | PA0000893228 | PX-3169 (RC) PX-4423 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2358 | Wait For Me | Big Sean | 3729 | 1192 | SR0000678630 | PX-2134 (RC) PX-7661 (PC) | PA0001780732 | PX-2720 (RC) PX-5845 (PC) | Same artist identified on both certificates | X |
| Ex. 2359 | Wait For Me | Rise Against | 5252 | 871 | SR0000671827 | PX-1993 (RC) PX-7635 (PC) | PA0001887807 | PX-6365 (PC) | Same album identified on both certificates | X |
| Ex. 2360 | When It Rains | Paramore | 5824 | 2981 | SR0000631909 | PX-3323 (RC) PX-7510 (PC) | PA0001595076 | PX-3964 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2361 | When It Rains | Gretchen Wilson | 1657 | 2370 | PA0001245662 | PX-1477 (RC) PX-8033 (PC) | PA0001227155 | PX-3759 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2362 | Why | Annie Lennox | 407 | 1823 | SR0000145693 | PX-1399 (RC) PX-6919 (PC) | PA0001166751 | PX-3068 (RC) PX-8288 (PC) | Same artist identified on both certificates | X |
| Ex. 2363 | Why | Avant | 3696 | 1551 | SR0000281220 | PX-2105 (RC) PX-7189 (PC) | PA0001012583 | PX-3071 (RC) PX-4525 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2364 | With You | Jamie Foxx | 248 | 183 | SR0000374820 | PX-1607 (RC) PX-7297 (PC) | PA0001163725 | PX-767 (RC) PX-8255 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2365 | With You | Avant | 3697 | 1203 | SR0000396388 | PX-2117 (RC) PX-7358 (PC) | PA0001371417 | PX-2681 (RC) PX-5041 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2366 | With You | Linkin Park | 6590 | 1553 | SR0000288402 | PX-3382 (RC) PX-7092 (PC) | PA0001092508 | PX-4690 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2367 | XO | Beyoncé | 819 | 2993 | SR0000747291 | PX-1834 (RC) PX-7956 (PC) | PA0001918135 | PX-3584 (RC) | Same artist and album identified on both certificates | X |
| Ex. 2368 | XO | Emblem3 | 1450 | 883 | SR0000726978 | PX-1781 (RC) PX-7869 (PC) | PA0001879186 | PX-6338 (PC) | Same album identified on both certificates | X |
| Ex. 2369 | You | Plies | 5839 | 1789 | SR0000612286 | PX-3452 (RC) PX-7402 (PC) | PA0001757407 | PX-5727 (PC) | Same artist and album identified on both certificates | X |
| Ex. 2370 | You | Avant | 3698 | 303 | SR0000339561 | PX-2110 (RC) PX-7203 (PC) | PA0001621886 | PX-845 (RC) PX-5150 (PC) | Same artist identified on both certificates | X |

Abbreviation Key:
PC - U.S. Copyright Office Public Catalog Entry
RC - Registration Certificate
SR - Sound Recording
MC - Musical Composition