# Exhibit F

Search artists, albums and more...

Explore   Marketplace   Community   Log In   Register



More Images

**Maroon 5** – Songs About Jane (10th Anniversary Edition)

| | |
|---|---|
| Label: | A&M Octone Records – B0016894-02 |
| Format: | 2 × CD, Album, Enhanced, Reissue |
| Country: | US |
| Released: | 05 Jun 2012 |
| Genre: | Rock, Pop |
| Style: | Alternative Rock, Soft Rock, Pop Rock |

**Release**  [r8077928]

Edit Release
All Versions of this Release
Review Changes

Add to Collection   Add to Wantlist

**Marketplace**   4 For Sale from $8.24

Buy CD   Sell CD

### Tracklist

| | | |
|---|---|---|
| 1-1 | Harder To Breathe | 2:53 |
| 1-2 | This Love | 3:26 |
| 1-3 | Shiver | 2:59 |
| 1-4 | She Will Be Loved | 4:17 |
| 1-5 | Tangled | 3:18 |
| 1-6 | The Sun | 4:11 |
| 1-7 | Must Get Out | 3:59 |
| 1-8 | Sunday Morning | 4:06 |
| 1-9 | Secret | 4:55 |
| 1-10 | Through With You | 3:01 |
| 1-11 | Not Coming Home | 4:21 |
| 1-12 | Sweetest Goodbye | 4:30 |
| 2-1 | Harder To Breathe (Demo) | 2:17 |
| 2-2 | This Love (Demo) | 3:21 |
| 2-3 | Shiver (Demo) | 3:08 |
| 2-4 | She Will Be Loved (Demo) | 3:08 |
| 2-5 | Tangled (Demo) | 2:44 |
| 2-6 | The Sun (Demo) | 3:22 |
| 2-7 | Must Get Out (Demo) | 3:17 |
| 2-8 | Sunday Morning (Demo) | 4:12 |
| 2-9 | Secret (Demo) | 4:09 |
| 2-10 | Through With You (Demo) | 3:20 |
| 2-11 | Not Coming Home (Demo) | 3:51 |
| 2-12 | Sweetest Goodbye (Demo) | 3:30 |
| 2-13 | Take What You Want (Demo) | 2:25 |
| 2-14 | Rag Doll (Original Demo/Non-LP International B-side) | 5:28 |
| 2-15 | Woman | 4:06 |
| 2-16 | Chilly Winter (Demo) | 2:55 |
| 2-17 | The Sun (Alternate Mix) | 4:17 |

### Companies, etc.

Distributed By – Universal Music Distribution

### Credits

Share

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 62 | Last Sold: | 25 Mar 20 |
| Want: | 53 | Lowest: | $10.00 |
| Avg Rating: | 5.0 / 5 | Median: | $12.85 |
| Ratings: | 2 | Highest: | $15.70 |

Mastering SID Code (Disc 1): IFPI L327
Matrix / Runout (Disc 2): DIDX-813591 1
Mastering SID Code (Disc 2): IFPI L327
Mould SID Code (Disc 1): IFPI 5079
Mould SID Code (Disc 2): IFPI 507C

**Other Versions (5 of 96)**   View All

| Title (Format) | Label | Cat# | Country | Year |
| --- | --- | --- | --- | --- |
| Songs About Jane (CD, Album) | J Records, Octone Records | 82365 50001 2 | US | 2002 |
| Songs About Jane (CD, Album, Enh, Del) | J Records, Octone Records | 82876 58430 2 | Europe | 2003 |
| Songs About Jane (CD, Album, RE) | Octone Records, J Records | 823765-0001-2 | US | 2003 |
| Songs About Jane (CD, Album, Enh, Del) | J Records, Octone Records | 82876 58430 2 | UK & Europe | 2003 |
| Songs About Jane (CD, Album) | Octone, J Records | BVCP-24028 | Japan | 2003 |

**Recommendations**

**Reviews**

Add Review



**Videos (13)**   Edit

Maroon 5 - Sunday Morning (Close

Maroon 5 - Sunday Morning
4:23

Maroon 5 - This Love (Vinyl Video)
3:27

Maroon 5 - This Love
3:23

**Lists**

Add to List

View More Lists →

**Contributors**

jonahj3x, JT_X, Tweaker9671, jweijde

Discogs
About Us
Blog
App
Careers
API
Change Log

Help Is Here
Help & Support
Forum
Keyboard Shortcuts
Database Guidelines
Discogs Shipping

Join In
Get Started
Sign Up
Contribute
Add Release
Contributor List
Help Translate
Discogs Events
Advertise With Us

More Databases
Record Shops
Music Gear
Books
Films
Comics
Posters

Follow Us
Facebook
Twitter
Instagram
Mixcloud
Soundcloud
Pinterest

© 2020 Discogs®   Cookie Settings   Cookie Policy   Terms of Service   Privacy Policy   California Privacy Notice   English