# Exhibit G

# PX-1437

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 233-783**

EFFECTIVE DATE OF REGISTRATION
4 / 14 / 97
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Williams on Williams - The Classic Spielberg Scores.
The Boston Pops Orchestra; John Williams, conductor
SK 68419

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF MATERIAL RECORDED   See instructions.
☒ Musical   ☐ Musical-Dramatic
☐ Dramatic  ☐ Literary
☐ Other

**2 a** NAME OF AUTHOR ▼
Sony Music Entertainment Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Sound Recordings

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 10   Year ▶ 1995
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Sony Music Entertainment Inc.
550 Madison Avenue
New York, New York 10022-3211

APPLICATION RECEIVED
APR 14 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 14 1997
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

SME_00003280

EXAMINED BY _____ FORM SR

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Artwork - Not Claimed at this Time

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New Sound Recordings

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name                                                      Account Number ▼

Sony Music Entertainment Inc. - New York                  DA063061

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Sony Music Entertainment Inc.
550 Madison Avenue, 14th Floor
New York, New York 10022-3211
Attention: Karen Shovlowsky

Area Code & Telephone Number ▶ (212) 833-5354 fax no. (212) 833-7218

**7**

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Sony Music Entertainment Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
Karen Shovlowsky                                           date ▶ 4/3/97

Handwritten signature (X) ▼
*Karen Shovlowsky* (signature)

MAIL
CERTIFI-
CATE TO

Name ▼
Sony Music Entertainment Inc. / Attention Karen Shovlowsky
Number/Street/Apartment Number
550 Madison Avenue
14th Floor
City/State/ZIP ▼
New York, New York 10022-3211

Certificate
will be
mailed in
window
envelope

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# PX-7008



# Public Catalog

L
Search Request: Left Anchored Copyright Number = SR0000233783
Search Results: Displaying 1 of 1 entries



### Williams on Williams : the classic Spielberg scores.

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000233783 / 1997-04-14 |
| **Title:** | Williams on Williams : the classic Spielberg scores. |
| **Imprint:** | c1995. |
| **Publisher Number:** | Sony Classical SK 68419 |
| **Description:** | Compact disc. |
| **Notes:** | Add. ti.: The classic Spielberg scores. |
| **Performer:** | Boston Pops Orchestra conducted by John Williams. |
| **Copyright Claimant:** | ℗ Sony Music Entertainment, Inc. (employer for hire) |
| **Date of Creation:** | 1995 |
| **Date of Publication:** | 1995-11-10 |
| **Previous Registration:** | Artwork preexisting. |
| **Basis of Claim:** | New Matter: new sound recordings. |
| **Contents:** | Flying -- Theme -- Remembrances -- Flight to Neverland -- The Battle for Hollywood -- Smee's plan -- The barrel chase -- My friend, the Brachiosaurus -- Jim's new life -- The dialogue -- The Lost oys' ballet -- Theme -- The Basket chase -- The face of Pan -- The banquet. |
| **Variant title:** | Williams on Williams : the classic Spielberg scores |
| **Other Title:** | The classic Spielberg scores |
| | The Battle for Hollywood |
| | The barrel chase |
| | The dialogue |
| | The Lost oys' ballet |
| | The Basket chase |
| | The face of Pan |
| | The banquet |
| **Names:** | Williams, John |
| | Boston Pops Orchestra |

Plaintiffs_00006776



Sony Music Entertainment, Inc.

[previous] [next]

**Save, Print and Email (Help Page)**

Select Download Format | Full Record ▼ | [Format for Print/Save]

Enter your email address: [          ]

[Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Plaintiffs_00006777