# Exhibit H

Search artists, albums and more...

Explore   Marketplace   Community   Log In   Register



# John Williams (4) & The Boston Pops Orchestra – Williams On Williams - The Classic Spielberg Scores

| | |
|---|---|
| Genre: | Stage & Screen |
| Style: | Score |
| Year: | 1995 |

**Master Release** [m1226921]

Edit Master Release
Data Correct

Add all to Wantlist

**Marketplace**     42 For Sale from $1.99

Vinyl and CD     Sell Copy

## Tracklist

| | |
|---|---|
| E. T. The Extra-Terrestial - Flying | 3:38 |
| Jurassic Park - Theme | 5:30 |
| Schindler's List - Remembrances | 6:24 |
| Hook - Flight To Neverland | 4:42 |
| 1941 - The Battle For Hollywood | 4:59 |
| Hook - Smee's Plan | 3:33 |
| Jaws - The Barrel Chase | 5:34 |
| Jurassic Park - My Friend, The Brachiosaurus | 4:39 |
| Empire Of The Sun - Jim's New Life | 3:43 |
| Close Encounters Of The Third Kind - The Dialogue | 3:28 |
| Hook - The Lost Boys' Ballet | 3:59 |
| Schindler's List - Theme | 3:55 |
| Raiders Of The Lost Ark - The Basket Chase | 4:17 |
| Hook - The Face Of Pan | 4:23 |
| Hook - The Banquet | 6:08 |

**FEATURED VIDEOS**   Powered



### Def Leppard - You Think You Know Classic Rock?

If you're new, Subscribe! → http://bit.ly/subs... classic-rockTest your Def Leppard knowledge with the little-known facts on our latest video here → http://ultimateclassicrock.com/Like us https://www.facebook.com/ultimateclassicro ow us → https://twitter.com/UltClassicRockC our newsletter → http://ultimateclassicrock.com/newsletter/

Share

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 139 | Avg Rating: | 4.62 / 5 |
| Want: | 41 | Ratings: | 13 |

## Credits (5)

 **Watts Design?**  
Cover, Design

 **Mark Bender (4)**  
Cover, Illustration

 **Robert Wolff**  
Engineer

 **Shawn Murphy**  
Producer, Engineer

 **John Williams (4)**  
Written-By

**Lists**   Add to List

## Versions (4)

Find Your Version

| Title (Format) | Label | Cat# | Country | Year |
|---|---|---|---|---|
| Williams On Williams - The Classic Spielberg Scores (CD) | Sony Classical | SK 68419 | | 1995 |
| Williams On Williams - The Classic Spielberg Scores (CD) | Sony Classical | SK 68419 | Europe | 1995 |
| Williams On Williams - The Classic Spielberg Scores (MD, Comp) | Sony Classical | SM 68419 | | 1995 |
| The Classic Spielberg Scores (2xLP, Album, Ltd, Num, RE, Tra) | Music On Vinyl, Sony Classical | MOVATM198 | Europe | 2019 |

Various/compilation albums by ronnepon1

View More Lists →

## Recommendations

   

| The Spielberg/William... | The Spielberg/William... | Interstellar (Original ... | Far And Away (Origin... |
|---|---|---|---|
| John Williams (4) - The... | John Williams (4) / Stev... | Hans Zimmer | John Williams (4) |



## Reviews

Add Review

 **phantomsteve** January 28, 2019

*referencing* The Classic Spielberg Scores, 2xLP, Album, Ltd, Num, RE, Tra, MOVATM198

Each of the four sides has a quotation from a Spielberg film in the run-out groove:
1. WHOEVER SAVES ONE LIFE SAVE THE WORLD ENTIRE ("Schindler's List")
2. THIS ISN'T THE STATE OF CALIFORNIA ("1941")
3. LIFE FINDS A WAY ("Jurassic Park")
4. TO LIVE WOULD BE AN AWFULLY BIG ADVENTURE ("Hook")

↶ Reply   ✉ Notify me   🏷 Helpful



### Discogs
About Us
Blog
App
Careers
API
Change Log

### Help Is Here
Help & Support
Forum
Keyboard Shortcuts
Database Guidelines
Discogs Shipping

### Join In
Get Started
Sign Up
Contribute
Add Release
Contributor List
Help Translate
Discogs Events
Advertise With Us

### More Databases
Record Shops
Music Gear
Books
Films
Comics
Posters

### Follow Us
Facebook
Twitter
Instagram
Mixcloud
Soundcloud
Pinterest

© 2020 Discogs®   Show Purposes   Cookie Policy   Terms of Service   Privacy Policy   California Privacy Notice   English