# Exhibit I

Search artists, albums and more...

Explore  Marketplace  Community  Log In  Register



More Images

# Amy Winehouse – Frank

| | |
|---|---|
| Label: | Island Records – 9812918, Island Records Group – 9812918 |
| Format: | CD, Album, Special Edition |
| Country: | UK |
| Released: | 2003 |
| Genre: | Hip Hop, Jazz |
| Style: | RnB/Swing, Acid Jazz |

**Release**  [r716019]

Edit Release
All Versions of this Release
Review Changes

Add to Collection    Add to Wantlist

**Marketplace**    61 For Sale from $1.04

Buy CD    Sell CD

## Tracklist                                                          Hide Credits

| 1a | Intro | 0:21 |
|---|---|---|
|  | Producer, Recorded By, Mixed By – Commissioner Gordon | |
| 1b | Stronger Than Me | 3:34 |
|  | Organ – Salaam Remi | |
| 2a | You Sent Me Flying | 5:17 |
|  | Percussion – Salaam Remi | |
|  | Piano, Bass, Keyboards – Luke Smith | |
|  | Written-By – Felix Howard | |
| 2b | Cherry | 1:34 |
|  | Drum Programming, Mixed By – Salaam Remi | |
| 3 | Know You Now | 3:03 |
|  | Drums – Errol Campbell (2) | |
|  | Producer, Recorded By, Programmed By, Mixed By – Commissioner Gordon | |
|  | Shaker – Rudy Bird | |
|  | Written-By – Astor Campbell, Gordon Williams | |
|  | Written-By, Bass – Delroy "Chris" Cooper* | |
|  | Written-By, Guitar – Earl Chinna Smith* | |
|  | Written-By, Keyboards – Donovan Jackson | |
| 4 | Fuck Me Pumps | 3:21 |
|  | Accompanied By – 21st Century Jazz | |
|  | Producer – Salaam Remi | |
| 5 | I Heard Love Is Blind | 2:10 |
|  | Baritone Horn – Bruce Purse | |
|  | Drums – Troy Wilson* | |
|  | Electric Upright Bass – Salaam Remi | |
|  | Flute – Vincent Henry | |
|  | Organ – John Adams* | |
|  | Producer – Commissioner Gordon | |
| 6a | Moody's Mood For Love | 2:49 |
|  | Baritone Horn – Bruce Purse | |
|  | Drums – Troy Wilson* | |
|  | Electric Bass – Salaam Remi | |
|  | Flute – Vincent Henry | |
|  | Lyrics By – Jimmy McHugh & Dorothy Fields | |
|  | Music By – James Moody | |
|  | Producer – Salaam Remi | |
| 6b | Teo Licks | 0:40 |
|  | Bass – Gregory Jackson (3) | |
|  | Drums – Errol Campbell (2) | |
|  | Engineer [Mastering Engineer] – Tom Coyne | |
|  | Guitar – Earl Chinna Smith* | |
|  | Keyboards – Donovan Jackson | |
|  | Producer, Percussion, Recorded By, Mixed By – Commissioner Gordon | |
| 7 | (There Is) No Greater Love | 2:09 |
|  | Guitar – Ian Barter | |
|  | Mixed By [Assistant] – Brent Williams (2) | |
|  | Piano – Lenny Underwood | |
|  | Producer, Drums, Percussion, Effects, Recorded By, Mixed By – Commissioner Gordon | |

☆☆☆☆☆    Share

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 931 | Last Sold: | 29 Jun 20 |
| Want: | 202 | Lowest: | $0.66 |
| Avg Rating: | 3.81 / 5 | Median: | $3.39 |
| Ratings: | 113 | Highest: | $116.47 |

Accompanied By – 21st Century Jazz (tracks: 1b, 4 to 6b, 8, 13b)
Baritone Saxophone, Tenor Saxophone, Alto Saxophone – Vincent Henry (tracks: 1b, 5, 6b, 8, 13b)
Drums – Salaam Remi (tracks: 1b, 2, 8, 13b)
Electric Piano [Rhodes] – John Adams* (tracks: 1b, 6, 8, 13b)
Engineer [Assistant] – Ben Bryant (tracks: 3, 7, 10, 11), Houston "House" Bowen* (tracks: 3, 7, 10, 11), John Piretti* (tracks: 3, 11)
Flugelhorn, Trumpet, Bass Trumpet – Bruce Purse (tracks: 1b, 5, 6a, 8, 13b)
Guitar – Amy Winehouse (tracks: 1 to 2b, 5, 6a, 8, 10, 13b)
Photography By – Valerie Phillips
Photography By [Cover] – Charles Moriarty
Producer, Arranged By – Salaam "The Chameleon" Remi* (tracks: 1b to 2b, 4 to 6b, 8, 13b)
Recorded By [Assistant] – Steve "ESP" Nowa* (tracks: 1b, 2, 5, 6a, 8, 13b)
Recorded By, Mixed By – Gary "Mon" Noble* (tracks: 1b to 2b, 4 to 6b, 8, 13b)
Vocals – Amy Winehouse (tracks: 1 to 13b)
Written-By – Amy Winehouse (tracks: 1 to 5a, 6b, 8 to 13b), Salaam Remi (tracks: 1b, 2b, 4, 8, 13b)

**Notes**

"Special Edition": copies in original jewel-cases are stickered with the Universal Special Edition hologram sticker.

