# Exhibit J

Search artists, albums and more...

Explore ▾     Marketplace ▾     Community ▾          Log In     Register



More Images

### Bastille (4) — Bad Blood

| | |
|---|---|
| Label: | Virgin – B001891702, Virgin – B001891702BK02 |
| Format: | CD, Album |
| Country: | US |
| Released: | 03 Sep 2013 |
| Genre: | Electronic, Rock, Pop |
| Style: | Indie Rock, Indie Pop, Synth-pop |

**Release** [r4879295]

Edit Release
All Versions of this Release
Review Changes

Add to Collection     Add to Wantlist

**Marketplace**     20 For Sale from $1.73

Buy CD     Sell CD

**Tracklist**     Hide Credits

**1   Pompeii                                                                               3:34**
Backing Vocals – Ian Dudfield, Jon Willoughby (2), Josh Platman, Ralph Pelleymounter
Bass – William Farquarson
Drums – Chris 'Woody' Wood*
Keyboards, Programmed By – Mark Crew
Producer – Dan Smith (22), Mark Crew
Vocals, Keyboards, Piano, Programmed By – Dan Smith (22)
Written-By – Dan Smith (22)

**2   Things We Lost In The Fire                                                            4:01**
Bass – William Farquarson
Cello – Richard Phillips (6), Verity Evanson
Drums – Chris 'Woody' Wood*
Keyboards, Programmed By – Mark Crew
Producer – Dan Smith (22), Mark Crew
Strings – Juliet Lee, Sophie Lockett
Viola – Alexandra Urquhart
Violin – Gemma Sharples, Willemijn Steenbakkers
Vocals, Keyboards, Piano, Percussion, Programmed By – Dan Smith (22)
Written-By – Dan Smith (22)

**3   Bad Blood                                                                             3:33**
Keyboards, Programmed By – Mark Crew
Producer – Dan Smith (22), Mark Crew
Vocals, Keyboards, Piano, Programmed By – Dan Smith (22)
Written-By – Dan Smith (22)

**4   Overjoyed                                                                             3:26**
Keyboards, Programmed By – Mark Crew
Producer – Dan Smith (22), Mark Crew
Vocals, Keyboards, Piano, Programmed By – Dan Smith (22)
Written-By – Dan Smith (22)

**5   These Streets                                                                         2:55**
Bass – William Farquarson
Drums – Chris 'Woody' Wood*, Dave De Rose
Keyboards, Programmed By – Mark Crew
Producer – Dan Smith (22), Mark Crew
Vocals, Keyboards, Piano, Percussion, Programmed By – Dan Smith (22)
Written-By – Dan Smith (22)

**6   Weight Of Living, Pt. II                                                              2:55**
Bass – William Farquarson
Drums – Chris 'Woody' Wood*
Keyboards, Programmed By – Mark Crew
Producer – Dan Smith (22), Mark Crew
Vocals, Keyboards, Piano, Programmed By – Dan Smith (22)
Written-By – Dan Smith (22)

**7   Icarus                                                                                3:45**
Bass – William Farquarson
Cello – Verity Evanson
Drums – Chris 'Woody' Wood*
Keyboards, Programmed By – Mark Crew
Producer – Dan Smith (22), Mark Crew

☆☆☆☆☆     Share

**Statistics**

| Have: | 266 | Last Sold: | 16 Mar 19 |
|---|---|---|---|
| Want: | 29 | Lowest: | $1.00 |
| Avg Rating: | 3.9 / 5 | Median: | $2.43 |
| Ratings: | 21 | Highest: | $52.62 |

**Companies, etc.**

Licensed To – Virgin Records
Manufactured By – Virgin Records
Phonographic Copyright (p) – Virgin Records Ltd.
Copyright (c) – Virgin Records Ltd.
Published By – Universal Music Publishing Ltd.
Published By – Bastille Music, Ltd.
Pressed By – Sony DADC – DIDX-1030487
Recorded At – Unit 24
Recorded At – Abbey Road Studios
Mastered At – Gateway Mastering
Glass Mastered At – Sony DADC – DIDX-1030487

**Credits**

A&R – Nick Burgess
Arranged By [Strings] – Dan Smith (22), Mark Crew, Verity Evanson
Management [Worldwide] – Polly Comber Management
Mastered By – Bob Ludwig
Mixed By – Mark Crew (tracks: 3 to 5, 7, 8, 10 to 15), Mark 'Spike Stent* (tracks: 1, 2, 6, 9, 11)
Mixed By [Assisted By] – Matty Green (2) (tracks: 1, 2, 6, 9, 11)
Producer – Dan Smith (22), Mark Crew
Written-By – Dan Smith (22)

**Notes**

℗© 2013 Virgin Records Ltd. under exclusive license to Virgin Records

All tracks © 2013 Published By Universal Music Publishing Ltd. obo Bastille Music, Ltd. (ASCAP)

U.S. album release includes three bonus tracks.

