# Exhibit K

# PX-2300

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SR 355-220**

EFFECTIVE DATE OF REGISTRATION

9 / 13 / 2004
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
TITLE: SCISSOR SISTERS
ARTIST: SCISSOR SISTERS    00602498206577   (COMPACT DISC)

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

**2 a** NAME OF AUTHOR ▼
POLYDOR LTD. (UK)

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
SOUND RECORDING/PICTORIAL MATTER

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 02   Day ▶ 02   Year ▶ 04
U.K. ◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
POLYDOR LTD. (UK)
c/o UNIVERSAL RECORDS, A DIV. OF UMG RECORDINGS, INC.
2220 COLORADO AVE.
SANTA MONICA, CA 90404

APPLICATION RECEIVED
SEP 13 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 13 2004
FUNDS RECEIVED

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

UMG_00013471

# PX-7244



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000355220
Search Results: Displaying 1 of 1 entries



*Scissor Sisters / Scissor Sisters.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000355220 / 2004-09-13 |
| **Title:** | Scissor Sisters / Scissor Sisters. |
| **Imprint:** | c2004. |
| **Publisher Number:** | Universal Records B0002772-02 |
| **Description:** | Compact disc. |
| **Notes:** | Photography: Tara Darby, Alan Clarke. |
| **Copyright Claimant:** | © ℗ Polydor, Ltd. (UK) |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2004-02-02 |
| **Authorship on Application:** | sound recording & pictorial matter: Polydor, Ltd. (UK), employer for hire. |
| **Contents:** | Laura -- Take your mama -- Comfortably numb -- Mary -- Lovers in the backseat -- Tits on the radio -- Filthy/Gorgeous -- Music is the victim -- Better luck -- It can't come quickly enough -- Return ot Oz. |
| **Names:** | Darby, Tara |
| | Clarke, Alan |
| | Scissor Sisters |
| | Polydor, Ltd. |
| | Scissor Sisters |



Save, Print and Email (Help Page)
Select Download Format Full Record   Format for Print/Save
Enter your email address:
Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

Plaintiffs_00007244