# Exhibit L



Search artists, albums and more...   Explore ▾   Marketplace ▾   Community ▾   🛒   Log In   Register



More Images

## Scissor Sisters – Scissor Sisters

| | |
|---|---|
| Label: | Universal Music – 986 606-8, Polydor – 986 606-8 |
| Format: | CD, Album |
| Country: | Indonesia |
| Released: | 2004 |
| Genre: | Electronic |
| Style: | House, Electro, Downtempo, Disco |

**Release**   [r10436828]

Edit Release
All Versions of this Release
New Submission

Add to Collection    Add to Wantlist

**Marketplace**    3 For Sale from $2.62

Buy CD    Sell CD

### Tracklist                                                            Hide Credits

| 1 | Laura | 3:36 |
|---|---|---|
| | Saxophone – Crispin Cioe | |
| 2 | Take Your Mama | 4:31 |
| 3 | Comfortably Numb | 4:26 |
| | Bass – Ayan Pal | |
| | Written By – David Gilmour, Roger Waters | |
| 4 | Mary | 4:40 |
| | Saxophone – Crispin Cioe | |
| 5 | Lovers In The Backseat | 3:18 |
| 6 | Tits On The Radio | 3:14 |
| 7 | Filthy/Gorgeous | 3:47 |
| | Bass – Ayan Pal | |
| 8 | Music Is The Victim | 2:57 |
| 9 | Better Luck | 3:08 |
| 10 | It Can't Come Quickly Enough | 4:39 |
| 11 | Return To Oz | 5:08 |
| | Organ – Paul Leschen | |

FEATURED VIDEOS                                                    Powered



10 Sec

**Def Leppard - You Think You Know Classic Rock?**

If you're new, Subscribe! → http://bit.ly/subs classic-rockTest your Def Leppard knowledg with the little-known facts on our latest video here → http://ultimateclassicrock.com/Like u https://www.facebook.com/ultimateclassicro ow us → https://twitter.com/UltClassicRock( our newsletter → http://ultimateclassicrock.com/newsletter/

☆☆☆☆☆    Share

### Credits

Arranged By [Strings], Violin – Joan Wasser
Piano – Paul Leschen (tracks: 1 to 4, 8, 11)

### Notes

Optical Universal Music Sticker on Front cover
Universal Music etched onto Jewel Case at hinge
Made in Indonesia - printed at top of CD

### Barcode and Other Identifiers

**Statistics**

| Have: | 9 | Last Sold: | Never |
|---|---|---|---|
| Want: | 7 | Lowest: | -- |
| Avg Rating: | 2.5 / 5 | Median: | -- |
| Ratings: | 2 | Highest: | -- |

Barcode: 6 02498 66068 3
Matrix / Runout: 986606.8 6207102734
Mastering SID Code: IFPL L479
Mould SID Code: IFPL J587

**Videos (5)**   Edit



Scissor Sisters - It Can't Come Quic...

**Other Versions (5 of 43)**   View All

| Title (Format) | Label | Cat# | Country | Year |
| --- | --- | --- | --- | --- |
| Scissor Sisters (CD, Album, S/Edition) | Polydor | 986 605-8 | UK | 2004 |
| Scissor Sisters (CD, Album, Unofficial) | Polydor (2), Polydor (2) | BR0332, 986 606-8 | China | 2004 |
| Scissor Sisters (CD, Album, Unofficial) | Polydor (2) | 986 606-7 | Europe | 2004 |
| Scissor Sisters (Cass, Album) | Polydor | 986606-9 | Malaysia | 2003 |
| Scissor Sisters (CD, Album) | Polydor | UICP-1055 | Japan | 2004 |

**Scissor Sisters - It Can't Come Quick Enough**  3:33
**scissor sisters - laura**  3:16
**Scissor Sisters - Take Your Mama**  3:41

**Reviews**

Add Review

**Lists**

Add to List

View More Lists →

**Contributors**

rumoody, Aquacrash_Dj



### Discogs
About Us
Blog
App
Careers
API
Change Log

### Help Is Here
Help & Support
Forum
Keyboard Shortcuts
Database Guidelines
Discogs Shipping

### Join In
Get Started
Sign Up
Contribute
Add Release
Contributor List
Help Translate
Discogs Events
Advertise With Us

### More Databases
Record Shops
Music Gear
Books
Films
Comics
Posters

### Follow Us
Facebook
Twitter
Instagram
Mixcloud
Soundcloud
Pinterest

© 2020 Discogs®   Show Purposes   Cookie Policy   Terms of Service   Privacy Policy   California Privacy Notice   English