UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Seal (ECF No. 713), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal portions of Cox's Post-Trial Response Brief Regarding Derivative and Dropped Works Exhibits C and D thereto, the Court Orders that the memorandum and these exhibits shall remain under seal.

ENTERED this ____ day of _____, 2020.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia