UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, the exhibits to Cox's Post-Trial Response Brief Regarding Derivative and Dropped Works, which were filed with the Court on a hard drive pursuant to the Order at ECF 710, were delivered to the following counsel of record via secure file transfer protocol ("FTP"):

Scott Zebrak
Matt Oppenheim
Jeff Gould
Andrew Guerra
Oppenheim + Zebrak LLP
4530 Wisconsin Ave NW, 5th Fl.
Washington, DC 20016
Phone: (202) 480-2999
Fax: (866) 766-1678
Email: Scott@oandzlaw.com
Email: Matt@oandzlaw.com
Email: Jeff@oandzlaw.com
Email: Andrew@oandzlaw.com

Dated: August 3, 2020

Respectfully submitted,

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5787

Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc.
and CoxCom, LLC*