**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

SONY MUSIC ENTERTAINMENT, *et al.*,

      Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

      Defendants.

Case No. 1:18-cv-00950-LO-JFA

## [~~PROPOSED~~] ORDER

UPON CONSIDERATION of Cox's Motion to Seal (ECF No. 713), which seeks the Court's leave to file under seal portions of Cox's Post-Trial Response Brief Regarding Derivative and Dropped Works (ECF No. 711), and Exhibits C and D thereto (ECF Nos. 711-10, 711-11), which cite to, discuss, or disclose information that Cox has designated as "Highly Confidential – Attorneys' Eyes Only" or "Confidential" under the Stipulated Protective Order (ECF No. 58), and finding that proper notices have been given, that sealing is warranted, ^FOR THE REASONS STATED IN PLAINTIFFS' MEMORANDUM (DKT NO.716) and no alternative will suffice, it is hereby

ORDERED that the motion is GRANTED and these documents shall remain under seal until further order of the Court.

ENTERED this 11st day of August, 2020.

Alexandria, Virginia

                               /s/

                         John F. Anderson
               United States Magistrate Judge