# Exhibit A

Exhibit A: 176 Specific Works For Which Cox's Challenge Fails

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Schedule 1 (Ex. 27) | | | 50 Ways To Say Goodbye | Train | 2886 | 4 | Title Match Only (Section II.B.1 of Opp.) | |
| 2 | Schedule 1 (Ex. 29) | | | 9 Piece | Rick Ross | 5131 | 608 | Title Match Only (Section II.B.1 of Opp.) | |
| 3 | Schedule 1 (Ex. 31) | | | A Capella (Something's Missing) | Brandy | 996 | 609 | Title Match Only (Section II.B.1 of Opp.) | |
| 4 | Schedule 1 (Ex. 39) | | | A Welcome Burden | Disturbed | 6344 | 2463 | Title Match Only (Section II.B.1 of Opp.) | |
| 5 | Schedule 1 (Ex. 46) | | | Across The World | Pitbull featuring B.O.B. | 2588 | 380 | Title Match Only (Section II.B.1 of Opp.) | |
| 6 | Schedule 1 (Ex. 57) | | | All About Tonight | Blake Shelton | 6257 | 492 | Title Match Only (Section II.B.1 of Opp.) | |
| 7 | Schedule 1 (Ex. 61) | | | All Back | Chris Brown | 1249 | 1570 | Title Match Only (Section II.B.1 of Opp.) | |
| 8 | Schedule 1 (Ex. 67) | | | All I Want For Christmas Is You (SuperFestive!) Duet with Mariah Carey | Justin Bieber | 4505 | 1034 | Title Match Only (Section II.B.1 of Opp.) | |
| 9 | Schedule 1 (Ex. 82) | | | All Your Reasons | Matchbox Twenty | 5722 | 8 | Title Match Only (Section II.B.1 of Opp.) | |
| 10 | Schedule 1 (Ex. 101) | | | Angel Eyes | Love and Theft | 2119 | 198 | Title Match Only (Section II.B.1 of Opp.) | |
| 11 | Schedule 1 (Ex. 110) | | | Anything (To Find You) | Monica Featuring Rick Ross | 2340 | 363 | Title Match Only (Section II.B.1 of Opp.) | |
| 12 | Schedule 1 (Ex. 113) | | | Apologize | Timbaland | 5364 | 622 | Title Match Only (Section II.B.1 of Opp.) | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 13 | Schedule 1 (Ex. 117) | | | Architects | Rise Against | 5241 | 623 | Title Match Only (Section II.B.1 of Opp.) | |
| 14 | Schedule 1 (Ex. 152) | | | Bad Blood | Bastille | 3236 | 1833 | Title Match Only (Section II.B.1 of Opp.) | |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 15 | Schedule 1 (Ex. 174) | | | Be The One | Hootie & The Blowfish | 5608 | 10 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 16 | Schedule 1 (Ex. 175) | | | Be Your Everything | Boys Like Girls | 919 | 202 | Title Match Only (Section II.B.1 of Opp.) | |
| 17 | Schedule 1 (Ex. 198) | | | Better Days | Faith Hill | 6411 | 1582 | Title Match Only (Section II.B.1 of Opp.) | |
| 18 | Schedule 1 (Ex. 222) | | | Blood On The Leaves | Kanye West | 4545 | 2057 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 19 | Schedule 1 (Ex. 226) | | | Blue Clear Sky | George Strait | 4229 | 2023 | Title Match Only (Section II.B.1 of Opp.) | |
| 20 | Schedule 1 (Ex. 228) | | | Bodies | CeeLo Green | 6024 | 208 | Title Match Only (Section II.B.1 of Opp.) | |
| 21 | Schedule 1 (Ex. 284) | | | Call Me | Shinedown | 5858 | 499 | Title Match Only (Section II.B.1 of Opp.) | |
| 22 | Schedule 1 (Ex. 299) | | | Can't Stop Me Now | Pitbull | 2556 | 650 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 23 | Schedule 1 (Ex. 303) | | | Carry Out | Timbaland | 5366 | 2075 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 24 | Schedule 1 (Ex. 325) | | | Chemicals Collide | Boys Like Girls | 922 | 548 | Title Match Only (Section II.B.1 of Opp.) | |
