# Exhibit B

**Exhibit B: Forty-Seven *Charter* Works That Cox Double Counts in Schedule 1 and Schedule 5**

|  | Cox Submission (Schedules from Cox Brief) | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) |
|---|---|---|---|---|---|---|
| 1 | Schedule 1 (Ex. 16) | Schedule 5 (3) | 1st Of Tha Month | Bone Thugs-N-Harmony | 888 | 1995 |
| 2 | (Schedule 1 (Ex. 267) | Schedule 5 (82) | Build You Up | 50 Cent | 3542 | 1587 |
| 3 | Schedule 1 (Ex. 293) | Schedule 5 (77) | Candy Shop | 50 Cent | 3543 | 1589 |
| 4 | Schedule 1 (Ex. 341) | Schedule 5 (5) | Cleveland Is The City (Explicit) | Bone Thugs-n-Harmony | 890 | 20 |
| 5 | Schedule 1 (Ex. 390) | Schedule 5 (6) | Crept And We Came | Bone Thugs-N-Harmony | 891 | 1593 |
| 6 | Schedule 1 (Ex. 443) | Schedule 5 (67) | Disco Inferno | 50 Cent | 3545 | 1220 |
| 7 | Schedule 1 (Ex. 515) | Schedule 5 (9) | East 1999 | Bone Thugs-N-Harmony | 894 | 1604 |
| 8 | Schedule 1 (Ex. 536) | Schedule 5 (11) | Eternal | Bone Thugs-N-Harmony | 896 | 1607 |
| 9 | Schedule 1 (Ex. 541) | Schedule 5 (66) | Every Position | R. Kelly | 2603 | 1427 |
| 10 | Schedule 1 (Ex. 603) | Schedule 5 (28) | For Tha Love Of $ | Bone Thugs-N-Harmony with Eazy-E | 909 | 913 |
| 11 | Schedule 1 (Ex. 728) | Schedule 5 (36) | Harder To Breathe | Maroon 5 | 4941 | 1286 |
| 12 | Schedule 1 (Ex. 731) | Schedule 5 (85) | Hate It Or Love It | 50 Cent | 3550 | 1635 |
| 13 | Schedule 1 (Ex. 803) | Schedule 5 (47) | Human | Brandy | 1002 | 63 |
| 14 | Schedule 1 (Ex. 812) | Schedule 5 (83) | Hustler's Ambition | 50 Cent | 3551 | 1647 |

Exhibit B: Forty-Seven *Charter* Works That Cox Double Counts in Schedule 1 and Schedule 5

|  | Cox Submission (Schedules from Cox Brief) | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) |
|---|---|---|---|---|---|---|
| 15 | Schedule 1 (Ex. 817) | Schedule 5 (1) | I Always Get What I Want | Avril Lavigne | 68 | 236 |
| 16 | Schedule 1 (Ex. 836) | Schedule 5 (81) | I Don't Need 'Em | 50 Cent | 3552 | 1446 |
| 17 | Schedule 1 (Ex. 908) | Schedule 5 (76) | I'm Supposed To Die Tonight | 50 Cent | 3553 | 1664 |
| 18 | Schedule 1 (Ex. 984) | Schedule 5 (78) | Just A Lil Bit | 50 Cent | 3555 | 1671 |
| 19 | Schedule 1 (Ex. 1018) | Schedule 5 (61) | Lanterns | Rise Against | 5246 | 716 |
| 20 | Schedule 1 (Ex. 1187) | Schedule 5 (86) | Mercy.1 | Kanye West | 4582 | 2228 |
| 21 | Schedule 1 (Ex. 1213) | Schedule 5 (16) | Mo'Murda | Bone Thugs-N-Harmony | 901 | 1683 |
| 22 | Schedule 1 (Ex. 1230) | Schedule 5 (18) | Mr. Bill Collector | Bone Thugs-N-Harmony | 903 | 1685 |
| 23 | Schedule 1 (Ex. 1236) | Schedule 5 (58) | Mr. Worldwide (Intro) | Pitbull Featuring Vein | 2600 | 753 |
| 24 | Schedule 1 (Ex. 1243) | Schedule 5 (37) | Must Get Out | Maroon 5 | 4955 | 1321 |
| 25 | Schedule 1 (Ex. 1260) | Schedule 5 (80) | My Toy Soldier | 50 Cent | 3556 | 1128 |
| 26 | Schedule 1 (Ex. 1280) | Schedule 5 (65) | New God Flow.1 | Kanye West | 4585 | 1989 |
| 27 | Schedule 1 (Ex. 1316) | Schedule 5 (38) | Not Coming Home | Maroon 5 | 4958 | 1331 |
| 28 | Schedule 1 (Ex. 1393) | Schedule 5 (56) | Oye Baby | Pitbull vs. Nicola Fasano | 2601 | 771 |

