UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*<br><br>Defendants. | Case No. 1:18-cv-00950-LO-JFA |

### UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.1(G), Local Rule 7, and Federal Rule of Civil Procedure 7, Defendants respectfully request that Thomas Patrick Lane be permitted to withdraw as counsel of record in this matter. This request for withdrawal is being presented because Mr. Lane will no longer be involved in the pending action effective immediately. Plaintiffs do not oppose this motion.

No other changes are requested regarding the other attorneys acting as counsel of record for Defendants. Defendants will continue to be represented by the other attorneys of record from the firm Winston & Strawn LLP.

Dated: December 11, 2020

Respectfully submitted,

*s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michel S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Sean R. Anderson (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sranderson@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Fl.
San Francisco, CA 94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Ave., Ste. 3800
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750
Email: dhleiden@winston.com

Geoffrey P. Eaton
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5000

Fax: (202) 282-5100
Email: geaton@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*
