IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) <br> ) <br>     *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> COX COMMUNICATIONS, INC., *et al.*, ) <br> ) <br>     *Defendant*. ) <br> ) | Civil Action No. 1:18-cv-00950 <br> Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion for Withdrawal as Local Counsel, pursuant to Local Rule 83.1(G). Upon consideration, it is hereby **ORDERED** that the Motion is **GRANTED**. Thomas Patrick Lane shall henceforth be released from any further responsibilities and obligations to Defendants in this cause.

It is **SO ORDERED.**

December 14, 2020
Alexandria, Virginia

/s/ Liam O'Grady
United States District Judge

1