IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., ET AL, <br><br> Defendants. | Civil No. 1:18cv950 <br> Hon. Liam O'Grady |

## ORDER

In accordance with the accompanying Order, the Clerk is directed to enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of the Plaintiffs and against the Defendants in the amount of One Billion Dollars ($1,000,000,000.00).

It is **SO ORDERED**.

January 12, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge