# Exhibit B

# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

July 1, 2020

LIBERTY MUTUAL INSURANCE COMPANY
175 BERKELEY ST
BOSTON MA  02116-5066

is hereby licensed to transact the business of

| | |
|---|---|
| Accident & Sickness | Fidelity |
| Aircraft Liability | Fire |
| Aircraft Physical Damage | Glass |
| Animal | Homeowners Multi-Peril |
| Auto Liability | Inland Marine |
| Auto Physical Damage | Liability Other than Auto |
| Boiler & Machinery | Misc Property & Casualty |
| Burglary & Theft | Ocean Marine |
| Commercial Multi-Peril | Surety |
| Credit | Water Damage |
| Farmowners Multi-Peril | Workers Compensation & Employers' Liability |

in the Commonwealth of Virginia through the thirtieth day of June next succeeding the date hereof unless this license shall be sooner revoked or otherwise cancelled.

ID:   23043

State Corporation Commission
Bureau of Insurance

By: _____
Commissioner

# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

July 1, 2020

FEDERAL INSURANCE COMPANY
ONE AMERICAN SQUARE
202 NORTH ILLINOIS ST STE 2600
INDIANAPOLIS IN  46282

is hereby licensed to transact the business of

| | |
|---|---|
| Accident & Sickness | Fidelity |
| Aircraft Liability | Fire |
| Aircraft Physical Damage | Glass |
| Animal | Homeowners Multi-Peril |
| Auto Liability | Inland Marine |
| Auto Physical Damage | Liability Other than Auto |
| Boiler & Machinery | Misc Property & Casualty |
| Burglary & Theft | Ocean Marine |
| Commercial Multi-Peril | Surety |
| Credit | Water Damage |
| Farmowners Multi-Peril | Workers Compensation & Employers' Liability |

in the Commonwealth of Virginia through the thirtieth day of June next succeeding the date hereof unless this license shall be sooner revoked or otherwise cancelled.

ID:   20281

State Corporation Commission
Bureau of Insurance

By: _____
Commissioner

Confidential

# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

July 1, 2020

PACIFIC INDEMNITY COMPANY
TWO PLAZA EAST
330 E KILBOURN AVE STE 1450
MILWAUKEE WI  53202-3146

is hereby licensed to transact the business of

| | |
|---|---|
| Accident & Sickness | Fire |
| Aircraft Liability | Glass |
| Aircraft Physical Damage | Homeowners Multi-Peril |
| Auto Liability | Inland Marine |
| Auto Physical Damage | Liability Other than Auto |
| Boiler & Machinery | Misc Property & Casualty |
| Burglary & Theft | Ocean Marine |
| Commercial Multi-Peril | Surety |
| Farmowners Multi-Peril | Water Damage |
| Fidelity | Workers Compensation & Employers' Liability |

in the Commonwealth of Virginia through the thirtieth day of June next succeeding the date hereof unless this license shall be sooner revoked or otherwise cancelled.

ID:   20346

State Corporation Commission
Bureau of Insurance

By: _____
Commissioner

Confidential