UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

# [PROPOSED] ORDER

This matter is before the Court on the motion made by Defendants pursuant to Rule 62(b) for entry of an order approving the form and amount of the supersedeas bond. Upon consideration whereof, it is hereby

**ORDERED** that the motion is **GRANTED**, the bond form and bond amount (**$1,002,001,000**) are approved, and the Court's judgment (Dkt. No. 723) shall be stayed upon the filing of the duly executed bond. No execution shall issue on the Court's judgment, nor shall proceedings be taken for enforcement, while any appeal or petition is pending before the United States Court of Appeals for the Fourth Circuit, and if necessary, while any petition for writ of certiorari is pending before the Supreme Court of the United States. The terms of this Order shall remain in effect until further order of the Court.

ENTERED this _____ day of _____ 2021.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge