IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COX COMMUNICATIONS, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:18-cv-00950<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Defendant's Motion to Approve Supersedeas Bond and Stay Execution Pending Appeal. Dkt. 725. The Court understands that the Motion is opposed by Plaintiffs. Upon consideration of this fact, it is hereby ORDERED that Plaintiffs will file their objection to this Motion, if any, with the Court no later than February 3, 2021, at which time the Court will consider the parties' respective positions.

It is **SO ORDERED**.

January 28, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge

1