IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COX COMMUNICATIONS, INC., et al., )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-00950<br>Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on Defendants' Motion to Approve Supersedeas Bond and Stay Execution Pending Appeal. Dkt. 725. Upon consideration of the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**. The bond form and amount ($1,002,001,000.00) are approved, and the Court's judgment shall be stayed upon the filing of the duly executed bond. No execution shall issue on the Court's judgment, nor shall proceedings be taken for enforcement, while any appeal or petition is pending before the United States Court of Appeals for the Fourth Circuit, and if necessary, while any petition for writ of certiorari is pending before the Supreme Court of the United States. The terms of this Order shall remain in effect until further order of the Court.

It is hereby **ORDERED** that this bond may be revoked if Defendants fail to file a timely appeal or for other good cause shown.

It is **SO ORDERED.**

February 5, 2021
Alexandria, Virginia

Liam O'Grady
United States District Judge