UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC, *et al.*, <br><br> *Defendants*. | Civil No. 1:18-cv-00950-LO-JFA |

## COX'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, Defendants Cox Communications, Inc. and CoxCom, LLC (together, "Cox") appeal to the U.S. Court of Appeals for the Fourth Circuit from the final judgment entered on January 12, 2021 (Docket No. 723), together with all underlying orders, rulings, and findings merged therein, including but not limited to the order dated January 12, 2021, re-affirming the number of copyrighted works in suit (Docket No. 721); the memorandum opinion and order dated June 2, 2020, denying in part Cox's renewed motion for judgment as a matter of law and denying Cox's motion for new trial (Docket No. 707); and the amended memorandum opinion and order dated November 27, 2019, granting in part Plaintiffs' motion for summary judgment and denying Cox's motion for summary judgment (Docket No. 610).

Dated: February 10, 2021

Respectfully submitted,

/s/ Thomas M. Buchanan
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

2

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
Sean R. Anderson (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile:  (212) 294-4700
Email:  melkin@winston.com
Email: sranderson@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
Thomas J. Kearney (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: jgolinveaux@winston.com
Email: tkearney@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: mbrody@winston.com

Diana Hughes Leiden (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: dhleiden@winston.com

Geoffrey P. Eaton
WINSTON & STRAWN LLP
1901 L St. Street, NW
Washington, DC 20036
Tel: (202) 282-5705
Fax: (202) 282-5100
Email: geaton@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

/s/ *Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*