**Bond Numbers:**
Liberty Mutual Insurance Company: 016230715
Federal Insurance Company: K40457173
Pacific Indemnity Company: K40457185

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC, *et al.*, <br><br> *Defendants*. | Case No. 1:18-cv-00950-LO-JFA |

## SUPERSEDEAS BOND

**KNOW ALL MEN BY THESE PRESENTS**, that COX COMMUNICATIONS, INC. and COXCOM, LLC, as Principals, and Liberty Mutual Insurance Company, Federal Insurance Company, and Pacific Indemnity Company, as Sureties, (each a "Surety" and collectively "Sureties") are held and firmly bound unto PLAINTIFFS[1], as Obligees, in the Bond Amount of ONE BILLION, TWO MILLION, AND ONE THOUSAND DOLLARS **($1,002,001,000.00)** for the payment of which, well and truly to be made, we bind ourselves,

---

[1] "PLAINTIFFS" as used herein includes the following entities: all of which are Plaintiffs in the above-captioned action: Sony Music Entertainment, Arista Music, Arista Records LLC, LaFace Records LLC, Provident Label Group, LLC, Sony Music Entertainment US Latin, Volcano Entertainment III, LLC, Zomba Recordings LLC, Sony/ATV Music Publishing LLC, EMI Al Gallico Music Corp., EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., Colgems-EMI Music Inc., EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music, EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music, EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI Unart Catalog Inc., EMI U Catalog Inc., Jobete Music Co. Inc., Stone Agate Music, Screen Gems-EMI Music Inc., Stone Diamond Music Corp., Atlantic Recording Corporation, Bad Boy Records LLC, Elektra Entertainment Group Inc., Fueled By Ramen LLC, Nonesuch Records Inc., Roadrunner Records, Inc., Warner Bros. Records Inc., Warner/Chappell Music, Inc., Warner-Tamerlane Publishing Corp., WB Music Corp., W.B.M. Music Corp., Unichappell Music Inc., Rightsong Music Inc., Cotillion Music, Inc., Intersong U.S.A., Inc., UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Universal Music – MGB NA LLC, Universal Music Publishing Inc., Universal Music Publishing AB, Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Music – Z Tunes LLC, Universal/Island Music Limited, Universal/MCA Music Publishing Pty. Limited, Universal – Polygram International Tunes, Inc., Universal – Songs of Polygram International, Inc., Universal Polygram International Publishing, Inc., Music Corporation of America, Inc. d/b/a Universal Music Corp., Polygram Publishing, Inc., Rondor Music International, Inc., and Songs of Universal, Inc.

our successors and assigns, severally, by Sureties (subject to the individual Surety limits below), firmly by these presents.

**WHEREAS**, COX COMMUNICATIONS, INC. and COXCOM, LLC have filed or will timely file an appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this action (ECF No. 723);

**NOW THEREFORE**, the conditions of this obligation is such that (i) if the judgment is vacated, then this obligation shall be null and void and released; or (ii) if the appeal is dismissed, or if the judgment is affirmed in whole or in part, and either COX COMMUNICATIONS, INC. or COXCOM, LLC shall pay such judgment plus any interest and other costs awarded as a result of the appeal, then this obligation shall be null and void and released; otherwise this obligation will remain in full force and effect, provided, however, that the maximum amount of liability for each Surety shall be limited to the following amounts:

> Liberty Mutual Insurance Company, a Massachusetts Corporation, Five Hundred and One Million Five Hundred Dollars ($501,000,500.00) (50%)
>
> Federal Insurance Company, an Indiana Corporation, Three Hundred and Fifty Million Seven Hundred Thousand Three Hundred and Fifty Dollars ($350,700,350.00) (35%)
>
> Pacific Indemnity Company, a Wisconsin Corporation, One Hundred and Fifty Million Three Hundred Thousand One Hundred and Fifty Dollars ($150,300,150.00) (15%)

**WHEREAS**, it is expressly provided that the obligation of each Surety shall be several and not joint, and no Surety shall be liable in an amount greater than its respective maximum amount of liability set forth above, nor shall any Surety's liability be increased or affected hereunder in any way whatsoever as a result of the performance or non-performance by any other Surety of such other Surety's obligation under this Bond. Any claim for payment by PLAINTIFFS arising under this Bond shall be allocated to the percentage of each Surety's limit of liability relative to the aggregate amount of this Bond.

