UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC, *et al.*, <br><br> *Defendants*. | Civil No. 1:18-cv-950 (LO / JFA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants Cox Communications, Inc.'s and CoxCom, LLC's Motion For Relief From the Judgment Under Rule 60(B)(3) And Request For Indicative Ruling Under Rule 62.1, and supporting documentation, the Court Orders that the motion is GRANTED.

ENTERED this ____ day of _____, 2022.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia