## Index of Exhibits

| No. | Exhibit |
|---|---|
| 1 | Documents filed in the case *Warner Records, Inc., et al. v. Charter Communications, Inc.*, 1:19-cv-00874-RBJ-MEH (D. Colo.) ("*Charter*"): (i) Cox Communications Inc.'s Motion to Intervene for Purposes of Modifying the Protective Order and Memorandum in Support (*Charter* ECF 521 and 521-1), (ii) Cox Communications, Inc.'s Motion to Modify the Protective Order and Memorandum in Support (*Charter* ECF 522 and 522-1), and (iii) orders denying Cox's motions (*Charter* ECF 579 and 580) |
| 2 | Plaintiffs' Motion for Summary Judgment, filed under seal at ECF 325 |
| 3 | Cox's Motion *In Limine* No. 5 to Exclude Plaintiffs' Exhibit Number 39, filed under seal at ECF 489 |
| 4 | Declaration of Sam Bahun in support of Plaintiffs' Opposition to Cox's Motions *In Limine*, filed under seal at ECF 538-1 |
| 5 | Plaintiffs' Omnibus Memorandum in Opposition to Cox's Motions *In Limine* Numbers 1-10, filed under seal at ECF 538 |
| 6 | The Court's Order on the parties' motions *in limine*, filed at ECF 590 |
| 7 | Excerpts of the trial transcript in this case, filed at ECF 629, 637, 638, 639, and 649 |
| 8 | Defendants' Memorandum of Law in Support of Their Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence, filed under seal at ECF 239 |
| 9 | Plaintiffs' Memorandum in Opposition to Defendants' Motion for Discovery Sanctions and to Preclude Plaintiffs' Use of MarkMonitor Evidence, filed under seal at ECF 352 |
| 10 | Excerpts of the transcript of the September 27, 2019 motion hearing, filed at ECF 433 |
| 11 | Cox's Memorandum of Law in Support of Its Motion *In Limine* No. 6 to Exclude Certain MarkMonitor Evidence, filed under seal at ECF 492 |
| 12 | Excerpts of the transcript of the November 12, 2019 motion hearing, filed at ECF 585 |
| 13 | The *Charter* Special Master's Order Resolving Discovery Disputes, filed at *Charter* ECF 181 |

| No. | Exhibit |
|---|---|
| 14 | Excerpts of the transcript of the *Charter* February 23, 2021 motion hearing, filed at *Charter* ECF 400 |
| 15 | Declaration of Matthew J. Oppenheim, filed at *Charter* ECF 287-1 |
| 16 | A document produced by MarkMonitor, Inc. bearing the Bates number MM000131 |
| 17 | Charter Communications, Inc.'s Response to Plaintiffs' Objections to February 23, 2021 Discovery Orders, filed at *Charter* ECF 408 |
| 18 | Plaintiffs' Objections to February 23, 2021 Discovery Orders, filed at *Charter* ECF 390 |
| 19 | Parties' Stipulation and Special Master's Order Resolving Discovery Disputes, filed at *Charter* ECF 164 |
| 20 | Defendant Charter Communications Inc.'s Response to Plaintiffs' Motion for Clarification, filed at *Charter* ECF 374 |
| 21 | Defendant Cox Communications, Inc.'s and CoxCom, LLC's First Set of Requests for Production, dated November 19, 2018 |
| 22 | Plaintiffs' Amended Rule 26(a)(1) Disclosures, dated July 16, 2019 |
| 23 | Declaration of Steven Marks, filed at *Charter* ECF 448-1 |
| 24 | Cox's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to the Recording Industry Association of America, dated January 7, 2019 |
| 25 | Plaintiffs' Objections and Supplemental Responses to Defendants Cox Communications, Inc. and CoxCom, LLC's First Set of Requests for Production, dated January 10, 2018 |
| 26 | Excerpts of the transcript of the January 25, 2019 motion hearing, filed at ECF 93 |
| 27 | Defendants' Memorandum of Law in Support of Their Motion to Compel, filed at ECF 75 |
| 28 | Plaintiffs' Memorandum in Opposition to Defendants' Motion to Compel, filed at ECF 82 |

| No. | Exhibit |
|---|---|
| 29 | A document produced by Plaintiffs bearing the Bates number Plaintiffs_00286272 |
| 30 | The *Charter* Court's Order on Pending Motions/Objections, filed at *Charter* ECF 436 |
| 31 | The *Charter* Plaintiffs' Motion for Partial Summary Judgment, filed at *Charter* ECF 590-13 |