UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC, *et al.*, <br><br> *Defendants*. | Civil No. 1:18-cv-950 (LO / JFA) |

### NOTICE OF FILING SEALING MOTION

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(C), Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") have filed a motion to seal portions of Cox's Memorandum Of Law In Support Of Its Motion For Relief From the Judgment Under Rule 60(B)(3) And Request For Indicative Ruling Under Rule 62.1, and Exhibits 2, 3, 4, 5, 8, 9, 11, 16, and 29 thereto ("Sealed Material") (ECF Nos. 739 and 739-1 through 739-9). The Sealed Material contains information that has been designated by Cox, Plaintiffs, and third-parties Audible Magic, MarkMonitor, Inc., and RIAA as Confidential and Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order in this case (ECF No. 58), as set forth therein.

*NOTICE OF RIGHT TO RESPOND:* Pursuant to Local Civil Rule 5(C), parties and non-parties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and may designate all or part of such memoranda as confidential.

Dated: December 27, 2021

Respectfully submitted,

*s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
J. Tyler McGaughey (VSB No. 78809)
WINSTON & STRAWN LLP

        1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
Email: TBuchana@winston.com
Email: TMcGaughey@winston.com

*Attorneys for Defendants Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: MElkin@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: JGolinveaux@winston.com

Geoffrey P. Eaton (*pro hac vice*)
WINSTON & STRAWN LLP
1900 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
Email: GEaton@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: MBrody@winston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*s/ Thomas M. Buchanan*
Thomas M. Buchanan (VSB No. 21530)
