UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## ORDER

Having reviewed the consent motion of the parties and non-parties Audible Magic, MarkMonitor, and the Recording Industry Association of America, good cause having been shown, it is hereby

ORDERED that Plaintiffs shall have until February 9, 2022 to file their opposition to Defendants' Motion for Relief from the Judgment Under Rule 60(b)(3) and Request for Indicative Ruling Under Rule 62.1 (the "Rule 60 Motion").

It is further ORDERED that Defendants shall have until March 2, 2022 to file a reply in support of the Rule 60 Motion.

It is further ORDERED that the parties shall have until March 9, 2022 to each file a single memorandum in support of any other party's sealing motions in connection with the Rule 60 Motion.

It is further ORDERED that non-parties Audible Magic, MarkMonitor, and the Recording Industry Association of America shall have until March 16, 2022 to each file a single memorandum in support of any party's sealing motions in connection with the Rule 60 Motion.

It is further ORDERED that the information that is the subject of the parties' sealing motions in connection with the Rule 60 Motion be maintained under seal pending resolution of the respective sealing motions.

ENTERED this _____ day of _____, 2022.

_____
Judge for the Eastern District of Virginia