# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.* <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## SUBSTITUTION OF COUNSEL FOR NONPARTY MARKMONITOR, INC.

CLERK OF THE COURT, please **WITHDRAW** the appearance of Julia K. Whitelock as counsel for Nonparty MarkMonitor, Inc. in the above-captioned matter and **ENTER** the appearance of Ryan M. Poteet of Gordon Rees Scully Mansukhani, LLP, as counsel for Nonparty MarkMonitor, Inc.

Dated: January 10, 2022       Respectfully submitted,

 */s/ Ryan M. Poteet*
Ryan M. Poteet, Esq. (VSB#86884)
Gordon Rees Scully Mansukhani, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
202.399.1009
202.800.2999 (Facsimile)
rpoteet@grsm.com

*Counsel for Nonparty MarkMonitor, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*/s/ Ryan M. Poteet*
Ryan M. Poteet