AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Sony Music Entertainment, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:18-cv-00950-LO-JFA |
| Cox Communications, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cox Communications, Inc. and CoxCom, LLC                                                          .

Date:   01/12/2022

s/ J. Tyler McGaughey
*Attorney's signature*

J. Tyler McGaughey (VSB No. 78809)
*Printed name and bar number*

Winston & Strawn LLP
1901 L Street NW
Washington, DC 20006
*Address*

TMcGaughey@winston.com
*E-mail address*

(202) 282-5000
*Telephone number*

(202) 282-5100
*FAX number*