# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) ) Plaintiffs, ) ) v. ) ) COX COMMUNICATIONS, INC., *et al.* ) ) Defendants. ) ) | Case No. 1:18-cv-00950-LO-JFA |

## NONPARTY MARKMONITOR, INC.'S
## MOTION TO WITHDRAW APPEARANCE

Nonparty MarkMonitor, Inc. ("MarkMonitor"), through counsel, and pursuant to L. R. Civ. 83.1(g), hereby moves this Honorable Court to withdraw the appearance of Julia K. Whitelock, Esquire, ONLY. MarkMonitor incorporates by reference its Memorandum of Law in support of this Motion, filed contemporaneously. Accordingly, this Honorable Court should enter an Order granting this Motion and withdraw Ms. Whitelock's appearance.

Dated: January 18, 2022

Respectfully submitted,

 */s/ Julia K. Whitelock*
Julia K. Whitelock, Esq. (VSB #79328)
Ryan M. Poteet, Esq. (VSB #86884)
Gordon Rees Scully Mansukhani, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
202.399.1009
202.800.2999 (Facsimile)
jwhitelock@grsm.com
rpoteet@grsm.com

*Counsel for Nonparty MarkMonitor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2022, the foregoing document was filed with the Clerk of Court and served electronically on all counsel of record using the CM/ECF system.

*/s/ Julia K. Whitelock*
Julia K. Whitelock
.