# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COX COMMUNICATIONS, INC., *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:18-cv-00950-LO-JFA |

## **ORDER**

Upon consideration of Nonparty MarkMonitor, Inc.'s ("MarkMonitor") Motion to Withdraw Appearance, it is hereby

ORDERED that the Motion to Withdraw Appearance is GRANTED; and it is further

ORDERED that Julia K. Whitelock, Esq. ONLY is withdrawn as counsel of record for nonparty MarkMonitor, Inc.

Entered this _____ day of _____, 2022.

_____
LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

1