UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:18-cv-00950-LO-JFA |
| COX COMMUNICATIONS, INC., *et al.* | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF NONPARTY MARKMONITOR, INC.'S
MOTION TO WITHDRAW APPEARANCE**

Nonparty MarkMonitor, Inc. ("MarkMonitor"), through counsel, and pursuant to L. R. Civ. 83.1(g), hereby moves this Honorable Court to withdraw the appearance of Julia K. Whitelock, Esquire, ONLY, and states as follows:

1. On August 21, 2019, Julia K. Whitelock entered an appearance for MarkMonitor. ECF No. 254.

2. On January 10, 2022, Ryan M. Poteet entered an appearance for MarkMonitor. ECF No. 747.

3. On January 14, 2022, Julia K. Whitelock will no longer be affiliated with Gordon Rees Scully Mansukhani, LLP.

4. Mr. Poteet and Gordon Rees Scully Mansukhani, LLP will continue to represent MarkMonitor in connection with the above-captioned matter.

5. In light of Ms. Whitelock's departure from Gordon Rees Scully Mansukhani, LLP, and that MarkMonitor will continue to be represented by counsel, this Court should grant this Motion to Withdraw and withdraw Ms. Whitelock's appearance.

1

Dated: January 18, 2022 Respectfully submitted,

  /s/ Julia K. Whitelock
Julia K. Whitelock, Esq. (VSB #79328)
Ryan M. Poteet, Esq. (VSB #86884)
Gordon Rees Scully Mansukhani, LLP
1101 King Street, Suite 520
Alexandria, VA 22314
202.399.1009
202.800.2999 (Facsimile)
jwhitelock@grsm.com
rpoteet@grsm.com

*Counsel for Nonparty MarkMonitor, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 84th day of January, 2022, the foregoing document was filed with the Clerk of Court and served electronically on all counsel of record using the CM/ECF system.

  /s/ Julia K. Whitelock
Julia K. Whitelock