UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC, *et al.*,<br><br>　　　　　　　Defendants. | Civil No. 1:18-cv-950 (LO / JFA) |

## ORDER

UPON CONSIDERATION of the Motion to Seal filed by Defendants Cox Communications, Inc. and CoxCom, LLC ("Cox") (ECF No. 751), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal portions of Cox's Memorandum of Law In Support Of Its Motion For Relief From The Judgment Under Rules 60(b)(2) and 60(b)(3) And Request For Indicative Ruling Under Rule 62.1, and Exhibits B, C, K, L, M, N, and Q thereto, the Court Orders that the memorandum and these exhibits shall remain under seal.

ENTERED this 18th day of Jan., 2022.

Alexandria, Virginia

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Liam O'Grady
　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　Eastern District of Virginia