UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, et al.,

Plaintiffs,

v.

COX COMMUNICATIONS, INC., et al.

Defendants.

Case No. 1:18-cv-00950-LO-JFA

### ORDER

Upon consideration of Nonparty MarkMonitor, Inc.'s ("MarkMonitor") Motion to Withdraw Appearance, it is hereby

ORDERED that the Motion to Withdraw Appearance is GRANTED; and it is further

ORDERED that Julia K. Whitelock, Esq. ONLY is withdrawn as counsel of record for nonparty MarkMonitor, Inc.

Entered this 18th day of January, 2022.

_____
LIAM O'GRADY
UNITED STATES DISTRICT JUDGE