UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*<br><br>    Defendants. | Case No. 1:18-cv-00950-LO-JFA |

## **UNOPPOSED MOTION FOR WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.1(G), Local Rule 7, and Federal Rule of Civil Procedure 7, Defendants respectfully request that Michael L. Brody be permitted to withdraw as counsel of record in this matter. This request for withdrawal is being presented because Mr. Brody is retiring from the practice of law on January 31, 2022. Plaintiffs do not oppose this motion.

No other changes are requested regarding the other attorneys acting as counsel of record for Defendants. Defendants will continue to be represented by the other attorneys of record from the firm Winston & Strawn LLP.

Dated: January 28, 2022

Respectfully submitted,

*s/ J. Tyler McGaughey*
J. Tyler McGaughey (VSB No. 78809)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: TMcGaughey@winston.com

*Attorney for Cox Communications, Inc. and CoxCom, LLC*

*Of Counsel for Defendants*

Michel S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: melkin@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Fl.
San Francisco, CA 94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com

Geoffrey P. Eaton (*pro hac vice*)
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
Email: geaton@winston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

>*s/ J. Tyler McGaughey*
>J. Tyler McGaughey (VSB No. 78809)
>WINSTON & STRAWN LLP
>1901 L Street, NW
>Washington, DC 20036
>Tel: (202) 282-5787
>Fax: (202) 282-5100
>Email: TMcGaughey@winston.com
>
>*Attorney for Cox Communications, Inc. and CoxCom, LLC*