IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., ET AL., <br><br> Defendants. | Civil Action No. 1:18-cv-00950 <br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on the Unopposed Motion for Withdrawal as Counsel. Dkt. 762. Pursuant to Local Rule 83.1(G), Local Rule 7, and Federal Rule of Civil Procedure 7, the Court hereby **GRANTS** Michael L. Brody's request to withdraw as counsel of record in this matter.

It is **SO ORDERED.**

February 7, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge