# Exhibit 3

| | |
|---|---|
| **Subject:** | Re: Sony v. Cox |
| **Date:** | Friday, February 22, 2019 at 6:46:26 PM Eastern Standard Time |
| **From:** | Jeff Gould <jeff@oandzlaw.com> |
| **To:** | Steven Surachman <Steve@oandzlaw.com>, Golinveaux, Jennifer A. <JGolinveaux@winston.com>, Kearney, Thomas <TKearney@winston.com> |
| **Attachments:** | image001.png |

In addition, a hard drive was sent by FedEx today to Sean's attention in NY, which contains copies of the infringing files.

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
202.851.4526 (direct)
jeff@oandzlaw.com

---

**From:** Steven Surachman <Steve@oandzlaw.com>
**Date:** Friday, February 22, 2019 at 6:07 PM
**To:** "Golinveaux, Jennifer A." <JGolinveaux@winston.com>, "Kearney, Thomas" <TKearney@winston.com>
**Cc:** Jeff Gould <Jeff@oandzlaw.com>
**Subject:** Sony v. Cox

Jennifer and Tom,

The link below will grant you access to Plaintiffs' latest document production.

    URL:  https://dtiftp.dtiglobal.com
    Username:  P-1033594_Defendants
    Password:  ALn1VGIr

The production includes documents bearing the following bates numbers, accessible with the following passwords:

| Production Volume | Bates Range | P |
|---|---|---|
| Plaintiffs004 | Plaintiffs_00286174 - Plaintiffs_00286281 | phoY#Wr2 |
| WBR003 | WBR_00002288 - WBR_00002804 | stO_IXo8a |
| SME004 | SME_00004652 - SME_00006157 | MlWLs |

Best regards,
Steve
--
Steve Surachman
**Oppenheim + Zebrak, LLP**
202.480.2044 (direct)
steve@oandzlaw.com

This e-mail and any attachments may contain information that is private, confidential, and/or protected by attorney-client or other privilege.  If you are not the intended recipient, please delete it without copying, reviewing or distributing any portion and notify sender.