# Exhibit 5

Exhibit A
Defendants' Corrected Trial Exhibit List

| Proposed Ex. No. | Beg Bates | End Bates | Date | Description |
|---|---|---|---|---|
| 63 | Plaintiffs_00286200 | Plaintiffs_00286250 | 7/6/2011 | Memorandum of Understanding re Copyright Alert System (CAS) |
| 64 | n/a | n/a | 9/18/2013 | Hearing Before the Subcommittee on Courts, Intellectual Property, and the Internet - Testimony of Jill Lesser |
| 65 | n/a | n/a | n/a | Center for Copyright Information (CCI) The Copyright Alert System FAQs |
| 66 | COX_SONY_00006140 | COX_SONY_00006147 | n/a | FAQs on The Center for Copyright Information and Copyright Alert System |
| 67 | RIAA_00128191 | RIAA_00128192 | 12/5/2014 | Email from Lesser to various re LA TIMES: Music publishers' suit over illegal file sharing hits wrong note |
| 68 | n/a | n/a | 1/31/2013 | The Copyright Alert System and Six Strikes, *On the Media* interview with Jill Lesser |
| 69 | RIAA_00128064 | RIAA_00128067 | 4/9/2013 | Email from Marks to Dailey and Lesser re TF: Cox Targets Pirates With '10+ Strikes' Program |
| 70 | RIAA_00127815 | RIAA_00127816 | 7/9/2009 | Email from Cadenhead to Sheckler re Cox Graduated Response Program |
| 71 | COX_SONY_00510850 | COX_SONY_00510852 | 9/21/2010 | Email from Sheckler to Cadenhead re Cox Graduated Response Program |
| 72 | COX_SONY_00519017 | COX_SONY_00519018 | 4/18/2013 | Email from Sheckler to Cadenhead re notice limit |
| 73 | COX_SONY_00519137 | COX_SONY_00519199 | 3/15/2010 | Email from Grant to various re PRIVILEGED AND CONFIDENTIAL: Follow-up items from Inaugural Working Group meeting on 3/11/10 |
| 74 | COX_SONY_00519178 | COX_SONY_00519199 | 3/11/2010 | Education Current Examples slide deck |
| 75 | Plaintiffs_00286282 | Plaintiffs_00286310 | 3/7/2012 | CAS MOU Implementation Agreement AT&T Inc. |
| 76 | Plaintiffs_00286311 | Plaintiffs_00286343 | 3/7/2012 | CAS MOU Implementation Agreement Comcast Communications Management, LLC |
| 77 | Plaintiffs_00286344 | Plaintiffs_00286373 | 3/7/2012 | CAS MOU Implementation Agreement CSC Holdings, LLC |
| 78 | Plaintiffs_00286374 | Plaintiffs_00286402 | 3/7/2012 | CAS MOU Implementation Agreement Time Warner Cable, Inc. |
| 79 | Plaintiffs_00286403 | Plaintiffs_00286429 | 3/7/2012 | CAS MOU Implementation Agreement Verizon Online LLC |
| 80 | STROZMARKMONITOR-0000224 | STROZMARKMONITOR-0000248 | 2/15/2013 | Independent Expert Assessment of Participating Internet Service Provider Copyright Alert Program Methodologies: Initial AT&T Report Prepared for the Center for Copyright Information (CCI) |
| 81 | STROZMARKMONITOR-0000175 | STROZMARKMONITOR-0000199 | 2/26/2013 | Independent Expert Assessment of Participating Internet Service Provider Copyright Alert Program Methodologies: Initial Comcast Report Prepared for the Center for Copyright Information (CCI) |
| 82 | STROZMARKMONITOR-0000287 | STROZMARKMONITOR-0000310 | 2/26/2013 | DRAFT Independent Expert Assessment of Participating Internet Service Provider Copyright Alert Program Methodologies: Initial Cablevision Report Prepared for the Center for Copyright Information (CCI) |
| 83 | STROZMARKMONITOR-0000200 | STROZMARKMONITOR-0000223 | 2/26/2013 | DRAFT Independent Expert Assessment of Participating Internet Service Provider Copyright Alert Program Methodologies: Initial Time Warner Cable Report Prepared for the Center for Copyright Information (CCI) |
| 84 | STROZMARKMONITOR-0000264 | STROZMARKMONITOR-0000286 | 3/12/2013 | Independent Expert Assessment of Participating Internet Service Provider Copyright Alert Program Methodologies: Initial Verizon Report Prepared for the Center for Copyright Information (CCI) |
| 85 | MM000120 | MM000125 | 2/15/2012 | Statement of Work (SOW) University Program MarkMonitor RIAA |