# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

SONY MUSIC ENTERTAINMENT, *et al.*,

    Plaintiffs,

v.

COX COMMUNICATIONS, INC., *et al.*,

    Defendants.

Case No. 1:18-cv-00950-LO-JFA

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5, for an order to file under seal limited portions of their Memorandum In Opposition To Cox's Motion For Relief From The Judgment Under Rule 60(B)(3) and Request For Indicative Ruling Under Rule 62.1 (ECF 767), the Court

ORDERS that the motion is GRANTED, and these materials shall remain under seal until further order of the Court.

ENTERED this ___ day of February 2022.

Alexandria, Virginia

                                              _____
                                              The Honorable Liam O'Grady
                                              United States District Judge
                                              Eastern District of Virginia