# Exhibit 4

1  audio representation and see if it's actually "Lean On Me."
2            And to do that, basically you're comparing -- you're
3  trying to play back what you just downloaded from BitTorrent,
4  turn it into some audio, and then compare it against what
5  Audible Magic says is, ah, this is "Lean On Me."
6  Q.   Okay.  And does that process help with eliminating these
7  ambiguities?
8  A.   In many cases, yes, it can do so.
9  Q.   Let's talk about -- you said that -- so we've talked about
10 peer-to-peer networking.  You said that you were going to talk
11 about how the MarkMonitor system was capable of operating and
12 how it operated for CAS.
13           Were there any particular documents that you found
14 helpful on that subject?
15 A.   We're looking at three of those right here.  I can
16 describe them to you.
17 Q.   Tell us what they describe, please.
18 A.   So the one on the left is MarkMonitor's description of
19 the -- of its system as it operated.
20 Q.   And what exhibit is that, please?
21 A.   That is DX 19 as I see it.
22 Q.   Okay.
23 A.   The second, I'm sure fresh in our minds, is the Harbor
24 Labs audit of the MarkMonitor antipiracy system.  That's
25 Exhibit DX 89.

2224

1       And then over on the right side, we have DX 130,
2   which is a similar audit that was performed by Stroz Friedberg.
3   Q.   Okay.  And you heard the testimony from Mr. Bahun about
4   MarkMonitor's system, right?
5   A.   Yes, I did.
6   Q.   And you heard the testimony just now from Mr. Monson about
7   the Harbor Labs report?
8   A.   Yes, I did.
9   Q.   And the jury will hear from Mr. Rubin of Stroz Friedberg,
10  but you've read his deposition and read the report, right?
11  A.   Yes.
12  Q.   Okay.  Did you prepare a slide that summarizes the key
13  steps of the process that was implemented for the Copyright
14  Alert System?
15  A.   Yes, I did.
16  Q.   What does this slide show?
17  A.   Okay.  So we've heard about this in some previous
18  testimony, but I'll relate it and explain it as I understand
19  it.
20       Okay.  So there are four steps in this process.
21  We're going to go through each one of them in more detail.
22  Okay.  But the first -- step one is locating and downloading
23  a potentially infringing file on the peer-to-peer network.  So
24  in that step, it's basically going to do the full download.
25       Okay.  Step two, right, what we just talked about,

1  right.  So after the download, you've got to figure out, what
2  the heck did you just download.  Okay.  So step two is perform
3  that digital fingerprinting process that we just described to
4  say, is that a work -- is that an infringing work.
5         Okay.  Step three, right.  We talked about two
6  aspects that -- you know, two things we're trying to discover.
7  One is, what is this thing?  And the other is, what are the
8  peers actually doing.  Right.
9         So essentially in parallel to step two is an
10 investigation of peers on the peer-to-peer network.  So
11 MarkMonitor has a piece of software that basically acts as an
12 agent going out on to the BitTorrent or peer-to-peer network, I
13 should say, to try to determine whether or not a peer is
14 sharing a file in all or in parts.
15        And then finally, if through steps two and step three
16 the MarkMonitor software determines that there is an IP address
17 on the Internet -- I didn't say what an IP address was, but
18 basically a machine on the Internet that's identified by an
19 interpret address.  Right.  Says, okay, I found a peer located
20 at that place on the Internet that appears to be sharing a
21 piece of this infringing work, now I'm basically going to send
22 a notice to the corresponding ISP.
23        And that's something that you can do because you can
24 map the IP address to the corresponding ISP.
25 Q.  Okay.  And have you prepared some slides that illustrate

2226

1  each of these steps?
2  A.   Yeah, let's talk about each of them in more detail.
3  Q.   Okay.  Let's talk about step one.  So what does this slide
4  show about how step one is performed?
5  A.   Right.  So in this case, you know, we've already talked
6  about how a search on a peer-to-peer network would work.  And
7  this step operates in substantially the same way as what we
8  described.
9        So MarkMonitor has a piece of software, an agent,
10 that basically goes out on a peer-to-peer network and attempts
11 to download a complete copy of that file.
12 Q.   And then what happens?
13 A.   Just as we described before, if all goes well, the agent
14 obtains a complete copy of that file.
15 Q.   Okay.
16 A.   That's step one.
17 Q.   What's -- what does your slide show about step two?
18 A.   Right.  So this is, this is sort of what I was just saying
19 before, is that, okay, the file has been downloaded and
20 assembled.  I don't know what it is.  So let's now ask Audible
21 Magic, what is this?  Is this something that is recognized in
22 this database as an infringing work?
23 Q.   Okay.
24 A.   Okay.
25 Q.   And then what does this slide illustrate about that step?

2227

1  A.   Okay.  So basically this is a simplification.  I should
2  say, that there are a variety of ways that Audible Magic does
3  digital fingerprinting that we're not going to get into.  But
4  essentially what this is showing is on the top half, this is
5  the downloaded file, right, we take that bag of bits and
6  convert it into some signal, wave form, audio essentially.  I'm
7  simplifying, but that's essentially what's going on.  It's
8  called a fingerprint.
9          And then that gets submitted to Audible Magic and
10 compared against what's on the bottom half of the screen,
11 that's called the reference file.  If those match, all right,
12 or if Audible Magic has something in its database that matches
13 that, it's going to say, yep, there's a match, I got it, and
14 here's what it is.
15 Q.   Before we get to the next slide, I want to look at some of
16 the documents you put up previously --
17 A.   Okay.
18 Q.   -- and the jury has heard about.  So can we get
19 Defendant's Exhibit 89 in evidence, the Harbor Labs report.
20         And this is the report that Mr. Monson testified
21 about just earlier this afternoon, right?
22 A.   That's right.
23 Q.   Can we go to page 3 of the exhibit, please, 003.
24         Can you blow up the -- I'm sorry, 004.  Can you blow
25 up the -- from the header design down to the paragraph beneath