UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COX COMMUNICATIONS, INC., *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00950-LO-JFA |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' motion pursuant to Rule 26 of the Federal Rules of Civil Procedure, and Local Civil Rule 5, for an order to file under seal Exhibits 2 and 3 to, and limited portions of, their Memorandum in Opposition to Cox's Motion for Relief from the Judgment Under Rules 60(B)(2) and 60(B)(3) and Request for Indicative Ruling Under Rule 62.1 (ECF No. 774), the Court

ORDERS that the motion is GRANTED, and these materials shall remain under seal until further order of the Court.

ENTERED this ___ day of February 2022.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia