IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COX COMMUNICATIONS, INC., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:18cv0950 (LO/JFA) |

## **ORDER**

This matter is before the court on plaintiffs' motion to seal portions of their memorandum in opposition to Cox's motion for relief from judgment under Rule 60(B)(3). (Docket no. 769). Plaintiffs' motion sets forth the reasons why they believe the redacted information should remain under seal and plaintiffs filed the required notice of filing (Docket no. 770). Plaintiffs have filed a redacted version of this memorandum in the public record. (Docket no. 767). No objection or response has been filed to this motion to seal and the time for doing so has expired.

The court has reviewed the information that plaintiffs have redacted from the public version of this memorandum and finds that disclosure of that information would cause harm to plaintiffs and third parties. There being no objection to this motion and considering the applicable standards established by the Fourth Circuit for having material filed under seal, it is hereby

ORDERED that the motion for sealing is granted and docket no. 768 shall remain under seal.

Entered this 18th day of February, 2022.

Alexandria, Virginia

/s/
John F. Anderson
United States Magistrate Judge