## Index of Exhibits

| No. | Exhibit |
|---|---|
| 32 | Cox Communications, Inc.'s Reply in Support of Motion to Intervene for Purposes of Modifying the Protective Order, filed at *Charter* ECF 541 |
| 33 | Plaintiffs' Reply Memorandum in Support of Their Motion for Partial Summary Judgment, filed at *Charter* ECF 684-58 |
| 34 | Excerpts of the transcript of the January 25, 2019 motion hearing, filed at ECF 93 |
| 35 | Defendants' Reply Memorandum of Law in Further Support of Their Motion to Compel, filed at ECF 86 |
| 36 | Excerpts of the transcript of the September 27, 2019 motion hearing, filed at ECF 433 |