UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> COX COMMUNICATIONS, INC, *et al.*, <br><br> *Defendants*. | Civil No. 1:18-cv-950 (LO / JFA) |

## NOTICE OF FILING SEALING MOTION

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5(C), Defendants Cox Communications, Inc. and CoxCom, LLC (collectively "Cox") have filed a motion to seal portions of Cox's Reply Memorandum Of Law In Support Of Its Motion For Relief From the Judgment Under Rule 60(B)(3) And Request For Indicative Ruling Under Rule 62.1 ("Sealed Material") (ECF No. 780). The Sealed Material contains information that has been designated by Plaintiffs and third-party MarkMonitor, Inc. as Confidential and Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order in this case (ECF No. 58), as set forth therein.

***NOTICE OF RIGHT TO RESPOND:*** Pursuant to Local Civil Rule 5(C), parties and non-parties may submit memoranda in support of or in opposition to the motion within seven (7) days after the filing of the motion to seal, and may designate all or part of such memoranda as confidential.

|  |  |
|---|---|
| Dated: March 2, 2022 | Respectfully submitted,<br><br>s/ J. Tyler McGaughey<br>J. Tyler McGaughey (VSB No. 78809)<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC 20036<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br>Email: TMcGaughey@winston.com<br><br>*Attorney for Defendants Cox Communications, Inc. and CoxCom, LLC* |

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: MElkin@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: JGolinveaux@winston.com

Geoffrey P. Eaton (*pro hac vice*)
WINSTON & STRAWN LLP
1900 L Street NW
Washington, DC 20036
Tel: (202) 282-5000
Fax: (202) 282-5100
Email: GEaton@winston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

*s/ J. Tyler McGaughey*
J. Tyler McGaughey
