UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SONY MUSIC ENTERTAINMENT, *et al.*,
*Plaintiffs*,

v.

COX COMMUNICATIONS, INC, *et al.*,
*Defendants*.

Civil No. 1:18-cv-950 (LO / JFA)

## ORDER

UPON CONSIDERATION of the Motion to Seal filed by Defendants Cox Communications, Inc. and CoxCom, LLC ("Cox") (ECF No. 781), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal portions of Cox's Reply Memorandum Of Law In Support Of Its Motion For Relief From the Judgment Under Rule 60(B)(3) And Request For Indicative Ruling Under Rule 62.1, the Court Orders that the memorandum shall remain under seal.

ENTERED this 3rd day of March, 2022.

Alexandria, Virginia

_____
The Honorable Liam O'Grady
United States District Judge
Eastern District of Virginia