# Exhibit U

1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
    Case No. 19-cv-874-RBJ-MEH
 3  _____

 4  WARNER RECORDS, INC., et al.,

 5       Plaintiffs,

 6  vs.

 7  CHARTER COMMUNICATIONS, INC.,

 8       Defendant.
    _____
 9

10        Proceedings before MICHAEL E. HEGARTY, United

11  States Magistrate Judge, United States District Court for the

12  District of Colorado, and REGINA M. RODRIGUEZ,

13  Court-Appointed Special Master, commencing at 9:18 a.m.,

14  February 23, 2021, in the United States Courthouse, Denver,

15  Colorado.

16  _____

17  WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS ARE HEREIN
    TYPOGRAPHICALLY TRANSCRIBED. . .
18  _____

19                         APPEARANCES

20       JONATHAN M. SPERLING, JEFFREY M. GOULD, SHIRA

21  POLIAK, MATTHEW J.  OPPENHEIM, ALEX KAPLAN, STACEY GRIGSBY,

22  ANDERS LIDEROT, J. HARDER EHLERS, Attorneys at Law, appearing

23  for the Plaintiffs.

24  _____

25       IN COURT HEARING: UNRESOLVED DISCOVERY DISPUTES
```

1   that is getting blended and confused that is critical to

2   understand.

3           And that is, on the one hand, Your Honors, between

4   the 2012 to 2015 notice program -- 2012 to 2015 notice

5   program, on the one hand, and the 2016 efforts undertaken in

6   anticipation of litigation, the two projects are both

7   involved in this case, but they were separate projects with a

8   distinct delineation between them.  And it's important Your

9   Honors under that distinction.

10          And so if you'll listen, I would like to explain

11  how this narrative unfolds.

12          From 2012 to 2015 the IRAA, through MarkMonitor,

13  detected infringement on peer-to-peer networks and sent

14  infringement notices to Charter and other ISPs.  The

15  purpose -- this is really important.  The purpose of the

16  notice program was to provide notice, to provide notice to

17  Charter of specific instances of infringement by subscribers

18  on its network.  Because only Charter knows who those

19  subscribers are and only Charter could do something about it

20  by informing them and working with them to stop further

21  infringements.  The 2012 to 2015, a notice program.

22          They did this -- this was not a litigation program.

23  They did this.  But with MarkMonitor, there were two

24  fundamental important parts of the monitoring and detection

25  system.  Two pieces.

71

1          MR. GOULD:  First of all, Your Honor --
2          MR. SPERLING:  We didn't produce it, Your Honor.
3     Okay, sorry.
4          THE COURT:  Okay.
5          MR. GOULD:  But, first of all, Your Honors, that
6     was in a MarkMonitor privilege log, (inaudible) privilege
7     log.  It was 30-or-so entries long.  So this notion of
8     unscrambling is -- I'm not sure.
9          But in any event --
10         THE COURT:  Well, wait a second.  I want to make
11    sure we're talking about the same thing.  No one -- no one
12    who is listening to me now assisted MarkMonitor in producing
13    that log?
14         MR. GOULD:  Correct.  I had some discussions with
15    MarkMonitor about the nature of the information but some of
16    those are on plaintiffs' privileged.  I did not produce a
17    log.
18         THE COURT:  And they didn't give it to you to look
19    at first before they produced it?
20         MR. GOULD:  I looked -- I looked at pieces of it,
21    yes.
22         THE COURT:  Okay.
23         MR. GOULD:  Third, there is a lot talk about
24    Audible Magic as a trial witness.  Audible Magic did not
25    testify (inaudible - voice drops).  And, Your Honor, the

256

```
 1                TRANSCRIBER'S CERTIFICATION

 2   I certify that the foregoing is a correct transcript to the

 3   best of my ability to hear and understand the audio recording

 4   and based on the quality of the audio recording from the

 5   above-entitled matter.

 6

 7   /s/ Dyann Labo                       March 1, 2021

 8   Signature of Transcriber             Date

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```