UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

SONY MUSIC ENTERTAINMENT, *et al.*,
  *Plaintiffs*,

v.

COX COMMUNICATIONS, INC, *et al.*,
  *Defendants*.

Civil No. 1:18-cv-950 (LO / JFA)

### ORDER

UPON CONSIDERATION of the Motion to Seal filed by Defendants Cox Communications, Inc. and CoxCom, LLC ("Cox") (ECF No. 787), pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Civil Rule 5, which seeks an order allowing Cox to maintain under seal portions of Cox's Reply Memorandum Of Law In Support Of Its Motion For Relief From the Judgment Under Rules 60(b)(2) and 60(b)(3) And Request For Indicative Ruling Under Rule 62.1 and Exhibit T thereto, the Court **ORDERS** that the memorandum and exhibit shall remain under seal.

It is **SO ORDERED**.

March 11, 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge

1