# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: 03/18/2022                                      Judge:  **Liam O'Grady**
Time: 10:15 a.m. – 11:59 a.m.                  Reporter:  **S. Wallace**
(01:44)

Civil Action Number: 1:18cv950-LO-JFA

**Sony Music Entertainment, et al.,**

**Plaintiffs,**

**V.**

**Cox Communications, Inc., et al.,**

**Defendants.**

Appearances of Counsel for Plaintiffs and Defendants.

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Matt Oppenheim** | **J. Tyler McGaughey** |
| **Scott Zebrak** | **Michael Elkin** |
| **Jeff Gould** | **Jennifer Golinveaux** |
| | **Nakul Warrier** – Asst. General Counsel Cox |
| | **Sean Anderson** – Equipment Tech. |

Motion to/for:

[737] MOTION for Relief from the Judgment Under Rule 60(b)(3) and Request for Indicative Ruling Under Rule 62.1 re 723 Clerk's Judgment by Cox Communications, Inc., CoxCom, LLC.

**ARGUED AND TAKEN UNDER ADVISEMENT – ORDER TO FOLLOW**

[748] MOTION for Relief from the Judgment Under Rules 60(b)(2) and 60(b)(3) and Request for Indicative Ruling Under Rule 62.1 re 723 Clerk's Judgment by Cox Communications, Inc., CoxCom, LLC.

**ARGUED AND TAKEN UNDER ADVISEMENT – ORDER TO FOLLOW**