**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*<br><br>*Defendants.* | Civil No. 1:18-cv-00950-LO-JFA |

## COX'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3, Defendants Cox Communications, Inc. and CoxCom, LLC (together, "Cox") appeal to the U.S. Court of Appeals for the Fourth Circuit from the order at Docket No. 796, which denied Cox's Motion for Relief from the Judgment Under Rule 60(b)(3) and Request for Indicative Ruling Under Rule 62.1 (Docket No. 737) as well as Cox's Motion for Relief from the Judgment Under Rules 60(b)(2) and 60(b)(3) and Request for Indicative Ruling Under Rule 62.1 (Docket No. 748).

| | |
|---|---|
| Dated: April 22, 2022 | Respectfully submitted<br><br>*s/ J. Tyler McGaughey*<br>J. Tyler McGaughey (VSB No. 78809)<br>WINSTON & STRAWN LLP<br>1901 L Street NW<br>Washington, DC 20036<br>Tel: (202) 282-5000<br>Fax: (202) 282-5100<br>Email: TMcGaughey@winston.com<br><br>*Attorneys for Defendants Cox Communications, Inc. and CoxCom, LLC* |

*Of Counsel for Defendants*

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Fax: (212) 294-4700
Email: MElkin@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Fl.
San Francisco, CA 94111-5840
Tel: (415) 591-1000
Fax: (415) 591-1400
Email: JGolinveaux@winston.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2022, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users.

                                          *s/ J. Tyler McGaughey*
                                          J. Tyler McGaughey (VSB No. 78809)