IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SONY MUSIC ENTERTAINMENT, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>Defendants. | Case No. 1:18-CV-00950-PTG-JFA |

**COX COMMUNICATIONS INC.'S AND COXCOM, LLC'S UNOPPOSED MOTION**

**Hearing Waived**

PURSUANT to Local Rule 7(F)(3), Cox Communications, Inc. and CoxCom, LLC ("Cox") respectfully request that the Supersedeas bond be released. Cox has conferred with Plaintiffs' counsel and Plaintiffs do not oppose. Cox's bases for seeking such relief are set forth in the accompanying memorandum, and a Proposed Order is also attached hereto.

Dated: May 24, 2024

Respectfully submitted,

*/s/ J. Tyler McGaughey*
J. Tyler McGaughey (VSB No. 78809)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
(202) 282-5000
(202) 282-5100
TMcGaughey@winston.com

1

*Attorneys for Defendants Cox Communications, Inc. and CoxCom, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, the foregoing motion was filed using the Court's CM/ECF system, through which counsel for all parties will be served.

/s/ J. Tyler McGaughey

J. Tyler McGaughey (VSB No. 78809)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC  20036
(202) 282-5000
(202) 282-5100
TMcGaughey@winston.com

*Attorneys for Defendants Cox Communications, Inc. and CoxCom, LLC*