# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 27, 2026

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

> **Re:  Cox Communications, Inc., et al.**
> **v. Sony Music Entertainment, et al.**
> **No. 24-171 (Your docket No. 21-1168)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 27, 2026

Mr. E. Joshua Rosenkranz, Esq.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

Mr. Paul D. Clement, Esq.
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

**Re:  Cox Communications, Inc., et al.
v. Sony Music Entertainment, et al.
No. 24-171**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing Costs:** | **$11,299.75** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$11,599.75** |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 4th. Cir.
        (Your docket No. 21-1168)

# Supreme Court of the United States

No.  24–171

**COX COMMUNICATIONS, INC., ET AL.,**

Petitioners,

*v.*

**SONY MUSIC ENTERTAINMENT, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Cox Communications, Inc., et al., recover from Sony Music Entertainment, et al., Eleven Thousand Five Hundred Ninety-Nine Dollars and Seventy-Five Cents for costs herein expended.

March 25, 2026

| | |
|---|---|
| **Printing Costs:** | $11,299.75 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $11,599.75 |



A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States