**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

SONY MUSIC ENTERTAINMENT, *et al.*,    )
                                        )
                    *Plaintiffs*,       )
                                        )
         v.                             )
                                        )    No. 1:18-cv-950 (PTG/JFA)
                                        )
COX COMMUNICATIONS, *et al.*,           )
                                        )
                    *Defendants*.       )

## ORDER

This matter comes before the Court on remand from the United States Court of Appeals for the Fourth Circuit. Dkts. 821, 823. Sony Music Entertainment and other major music copyright holders (together, "Sony") sued Cox Communications, Inc. and CoxCom, LLC (together, "Cox") for copyright infringement. Sony advanced two theories of secondary copyright liability against Cox: (1) contributory liability, for providing internet services to subscribers who were known infringers; and (2) vicarious liability, for infringement by Cox's users. Following a thirteen-day trial, a jury found in favor of Sony on both theories. Dkt. 669. Judgment was entered in favor of Sony and against Cox in the amount of one billion dollars. Dkt. 723. This Court denied Cox's motion for relief from judgment. Dkt. 796; *Sony Music Ent. v. Cox Commc'ns, Inc.*, 464 F. Supp. 3d 795 (E.D. Va. 2020). Cox appealed. Dkt. 798.

On appeal, the Fourth Circuit held that "Cox is not vicariously liable for its subscribers' copyright infringement" as a matter of law. *Sony Music Ent. v. Cox Commc'ns*, 93 F.4th 222, 233 (4th Cir. 2024). The Fourth Circuit affirmed the verdict on contributory infringement. *Id.* at 237.

Sony petitioned the United States Supreme Court for a writ of certiorari on the Fourth Circuit's vicarious liability determination. Dkt. 813. The Supreme Court denied review. *Sony*

*Music Ent. v. Cox Commc'ns, Inc.*, 145 S. Ct. 2844 (2025). Cox petitioned for a writ of certiorari as to contributory infringement. The Supreme Court granted review and held that "Cox is not contributorily liable for the infringement of Sony's copyrights." *Cox Commc'ns, Inc. v. Sony Music Ent.*, 146 S. Ct. 959, 968 (2026).

The Supreme Court remanded the case to the Fourth Circuit. Both theories of liability having been overturned as a matter of law, the Fourth Circuit reversed this Court and has remanded the case "for entry of judgment in Cox's favor." Dkt. 820. On June 1, 2026, the Fourth Circuit's judgment took effect with the issuance of its mandate. Dkt. 823.

Accordingly, it is hereby

**ORDERED** that the Clerk of the Court shall enter judgment in favor of the Defendants and against the Plaintiffs.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 5th day of June, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

2