The CD contains 13 tracks.
Track 1a Intro and 1b Stronger Than Me are listed separately in the reverse track-listing but form a joint track 1.
Track 2b Cherry, is noted in the lyrics and credits sections, but not shown in the track-listing.
Track 6b Teo's Licks an instrumental track, is noted in the credits sections, but not shown in the track-listing. It is listed before 6a Moody's Mood For Love in the credits, though it comes immediately afterwards.
Track 13a Amy Amy Amy and 13b Outro are listed separately in the track-listing but form part of the same track. After Outro, two hidden tracks not mentioned anywhere on the release, 13c Brother and 13d Mr. Magic (Through The Smoke), begin at 5:08 and 9:21 respectively.

Track 4 is given as F**k Me Pumps in the track-listing but as Fuck Me Pumps in all other places.

Track 12 contains elements from "You Won't Be Satisfied Until You Break My Heart" by F. James and L. Stock.

Insert and disc: Made in the EU

**Barcode and Other Identifiers**

Barcode: 6 02498 12918 0
Label Code: LC00407
Rights Society: BIEM/MCPS
Matrix / Runout: [4 x Universal logos] 9812918 11
Matrix / Runout (Variant 1): [4 x Universal logos] 9812918 03
Matrix / Runout (Variant 2): [4 x Universal logos] 9812918 02
Matrix / Runout (Variant 3): [4 x Universal logos] 9812918 04
Matrix / Runout (Variant 4): [4 x Universal logos] 9812918 08
Matrix / Runout (Variant 5): [4 x Universal logos] 9812918 11
Mastering SID Code (Variant 1 & 2): IFPI L136
Mastering SID Code (Variant 3, 4, 5): IFPI L135
Mould SID Code (In matrix): IFPI 04AP
Mould SID Code (In matrix Variant 1): IFPI 04AW
Mould SID Code (In mould): IFPI 0416
Mould SID Code (In mould Variant 1): IFPI 0443
Mould SID Code (in matrix Variant 2): IFPI 04BF
Mould SID Code (in matrix Variant 3): IFPI 04AS
Mould SID Code (In mould Variant 3): IFPI 0475
Mould SID Code (In mould Variant 4): IFPI 0410
Mould SID Code (In mould Variant 5): IFPI 0496
Matrix / Runout (In mould Variant 4, 5): MADE IN THE UK
Matrix / Runout (Variant 6): [4 x Universal logos] 9812918 04
Mastering SID Code (Variant 6): IFPI L135
Mould SID Code (Variant 6, outer): IFPI 04AN
Mould SID Code (Variant 6, inner): IFPI 0443

**Other Versions (5 of 60)**   View All

| Title (Format) | Label | Cat# | Country | Year |
|---|---|---|---|---|
| Frank (LP, Album, RE, RM, 180) | Island Records | 00602517762411 | Europe | 2008 |
| Frank (2xLP, Album, Ltd, RE, Pin) | Island Records, Republic Records, UMe | B0024078-01 | US | 2019 |
| Frank (CD, Album, Dlx, RE + CD, Comp, Bon + Dlx) | Island Records, Island Records Group, Universal UMC | 1766854 | UK | 2008 |

| | | | | | |
|---|---|---|---|---|---|
| Frank (LP, Album, RE, RM, 180) | Island Records, Island Records Group | 00602517762411 | Europe | 2015 |
| Frank (CD, Album) | Island Records | 9866182 | | Canada | 2003 |

**Recommendations**

**Reviews**   Show All 3 Reviews

[Add Review]

**Str8OutDaCr8Since88** January 15, 2016

Does anybody else on here experience an issue with the sound quality of the record. Like pano9000 claims.