First catalog # appears on spine and disc face. Second catalog # appears on back page of booklet.

Release is packaged in a clear standard jewel case with a clear tray.

**Barcode and Other Identifiers**

Barcode (Printed): 6 02537 47853 8
Barcode (Scanned): 602537478538
Matrix / Runout: DIDX-1030487 1
Mastering SID Code: IFPI L329
Mould SID Code: IFPI 50EE
Mould SID Code (Variant 1): IFPI 5081
Rights Society: ASCAP
ASIN: B00DV3A84G

**Other Versions (5 of 19)**   View All

| Title (Format) | Label | Cat# | Country | Year |
| --- | --- | --- | --- | --- |
| Bad Blood (CD, Album) | Virgin, Virgin | CDV3097, 5099972110720 | UK & Europe | 2013 |
| Bad Blood (CD, Album) | Virgin, Virgin | CDV3097, 5099972110720 | Indonesia | 2013 |
| Bad Blood (CD, Album, MP) | Virgin, Virgin, Virgin | CDV3097, 602537487691 (70), 602537487691 | Greece | 2013 |
| Bad Blood (LP, Album, Ltd, Red) | Virgin, Virgin | V3097, 05099972110713 | UK & Europe | 2019 |
| Bad Blood (13xFile, AAC, Album, 256) | Virgin | none | Canada | 2013 |

**Recommendations**

**Reviews**

Add Review

| | | |
|---|---|---|
| | Vocals, Keyboards, Piano, Percussion, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| 8 | Oblivion | 3:16 |
| | Cello – Verity Evanson | |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Vocals, Keyboards, Piano, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| 9 | Flaws | 3:39 |
| | Drums – Dave De Rose | |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Vocals, Keyboards, Piano, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| 10 | Daniel In The Den | 3:09 |
| | Bass – William Farquarson | |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Vocals, Keyboards, Piano, Percussion, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| 11 | Laura Palmer | 3:06 |
| | Bass – William Farquarson | |
| | Cello – Richard Phillips (6), Verity Evanson | |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Strings – Juliet Lee, Sophie Lockett | |
| | Viola – Alexandra Urquhart | |
| | Violin – Gemma Sharples, Willemijn Steenbakkers | |
| | Vocals, Keyboards, Piano, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| 12 | Get Home | 3:11 |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Vocals, Keyboards, Piano, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| | **Bonus Tracks** | |
| 13 | The Silence | 3:52 |
| | Bass – William Farquarson | |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Violin – Gemma Sharples | |
| | Vocals, Keyboards, Piano, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| 14 | Weight Of Living, Pt. I | 3:27 |
| | Bass – William Farquarson | |
| | Drums – Chris 'Woody' Wood* | |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Vocals, Keyboards, Piano, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |
| 15 | Laughter Lines | 4:02 |
| | Backing Vocals – Chris 'Woody' Wood*, William Farquarson | |
| | Cello – Richard Phillips (6), Verity Evanson | |
| | Keyboards, Programmed By – Mark Crew | |
| | Producer – Dan Smith (22), Mark Crew | |
| | Strings – Juliet Lee, Sophie Lockett | |
| | Viola – Alexandra Urquhart | |
| | Violin – Willemijn Steenbakkers | |
| | Vocals, Keyboards, Piano, Programmed By – Dan Smith (22) | |
| | Written-By – Dan Smith (22) | |

**FEATURED VIDEOS**



**Cat And Toddler Enjoy Poppin Soap Bubbles Together**

This cat was trying to pop the soap bubbles coming out of a machine. At the same time, cute toddler was also standing there holding of the legs of a table. He giggled funnily wat the cat popping the bubbles and himself trie do the same.

### Videos (7)   Edit

**Bastille - Pompeii**

- Bastille - Pompeii — 3:53
- Bastille - Things We Lost In The Fire — 4:21
- Bastille - Bad Blood — 3:34

### Lists

Add to List

View More Lists →

### Contributors

DJzFanzNFreakz, daFigz, LevisGuy569, blackbookpress



### Discogs
About Us
Blog
App
Careers
API
Change Log

### Help Is Here
Help & Support
Forum
Keyboard Shortcuts
Database Guidelines
Discogs Shipping

### Join In
Get Started
Sign Up
Contribute
Add Release
Contributor List
Help Translate
Discogs Events
Advertise With Us

### More Databases
Record Shops
Music Gear
Books
Films
Comics
Posters

### Follow Us
Facebook
Twitter
Instagram
Mixcloud
Soundcloud
Pinterest

© 2020 Discogs®   Show Purposes   Cookie Policy   Terms of Service   Privacy Policy   California Privacy Notice   English