| 25 | Schedule 1 (Ex. 346) | | | Closer | Kings Of Leon | 2046 | 2407 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 26 | Schedule 1 (Ex. 359) | | | Come A Little Closer | Brandy | 5462 | 2084 | Title Match Only (Section II.B.1 of Opp.) | |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 27 | Schedule 1 (Ex. 384) | | | Crazy | Simple Plan | 5880 | 2557 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 28 | Schedule 1 (Ex. 386) | | | Crazy in Love | Beyoncé | 781 | 1996 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 29 | Schedule 1 (Ex. 389) | | | Crenshaw Punch / I'll Throw Rocks At You | Deftones | 6303 | 2558 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 30 | Schedule 1 (Ex. 395) | | | Cry Baby | CeeLo Green | 6026 | 215 | Title Match Only (Section II.B.1 of Opp.) | |
| 31 | Schedule 1 (Ex. 399) | | | Daddy's Little Girl | Pitbull featuring Slim | 2596 | 216 | Title Match Only (Section II.B.1 of Opp.) | |
| 32 | Schedule 1 (Ex. 439) | | | Dirt | Mary Mary | 2195 | 29 | Title Match Only (Section II.B.1 of Opp.) | |
| 33 | Schedule 1 (Ex. 487) | | | Down With The King | RUN-DMC | 486 | 577 | Title Match Only (Section II.B.1 of Opp.) | |
| 34 | Schedule 1 (Ex. 490) | | | Downtown | Lady Antebellum | 3419 | 894 | Title Match Only (Section II.B.1 of Opp.) | |
| 35 | Schedule 1 (Ex. 506) | | | Drones In The Valley | Cage The Elephant | 1107 | 665 | Title Match Only (Section II.B.1 of Opp.) | |
| 36 | Schedule 1 (Ex. 514) | | | Ease Off The Liquor | Timbaland | 5367 | 2108 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 37 | Schedule 1 (Ex. 529) | | | Energy | Keri Hilson | 4625 | 367 | Title Match Only (Section II.B.1 of Opp.) | |
| 38 | Schedule 1 (Ex. 549) | | | Everything Ends | Slipknot | 6197 | 40 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |

Case 1:18-cv-00950-PTG-JFA   Document 718-1   Filed 10/02/20   Page 5 of 16 PageID# 31975
Exhibit A: 176 Specific Works For Which Cox's Challenge Fails

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 39 | Schedule 1 (Ex. 552) | | | Everytime | Simple Plan | 5881 | 2602 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 40 | Schedule 1 (Ex. 562) | | | Fading | Rihanna | 5185 | 225 | Title Match Only (Section II.B.1 of Opp.) | |
| 41 | Schedule 1 (Ex. 566) | | | Fallin' | Alicia Keys | 13 | 226 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 42 | Schedule 1 (Ex. 590) | | | Flaws | Bastille | 3240 | 1853 | Title Match Only (Section II.B.1 of Opp.) | |
| 43 | Schedule 1 (Ex. 642) | | | Get Out Of This Town | Carrie Underwood | 1143 | 3151 | Title Match Only (Section II.B.1 of Opp.) | |
| 44 | Schedule 1 (Ex. 644) | | | Get To Me | Lady Antebellum | 3422 | 404 | Title Match Only (Section II.B.1 of Opp.) | |
| 45 | Schedule 1 (Ex. 662) | | | Give A Little More | Maroon 5 | 4939 | 1282 | Title Match Only (Section II.B.1 of Opp.) | |
| 46 | Schedule 1 (Ex. 669) | | | Go | Boys Like Girls | 927 | 50 | Title Match Only (Section II.B.1 of Opp.) | |
| 47 | Schedule 1 (Ex. 689) | | | Good Woman Bad | Josh Turner | 4468 | 915 | Title Match Only (Section II.B.1 of Opp.) | |
| 48 | Schedule 1 (Ex. 746) | | | Heartland | George Strait | 4246 | 2654 | Title Match Only (Section II.B.1 of Opp.) | |
| 49 | Schedule 1 (Ex. 750) | | | Help Is On The Way | Rise Against | 5245 | 691 | Title Match Only (Section II.B.1 of Opp.) | |
| 50 | Schedule 1 (Ex. 763) | | | Hey Hey What Can I Do? | Hootie & The Blowfish | 5609 | 2660 | Title Match Only (Section II.B.1 of Opp.) | |
| 51 | Schedule 1 (Ex. 781) | | | Homewrecker | Gretchen Wilson | 1648 | 1644 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 52 | Schedule 1 (Ex. 783) | | | Honey Bee | Blake Shelton | 6272 | 519 | Title Match Only (Section II.B.1 of Opp.) | |