**Exhibit B: Forty-Seven *Charter* Works That Cox Double Counts in Schedule 1 and Schedule 5**

|  | Cox Submission (Schedules from Cox Brief) | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) |
|---|---|---|---|---|---|---|
| 29 | Schedule 1 (Ex. 1437) | Schedule 5 (75) | Piggy Bank | 50 Cent | 3558 | 1712 |
| 30 | Schedule 1 (Ex. 1453) | Schedule 5 (48) | Pontoon | Little Big Town | 4842 | 446 |
| 31 | Schedule 1 (Ex. 1569) | Schedule 5 (79) | Ryder Music | 50 Cent | 3560 | 1727 |
| 32 | Schedule 1 (Ex. 1596) | Schedule 5 (39) | Secret | Maroon 5 | 4965 | 1356 |
| 33 | Schedule 1 (Ex. 1618) | Schedule 5 (59) | Shake Senora | Pitbull Featuring T-Pain & Sean Paul | 2598 | 810 |
| 34 | Schedule 1 (Ex. 1619) | Schedule 5 (60) | Shake Senora Remix | Pitbull Featuring T-Pain, Sean Paul & Ludacris | 2599 | 811 |
| 35 | Schedule 1 (Ex. 1636) | Schedule 5 (40) | Shiver | Maroon 5 | 4968 | 1358 |
| 36 | Schedule 1 (Ex. 1638) | Schedule 5 (22) | Shotz To Tha Double Glock | Bone Thugs-N-Harmony | 907 | 1732 |
| 37 | Schedule 1 (Ex. 1696) | Schedule 5 (30) | Someone To Watch Over Me | Amy Winehouse | 3633 | 2893 |
| 38 | Schedule 1 (Ex. 1698) | Schedule 5 (57) | Something For The DJs | Pitbull | 2571 | 823 |
| 39 | Schedule 1 (Ex. 1756) | Schedule 5 (54) | Stuck On Stupid | Chris Brown | 1262 | 1167 |
| 40 | Schedule 1 (Ex. 1769) | Schedule 5 (41) | Sunday Morning | Maroon 5 | 4970 | 1375 |
| 41 | Schedule 1 (Ex. 1781) | Schedule 5 (55) | Sweet Love | Chris Brown | 1263 | 1169 |

**Exhibit B: Forty-Seven *Charter* Works That Cox Double Counts in Schedule 1 and Schedule 5**

|  | Cox Submission (Schedules from Cox Brief) | | Title (PX-1 and PX-2) | Artist (PX-1 Only) | PX-01 (Entry Number) | PX-02 (Entry Number) |
|---|---|---|---|---|---|---|
| 42 | Schedule 1 (Ex. 1784) | Schedule 5 (42) | Sweetest Goodbye | Maroon 5 | 4971 | 1378 |
| 43 | Schedule 1 (Ex. 1807) | Schedule 5 (43) | Tangled | Maroon 5 | 4972 | 1379 |
| 44 | Schedule 1 (Ex. 1900) | Schedule 5 (44) | The Sun | Maroon 5 | 4974 | 1381 |
| 45 | Schedule 1 (Ex. 1933) | Schedule 5 (74) | This Is 50 | 50 Cent | 3563 | 1758 |
| 46 | Schedule 1 (Ex. 1942) | Schedule 5 (45) | Through With You | Maroon 5 | 4976 | 1386 |
| 47 | Schedule 1 (Ex. 1976) | Schedule 5 (64) | Took My Love | Pitbull Featuring Red Foo, Vein & David Rush | 2595 | 859 |