IN WITNESS WHEREOF, COX COMMUNICATIONS, INC. and COXCOM, LLC, as Principals, and Liberty Mutual Insurance Company, Federal Insurance Company, and Pacific Indemnity Company, as Sureties, have hereunto set our hands this 17th day of February 2021.

**ATTEST/WITNESS:**

By: _____

By: _____

**FOR THE PRINCIPAL:**

**COX COMMUNICATIONS, INC.**

By: _____

Title: Vice President

**COXCOM, LLC**

By: _____

Title: Vice President

**FOR THE SURETY:**
Liberty Mutual Insurance Company

By: _____
    Dana L. McCaskey
Title: Attorney-in-Fact

**FOR THE SURETY:**
Federal Insurance Company

By: _____
    Dana L. McCaskey
Title: Attorney-in-Fact

**FOR THE SURETY:**
Pacific Indemnity Company

By: _____
Dana L. McCaskey
Title: Attorney-in-Fact

APPROVED this _____ day of _____, 2021.

By:_____
Deputy Clerk

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**Liberty Mutual SURETY**

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company

Certificate No: 8201331

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, __Dana L. McCaskey__ all of the city of __Richmond__, state of __Virginia__ each individually if there be more than one named, its true and lawful attorney-in-fact, with full power and authority hereby conferred to sign, execute and acknowledge the above-referenced surety bond.

**IN WITNESS WHEREOF,** this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 30th day of May, 2019.

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company
West American Insurance Company





By: _David M. Carey_

David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA ss
COUNTY OF MONTGOMERY

On this 30th day of May, 2019, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**IN WITNESS WHEREOF,** I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.

**COMMONWEALTH OF PENNSYLVANIA**
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS:** Section 12. Power of Attorney.

Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII - Execution of Contracts:** Section 5. Surety Bonds and Undertakings.

Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, of Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company do hereby certify that this power of attorney executed by said Companies is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the seals of said Companies this __17th__ day of __February__, __2021__.





By: _Renee C. Llewellyn_

Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00am and 4:30pm EST on any business day.*

# CHUBB

## Power of Attorney

**Federal Insurance Company | Vigilant Insurance Company | Pacific Indemnity Company**
**Westchester Fire Insurance Company | ACE American Insurance Company**

Know All by These Presents, that FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY corporations of the Commonwealth of Pennsylvania, do each hereby constitute and appoint

**Dana L. McCaskey, a resident of Richmond, Chesterfield County, Virginia**

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

In Witness Whereof, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY have each executed and attested these presents and affixed their corporate seals on this 10th day of March, 2020.



Dawn M. Chloros, Assistant Secretary

Stephen M. Haney, Vice President

STATE OF NEW JERSEY
County of Hunterdon ss.

On this 10th day of March, 2020 before me, a Notary Public of New Jersey, personally came Dawn M. Chloros and Stephen M. Haney, to me known to be Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY, the companies which executed the foregoing Power of Attorney, and the said Dawn M. Chloros and Stephen M. Haney, being by me duly sworn, severally and each for herself and himself did depose and say that they are Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY and know the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of said Companies; and that their signatures as such officers were duly affixed and subscribed by like authority.