↩ Reply     ✉ Notify me     🏷 Helpful

**thekremlin** July 15, 2015
*edited over 5 years ago*
This has been reissued again.

↩ Reply     ✉ Notify me     🏷 Helpful

**mDup** November 1, 2012
★★★★★
not sure why anybody would not rate this 5

↩ Reply     ✉ Notify me     🏷 Helpful



### Discogs
- About Us
- Blog
- App
- Careers
- API
- Change Log

### Help Is Here
- Help & Support
- Forum
- Keyboard Shortcuts
- Database Guidelines
- Discogs Shipping

### Join In
- Get Started
- Sign Up
- Contribute
- Add Release
- Contributor List
- Help Translate
- Discogs Events
- Advertise With Us

### More Databases
- Record Shops
- Music Gear
- Books
- Films
- Comics
- Posters

### Follow Us
- Facebook
- Twitter
- Instagram
- Mixcloud
- Soundcloud
- Pinterest

© 2020 Discogs®   Show Purposes   Cookie Policy   Terms of Service   Privacy Policy   California Privacy Notice   English

| | | |
|---|---|---|
| | Saxophone, Flute – Robert Aaron | |
| | Written-By – Isham Jones, Marty Symes | |
| 8 | In My Bed | 5:17 |
| | Backing Vocals – Jeni Fujita | |
| | Electric Bass – Salaam Remi | |
| | Flute – Vincent Henry | |
| 9 | Take The Box | 3:20 |
| | Drums [Additional] – Richard Wilkinson | |
| | Guitar – Jeremy Shaw | |
| | Horns – Timothy Hutton* | |
| | Mixed By – Tom Elmhirst | |
| | Producer – Amy Winehouse | |
| | Producer [Additional] – Jony Rockstar | |
| | Written-By – Luke Smith | |
| 10 | October Song | 3:25 |
| | Bass – Delroy "Chris" Cooper* | |
| | Drums, Percussion – Errol Campbell (2) | |
| | Engineer [Assistant] – John Piretti* | |
| | Guitar – Earl Chinna Smith* | |
| | Keyboards – Lenny Underwood | |
| | Percussion – Gordon Williams | |
| | Producer, Recorded By, Mixed By, Programmed By – Commissioner Gordon | |
| | Saxophone – Teodross Avery | |
| | Written-By – Matt Rowe, Stefan Skarbek | |
| 11 | What Is It About Men? | 3:30 |
| | Percussion – Rudy Bird | |
| | Producer, Recorded By, Programmed By, Turntables, Mixed By – Commissioner Gordon | |
| | Saxophone – Teodross Avery | |
| | Trombone – Stafford Hunter | |
| | Trumpet – Tanya Darby | |
| | Written-By – Felix Howard, Luke Smith, Paul Watson | |
| | Written-By, Bass – Delroy "Chris" Cooper* | |
| | Written-By, Drums – Wilburn Squiddley Cole* | |
| | Written-By, Guitar – Earl Chinna Smith* | |
| | Written-By, Organ, Electric Piano [Rhodes] – Donovan Jackson | |
| | Written-By, Percussion – Gordon Williams | |
| 12 | Help Yourself | 5:01 |
| | Mixed By – Cameron Craig | |
| | Organ [Hammond], Organ [Wurlitzer] – Martin Slattery | |
| | Producer, Written-By, Programmed By, Drums, Bass, Guitar, Percussion, Mixed By – Jimmy Hogarth | |
| 13a | Amy Amy Amy | 4:15 |
| | Backing Vocals – Felix Howard | |
| | Producer, Written-By, Trumpet, Backing Vocals – Matt Rowe | |
| | Written-By, Trumpet, Backing Vocals – Stefan Skarbek | |
| 13b | Outro | 0:51 |
| | Backing Vocals – Jeni Fujita | |
| | Organ – Salaam Remi | |
| 13c | Brother | 4:13 |
| 13d | Mr. Magic (Through The Smoke) | 3:57 |

**Videos (4)**   Edit



Amy Winehouse - In My Bed

Amy Winehouse - In My Bed
3:55

Amy Winehouse - Fuck Me Pumps
3:37

Amy Winehouse - Stronger Than Me
3:53

**Lists**   Add to List

playlist by Milkorova
So Much Music, So Little Time by mcr323
Thinkzs 2003 by thinkzs
2018 by sonic_as_fxxk
Credits by JulieTheCutie
Dj Work Album's Discography 1 by work1990

View More Lists →

**Contributors**

krenwick, trebor31, blissfulignorance17, Drama_Ft._Justified, djjimjam, TANMUSHIMUSHI, skaface, pano9000, Kater_Murr, ShireenPeaches, prometheusrussell, carolofharvest, srabbull, att-som, ematag71, Pawel_Re, Tarantxon, Musicabile, venetian-guy, drex75

FEATURED VIDEOS                     Powered



**John Newman 'pauses' music career after suffering…**

John Newman has announced he is 'pausin music career after feeling 'such depression to [his] work', and he has decided to 'walk a on good terms' from his record label Island Records/ Universal.

10 Sec

**Companies, etc.**

Phonographic Copyright (p) – Universal Island Records Ltd.
Copyright (c) – Universal Island Records Ltd.

**Credits**