| 53 | Schedule 1 (Ex. 797) | | | How Far We've Come | Matchbox Twenty | 5744 | 60 | Title Match Only (Section II.B.1 of Opp.) | |
| 54 | Schedule 1 (Ex. 825) | | | I Can't Wait | Akon | 3586 | 1445 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 55 | Schedule 1 (Ex. 829) | | | I Cross My Heart | George Strait | 4249 | 2419 | Title Match Only (Section II.B.1 of Opp.) | |
| 56 | Schedule 1 (Ex. 844) | | | I Gotta Feeling | Black Eyed Peas | 3761 | 65 | Title Match Only (Section II.B.1 of Opp.) | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 57 | Schedule 1 (Ex. 871) | | | If Drinkin' Don't Kill Me (Her Memory Will) | George Jones | 1623 | 2178 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 58 | Schedule 1 (Ex. 875) | | | If I Fall | Matchbox Twenty | 5748 | 73 | Title Match Only (Section II.B.1 of Opp.) | |
| 59 | Schedule 1 (Ex. 877) | | | If I Ruled The World | Big Time Rush | 835 | 700 | Title Match Only (Section II.B.1 of Opp.) | |
| 60 | Schedule 1 (Ex. 884) | | | If You Only Knew | Shinedown | 5865 | 522 | Title Match Only (Section II.B.1 of Opp.) | |
| 61 | Schedule 1 (Ex. 889) | | | I'll Believe You When | Matchbox Twenty | 5747 | 69 | Title Match Only (Section II.B.1 of Opp.) | |
| 62 | Schedule 1 (Ex. 903) | | | I'm Running | Mary Mary | 2199 | 70 | Title Match Only (Section II.B.1 of Opp.) | |
| 63 | Schedule 1 (Ex. 919) | | | In One Ear | Cage The Elephant | 1110 | 701 | Title Match Only (Section II.B.1 of Opp.) | |
| 64 | Schedule 1 (Ex. 950) | | | It Matters To Me | Faith Hill | 6432 | 2024 | Title Match Only (Section II.B.1 of Opp.) | |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 65 | Schedule 1 (Ex. 977) | | | Jump | Simple Plan | 5889 | 2704 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 66 | Schedule 1 (Ex. 999) | | | Kashmir | Led Zeppelin | 5686 | 2707 | Title Match Only (Section II.B.1 of Opp.) | |
| 67 | Schedule 1 (Ex. 1006) | | | Kisses Don't Lie | Rihanna | 5196 | 1109 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 68 | Schedule 1 (Ex. 1028) | | | Latch | Disclosure | 3910 | 1876 | Title Match Only (Section II.B.1 of Opp.) | |
| 69 | Schedule 1 (Ex. 1029) | | | Laura Palmer | Bastille | 3246 | 1877 | Title Match Only (Section II.B.1 of Opp.) | |
| 70 | Schedule 1 (Ex. 1038) | | | Left Behind | Slipknot | 6202 | 83 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 71 | Schedule 1 (Ex. 1055) | | | Life Of The Party | Boys Like Girls | 935 | 86 | Title Match Only (Section II.B.1 of Opp.) | |
| 72 | Schedule 1 (Ex. 1067) | | | Lil Freak | Usher feat. Nicki Minaj | 2917 | 559 | Title Match Only (Section II.B.1 of Opp.) | |
| 73 | Schedule 1 (Ex. 1095) | | | Lose Control (Featuring JoJo) | Timbaland | 5371 | 3273 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 74 | Schedule 1 (Ex. 1110) | | | Love Drunk | Boys Like Girls | 936 | 93 | Title Match Only (Section II.B.1 of Opp.) | |
| 75 | Schedule 1 (Ex. 1168) | | | Marvin & Chardonnay | Big Sean | 3725 | 2224 | | Documents Outside Trial Record (Section II.B.2 of Opp.) |
| 76 | Schedule 1 (Ex. 1201) | | | Misery | Maroon 5 | 4953 | 1318 | Title Match Only (Section II.B.1 of Opp.) | |
| 77 | Schedule 1 (Ex. 1205) | | | Miss You Being Gone | The Band Perry | 5309 | 431 | Title Match Only (Section II.B.1 of Opp.) | |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | Schedule 1 (Ex. 1221) | | | More Than This | One Direction | 2391 | 1886 | Title Match Only (Section II.B.1 of Opp.) | | |