Notarial Seal 

**KATHERINE J. ADELAAR**
**NOTARY PUBLIC OF NEW JERSEY**
**No. 2316686**
**Commission Expires July 16, 2024**

Notary Public

### CERTIFICATION

Resolutions adopted by the Boards of Directors of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY on August 30, 2016; WESTCHESTER FIRE INSURANCE COMPANY on December 11, 2006; and ACE AMERICAN INSURANCE COMPANY on March 20, 2009:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into in the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

I, Dawn M. Chloros, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY (the "Companies") do hereby certify that

(i) the foregoing Resolutions adopted by the Board of Directors of the Companies are true, correct and in full force and effect,
(ii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Whitehouse Station, NJ, this **February 17, 2021**

Dawn M. Chloros, Assistant Secretary

IN THE EVENT YOU WISH TO VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT:
Telephone (908) 903-3493    Fax (908) 903-3656    e-mail: surety@chubb.com

Combined: FED-VIG-PI-WFIC-AAIC (rev. 11-19)



## SURETY BOND CORPORATE SEAL NOTICE AND ADDENDUM

In an effort to facilitate the use of our respective corporate seals during the COVID-19 pandemic, PACIFIC INDEMNITY COMPANY ("PACIFIC INDEMNITY") has authorized its respective Attorneys-in-Fact to affix PACIFIC INDEMNITY'S corporate seal to any surety bond executed on behalf of PACIFIC INDEMNITY by any such Attorney-in-Fact by attaching this Notice and Addendum to said bond.

To the extent this Notice and Addendum is attached to a surety bond that is executed on behalf of PACIFIC INDEMNITY by its Attorney-in-Fact, PACIFIC INDEMNITY hereby agrees that the corporate seal below for PACIFIC INDEMNITY shall be deemed affixed to said bond to the same extent as if its raised corporate seal was physically affixed to the face of the bond.

Dated this 30th day of March, 2020.

PACIFIC INDEMNITY COMPANY

By: _____

Stephen M. Haney, Vice President





# LIBERTY MUTUAL INSURANCE COMPANY

## FINANCIAL STATEMENT — DECEMBER 31, 2019

| Assets | | Liabilities | |
|---|---|---|---|
| Cash and Bank Deposits | $778,754,989 | Unearned Premiums | $8,007,146,482 |
| *Bonds — U.S Government | 2,780,808,610 | Reserve for Claims and Claims Expense | 21,532,853,787 |
| *Other Bonds | 12,645,608,792 | Funds Held Under Reinsurance Treaties | 507,868,920 |
| *Stocks | 16,385,435,431 | Reserve for Dividends to Policyholders | 1,143,826 |
| Real Estate | 235,608,378 | Additional Statutory Reserve | 125,722,000 |
| Agents' Balances or Uncollected Premiums | 6,217,983,641 | Reserve for Commissions, Taxes and Other Liabilities | 4,117,460,075 |
| Accrued Interest and Rents | 102,273,390 | **Total** | **$34,292,195,090** |
| Other Admitted Assets | 11,957,106,292 | Special Surplus Funds $32,768,443 | |
| | | Capital Stock 10,000,075 | |
| | | Paid in Surplus 10,044,978,933 | |
| | | Unassigned Surplus 6,723,636,983 | |
| **Total Admitted Assets** | **$51,103,579,523** | **Surplus to Policyholders** | **16,811,384,434** |
| | | **Total Liabilities and Surplus** | **$51,103,579,524** |



\* Bonds are stated at amortized or investment value; Stocks at Association Market Values. The foregoing financial information is taken from Liberty Mutual Insurance Company's financial statement filed with the state of Massachusetts Department of Insurance.

I, TIM MIKOLAJEWSKI, Assistant Secretary of Liberty Mutual Insurance Company, do hereby certify that the foregoing is a true, and correct statement of the Assets and Liabilities of said Corporation, as of December 31, 2019, to the best of my knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation at Seattle, Washington, this 27th day of March, 2020.

T A Mikolajewski

Assistant Secretary

DocuSign Envelope ID: CCF7D358-9B25-47C6-8B4C-6EAB7BF6431E

# FEDERAL INSURANCE COMPANY

## STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

December 31, 2019

(in thousands)