| 79 | Schedule 1 (Ex. 1222) | | | Morning After Dark (Featuring Nelly Furtado & SoShy) | Timbaland | 5373 | 3276 | Title Match Only (Section II.B.1 of Opp.) | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 80 | Schedule 1 (Ex. 1236) | | Schedule 5 (58) | Mr. Worldwide (Intro) | Pitbull Featuring Vein | 2600 | 753 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 81 | Schedule 1 (Ex. 1250) | | | My Fondest Childhood Memories | Macy Gray | 2152 | 100 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 82 | Schedule 1 (Ex. 1273) | | | Never Ever | Ciara | 1305 | 2239 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 83 | Schedule 1 (Ex. 1278) | | | Never Took The Time | Akon | 3588 | 759 | Title Match Only (Section II.B.1 of Opp.) | | |
| 84 | Schedule 1 (Ex. 1279) | | | New God Flow | Pusha T | 5129 | 1988 | Title Match Only (Section II.B.1 of Opp.) | | |
| 85 | Schedule 1 (Ex. 1310) | | | Nobody's Fault But Mine | Led Zeppelin | 5688 | 2775 | Title Match Only (Section II.B.1 of Opp.) | | |
| 86 | Schedule 1 (Ex. 1358) | | | One More Night | Maroon 5 | 4959 | 1333 | Title Match Only (Section II.B.1 of Opp.) | | |
| 87 | Schedule 1 (Ex. 1389) | | | Over The Hills And Far Away | Led Zeppelin | 5689 | 2800 | Title Match Only (Section II.B.1 of Opp.) | | |
| 88 | Schedule 1 (Ex. 1453) | | Schedule 5 (48) | Pontoon | Little Big Town | 4842 | 446 | Title Match Only (Section II.B.1 of Opp.) | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 89 | Schedule 1 (Ex. 1477) | | | Pucker Up | Ciara | 1306 | 450 | Title Match Only (Section II.B.1 of Opp.) | | |
| 90 | Schedule 1 (Ex. 1481) | | | Quando, Quando, Quando (with Nelly Furtado) | Michael Bublé | 6616 | 2829 | Title Match Only (Section II.B.1 of Opp.) | | |

| | Cox Submission (Schedules from Cox Brief) | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | | |
|---|---|---|---|---|---|---|---|---|---|
| 91 | Schedule 1 (Ex. 1504) | | Real Thing | Boys Like Girls | 939 | 552 | Title Match Only (Section II.B.1 of Opp.) | | |
| 92 | Schedule 1 (Ex. 1505) | | Real World | Matchbox Twenty | 5762 | 349 | Title Match Only (Section II.B.1 of Opp.) | | |
| 93 | Schedule 1 (Ex. 1523) | | Rest Stop | Matchbox Twenty | 5763 | 350 | Title Match Only (Section II.B.1 of Opp.) | | |
| 94 | Schedule 1 (Ex. 1548) | | Rock That Body | Black Eyed Peas | 3774 | 124 | Title Match Only (Section II.B.1 of Opp.) | | |
| 95 | Schedule 1 (Ex. 1583) | | Satisfied | CeeLo Green | 6034 | 269 | Title Match Only (Section II.B.1 of Opp.) | | |
| 96 | Schedule 1 (Ex. 1587) | | Say Something (Featuring Drake) | Timbaland | 5374 | 2289 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 97 | Schedule 1 (Ex. 1591) | | Scared Of Beautiful | Brandy | 1011 | 806 | Title Match Only (Section II.B.1 of Opp.) | | |
| 98 | Schedule 1 (Ex. 1595) | | Second Chance | Shinedown | 5871 | 533 | Title Match Only (Section II.B.1 of Opp.) | | |
| 99 | Schedule 1 (Ex. 1630) | | She's Got A Boyfriend Now | Boys Like Girls | 941 | 129 | Title Match Only (Section II.B.1 of Opp.) | | |
| 100 | Schedule 1 (Ex. 1651) | | Sin With A Grin | Shinedown | 5872 | 534 | Title Match Only (Section II.B.1 of Opp.) | | |
| 101 | Schedule 1 (Ex. 1680) | | So Much Like My Dad | George Strait | 4274 | 1978 | Title Match Only (Section II.B.1 of Opp.) | | |
| 102 | Schedule 1 (Ex. 1690) | | Somebody Stand By Me | Faith Hill | 6449 | 2892 | Title Match Only (Section II.B.1 of Opp.) | | |
| 103 | Schedule 1 (Ex. 1696) | Schedule 5 (30) | Someone To Watch Over Me | Amy Winehouse | 3633 | 2893 | Title Match Only (Section II.B.1 of Opp.) | Documents Outside Trial Record (Section II.B.2 of Opp.) | Speculation Based on Charter (Section III.B.3 of Opp.) |