### ASSETS

| | |
|---|---:|
| Cash and Short Term Investments | $ (429,780) |
| United States Government, State and Municipal Bonds | 4,559,706 |
| Other Bonds | 5,314,219 |
| Stocks | 32,735 |
| Other Invested Assets | 1,029,733 |
| **TOTAL INVESTMENTS** | **10,506,613** |
| Investments in Affiliates: | |
| Great Northern Ins. Co. | 395,442 |
| Vigilant Ins. Co. | 341,290 |
| Chubb Indemnity Ins. Co. | 178,808 |
| Chubb National Ins. Co. | 181,053 |
| Other Affiliates | 97,150 |
| Premiums Receivable | 1,511,096 |
| Other Assets | 2,302,210 |
| **TOTAL ADMITTED ASSETS** | **$ 15,513,662** |

### LIABILITIES AND SURPLUS TO POLICYHOLDERS

| | |
|---|---:|
| Outstanding Losses and Loss Expenses | $ 6,823,691 |
| Reinsurance Payable on Losses and Expenses | 1,433,250 |
| Unearned Premiums | 2,014,727 |
| Ceded Reinsurance Premiums Payable | 353,115 |
| Other Liabilities | 849,544 |
| **TOTAL LIABILITIES** | **11,474,327** |
| Capital Stock | 20,980 |
| Paid-In Surplus | 2,711,474 |
| Unassigned Funds | 1,306,881 |
| **SURPLUS TO POLICYHOLDERS** | **4,039,335** |
| **TOTAL LIABILITIES AND SURPLUS** | **$15,513,662** |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. At December 31, 2019, investments with a carrying value of $508,749,121 were deposited with government authorities as required by law.

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

John Taylor, being duly sworn, says that he is Senior Vice President of Federal Insurance Company and that to the best of his knowledge and belief the foregoing is a true and correct statement of the said Company's financial condition as of the 31 st day of December, 2019.

Sworn before me this April 14, 2020

John Taylor
Senior Vice President

Notary Public: Diane Wright

My commission expires August 8, 2023

Commonwealth of Pennsylvania - Notary Seal
Diane Wright, Notary Public
Philadelphia County
My commission expires August 8, 2023
Commission number 1235745
Member, Pennsylvania Association of Notaries

DocuSign Envelope ID: CCF7D358-9B25-47C6-8B4C-6EAB7BF6431E

## PACIFIC INDEMNITY COMPANY

### STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

December 31, 2019

(in thousands)

### ASSETS

| | |
|---|---:|
| Cash and Short Term Investments | $ 275,733 |
| United States Government, State and Municipal Bonds | 4,555,327 |
| Other Bonds | 4,423,640 |
| Stocks | 15,154 |
| Other Invested Assets | 28,270 |
| **TOTAL INVESTMENTS** | **9,298,124** |
| Investments in Affiliates | - |
| Premiums Receivable | 1,192,660 |
| Other Assets | 985,853 |
| **TOTAL ADMITTED ASSETS** | **$ 11,476,637** |

### LIABILITIES AND SURPLUS TO POLICYHOLDERS

| | |
|---|---:|
| Outstanding Losses and Loss Expenses | $ 5,458,953 |
| Reinsurance Payable on Losses and Expenses | 604,332 |
| Unearned Premiums | 1,611,782 |
| Ceded Reinsurance Premiums Payable | 266,275 |
| Other Liabilities | 164,288 |
| **TOTAL LIABILITIES** | **8,105,630** |
| Capital Stock | 5,535 |
| Paid-In Surplus | 520,019 |
| Unassigned Funds | 2,845,453 |
| **SURPLUS TO POLICYHOLDERS** | **3,371,007** |
| **TOTAL LIABILITIES AND SURPLUS** | **$ 11,476,637** |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. At December 31, 2019, investments with a carrying value of $413,499,962 were deposited with government authorities as required by law.

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

John Taylor, being duly sworn, says that he is Senior Vice President of Pacific Indemnity Insurance Company and that to the best of his knowledge and belief the foregoing is a true and correct statement of the said Company's financial condition as of the 31 st day of December, 2019.

Sworn before me this April 14, 2020

John Taylor
Senior Vice President

Diane Wright
Notary Public

August 8, 2023
My commission expires

Commonwealth of Pennsylvania - Notary Seal
Diane Wright, Notary Public
Philadelphia County
My commission expires August 8, 2023
Commission number 1235745
Member, Pennsylvania Association of Notaries