| | Cox Submission (Schedules from Cox Brief) | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | | |
|---|---|---|---|---|---|---|---|---|---|
| 104 | Schedule 1 (Ex. 1698) | Schedule 5 (57) | Something For The DJs | Pitbull | 2571 | 823 | Title Match Only (Section II.B.1 of Opp.) | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 105 | Schedule 1 (Ex. 1710) | | Sound Of Madness | Shinedown | 5874 | 535 | Title Match Only (Section II.B.1 of Opp.) | | |
| 106 | Schedule 1 (Ex. 1777) | | Survival | Eminem | 4085 | 1231 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 107 | Schedule 1 (Ex. 1815) | | Tell Me What Your Name Is | Ciara | 1309 | 2918 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 108 | Schedule 1 (Ex. 1826) | | Text Me Texas | Chris Young | 1296 | 1745 | Title Match Only (Section II.B.1 of Opp.) | | |
| 109 | Schedule 1 (Ex. 1848) | | The Chair | George Strait | 4277 | 1747 | Title Match Only (Section II.B.1 of Opp.) | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 110 | Schedule 1 (Ex. 1851) | | The Crow & The Butterfly | Shinedown | 5876 | 539 | Title Match Only (Section II.B.1 of Opp.) | | |
| 111 | Schedule 1 (Ex. 1860) | | The First Time | Boys Like Girls | 947 | 157 | Title Match Only (Section II.B.1 of Opp.) | | |
| 112 | Schedule 1 (Ex. 1867) | | The Heretic Anthem | Slipknot | 6212 | 158 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 113 | Schedule 1 (Ex. 1872) | | The More Boys I Meet | Carrie Underwood | 1164 | 470 | Title Match Only (Section II.B.1 of Opp.) | | |
| 114 | Schedule 1 (Ex. 1879) | | The One I Love (Featuring Keri Hilson & D.O.E.) | Timbaland | 5376 | 3279 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 115 | Schedule 1 (Ex. 1894) | | The Shot Heard 'Round The World | Boys Like Girls | 949 | 162 | Title Match Only (Section II.B.1 of Opp.) | | |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 116 | Schedule 1 (Ex. 1903) | | | The Time (Dirty Bit) | Black Eyed Peas | 3780 | 848 | Title Match Only (Section II.B.1 of Opp.) | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 117 | Schedule 1 (Ex. 1909) | | | The Way You Love Me | Faith Hill | 6459 | 3036 | Title Match Only (Section II.B.1 of Opp.) | | |
| 118 | Schedule 1 (Ex. 1918) | | | These Hard Times | Matchbox Twenty | 5770 | 163 | Title Match Only (Section II.B.1 of Opp.) | | |
| 119 | Schedule 1 (Ex. 1925) | | | Things We Lost in the Fire (Abbey Road Sessions) | Bastille | 3260 | 1914 | Title Match Only (Section II.B.1 of Opp.) | | |
| 120 | Schedule 1 (Ex. 1937) | | | This Kiss | Carly Rae Jepsen | 3832 | 474 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 121 | Schedule 1 (Ex. 1972) | | | Tomorrow In The Bottle (Featuring Chad Kroeger & Sebastian) | Timbaland | 5378 | 2341 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 122 | Schedule 1 (Ex. 1979) | | | Torn Down | Brandy | 1016 | 860 | Title Match Only (Section II.B.1 of Opp.) | | |
| 123 | Schedule 1 (Ex. 1984) | | | Trampled Underfoot | Led Zeppelin | 5691 | 2957 | Title Match Only (Section II.B.1 of Opp.) | | |
| 124 | Schedule 1 (Ex. 2024) | | | Undertow (Featuring The Fray & Esthero) | Timbaland | 5379 | 170 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 125 | Schedule 1 (Ex. 2030) | | | until | Musiq Soulchild | 5786 | 360 | Title Match Only (Section II.B.1 of Opp.) | | |
| 126 | Schedule 1 (Ex. 2084) | | | We Belong To The Music (Featuring Miley Cyrus) | Timbaland | 5380 | 2361 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 127 | Schedule 1 (Ex. 2095) | | | What A Shame | Shinedown | 5878 | 545 | Title Match Only (Section II.B.1 of Opp.) | | |
| 128 | Schedule 1 (Ex. 2108) | | | What Makes You Beautiful | One Direction | 2404 | 483 | Title Match Only (Section II.B.1 of Opp.) | | |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 129 | Schedule 1 (Ex. 2156) | | | Why Don't We Just Dance | Josh Turner | 4499 | 880 | Title Match Only (Section II.B.1 of Opp.) | | |
| 130 | | Schedule 3 (Ex. 2203) | | You Look So Good In Love | George Strait | 4290 | 2448 | Title Match Only (Section II.B.1 of Opp.) | | |
| 131 | | Schedule 3 (Ex. 2207) | | You Will Be Mine | Faith Hill | 6472 | 2025 | Title Match Only (Section II.B.1 of Opp.) | | |
| 132 | | Schedule 3 (Ex. 2219) | | Round Midnight | Kenny G | 442 | 2854 | Title Match Only (Section II.B.1 of Opp.) | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 133 | | Schedule 3 (Ex. 2220) | | Tonight Tonight | Hot Chelle Rae | 1682 | 858 | Title Match Only (Section II.B.1 of Opp.) | | |
| 134 | | Schedule 3 (Ex. 2282) | | Me Against The World | Simple Plan | 5890 | 2738 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 135 | | Schedule 3 (Ex. 2285) | | Merry Go Round | Puddle Of Mudd | 5114 | 2741 | | Documents Outside Trial Record (Section II.B.2 of Opp.) | |
| 136 | | | Schedule 5 (2) | Fool For You | CeeLo Green | 6027 | n/a | | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 137 | | | Schedule 5 (4) | Buddah Lovaz | Bone Thugs N Harmony | 889 | n/a | | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 138 | | | Schedule 5 (7) | Da Introduction | Bone Thugs N Harmony | 892 | n/a | | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 139 | | | Schedule 5 (8) | Die Die Die | Bone Thugs N Harmony | 893 | n/a | | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 140 | | | Schedule 5 (10) | Ecstasy | Bone Thugs N Harmony | 895 | n/a | | | Speculation Based on Charter (Section III.B.3 of Opp.) |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 141 | | | Schedule 5 (12) | Get'Cha Thug On | Bone Thugs N Harmony | 897 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 142 | | | Schedule 5 (13) | Home | Bone Thugs N Harmony | 898 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 143 | | | Schedule 5 (14) | Land Of Tha Heartless | Bone Thugs N Harmony | 899 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 144 | | | Schedule 5 (15) | Look Into My Eyes | Bone Thugs N Harmony | 900 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 145 | | | Schedule 5 (17) | Money, Money | Bone Thugs N Harmony | 902 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 146 | | | Schedule 5 (19) | Mr. Quija 2 | Bone Thugs N Harmony | 904 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 147 | | | Schedule 5 (20) | No Shorts, No Losses | Bone Thugs N Harmony | 905 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 148 | | | Schedule 5 (21) | Resurrection (Paper, Paper) | Bone Thugs N Harmony | 906 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 149 | | | Schedule 5 (23) | Tha Crossroads | Bone Thugs N Harmony | 885 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 150 | | | Schedule 5 (24) | Thuggish Ruggish Bone | Bone Thugs N Harmony | 884 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 151 | | | Schedule 5 (25) | Weed Song | Bone Thugs N Harmony | 908 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 152 | | | Schedule 5 (26) | Thug Luv | Bone Thugs N Harmony feat. 2Pac | 886 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 153 | | | Schedule 5 (27) | Get Up & Get It | Bone Thugs N Harmony feat. Felecia Lindsey and 3LW | 887 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 154 | | | Schedule 5 (29) | The Imperial March from The Empire Strikes Back | John Williams | 1892 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 155 | | | Schedule 5 (31) | Bad Blood (Live Piano Version) | Bastille | 3237 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 156 | | | Schedule 5 (32) | Lay Down Sally | Eric Clapton | 4112 | n/a | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 157 | | | Schedule 5 (33) | Retro, Dance, Freak | Lady Gaga | 4732 | n/a | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 158 | | | Schedule 5 (34) | Who We Are | Lifehouse | 4840 | n/a | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 159 | | | Schedule 5 (35) | Party Rock Anthem | LMFAO | 4872 | n/a | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 160 | | | Schedule 5 (46) | Get It Get It | Scissor Sisters | 5281 | n/a | | Speculation Based on Charter (Section III.B.3 of Opp.) |
| 161 | | | Schedule 5 (49) | Drive Me Wild | n/a | n/a | 974 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 162 | | | Schedule 5 (50) | Rabiosa (Spanish Version) | n/a | n/a | 1345 | | Speculation Based on Charter (Section III.B.2 of Opp.) |

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | |
|---|---|---|---|---|---|---|---|---|---|
| 163 | | | Schedule 5 (51) | Rabiosa (English Version) | n/a | n/a | 1344 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 164 | | | Schedule 5 (52) | Loca | n/a | n/a | 1309 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 165 | | | Schedule 5 (53) | Don't Get Me Started | n/a | n/a | 1066 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 166 | | | Schedule 5 (62) | Girls Fall Like Dominoes | n/a | n/a | 681 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 167 | | | Schedule 5 (63) | Best Of Times | n/a | n/a | 639 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 168 | | | Schedule 5 (68) | These Arms Of Mine | n/a | n/a | 1754 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 169 | | | Schedule 5 (69) | Fa-Fa-Fa-Fa-Fa (Sad Song) | n/a | n/a | 1612 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 170 | | | Schedule 5 (70) | You Don't Miss Your Water | n/a | n/a | 1790 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 171 | | | Schedule 5 (71) | I Got The Will | n/a | n/a | 1655 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 172 | | | Schedule 5 (72) | Power Of Love / Love Power | n/a | n/a | 938 | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 173 | | | Schedule 5 (73) | Trick Or Treat | n/a | n/a | 1766 | | Speculation Based on Charter (Section III.B.2 of Opp.) |

Exhibit A: 176 Specific Works For Which Cox's Challenge Fails

| | Cox Submission (Schedules from Cox Brief) | | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) | Reason(s) to Reject Cox's Argument (Citation to Plaintiffs' Brief) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 174 | | | Schedule 5 (84) | How Come You Don't Call Me (Neptunes Remix) | n/a | n/a | 1291 | | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 175 | | | Schedule 5 (87) | New York Minute: Vacation | n/a | n/a | 2765 | | | Speculation Based on Charter (Section III.B.2 of Opp.) |
| 176 | | | Schedule 5 (88) | Tommie Sunshine's Megasix Smash Up | n/a | n/a | 2952 | | | Speculation Based on Charter (Section III.B.2 of Opp.) |